**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

June 25, 2020

**HUNTERS CAPITAL LLC ET AL V. CITY OF SEATTLE**
Case # 2:20–cv–00983–TSZ

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

>   **Improper Signature – Secondary Attorney(s)**
>   The secondary attorney(s) Angelo Calfo indicated in your initiating document(s) is/are not properly before this court and has/have been removed from the docket. Please file a Notice of Appearance for attorney(s) Angelo Calfo as soon as practicable using the event "Notice of Appearance" under the "Notices" category. See FRCP 11 and LCR 83.2 or Section III(L) of the Electronic Filing Procedures.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file