THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, SAGE PHYSICAL THERAPY PLLC, a Washington professional limited liability company, KATHLEEN CAPLES, an individual, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, MAGDALENA SKY, an individual, OLIVE ST APARTMENTS LLC, a Washington | Case No. 2:20-cv-00983Z<br><br>NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS |

NOTICE OF APPEARANCE ON BEHALF OF
PLAINTIFFS
(Case No. 2:20-cv-00983Z) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

limited liability corporation, and
BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, on behalf of themselves and others similarly situated,

                      Plaintiffs,

    vs.

CITY OF SEATTLE,
                      Defendant.

TO:        THE CLERK OF THE COURT

AND TO:    ALL PARTIES AND COUNSEL OF RECORD

YOU AND EACH OF YOU will please take notice that Angelo J. Calfo of Calfo Eakes LLP hereby appears in the above-entitled class action complaint as additional counsel for Plaintiffs Hunters Capital, LLC, a Washington limited liability company, Northwest Liquor And Wine LLC, a Washington limited liability company, SRJ Enterprises, d/b/a Car Tender, a Washington corporation, The Richmark Company d/b/a Richmark Label, a Washington company, Sage Physical Therapy PLLC, a Washington professional limited liability company, Kathleen Caples, an individual, Onyx Homeowners Association, a Washington registered homeowners association, Wade Biller, an individual, Madrona Real Estate Services LLC, a Washington limited liability company, Madrona Real Estate Investors IV LLC, a Washington limited liability company, Madrona Real Estate Investors VI LLC, a Washington limited liability company, 12th And Pike Associates LLC, a Washington limited liability company, Redside Partners LLC, a Washington limited liability company, Magdalena Sky, an individual, Olive St. Apartments LLC, a Washington limited liability corporation, and Bergman's Lock

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS
(Case No. 2:20-cv-00983Z) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

and Key Services LLC, a Washington limited liability company, and requests that all further papers and pleadings be served upon the undersigned attorneys at the address below stated.

DATED this 26th day of June, 2020.

**CALFO EAKES LLP**

By     s/ *Angelo J. Calfo*
        Angelo J. Calfo, WSBA# 27079
        1301 Second Avenue, Suite 2800
        Seattle, WA  98101
        Phone:  (206) 407-2200
        Fax:  (206) 407-2224
        Email:  angeloc@calfoeakes.com

*Attorneys for Plaintiffs*

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS
(Case No. 2:20-cv-00983Z) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224