Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, SAGE PHYSICAL THERAPY PLLC, a Washington professional limited liability company, KATHLEEN CAPLES, an individual, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, MAGDALENA SKY, an individual, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, and BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, on behalf of themselves and others similarly situated,<br><br>Plaintiffs, | No.     2:20-CV-00983<br><br>NOTICE OF APPEARANCE<br><br>[Clerk's Action Required] |

NOTICE OF APPEARANCE - 1
(2:20-CV-00983)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

v.

CITY OF SEATTLE,

       Defendant.

TO: Clerk of the above-entitled court; and
TO: All Parties and Their Counsel:

**PLEASE TAKE NOTICE** that, without waiving any objections as to improper service, process, jurisdiction, venue, or any other procedural insufficiencies under the Federal Rules of Civil Procedure, the undersigned Assistant City Attorney appears as counsel of record on behalf of Peter S. Holmes, Seattle City Attorney, the attorney for defendant City of Seattle.  As attorney of record, the undersigned requests that all future papers and pleadings in this matter, except original process, be served at the address stated below.

  701 5th Avenue, Suite 2050
  Seattle, WA  98104

DATED this 1st day of July, 2020.

        PETER S. HOLMES
        Seattle City Attorney

     By: */s/Joseph Groshong*
        Joseph Groshong, WSBA# 41593
        Carolyn Boies, WSBA# 40395
        Assistant City Attorneys

        Seattle City Attorney's Office
        701 Fifth Avenue, Suite 2050
        Seattle, WA 98104
        Tel #:  (206) 684-8200
        Fax:#  (206) 684-8284
        E-mail:  Joseph.Groshong@seattle.gov
        E-Mail:  Carolyn.Boies@seattle.gov

        *Attorneys for Defendant City of Seattle*

NOTICE OF APPEARANCE - 2
(2:20-CV-00983)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**DECLARATION OF SERVICE**

This certifies that a true and correct copy of the attached Notice of Appearance, was filed via CM/ECF and served on all counsel of record in the manner indicated below:

| *Attorney for Plaintiff:* | ☑  By Electronic Service |
|---|---|
| Patty A. Eakes, WSBA #18888<br>Angelo J. Calfo, WSBA #27079<br>LAW OFFICES<br>CALFO EAKES, LLP<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101 | pattye@calfoeakes.com<br>angeloc@calfoeakes.com |

DATED this 1st day of July, 2020.

*s/ Daviana Jacquat*
Daviana Jacquat, Legal Assistant

NOTICE OF APPEARANCE - 3
(2:20-CV-00983)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200