THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, et al., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>Defendant. | Case No. 2:20-cv-00983 TSZ<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1(a), corporate plaintiffs SRJ Enterprises, d/b/a Car Tender, a Washington corporation, The Richmark Company d/b/a Richmark Label, a Washington corporation, and Rancho Bravo, Inc, a Washington corporation, hereby submit that

CORPORATE DISCLOSURE STATEMENT - 1
Case No. 2:20-cv-00983 TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

1  they have no parent corporation and there is no publicly-held entity that owns 10% or more of
2  any of their stock.
3        DATED this 10th day of July, 2020.

CALFO EAKES LLP

By /s Patty A. Eakes
   Patty A. Eakes, WSBA #18888
   Angelo J. Calfo, WSBA #27079
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Phone:  (206) 407-2200
   Fax:  (206) 407-2224
   Email:    pattye@calfoeakes.com
               angeloc@calfoeakes.com

*Attorneys for Plaintiffs*

CORPORATE DISCLOSURE STATEMENT - 2
Case No. 2:20-cv-00983 TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224