**Hon. Thomas S. Zilly**
**Note on Motion Calendar: August 21, 2020**
**(Oral Argument Requested)**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, SAGE PHYSICAL THERAPY PLLC, a Washington professional limited liability company, KATHLEEN CAPLES, an individual, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, MAGDALENA SKY, an individual, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, and BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, on behalf of | No.     2:20-CV-00983<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO 12(b)(6) |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
DISMISS PURSUANT TO 12(b)(6) - 1
2:20-CV-00983

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

themselves and others similarly situated,

                                Plaintiffs,

      vs.

CITY OF SEATTLE,

                                Defendant.

**THE COURT,** having read and considered Defendant's Motion to Dismiss pursuant to CR 12(b)(6); Plaintiffs' response, if any; and Defendant's reply, if any; and having considered the records and files herein, **NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss pursuant to CR 12(b)(6) is **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

DATED this _____ day of _____, 2020.

                                                      _____
                                                       Hon. Thomas S. Zilly

Presented By:

        PETER S. HOLMES
        Seattle City Attorney

By:    */s/ Joseph Groshong*
        Joseph Groshong, WSBA# 41593
        Assistant City Attorney
        E-mail: Joseph.Groshong@seattle.gov
        Seattle City Attorney's Office
        701 Fifth Avenue, Suite 2050
        Seattle, WA 98104
        Phone: (206) 684-8200

        *Attorneys for Defendant City of Seattle*

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO 12(b)(6) - 2
2:20-CV-00983

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200