THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, SAGE PHYSICAL THERAPY PLLC, a Washington professional limited liability company, KATHLEEN CAPLES, an individual, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, MAGDALENA SKY, an individual, OLIVE ST APARTMENTS LLC, a Washington | Case No. 2:20-cv-00983Z<br><br>NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS |

NOTICE OF APPEARANCE ON BEHALF OF
PLAINTIFFS
(Case No. 2:20-cv-00983Z) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

limited liability corporation, and BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, on behalf of themselves and others similarly situated,

                         Plaintiffs,

    vs.

CITY OF SEATTLE,
                Defendant.

TO:        THE CLERK OF THE COURT

AND TO:    ALL PARTIES AND COUNSEL OF RECORD

      YOU AND EACH OF YOU will please take notice that Tyler Weaver, Henry C. Phillips, and Andrew DeCarlow of Calfo Eakes LLP hereby appear in the above-entitled class action complaint as additional counsel for Plaintiffs Hunters Capital, LLC, Northwest Liquor and Wine LLC, SRJ Enterprises, d/b/a Car Tender, The Richmark Company d/b/a Richmark Label, Sage Physical Therapy PLLC, Kathleen Caples, Onyx Homeowners Association, Wade Biller, Madrona Real Estate Services LLC, Madrona Real Estate Investors IV LLC, Madrona Real Estate Investors VI LLC, , 12TH And Pike Associates LLC, Redside Partners LLC, Magdalena Sky, Olive St. Apartments LLC, Bergman's Lock And Key Services LLC, and request that all further papers and pleadings be served upon the undersigned attorneys at the address below stated.

///

///

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS
(Case No. 2:20-cv-00983Z) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1    DATED this 21st day of August, 2020.

2                                **CALFO EAKES LLP**

3
4    By      s/ *Tyler Weaver*
             Tyler Weaver, WSBA# 29413
5            1301 Second Avenue, Suite 2800
             Seattle, WA  98101
             Phone:  (206) 407-2200
6            Fax:  (206) 407-2224
             Email:  tylerw@calfoeakes.com
7
8    By      s/ *Henry C. Phillips*
             Henry C. Phillips, WSBA# 55152
9            1301 Second Avenue, Suite 2800
             Seattle, WA  98101
10           Phone:  (206) 407-2200
             Fax:  (206) 407-2224
11           Email:  henryp@calfoeakes.com

12   By      s/ *Andrew DeCarlow*
             Andrew DeCarlow, WSBA# 54471
13           1301 Second Avenue, Suite 2800
             Seattle, WA  98101
14           Phone:  (206) 407-2200
             Fax:  (206) 407-2224
15           Email:  andrewd@calfoeakes.com

16           *Attorneys for Plaintiffs*

17
18
19
20
21
22
23
24
25

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS
(Case No. 2:20-cv-00983Z) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224