HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, SAGE PHYSICAL THERAPY PLLC, a Washington professional limited liability company, KATHLEEN CAPLES, an individual, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, MAGDALENA SKY, an individual, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, and BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, on behalf of themselves and others similarly situated,<br><br>Plaintiffs, | Case No. 20-cv-00983<br><br>CITY OF SEATTLE'S NOTICE OF ASSOCIATION OF COUNSEL<br><br>**CLERK'S ACTION REQUIRED** |

NOTICE OF ASSOCIATION OF COUNSEL - 1
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

v.

CITY OF SEATTLE,

        Defendant.

TO:    THE CLERK OF THE COURT; and

TO:    ALL PARTIES OF RECORDS AND THEIR ATTORNEYS.

        PLEASE TAKE NOTICE that the undersigned counsel, Arthur W. Harrigan, Jr., Tyler L. Farmer, and Kristin E. Ballinger, and the law firm Harrigan Leyh Farmer & Thomsen LLP, hereby associate with Joseph Groshong and Carolyn Boies of the Seattle City Attorney's Office on behalf of the City of Seattle in the above-captioned action, and request that service of all papers and pleadings herein, except original process, also be made upon the undersigned at the address stated below.

        DATED this 8th day of September, 2020.

        HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Kristin E. Ballinger*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Kristin E. Ballinger, WSBA #28253
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel:  (206) 623-1700
    Fax:  (206) 623-8717
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    kristinb@harriganleyh.com

*Attorneys for City of Seattle*

NOTICE OF ASSOCIATION OF COUNSEL - 2
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717