HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC et al.,

    Plaintiffs,

v.

CITY OF SEATTLE,

    Defendant.

Case No. 20-cv-00983

ORDER GRANTING CITY OF SEATTLE'S MOTION FOR A STAY OF DISCOVERY [PROPOSED]

**NOTED ON MOTION CALENDAR:
Friday, September 25, 2020**

THIS MATTER came before the Court on the City of Seattle's Motion for a Stay of Discovery.

The Court finds as follows:

1. The City filed a motion to dismiss the plaintiffs' claims. The parties' briefing on that motion is complete and it remains pending before the Court.

2. The City's pending motion is potentially dispositive of the action. The pending motion raises no factual issues and can be decided without additional discovery.

4. After briefing on the City's motion to dismiss was completed, the plaintiffs served their first sets of interrogatories and requests for production on the City.

5. Responding to these and other discovery requests will require the City to invest significant resources. The discovery process also may consume limited judicial resources. These

ORDER GRANTING CITY OF SEATTLE'S
MOTION FOR A STAY OF DISCOVERY [PROPOSED] - 1
(Case No. 20-cv-00983)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1 expenses will be unnecessary if the City's motion is granted.

2     6.    Staying discovery until the Court has decided the City's pending motion will cause

3 the plaintiffs little if any prejudice.

4     7.    Given this, the parties should be spared the expense of discovery, and judicial

5 resources should be conserved, until the Court has determined that the plaintiffs have stated a

6 viable claim.

7     IT IS HEREBY ORDERED that:

8     The City of Seattle's Motion for a Stay of Discovery is GRANTED.  Discovery is stayed

9 until further order of the Court.

10     DATED this ____ day of _____, 2020.

    THOMAS S. ZILLY
    UNITED STATES DISTRICT JUDGE

Presented by:

PETER S. HOLMES
Seattle City Attorney

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel:  (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Kristin E. Ballinger*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Kristin E. Ballinger, WSBA #28253

ORDER GRANTING CITY OF SEATTLE'S
MOTION FOR A STAY OF DISCOVERY [PROPOSED] - 2
(Case No. 20-cv-00983)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel:  (206) 623-1700
Fax:  (206) 623-8717
arthurh@harriganleyh.com
tylerf@harriganleyh.com
kristinb@harriganleyh.com

*Attorneys for the City of Seattle*

ORDER GRANTING CITY OF SEATTLE'S
MOTION FOR A STAY OF DISCOVERY [PROPOSED] - 3
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717