THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, SAGE PHYSICAL THERAPY PLLC, a Washington professional limited liability company, KATHLEEN CAPLES, an individual, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, MAGDALENA SKY, an individual, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, BERGMAN'S | Case No. 2:20-cv-00983 TSZ<br><br>[PROPOSED] ORDER DENYING THE CITY OF SEATTLE'S MOTION FOR A STAY OF DISCOVERY<br><br>Noted: September 25, 2020 |

[PROPOSED] ORDER DENYING THE CITY OF SEATTLE'S MOTION FOR A STAY OF DISCOVERY
(Case No. 2:20-cv-00983 TSZ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | LOCK AND KEY SERVICES LLC, a Washington limited liability company, MATTHEW PLOSZAJ, an individual, ARGENTO LLC, a Washington limited liability company, RANCHO BRAVO, INC., a Washington corporation, SWAY AND CAKE LLC, a Washington limited liability company, SHUFFLE LLC d/b/a Cure Cocktail, a Washington limited liability company, on behalf of themselves and others similarly situated, |
| 7 | Plaintiffs, |
| 8 | vs. |
| 9 | CITY OF SEATTLE, |
| 10 | Defendant. |

This matter comes before the Court on Defendant City of Seattle's Motion for a Stay of Discovery. Having considered Defendant City of Seattle's Motion to Stay Discovery, Plaintiffs' response, and Defendant City of Seattle's reply, the Court hereby DENIES the Defendant City of Seattle's Motion.

DATED this _____ day of_____, 2020.

_____
THE HONORABLE THOMAS S. ZILLY

[PROPOSED] ORDER DENYING THE CITY OF SEATTLE'S MOTION FOR A STAY OF DISCOVERY
(Case No. 2:20-cv-00983 TSZ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Presented by:

CALFO EAKES LLP

By  */s Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Angelo J. Calfo, WSBA #27079
Tyler S. Weaver, WSBA #29413
Andrew DeCarlow, WSBA # 54471
Henry Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone:  (206) 407-2200
Fax:  (206) 407-2224
Email:  pattye@calfoeakes.com
            angeloc@calfoeakes.com
            tylerw@calfoeakes.com
            andrewd@calfoeakes.com
            henryp@calfoeakes.com

*Attorneys for Plaintiffs*

[PROPOSED] ORDER DENYING THE CITY OF SEATTLE'S MOTION FOR A STAY OF DISCOVERY
(Case No. 2:20-cv-00983 TSZ) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224