THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, et al., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>Defendant. | Case No. 2:20-cv-00983 TSZ<br><br>PLAINTFFS' AMENDED CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1(a), corporate plaintiffs SRJ Enterprises, d/b/a Car Tender, a Washington corporation, The Richmark Company d/b/a Richmark Label, a Washington corporation, and Rancho Bravo, Inc, a Washington corporation, hereby submit that they have no parent corporation and there is no publicly-held entity that owns 10% or more of any of their stock.

PLATINIFFS' AMENDED CORPORATE
DISCLOSURE STATEMENT - 1
Case No. 2:20-cv-00983 TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

In addition, pursuant to Local Rule 7.1, the following Plaintiffs disclose that they have the following members:

| Plaintiff | Member(s) |
|---|---|
| Argento, LLC | Faizel Khan |
| Bergman's Lock and Key Services, LLC | Lonnie Thompson |
| Hunters Capital, LLC | MJM Holdings, LLC |
| Madrona Real Estate Services LLC; Madrona Real Estate Investors IV LLC; Madrona Real Estate Investors VI LLC; | Madrona Real Estate Investors IV LLC and Madrona Real Estate Investors VI LLC are owned by Madrona Real Estate Services LLC. The members of Madrona Real Estate Services LLC are Brad Augustine and Linda Augustine. |
| Northwest Liquor and Wine LLC | Hardial Gill<br>Santokh Bhatti<br>Aditya Singh Pannu<br>Jaspreet Aulakh<br>Manjit Kaur<br>Lakhjit Singh |
| Olive St. Apartments LLC | Joseph Wanagel<br>Joshua Wanagel<br>David Wanagel<br>Jonathan Wanagel |
| Redside Partners LLC | Craig Swanson |
| Shuffle LLC d/b/a Cure Cocktail | Sean Sheffer |
| Sway and Cake LLC | Tamara Kilburn |
| 12th & Pike Associates LLC | Richard & Barbara Mullen<br>Kathi Lynn Cordova<br>Anne Sarawitz |

PLATINIFFS' AMENDED CORPORATE DISCLOSURE STATEMENT - 2
Case No. 2:20-cv-00983 TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

| |
|---|
| Stephen Romano |
| Robert Romano Jr. |
| James Romano |
| John Romano |
| Earnest Burgess II |
| Alyssa Agee |
| Elizabeth Burgess Hawksley |

DATED this 8th day of October, 2020.

                    CALFO EAKES LLP


                    By */s/ Patty A. Eakes*_____
                      Patricia A. Eakes, WSBA #18888
                      Angelo J. Calfo, WSBA #27079
                      Tyler S. Weaver, WSBA #29413
                      Andrew DeCarlow, WSBA #54471
                      Henry Phillips, WSBA #55152
                      1301 Second Avenue, Suite 2800
                      Seattle, WA  98101
                      Phone:  (206) 407-2200
                      Fax:  (206) 407-2224
                      Email:    pattye@calfoeakes.com
                                    angeloc@calfoeakes.com
                                    tylerw@calfoeakes.com
                                    andrewd@calfoeakes.com
                                    henryp@calfoeakes.com

                  *Attorneys for Plaintiffs*

PLATINIFFS' AMENDED CORPORATE
DISCLOSURE STATEMENT - 3
Case No. 2:20-cv-00983 TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224