UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL LLC, et al.,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

C20-983 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the parties' Joint Status Report, docket no. 21, indicating that the City requests that the Court convene a scheduling conference before entering a scheduling order, the Court now SETS a telephone conference call for Thursday, October 29, 2020, at 10:30 a.m.  The Court's staff will be in contact with counsel to provide a conference call number and access code; and

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of October, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1