THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, SAGE PHYSICAL THERAPY PLLC, a Washington professional limited liability company, KATHLEEN CAPLES, an individual, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, MAGDALENA SKY, an individual, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, and BERGMAN'S LOCK AND KEY SERVICES LLC, a | Case No. 2:20-cv-00983-TSZ<br><br>STIPULATED DISMISSAL OF PLAINTIFFS SAGE PHYSICAL THERAPY PLLC AND KATHLEEN CAPLES PURSUANT TO FRCP 41(a)(1)(A)(ii) |

STIPULATED DISMISSAL OF PLAINTIFFS
SAGE PHYSICAL THERAPY AND KATHLEEN
CAPLES PURSUANT TO FRCP 41(a)(1)(A)(ii)  - 1
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

Washington limited liability company, on behalf of themselves and others similarly situated,

                Plaintiffs,

   vs.

CITY OF SEATTLE,

                Defendant.

The parties hereby stipulate, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii) that the claims of Plaintiffs Sage Physical Therapy PLLC and Kathleen Caples are dismissed without prejudice, and without any effect on their ability to be a member of any putative class in this case. This shall not affect the claims of any other Plaintiff, or of any member of any putative class.

DATED this 29th day of October, 2020.

**CALFO EAKES LLP**

By  */s Patty A. Eakes*
    Patricia A. Eakes, WSBA #18888
    Angelo J. Calfo, WSBA #27079
    Tyler S. Weaver, WSBA #29413
    Andrew DeCarlow, WSBA #54471
    Henry Phillips, WSBA #55152
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone:  (206) 407-2200
    Fax:     (206) 407-2224
    Email:  pattye@calfoeakes.com
             angeloc@calfoeakes.com
             tylerw@calfoeakes.com
             andrewd@calfoeakes.com
             henryp@calfoeakes.com

*Attorneys for Plaintiffs*

STIPULATED DISMISSAL OF PLAINTIFFS
SAGE PHYSICAL THERAPY AND KATHLEEN
CAPLES PURSUANT TO FRCP 41(a)(1)(A)(ii) - 2
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

**PETER S. HOLMES**
Seattle City Attorney

By:/s Joseph Groshong
    Joseph Groshong, WSBA #41593
    Assistant City Attorneys
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel.:  (206) 684-8200
    Fax:  (206) 684-8284
    E-mail: Joseph.Groshong@seattle.gov

**HARRIGAN LEYH FARMER & THOMSEN LLP**

By /s Tyler L. Farmer
    Tyler L. Farmer, WSBA #39912
    Arthur W. Harrigan, J., WSBA #1751
    Kristin E. Ballinger, WSBA #28253
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Seattle, WA 98104
    Tel.#:  (206) 623-1700
    Fax#:  (206) 623-8717
    E-mail: tylerf@harriganleyh.com
           arthurh@harriganleyh.com
           kristinb@harriganleyh.com

*Attorneys for Defendant City of Seattle*

STIPULATED DISMISSAL OF PLAINTIFFS
SAGE PHYSICAL THERAPY AND KATHLEEN
CAPLES PURSUANT TO FRCP 41(a)(1)(A)(ii) - 3
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224