HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | Case No. 2:20-cv-00983-TSZ<br><br>DECLARATION OF ED HUTCHISON IN SUPPORT OF MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE* |

Ed Hutchison declares:

1. I am the President of the National Police Association ("NPA") and make this Declaration in support of NPA's motion for leave to appear as *amicus curiae* in this action.

2. The NPA is a Delaware 501(c)(3) non-profit organization, EIN 82-0647764, founded to educate supporters of law enforcement in how to help police departments accomplish their goals.

3. In addition to education, the NPA uses a dynamic combination of assertive legal filings, in-depth investigations, and clear communications to advance a mission of combating the influence of anti-police activists and helping to hold them accountable. The NPA uses the law as a method to highlight abuses by anti-police elected officials, change behavior, and seek corrective action. In addition, it promotes policies that encourage public officials and citizens to work with police in the public interest.

1

DECLARATION OF ED HUTCHISON IN SUPPORT OF
MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
Case No. 20-cv-00983-TSZ

James L. Buchal, WASB No. 921618
Murphy & Buchal LLP
3425 SE Yamhill Street, Suite 100
Portland, OR 97214
Tel: 503-227-1011
Fax: 503-573-1939

1      4.    The NPA considers this case to be of special significance in that the City of Seattle's decision to foster the lawless area known as the "Capitol Hill Autonomous Zone" and other names raises profound questions as to the lawful use and nonuse of police forces which are of great political and legal significance.  The NPA believes that decisions such as the City's, where violence against persons and property is likely to result, and which are explained by desires to support the political perspective of particular lawless groups rather than being the product of insufficient enforcement resources, infringe the fundamental constitutional rights of law-abiding Americans.

    5.    The NPA can and will provide a police-oriented perspective to the Court that, in light of current political conflicts over policing in the City of Seattle, is not likely to reach the Court from defendant City.  The NPA is also better situated to provide this perspective than the plaintiffs.  We believe that the Court would benefit by adding the law enforcement perspective to the plaintiffs' and municipal avoidance of liability perspectives in the case.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of November.

_____
Ed Hutchison

2

DECLARATION OF ED HUTCHISON IN SUPPORT OF
MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
Case No. 20-cv-00983-TSZ

James L. Buchal, WSBA No. 31369
Murphy & Buchal LLP
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Tel:  503-227-1011
Fax: 503-573-1939