HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC et al. | Case No. 2:20-cv-00983-TSZ |
| Plaintiffs, | NOTICE OF APPEARANCE |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

TO: Clerk of the above-entitled court; and
TO: All Parties and Their Counsel:

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel of record on behalf of the National Police Association.  As attorney of record, the undersigned requests that all future papers and pleadings in this matter, be served at the address stated below.

3425 SE Yamhill Street, Suite 100
Portland, OR  97214

Dated this 13th day of November, 2020.

By: s/ James L. Buchal

James L. Buchal, WSBA No. 31369
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Tel:  503-227-1011
E-mail:  jbuchal@mbllp.com
Attorney for National Police Association

1

NOTICE OF APPEARANCE
Case No. 20-cv-00983-TSZ

James L. Buchal, WASB No. 31369
Murphy & Buchal LLP
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Tel:  503-227-1011
Fax:  503-573-1939