HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| HUNTERS CAPITAL, LLC et al. | Case No. 2:20-cv-00983-TSZ |
|---|---|
| Plaintiffs, | [Proposed] ORDER ON NATIONAL POLICE ASSOCIATION'S MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE* |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The Court, having received the motion of the National Police Association for leave to participate as *Amicus Curiae* in this matter, and the Court having considered all papers filed in connection with this motion, the Nation Police Association's motion is

\_\_\_\_\_ Granted.

\_\_\_\_\_ Denied.

DATED this \_\_\_\_ day of December.

_____
United States District Judge

1

ORDER ON NATIONAL POLICE ASSOCIATION'S
MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
Case No. 20-cv-00983-TSZ

James L. Buchal, WASB No. 921618
Murphy & Buchal LLP
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Tel:  503-227-1011
Fax: 503-573-1939

Presented by:

By:  s/ James L. Buchal

James L. Buchal, WSBA No. 31369
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Tel:  503-227-1011
E-mail:  jbuchal@mbllp.com
Attorney for National Police Association

2

ORDER ON NATIONAL POLICE ASSOCIATION'S
MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
Case No. 20-cv-00983-TSZ

James L. Buchal, WSBA No. 31369
Murphy & Buchal LLP
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Tel:  503-227-1011
Fax:  503-573-1939