THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, SAGE PHYSICAL THERAPY PLLC, a Washington professional limited liability company, KATHLEEN CAPLES, an individual, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, MAGDALENA SKY, an individual, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, and BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, on | Case No. 2:20-cv-00983-TSZ<br><br>PLAINTIFFS' RESPONSE TO NATIONAL POLICE ASSOCIATION'S MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*<br><br>**Noted for Hearing: December 4, 2020** |

PLAINTIFFS' RESPONSE TO NATIONAL
POLICE ASSOCIATION'S MOTION FOR LEAVE
TO PARTICIPATE AS *AMICUS CURIAE* - 1
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

1 | behalf of themselves and others similarly situated,
2 |                 Plaintiffs,
3 |   vs.
4 | CITY OF SEATTLE,
5 |                 Defendant.

Plaintiffs hereby respond to the National Police Association's ("NPA's") Motion for Leave to Appear as *Amicus Curiae*.

Plaintiffs do not object to the NPA's ability to appear as an *amicus curiae* at appropriate junctures in this litigation. However, Plaintiffs believe that the motion is not ripe because there are no motions pending and no major motions anticipated in the near future. In the alternative, Plaintiffs request that if the Court grants the NPA's motion at this time, that it limit the scope of the NPA's *amicus* appearance to briefing on dispositive motions. Plaintiffs submit that the presence of an *amicus* for non-dispositive motions and proceedings such as status conferences, class certification, and discovery motions is unlikely to assist the parties or the Court, and that the NPA's stated interest in ensuring that "correct rules of law [are] applied in cases involving police response to public protests and demonstrations," Mtn. at p.2, is unlikely to be affected by those non-dipositive motions and proceedings.

///

///

///

PLAINTIFFS' RESPONSE TO NATIONAL
POLICE ASSOCIATION'S MOTION FOR LEAVE
TO PARTICIPATE AS *AMICUS CURIAE* - 2
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

DATED this 30th day of November, 2020.

**CALFO EAKES LLP**

By */s Patty A. Eakes*_____
   Patricia A. Eakes, WSBA #18888
   Angelo J. Calfo, WSBA #27079
   Tyler S. Weaver, WSBA #29413
   Andrew DeCarlow, WSBA #54471
   Henry Phillips, WSBA #55152
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Phone: (206) 407-2200
   Fax:     (206) 407-2224
   Email:  pattye@calfoeakes.com
          angeloc@calfoeakes.com
          tylerw@calfoeakes.com
          andrewd@calfoeakes.com
          henryp@calfoeakes.com

*Attorneys for Plaintiffs*

PLAINTIFFS' RESPONSE TO NATIONAL
POLICE ASSOCIATION'S MOTION FOR LEAVE
TO PARTICIPATE AS *AMICUS CURIAE* **-** 3
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224