HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SEATTLE,<br><br>    Defendant. | Case No. 20-cv-00983-TSZ<br><br>STIPULATION AND [PROPOSED] ORDER STRIKING DEADLINE FOR DISCOVERY ON CLASS CERTIFICATION ISSUES<br><br>**NOTE ON MOTION CALENDAR:**<br>**December 4, 2020** |

On October 29, 2020, the Court convened a telephonic status conference to discuss the case and related deadlines, including those related to class certification. During the conference, the parties advised the Court that they had reached agreement on several of the deadlines referenced in the parties' Joint Status Report.

The Court's Minute Order Setting Trial and Related Dates (Dkt. # 27) (Oct. 29, 2020) accurately reflects the parties' agreement and the Court's ruling with the sole exception that it sets a deadline of May 17, 2021, for discovery on class certification issues. The parties do not recall discussing deadline for completing discovery on class certification issues during the status conference and agree that such a deadline is not necessary in light of the Court's ruling that discovery will not be bifurcated in this matter. Accordingly, the parties respectfully request that

STIPULATION AND [PROPOSED] ORDER STRIKING DEADLINE FOR DISCOVERY ON CLASS CERTIFICATION ISSUES - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

the Court amend the October 29 order by striking the reference to the May 17, 2021, deadline for completing discovery on class certification issues.

    STIPULATED AND AGREED TO this 4th day of December, 2020.

| CALFO EAKES LLP | PETER S. HOLMES<br>Seattle City Attorney |
|---|---|
| By: *s/ Patricia A. Eakes*<br>By: *s/ Angelo J. Calfo*<br>By: *s/ Tyler S. Weaver*<br>By: *s/ Andrew DeCarlow*<br>By: *s/ Henry Phillips*<br>    Patricia A. Eakes, WSBA #18888<br>    Angelo J. Calfo, WSBA #27079<br>    Tyler S. Weaver, WSBA #29413<br>    Andrew DeCarlow, WSBA #54471<br>    Henry Phillips, WSBA #55152<br>    1301 Second Avenue, Suite 2800<br>    Seattle, WA  98101<br>    Tel:  (206) 407-2200<br>    Fax: (206) 407-2224<br>    pattye@calfoeakes.com<br>    angeloc@calfoeakes.com<br>    tylerw@calfoeakes.com<br>    andrewd@calfoeakes.com<br>    henryp@calfoeakes.com<br><br>*Attorneys for Plaintiffs* | By: *s/ Joseph Groshong*<br>    Joseph Groshong, WSBA# 41593<br>    Assistant City Attorney<br>    Seattle City Attorney's Office<br>    701 Fifth Avenue, Suite 2050<br>    Seattle, WA 98104<br>    Tel:  (206) 684-8200<br>    Fax: (206) 684-8284<br>    Joseph.Groshong@seattle.gov<br><br>HARRIGAN LEYH FARMER & THOMSEN LLP<br><br>By: *s/ Arthur W. Harrigan, Jr.*<br>By: *s/ Tyler L. Farmer*<br>By: *s/ Kristin E. Ballinger*<br>    Arthur W. Harrigan, Jr., WSBA #1751<br>    Tyler L. Farmer, WSBA #39912<br>    Kristin E. Ballinger, WSBA #28253<br>    999 Third Avenue, Suite 4400<br>    Seattle, WA 98104<br>    Tel:  (206) 623-1700<br>    Fax:  (206) 623-8717<br>    arthurh@harriganleyh.com<br>    tylerf@harriganleyh.com<br>    kristinb@harriganleyh.com<br><br>*Attorneys for City of Seattle* |

STIPULATION AND [PROPOSED] ORDER
STRIKING DEADLINE FOR DISCOVERY ON CLASS
CERTIFICATION ISSUES - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

**ORDER**

The Court hereby AMENDS the Minute Order Setting Trial and Related Dates (Dkt. # 27) by STRIKING the deadline of May 17, 2021, by which discovery on class certification issues must be completed.

DATED this ____ day of _____, 2020.

                                                     THOMAS S. ZILLY
                                                    UNITED STATES DISTRICT JUDGE

Presented by:

CALFO EAKES LLP

By: *s/ Patricia A. Eakes*
By: *s/ Angelo J. Calfo*
By: *s/ Tyler S. Weaver*
By: *s/ Andrew DeCarlow*
By: *s/ Henry Phillips*
    Patricia A. Eakes, WSBA #18888
    Angelo J. Calfo, WSBA #27079
    Tyler S. Weaver, WSBA #29413
    Andrew DeCarlow, WSBA #54471
    Henry Phillips, WSBA #55152
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Tel: (206) 407-2200
    Fax: (206) 407-2224
    pattye@calfoeakes.com
    angeloc@calfoeakes.com
    tylerw@calfoeakes.com
    andrewd@calfoeakes.com
    henryp@calfoeakes.com

*Attorneys for Plaintiffs*
PETER S. HOLMES
Seattle City Attorney

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney

STIPULATION AND [PROPOSED] ORDER
STRIKING DEADLINE FOR DISCOVERY ON CLASS
CERTIFICATION ISSUES - 3
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  Seattle City Attorney's Office
   701 Fifth Avenue, Suite 2050
2  Seattle, WA 98104
   Tel: (206) 684-8200
3  Fax: (206) 684-8284
4  Joseph.Groshong@seattle.gov

5

6  HARRIGAN LEYH FARMER & THOMSEN LLP

7  By: *s/ Arthur W. Harrigan, Jr.*
   By: *s/ Tyler L. Farmer*
8  By: *s/ Kristin E. Ballinger*
       Arthur W. Harrigan, Jr., WSBA #1751
9      Tyler L. Farmer, WSBA #39912
       Kristin E. Ballinger, WSBA #28253
10     999 Third Avenue, Suite 4400
       Seattle, WA 98104
11     Tel: (206) 623-1700
       Fax: (206) 623-8717
12     arthurh@harriganleyh.com
       tylerf@harriganleyh.com
13     kristinb@harriganleyh.com

14 *Attorneys for City of Seattle*

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER
STRIKING DEADLINE FOR DISCOVERY ON CLASS
CERTIFICATION ISSUES - 4
(Case No. 20-cv-00983-TSZ)