UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL LLC, et al.,

             Plaintiffs,

   v.

CITY OF SEATTLE,

             Defendant.

C20-983 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    The National Police Association's Motion for Leave to Participate as *Amicus Curiae*, docket no. 32, is DENIED without prejudice.  The Court will reconsider a renewed motion for leave to participate as *amicus* when a dispositive motion is pending and the *amicus* appearance to brief issues necessary to decide that pending motion is likely to assist the Court.

      (2)    The parties' stipulation to strike the deadline for discovery on class certification, docket no. 36, is GRANTED.  The Court hereby AMENDS the Minute Order Setting Trial and Related Dates, docket no. 27, by STRIKING the deadline of May 17, 2021, by which discovery on class certification must be completed.

      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 7th day of December, 2020.

                                              William M. McCool
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

MINUTE ORDER - 1