THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, MAGDALENA SKY, an individual, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, and BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, on behalf of themselves and others similarly situated,

Case No. 2:20-cv-00983-TSZ

STIPULATED DISMISSAL OF PLAINTIFF MAGADELNA SKY PURSUANT TO FRCP 41(a)(1)(A)(ii)

STIPULATED DISMISSAL OF PLAINTIFFS SAGE PHYSICAL THERAPY AND KATHLEEN CAPLES PURSUANT TO FRCP 41(a)(1)(A)(ii) - 1
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200 FAX, (206) 407-2224

Plaintiffs,

vs.

CITY OF SEATTLE,

Defendant.

The parties hereby stipulate, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii) that the claims of Plaintiff Magdalena Sky are dismissed without prejudice, and without any effect on her ability to be a member of any putative class in this case. This shall not affect the claims of any other Plaintiff, or of any member of any putative class.

DATED this 25th day of January, 2021.

**CALFO EAKES LLP**

By */s/ Patty A. Eakes*_________________

Patricia A. Eakes, WSBA #18888
Angelo J. Calfo, WSBA #27079
Tyler S. Weaver, WSBA #29413
Andrew DeCarlow, WSBA #54471
Henry Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
angeloc@calfoeakes.com
tylerw@calfoeakes.com
andrewd@calfoeakes.com
henryp@calfoeakes.com

*Attorneys for Plaintiffs*

-and-

STIPULATED DISMISSAL OF PLAINTIFFS SAGE PHYSICAL THERAPY AND KATHLEEN CAPLES PURSUANT TO FRCP 41(a)(1)(A)(ii) - 2
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200 FAX, (206) 407-2224

**PETER S. HOLMES**
Seattle City Attorney

By: */s Joseph Groshong*
Joseph Groshong, WSBA #41593
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel.: (206) 684-8200
Fax: (206) 684-8284
E-mail: Joseph.Groshong@seattle.gov

**HARRIGAN LEYH FARMER & THOMSEN LLP**

By */s Tyler L. Farmer*
Tyler L. Farmer, WSBA #39912
Arthur W. Harrigan, J., WSBA #1751
Kristin E. Ballinger, WSBA #28253
999 Third Avenue, Suite 4400
Seattle, WA 98104
Seattle, WA 98104
Tel.#: (206) 623-1700
Fax#: (206) 623-8717
E-mail: tylerf@harriganleyh.com
arthurh@harriganleyh.com
kristinb@harriganleyh.com

*Attorneys for Defendant City of Seattle*

STIPULATED DISMISSAL OF PLAINTIFFS SAGE PHYSICAL THERAPY AND KATHLEEN CAPLES PURSUANT TO FRCP 41(a)(1)(A)(ii) - 3
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200 FAX, (206) 407-2224