THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, et al., on behalf of themselves and others similarly situated,<br><br>         Plaintiffs,<br><br>   vs.<br><br>CITY OF SEATTLE,<br>         Defendant. | Case No.  2:20-cv-00983 TSZ<br><br>NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS |

TO:            THE CLERK OF THE COURT

AND TO:    ALL PARTIES AND COUNSEL OF RECORD

YOU AND EACH OF YOU will please take notice that Gabriel Reilly-Bates of Calfo Eakes LLP hereby appears in the above-entitled class action complaint as additional counsel for Plaintiffs Hunters Capital, LLC, Northwest Liquor And Wine LLC, SRJ Enterprises, d/b/a Car Tender, Richmark Company, d/b/a Richmark Label, Onyx Homeowners Association, Wade Biller, Madrona Real Estate Services LLC, Madrona Real Estate Investors IV LLC, Madrona Real Estate Investors VI LLC, 12th And Pike Associates LLC, Redside Partners LLC, Olive St. Apartments

NOTICE OF APPEARANCE ON BEHALF OF
PLAINTIFFS
(Case No. 2:20-cv-00983-TSZ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1  LLC, Bergman's Lock And Key Services LLC, Matthew Ploszaj, Argento LLC, Rancho Bravo,

2  Inc., Sway And Cake LLC, and Shuffle LLC d/b/a Cure Cocktail, and requests that all further papers

3  and pleadings be served upon the undersigned attorney at the address below stated.

4      DATED this 14th day of May, 2021.

**CALFO EAKES LLP**

By    s/ *Gabriel Reilly-Bates*
    Gabriel Reilly-Bates, WSBA# 52257
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Phone: (206) 407-2200
    Fax: (206) 407-2224
    Email: gaber@calfoeakes.com

*Attorney for Plaintiffs*

NOTICE OF APPEARANCE ON BEHALF OF
PLAINTIFFS
(Case No. 2:20-cv-00983-TSZ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224