HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

        Plaintiffs,

v.

CITY OF SEATTLE,

        Defendant.

Case No. 20-cv-00983-TSZ

STIPULATION AND ORDER PERMITTING AMENDMENT OF COMPLAINT AND AMENDING CASE SCHEDULE

**STIPULATION**

The parties have been engaged in extensive and ongoing document production, depositions, and other discovery for more than seven months. This has included the ongoing review and production of hundreds of thousands of pages of documents by both sides, including documents with difficult technical issues, such as text messages. During that process, Plaintiffs determined that two entities that are related entities of Hunters Capital LLC should also be named, and seek to amend the complaint to add them as parties. Plaintiffs' proposed Third Amended Complaint is attached to the Stipulation, docket no. 45, as Exhibit A thereto, and is redlined against the Second Amended Complaint filed in this action. The parties agree that allowing this amendment after the deadline in this case for joining additional parties is more efficient for the parties and the Court than requiring the added parties to file a separate proceeding. The parties

STIPULATION AND ORDER
PERMITTING AMENDMENT OF COMPLAINT
AND AMENDING CASE SCHEDULE - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1 | stipulate that Plaintiffs should be allowed to file a Third Amended Complaint in the form attached
2 | as Exhibit A to the Stipulation, docket no. 45.

3 |     The parties also agree that the addition of these two additional entities, as well as other
4 | issues they are working together to address in discovery, warrant a modest extension of the
5 | deadlines and trial date in this case to allow both parties to adequately prepare for those deadlines
6 | and for trial. The parties believe this extension is shorter than what would be necessary if
7 | Plaintiffs were to file a separate action on behalf of the added entities related to Hunters Capital,
8 | LLC. The parties agree that no prejudice will be incurred by either side, and judicial economy
9 | will be served, if this joint request is granted.

10 |     Based on the need for additional time and to avoid scheduling conflicts, the parties
11 | therefore jointly request that the Court issue the proposed order set forth below, with a trial date
12 | of October 17, 2022, or as soon thereafter as it is convenient for the Court.

13 |     STIPULATED AND AGREED TO this 28th day of June, 2021.

CALFO EAKES LLP

By: *s/Tyler S. Weaver*
    Patricia A. Eakes, WSBA #18888
    Angelo J. Calfo, WSBA #27079
    Tyler S. Weaver, WSBA #29413
    Andrew DeCarlow, WSBA #54471
    Henry Phillips, WSBA #55152
    Gabriel Reilly-Bates, WSBA# 52257
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Tel: (206) 407-2200
    Fax: (206) 407-2224
    pattye@calfoeakes.com
    angeloc@calfoeakes.com
    tylerw@calfoeakes.com
    andrewd@calfoeakes.com
    henryp@calfoeakes.com
    gaber@calfoeakes.com

*Attorneys for Plaintiffs*

PETER S. HOLMES
Seattle City Attorney

    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/Kristin E. Ballinger*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Kristin E. Ballinger, WSBA #28253
    Caitlin B. Pratt, WSBA #48422
    999 Third Avenue, Suite 4400
    Seattle, WA 98104

STIPULATION AND ORDER
PERMITTING AMENDMENT OF COMPLAINT
AND AMENDING CASE SCHEDULE - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Tel: (206) 623-1700
arthurh@harriganleyh.com
tylerf@harriganleyh.com
kristinb@harriganleyh.com
caitlinp@harriganleyh.com

*Attorneys for City of Seattle*

STIPULATION AND ORDER
PERMITTING AMENDMENT OF COMPLAINT
AND AMENDING CASE SCHEDULE - 3
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

# ORDER

In consideration of the parties' stipulation, the Court grants Plaintiffs permission to file a Third Amended Complaint as described in that stipulation and hereby amends the case schedule as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | **Oct. 17, 2022** |
| Length of Trial | 2-3 weeks |
| Any motions related to class certification must be filed by | Nov. 18, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | Apr. 14, 2022 |
| Expert witness rebuttal deadline | May 27, 2022 |
| All motions related to discovery must be filed by | June 2, 2022 |
| All remaining discovery completed by | June 27, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | June 30, 2022 |
| All motions related to expert witnesses (e.g., Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | July 21, 2022 |
| All motions in limine must be filed by and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | Aug. 25, 2022 |
| Mediation Deadline | July 27, 2022 |
| Agreed Pretrial Order due | Sept. 30, 2022 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | Sept. 30, 2022 |
| Pretrial conference to be held at 10:30 a.m. on | Oct. 5, 2022 |

Dated this 30th day of June, 2021.

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER
PERMITTING AMENDMENT OF COMPLAINT
AND AMENDING CASE SCHEDULE - 4
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700  FAX (206) 623-8717