THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

HUNTERS CAPITAL, LLC, a Washington limited liability company, et al., on behalf of themselves and others similarly situated,

                Plaintiffs,

vs.

CITY OF SEATTLE,

                Defendant.

Case No.  2:20-cv-00983 TSZ

STIPULATED DIGITAL EXAMINATION AGREEMENT AND ORDER

**STIPULATED DIGITAL EXAMINATION AGREEMENT AND ORDER**

Hunters Capital, LLC, et al. ("Plaintiffs") and the City of Seattle (the "City") jointly agree to this stipulation and order ("Agreement"), which sets forth the full agreement between Plaintiffs and the City for the inspection of forensic images or backups of certain City-issued cellular telephones used by specific City officials[1] ("Cell Phone Data").

///

---

[1] The relevant City officials are Mayor Jenny Durkan, former Police Chief Carmen Best, Fire Chief Harold Scoggins, Idris Beauregard, Christopher Fisher, Ken Neafcy, Eric Greening (the "Individuals").

STIPULATED DIGITAL EXAMINATION
AGREEMENT AND ORDER
(Case No. 2:20-cv-00983-TSZ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

**1. Purpose**

The purpose of this Order is to (1) provide Plaintiffs' forensic provider, Brandon Leatha ("Forensic Expert"), with access to the Cell Phone Data for testing, and (2) establish a protocol for delivery to the City of any lost or missing data recovered by the Forensic Expert.

**2. Source Materials to Forensic Expert**

The City shall provide the Forensic Expert with a detailed log of all sources of electronically stored information ("ESI") that it has searched to produce text messages from the Individuals in this case, including any cloud-based storage accounts (the "Log"). The Log shall include available details about each source, including the make, model, serial number, or other identifying information. Within fourteen days of the execution of this Agreement, the City shall provide copies of any Cell Phone Data that were obtained by City's forensics experts to the Forensic Expert. The Cell Phone Data shall not be provided directly to Plaintiffs' counsel.

If the Forensic Expert identifies additional sources of text message ESI not included in the Log, Plaintiffs may request that the City collect this data ("Additional Cell Phone Data") and, if they do, the parties will meet and confer (*see* FRCP 26(f)) regarding the request within ten (10) business days. Any Additional Cell Phone Data that the City agrees to collect will be provided to the Forensic Expert within ten (10) days of the agreement. The parties agree to use the procedure set forth in LCR 37(a)(2) for any disputes regarding the collection of Additional Cell Phone Data or its provision to the Forensic Expert.

The City will make (1) Mayor Durkan's City-issued "cracked screen" iPhone 8, (2) Chief Best's iPhone that she returned to the City on September 2, 2020, and (3) Chief Scoggins' iPhone that was factory reset in October 2020 available to the Forensic Expert for a physical inspection at a mutually agreeable time and place. Any such physical inspection shall occur via video

STIPULATED DIGITAL EXAMINATION
AGREEMENT AND ORDER
(Case No. 2:20-cv-00983-TSZ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

conference if a device is located outside the State of Washington at the time Plaintiffs request to inspect it. During the physical inspection of the devices, the Forensic Expert may look at only the following areas of the phone: the IMEI number, the serial number, the SMS retention settings, back-up information (iCloud or otherwise), the date of the last factory reset, the text messages and messaging apps (only to confirm the dates of available messages). No changes shall be made to any device settings during the physical inspection. The parties' counsel shall not participate in the physical inspection of any cell phone device.

### 3. Assessment of Cell Phone Data

Subject to the terms of this Agreement, the City shall make the Cell Phone Data available to the Forensic Expert for analysis. The Cell Phone Data will be provided to the Forensic Expert in the same form that it was collected by the City.

The Cell Phone Data shall be subject to the following procedures:

a) **Transfer of Cell Phone Data to Forensic Expert.** The Forensic Expert shall obtain the Cell Phone Data from the City at a mutually agreed upon date and time but before October 31, 2021.

b) **Data Storage**. The Cell Phone Data shall be stored on encrypted media and shall be retained in a secure evidentiary or forensic lab at all times. Any transfer or transmittal of the Cell Phone Data shall be on encrypted media.

c) **Forensic Analysis of Images**. The Forensic Expert shall perform forensic analysis of the Cell Phone Data for the time period of June 1, 2020 to October 31, 2020 and provide the results of the forensic analysis in a report format to both parties. The Forensic Expert shall start by analyzing the data from the cellular phones of Mayor Durkan, Chief Best, Chief Scoggins, and Idris Beauregard. The Forensic Expert shall prepare a report relating to the remaining Cell Phone Data only at the request of Plaintiffs' counsel. This forensic analysis shall be marked "confidential" pursuant to the parties' Protective Order, and shall include the following:

- **Device Summary**: The report should detail each cellular phone, including the device make, model, version, serial number, and other identifying information, as well as the operating system,

STIPULATED DIGITAL EXAMINATION
AGREEMENT AND ORDER
(Case No. 2:20-cv-00983-TSZ) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

version, and installed software or applications.

- **Meta Data Regarding Text Message Settings**: To the extent that any Individual's text message ESI is not available due to change(s) to text message retention settings, the report should detail any changes to the "com.apple.mobileSMS.plist," "KeepMessageForDays," and "KeepMessagesVersionID" files and any other relevant facts relating to these changes.

- **Communications Applications**: The report should detail the use of any communications applications on the Individuals' City-issued cellular phones from June 1, 2020 to July 31, 2020, and any evidence that such communications applications were downloaded, updated, and/or removed from the subject devices. Examples of communications applications include Facebook Messenger, Twitter, Skype, Snapchat, WeChat, WhatsApp, Signal, Viber, Tencent, Slack, Telegram, Line, Kik Messenger, Kakao Talk, iMessage, GroupMe, Element, eBuddy XMS, Discord, SMS/MMS, and other similar communications applications. In addition, the report should detail the presence and date range of any communications from these applications included in the Cell Phone Data (but not provide any information about the content of the communications).

- **Metadata Regarding Factory Reset**: To the extent that any Individual's text message ESI is not available due to a factory reset, the report should detail the date, location, time, and any other relevant facts relating to the factory reset.

- **Metadata Regarding Failed Credentials**: To the extent that any Individual's text message ESI is not available due to failed credentials, the report should detail the date, location, time, and any other relevant facts relating to the failed credentials.

- **USB and External Storage:** This report should detail the use of external storage devices including USB flash drives, hard drives, CD/DVD, SD cards, cellular phones, cameras, and other removable or portable storage devices that may have been used to store the Individuals' ESI and provide a detailed description of any such device.

- **File Deletion:** This report should detail all activity that may have eliminated text message ESI from the Individuals' cellular phones.

- **Data Wiping and Hiding**: This report should detail the use of

STIPULATED DIGITAL EXAMINATION
AGREEMENT AND ORDER
(Case No. 2:20-cv-00983-TSZ) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

- file wiping, disk cleaning, file encryption, or other anti-forensic tools or techniques which may have been used to eliminate or limit access to any text message ESI stored on the Individuals' cellular phones.

- **Comparison of ESI Available Versus Sources of ESI Searched**: The report should identify any sources of text message ESI identified by the Forensic Expert but not identified in the Log.

- **Comparison of Forensic Images and Backups**: The report should detail any differences between (1) the Cell Phone Data, and (2) the data the Forensic Expert would expect to obtain from such forensic images or backups.

The forensic report prepared by the Forensic Expert may not excerpt and/or append any data and/or artifacts that are relevant to the report without first receiving confirmation from the City that the information is not privileged or protected. The City shall have 14 calendar days to review the forensic report prepared by the Forensic Expert, after which the Forensic Expert may produce the forensic report to Plaintiffs' counsel. If the City requests the redaction of any portion of the report, the requested redaction(s) shall be made, and the City shall identify the applicable privilege or protection on a privilege log within 30 calendar days of the production of the forensic report to Plaintiffs.

**4. Additional Sources of Text Message ESI to Be Identified**

The Forensic Expert shall provide the parties with a detailed description of any sources of text message ESI it discovers that were not identified in the Log. The Agreement Regarding Discovery of Electronically Stored Information and Order (Dkt. 39) shall govern the search and production of any such ESI.

**5. Miscellaneous**

Nothing in this Agreement shall be deemed to constitute a waiver of any objection that any Party may have to any pending or future discovery request or deposition question, nor shall this

STIPULATED DIGITAL EXAMINATION
AGREEMENT AND ORDER
(Case No. 2:20-cv-00983-TSZ) - 5

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

Agreement prevent any Party from objecting to production of documents or objecting to other discovery requests on any available grounds, or from seeking alternative protective orders from the Court.

Nothing in this Agreement shall affect the right of a Party or non-party to disclose or use any information and items that it has designated as "Confidential" or "Attorney's Eyes Only."

Nothing in this Agreement shall prohibit any Party from moving the Court for modification of this Agreement for good cause.

The Forensic Expert will maintain the Cell Phone Data in confidence and disclose its work only to the extent authorized by this Agreement, a further agreement of the parties, or as ordered by the Court.  The Forensic Expert will destroy the Cell Phone Data upon a final order being issued by the Court or, if an appeal is filed, after an appellate mandate terminating the case.

Except as specifically provided in this Agreement, the terms, conditions, and limitations of this Agreement shall survive the termination of the above-captioned action.

Production pursuant to this Agreement shall not waive the parties' rights to object to the introduction of the evidence at trial.

**6. Disputes Relating to this Order**

The parties agree to utilize the procedure set forth under LCR 37(a)(2) for any disputes pertaining to the enforcement of this Order.

///

///

STIPULATED DIGITAL EXAMINATION
AGREEMENT AND ORDER
(Case No. 2:20-cv-00983-TSZ) - 6

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

1   DATED this 8th day of October, 2021.

2   SO STIPULATED:

| | |
|---|---|
| **CALFO EAKES LLP** | **PETER S. HOLMES**<br>Seattle City Attorney |
| By */s/Gabriel Reilly-Bates*<br>   Patricia A. Eakes, WSBA #18888<br>   Angelo J. Calfo, WSBA #27079<br>   Tyler S. Weaver, WSBA #29413<br>   Gabriel Reilly-Bates, WSBA #52257<br>   Andrew DeCarlow, WSBA #54471<br>   1301 Second Avenue, Suite 2800<br>   Seattle, WA  98101<br>   Phone:  (206) 407-2200<br>   Fax:  (206) 407-2224<br>   Email: pattye@calfoeakes.com<br>           angeloc@calfoeakes.com<br>           tylerw@calfoeakes.com<br>           gaber@calfoeakes.com<br>           andrewd@calfoeakes.com<br><br>*Attorneys for Plaintiffs* | */s/ Joseph Groshong*<br>Joseph Groshong, WSBA #41593<br>Assistant City Attorneys<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone:  (206) 684-8200<br>Fax:  (206) 684-8284<br>E-mail: Joseph.Groshong@seattle.gov<br><br>**HARRIGAN LEYH FARMER &**<br>**THOMSEN LLP**<br><br>*/s/ Caitlin B. Pratt*<br>Arthur W. Harrigan, Jr., WSBA #1751<br>Tyler L. Farmer, WSBA #39912<br>Kristin E. Ballinger, WSBA #28253<br>Caitlin B. Pratt, WSBA #48422<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Phone: (206) 623-1700<br>Email: arthurh@harriganleyh.com<br>           tylerf@harriganleyh.com<br>           kristinb@harriganleyh.com<br>           caitlinp@harriganleyh.com<br><br>*Attorneys for Defendant* |

STIPULATED DIGITAL EXAMINATION
AGREEMENT AND ORDER
(Case No. 2:20-cv-00983-TSZ) - 7

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

## II. ORDER

IT IS SO ORDERED.

Dated this 19th day of October, 2021.

_____
Thomas S. Zilly
United States District Judge

Presented by:

**CALFO EAKES LLP**

By */s/Gabriel Reilly-Bates*
Patricia A. Eakes, WSBA #18888
Angelo J. Calfo, WSBA #27079
Tyler S. Weaver, WSBA #29413
Gabe Reilly-Bates, WSBA #52257
Andrew DeCarlow, WSBA #54471
Henry Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
angeloc@calfoeakes.com
tylerw@calfoeakes.com
gaber@calfoeakes.com
andrewd@calfoeakes.com
henryp@calfoeakes.com

STIPULATED DIGITAL EXAMINATION
AGREEMENT AND ORDER
(Case No. 2:20-cv-00983-TSZ) - 8

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224