THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, HUNTERS PROPERTY HOLDINGS, LLC, a Washington limited liability company; GREENUS BUILDING, INC., a Washington corporation; NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, and BERGMAN'S LOCK AND KEY SERVICES LLC, a | Case No. 2:20-cv-00983-TSZ<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CLASS-CERTIFICATION BRIEFING |

STIPULATION AND [PROPOSED] ORDER
REGARDING CLASS-CERTIFICATION
BRIEFING - 1
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

| | |
|---|---|
| Washington limited liability company, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>CITY OF SEATTLE,<br>                    Defendant. | |

**STIPULATION**

The parties continue to engage in active discovery, including document production, depositions, and other discovery. As part of that process, the parties have been meeting and conferring regarding certain productions and depositions and have determined that it would benefit the Court and the parties to delay the class-certification deadline by a few weeks. The parties also believe that it would benefit the Court and the parties to modestly expand the briefing schedule and page limits on the briefing of Plaintiffs' anticipated motion to allow the parties to fully advise the Court about the issues surrounding class certification. The parties therefore stipulate to the following schedule and page limits (which do not require the adjustment of any other dates on the case schedule), and request that the Court enter the proposed order set forth below:

| | |
|---|---|
| Deadline for any motions related to class certification: | January 13, 2022 |
| Deadline for oppositions to motions on class certification: | February 7, 2022 |
| Deadline for reply in support of motions on class certification: | February 18, 2022 |
| | |
| Page limit for any motions related to class certification: | 27 |
| Page limit for oppositions to motions on class certification: | 35 |

STIPULATION AND [PROPOSED] ORDER
REGARDING CLASS-CERTIFICATION
BRIEFING - 2
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

Page limit for replies in support of motions on class certification:        20

STIPULATED AND AGREED TO this 22 day of October, 2021.

By */s/ Tyler S. Weaver*
   Patricia A. Eakes, WSBA #18888
   Angelo J. Calfo, WSBA #27079
   Tyler S. Weaver, WSBA #29413
   Gabe Reilly-Bates, WSBA #52257
   Andrew DeCarlow, WSBA #54471
   Henry Phillips, WSBA #55152
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Phone:  (206) 407-2200
   Fax:     (206) 407-2224
   Email:  pattye@calfoeakes.com
          angeloc@calfoeakes.com
          tylerw@calfoeakes.com
          gaber@calfoeakes.com
          andrewd@calfoeakes.com
          henryp@calfoeakes.com

*Attorneys for Plaintiffs*

**PETER S. HOLMES**
Seattle City Attorney

By:*/s Joseph Groshong*
   Joseph Groshong, WSBA #41593
   Assistant City Attorneys
   Seattle City Attorney's Office
   701 Fifth Avenue, Suite 2050
   Seattle, WA 98104
   Tel.:   (206) 684-8200
   Fax:   (206) 684-8284
   E-mail: Joseph.Groshong@seattle.gov

-and-

STIPULATION AND [PROPOSED] ORDER
REGARDING CLASS-CERTIFICATION
BRIEFING - 3
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

**HARRIGAN LEYH FARMER & THOMSEN LLP**

By */s Shane Cramer*
    Arthur W. Harrigan, J., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Kristin E. Ballinger, WSBA #28253
    Shane Cramer, WSBA #35099
    Caitlin B. Pratt, WSBA #48422
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Seattle, WA 98104
    Tel.#:  (206) 623-1700
    Fax#:  (206) 623-8717
    E-mail: tylerf@harriganleyh.com
           arthurh@harriganleyh.com
           kristinb@harriganleyh.com
           shanec@harriganleyh.com
           caitlinp@harriganleyh.com

*Attorneys for Defendant City of Seattle*

STIPULATION AND [PROPOSED] ORDER
REGARDING CLASS-CERTIFICATION
BRIEFING **-** 4
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

# [PROPOSED] ORDER

In consideration of the parties' stipulation, the Court hereby amends the case schedule as follows:

| | |
|---|---|
| Deadline for any motions related to class certification: | January 13, 2022 |
| Deadline for oppositions to motions on class certification: | February 7, 2022 |
| Deadline for replies in support of motions on class certification: | February 18, 2022 |

The briefs on class certification shall be subject to the following page limitations:

| | |
|---|---|
| Motions related to class certification: | 27 pages |
| Oppositions to motions on class certification: | 35 pages |
| Replies in support of motions on class certification: | 20 pages |

This Order shall not affect any other dates scheduled in this case, nor the page limits of any other briefs to be filed in this case.

DATED: ─────────────────

_____
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
REGARDING CLASS-CERTIFICATION
BRIEFING - 5
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224