HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

HUNTERS CAPITAL, LLC, et al.,

          Plaintiffs,

    v.

CITY OF SEATTLE,

          Defendant.

Case No. 20-cv-00983

CITY OF SEATTLE'S NOTICE OF ASSOCIATION OF COUNSEL

**<u>CLERK'S ACTION REQUIRED</u>**

TO:    THE CLERK OF THE COURT; and

TO:    ALL PARTIES OF RECORDS AND THEIR ATTORNEYS.

      PLEASE TAKE NOTICE that the undersigned counsel, Shane P. Cramer of the law firm Harrigan Leyh Farmer & Thomsen LLP, hereby associates with Joseph Groshong and Carolyn Boies of the Seattle City Attorney's Office on behalf of the City of Seattle in the above-captioned action, and request that service of all papers and pleadings herein, except original process, also be made upon the undersigned at the address stated below.

      DATED this 21st day of October, 2021.

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Shane P. Cramer*
    Shane P. Cramer, WSBA #35099
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    Fax: (206) 623-8717
    shanec@harriganleyh.com

*Attorney for City of Seattle*

NOTICE OF ASSOCIATION OF COUNSEL
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717