THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, HUNTERS PROPERTY HOLDINGS, LLC, a Washington limited liability company; GREENUS BUILDING, INC., a Washington corporation; NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, and BERGMAN'S LOCK AND KEY SERVICES LLC, a | Case No. 2:20-cv-00983-TSZ<br><br>STIPULATION AND ORDER REGARDING CLASS-CERTIFICATION BRIEFING |

STIPULATION AND ORDER
REGARDING CLASS-CERTIFICATION
BRIEFING - 1
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

Washington limited liability company, on behalf of themselves and others similarly situated,

                        Plaintiffs,

vs.

CITY OF SEATTLE,
                        Defendant.

## STIPULATION

The parties continue to engage in active discovery, including document production, depositions, and other discovery. As part of that process, the parties have been meeting and conferring regarding certain productions and depositions and have determined that it would benefit the Court and the parties to delay the class-certification deadline by a few weeks. The parties also believe that it would benefit the Court and the parties to modestly expand the briefing schedule and page limits on the briefing of Plaintiffs' anticipated motion to allow the parties to fully advise the Court about the issues surrounding class certification. The parties therefore stipulate to the following schedule and page limits (which do not require the adjustment of any other dates on the case schedule), and request that the Court enter the proposed order set forth below:

| | |
|---|---|
| Deadline for any motions related to class certification: | January 13, 2022 |
| Deadline for oppositions to motions on class certification: | February 7, 2022 |
| Deadline for reply in support of motions on class certification: | February 18, 2022 |
| | |
| Page limit for any motions related to class certification: | 27 |
| Page limit for oppositions to motions on class certification: | 35 |

STIPULATION AND ORDER
REGARDING CLASS-CERTIFICATION
BRIEFING - 2
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

Page limit for replies in support of motions on class certification:    20

STIPULATED AND AGREED TO this 22 day of October, 2021.

By */s/ Tyler S. Weaver*
Patricia A. Eakes, WSBA #18888
Angelo J. Calfo, WSBA #27079
Tyler S. Weaver, WSBA #29413
Gabe Reilly-Bates, WSBA #52257
Andrew DeCarlow, WSBA #54471
Henry Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone:  (206) 407-2200
Fax:     (206) 407-2224
Email:   pattye@calfoeakes.com
             angeloc@calfoeakes.com
             tylerw@calfoeakes.com
             gaber@calfoeakes.com
             andrewd@calfoeakes.com
             henryp@calfoeakes.com

*Attorneys for Plaintiffs*

**PETER S. HOLMES**
Seattle City Attorney

By:*/s Joseph Groshong*
Joseph Groshong, WSBA #41593
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel.:  (206) 684-8200
Fax:   (206) 684-8284
E-mail: Joseph.Groshong@seattle.gov

-and-

STIPULATION AND ORDER
REGARDING CLASS-CERTIFICATION
BRIEFING - 3
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

1

2  **HARRIGAN LEYH FARMER & THOMSEN LLP**

3  By */s Shane Cramer*
    Arthur W. Harrigan, J., WSBA #1751

4      Tyler L. Farmer, WSBA #39912
    Kristin E. Ballinger, WSBA #28253

5      Shane Cramer, WSBA #35099
    Caitlin B. Pratt, WSBA #48422

6      999 Third Avenue, Suite 4400
    Seattle, WA 98104

7      Seattle, WA 98104
    Tel.#:  (206) 623-1700

8      Fax#:  (206) 623-8717
    E-mail: tylerf@harriganleyh.com

9          arthurh@harriganleyh.com
        kristinb@harriganleyh.com

10         shanec@harriganleyh.com
        caitlinp@harriganleyh.com

11

12 *Attorneys for Defendant City of Seattle*

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER
REGARDING CLASS-CERTIFICATION
BRIEFING **-** 4
Case No. 2:20-cv-00983-TSZ

# ORDER

In consideration of the parties' stipulation, the Court hereby amends the case schedule as follows:

| | |
|---|---|
| Deadline for any motions related to class certification: | January 13, 2022 |
| Deadline for oppositions to motions on class certification: | February 7, 2022 |
| Deadline for replies in support of motions on class certification: | February 18, 2022 |

The briefs on class certification shall be subject to the following page limitations:

| | |
|---|---|
| Motions related to class certification: | 27 pages |
| Oppositions to motions on class certification: | 35 pages |
| Replies in support of motions on class certification: | 20 pages |

This Order shall not affect any other dates scheduled in this case, nor the page limits of any other briefs to be filed in this case.

DATED: October 25, 2021

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER
REGARDING CLASS-CERTIFICATION
BRIEFING - 5
Case No. 2:20-cv-00983-TSZ

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224