HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC et al,

    Plaintiffs,

v.

CITY OF SEATTLE,

    Defendant.

Case No. 20-cv-00983 TSZ

[PROPOSED] PROTECTIVE ORDER RE PLAINTIFFS' REQUESTS FOR PRODUCTION NOS. 45–47 and 49–51

THIS MATTER came before the Court on the City of Seattle's Motion for a Protective Order. The Court finds that plaintiffs' Requests for Production Nos. 45–47 and 49–51 (1) seek documents that are not relevant to the issues in dispute and (2) are not proportional to the needs of the case.

IT IS HEREBY ORDERED that:

The City of Seattle's Motion for a Protection Order is GRANTED. The City of Seattle need not respond to, and need not search for documents responsive to, plaintiffs' Requests for Production Nos. 45–47 and 49–51.

DATED this ____ day of _____, 2020.

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

[PROPOSED] PROTECTIVE ORDER - 1
(Case No. 20-cv-00983 TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Presented by:

PETER S. HOLMES
Seattle City Attorney

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel:  (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Kristin E. Ballinger*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Kristin E. Ballinger, WSBA #28253
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel:  (206) 623-1700
    Fax:  (206) 623-8717
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    kristinb@harriganleyh.com

*Attorneys for the City of Seattle*

[PROPOSED] PROTECTIVE ORDER - 2
(Case No. 20-cv-00983 TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717