# EXHIBIT 2

HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

                Plaintiffs,

      v.

CITY OF SEATTLE,

                Defendant.

Case No. 20-cv-00983

PLAINTIFF HUNTERS CAPITAL, LLC'S
FIRST SET OF INTERROGATORIES AND
FIRST REQUESTS FOR PRODUCTION TO
DEFENDANT CITY OF SEATTLE **AND THE
CITY'S OBJECTIONS AND RESPONSES
THERETO**

Defendant City of Seattle ("City") hereby responds to Plaintiff Hunters Capital, LLC's

First Set of Interrogatories and First Requests for Production to Defendant City of Seattle.

## **GENERAL OBJECTIONS AND RESERVATIONS**

The City objects to these discovery requests to the extent they seek production of

documents or information protected from disclosure by the attorney-client privilege, the work-

product doctrine, or any other applicable doctrine or privilege.

The City has invested significant resources in identifying and collecting potentially

responsive records from several of its departments. The City's review of the records collected thus

far is underway. As counsel for the City has communicated to the plaintiffs' counsel, the City

expects that some records, including from the Seattle Police Department (SPD), will take longer

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 1
(Case No. 20-cv-00983)

1.  City Attorney's Office spreadsheet of public disclosure requests dated between June 8 and October 30, 2020;

2.  SPD spreadsheet of public disclosure requests dated between June 8 and October 30, 2020; and

3.  Documents dated between June 8, 2020 and July 10, 2020, collected from the agreed list of custodians, and containing the search terms provided by the plaintiffs.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**  Please produce all documents and communications relating or referring to any complaints Defendant, or any of Defendant's employees or officials (including, but not limited to, the Mayor and Mayor's office), have received that concern, related [sic] to, reference, or otherwise raise complaints about the CHOP, conditions on Capitol Hill during the CHOP occupation, the CHOP zone, or CHOP participants.

**RESPONSE:**  The City objects to this request as vague, ambiguous, overly broad, and unduly burdensome because (1) "complaint" has multiple meanings but is not defined, (2) the City has no reasonable means of identifying complaints that "concern, relate[] to, reference, or otherwise raise complaints about" the CHOP unless they also "refer" to it (or use one of its synonyms), (3) as written, the request would require searching the communications of hundreds (or more) employees, and (4) the request encompasses a larger geographic area and a longer timeframe than is relevant to the claims or defenses in this case.

Without waiving any objection, and subject to continuing investigation, the City will produce responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2) containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from one of the following City departments: Emergency Operations Center (EOC) and/or Office of

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700    FAX (206) 623-8717

Emergency Management (OEM), FAS, HSD, Mayor's office, Office Economic Development (OED), Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list of custodians (*see* Ex. B). The City's rolling production will begin on or about November 13, 2020.

**REQUEST FOR PRODUCTION NO. 2:** Please produce all documents and communications (including but not limited to emails, text messages, voice messages, messages on social media platforms, memoranda, meeting minutes, videos, and photographs) to, from, in the possession of, concerning, or involving the following persons, organizations and City divisions, which concern, relate to, and/or reference the CHOP, CHOP participants, and/or the conditions on Capitol Hill or the CHOP zone during the CHOP occupation:

    a. Mayor Jenny Durkan
    b. The Mayor's office, including members of the Mayor's staff;
    c. The Seattle City Council, including the members of the Council and their staff;
    d. Sabrina Bolieu;
    e. Any and all members of the City's business liaison office, including its staff;
    f. Bobby Lee;
    g. Michael Wells;
    h. City's Office of Economic Development, including its members and staff;
    i. Peter Holmes;
    j. The City Attorney's Office, including its members and staff;
    k. SPU Director Mami Hara and her staff;
    l. SPU, including its leadership, staff, employees, agents, or contractors;
    m. SDOT Director Sam Zimbabwe and his staff;
    n. SDOT, including its leadership, staff, employees, agents, or contractors;
    o. Adrienne Thompson;
    p. Members of the City's policy staff, including all person responsible for advising on or setting City policies;
    q. SPD Chief Carmen Best and her office or staff;
    r. SPD, including its leadership, officers, staff, employees, agents, and contractors;
    s. SFD Chief Harold Scoggins and his office or staff;
    t. SFD, including its leadership, staff, employees, agents, and contractors.

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 23
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700    FAX (206) 623-8717

**RESPONSE:** The City objects to this request as vague, ambiguous, overly broad, and unduly burdensome because (1) the City has no reliable means of identifying whether a given person qualifies as a "CHOP participant" as defined, (2) the "CHOP zone" as defined encompasses a geographic area so large that searching it is likely to include information unrelated to the claims or defenses in this case and would be disproportionate to the case's needs, (3) this problem is compounded by the request including "Capitol Hill," (4) the City has no reasonable means of identifying documents and communications that "concern, relate[] to, and/or reference the CHOP" unless they also refer to it (or use one of its synonyms), and (5) applied literally, this request would require searching and reviewing the accounts of hundreds (or more) City employees, which would be greatly disproportionate to the needs of the case.

Without waiving any objection, and subject to continuing investigation, the City will produce responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2) containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from one of the following City departments: EOC and/or OEM, FAS, HSD, Mayor's office, OED, Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list of custodians (*see* Ex. B).[4]  The City's rolling production will begin on or about November 13, 2020.

**REQUEST FOR PRODUCTION NO. 3:** Please produce all documents and communications relating to or refencing any and all 9-1-1, fire, police, medical, first responder, ambulance or other emergency calls that concern, relate to, or reference the CHOP, incidents

---

[4] The agreed list of custodians does not include members of the Seattle City Council or the City Attorney's Office.

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 24
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

occurring at or near the CHOP zone, or involve CHOP participants, including but not limited to the recordings and transcripts of those calls.

**RESPONSE:** The City objects to this request as vague, ambiguous, overly broad, and unduly burdensome because (1) "incident" is not defined and likely includes information unrelated to the claims or defenses in this case, (2) the City has no reliable means of identifying whether a given person qualifies as a "CHOP participant" as defined, (3) the "CHOP zone" as defined encompasses a geographic area so large that searching it is likely to include information unrelated to the claims or defenses in this case and would be disproportionate to the case's needs, (4) this problem is compounded by the request including areas "near" the CHOP zone, (5) the City has no reasonable means of identifying documents and communications that "concern, relate[] to, and/or reference the CHOP" unless they also refer to it (or use one of its synonyms), and (6) applied literally, this request would require searching and reviewing the accounts of hundreds (or more) City employees, which would be greatly disproportionate to the needs of the case. The City specifically objects to the production of SFD radio communications and fire dispatch call recordings because the burden or expense of producing them far outweighs its likely benefit and would be disproportionate to the needs of the case, particularly in light of the other materials the City will produce.

Without waiving any objection, and subject to continuing investigation, the City will produce responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2) containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from one of the following City departments: EOC and/or OEM, FAS, HSD, Mayor's office, OED, Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list of custodians (*see* Ex. B). The City's rolling production will begin on or about November 13, 2020.

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 25
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700    FAX (206) 623-8717

**REQUEST FOR PRODUCTION NO. 4:** Please produce all documents and communications consisting of or related to orders and directions given to SPD officers and employees concerning, related to, or referencing the CHOP, incidents occurring at or near the CHOP zone, or involving CHOP participants.

**RESPONSE:** The City objects to this request as vague, ambiguous, overly broad, and unduly burdensome because (1) "incident" is not defined and likely includes information unrelated to the claims or defenses in this case, (2) the "CHOP zone" as defined encompasses a geographic area so large that searching it is likely to include information unrelated to the claims or defenses in this case and would be disproportionate to the case's needs, (3) this problem is compounded by the request including areas "near" the CHOP zone, (4) the City has no reliable means of identifying whether a given person qualifies as a "CHOP participant" as defined, (5) the City has no reasonable means of identifying order and directions that "concern, relate[] to, or reference the CHOP" unless they also refer to it (or use one of its synonyms), and (6) as written, this request would require searching and reviewing all SPD communications *at a minimum*. For SPD records related to offenses allegedly occurring within the "CHOP zone," the City will produce all 9-1-1 calls, all SPD radio communication, and SPD CAD logs. The City will not produce every SPD record associated with every offense allegedly occurring within the "CHOP zone" because the burden or expense of producing them far outweighs the likely benefit and would be disproportionate to the needs of the case.

Without waiving any objection, and subject to continuing investigation, the City will produce responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from one of the following City departments: EOC and/or OEM, FAS, HSD, Mayor's office, OED, Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list of custodians (*see* Ex. B).  The City's rolling production will begin on or about November 13, 2020.

**REQUEST FOR PRODUCTION NO. 5:**  Please produce all documents and communications consisting of or related to orders and directions given to SFD firepersons and employees related to, referencing, or concerning the CHOP, incidents occurring at or near the CHOP zone, or involving CHOP participants.

**RESPONSE:**  The City objects to this request as vague, ambiguous, overly broad, and unduly burdensome because (1) "incident" is not defined and likely includes information unrelated to the claims or defenses in this case, (2) the "CHOP zone" as defined encompasses a geographic area so large that searching it is likely to include information unrelated to the claims or defenses in this case and would be disproportionate to the case's needs, (3) this problem is compounded by the request including areas "near" the CHOP zone, (4) the City has no reliable means of identifying whether a given person qualifies as a "CHOP participant" as defined, (5) the City has no reasonable means of identifying order and directions that "concern, relate[] to, or reference the CHOP" unless they also refer to it (or use one of its synonyms), and (6) as written, this request would require searching and reviewing all SFD communications *at a minimum*.  The City specifically objects to the production of SFD radio communications and fire dispatch call recordings because the burden or expense of producing them far outweighs its likely benefit and

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

would be disproportionate to the needs of the case, particularly in light of the other materials the City will produce.

Without waiving any objection, and subject to continuing investigation, the City will produce responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2) containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from one of the following City departments: EOC and/or OEM, FAS, HSD, Mayor's office, OED, Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list of custodians (*see* Ex. B). The City's rolling production will begin on or about November 13, 2020.

**REQUEST FOR PRODUCTION NO. 6:** Please produce all documents and communications consisting of or related to orders and directions given to SDOT employees and personnel related to or referencing the CHOP, incidents occurring at or near the CHOP zone, or involving CHOP participants.

**RESPONSE:** The City objects to this request as vague, ambiguous, overly broad, and unduly burdensome because (1) "incident" is not defined and likely includes information unrelated to the claims or defenses in this case, (2) the "CHOP zone" as defined encompasses a geographic area so large that searching it is likely to include information unrelated to the claims or defenses in this case and would be disproportionate to the case's needs, (3) this problem is compounded by the request including areas "near" the CHOP zone, (4) the City has no reliable means of identifying whether a given person qualifies as a "CHOP participant" as defined, (5) the City has no reasonable means of identifying order and directions that "concern, relate[] to, or reference the

CHOP" unless they also refer to it (or use one of its synonyms), and (6) as written, this request would require searching and reviewing all SDOT communications *at a minimum*.

Without waiving any objection, and subject to continuing investigation, the City will produce responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2) containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from one of the following City departments: EOC and/or OEM, FAS, HSD, Mayor's office, OED, Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list of custodians (*see* Ex. B). The City's rolling production will begin on or about November 13, 2020.

**REQUEST FOR PRODUCTION NO. 7:** Please produce all documents and communications consisting of or related to orders and directions given to SPU employees and personnel related to or referencing the CHOP, incidents occurring at or near the CHOP zone, or involving CHOP participants.

**RESPONSE:** The City objects to this request as vague, ambiguous, overly broad, and unduly burdensome because (1) "incident" is not defined and likely includes information unrelated to the claims or defenses in this case, (2) the "CHOP zone" as defined encompasses a geographic area so large that searching it is likely to include information unrelated to the claims or defenses in this case and would be disproportionate to the case's needs, (3) this problem is compounded by the request including areas "near" the CHOP zone, (4) the City has no reliable means of identifying whether a given person qualifies as a "CHOP participant" as defined, (5) the City has no reasonable means of identifying order and directions that "concern, relate[] to, or reference the

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 29
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700    FAX (206) 623-8717

CHOP" unless they also refer to it (or use one of its synonyms), and (6) as written, this request would require searching and reviewing all SPU communications *at a minimum*.

Without waiving any objection, and subject to continuing investigation, the City will produce responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2) containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from one of the following City departments: EOC and/or OEM, FAS, HSD, Mayor's office, OED, Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list of custodians (*see* Ex. B). The City's rolling production will begin on or about November 13, 2020.

Without waiving any objection, and subject to continuing investigation, the City will produce the responsive, non-privileged records on a rolling basis beginning on or about November 13, 2020.

**REQUEST FOR PRODUCTION NO. 8:** Please produce all documents and communications consisting of or related to orders and directions given to SDOT employees and personnel related to or referencing the CHOP, incidents occurring at or near the CHOP zone, or involving CHOP participants.

**RESPONSE:** Request No. 8 duplicates Request No. 6. No further response will be given.

**REQUEST FOR PRODUCTION NO. 9:** Please produce all body camera footage from SPD officers, agents, or employees that were recorded at or near the CHOP zone or involve a CHOP participant.

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 30
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  **RESPONSE:**  The City objects to this request as vague, ambiguous, overly broad, and

2  unduly burdensome because (1) the "CHOP zone" as defined encompasses a geographic area so

3  large that searching it is likely to include information unrelated to the claims or defenses in this

4  case and would be disproportionate to the case's needs, (2) this problem is compounded by the

5  request including areas "near" the CHOP zone, (3) the City has no reliable means of identifying

6  whether a given person qualifies as a "CHOP participant" as defined, and (4) as written, this

7  request would require the City to review an immense cache of videos, much of which is unrelated

8  to the claims and defenses at issue, which would be an immense burden and far out of proportion

9  to the needs of the case.  No additional documents will be produced in response to this request, but

10  the City is willing to confer regarding a significantly limited request for records relevant to the

11  claims and defenses at issue and in proportion to the needs of the case.

12

13

14  **REQUEST FOR PRODUCTION NO. 10:**  Please produce all documents and

15  communications relating to, referencing, or concerning any tort claims (or damages claims)

16  Defendant has received relating to, referencing, or concerning the CHOP, from June 8, 2020 to the

17  present.

18  **RESPONSE:**  The City objects to this request as vague, ambiguous, overly broad, and

19  unduly burdensome to the extent that it seeks an undefined set of documents that (1) "relat[e] to,

20  referenc[e], or concern[]" submitted tort claim forms, or (2) "relat[e] to, referenc[e], or concern[]"

21  the CHOP rather than simply referring to it (or using one of its synonyms).  The City specifically

22  objects to providing any documents other than the tort claim (or damages claim) forms.

23  Pursuant to these objections, the City will produce tort claim (or damages claim) forms on a

24  rolling basis beginning on or about November 13, 2020.

25

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 31
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1

2

3      **REQUEST FOR PRODUCTION NO. 11:**  Please produce all documents and

4  communications concerning City permits related to public gatherings, public events, protests, street

5  closures, and/or the dispensing or sale of food or beverages and concerning activities within the

6  City of Seattle between January 1, 2020 and the present.

7      **RESPONSE:**  The City objects to this request as overly broad, unduly burdensome and

8  duplicative because it (1) encompasses a larger geographic area than is relevant to the claims or

9  defenses in this case, and (2) spans a longer timeframe than is relevant to the claims or defenses in

10  the case, and (3) applied literally, this request would require searching and reviewing the accounts

11  of hundreds (or more) City employees, which would be greatly disproportionate to the needs of the

12  case.

13      Without waiving any objection, and subject to continuing investigation, the City will

14  produce responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2)

15  containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from

16  one of the following City departments: EOC and/or OEM, FAS, HSD, Mayor's office, OED,

17  Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list

18  of custodians (*see* Ex. B).  The City's rolling production will begin on or about November 13,

19  2020.

20

21

22      **REQUEST FOR PRODUCTION NO. 12:**  Please produce all documents and

23  communications concerning the responses provided by SPD, SFD, SPU, or any other emergency

24

25

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  services and first responders to incidents within the CHOP, at or near the CHOP zone, or involving

2  CHOP participants between May 26, 2020 through July 10, 2020.

3       **RESPONSE:**  The City objects to this request as vague, ambiguous, overly broad, and

4  unduly burdensome because (1) "responses" and "incidents" are not defined, (2) the City has no

5  reliable means of identifying whether a given person qualifies as a "CHOP participant" as defined,

6  (3) the "CHOP zone" as defined encompasses a geographic area so large that searching it is likely

7  to include information unrelated to the claims or defenses in this case and would be

8  disproportionate to the case's needs, (4) this problem is compounded by the request including areas

9  "near" the CHOP zone, (5) it spans a longer timeframe than is relevant to the claims and defenses

10  at issue in the case, and (6) applied literally, this request would require searching and reviewing the

11  accounts of hundreds (or more) City employees, which would be greatly disproportionate to the

12  needs of the case.   The City specifically objects to the production of SFD radio communications

13  and fire dispatch call recordings because the burden or expense of producing them far outweighs

14  its likely benefit and would be disproportionate to the needs of the case, particularly in light of the

15  other materials the City will produce. For SPD records related to offenses allegedly occurring

16  within the "CHOP zone," the City will produce all 9-1-1 calls, all SPD radio communication, and

17  SPD CAD logs.  The City will not produce every SPD record associated with every offense

18  allegedly occurring within the "CHOP zone" because the burden or expense of producing them far

19  outweighs the likely benefit and would be disproportionate to the needs of the case.

20       Without waiving any objection, and subject to continuing investigation, the City will

21  produce responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2)

22  containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from

23  one of the following City departments: EOC and/or OEM, FAS, HSD, Mayor's office, OED,

24  Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list

25

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 33
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

of custodians (*see* Ex. B).  The City's rolling production will begin on or about November 13, 2020.

**REQUEST FOR PRODUCTION NO. 13:**  Please produce documents sufficient to determine the speed and manner of responses provided by SPD, SFD, SDOT, SPU, or any other emergency services and first responders to incidents within the City of Seattle between May 26, 2020 through July 10, 2020.

**RESPONSE:**  The City objects to this request as overly broad, unduly burdensome and duplicative because it (1) encompasses a larger geographic area than is relevant to the claims or defenses in this case, (2) spans a longer timeframe than is relevant to the claims or defenses in the case, (3) seeks an indefinite document set based on an ambiguous limiting factor, and (4) applied literally, this request would require searching and reviewing the accounts of hundreds (or more) City employees, which would be greatly disproportionate to the needs of the case.

Without waiving any objection, and subject to continuing investigation, the City will produce any responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2) containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from one of the following City departments: EOC and/or OEM, FAS, HSD, Mayor's office, OED, Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list of custodians (*see* Ex. B).  The City's rolling production will begin on or about November 13, 2020.

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1     **REQUEST FOR PRODUCTION NO. 14:** Please produce all documents or

2 communications concerning any request for public records made to Defendant that concerns,

3 references, or relates to CHOP, the CHOP zone, or CHOP participants.

4     **RESPONSE:** The City objects to this request as vague, ambiguous, overly broad, unduly

5 burdensome and duplicative because (1) the City has no reliable means of identifying whether a

6 given person qualifies as a "CHOP participant" as defined, (2) the "CHOP zone" as defined

7 encompasses a geographic area so large that searching it is likely to include information unrelated

8 to the claims or defenses in this case and would be disproportionate to the case's needs, (3) the

9 City has no reasonable means of identifying whether a given "public record request" "concern[s],"

10 reference[s]" or "relate[s]" to the CHOP unless it refers to the "CHOP" (or uses one of its

11 synonyms), and (4) applied literally, this request would require searching and reviewing the

12 accounts of hundreds (or more) City employees, which would be greatly disproportionate to the

13 needs of the case.

14     Without waiving any objection, and subject to continuing investigation, the City will

15 produce responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2)

16 containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from

17 one of the following City departments: EOC and/or OEM, FAS, HSD, Mayor's office, OED,

18 Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list

19 of custodians (*see* Ex. B). The City's rolling production will begin on or about November 13,

20 2020.

21

22

23     **REQUEST FOR PRODUCTION NO. 15:** Please produce all video, audio recordings,

24 photographs, or other depictions in Defendant's possession of the CHOP zone, people or activities

25

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 35
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

in the CHOP one, and crime or vandalism in the CHOP zone at any time between June 8, 2020, and July 15, 2020.

**RESPONSE:** The City objects to this request as vague, ambiguous, overly broad, unduly burdensome, and duplicative because (1) as written, it would require searching the communications of hundreds (or more) employees, and (2) the request largely includes records unrelated to the claims or defenses in this case. To the extent this request includes police body camera footage, the City reiterates its objection to Request No. 9.

Without waiving any objection, and subject to continuing investigation, the City will produce responsive, non-privileged records (1) dated between June 8, 2020 and July 10, 2020, (2) containing at least one of the search terms provided by the plaintiffs (*see* Ex. B), (3) gathered from one of the following City departments: EOC and/or OEM, FAS, HSD, Mayor's office, OED, Parks, SDOT, SFD, SPD, SPU, and (4) for emails and text messages, gathered from the agreed list of custodians (*see* Ex. B). The City's rolling production will begin on or about November 13, 2020.

**REQUEST FOR PRODUCTION NO. 16:** Excluding such documents and communications responsive to Requests for Production Nos. 1 through 14 above, please produce any and all additional documents and communications referring to the CHOP, the CHOP zone, or conditions in the Capitol Hill neighborhood during the presence of the CHOP in possession of Defendant.

**RESPONSE:** The City objects to this request as vague, ambiguous, overly broad, unduly burdensome, and duplicative because (1) as written, the request would require searching the communications of hundreds (or more) employees, and (2) the request encompasses a larger

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 36
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

geographic area and a longer timeframe than is relevant to the claims or defenses in this case, and (3) the plaintiffs have already propounded subject-matter limited requests that will return the requested documents to the extent they are relevant to the claims or defenses in this case. No additional documents will be produced in response to this request.

DATED this 30th day of October, 2020.

PETER S. HOLMES                          HARRIGAN LEYH FARMER & THOMSEN LLP
Seattle City Attorney

By:  *s/ Joseph Groshong*                By:  *s/ Arthur W. Harrigan, Jr.*
    Joseph Groshong, WSBA #41593          Arthur W. Harrigan, Jr., WSBA #1751
    Assistant City Attorney               Tyler L. Farmer, WSBA #39912
    Seattle City Attorney's Office        Kristin E. Ballinger, WSBA #28253
    701 Fifth Avenue, Suite 2050          999 Third Avenue, Suite 4400
    Seattle, WA 98104                     Seattle, WA 98104
    Tel:  (206) 684-8200                  Tel:  (206) 623-1700
    Joseph.Groshong@seattle.gov           arthurh@harriganleyh.com
                                          tylerf@harriganleyh.com
                                          kristinb@harriganleyh.com

*Attorneys for the City of Seattle*

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 37
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

# EXHIBIT A



## EXHIBIT B

## City of Seattle Email Accounts Searched

| Name | Title | Department |
|------|-------|------------|
|  |  |  |
| Chen, Michelle | Legal Counsel | Mayor's Office |
| Durkan, Jenny | Mayor | Mayor's Office |
| Fong, Mike | Senior Deputy Mayor | Mayor's Office |
| Formas, Stephanie | Chief of Staff | Mayor's Office |
| Hightower, Kamaria | Deputy Communications Director | Mayor's Office |
| Kline, Julie | Senior Public Safety Advisor | Mayor's Office |
| Ranganathan, Shefali | Deputy Mayor of External Relations | Mayor's Office |
| Sixkiller, Casey | Deputy Mayor of Operations | Mayor's Office |
| Thompson, Adrienne | Policy Director | Mayor's Office |
|  |  |  |
| Lee, Bobby | Director | Office of Economic Development |
| OED@seattle.gov |  | Office of Economic Development |
| Wells, Michael | Small Business Advocate | Office of Economic Development |
|  |  |  |
| Neafcy, Kenneth | Operations Coordinator | Office of Emergency Management |
| Nelson, Laurel | Acting Director | Office of Emergency Management |
|  |  |  |
| Maxie, Rodney | Deputy Director – Maintenance Operations | Seattle Department of Transportation |
| Zimbabwe, Sam | Director | Seattle Department of Transportation |
|  |  |  |
| Beck, Tara | Director – Navigation Team | Seattle Human Services Department |
|  |  |  |
| Hastings, Bryan | Assistant Chief of Operations | Seattle Fire Department |
| Scoggins, Harold | Chief | Seattle Fire Department |
|  |  |  |

| Name | Title | Department |
|------|-------|------------|
| Aguirre, Jesus | Superintendent | Seattle Parks Department |
| Furuto, Joey | Division Director – Parks and Environment | Seattle Parks Department |
| PKS_Info.seattle.gov | | Seattle Parks Department |
| PKS_Work_Order_Desk.seattle.gov | | Seattle Parks Department |
| | | |
| Anderson, Shanon | Lieutenant – Force Review Unit | Seattle Police Department |
| Anderson, Valerie | Executive Director - Administration | Seattle Police Department |
| Baird, Mark | Chief Operating Office | Seattle Police Department |
| Best, Carmen | (former) Police Chief | Seattle Police Department |
| Boatright, Becca | Executive Director – Legal Affairs | Seattle Police Department |
| Cordner, Lesley | Assistant Chief – Professional Standards Bureau | Seattle Police Department |
| Diaz, Adrian | Police Chief (current) | Seattle Police Department |
| Fields, Michael | Executive Director – Human Resources | Seattle Police Department |
| Fisher, Christopher | Executive Director – Strategic Initiatives | Seattle Police Department |
| Greening, Eric | Assistant Chief – Special Operations Bureau | Seattle Police Department |
| Hirjak, Stephen | Assistant Chief – Collaborative Policing | Seattle Police Department |
| Mahaffey, Thomas | Assistant Chief – Patrol Operations | Seattle Police Department |
| Nollette, Deanna | Assistant Chief – Criminal Investigations Bureau | Seattle Police Department |
| Socci, Angela | Executive Director – Budget & Finance | Seattle Police Department |
| | | |
| Beauregard, Idris | Manager | Seattle Public Utilities |
| Hara, Mami | Director | Seattle Public Utilities |

**Final Email Searches Conducted for All City Departments
Except Seattle Police Department**

1. "chop" OR "chaz" OR "autonomous zone"

2. (organized OR occupy*) /10 "capitol hill"

3. (protest* OR demonstrat* OR riot OR camp* OR encamp* OR squat* OR occupy* OR occupation) /40 ("capitol hill" OR "east precinct" OR "cal anderson")

4. complain* /40 (barricade* OR protest* OR barrier* OR anarchy OR violence OR lawless* OR graffiti OR blm OR antifa OR encamp* OR camp* OR "proud boys" OR "black lives matter")

5. complain* and ("capitol hill" OR "east precinct" OR "cal anderson")

6. (shooting* OR violen* OR anarchy OR lawless OR gun* OR firearm* OR rifle* OR weapon* OR kni* OR machete OR pistol* OR assault* OR rape OR murder* OR theft OR burgl* OR attack* OR threat* OR intimidate* OR noise OR graffit* OR nuisance OR danger* OR harm* OR endanger*) and ("capitol hill" OR "east precinct" OR "cal anderson")

7. (911 OR "9-1-1" OR police OR spd OR fire OR emergency OR ambulance OR sfd OR transport* OR spu OR utility* OR sdot) and ((respon*/20 (no OR not OR unabl* OR inabil* OR lack)) OR "no go")

8. (barricade* OR protest* OR barrier* OR anarchy OR graffiti OR vandal* OR blm OR antifa OR "proud boys" OR "black lives matter") /40 (911 OR "9-1-1" OR police OR spd OR fire OR emergency OR ambulance OR sfd)

9. ("capitol hill" OR "east precinct" OR "cal anderson") and (block* OR barricade* OR barrier* OR imped* OR peven* OR impair* OR harm* OR damage* OR control*) and (traffic* OR public OR street* OR sidewalk OR sdot OR transport* OR utility OR spu OR door OR park* OR entrance OR access OR driveway OR garage OR movement

OR propert* OR home* OR business* OR apartment* OR house* OR (right*/10 way*))

10. (agree* OR negotiat* OR meet* OR met* OR support* OR promot*) /40 (protest* OR demonstrat*)

## Email Searches Conducted for Seattle Police Department Accounts

1. "chop" OR "chaz" OR "autonomous zone"

2. (organized OR occupy*) /10 "capitol hill"

3. (protest* OR demonstrat* OR riot OR camp* OR encamp* OR squat* OR occupy* OR occupation) /40 ("capitol hill" OR "east precinct" OR "cal anderson")

4. complain* /40 (barricade* OR protest* OR barrier* OR anarchy OR violence OR lawless* OR graffiti OR blm OR antifa OR encamp* OR camp* OR "proud boys" OR "black lives matter")

5. complain* and (public /10 service*) and ("capitol hill" OR "east precinct" OR "cal anderson")

6. (shooting* OR violen* OR anarchy OR lawless OR gun* OR firearm* OR rifle* OR weapon* OR kni* OR machete OR pistol* OR assault* OR rape OR murder* OR theft OR burgl* OR attack* OR threat* OR intimidate* OR noise OR graffit* OR nuisance OR danger* OR harm* OR endanger*) and ("capitol hill" OR "east precinct" OR "cal anderson")

7. (911 OR "9-1-1" OR police OR spd OR fire OR emergency OR ambulance OR sfd OR transport* OR spu OR utility* OR sdot) and ((respon* /s (no OR not OR unabl* OR inabil* OR lack)) OR "no go")

8. (barricade* OR protest* OR barrier* OR anarchy OR graffiti OR vandal* OR blm OR antifa OR "proud boys" OR "black lives matter") /40 (911 OR "9-1-1" OR police OR spd OR fire OR emergency OR ambulance OR sfd)

9. ("capitol hill" OR "east precinct" OR "cal anderson") and ((block* OR barricade* OR barrier* OR imped* OR peven* OR impair* OR harm* OR damage* OR control*) and (traffic* OR public OR street* OR sidewalk OR sdot OR transport* OR utility OR spu OR door OR park* OR entrance OR access OR driveway OR garage OR movement OR propert* OR home* OR business* OR apartment* OR house* OR (right* /3 way*)))

10. (agree* OR negotiat* OR meet* OR met* OR support* OR promot*) /40 (protest* OR demonstrat*)

1

## CERTIFICATE OF SERVICE

2

I, Florine Fujita, declare that I am employed by the law firm of Harrigan Leyh Farmer &

3

Thomsen LLP, a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a

4

witness herein.

5

On October 30, 2020, I caused a true and correct copy of the foregoing document to be served on counsel listed below in the manner indicated:

6

Patty A. Eakes                              ☐ Via Hand Delivery

7

Angelo J. Calfo                            ☐ Via First Class Mail

Tyler S. Weaver                           ☐ Via Facsimile

8

Andrew DeCarlow                        ☒ Via Electronic Mail

Henry Phillip                               ☐ Via CM/ECF

9

CALFO EAKES LLP

10

1301 Second Avenue, Suite 2800

Seattle, WA  98101

11

pattye@calfoeakes.com

angeloc@calfoeakes.com

12

tylerw@calfoeakes.com

andrewd@calfoeakes.com

13

henryp@calfoeakes.com

14

DATED this 30th day of October, 2020.

15

16

_s/ Florine Fujita_

17

Florine Fujita, Legal Assistant

florinef@harriganleyh.com

18

19

20

21

22

23

24

25

PLAINTIFF HUNTERS CAPITAL, LLC'S FIRST SET OF
INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CITY OF SEATTLE AND THE CITY'S
OBJECTIONS AND RESPONSES THERETO - 38
(Case No. 20-cv-00983)