THE HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

8

9   HUNTERS CAPITAL, LLC, a Washington
limited liability company, HUNTERS
PROPERTY HOLDINGS, LLC, a

10   Washington limited liability company;
GREENUS BUILDING, INC., a

11   Washington corporation; NORTHWEST
LIQUOR AND WINE LLC, a Washington

12   limited liability company, SRJ
ENTERPRISES, d/b/a CAR TENDER, a

13   Washington corporation, THE RICHMARK
COMPANY d/b/a RICHMARK LABEL, a

14   Washington company, ONYX
HOMEOWNERS ASSOCIATION, a

15   Washington registered homeowners
association, WADE BILLER, an individual,

16   MADRONA REAL ESTATE SERVICES
LLC, a Washington limited liability

17   company, MADRONA REAL ESTATE
INVESTORS IV LLC, a Washington

18   limited liability company, MADRONA
REAL ESTATE INVESTORS VI LLC, a

19   Washington limited liability company, 12TH
AND PIKE ASSOCIATES LLC, a

20   Washington limited liability company,
REDSIDE PARTNERS LLC, a Washington

21   limited liability company, OLIVE ST
APARTMENTS LLC, a Washington limited

22   liability corporation, and BERGMAN'S
LOCK AND KEY SERVICES LLC, a

23   Washington limited liability company, on

Case No. 2:20-cv-00983-TSZ

STIPULATED DISMISSAL OF
PLAINTIFF ARGENTO LLC
PURSUANT TO FRCP 41(a)(1)(A)(ii)

24   STIPULATED DISMISSAL OF PLAINTIFF
ARGENTO LLC PURSUANT TO FRCP
41(a)(1)(A)(ii)
(Case No. 2:20-cv-00983-TSZ) - 1

1   behalf of themselves and others similarly
2   situated,

                              Plaintiffs,
3

4        vs.

    CITY OF SEATTLE,
5                             Defendant.

6        The parties hereby stipulate, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii) that

7   the claims of Plaintiff Argento LLC are dismissed without prejudice, and without any effect on its

8   ability to be a member of any putative class in this case. This shall not affect the claims of any other

9   Plaintiff, or of any member of any putative class.

10       DATED this 6th day of December, 2021.

11

12                       **CALFO EAKES LLP**

13       By */s Tyler S. Weaver*
             Patricia A. Eakes, WSBA #18888
             Angelo J. Calfo, WSBA #27079
14           Tyler S. Weaver, WSBA #29413
             Gabe Reilly-Bates, WSBA #52257
15           Andrew DeCarlow, WSBA #54471
             Henry Phillips, WSBA #55152
16           1301 Second Avenue, Suite 2800
             Seattle, WA  98101
17           (206) 407-2200 | Phone
             (206) 407-2224 | Fax
18           Email:  pattye@calfoeakes.com
                     angeloc@calfoeakes.com
19                   tylerw@calfoeakes.com
                     gaber@calfoeakes.com
20                   andrewd@calfoeakes.com
                     henryp@calfoeakes.com
21
                     *Attorneys for Plaintiffs*
22

23                       -and-

24   STIPULATED DISMISSAL OF PLAINTIFF
     ARGENTO LLC PURSUANT TO FRCP
     41(a)(1)(A)(ii)
     (Case No. 2:20-cv-00983-TSZ) **- 2**

**PETER S. HOLMES**
Seattle City Attorney

By: */s Joseph Groshong*_____
   Joseph Groshong, WSBA #41593
   Assistant City Attorneys
   Seattle City Attorney's Office
   701 Fifth Avenue, Suite 2050
   Seattle, WA 98104
   (206) 684-8200 | Phone
   (206) 684-8284 | Fax
   E-mail: Joseph.Groshong@seattle.gov

**HARRIGAN LEYH FARMER & THOMSEN LLP**

By */s Kristin E. Ballinger*_____
   Tyler L. Farmer, WSBA #39912
   Arthur W. Harrigan, J., WSBA #1751
   Kristin E. Ballinger, WSBA #28253
   Shane Cramer, WSBA # 35099
   999 Third Avenue, Suite 4400
   Seattle, WA 98104
   Seattle, WA 98104
   (206) 623-1700 | Phone
   (206) 623-8717 | Fax
   E-mail: tylerf@harriganleyh.com
          arthurh@harriganleyh.com
          kristinb@harriganleyh.com
          shanec@harriganleyh.com

*Attorneys for Defendant City of Seattle*

STIPULATED DISMISSAL OF PLAINTIFF
ARGENTO LLC PURSUANT TO FRCP
41(a)(1)(A)(ii)
(Case No. 2:20-cv-00983-TSZ) **-** 3