HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 20-cv-00983-TSZ <br><br> NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY <br><br> **(CLERK'S ACTION REQUIRED)** |

PLEASE TAKE NOTICE that Caitlin B. Pratt, formerly of Harrigan Leyh Farmer & Thomsen, LLP hereby withdraws as counsel of record for City of Seattle and may be removed from any applicable service list.

Joseph Groshong, Arthur W. Harrigan, Jr., Tyler L. Farmer, Kristin E. Ballinger, and Shane P. Cramer remain as counsel of record for City of Seattle and should continue to receive notices.

NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1   DATED this 6th day of December, 2021.

2                                           PETER S. HOLMES
                                            Seattle City Attorney
3
                                            By: *s/ Joseph Groshong*
4                                               Joseph Groshong, WSBA# 41593
                                                Assistant City Attorney
5                                               Seattle City Attorney's Office
                                                701 Fifth Avenue, Suite 2050
6                                               Seattle, WA 98104
                                                Tel: (206) 684-8200
7                                               Fax: (206) 684-8284
                                                Joseph.Groshong@seattle.gov
8

9
                                            HARRIGAN LEYH FARMER & THOMSEN LLP
10
                                            By: *s/ Arthur W. Harrigan, Jr.*
11                                          By: *s/ Tyler L. Farmer*
                                            By: *s/ Kristin E. Ballinger*
12                                          By: *s/ Shane P. Cramer*
                                                Arthur W. Harrigan, Jr., WSBA #1751
13                                              Tyler L. Farmer, WSBA #39912
                                                Kristin E. Ballinger, WSBA #28253
14                                              Shane P. Cramer, WSBA #35099
                                                999 Third Avenue, Suite 4400
15                                              Seattle, WA 98104
                                                Tel: (206) 623-1700
16                                              arthurh@harriganleyh.com
                                                tylerf@harriganleyh.com
17                                              kristinb@harriganleyh.com
                                                shanec@harriganleyh.com
18

19                                          *Attorneys for City of Seattle*

20

21

22

23

24

25

NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717