HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　Defendant. | Case No. 20-cv-00983-TSZ<br><br>NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY<br><br>**(CLERK'S ACTION REQUIRED)** |

　　　PLEASE TAKE NOTICE that Kristin E. Ballinger, formerly of Harrigan Leyh Farmer & Thomsen, LLP hereby withdraws as counsel of record for City of Seattle and may be removed from any applicable service list.

　　　Joseph Groshong, Arthur W. Harrigan, Jr., Tyler L. Farmer, and Shane P. Cramer remain as counsel of record for City of Seattle and should continue to receive notices.

　　　DATED this 4th day of January, 2022.

PETER S. HOLMES
Seattle City Attorney

By: *s/ Joseph Groshong*
　　Joseph Groshong, WSBA# 41593
　　Assistant City Attorney
　　Seattle City Attorney's Office
　　701 Fifth Avenue, Suite 2050
　　Seattle, WA 98104
　　Tel: (206) 684-8200
　　Fax: (206) 684-8284
　　Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
　　Arthur W. Harrigan, Jr., WSBA #1751
　　Tyler L. Farmer, WSBA #39912
　　Shane P. Cramer, WSBA #35099
　　999 Third Avenue, Suite 4400
　　Seattle, WA 98104
　　Tel: (206) 623-1700
　　arthurh@harriganleyh.com
　　tylerf@harriganleyh.com
　　shanec@harriganleyh.com

*Attorneys for City of Seattle*

NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717