THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, HUNTERS PROPERTY HOLDINGS, LLC, a Washington limited liability company; GREENUS BUILDING, INC., a Washington corporation; NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, MATTHEW PLOSZAJ, an individual, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, OLIVE ST APARTMENTS LLC, a Washington limited | Case No. 2:20-cv-00983-TSZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
(Case No. 2:20-cv-00983 TSZ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278

liability corporation, BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, on behalf of themselves and others similarly situated, SHUFFLE LLC d/b/a CURE COCKTAIL, a Washington limited liability company, and SWAY AND CAKE LLC, a Washington limited liability company,

       Plaintiffs,

 vs.

CITY OF SEATTLE,

       Defendant.

This matter comes before the Court on Plaintiffs' Motion for Class Certification ("Motion"). Having considered the Motion, Defendant's response, and Plaintiffs' reply, the Court hereby GRANTS the Motion as follows:

1. The Court hereby certifies the following Class, pursuant to Rule 23(c)(4):

  All persons or entities who on June 9, 2020 (the "Class Date"), owned or managed real property in, had a licensed business in, or had an indoor residence in a building, in the area in the City of Seattle bounded by the following streets: Denny Way, East Pike Street, Thirteenth Avenue, and East Broadway (the "Class Area"). This definition excludes the City of Seattle and any departments or agencies of the City of Seattle.

2. The Court additionally certifies the following the Subclasses, also pursuant to Rule 23(c)(4):

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
(Case No. 2:20-cv-00983 TSZ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278

1   All persons or entities who owned real property on the Class Date in the Class Area ("the Property Owners Subclass");

2   All persons or entities who owned a licensed business, located in the Class Area on the Class Date, but are not members of the Property Owners Subclass ("the Business Owners Subclass");

3   All persons or entities who had an indoor residence in a building on the Class Date in the Class Area but are members of the Property Owners Subclass ("the Residents Subclass").

3.   The Court certifies the Class and the Subclass with regard to the issues identified by Plaintiffs in Ex. 1 to the Declaration of Tyler Weaver in Support of Plaintiffs' Motion for Class Certification.

4.   The Court finds that Plaintiffs have satisfied all elements of Rule 23(a) with regard to the Class and each Subclass. The Class and each Subclass are so numerous that joinder of all members is impractical, in accordance with Rule 23(a)(1). The Class and each Subclass have common issues shared by all Class and Subclass members, in accordance with Rule 23(a)(2). The Named Plaintiffs for each Class and Subclass are adequate representatives who are typical of the Class and their respective Subclasses, in accordance with Rule 23(a)(3) and (a)(4).

5.   Pursuant to Rule 23(c)(4) and 23(b)(3), the Court finds that common issues predominate over individual issues with regard to the certified common issues.

6.   Also pursuant to Rule 23(c)(4) and 23(b)(3), the Court finds that certifying the common issues for the Class and each Subclass is superior to individual actions. The Court finds that certification of the issues is likely to significantly advance the resolution of this case, by achieving judicial economy and efficiency through advancing the resolution of common questions of liability and nominal damages.

7.   The Court appoints the following Plaintiffs as representatives of the Class: Hunters Capital LLC, Hunters Property Holdings, LLC, SRJ Enterprises d/b/a Car Tender, The Richmark

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
(Case No. 2:20-cv-00983 TSZ) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278

1  Company d/b/a Richmark Label, Onyx Homeowners Association, Matthew Ploszaj, Wade Biller,
2  Madrona Real Estate Services, LLC, 12th & Pike Associates LLC, Redside Partners LLC, Olive
3  Street Apartments LLC, Bergman's Lock and Key Services LLC, Shuffle LLC d/b/a Cure Cocktail,
4  and Sway & Cake LLC.

5  8. The Court appoints the following Plaintiffs as representatives of the Property
6  Owners Subclass: Hunters Property Holdings, LLC, The Richmark Company d/b/a Richmark
7  Label, Wade Biller, 12th & Pike Associates LLC, and Olive Street Apartments LLC.

8  9. The Court appoints the following Plaintiffs as representatives of the Business
9  Owners Subclass: SRJ Enterprises d/b/a Car Tender, Bergman's Lock and Key Services LLC,
10  Shuffle LLC d/b/a Cure Cocktail, and Sway & Cake LLC.

11  10. The Court appoints Plaintiff Matthew Ploszaj as representative of the Residents
12  Subclass.

13  11. The Court appoints Calfo Eakes LLP as lead counsel for the Class and each
14  Subclass.

16  DATED this _____ day of _____, 2022.

19  _____
   THE HONORABLE THOMAS S. ZILLY
20  UNITED STATES DISTRICT JUDGE

21  //
22  //
23  //

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
(Case No. 2:20-cv-00983 TSZ) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278

1  *Presented by:*

2  CALFO EAKES LLP

3

4  By: */s/ Angelo J. Calfo*
   Patricia A. Eakes, WSBA #18888
   Angelo J. Calfo, WSBA #27079
5  Tyler S. Weaver, WSBA #29413
   Gabe Reilly-Bates, WSBA #52257
6  Andrew DeCarlow, WSBA #54471
   Henry Phillips, WSBA #55152
7  1301 Second Avenue, Suite 2800
   Seattle, WA 98101
8  Phone:  (206) 407-2200
   Fax:  (206) 407-2278
9  Email: pattye@calfoeakes.com
          angeloc@calfoeakes.com
10         tylerw@calfoeakes.com
          gaber@calfoeakes.com
11         andrewd@calfoeakes.com
          henryp@calfoeakes.com
12
   *Attorneys for Plaintiffs*
13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
(Case No. 2:20-cv-00983 TSZ) - 5

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278