THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, HUNTERS PROPERTY HOLDINGS, LLC, a Washington limited liability company, GREENUS BUILDING, INC., a Washington corporation, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, and BERGMAN'S LOCK AND KEY SERVICES LLC, a | Case No. 2:20-cv-00983-TSZ<br><br>DECLARATION OF JILL CRONAUER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Noted:  February 18, 2022 |

DECLARATION OF JILL CRONAUER IN
SUPPORT OF PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION
(Case No. 2:20-cv-00983-TSZ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

Washington limited liability company, on behalf of themselves and others similarly situated,

                      Plaintiffs,

    vs.

CITY OF SEATTLE,
                      Defendant.

I, Jill Cronauer, declare as follows:

1. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

2. I am Chief Operating Officer of Hunters Capital, LLC.

3. Hunters Property Holdings, LLC owns the Ballou Wright Building at 1517 12th Ave., the Broadway Building located at 1620 Broadway, and buildings located at 900 E. Pine Street and 1000 E. Pike St., all of which are within the Class Area, as that term is defined in Plaintiffs' Motion to Certify Class.

4. Hunters Capital, LLC manages buildings the Ballou Wright Building at 1517 12th Ave., the Broadway Building located at 1620 Broadway, and buildings located at 900 E. Pine Street and 1000 E. Pike St., all of which are within the Class Area.

5. Hunters Capital, LLC, Hunters Property Holdings, LLC and Greenus Building, Inc. have lost revenue, had to make rental concessions and suffered other damages due to the existence of the Capitol Hill Occupied Protest in June 2020.

// // //

DECLARATION OF JILL CRONAUER IN
SUPPORT OF PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION
(Case No. 2:20-cv-00983-TSZ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 12th day of January 2022, at Seattle, Washington.

_____
Jill Cronauer

DECLARATION OF JILL CRONAUER IN
SUPPORT OF PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION
(Case No. 2:20-cv-00983-TSZ) - 3

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224