THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, HUNTERS PROPERTY HOLDINGS, LLC, a Washington limited liability company, GREENUS BUILDING, INC., a Washington corporation, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, and BERGMAN'S LOCK AND KEY SERVICES LLC, a | Case No. 2:20-cv-00983-TSZ<br><br>DECLARATION OF BRADFORD G. AUGUSTINE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Noted: February 18, 2022 |

DECLARATION OF BRAD AUGUSTINE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (Case No. 2:20-cv-00983-TSZ) - 1

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

1  Washington limited liability company, on behalf of themselves and others similarly situated,

       Plaintiffs,

   vs.

   CITY OF SEATTLE,
       Defendant.

I, Bradford G. Augustine, declare as follows:

1. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

2. I am a co-owner of Madrona Real Estate Services LLC, Madrona Real Estate Investors IV LLC, Madrona Real Estate Investors VI LLC, and 12th and Pike Associates LLC, which own or manage real estate located in Capitol Hill.

3. 12th and Pike Associates owns a building located at 12th and Pike Ave. within the Class Area, as that term is defined in Plaintiffs' Motion to Certify Class.

4. Madrona Real Estate Services LLC lost income under property management contracts due to decreased revenues from commercial tenants. 12th and Pike Associates suffered out-of-pocket costs related to vandalism due to the existence of the Capitol Hill Occupied Protest in June 2020.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 11th day of January 2022, at Seattle, Washington.

*/s/ Bradford G. Augustine*
Bradford G. Augustine

DECLARATION OF BRAD AUGUSTINE IN
SUPPORT OF PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION
(Case No. 2:20-cv-00983-TSZ) - 2

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224