1  THE HONORABLE THOMAS S. ZILLY

2

3

4

5

6

7         IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON
8

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, HUNTERS PROPERTY HOLDINGS, LLC, a Washington limited liability company; GREENUS BUILDING, INC., a Washington corporation; NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, MATTHEW PLOSZAJ, an individual, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington | Case No. 2:20-cv-00983-TSZ<br><br>STIPULATED DISMISSAL OF PLAINTIFF NORTHWEST LIQUOR AND WINE LLC PURSUANT TO FRCP 41(a)(1)(A)(ii) |

STIPULATED DISMISSAL OF PLAINTIFF
NORTHWEST LIQUOR AND WINE LLC
PURSUANT TO FRCP 41(a)(1)(A)(ii)
(Case No. 2:20-cv-00983-TSZ) **-** 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL: (206) 407-2200   FAX: (206) 407-2278

1  limited liability company, on behalf of themselves and others similarly situated,
2  SHUFFLE LLC d/b/a CURE COCKTAIL, a Washington limited liability company, and
3  SWAY AND CAKE LLC, a Washington limited liability company,
4
5                       Plaintiffs,
   
     vs.
6
   CITY OF SEATTLE,
7                       Defendant.

8      The parties hereby stipulate, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii) that

9  the claims of Plaintiff Northwest Liquor and Wine LLC are dismissed with prejudice. This shall

10 not affect the claims of any other Plaintiff, or of any member of any putative class.

11     DATED this 24th day of January, 2022.

12
                              **CALFO EAKES LLP**
13
                              By */s Tyler S. Weaver*
14                                Patricia A. Eakes, WSBA #18888
                                  Angelo J. Calfo, WSBA #27079
15                                Tyler S. Weaver, WSBA #29413
                                  Gabe Reilly-Bates, WSBA #52257
16                                Andrew DeCarlow, WSBA #54471
                                  Henry Phillips, WSBA #55152
17                                1301 Second Avenue, Suite 2800
                                  Seattle, WA 98101
18                                (206) 407-2200 | Phone
                                  (206) 407-2224 | Fax
19                                Email: pattye@calfoeakes.com
                                         angeloc@calfoeakes.com
20                                       tylerw@calfoeakes.com
                                         gaber@calfoeakes.com
21                                       andrewd@calfoeakes.com
                                         henryp@calfoeakes.com
22
                                  *Attorneys for Plaintiffs*
23
                                  -and-
24 STIPULATED DISMISSAL OF PLAINTIFF
   NORTHWEST LIQUOR AND WINE LLC
   PURSUANT TO FRCP 41(a)(1)(A)(ii)
   (Case No. 2:20-cv-00983-TSZ) - 2

**ANN DAVISON**
Seattle City Attorney

By: */s Joseph Groshong*
 Joseph Groshong, WSBA #41593
 Assistant City Attorneys
 Seattle City Attorney's Office
 701 Fifth Avenue, Suite 2050
 Seattle, WA 98104
 (206) 684-8200 | Phone
 (206) 684-8284 | Fax
 E-mail: Joseph.Groshong@seattle.gov

**HARRIGAN LEYH FARMER & THOMSEN LLP**

By */s Shane P. Cramer*
 Arthur W. Harrigan, Jr., WSBA #1751
 Tyler L. Farmer, WSBA #39912
 Shane P. Cramer, WSBA # 35099
 Bryn R. Pallesen, WSBA #57714
 Erica Iverson, *Pro Hac Vice*
 999 Third Avenue, Suite 4400
 Seattle, WA 98104
 (206) 623-1700 | Phone
 (206) 623-8717 | Fax
 E-mail: arthurh@harriganleyh.com
  tylerf@harriganleyh.com
  shanec@harriganleyh.com
  brynp@harriganleyh.com
  ericai@harriganleyh.com

*Attorneys for Defendant City of Seattle*

STIPULATED DISMISSAL OF PLAINTIFF
NORTHWEST LIQUOR AND WINE LLC
PURSUANT TO FRCP 41(a)(1)(A)(ii)
(Case No. 2:20-cv-00983-TSZ) **-** 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL: (206) 407-2200  FAX: (206) 407-2278