THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, HUNTERS PROPERTY HOLDINGS, LLC, a Washington limited liability company, GREENUS BUILDING, INC., a Washington corporation, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, RANCHO BRAVO, INC., a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, MATTHEW PLOSZAJ, an individual, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, on behalf of themselves | Case No. 2:20-cv-00983-TSZ<br><br>STIPULATED DISMISSAL OF PLAINTIFF RANCHO BRAVO, INC., PURSUANT TO FRCP 41(a)(1)(A)(ii) |

STIPULATED DISMISSAL OF PLAINTIFF
RANCHO BRAVO, INC., PURSUANT TO FRCP
41(a)(1)(A)(ii)
(Case No. 2:20-cv-00983-TSZ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL: (206) 407-2200   FAX: (206) 407-2278

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | and others similarly situated, SHUFFLE LLC d/b/a CURE COCKTAIL, a Washington limited liability company, and SWAY AND CAKE LLC, a Washington limited liability company,<br><br>      Plaintiffs,<br><br> vs.<br><br>CITY OF SEATTLE,<br>      Defendant. |

8    The parties hereby stipulate, pursuant to Fed. Rule of Civil Procedure 41(a)(1)(A)(ii), that

9 the claims of Plaintiff Rancho Bravo, Inc. are dismissed with prejudice. This dismissal shall not

10 affect the claims of any other Plaintiff, or of any member of any putative class, and no party shall

11 be awarded fees or costs as a result of this dismissal.

12    DATED this 7th day of February, 2022.

13             **CALFO EAKES LLP**

14             By */s Tyler S. Weaver*
               Patricia A. Eakes, WSBA #18888
15              Angelo J. Calfo, WSBA #27079
               Tyler S. Weaver, WSBA #29413
16              Gabe Reilly-Bates, WSBA #52257
               Andrew DeCarlow, WSBA #54471
17              Henry Phillips, WSBA #55152
               1301 Second Avenue, Suite 2800
18              Seattle, WA  98101
               (206) 407-2200 | Phone
19              (206) 407-2224 | Fax
               Email:  pattye@calfoeakes.com
20                  angeloc@calfoeakes.com
                   tylerw@calfoeakes.com
21                   gaber@calfoeakes.com
                   andrewd@calfoeakes.com
22                   henryp@calfoeakes.com

23             *Attorneys for Plaintiffs*

24 STIPULATED DISMISSAL OF PLAINTIFF RANCHO BRAVO, INC., PURSUANT TO FRCP 41(a)(1)(A)(ii)
(Case No. 2:20-cv-00983-TSZ) **-** 2

-and-

**ANN DAVISON**
Seattle City Attorney

By: */s Joseph Groshong*
   Joseph Groshong, WSBA #41593
   Assistant City Attorneys
   Seattle City Attorney's Office
   701 Fifth Avenue, Suite 2050
   Seattle, WA 98104
   (206) 684-8200 | Phone
   (206) 684-8284 | Fax
   E-mail: Joseph.Groshong@seattle.gov

**HARRIGAN LEYH FARMER & THOMSEN LLP**

By */s Shane P. Cramer*
   Arthur W. Harrigan, Jr., WSBA #1751
   Tyler L. Farmer, WSBA #39912
   Shane P. Cramer, WSBA # 35099
   Bryn R. Pallesen, WSBA #57714
   Erica Iverson, *Pro Hac Vice*
   999 Third Avenue, Suite 4400
   Seattle, WA 98104
   (206) 623-1700 | Phone
   (206) 623-8717 | Fax
   E-mail: arthurh@harriganleyh.com
        tylerf@harriganleyh.com
        shanec@harriganleyh.com
        brynp@harriganleyh.com
        ericai@harriganleyh.com

*Attorneys for Defendant City of Seattle*

STIPULATED DISMISSAL OF PLAINTIFF
RANCHO BRAVO, INC., PURSUANT TO FRCP
41(a)(1)(A)(ii)
(Case No. 2:20-cv-00983-TSZ) **-** 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL: (206) 407-2200   FAX: (206) 407-2278