HONORABLE THOMAS S. ZILLY

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., | Case No. 20-cv-00983-TSZ |
| Plaintiffs, | [PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION TO SEAL RE OPPOSITION TO CLASS CERTIFICATION |
| v. | |
| CITY OF SEATTLE, | **NOTE ON MOTION CALENDAR:** |
| Defendant. | **February 25, 2022** |

16

        THIS MATTER comes before the Court on the City of Seattle's February 7, 2022 Motion

to Seal.  The Court has considered the pleadings filed and therefore deems itself fully advised.

Based on the pleadings submitted,

        IT IS ORDERED that the City of Seattle's Motion to Seal is _____.

21
22
23
24
25

[PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION
TO SEAL RE OPPOSITION TO CLASS CERTIFICATION - 1
(Case No. 20-cv-00983-TSZ)

1    DATED this ____ day of _____, 2022.

2

3                                              _____

4                                              THOMAS S. ZILLY
                                               UNITED STATES DISTRICT JUDGE

5    Presented by:

6    ANN DAVISON
     Seattle City Attorney
7

8    By: _s/ Joseph Groshong_____
           Joseph Groshong, WSBA# 41593
9          Assistant City Attorney
           Seattle City Attorney's Office
10         701 Fifth Avenue, Suite 2050
           Seattle, WA 98104
11         Tel: (206) 684-8200
           Fax: (206) 684-8284
12         Joseph.Groshong@seattle.gov

13   HARRIGAN LEYH FARMER & THOMSEN LLP

14
     By: _s/ Arthur W. Harrigan, Jr._____
15   By: _s/ Tyler L. Farmer_____
     By: _s/ Shane P. Cramer_____
16   By: _s/ Bryn R. Pallesen_____
     By: _s/ Erica Iverson_____
17         Arthur W. Harrigan, Jr., WSBA #1751
           Tyler L. Farmer, WSBA #39912
18         Shane P. Cramer, WSBA #35099
           Bryn R. Pallesen, WSBA #57714
19         Erica Iverson, *Pro Hac Vice*
           999 Third Avenue, Suite 4400
20         Seattle, WA 98104
           Tel: (206) 623-1700
21         arthurh@harriganleyh.com
           tylerf@harriganleyh.com
22         shanec@harriganleyh.com
           brynp@harriganleyh.com
23         ericai@harriganleyh.com

24
25   *Attorneys for City of Seattle*

[PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION
TO SEAL RE OPPOSITION TO CLASS CERTIFICATION - 2
(Case No. 20-cv-00983-TSZ)