# EXHIBIT 2

KILBURN TAMARA
5/13/2021

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,    )
        Plaintiffs,              )
 vs.                              ) No. 20-cv-00983-TSZ
CITY OF SEATTLE,                 )
        Defendant.               )
_____

ZOOM VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

TAMARA KILBURN

SWAY AND CAKE 30(b)(6)

_____

9:00 a.m.

May 7, 2021

*** Contains Confidential Testimony and Exhibits ***

REPORTED BY:  Pat Lessard, CCR #2104

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427 3515 SW Alaska St Seattle WA 98126

```
 1   what time in 2019?
 2        Q.   When did you buy for summer 2020?
 3        A.   So for summer 2020 I had very, very limited
 4   product coming in because I wanted to be on the
 5   conservative side.  Just because I didn't feel like I
 6   was going to have the same performance as 2019 that
 7   summer and I would rather be on the conservative side.
 8             Also, on a side note, you know, I'm ordering
 9   from people who have -- they are a small business as
10   well, so I don't feel comfortable projecting and
11   ordering if I don't know or am unable to take it in,
12   if that makes sense.
13        Q.   Uh-huh.
14        A.   So I just want to be super duper
15   conservative and that always works out best for
16   everyone.
17        Q.   So you didn't have much coming in in June
18   2020.  And when did you make that decision on taking a
19   conservative approach?
20        A.   All of 2020 was conservative.
21        Q.   Why?
22        A.   Well, we had this thing called Covid; I
23   don't know if you're aware of that.  We were shut
24   down, I believe, March 13th.
25             So at that point in time I had a full store
```

Page 173

```
 1   business?
 2       A.  No.
 3           MS. PRATT:  I'm going to mark, hopefully,
 4   one more exhibit, Exhibit 27.
 5           (Marked Deposition Exhibit No. 27.)
 6       Q.  (By Ms. Pratt) Let me know when you see
 7   that.  Do you see the exhibit?
 8       A.  Yes.
 9       Q.  Okay.  What is Exhibit 27?
10       A.  It is an Instagram post.
11       Q.  And did Sway and Cake open on June 8th?
12       A.  I'm sorry.  Did we open on June 8th?
13       Q.  Oh, I brought in the wrong one.
14           Well, in any case.  Yeah.
15           So on June 8th you announced -- sorry, you
16   announced that you're going to reopen?
17       A.  Yes.
18       Q.  Did you actually reopen?
19       A.  No.
20       Q.  Okay.  So into June 8th you planned to
21   reopen on June 11th, but you didn't?
22       A.  Correct.
23           MS. PRATT:  Okay.  I think I am done for the
24   day.  I appreciate your time.  I'm sure this was no
25   fun.
```

Page 174

```
 1           THE WITNESS:  Thank you.  I appreciate your
 2   time, too.
 3           MS. PRATT:  And, Tyler, I'm just going to
 4   remind you one more time that contingency fee
 5   agreement is in there, so when it's time to designate
 6   I want to make sure that we're both on top of it,
 7   right?
 8           MR. WEAVER:  Okay.
 9           MS. PRATT:  We can go off.
10           THE VIDEOGRAPHER:  The time is 3:45 p.m.
11   We are off the record.
12           (Deposition recessed at 3:45 p.m.)
```

Page 175

```
 1                    S I G N A T U R E
 2           I declare under penalty of perjury under the
 3   laws of the State of Washington that I have read my within
 4   deposition, and the same is true and accurate, save and
 5   except for changes and/or corrections, if any, as indicated
 6   by me on the CHANGE SHEET flyleaf page hereof.
 7           Signed in _____, Washington,
 8   this _____ day of _____, 2021.
 9
10
11   ---------------------------
12   TAMARA KILBURN
13   Taken:  May 7, 2021
...
22   Re:  HUNTERS CAPITAL
     Cause No.:  20-CV-0083-TSZ
23   Pat Lessard, CCR 2104
```

Page 176

```
 1                   C E R T I F I C A T E
 2   STATE OF WASHINGTON )
                         ) ss.
 3   COUNTY OF KING      )
 4       I, the undersigned Washington Certified Court
 5   Reporter, hereby certify that the foregoing deposition upon
 6   oral examination of TAMARA KILBURN was taken
 7   stenographically by me on May 7, 2021, and transcribed under
 8   my direction;
 9       That the witness was duly sworn by me pursuant to
10   RCW 5.28.010 to testify truthfully; that the transcript of
11   the deposition is a full, true, and correct transcript to
12   the best of my ability; that I am neither attorney for nor
13   relative or employee of any of the parties to the action or
14   any attorney or counsel employed by the parties hereto, nor
15   am I financially interested in its outcome.
16       I further certify that in accordance with
17   CR 30(e) the witness was given the opportunity to examine,
18   read and sign the deposition within 30 days upon its
19   completion and submission, unless waiver of
20   signature was indicated in the record.
21       IN WITNESS WHEREOF, I have hereunto set my hand this
22   11th Day day of May, 2021.
23
                    ----Pat Lessard----
24       Pat Lessard,
         pat@court-reporter.com
```