# EXHIBIT 4

# WASHINGTON'S PHASED APPROACH
## Reopening Business and Modifying Physical Distancing Measures

 Phase 1

 Phase 2

 Phase 3

 Phase 4

**High-Risk Populations***

- Phase 1: Continue to Stay Home, Stay Healthy
- Phase 2: Continue to Stay Home, Stay Healthy
- Phase 3: Continue to Stay Home, Stay Healthy
- Phase 4: Resume public interactions, with physical distancing

**Recreation**

- Phase 1: Some outdoor recreation (hunting, fishing, golf, boating, hiking)
- Phase 2: All outdoor recreation involving fewer than 5 people outside your household (camping, beaches, etc.)
- Phase 3:
  - Outdoor group rec. sports activities (5-50 people)
  - Recreational facilities at <50% capacity (public pools, etc.)
- Phase 4: Resume all recreational activity

**Gatherings** (social, spiritual)

- Phase 1:
  - None
  - Drive in spiritual service with one household per vehicle
- Phase 2: Gather with no more than 5 people outside your household per week
- Phase 3: Allow gatherings with no more than 50 people
- Phase 4: Allow gatherings with >50 people

**Travel**

- Phase 1: Only essential travel
- Phase 2: Limited non-essential travel within proximity of your home
- Phase 3: Resume non-essential travel
- Phase 4: Continue non-essential travel

**Business/Employers**

- Phase 1:
  - Essential businesses open
  - Existing construction that meet agreed upon criteria
  - Landscaping
  - Automobile sales
  - Retail (curb-side pick-up orders only)
  - Car washes
  - Pet walkers
- Phase 2:
  - Remaining manufacturing
  - New construction
  - In-home/domestic services (nannies, housecleaning, etc.)
  - Retail (in-store purchases allowed with restrictions)
  - Real estate
  - Professional services/office-based businesses (telework remains strongly encouraged)
  - Hair and nail salons/Barbers
  - Housecleaning
  - Restaurants <50% capacity table size no larger than 5
- Phase 3:
  - Restaurants <75% capacity/ table size no larger than 10
  - Bars at <25% capacity
  - Indoor gyms at <50% capacity
  - Movie theaters at <50% capacity
  - Government (telework remains strongly encouraged)
  - Libraries
  - Museums
  - All other business activities not yet listed except for nightclubs and events with greater than 50 people
- Phase 4:
  - Nightclubs
  - Concert venues
  - Large sporting events
  - Resume unrestricted staffing of worksites, but continue to practice physical distancing and good hygiene

* High-risk populations are currently defined by CDC as: persons 65 years of age and older; people of all ages with underlying medial conditions (particularly not well controlled) including people with chronic lung disease or moderate to severe asthma, people who have serious heart conditions, people who are immunocompromised, people with severe obesity, people with diabetes, people with chronic kidney disease undergoing dialysis, and people with liver disease; people who live in a nursing home or long-term care facility.