# EXHIBIT 5

1/20/22, 7:37 AM  King County to immediately allow limited openings of businesses, maintain public health vigilance - King County

Case 2:20-cv-00983-TSZ Document 75-5 Filed 02/07/22 Page 2 of 5




# News

King County Executive
**Dow Constantine**

# King County to immediately allow limited openings of businesses, maintain public health vigilance

June 5, 2020

**Summary**

With new state health officials' approval today, restaurants and retailers will be allowed to serve customers in their establishments, in addition to other modified openings for a wide range of businesses and activities. Public Health – Seattle & King County will monitor transmission trends, medical capacity and other key indicators to help inform further reopening decisions.

**Story**

A plan drafted by King County Executive Dow Constantine, King County Council Chair Claudia Balducci, and King County Board of Health Chair Joe McDermott and approved today by state Department of Health Secretary John Wiesman immediately allows limited and modified openings for a wide range of businesses, recreation, and personal activities in King County.

Businesses are required to follow the state Department of Health's specific guidance but must adjust their occupancy to the levels identified below. The State defines an establishment's capacity as the fire code. The intent is to limit business operations to a level that allows for social distancing. Additionally, businesses in retail, professional services, and real estate must take steps to reduce indoor operations to thirty minutes. This is not meant to be timed to the second – no one is expected to have a stopwatch – but customers should be informed why it is important to limit close interactions.

Here is an overview of what's happening in key sectors across King County:

**Restaurants**

• Outdoor dining activities is allowed at 50 percent of capacity with all tables and chairs maintaining 6 feet of distance, though additional seating will be allowed provided it follows Public Health – Seattle & King County's best practices. Restaurants will also need to go through the normal process within their city - or King County if the establishment is located within

1/20/22, 7:37 AM       King County to immediately allow limited openings of businesses, maintain public health vigilance - King County

Case 2:20-cv-00983-TSZ   Document 75-5   Filed 02/07/22   Page 3 of 5

unincorporated King County - to seek approval to expand outdoor seating.

• Indoor dining services may operate at 25 percent of capacity, provided such tables and chairs are more than 6 feet away from each other.

### In-store retail

• All non-essential retail activities may operate but an establishment's occupancy may not be not be higher than 15 percent of capacity.

• Businesses are directed to provide signage encouraging indoor visits to less than 30 minutes, with face-to-face interactions limited to 30 minutes.

• Essential retail activities may continue to operate according to the existing state regulations.

**Personal services:** **Cosmetologists, Hairstylists, Barbers, Estheticians, Master Estheticians, Manicurists, Nail Salon Workers, Electrologists, Permanent Makeup Artists, Tattoo Artists, Cosmetology Schools and Esthetics Schools**

• All activities may operate but the number of clients served will be limited to no more than 25 percent of capacity or one person if it is a single bed/chair studio.

**Professional services:** **Accountants, architects, attorneys, engineers, financial advisors, information technologists, insurance agents, tax preparers, and other office-based occupations that are typically serving a client base**

• All activities allowed but an establishment's occupancy should not be higher than 25 percent of capacity.

• Businesses are directed to provide signage encouraging indoor visits to be less than 30 minutes, with face to face interactions limited to 30 minutes.

### Construction

• All construction, including those activities for which social distancing may not be maintained and the start of new construction projects, is authorized to resume.

"This important step in our COVID-19 response reflects all the sacrifice and hard work that our community has put into fighting this disease. The success of this guidance depends on business owners and community members embracing public health best practices, and understanding that one size doesn't fit all," said Executive Constantine. "By opening our economy carefully and deliberately, we make sure to stay healthy and continue down the path to full recovery."

For more information, call Public Health's Business Compliance Line at 206-296-1608.

Details can also be found at Safe Start King County

---

**Relevant links**

- King County Safe State Plan Variance Application
- Public Health Insider blog post: Safe Start for King County - Working to gradually reopen the local economy

---

**Quotes**



> This important step in our COVID-19 response reflects all the sacrifice and hard work that our community has put into fighting this disease. The success of this guidance depends on business owners and community members embracing public health best practices, and understanding that one size doesn't fit all. By opening our economy carefully and deliberately, we make sure to stay healthy and continue down the path to full recovery.
>
> *Dow Constantine, King County Executive*

**FOR MORE INFORMATION, CONTACT:**

Alex Fryer, Executive Office, 206-477-7966



### Executive Office

401 5th Ave. Suite 800
Seattle, WA 98104

Main phone: 206-263-9600
TTY: Relay: 711
FAX: 206-296-0194

Get directions

King County Executive
**Dow Constantine**



Read the Executive's biography

  

1/20/22, 7:37 AM King County to immediately allow limited openings of businesses, maintain public health vigilance - King County

Case 2:20-cv-00983-TSZ Document 75-5 Filed 02/07/22 Page 5 of 5

Last Updated June 5, 2020