# EXHIBIT 8

Case 2:20-cv-00983-TSZ   Document 75-8   Filed 02/07/22   Page 1 of 2

 **8 oz. Burger & Co**
**June 16, 2020**

Hello to all our 8oz fans and friends.

We wanted to take a moment to let you know how happy we are to be back open and how much we have appreciated all of your kind words and support through these challenging times. It is bittersweet because we know other restaurants are not as fortunate and will be closing their doors permanently. To those small business owners we send condolences, love, and best wishes to each of you.

We are all having to make difficult decisions on a daily basis and the 8oz. is no different. We also wanted to post this to let you know that, **even though we are allowed to have customers physically back in our restaurant, we have decided to stay in the "to-go/delivery" model for the foreseeable future. There are many reasons for this decision, but the main reasons are the health and well-being of our staff, community, and our small business.**

There are many unknowns about this virus. The one thing we do know is the spread is unpredictable. We could be in Phase 3 and then back to Phase 1 due to a spike in numbers. This would mean laying employees off again while putting their health at risk. Therefore, we have decided to err on the side of caution. We hear your frustration and disappointment. We are also frustrated. We ask for your understanding as we take thoughtful steps forward. We want to remain open and can only do that with your support. Please continue to be patient with us as we navigate decision making in these unprecedented times.

We sincerely thank you for your support and patronage,

The 8oz Crew 🧡



A letter to our customers 🧡