# EXHIBIT 10



**Unicorn**
August 14, 2020

We have reached the end of week 21 of quarantine and have some exciting news on the horizon! We have been given the opportunity to change our licensing over from a Nightclub License to a regular Bar/Restaurant License, so we can reopen before Phase 4!!!! Our reopening date is still TBA while we put the finishing touches on our beloved bar to make sure it is as safe as possible for everyone. Keep an eye on our website and IG for updates! Thank you all for your patience and hope to see you all very soon!! #covidpreparation #safetyfirst

