# EXHIBIT 11

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                )
            Plaintiffs,         )
                                )
        vs.                     )  No. 20-cv-00983-TSZ
                                )
CITY OF SEATTLE,                )
                                )
            Defendant.          )
_____

ZOOM 30(b)6 Deposition Upon Oral Examination

Of

MADRONA - BRADFORD AUGUSTINE
_____

DATE:  Monday, January 31, 2022

REPORTED BY:  Mindy L. Suurs, CSR No. 2195

BRADFORD AUGUSTINE
1/31/2022

Page 54

```
 1      A.   Okay.
 2      Q.   Do you want to take a five-minute break, we'll
 3   get that document, and then we can reconvene?
 4           MR. REILLY-BATES:  Yeah, that's fine.
 5           THE VIDEOGRAPHER:  The time is 11:41 a.m.  We are
 6   off the record.
 7               (Recess taken.)
 8           THE VIDEOGRAPHER:  The time is 11:51 a.m.  We are
 9   back on the record.
10                          (Exhibit No. 158 marked for
11                           identification.)
12   BY MR. FARMER:
13      Q.   Mr. Augustine, we've given you Exhibit 158.  Can
14   you identify this for the record, please?
15      A.   Yes, this is a rent roll, which is a
16   forward-looking document that shows what the tenant pays in
17   the future and what their base rent is and when the lease
18   expires.
19      Q.   Okay.  If we're looking at the first line of
20   this, do you see the Unicorn Bar & Restaurant?
21      A.   I do.
22      Q.   And according to this, it said that the lease is
23   going to run until the end of [Confidential]; is that correct?
24      A.   That's a [Confidential].  I think it's a [Confidential]
25   lease with two 5-year options.  I don't believe it's a
```

BRADFORD AUGUSTINE
1/31/2022

Page 55

1	Confidential term.
2	Q.	Okay. How about the monthly rent? Do you see
3	it's reflected there as Confidential. Does that sound right
4	to you?
5	A.	Yes, it does.
6	Q.	Okay. A moment ago we looked at Exhibit 157,
7	which is the damages spreadsheet, and we had just looked at
8	the loss of rent line item on the second page of that,
9	which came to a total of Confidential. Do you recall that?
10	A.	Yes, I do.
11	Q.	By my math, that's about eight months of lost
12	rent. Does that sound right to you?
13	A.	No, by my math that's six months of lost rent and
14	six months potentially of lost CAMS.
15	Q.	Okay. And can you explain why the landlord
16	agreed to give the Unicorn Bar & Restaurant six months of
17	rent relief?
18	A.	Because on the day they were going to reopen,
19	they called us up and said, We got a problem. There's no
20	way we're going to be able to open up our outside dining
21	area under the current situation. And then as time
22	progressed on into July, they realized that there was no
23	business coming back based on the fact that there was a
24	giant scar in the Pike/Pine Urban Neighborhood, and so they
25	asked for six months of rent relief.

1                    REPORTER'S CERTIFICATE

2

3        I, Mindy L. Suurs, the undersigned Certified Court
    Reporter, pursuant to RCW 5.28.010, authorized to
4   administer oaths and affirmations in and for the State of
    Washington, do hereby certify:
5

6        That the foregoing testimony of BRADFORD AUGUSTINE
    was given before me at the time and place stated therein
7   and thereafter was transcribed under my direction;

8        That the sworn testimony and/or proceedings were by me
    stenographically recorded and transcribed under my
9   supervision, to the best of my ability;

10       That the foregoing transcript contains a full, true,
    and accurate record of all the sworn testimony and/or
11  proceedings given and occurring at the time and place
    stated in the transcript;
12
         That the witness, before examination, was by me duly
13  sworn to testify the truth, the whole truth, and nothing
    but the truth;
14
         That I am not a relative, employee, attorney, or
15  counsel of any party to this action or relative or employee
    of any such attorney or counsel and that I am not
16  financially interested in the said action or the outcome
    thereof;
17
    DATE:  February 1, 2022
18

19

20

21

22  _____

23              Mindy L. Suurs
                Certified Court Reporter #2195
24

25