# EXHIBIT 12

12TH & PIKE ASSOCIATES

Rough & Associates
RADFORD AUGUSTIN
1/31/2022
157

**CHOP/ CHAZ Damages**

| | | | | | |
|---|---|---|---|---|---|
| Madrona Real Estate Investors IV, LLC | | (INV-IV) | | | |
| Madrona Real Estate Investors VI, LLC | | (INV-VI) | | | |
| 12th And Pike Associates, L.L.C. | | (Pike) | | 5%-15% | |
| Madrona Real Estate Services, LLC | | (MRE) | | Markup on MRE Credit | |

| Property | Vendor | Amount | | Description | Card Payments | |
|---|---|---|---|---|---|---|
| INV-IV | Arbutus Grounds & Maintenance, LLC (03/2021) | $ | 87.50 | Key Safe welding, back security gate | | |
| INV-IV | Arbutus Grounds & Maintenance, LLC (02/2021) | $ | 95.00 | Install Security Camera | | |
| INV-IV | Lowe's, inv# 8249 (06/15/2020) | $ | 52.78 | Paint to Cover Graffiti | $ | 55.42 |
| INV-IV | Perkins Glass, inv#127668 (01/06/2021) | $ | 880.80 | Glass Replacement | | |
| INV-IV | C&C Mobile Welding, INV#2108 (4/1/2021) | $ | 5,548.97 | Security Gate Materials & Installation | | |
| INV-IV | Arbutus Grounds & Maintenance, LLC (10/2020) | $ | 20.74 | Clean Back Stoop due to Homeless | | |
| INV-IV | Amazon.com | $ | 134.50 | Security camera | $ | 141.23 |
| INV-IV | Arbutus Grounds & Maintenance, LLC (11/2020) | $ | 61.00 | Install New Lock on Dumpster | | |
| INV-IV | Arbutus Grounds & Maintenance, LLC | $ | 1,150.00 | | | |
| INV-IV | Loss of Rent: Old School Frozen Custard | $ | 6,057.27 | | | |
| INV-IV | Reduced Rent: CM Design | $ | 2,230.22 | | | |
| INV-IV | Loss of Parking Rent | $ | 1,100.00 | | | |
| | | $ | 17,428.14 | | | |
| INV-VI | Arbutus Grounds & Maintenance, LLC (12/2020) | $ | 180.00 | Escort police to remove squatters; Board up windows & Doors that were broken into | | |
| INV-VI | Arbutus Grounds & Maintenance, LLC (10/2020) | $ | 141.52 | Graffiti Removal & Fence Repair | | |
| INV-VI | Arbutus Grounds & Maintenance, LLC (07/2020) | $ | 223.26 | Install Razor Wire & Siding Inspection due to Vandalism | | |
| INV-VI | Arbutus Grounds & Maintenance, LLC (06/2020) | $ | 533.94 | Board Up House for Security | | |
| INV-VI | Lowe's INV#25672, (06/05/2020) | $ | 132.35 | Materials to Board Up House | $ | 138.97 |
| INV-VI | Arbutus Grounds & Maintenance, LLC | $ | 5,294.95 | Restoration to top floor where squatters broke in. | | |
| INV-VI | Pacific Supply, INV#1627564 (02/28/2020) | $ | 13.30 | Graffiti Removal Supplies | | |
| INV-VI | Arbutus Grounds & Maintenance, LLC | $ | 990.90 | Graffiti Removal/supplies/labor | | |
| INV-VI | Arbutus Grounds & Maintenance, LLC | $ | 1,836.03 | Board up due to additional break in's | | |
| INV-VI | Arbutus Grounds & Maintenance, LLC | $ | 2,400.00 | Clean up after break in's - inside and exterior | | |
| INV-IV | Loss of Rent: Pop up shop | $ | 1,500.00 | | | |
| INV-IV | Loss of Parking Rent | $ | 600.00 | | | |
| | | $ | 13,852.87 | | | |

1

CONFIDENTIAL

CHOP-0008704

**CHOP/ CHAZ Damages**

| | | | | |
|---|---|---|---|---|
| Madrona Real Estate Investors IV, LLC | (INV-IV) | | | |
| Madrona Real Estate Investors VI, LLC | (INV-VI) | | | |
| 12th And Pike Associates, L.L.C. | (Pike) | | 5%-15% | |
| Madrona Real Estate Services, LLC | (MRE) | | Markup on MRE Credit | |

| Property | Vendor | Amount | Description | Card Payments | |
|---|---|---|---|---|---|
| Pike | Pacific Supply, INV#1674304 (01/22/2021) | $ 3.93 | Graffiti Removal Supplies | | |
| Pike | Pacific Supply, INV#1653944 (10/05/2020) | $ 19.77 | Paint to Cover Graffiti | | |
| Pike | Pacific Supply, INV#1642265 (08/10/2020) | $ 10.78 | Graffiti Removal Supplies | | |
| Pike | Salmon Bay, INV#2467059 (06/11/2020) | $ 63.42 | Graffiti Removal Supplies | | |
| Pike | Mallory Paint, INV#L0025988 (06/17/2020) | $ 48.93 | Paint to Cover Graffiti | | |
| Pike | Davis Door, INV#251186 (06/15/2020) | $ 247.80 | Repairs to Exterior Building Doors | | |
| Pike | Pacific Supply, INV#1633578 (06/25/2020) | $ 29.14 | Graffiti Removal Supplies | | |
| Pike | Goodbye Graffiti, INV#33715 (06/30/2020) | $ 500.40 | Emergency Graffiti Removal | | |
| Pike | Salmon Bay, INV#2467058 (06/11/2020) | $ 197.59 | Graffiti Removal Supplies | | |
| Pike | Arbutus Grounds & Maintenance, LLC (12/2020) | $ 142.74 | Broken Front Door & Graffiti Removal | | |
| Pike | Arbutus Grounds & Maintenance, LLC (11/2020) | $ 91.50 | Paint Over Graffiti | | |
| Pike | Arbutus Grounds & Maintenance, LLC (10/2020) | $ 122.00 | Graffiti Removal & Fence Security | | |
| Pike | Madrona Real Estate Services, LLC (09/25/2020) | $ 23.46 | Coordinate Sway & Cake Door Repairs | | |
| Pike | Arbutus Grounds & Maintenance, LLC (08/2020) | $ 285.48 | Mailbox Lock Replacement & Graffiti Removal | | |
| Pike | Madrona Real Estate Services, LLC (08/2020) | $ 46.92 | Mailbox Repairs & Front Door Security | | |
| Pike | Glass & Window Repairs due to Riot Damage | $ 4,800.00 | Windows are scratched / etched | | |
| Pike | Arbutus Grounds & Maintenance, LLC (07/2020) | $ 366.00 | Pressure Wash Graffiti & Paint Pillars | | |
| Pike | Madrona Real Estate Services, LLC (06/2020) | $ 92.46 | Door Security & Repairs/ Survey CHOP Damage | | |
| Pike | Lowe's, inv# 65354 (06/17/2020) | $ 71.39 | Graffiti Removal Supplies | $ | 82.10 |
| Pike | Arbutus Grounds & Maintenance, LLC (05/2020) | $ 284.26 | Door Repairs Due to Vandalism | | |
| Pike | Madrona Real Estate Services, LLC (04/2020) | $ 115.00 | Various Vendor & Tenant Management | | |
| Pike | Arbutus Grounds & Maintenance, LLC | $ 733.30 | Graffiti Removal/protection material/labor | | |
| Pike | Loss fo Rent: Sway & Cake | $ Confidential | | | |
| Pike | Loss of Rent: Unicorn Bar | $ Confidential | | | |
| | | $ 166,426.08 | | | |

2

**CHOP/ CHAZ Damages**

| | | | | |
|---|---|---|---|---|
| Madrona Real Estate Investors IV, LLC | | (INV-IV) | | |
| Madrona Real Estate Investors VI, LLC | | (INV-VI) | | |
| 12th And Pike Associates, L.L.C. | | (Pike) | | 5%-15% |
| Madrona Real Estate Services, LLC | | (MRE) | | Markup on |
| | | | | MRE Credit |
| **Property** | **Vendor** | **Amount** | **Description** | **Card Payments** |

| Property | Vendor | Amount | Description | Card Payments |
|---|---|---|---|---|
| MRE | Additional security services | $ 1,385.00 | | |
| MRE | Time spent cleaning up/handling fire/flood at commercial garage after protests | $ 1,095.00 | | |
| MRE | Time spent to reschedule vendors and deliveries due to "No enter" orders becaues of proximity to the CHOP Zone | $ 1,254.00 | | |
| **Loss of Management Fees due to loss of rents collected from Tenants at the affected properties:** | | | | |
| MRE | Pike: Unicorn | Confidential | | |
| MRE | Pike: Sway & Cake | | | |
| MRE | INV-IV: Old School Frozen Custard | $ 302.86 | | |
| MRE | INV-IV: CM Design | $ 111.51 | | |
| MRE | INV-IV: Parking | $ 55.00 | | |
| | | $ 12,109.33 | | |
| | **Grand Total** | $ 209,816.42 | | |

3