# EXHIBIT 13

 **Rock Box** shared a video from the playlist **Social Distance Sing**.
October 25, 2020

As you might've seen, there's some big news coming up about our reopening! But before we get into all of that we've got a little business to take care of. We'd like to give a shout out to everyone who participated in our Quarantune Karaoke Contest! Your videos were beacons of sunshine on some pretty gloomy days. We thank you for that! With that being said we'd like to announce our winner- Matt Riley! Matt your cover of Lithium was expertly executed and embodied the quarantine experience perfectly. Congrats on your free (future) Party Room! For those of you who missed Matt's rivoting rendition or any of the other fabulous submissions we received, click on the album "Social Distance-Sing" below. And don't forget to check back for more details about the new Rock Box REMIX later this week 🙂



**Rock Box** posted a video to playlist **Social Distance Sing**.
June 25, 2020

Matt's not gonna crack.
#RockBoxSeattle #SocialDistanceSing #KaraokeContest #Quarantune

 11                                              3 Comments  1 Share