# EXHIBIT 14

JILL CRONAUER
9/30/2021

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,  )
                               )
          Plaintiffs,          )
                               )
     vs.                       ) No. 20-cv-00983-TSZ
                               )
CITY OF SEATTLE,               )
                               )
          Defendant.           )
_____

Videotaped ZOOM 30(b)6 Deposition

Of

JILL CRONAUER
_____

CONTENTS DESIGNATED CONFIDENTIAL

DATE:  Thursday, September 30, 2021

REPORTED BY:  Mindy L. Suurs, CSR No. 2195

JILL CRONAUER
9/30/2021

Page 89

1  Capital claims in this lawsuit with regard to its own
2  damages?
3      A.   Total cost here on L 151, which is 7.789423 and
4  88 cents.
5      Q.   Could you repeat the line number, please?
6      A.   L 151.
7      Q.   Okay.  And the total amount claimed is 3.787; is
8  that correct?
9      A.   That's correct.
10     Q.   Okay.
11          MR. REILLY-BATES:  And that's millions; right?
12     A.   Yes.
13          MR. FARMER:  That's what it appears to be.
14     Q.   Ms. Cronauer, does Hunters Capital have an
15  agreement with any entities of how it would distribute any
16  of the 3.7 million or so if it were to recover that amount
17  in this lawsuit?
18     A.   Not to my knowledge.
19     Q.   Okay.  So starting with some more general buckets
20  here, is it correct that Hunters Capital claims a total of
21  $26,470 in fiscal damages?
22          MR. REILLY-BATES:  Counsel, is there a line that
23  you want to refer us to?
24          MR. FARMER:  I think it's the -- it's probably
25  the physical damage and PR allocation.

JILL CRONAUER
9/30/2021

Page 101

1      A.   Yes.
2      Q.   And so what were the terms of the settlement with
3   The Riveter?
4      A.   That they could leave their lease early and we
5   would let them out of their lease even though they owed
6   this amount at the time of writing it off.
7      Q.   And was it your understanding that The Riveter
8   vacated space due to the impact of CHOP?
9      A.   To some extent, yes, I think --
10     Q.   Okay --
11     A.   Yeah, I think this is where, you know, initially,
12   similar to some of our other -- our other tenants, there
13   was a COVID initial impact because they couldn't be open,
14   like we've discussed; and then in June when they could
15   access their premise, this building was entirely blocked,
16   and The Riveter -- I don't know if you're familiar with how
17   it functions, but the purpose of this location and this
18   lease is not for their employees, but rather people come in
19   and access the space for use, and they couldn't access the
20   space for use, and it was deemed unsafe.
21     Q.   Okay.  And when was it first deemed to be unsafe?
22     A.   I don't recall.
23     Q.   Do you recall when it was once again deemed to be
24   safe?
25     A.   They left, and we allowed them to leave before

ROUGH & ASSOCIATES INC
office@roughandassociates.com     206.682.1427 3515 SW Alaska St Seattle WA 98126

Electronically signed by Mindy Suurs (101-257-931-8021)                                9e3d6b33-f002-450c-bc14-8c4011de23fa

JILL CRONAUER
9/30/2021

Page 178

1         And so this is just demonstrating that, you know,
2    if we had a couple months or even one month of no rental
3    income, that we would be out of covenant, that it's
4    actually on an annual cumulative basis.  Yeah, there's all
5    sorts of ideas at this point on how to handle COVID.
6        Q.   Undoubtedly.  All right.  Just a couple more, if
7    you would bear with me.  If you could please turn to
8    Tab M2, as in Michael, 2.
9                    (Exhibit No. 80 marked for
10                    identification.)
11       A.   I have it in front of me.
12   BY MR. FARMER:
13       Q.   And can you identify Exhibit 80 as a letter that
14   you received from Amy Nelson of the Riveter?
15       A.   Correct.
16       Q.   And does this letter refresh your recollection
17   that the Riveter was severely impacted by COVID-19?
18       A.   I think we discussed that because of their
19   business model, their inability to have people come in when
20   it was a shutdown because they weren't allowed to for two
21   months, was impactful.  Yeah, I don't recall the letter,
22   though, actually.
23       Q.   Okay.  If you look down in the last full
24   paragraph that begins with "Nonetheless," three or four
25   sentences into that she writes:  "Alternatively, we propose

JILL CRONAUER
9/30/2021

Page 185

SIGNATURE

I declare that I have read my within deposition, taken on Thursday, September 30, 2021, and the same is true and correct save and except for changes and/or corrections, if any, as indicated by me on the "CORRECTIONS" flyleaf page hereof.

Signed in _____, Washington, this _____ day of _____, 2021.

_____
JILL CRONAUER

Page 186

REPORTER'S CERTIFICATE

I, Mindy L. Suurs, the undersigned Certified Court Reporter, pursuant to RCW 5.28.010, authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify:

That the foregoing testimony of JILL CRONAUER was given before me at the time and place stated therein and thereafter was transcribed under my direction;

That the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability;

That the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript;

That the witness, before examination, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

That I am not a relative, employee, attorney, or counsel of any party to this action or relative or employee of any such attorney or counsel and that I am not financially interested in the said action or the outcome thereof;

DATE: October 3, 2021

*Mindy L. Suurs*
Mindy L. Suurs
Certified Court Reporter #2195

47 (Pages 185 to 186)



206.682.1427    fax 206.937.6236

Please record any changes or corrections on this sheet, indicating page number, line number, and reason for the change.

| Page | Line | Correction and Reason |
|------|------|----------------------|
| 9    | 7    | Should read '500' instead of '900' |
| 9    | 22   | Should read 'Kei' instead of 'Key |
| 12   | 3    | Should read 'J' instead of 'Jim' |
| 12   | 4    | Should read 'Kieran Oaksmith' instead of 'Karen Malone' |
| 12   | 4    | Should read 'Cristin' instead of 'Kristen' |
| 18   | 2    | Should read 'small business loan' instead of NSBA loan' |
| 70   | 17   | Should read 'and' instead of 'in' |
| 109  | 19   | Should read 'Amaan' instead of 'Ahman' |
| 122  | 15   | Should read 'Paparepas' instead of 'Papa Repas' |
| 177  | 16   | Should read 'for your mortgage' instead of 'and your rent' |

_____
(Signature here and on deposition)

JILL CRONAUER
9/30/2021

Page 185

1                    S I G N A T U R E

2

3          I declare that I have read my within deposition,

4   taken on Thursday, September 30, 2021, and the same is true

5   and correct save and except for changes and/or corrections,

6   if any, as indicated by me on the "CORRECTIONS" flyleaf

7   page hereof.

8          Signed in _____Seattle_____, Washington,

9   this __1____ day of __November_____, 2021.

10

11

12

13

14        _____/s/ Jill Cronauer_____

15              JILL CRONAUER

16

17

18

19

20

21

22

23

24

25