# EXHIBIT 15

| Message | |
|---|---|
| From: | Amy Nelson [amy@theriveter.co] |
| Sent: | 4/1/2020 7:58:44 PM |
| To: | Jill Cronauer [Jill@hunterscapital.com] |
| CC: | Teresa Kotwis [teresa.kotwis@theriveter.co]; BarbaraMalone [barbaracmalone1@comcast.net] |
| Subject: | Follow up from The Riveter |
| Attachments: | HuntersCapitalLetter.pdf |

Jill, please see the attached note.

Thank you,
Amy

—

**Amy Nelson (She/Her)**
CEO/Founder
amy@theriveter.co
TheRiveter.co
Ph: 206.319.6056

Rough & Associates
**JILL CRONAUER**
9/30/2021
**80**

CONFIDENTIAL                                                                                                              CHOP-0026546



April 1, 2020

Dear Jill,

I hope this note finds you healthy and safe.

Thanks for talking with us last week. We love our space at 1517 12th Ave. Suite 101, Seattle 98122 and hope that we can reach a solution that will allow us to stay in the space.

As you can imagine, we have already been severely impacted by COVID-19. 2020 was off to an incredible start, with the company exceeding our financial forecast. But the last few weeks have forced us to close all Riveters, discount our member fees by a minimum of 50%, and brought our business to a grinding halt. Despite all of this, we have already seen significant churn in our coworking members and expect more attrition in the coming months.

Our experience is not singular. As I'm sure you've read, everyone from Nike and WeWork to The Cheesecake Factory - along with thousands of small businesses - are working with their landlords to find real estate solutions that will allow their businesses to survive this pandemic. I have taken concrete steps as a CEO to minimize operational expenses, including the painful decision to furlough 35% of our teammates, institute an across the board ten percent salary cut, and take my own salary to zero.

We have enjoyed working with you as a tenant - and while the decisions above have been hard, I know they are necessary to ensure the long-term survival of the company. We fully intend to bring back our furloughed teammates and I will do everything in my power to continue to pay our 75+ Riveter teammates, many of whom are mothers of young children. We are living through a time of incredible uncertainty, and even these steps may not be sufficient should the pandemic and related shelter in place orders extend through the summer. We have spoken with landlords of similar coworking and retail companies to see how they are working with tenants. One landlord, for example, is abating 50% of gross rent for April, May and June.

Nonetheless, we want to make a good faith effort to continue our partnership. We see two potential options. First, we are signed on through February 2022. We would love to sign on for an additional six months if we can waive payments for April, May and June 2020. Alternatively, we propose to pay 50% of our monthly rent during the city's shelter in place order. This matches the membership fees we are charging our members today, though we might ultimately waive membership fees if the crisis continues. We believe that by exercising either option, we will be able to stay in the space and steer The Riveter through this unprecedented moment in history. If we do not hear back from you by Friday, April 3, we will pay 50% of our monthly rent by ACH that day.

Thank you in advance and we are looking forward to hearing from you and your team soon. Please feel free to call me if easier, (206) 319-6056.

Best,
Amy