# EXHIBIT 16



# King County Eviction Prevention and Rent Assistance Program
## Department of Community and Human Services

>  Información sobre el **Programa de Prevención de Desalojos y Asistencia de Alquiler del Condado de King** está disponible en español.

King County's rent assistance program is currently operational per Proclamation 21-09.

The King County Eviction Prevention and Rent Assistance Program (EPRAP) helps residents behind in rent and utility payments due to COVID-19 hardships. Eligible households throughout King County who have past due rent due to unemployment, lost wages, or health crises as a result of the COVID-19 pandemic can now apply for assistance.

***The EPRAP program has limited funds and assistance cannot be guaranteed. Tenants who have already applied are not guaranteed assistance. We still encourage eligible tenants to complete the application process.***

>  **For questions, contact:**
>
> **The EPRAP Team:**
>
>  206-263-3481
>
>  DCHS Rent Assistance

##  Which best describes you?

### I'm a Tenant
 Applications are open! Visit the EPRAP Tenant Portal.

### I'm a Landlord
 Visit the Landlord Portal.

### I'm a Nonprofit
 Visit the Partner Resources page on the King County EPRAP website.

Participating in the Large Landlord Program? Visit the resource page.

**King County EPRAP FAQ**      **+**

*King County EPRAP FAQ*

- **What is King County's Eviction Prevention Rental Assistance Program?**
    - King County's Eviction Prevention and Rent Assistance Program is one of the ways King County is helping residents who are behind in rent due to the impacts of COVID-19. The program provides payments for back rent and future rent obligations to those who qualify.
- **Is sign-up currently open?**
    - Yes, households in King County who have fallen behind in rent a result of the COVID-19 pandemic can now apply for assistance.
- **How can someone sign-up?**
    - The first step is to pre-register on the EPRAP Tenant Portal. Applicants will be asked a series of questions to determine eligibility.
- **How can I check my status?**
    - Once you register as either a tenant or a landlord, you can sign back into the Portal at any time to check your status.
- **How are EPRAP payments made?**
    - Payments for rent assistance are made directly to landlords.
    - Once payment is made on behalf of a tenant's rent, that tenant is protected from eviction for six months after the end of the EPRAP payment period (the last day of the month for which rent is paid).
- **I'm behind on rent, how do I know if my landlord already signed me up?**
    - Ask you Landlord to see if they have already enrolled you.
    - 314 landlords representing 1,300 properties signed an agreement that they will not evict an EPRAP-enrolled tenant for non-payment of rent through December.
- **What are the advantages for landlords to participate?**
    - Landlords can receive up to nine months of back rent owed plus three months advance rent for a total of up to 12 months **for every eligible tenant.**
- **How does someone know if they or a family member qualifies for the program?**
    - An "eligible household" is defined as a renter household in King County whose:
        - Household income is at or below 50% of area median income for either 2020 or 2021.
        - Have financial hardship due to the COVID-19 outbreak.
        - Are at risk of experiencing homelessness or currently experiencing housing instability
- **How is King County helping households that don't speak English?**
    - Tenants can apply online in English and Spanish at https://rent-help.kingcounty.gov. or call 206-477-1331 for help, including in-language.
        - press 2 for Spanish or call 425-891-0346
        - press 3 for Dari or call 253-237-6701
        - press 4 for Somali and Amharic or call 206-721-5542
        - For all other languages, including Vietnamese, press 5, then state your language to the operator and they will connect you to a translator.
- **Can I sign up more than once? If I still haven't found a job can I sign up again for assistance later in the year?**
    - Tenants who receive EPRAP assistance are only eligible for help once.

- Tenants who are deemed to be ineligible for assistance can re-apply at a later date if their life circumstances change and they become eligible.
- **What if my landlord says no?**
    - The landlord must sign an agreement to participate in the program. If the landlord is not willing to participate, a tenant cannot be helped through EPRAP.
    - Please see below for information on how to contact the Housing Justice Project (Link).
- **What if my landlord isn't paid before the Governor lifts the eviction moratorium? I owe a lot of back rent!**
    - Please scroll down and visit the Eviction Related Legal Assistance section of this page.
- **What is the Hub & Spoke model?**
    - This model will allow eligible tenants to sign-up directly through the community organizations they're already connected to. For more information, please visit the How EPRAP Works page.
- **How did you select the Hub agencies? What communities do they serve?**
    - The application process for CBOs to apply to participate in the Hub & Spoke model opened in April 2021 and closed in June 2021. King County prioritized agencies serving diverse populations of historically underserved and hard-to-reach communities. The agencies agreed to conduct outreach to their communities and sign-up eligible persons.
- **How many community-based agencies are participating in the program?**
    - Over 60! For a full list visit the How EPRAP Works page.
- **How long does it take to get help after sign-up?**
    - King County has contracted with many local Community Based Organizations to assist tenants in the application process.
    - Each week, King County will randomly select registered tenants to participate in the program. The number of tenants selected will vary based on capacity of the Community Based Organizations.
    - Weekly selections will continue until all EPRAP funds are disbursed.
- **What is the current area median income for King County?**

|  | Median family income | 50% Income limits* ($) by number of persons in family | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| **2020** | $113,300 | $41,800 | $47,800 | $53,750 | $59,700 | $64,500 | $69,300 | $74,050 |
| **2021** | $115,700 | $40,500 | $46,300 | $52,100 | $57,850 | $62,500 | $67,150 | $71,750 |

- **Is proof of U.S. citizenship a requirement for EPRAP?**
    - No, US Citizenship is not a requirement under EPRAP assistance. King County will not ask for information about immigration status.
  - For more information please look below.
  - Community-based organizations are also available to provide spoken translations, technology access and application assistance. For more information about organizations participating with EPRAP please visit the How EPRAP Works page.

## 🗺 Language Access

If you need language assistance: Please contact 206-477-1331.

### Expand to see all languages:                                                                                              ✚

**Amharic**: ተጨማሪ የኪራይ ድጋፍ እዚህ ይኖራል! ተከራዮች አሁን በተከራይ ፖርታል ላይ ሊመዘገቡ ይችላሉ: https://rent-help.kingcounty.gov. የአማርኛ አስተርጓሚ ከፈለጉ እባክዎ 206-477-1331 ያግኙ

**Arabic**: هناك المزيد من المساعدات للإيجار! يمكن الآن للمستأجرين التسجيل من خلال بوابة المستأجر: https://rent-help.kingcounty.gov  [برقم التلفون الرجاء الاتصال باللغة العربية مساعدة الى تحتاج كنت إذا31-477-206

**Burmese**: အိမ်ငှားရမ်းမှုအတွက် အထောက်အကူထပ်မံ ရောက်ရှိပြီးဖြစ်သည်။ အိမ်ငှားသများ ယခု ကျွန်ုပ်နေရာတွင် စာရင်းပေးပိုင်ပြီ ဖြစ်သည် - https://rent-help.kingcounty.gov. မြန်မာဘာသာဖြင့် အကူအညီလိုပါက 206-477-1331  ကို ဆက်သွယ်ပါ။

**Chinese Simplified**: 现有更多的租金援助可申请！ 租户现可通过租户网站进行注册: https://rent-help.kingcounty.gov。 如果您需要中文翻译，请致电 206-477-1331

**Chinese Traditional**: 現有更多的租金援助可申請！ 租戶現可通過租戶網站進行註冊: https://rent-help.kingcounty.gov。 如果您需要中文翻譯，請致電 206-477-1331

**Chuukese**: **Iei asuk aninisin kamwon rent!** chon mwoni rent ratongeni amasou won ei Tenant Portal: https://rent-help.kingcounty.gov. Ika ke need aninis non fosun Chuuk, kose mochen kokori 206- 477-1331

**Dari**: کرایه نشین! کرایه های بیشتر برای کرایه قابل دسترس است کمک ها کمک نیشینان ها برای کرایه کمک ها در پورتال/خط ارتباطی میتوانند حالا ثبت نام نمایند: https://rent-help.kingcounty.gov     اگر به لسان دری به کمک نیاز دارید، لطفاً با شماره تلیفون 206-477-1331 تماس بگیرید

**Farsi**: ثبت نام برای مستاجرین کمک ها برای ارتباطی خط/پورتال در میتوانند حالا مستاجرین! است دسترس قابل اجاره برای بیشتر های کمک نمایند: https://rent-help.kingcounty.gov

اگر به زبان فارسی به کمک نیاز دارید، لطفا به شماره تیلیفون 206-477-1331 تماس بگیرید.

**French**: **Assistance supplémentaire pour le loyer!** Les locataires peuvent maintenant s'inscrire sur le portail des locataires: https://rent-help.kingcounty.gov. Si vous avez besoin d'aide en FRANÇAIS, veuillez contacter le numéro: 206-477-1331

**Hindi**: अतिरि    किराया सहायता आ गयी है! किरायेदार अब किरायेदार पोटल (टेनट पोटल) पर साइन-अप कर सकते ह: https://rent-help.kingcounty.gov.  यदि आपको हिंदी म सहायता की आव     कता है, तो कृपया संपक कर  206-477-1331

**Hmong**: **Kev pab xauj tsev qhib lawm!:** Cov neeg uas xauj tsev mus cuv npe tau rau hauv Tenant Portal: https://rent-help.kingcounty.gov. Yog koj xav tau kev pab uas hais lus HMOOB, thov tiv tauj  206-477-1331

**Japanese**: より多くの家賃支援給付金の申請受け付けが開始されました! 借用人 (テナント) は、このテナント・ポータルに登録してください: https://rent-help.kingcounty.gov. 日本語のサポートが必要な場合は、206-477-1331 までご連絡下さい。

**Khmer**: ជំនួយជួយបងថែជួលផ្ទះបានមកដល់កាន់តែច្រើនហើយ! ឥឡូវនេះ អ្នកជួលផ្ទះ អាចចុះឈ្មោះដាក់ពាក្យសុំជំនួយតាមរយៈគេហទំព័រ៖ https://rent-help.kingcounty.gov ។ ប្រសិនបើអ្នកត្រូវការជំនួយជាភាសាខ្មែរ សូមទាក់ទងទៅ 206-477-1331

**Korean**: 더 많은 임대료 지원 프로그램을 확인하세요! 세입자 분들은 이제 세입자 포털에 가입할 수 있습니다: https://rent-help.kingcounty.gov 한국어 지원이 필요하시면, 206-477-1331 번으로 연락하십시오.

**Lao**: ຖ້າທ່ານຕ້ອງການຄວາມຊ່ວຍເຫຼືອເປັນພາສາລາວ, ກະລຸນາໂທຫາ 206-477-1331

**Marshallese**: Ebar lõñtok jibañ ñan wõnāān jikin jokwe ko. Ro rej jokwe imweo remaroñ kiiõ kanne ilo jikin kanne in na etan Tenant Portal: https://rent-help.kingcounty.gov. Elañe kwoaikuj jibañ ilo KAJIN MAJÕLMARSHALLESE, jouj im kūrlôk 206-477-1331

**Oromo**: Gargaarsi kiraa dabalataa asi ni jira! Kireefatoonni amma galmaa'uu ni danda'u: https://rent-help.kingcounty.gov. Yoo gargaarsa afaan **Oromootin** barbaaddan, Hadara 206-477-1331 kana qunnama'a.

**Punjabi**: ਕਿਰਾਏ ਲਈ ਵਧੇਰੇ ਸਹਾਇਤਾ ਉਪਲਬਧ ਹੈ! ਕਿਰਾਏਦਾਰ ਹੁਣ ਕਿਰਾਏਦਾਰ ਪੋਰਟਲ 'ਤੇ ਸਾਈਨ-ਅੱਪ ਕਰ ਸਕਦੇ ਹਨ। https://rent-help.kingcounty.gov. ਜੇ ਤੁਹਾਨੂੰ ਪੰਜਾਬੀ ਵਿੱਚ ਸਹਾਇਤਾ ਦੀ ਜ਼ਰੂਰਤ ਹੈ, ਕਿਰਪਾ ਕਰਕੇ 206-477-1331 ਤੇ ਸੰਪਰਕ ਕਰੋ.

**Russian**: Появилась дополнительная помощь для оплаты аренды жилья! Теперь арендаторы могут зарегистрироваться на веб-портале: https://rent-help.kingcounty.gov. Для получения помощи на РУССКОМ звоните по телефону (206) 477-1331

**Samoan**: O isi nei o Fesoasoani mo ē o nonofo totogi iō latou fale! Tagata e nonofo mautotogi e mafai ona saini-lesitala i luga o le Ala o Fesoasoani mo Tagata Nofo Totogi (Tenant Portal): https://rent-help.kingcounty.gov

Afai ae e mana'omia se fesoasoani i le FA'ASAMOA, fa'amolemole fa'afeso'otai pe valaau ane i le 206-477-1331

**Somali**: Caawimaad kiro oo dheeraad ah ayaa halkan yaal! Kireystayaasha waxay hada iska diiwaangelin karaan Khadka internetka https://rent-help.kingcounty.gov.

Hadii aad caawimaad ugu baahantahay Somaali, Fadlan la xariir 206-477-1331

**Spanish**: ¡Más asistencia de alquiler está aquí! Los inquilinos ahora pueden registrarse en el Portal de inquilinos: https://rent-help.kingcounty.gov Si necesita ayuda en español, comuníquese con 206-477-1331

**Swahili**: Msaada Zaidi wa Kodi/Kodi ya nyumba uko hapa! Wapangaji wanaweza kujisajili sasa kwenye ukurusa wa tovuti ya Wapangaji: https://rent-help.kingcounty.gov.

Ikiwa unahitaji msaada katika JINA LA LUGHA, tafadhali wasiliana na 206-477-1331

**Tagalog**: Marami pang Tulong sa Upa ay narito! Ang mga nangungupahan ay maaari nang mag-sign up sa Portal ng Nangungupahan: https://rent-help.kingcounty.gov (sa Ingles lang).

Kung kailangan mo ng tulong sa TAGALOG, mangyaring makipag-ugnay sa 206-477-1331

**Thai**: สำหรับความช่วยเหลือด้านการเช่าเพิ่มเติม ผู้เช่าสามารถลงทะเบียนผ่านhttps://rent-help.kingcounty.gov หากท่านต้องการผู้ช่วยทางด้านภาษากรุณาติดต่อที่เบอร์ 206-477-1331

**Tigrinya**: **ተወሳኺ ሓገዝ ክራይ ገዛ ክዎሃብ ተቐሪቡ ኣሎ!** ተኻረይቲ ዝስዕብ መእተዊ ተጠቒምኩም ክትምዝገቡ ትኽእሉ።https://rent-help.kingcounty.gov. ብቋንቋ ትግርኛ ሓገዝ ምስ እትደልዩ ናብ 206-477-1331 ደውሉ።

**Ukrainian**: Додаткова допомога в оплаті оренди житла! Орендарі можуть зареєструватися у веб-порталі орендаря: https://rent-help.kingcounty.gov

Якщо вам потрібна допомога УКРАЇНСЬКОЮ МОВОЮ, будь ласка телефонуйте за номером 206-477-1331

**Vietnamese**: **Có Thêm Sự Hỗ Trợ Cho Thuê Nhà! Người thuê nhà hiện có thể đăng ký tại Trang Mạng Cho Người Thuê: https://rent-help.kingcounty.gov.** Nếu quý vị cần trợ giúp bằng TIẾNG VIỆT, vui lòng liên hệ 206-477-1331

# 🔨 Eviction-related Legal Assistance

Paying rent assistance on behalf of eligible households is one half of the effort to maintain housing stability in the shadow of the COVID pandemic.

EPRAP now includes an additional tool to prevent eviction: funding the Housing Justice Project and Dispute Resolution Centers to provide legal aid to stop evictions based on unpaid rent. A total of $24 million has been committed to intervene in the event an EPRAP-eligible tenant faces eviction proceedings.

## To request eviction-related legal assistance, you can contact the Housing Justice Project in three different ways:

1. **Complete this online form** to request legal assistance.
2. **Call (206) 267-7069** to leave a message
3. **Email hjpstaff@kcba.org**.

## The Housing Justice Project can help by:

- Providing free legal advice (legal consultations) for low-income renters with eviction related issues
- Answering questions about eviction paperwork
- Negotiating with landlords if you're a renter facing eviction
- Representing renters at courthouse eviction hearings (show cause hearings)
- Sharing referral and resource information

**Tenant Eviction Prevention Fact Sheets** ＋

Tenant Eviction Prevention Fact Sheet Amharic

Tenant Eviction Prevention Fact Sheet Chuukese

Tenant Eviction Prevention Fact Sheet Dari

Tenant Eviction Prevention Fact Sheet English

Tenant Eviction Prevention Fact Sheet Fijian

Tenant Eviction Prevention Fact Sheet Marshallese

Tenant Eviction Prevention Fact Sheet Samoan

Tenant Eviction Prevention Fact Sheet Spanish

Tenant Eviction Prevention Fact Sheet Tongan

Tenant Eviction Prevention Fact Sheet Vietnamese



# Department of Community and Human Services (DCHS)

401 5th Ave., Suite 500
Seattle, WA 98104

**Office Hours:** 8 a.m. - 5 p.m.

Get directions

**Contact Us**

 Contact us

Phone 206-263-9105

 TTY Relay: 711

 Fax: 206-296-5260

Employee Directory

Last Updated September 29, 2021