# EXHIBIT 17

**Message**

| | |
|---|---|
| From: | Barry Cosme [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=34D7D881DBB04CD98FBD47BE658FDC0F-BARRY COSME] |
| Sent: | 6/24/2020 2:55:31 PM |
| To: | Kassandra Brown [kbrown@richmarklabel.com] |
| Subject: | FW: Vortex Managers in Suite 18 |

Rough & Associates
**BILL DONNER**
11/16/21
**102**

Hi Kassi –

Please prepare a check to [Confidential]. in the amount of [Confidential]. This is a [Confidential] [Confidential].

Thanks,

**Barry Cosme**
Chief Financial Officer
Richmark Label

(206) 322-8884
BCosme@RichmarkLabel.com
RichmarkLabel.com
1110 E Pine St, Seattle, WA 98122

---

**From:** Bill Donner <bdonner@richmarklabel.com>
**Sent:** Wednesday, June 24, 2020 7:37 AM
**To:** Barry Cosme <bcosme@richmarklabel.com>
**Subject:** Re: Vortex Managers in Suite 18

Yes.

---

**From:** Barry Cosme <bcosme@richmarklabel.com>
**Date:** Wednesday, June 24, 2020 at 7:32 AM
**To:** Bill Donner <bdonner@richmarklabel.com>
**Subject:** RE: Vortex Managers in Suite 18

Hi Bill –

I will put another copy of the report on your table, which responded to your request below. [Confidential]

Would you be able to agree to this?

Thanks,

**Barry Cosme**
Chief Financial Officer
Richmark Label

(206) 322-8884
BCosme@RichmarkLabel.com
RichmarkLabel.com
1110 E Pine St, Seattle, WA 98122

---

**From:** Barry Cosme
**Sent:** Friday, June 12, 2020 8:58 AM

CONFIDENTIAL

CHOP-0005468

**To:** Bill Donner <bdonner@richmarklabel.com>
**Subject:** RE: Vortex Managers in Suite 18

Got it!

---

**Barry Cosme**
Chief Financial Officer
Richmark Label

(206) 322-8884
BCosme@RichmarkLabel.com
RichmarkLabel.com
1110 E Pine St, Seattle, WA 98122

---

**From:** Bill Donner <bdonner@richmarklabel.com>
**Sent:** Friday, June 12, 2020 8:50 AM
**To:** Barry Cosme <bcosme@richmarklabel.com>
**Subject:** Re: Vortex Managers in Suite 18

Barry

Let's put in writing what this means in the past, why, and get clear what the expectation is going forward. I probably need to see the months and what is and isn't paid laid out on paper so I make sure I understand what we are offering and expecting. Show all amounts in the lease, what's paid, what isn't, and their request. What your suggesting is probably fine, but I need to follow the logic and money.

Also, I just told Morgan Stanely to get the form to you and not Clark Nuber. When you get it, talk to me.

bill

---

**From:** Barry Cosme <bcosme@richmarklabel.com>
**Date:** Friday, June 12, 2020 at 8:43 AM
**To:** Bill Donner <bdonner@richmarklabel.com>
**Subject:** Vortex Managers in Suite 18

Hi Bill –

[Confidential]. They returned one of the sublet suites to us and we have re-rented it. They also ended up paying all but [Confidential] of their May rent that we had agreed to defer and all but [Confidential] of their June rent. They are asking that we refund their June rent [Confidential], as a result of the pandemic and protests. I suggest that we [Confidential] which would leave a refund of [Confidential]. Would you be able to agree to this?

Thanks,

**Barry Cosme**
Chief Financial Officer
Richmark Label

(206) 322-8884
BCosme@RichmarkLabel.com
RichmarkLabel.com
1110 E Pine St, Seattle, WA 98122

From: Bill Donner <bdonner@richmarklabel.com>
Sent: Monday, April 27, 2020 10:29 AM
To: Barry Cosme <bcosme@richmarklabel.com>
Subject: Re: Barry - Suite 3 is empty

Confidential

From: Barry Cosme <bcosme@richmarklabel.com>
Date: Monday, April 27, 2020 at 10:22 AM
To: Bill Donner <bdonner@richmarklabel.com>
Subject: FW: Barry - Suite 3 is empty

Hi Bill -

Please see [Confidential]. What are your thoughts?

Thanks,
Barry Cosme
Chief Financial Officer
Richmark Label Company • 1110 East Pine Street • Seattle, WA 98122 • 206-322-8884

-----Original Message-----
From: William@VortexManagers.com <William@VortexManagers.com>
Sent: Sunday, April 26, 2020 6:56 PM
To: Barry Cosme <bcosme@richmarklabel.com>
Cc: Penny@istay.net
Subject: Barry - Suite 3 is empty

Barry,

Suite #3 is empty. There was one inquiry and tour but I have not heard back so that should be presumed lost and we would like to hand you the keys to that one.

I have not been able to find anyone to remove a piano out of #7, but as soon as that can be done we can hand that back over to you also.

[Confidential]

[Confidential] with remaining staff working at home, but moving is not possible at this time.

██████████████████████ Confidential ██████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████

██████████████████████ Confidential ██████████████████████
████████.

Sincerely,

Wm. May
Vortex Managers
PO Box 22987 Seattle, WA 98102-0987 USA
Voice: 206-504-2744
Fax: 888-628-0839
Email: William@VortexManagers.com
Web: VortexManagers.com