# EXHIBIT 18

THE RICHMARK COMPANY

**Message**

**From:** Barry Cosme [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=34D7D881DBB04CD98FBD47BE658FDC0F-BARRY COSME]
**Sent:** 7/8/2020 3:15:39 PM
**To:** 'Eddiesglobal@yahoo.com' [Eddiesglobal@yahoo.com]
**CC:** Bill Donner [bdonner@richmarklabel.com]
**Subject:** RE: Northwest Liquor Rent

Rough & Associates
**BILL DONNER**
11/16/21
**103**

Hi Eddie –

Taking your numbers, [Confidential] until the result of the suit is determined.

Thanks,

**Barry Cosme**
Chief Financial Officer
Richmark Label

(206) 322-8884
BCosme@RichmarkLabel.com
RichmarkLabel.com
1110 E Pine St, Seattle, WA 98122

---

**From:** EDDIES <eddiesglobal@yahoo.com>
**Sent:** Tuesday, July 07, 2020 3:20 PM
**To:** Barry Cosme <bcosme@richmarklabel.com>; 'Eddiesglobal@yahoo.com' <Eddiesglobal@yahoo.com>
**Cc:** Bill Donner <bdonner@richmarklabel.com>
**Subject:** RE: Northwest Liquor Rent

understood.
That being said I dont want to be at default on rent either. [Confidential] untill we have a clear picture from lawsuit?

Sent from Yahoo Mail on Android

On Tue, Jul 7, 2020 at 3:14 PM, Barry Cosme <bcosme@richmarklabel.com> wrote:

Hi Eddie –

Thanks for the information you supplied. As Bill said below, we can't finalize what we can do for you until the suit with the City is finalized.

Thanks,

**Barry Cosme**
Chief Financial Officer
Richmark Label

(206) 322-8884
BCosme@RichmarkLabel.com
RichmarkLabel.com

CONFIDENTIAL

CHOP-0005429



1110 E Pine St, Seattle, WA 98122

**From:** EDDIES <eddiesglobal@yahoo.com>
**Sent:** Tuesday, July 07, 2020 12:54 PM
**To:** Barry Cosme <bcosme@richmarklabel.com>
**Cc:** Bill Donner <bdonner@richmarklabel.com>
**Subject:** RE: Northwest Liquor Rent

Greetings Barry,

Hope you are well

Just following up on my request for rent relief.

Did you want me to [Confidential].

Please advise

Thanks

Eddie

Sent from Yahoo Mail on Android

On Thu, Jul 2, 2020 at 4:36 PM, EDDIES <eddiesglobal@yahoo.com> wrote:

Greetings Barry

I can send reports of Sales.

May we did [Confidential]
[Confidential]

Entire month we were not open for even a single day after 6pm.

Multiple days we closed around noon. Few days we were closed for entire day. [Confidential]

Had to pay my staff for entire month even though we were closed so they dont go find another job.

[Confidential]

Thankyou in advance for your consideration.

Eddie

Sent from Yahoo Mail on Android

On Thu, Jul 2, 2020 at 4:03 PM, Barry Cosme <bcosme@richmarklabel.com> wrote:

Hi Eddie –

In looking at this, we wanted to gather a bit of information. How many days were you closed? How many nights?

Thanks,

**Barry Cosme**
Chief Financial Officer
Richmark Label

(206) 322-8884
BCosme@RichmarkLabel.com
RichmarkLabel.com
1110 E Pine St, Seattle, WA 98122

---

**From:** Bill Donner <bdonner@richmarklabel.com>
**Sent:** Thursday, July 02, 2020 6:17 AM
**To:** Eddiesglobal@yahoo.com
**Cc:** Barry Cosme <bcosme@richmarklabel.com>
**Subject:** Re: Northwest Liquor Rent

We'll do something. We are all going to be putting in claims as part of our lawsuit. Hopefully, we'll be made as whole as we can be. Barry will get back to you.

Bill

---

**From:** EDDIES <eddiesglobal@yahoo.com>
**Reply-To:** "Eddiesglobal@yahoo.com" <eddiesglobal@yahoo.com>
**Date:** Thursday, July 2, 2020 at 6:15 AM
**To:** Bill Donner <bdonner@richmarklabel.com>
**Cc:** Barry Cosme <bcosme@richmarklabel.com>
**Subject:** Northwest Liquor Rent

Greetings Bill,
Hope you are well.
Finally the cops came back and now the protests again on the other line of our borders. It has been a tough time both mentally and financially with all this going on Since end of May and not sure how July is going to turn out.
[Confidential].
I understand this has been tough on you aswell .
[Confidential]

Please consider
Thanks
Eddie
Northwest Liquor
562 547 1562

Sent from Yahoo Mail on Android