# EXHIBIT 20

THE RICHMARK COMPANY

# SEE NATIVE FILE

CONFIDENTIAL

CHOP-0028968

**RICHMARK RENTAL INFORMATION**

| Suite | Tenant | Lease Date |
|---|---|---|
| Store | Northwest Liquor & Wine LLC | 6/1/2012 |
| SW Corner | Binyam Wolde | 6/16/2015 |
| 1 | Matthew Haggerty | |
| 2 | Seattle Out and Proud | 8/14/2015 |
| 2 | Phillip Radtke | 8/4/2021 |
| 3 | Vortex Reservations Inc | |
| 3 | Jeffrey Williamson | 5/21/2020 |
| 4 | Vortex Reservations Inc | |
| 5 | Catherine Keir | 9/18/2015 |
| 6 | Charlee Z. Sandall, LMT, Classic Healing Arts | 6/8/2020 |
| 7 | Vortex Reservations Inc | |
| 8 | P.J. Sheehy | 10/1/2015 |
| 9 | Eric Andrew Katz | 10/1/2015 |
| 10 | Que Areste, ND | 8/14/2015 |
| 11 | Darcee Neth | 2/17/2018 |
| 11 | Patrick O'Hagan | 4/14/2021 |
| 11 | Patrick O'Hagan | 4/14/2021 |
| 12 | Shawn D McDonald | 1/18/2018 |
| 13 | Vortex Reservations Inc | |
| 14 | Vortex Reservations Inc | |
| 15 | Sharon Swanson | 10/1/2015 |
| 16 | Vortex Reservations Inc | |
| 17 | Vortex Reservations Inc | |
| 18 | Vortex Reservations Inc | 8/14/2015 |
| 19 | Jeffery Leonard | 5/1/2020 |
| 20 | Richmark Label | |
| 21 | SEMEC | 8/22/2015 |
| 21 | SEMEC | 8/22/2015 |
| 22 | Caroline Culbertson | 10/1/2015 |
| 23 | Counterculture Society | 8/20/2018 |
| 24 | Karen Lucas Radiant Health Center | |
| 25 | Richmark Label | |
| 26 | Karen Lucas Radiant Health Center | |
| 27 | Patrick O'Hagan | 8/17/2020 |
| 27 | Patrick O'Hagan | 8/17/2020 |
| 28 | Karen Lucas Radiant Health Center | |
| 29 | Imperial Court of Seattle | 10/1/2015 |
| 29 | Patrick O'Hagan | 10/14/2021 |
| 30 | Karen Lucas Radiant Health Center | 1/10/2015 |
| 31 | Maggie Sky | 12/14/2016 |
| 32 | Vortex Reservations Inc | |
| 33/34 | Alan Lamon | 6/24/2019 |
| 35 | GLSEN Washington State | 8/26/2015 |
| 36 | Phillip Radtke | 11/9/2017 |

**Confidential**

**RICHMARK RENTAL INFORMATION**

| Suite | Tenant | Lease Date | |
|---|---|---|---|
| 36 | Binyam Wolde | 9/1/2021 | Confidential |
| 37 | Iron and Oak LLC | 4/26/2019 | |
| 37 | Binyam Wolde | 7/1/2020 | |
| 38 | Africa Mama | 9/8/2021 | |

Through 9/30/2021                                                                 Page 2 of 2