# EXHIBIT 23

| | |
|---|---|
| **Message** | |
| From: | Maris Antolin [mcantolin3@gmail.com] |
| Sent: | 6/17/2020 6:28:37 PM |
| To: | Kayla Stevens [kayla@hunterscapital.com] |
| CC: | ryan.tarbet@gmail.com; Jill Cronauer [Jill@hunterscapital.com] |
| Subject: | Re: Chop/Chaz Update |

Kayla and Jill,

Over the past couple weeks, it has become increasingly clear that Ryan and my personal political views and those of Hunters Capital and the Broadway Building are not aligned. We fully support Black Lives Matter, disagree with your statement that "civil disobedience is not the answer" in reference to the CHOP, and it is not hyperbole to say that I have felt safest in this neighborhood in the past week and a half that SPD has been removed from the East Precinct.

We would like to make a request that when Hunters Capital and the Broadway Building engage in talks with the city, SDOT, and SPD that you not speak on our behalf politically or lump our views in with those of your organizations. This can be as simple as saying "most tenants" rather than "all tenants".

Our renter-landlord relationship does not have to be political. However, we feel it is necessary that we voice our support of the CHOP, our disagreement with your statement that SPD have been "good neighbors" to us, and our anger at how SPD terrorized our neighborhood for a full week, including getting tear gas into your tenants' homes, before leaving.

We've been living here happily for five years and plan on renewing for a sixth year in July and we enjoy being a part of the holistic Capitol Hill community. Our feelings on living in The Broadway Building have not changed, but we feel it is important that we ask you to not misrepresent us politically.

Sincerely,
Maris Antolin & Ryan Tarbet


On Wed, Jun 17, 2020 at 10:13 AM Kayla Stevens <kayla@hunterscapital.com> wrote:

Dear Maris and Ryan,

We want to update you on the CHOP/CHAZ activity in our backyard as the ownership and management of Hunters Capital has been in daily discussion with the Mayor's office, SDOT and SFD.

Although we fully support the Black Lives Matter Movement and the elimination of outrageous behavior by police, we don't feel civil disobedience is an answer. Progress was made yesterday in reestablishing traffic flow on 12th and 10th Ave and parts of E. Pine Street. This will remove most of the street and sidewalk obstructions and allow free foot traffic and vehicle circulation and the reopening of many businesses. We look forward to seeing the SPD return to the east precinct, as they have been good neighbors in assisting in managing some of the drug and homeless issues in our neighborhood.

As I hope you know, we have security in our building every night to check the garage, entrances, hallways and elevators. Please call any time (206) 212-0586 if you have a question or need assistance.

Hunters Capital believes in **community** and strong **relationships**, and that includes YOU. We own this building and we owe you the right of safety, peace and quiet.

Thank you for being a part of our community,

Jill Cronauer and Kayla Stevens


Jill Cronauer
Chief Operating Offer
O: 206.328.3333
C: 206.300.6995


Kayla Stevens
Senior Community Manager
Broadway Building and Dunn Motors Building
206-323-1500 | 206-257-1999



Like us? Yelp or Google Review here!

CHOP-0000301