# EXHIBIT 24

Message

| | |
|---|---|
| From: | Dustin K. [dustvegk@pm.me] |
| Sent: | 6/18/2020 9:20:52 PM |
| To: | Jill Cronauer [Jill@hunterscapital.com] |
| Subject: | Re: Chaz/Chop Update |

Hi Jill,

This is an extremely tonedeaf email when you should have showed restraint.
First off, your opinion was not asked for or needed here and this email should have only included the line about re-establishing traffic (which isn't directly relevant to the Broadway building in the first place) and the two lines about security/phone number to **keep it professional.** It gives me no faith that you actually support or understand the BLM movement or any of the issues concerning race in this country which greatly worries me as someone who isn't white. Since you sent an unsolicited email containing your opinion I hope that you can read mine and learn from a concerned resident.

Second, civil disobedience is the bedrock of the civil rights movement in the US and to disregard it and say "you can't protest that way" is a leading example of white privilege. Surely, you've heard of one of civil disobediances biggest proponents, **Martin Luther King Jr**. Another famous non-US example would be **Gandhi**. Surely these are examples that people look up to for serious change and consider to be great people.

Third, the police should not be assisting with drugs and the homeless, **this is literally one of the reasons behind why people are calling for defunding the police**. These people need medical and mental health assistance not a high school graduate with little training, a gun, and patriarchial tough-guy culture. One of the things that would be done with lowering SPDs budget (if not abolishing it completely) is putting money into services that help people instead of hurting them. Arresting them, moving them, mistreating them, ignoring them, none of that fixes any of the issues that lead to homelessness and drug use in the first place. The cops aren't solving this they're just making someone more privileged feel safer regardless of if they were in any actual danger in the first place. That of course is also assuming the police show up, which they have a long history of not doing for most anything but the most serious of calls. Property damage? Theft? Fighting? They'll take your report, if they show up at all, and it will be many hours later. I'm not talking isolated incidents - this is a many years long trend across several neighorhoods. In your position as a former board chair of the chamber of commerce and currently a CEO you likely do get the cops to show up right away so I would not be surprised if you're detached from the experience everyone else experiences in Capitol Hill. The police do nothing for 99% of people.

Fourth, the least safe I ever felt in all of my years of living in Capitol Hill is when the police were repeatedly brutalizing peaceful protesters every night, repeatedly using flashbangs and other less-lethal weapons almost every single night (I lost more sleep then than with the CHOP), and used tear gas on multiple occasions just 2 weeks ago. Those things are scary and they stopped when the SPD left the precinct. Those things require collective movement to make sure that they're no longer a problem and they shouldn't have been a problem to be solved in the first place.
That's only one recent example in the past month of the police overstepping boundaries and that was at a time when they should have been on their best behavior. SPD has a history of murdering BIPOC in the area as escalations to situations that should not involve the death of anyone. Charleena Lyles needed mental health assistance. John T Williams was a native american carving wood. Both were big local news when they happened and they're still relevant now. You don't have to take my word on their behavior, the **Department of Justice** concluded they consistently used excessive force in 2012 and they've had an oversight board since although the effectiveness of said board can be questioned.

If you support the police, you're supporting an unjust system that unfairly targets BIPOC, the homeless, and anyone with mental health issues, rather than supporting the people impacted by this unjust system. If you really

think black lives matter then prove it. What are you/Hunters Capitail going to do to make black people and any other minorities feel safe in this community and in the buildings Hunters Capital owns? "Safe" being the key term and not "comfortable" as being uncomfortable should be expected during times of change. Bringing the police back is not the answer. None of this should be new information. It's out there. The only groups you listed talking to in the first place are the government that is maintaining the status quo.

It's up to you as a white person to tune in and listen to what other people are saying. Until you do that using the terms "community" and "relationship" comes off as hollow when you disregard specific people within the community.

Thanks,
-Dustin

------- Original Message -------
On Wednesday, June 17, 2020 10:26 AM, Kayla Stevens <kayla@hunterscapital.com> wrote:

Dear Dustin,

We want to update you on the CHOP/CHAZ activity in our backyard as the ownership and management of Hunters Capital has been in daily discussion with the Mayor's office, SDOT and SFD.

Although we fully support the Black Lives Matter Movement and the elimination of outrageous behavior by police, we don't feel civil disobedience is an answer. Progress was made yesterday in reestablishing traffic flow on 12th and 10th Ave and parts of E. Pine Street. This will remove most of the street and sidewalk obstructions and allow free foot traffic and vehicle circulation and the reopening of many businesses. We look forward to seeing the SPD return to the east precinct, as they have been good neighbors in assisting in managing some of the drug and homeless issues in our neighborhood.

As I hope you know, we have security in our building every night to check the garage, entrances, hallways and elevators. Please call any time (206) 212-0586 if you have a question or need assistance.

Hunters Capital believes in **community** and strong **relationships**, and that includes YOU. We own this building and we owe you the right of safety, peace and quiet.

Thank you for being a part of our community,

Jill Cronauer and Kayla Stevens


Jill Cronauer
Chief Operating Offer
O: 206.328.3333
C: 206.300.6995



Kayla Stevens

Senior Community Manager
Broadway Building and Dunn Motors Building
206-323-1500 | 206-257-1999



Like us? Yelp or Google Review here!

CHOP-0000253