# EXHIBIT 29

SEAN SHEFFER
5/18/2021

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                )
              Plaintiffs,        )
                                )
          vs.                    )   No. 20-cv-00983-TSZ
                                )
CITY OF SEATTLE,                 )
                                )
              Defendant.         )
_____

Zoom Video Deposition Upon Oral Examination

Of

SEAN SHEFFER

Shuffle LLC   30(b)6
_____

*** Contains Confidential Testimony and Exhibits ***

DATE:  Tuesday, May 18, 2021

REPORTED BY:  Mindy L. Suurs, CSR No. 2195

ROUGH & ASSOCIATES INC
office@roughandassociates.com     206.682.1427 3515 SW Alaska St Seattle WA 98126

Electronically signed by Mindy Suurs (101-257-931-8021)                    36f5bcb4-9f90-43df-bf20-cf99bbc6a5d6

Page 162

1   business owners, and then yeah, we quickly realized that

2   people can get -- there's politics involved and people can

3   get happy or angry with what you say.

4        Q.   And what you said did make people angry; right?

5        A.   If I'm defining "We Strike" and the 12 broken

6   windows, yes, they must have been pretty angry.  I just

7   wanted to support small business.  I was trying my best to

8   do everything to maintain the location.

9        Q.   But apart from the "We Strike" vandalism, you had

10  social media feedback and comments where people were quite

11  upset with the public stance made through Cure; right?

12            MR. WEAVER:   Objection.

13       A.   Yes.   The -- we were asked, Why isn't your

14  facilities open fully to the residents of CHOP and CHAZ,

15  you know, why didn't you open 24/7 your bathroom or

16  something like that, and I produced that.

17  BY MS. PRATT:

18       Q.   So there were people who were unhappy with Cure.

19       A.   Yes.

20       Q.   How do you know that people didn't avoid Cure for

21  that reason?

22            MR. WEAVER:   Objection.

23       A.   We just at the moment wanted to -- well, same

24  reason as before:  Sales.  We saw sales at the time even

25  with these comments.  You can see them in the store Nagle

Electronically signed by Mindy Suurs (101-257-931-8021)                    36f5bcb4-9f90-43df-bf20-cf99bbc6a5d6

SEAN SHEFFER
5/18/2021

Page 211

1                    REPORTER'S CERTIFICATE

2

3        I, Mindy L. Suurs, the undersigned Certified Court
   Reporter, pursuant to RCW 5.28.010, authorized to
4    administer oaths and affirmations in and for the State of
   Washington, do hereby certify:

5

6        That the foregoing testimony of SEAN SHEFFER  was
   given before me at the time and place stated therein and
7    thereafter was transcribed under my direction;

8        That the sworn testimony and/or proceedings were by me
   stenographically recorded and transcribed under my
9    supervision, to the best of my ability;

10       That the foregoing transcript contains a full, true,
   and accurate record of all the sworn testimony and/or
11    proceedings given and occurring at the time and place
   stated in the transcript;

12

13       That the witness, before examination, was by me duly
   sworn to testify the truth, the whole truth, and nothing
   but the truth;

14

15       That I am not a relative, employee, attorney, or
   counsel of any party to this action or relative or employee
   of any such attorney or counsel and that I am not
16    financially interested in the said action or the outcome
   thereof;

17

18    DATE:  May 23, 2021

19

20

21

22

23    _____
   Mindy L. Suurs
24    Certified Court Reporter #2195

25

Electronically signed by Mindy Suurs (101-257-931-8021)                    36f5bcb4-9f90-43df-bf20-cf99bbc6a5d6