# EXHIBIT 32



**Capitol Cider**
June 21, 2020

Capitol Cider stands firmly as an ally with the black community to end violence against black lives, to demand and work to create a just society, and to call for reparations in recognition of our country's history of injustice against black people.

