# EXHIBIT 33



**Rock Box**
June 16, 2020

Dear Friends,

As some of you may have noticed, we pressed pause on our social distance-sing karaoke contest for the past couple of weeks. We have postponed selecting a grand prize winner until the end of the month. You are welcome and encouraged to continue submitting videos until then, and we will resume posting entries in the coming days.

In the wake of George Floyd's murder, we have been listening, learning, weeping and soul searching. While we've always thought of ourselves as a colorful and welcoming business, we've realized that is not enough. There is much more we can and MUST do to support the black community.

We've struggled mightily with writing this post and figuring out how best to be an agent of real change. We don't have all the answers. We are still learning and lord knows we may stumble, but we have a plan of action. Rock Box pledges to do the following:

1) Amplify Black Voices: For real and lasting change to take root, we must keep the conversation at the forefront of the American conscience as well as grow understanding of and appreciation for the amazing contributions of Black Americans in our community. We will dedicate space on our social media platform to this end.

2) Support: Since 2015 our Jello Cares program has raised more than $50,000 for a variety of non-profit organizations. For the remainder of the year, we pledge to donate Jello Cares proceeds to organizations that support the black community, and thereafter to make these organizations a regular part of our giving program.

3) Partner: We will actively seek ways in which we can partner with black owned organizations and businesses for mutual benefit.

4) Learn: We will continue to educate ourselves.

We are all unique and we all deserve to be safe, respected, and loved. Rock Box is just a little karaoke bar, but we have a big heart and dreams of a society that is just and equitable. We are committed. The time is NOW. In the words of Sam Cooke

"It's been a long, a long time coming
But I know a change's gonna come, oh, yes, it will."

#blacklivesmatter

https://www.youtube.com/watch?v=fPr3yvkHYsE