# EXHIBIT 36



**Hunters Capital**
June 19, 2020 · 🌐

The Intersection Between Race and Real Estate: A Discussion of Racial Inequity and the Built Environment. This was a fantastic listen. Powerful & hard conversation that must be furthered, especially in this (overwhelmingly) white industry. Let's continue to put in the work and uplift black voices, everywhere, across all industries, but especially on Juneteenth.



**CREW Seattle**
June 19, 2020 · 🌐

CREW Seattle is grateful to the panel for their time and insight during "The Intersection Between Race and Real Estate: A Discussion of Racial Inequity and the ... See more

👍 4