# EXHIBIT 37



**Vermillion Art Gallery and Bar**
June 3, 2020

(Edit: aid station is now closed)

Hello,

Vermillion is hosting a relief, aid and donation station for the duration of the protests occurring on Capitol Hill.

We are so incredibly impressed and grateful for the outpouring of support and we support the actions of the peaceful protesters to amplify awareness and frustration about the brutal and violent ongoing treatment of our Black brothers and sisters at the hands of law enforcement as well as the ingrained racism present in our communities.

At the moment, we are fairly well supplied and we are still able to accept donations, but we strongly encourage people to redistribute things like water and fresh food directly to the protesters.

Everyone's safety is paramount so if you would prefer to send a donation to Vermillion or Blue Cone Studios, we will see that the funds are disbursed to our volunteers and BIPOC, LGBTQ, and other community organizations.

A monumental THANK YOU to all of our volunteers and especially Carolyn Hitt for organizing this endeavor.

PLEASE DONATE TO YOUR PREFERRED ORGANIZATION AND
https://blacklivesseattle.org/donate/

 99                    7 Comments 51 Shares

