# EXHIBIT 38

← Tweet



**Omari Salisbury**
@Omarisal

#BREAKING #CHOP - Black Collective Voices of CHOP to hold press conference tomorrow 12:20pm to address @MayorJenny request they leave and to introduce their plan. @Q13FOX @komonews @KING5Seattle @KIRO7Seattle @CNN @AP @Crosscut @SoSeaEmerald @NBCNews @ABC @CBSNews @TheStranger

---

**BLACK COLLECTIVE VOICES OF "CHOP" TO HOLD PRESS CONFERENCE**

*Black CHOP organizers will issue statement on plans for CHOP*

Seattle, WA— Media, politicians and individuals not affiliated with the work at the Capitol Hill Organized Protest (CHOP) have misrepresented the Black voices of CHOP. The Black Collective Voice would like to accurately represent ourselves in the conversation. We are holding a press conference on Thursday, June 25, 2020 at 12:20 pm at Converge Media Studios, 1111 E. Pine St., Seattle, WA 98122.

The Black Collective Voice consists of organizers and protesters who are students, educators, lawyers, bartenders, single parents, essential workers, medical professionals, business owners, and Capitol Hill residents.

The press conference will address the Mayor's request to exit CHOP. It will address our plans for future participation in the movement. It will also address the violence happening near CHOP.

We are proud of the work we've done thus far and appreciate the support of our allies. We continue to seek to achieve a model of justice not rooted in hostile policing and inequality.

##

---

6:25 PM · Jun 24, 2020 · Twitter for iPhone