# EXHIBIT 39

TO THE DECLARATION OF
TYLER FARMER

# FILED UNDER SEAL