# EXHIBIT 40

THE RICHMARK COMPANY

Rough & Associates
**BILL DONNER**
11/16/21
**104**

**Message**

**From:** Jeff Scott [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=68B7853D97544B038E63227513354D80-JEFF SCOTT]
**Sent:** 7/2/2020 4:54:14 PM
**To:** Elle Lochelt [elochelt@richmarklabel.com]; James Kim [jkim@richmarklabel.com]; Melissa Huddleston [mhuddleston@richmarklabel.com]; Deven Lewis [dlewis@richmarklabel.com]; Jennie Lanahan [jlanahan@richmarklabel.com]; Keegan McAdam [kmcadam@richmarklabel.com]; Tyler Curtright [tcurtright@richmarklabel.com]; Rick Gray [rgray@richmarklabel.com]; Aaron Seeley [aseeley@richmarklabel.com]; Ken C. Vartanian [kvartanian@richmarklabel.com]; Matthew Pritchard [mpritchard@richmarklabel.com]; Jeremy Flahaven [jflahaven@richmarklabel.com]
**Subject:** June 2020 - heretofore known as "The age of CHOP"
**Attachments:** 2020-2021 New Acct Comp tracking 1st.xlsx

Good morning Richmark sales team and welcome to the dawning of a new era! We've moved from "The age of CHOP" to a police state which so far seems to be a bit safer and cleaner than its predecessor, albeit a bit less interesting. Who knows what's going to happen next, but congratulations on making it through June 2020! What a month. There's not a lot of people who can say they've been through what we just went through and not only did you make it through, but we closed 40 new accounts and we were up over 10% for the month compared to last June!

I don't even know what to say. That's amazing stuff and I'd be taking you out for drinks and party times if we weren't still in the midst of a pandemic. We will celebrate again though. I promise and it's gonna be a good one. Great job everyone!

Also, congratulations to Jennie, Melissa and Deven for closing 5+ and earning themselves $50 and Jeremy for closing 4 and earning himself $25. I'm liking this new cash prize program, so we're gonna keep it rolling in July. $50 for 5 closed, $25 for 4. ☺

Now on to July!

It's the last month in the first 4 month period of the new account competition (standings attached) and everyone is still in it, so lets close a ton this month. 5 each.

Also, if all goes as planned, we're going to start rolling with the new BNC program, so dig up all of those prospects you haven't been able to close or that you lost for various reasons and we'll lay out the plan in the next week or so. I'm looking for 100 each sales rep to go out this month, so build that list and get it ready.

That's it for now. Here's looking to a calm and successful July. Happy Selling and have a great 4th of July weekend.

Thanks,
**Jeff Scott**
Richmark Label
 Main:  (206) 322-8884
 Cell:    (206) 713-3195
 Jscott@richmarklabel.com
 www.richmarklabel.com

CONFIDENTIAL                                                                                                                                                          CHOP-0008399

NO IMAGE INCLUDED FOR THIS DOCUMENT

SEE NATIVE FILE

CONFIDENTIAL

**1st four month period - New Account Competition - April 2020 through July 2020**

|  | April | May | June | July | Totals | Place |
|---|---|---|---|---|---|---|
| **Keegan** | 7 | 3 | 3 |  | 13 | 2nd |
| **James** | 2 | 4 | 1 |  | 7 |  |
| **Melissa** | 2 | 2 | 5 |  | 9 |  |
| **Deven** | 3 | 5 | 6 |  | 14 | 1st |
| **Jennie** | 3 | 3 | 6 |  | 12 | 3rd |
| **Tyler** | 5 | 5 | 2 |  | 12 | 3rd |
| **Ken** | 2 | 6 | 3 |  | 11 | 4th |
| **Aaron** | 5 | 2 | 3 |  | 10 |  |
| **Matt** | 2 | 2 | 1 |  | 5 |  |
| **Jeremy** | 2 | 1 | 4 |  | 7 |  |
| **Rick** | 2 | 2 | 2 |  | 6 |  |

1st - $900.00
2nd - $700.00
3rd - $500.00
4th - $250.00