# EXHIBIT 41

HUNTERS CAPITAL

EXHIBIT
149
Oaksmith
1/20/2022
Lauren Harty, CCR

**Message**

**From:** Rich Fox [rich@wei-mac.com]
**Sent:** 6/14/2020 4:19:25 AM
**To:** Jill Cronauer [Jill@hunterscapital.com]
**Subject:** Re: Lawsuit

Hey Jill- that's great news, actually. I was going to email you after being up there and say that I really don't think we have anything to add to the lawsuit. It turns out the guy that broke in is a known neighborhood guy with mental health issues plus we're outside of the zone. Other than being closed for the two days out of concern for the staff and losing a limited amount of sales due to doing take out sales, which was our choice, it's nothing worse than what we were dealing with with the protests and nightly dispersals. I know there are others that are not in the same boat and suffering from greater impacts so I get if something needs to move forward in the future on other's behalf.

Thanks for reaching out!

Cheers,
Rich Fox
Operating Owner
Poquitos  MACLEODS  Rhein Haus  Wallis  SOUTHSIDE PIZZA


On Jun 13, 2020, at 9:07 PM, Jill Cronauer <Jill@hunterscapital.com> wrote:

Hi Rich,

After visiting the Capitol Hill Occupy Protest (CHOP) today (formally known as CHAZ - They may have received some pro-bono legal advice as protests are not illegal) it seems best to wait on filing the lawsuit. As you are well aware the neighborhood saw more positive energy today than in the last 9 months. People came from far and wide to the only festival allowed for the foreseeable future which created a very inviting and safe vibe which has been shared widely in the media. If only that would last!

It seems like it will be in everyone's best interest to wait a week on the lawsuit and see how things go. The risks, at this point in time, outweigh the gains.

Have a good rest of your weekend,

Jill Cronauer
COO | Hunters Capital
Designated Broker | Hunters Capital Real Estate
O: 206.328.3333
C: 206.300.6995