# EXHIBIT 42

## Summary of Claims by Event #

| Event # | Claim # | Event Date | Resolution | Status | Incident Location | Event Code | Event Subcode | Claimant | Res Balance | Settlement Payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 674008 POYNTEA Closed | | | | | | | | | WP / AC | |
| 98986 | | 06/02/2020 | Admin Closed | 07/12/2021 | 1505 11th Ave Apt 203 | Police Action | POAC-Excessive Force: w/o weapons | Harvey, Elliott | | $250.00 |
| 98994 | | 06/01/2020 | Settled | 08/27/2020 | 11th Ave and Pine St | Police Action | POAC-Excessive Force: w/o weapons | Taveras, Leandro | | $0.00 |
| 99002 | | 06/02/2020 | Denied | 08/27/2020 | 800 Block Pine St | Police Action | POAC-Property: Damaged during enforcement action | Fierley, Joshua | | $500.00 |
| 99010 | | 06/08/2020 | Settled | 09/10/2020 | 1500 Broadway | Police Action | POAC-Codeless: In Seattle | Broadway Shell/IM International, | | $500.00 |
| 99049 | | 06/20/2020 | Settled | 08/27/2020 | 1013 E Pike St | Police Action | POAC-Codeless: In Seattle | Cha Cha Lounge, | | |
| 99052 | | 06/19/2020 | Settled | 09/10/2020 | 1500 Broadway | Police Action | POAC-Codeless: In Seattle | Broadway Shell / IM International Corp., | | $500.00 |
| 99053 | | 06/19/2020 | Settled | 09/10/2020 | 1500 Broadway | Police Action | POAC-Codeless: In Seattle | Broadway Shell/IM International Corp., | | $500.00 |
| 99068 | | 06/20/2020 | Admin Closed | 12/10/2020 | 914 E Pike St | Police Action | POAC-Codeless: In Seattle | Rheinhardt, William | | $0.00 |
| 99080 | | 06/08/2020 | Settled | 09/24/2020 | 1100 E Pike St, 1115 E Pike St, 1423 10th Ave | Police Action | POAC-Codeless: In Seattle | Anne Crippen Michelsen, LLC , | | $500.00 |
| 99081 | | 07/01/2020 | Admin Closed | 07/12/2021 | inside CHOP Zone | Police Action | POAC-Codeless: In Seattle | Boughton, Rose | | $0.00 |
| 99090 | | 06/12/2020 | Settled | 08/27/2021 | 1000 E Pike St | Police Action | POAC-Codeless: In Seattle | Poquitos, | | $123.32 |
| 99098 | | 05/30/2020 | Admin Closed | 07/12/2021 | Westlake Center | Police Action | POAC-Codeless: In Seattle | Avery, Armand | | $0.00 |
| 99099 | | 05/30/2020 | Admin Closed | 07/12/2021 | 500-600 Block and Stewart St | Police Action | POAC-Codeless: In Seattle | Tarver, N kita | | $0.00 |
| 99100 | | 05/30/2020 | Admin Closed | 07/12/2021 | Westlake Center | Police Action | POAC-Codeless: In Seattle | Avery, JoZiah (MINOR), Avery, Armand on behalf of | | $0.00 |
| 99101 | | 07/04/2020 | Litigation | 10/05/2020 | I-5 near WA State Convention Center | Police Action | POAC-Codeless: In Seattle | Taylor, Luke | | |
| 99102 | | 07/04/2020 | Litigation | 10/05/2020 | I-5 near WA State Convention Center | Police Action | POAC-Codeless: In Seattle | Taylor, Matthew | | $0.00 |
| 99104 | | 07/04/2020 | Litigation | 10/05/2020 | I-5 near WA State Convention Center | Police Action | POAC-Codeless: In Seattle | Taylor, Estate of Summer Jolie, | | $0.00 |
| 99105 | | 06/07/2020 | Litigation | 10/05/2020 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Gregory, Daniel | | $0.00 |
| 99106 | | 05/30/2020 | Litigation | 10/05/2020 | near Westlake Center | Police Action | POAC-Codeless: In Seattle | Howell (MINOR), Malichi | | |
| 99107 | | 05/31/2020 | Litigation | 10/05/2020 | P ke St and Boren Ave | Police Action | POAC-Codeless: In Seattle | Kelliher, John (Jack) | | $0.00 |
| 99108 | | 05/30/2020 | Litigation | 10/05/2020 | 4th Ave and Stewart St | Police Action | POAC-Codeless: In Seattle | Kinyon, Jenna | | $0.00 |
| 99109 | | 06/07/2020 | Litigation | 10/05/2020 | Pine Street between Broadway and 10th Ave | Police Action | POAC-Codeless: In Seattle | Pickett, Jordan | | $0.00 |
| 99110 | | 06/01/2020 | Litigation | 10/05/2020 | 11th Ave and Pine St | Police Action | POAC-Codeless: In Seattle | Pierce, Daniel | | $0.00 |

| Event # | Claim # | Event Date | Resolution | Status | Incident Location | Event Code | Event Subcode | Claimant | Res Balance WP / AC | Settlement Payments |
|---|---|---|---|---|---|---|---|---|---|---|
| | 99111 | 06/01/2020 | Litigation | 01/05/2021 | Capitol Hill | Police Action | POAC-Codeless: In Seattle | Wieser, Joseph | | $0.00 |
| | 99112 | 06/07/2020 | Litigation | 10/05/2020 | Capital Hill near East Precinct | Police Action | POAC-Codeless: In Seattle | Williams, Gillian | | $0.00 |
| | 99130 | 06/20/2020 | Litigation | 06/16/2021 | CHOP zone, 10th Ave E and E Pine St | Fire Action | FIRE-Codeless: In Seattle | Sinclair, Donnitta | | |
| | 99131 | 05/30/2020 | Settled | 12/17/2020 | 1522 12th Ave | Police Action | POAC-Codeless: In Seattle | Momiji Restaurant, | | $500.00 |
| | 99153 | 05/01/2020 | Settled | 08/27/2020 | 5th Ave and James St | Police Action | POAC-Codeless: In Seattle | Kabalka, Sarah | | $1,000.00 |
| | 99161 | 06/01/2020 | Settled | 08/27/2020 | 1111 E Pine St | Police Action | POAC-Codeless: In Seattle | Martinez, Elena | | $2,500.00 |
| | 99176 | 06/06/2020 | Litigation | 04/13/2021 | 1620 Broadway | Police Action | POAC-Codeless: In Seattle | Hunters Capital, LLC, | | |
| | 99178 | 06/06/2020 | Litigation | 04/13/2021 | E Pine St and 11th Ave | Police Action | POAC-Codeless: In Seattle | Anderson, Sara | | $0.00 |
| | 99179 | 06/07/2020 | Litigation | 04/13/2021 | E Pine St and 11th Ave | Police Action | POAC-Codeless: In Seattle | Thompson, Meghan | | $0.00 |
| | 99180 | 06/01/2020 | Litigation | 04/13/2021 | 815 E Pine St | Police Action | POAC-Codeless: In Seattle | Widmayer, Steven | | $0.00 |
| | 99182 | 07/01/2020 | Admin Closed | 07/12/2021 | Cal Anderson Park, near children's playground | Police Action | POAC-Codeless: In Seattle | Reno, Jesse | | |
| | 99189 | 05/31/2020 | Settled | 12/10/2020 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Ramakrishna, Rithvik | | $2,829.07 |
| | 99234 | 06/09/2020 | Litigation | 04/13/2021 | CHOP zone | Police Action | POAC-Codeless: In Seattle | Hunters Capital, LLC, et al, | | |
| | 99248 | 06/01/2020 | Admin Closed | 07/12/2021 | Pine St | Police Action | POAC-Codeless: In Seattle | Ness, K | | $0.00 |
| | 99260 | 06/06/2020 | Litigation | 04/13/2021 | 11th Ave & E Pine St - CHOP Zone | Police Action | POAC-Codeless: In Seattle | Zoschke, Quinn | | $0.00 |
| | 99263 | 06/02/2020 | Litigation | 04/13/2021 | 11th Ave and Pine St - CHOP zone | Police Action | POAC-Codeless: In Seattle | Carmack, Grace | | $0.00 |
| | 99264 | 06/07/2020 | Litigation | 04/13/2021 | 11th Ave and Pine St - CHOP zone | Police Action | POAC-Codeless: In Seattle | Forghani, Nima | | $0.00 |
| | 99268 | 06/03/2020 | Denied | 12/15/2020 | 521 3rd Ave | Police Action | POAC-Codeless: In Seattle | Liberty Mutual a/s/o Commisary Korean Kitchen, | | $0.00 |
| | 99270 | 06/07/2020 | Litigation | 04/13/2021 | 11th Ave and Pine St - CHOP zone | Police Action | POAC-Codeless: In Seattle | Jurgensen, Mary "M.J." | | $0.00 |
| | 99274 | 06/06/2020 | Admin Closed | 07/12/2021 | west side 11th Ave & Pine St CHOP Zone | Police Action | POAC-Codeless: In Seattle | Nickerson, Kevin | | $0.00 |
| | 99281 | 06/07/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Inda, Aubreanna | | |
| | 99282 | 06/07/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Tom, Bruce | | |
| | 99283 | 06/06/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Volkan, Aliye | | |
| | 99287 | 06/07/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Pierce, Charles | | |
| | 99288 | 06/07/2020 | Litigation | 04/13/2021 | 11th Ave and Pine St | Police Action | POAC-Codeless: In Seattle | Hughey, Jesse | | |
| | 99293 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Kramer, Seth | | |
| | 99316 | 05/31/2020 | Denied | 10/05/2020 | 1420 1st Ave | Police Action | POAC-Codeless: In Seattle | RiverStone Management Limited, | | $0.00 |

SEA_00144755

| Event # | Claim # | Event Date | Resolution | Status | Incident Location | Event Code | Event Subcode | Claimant | Res Balance WP / AC | Settlement Payments |
|---|---|---|---|---|---|---|---|---|---|---|
| | 99318 | 07/25/2020 | Litigation | 06/04/2021 | Harvard Ave and E Olive Way | Police Action | POAC-Codeless: In Seattle | Six, Samantha | | $0.00 |
| | 99321 | 06/07/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Hartley, Lexus | | |
| | 99322 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St after CHOP | Police Action | POAC-Codeless: In Seattle | Merino, Chloe | | |
| | 99323 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St after CHOP | Police Action | POAC-Codeless: In Seattle | Ruedemann, Alexander | | |
| | 99324 | 05/30/2020 | Litigation | 04/13/2021 | Various including 5th Ave and Pine St | Police Action | POAC-Codeless: In Seattle | Ekenezar, Abie | | |
| | 99325 | 06/07/2020 | Litigation | 04/13/2021 | 12th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Farmer, Edward (Ned) | | |
| | 99348 | 06/03/2020 | Settled | 11/16/2020 | 1512 11th Ave | Police Action | POAC-Codeless: In Seattle | Grim's Provisions & Spirits, | | $12,697.00 |
| | 99349 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Raketty, Renee | | |
| | 99353 | 09/07/2020 | Settled | 12/24/2020 | 1240 S Jackson St | Police Action | POAC-Codeless: In Seattle | Legaspi, Justin | | $2,842.17 |
| | 99354 | 07/25/2020 | Denied | 12/15/2020 | 1211 E Alder St | Police Action | POAC-Codeless: In Seattle | Travelers a/s/o Holaday Parks, | | $0.00 |
| | 99368 | 06/01/2020 | Admin Closed | 07/12/2021 | 1640 11th Ave - CHOP zone | Police Action | POAC-Codeless: In Seattle | Oma Bap, | | $0.00 |
| | 99431 | 09/07/2020 | Litigation | 04/13/2021 | Seattle Police Officers Guild Headquarters 2949 4th Ave S | Police Action | POAC-Codeless: In Seattle | Adberg, Zoe | | $0.00 |
| | 99432 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St - CHOP zone | Police Action | POAC-Codeless: In Seattle | Miller, Logan | | $0.00 |
| | 99440 | 06/06/2020 | Litigation | 04/13/2021 | 1100 Block E Pine St | Police Action | POAC-Codeless: In Seattle | Cooney, Aisling | | |
| | 99441 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and Pine St | Police Action | POAC-Codeless: In Seattle | Gardner, Zachary 'Zach' | | $0.00 |
| | 99442 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Koenigsberg, Jake | | $0.00 |
| | 99446 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Koenigsberg, Ben | | $0.00 |
| | 99447 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Hollobaugh, Clayton | | $0.00 |
| | 99480 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Golash, Ian | | $0.00 |
| | 99545 | 06/03/2020 | Settled | 11/16/2020 | 1518 11th Ave | Police Action | POAC-Codeless: In Seattle | Sugarbaker & Associates, LLC dba Queer Bar, | | $2,750.00 |
| | 99552 | 05/31/2020 | Admin Closed | 07/12/2021 | 1121 E Pike St, 1415 - 1433 12th Ave | Police Action | POAC-Codeless: In Seattle | Dunn & Hobbes, LLC, | | |
| | 99570 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Carr, Leanna | | $0.00 |
| | 99571 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Savage, Michaud | | |
| | 99589 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave & E Pine St | Police Action | POAC-Codeless: In Seattle | Murphy-Duford, Kel | | |
| | 99618 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave & E Pine St | Police Action | POAC-Codeless: In Seattle | Matney, Joshua | | |
| | 99620 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave & E Pine St | Police Action | POAC-Codeless: In Seattle | Look, Eric | | |
| | 99621 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave & E Pine St | Police Action | POAC-Codeless: In Seattle | Martin, Jacob | | |

| Event # | Claim # | Event Date | Resolution | Status | Incident Location | Event Code | Event Subcode | Claimant | Res Balance | Settlement Payments |
|---|---|---|---|---|---|---|---|---|---|---|
| | 99622 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave & E Pine St | Police Action | POAC-Codeless: In Seattle | Lugo, Daniel | WP / AC | |
| | 99623 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave & E Pine St | Police Action | POAC-Codeless: In Seattle | Pouli, Connor | | |
| | 99637 | 06/07/2020 | Litigation | 04/13/2021 | 11th Ave & E Pine St | Police Action | POAC-Codeless: In Seattle | Sterner, Carolyn | | |
| | 99648 | 08/16/2020 | Litigation | 04/13/2021 | 4th Ave S & S Lander St | Police Action | POAC-Codeless: In Seattle | Fowler, Noah | | |
| | 99649 | 07/25/2020 | Litigation | 04/13/2021 | Broadway Ave & Pine St | Police Action | POAC-Codeless: In Seattle | Madden, Tiffany | | |
| | 99651 | 07/25/2020 | Litigation | 04/13/2021 | 11th AVe & E Pine St | Police Action | POAC-Codeless: In Seattle | Hardy, Miranda | | |
| | 99652 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave & E Pine St | Police Action | POAC-Codeless: In Seattle | Mowry, Alessandra | | |
| | 99659 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave & Pine St | Police Action | POAC-Codeless: In Seattle | Buss, Megan | | |
| | 99677 | 07/01/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine S | Police Action | POAC-Codeless: In Seattle | Mills, Toni | | $0.00 |
| | 99679 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Peacock, Wesley | | $0.00 |
| | 99680 | 07/25/2020 | Litigation | 04/13/2021 | 11th Ave and Pine St | Police Action | POAC-Codeless: In Seattle | Swanson, Sean | | |
| | 99721 | 05/30/2020 | Litigation | 04/13/2021 | 6th Ave and Pine St | Police Action | POAC-Codeless: In Seattle | Gregson, Grace | | $0.00 |
| | 99723 | 07/07/2020 | Litigation | 04/13/2021 | Seattle Police Officers Guild, 2949 4th Ave S | Police Action | POAC-Codeless: In Seattle | Rizo, Javier | | |
| | 99882 | 06/01/2020 | Litigation | 04/13/2021 | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Kauchak, Timothy | | |
| **Open** | | | | | | | | | | |
| | 100235 | 06/08/2020 | | | Downtown Seattle | Police Action | POAC-Codeless: In Seattle | Cheairs, Taylor | | |
| | 100270 | 07/25/2020 | | | Capitol Hill, Seattle | Police Action | POAC-Codeless: In Seattle | Wieser, Joseph | | |
| | 100271 | 05/30/2020 | | | Downtown Seattle, and Capitol Hill, Seattle | Police Action | POAC-Codeless: In Seattle | Estate of Summer Jolie Williams Taylor, | | |
| | 100371 | 06/20/2020 | | | 10th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Estate of Lorenzo Anderson, | | |
| | 99103 | 07/04/2020 | Litigation | | I-5 near WA State Convention Center | Police Action | POAC-Codeless: In Seattle | Taylor, Dalia | | |
| | 99117 | 06/08/2020 | | | Martin Luther King Jr Way S and S Othello St | Fleet | FLT-Moving Object Struct: Pedestrian | Fuhr, Jason | | $0.00 |
| | 99207 | 06/01/2020 | | | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | Thompson, Matthew | | $0.00 |
| | 99209 | 05/30/2020 | | | 400 Block Pine St | Police Action | POAC-Codeless: In Seattle | Jones, Akira | | |
| | 99251 | 06/20/2020 | | | 10th Ave & Pine St in CHOP Zone | Police Action | POAC-Codeless: In Seattle | Anderson, Horace | | |
| | 99300 | 08/28/2020 | | | 20412 30th Ave W, Lynnwood | Police Action | POAC-Property: SPD force door or other damages | 20412 30th LLC, | | |
| | 99319 | 07/25/2020 | | | Harvard Ave and E Olive Way | Police Action | POAC-Codeless: In Seattle | Boyd, Damien | | |

SEA_00144757


| Event # | Claim # | Event Date | Resolution | Status | Incident Location | Event Code | Event Subcode | Claimant | Res Balance | Settlement Payments |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 99456 | 06/01/2020 |  |  | 411 Boylston Ave E Unit 102 | Police Action | POAC-Codeless: In Seattle | Boyer, Scott | WP / AC |  |
|  | 99535 | 06/07/2020 |  |  | Capitol Hill various locations | Police Action | POAC-Codeless: In Seattle | Campbell, Anjelica |  |  |
|  | 99763 | 07/25/2020 |  |  | 11th Ave and E Pine St | Police Action | POAC-Codeless: In Seattle | McCann, Harmony |  |  |

SEA_00144758