# EXHIBIT 45



09.14.2021
Scoggins
**5**
Buell Realtime Reporting

**NHSC Presentation August - 2021**

# SEATTLE FIRE DEPT.
## Response to protests and CHAZ/CHOP







# PROTESTS REMEMBERING GEORGE FLOYD

- *Goals…*
  - *Support peaceful demonstrations*
  - *Focus of FF Safety*
  - *Maintain Situational Awareness & Comms*
  - *Modify deployment as needed*
  - *Be prepared for fires and uptick in medical responses*
  - *Upstaff resources accordingly, and call-in partner agencies to help as needed*
  - *Be transparent with community*







# PROTESTS: RESPONSE

- Activated Resource Management Center and sent personnel to Seattle Police Operations Center & Emergency Operations Center

- Staffed additional apparatus to respond near protest locations

- Called in strike teams from neighboring and state agencies





Seattle Times Photo

| DATE: | RESPONSES INTO THE "HOT ZONE" |
|---|---|
| **5/30: SATURDAY** | 33 responses, including 8 vehicle fires |
| **5/31: SUNDAY** | 22 responses |
| **6/1: MONDAY** | 18 responses |










## Protest Response Zone (6/8):

SPD to Secure Area, SPD to escort SFD.  E25 & L10: Only available to respond to Fires in their 1st in District.

## Protest Response Zone:

E Denny Way – E Union St

Broadway – 13th Ave

BLS: 1 Aid Car + 1 Engine + 1 BC

ALS: 1 Aid Car + 1 Medic + 1 Engine + 1 BC

Fires: 2 Engines + 1 BC + L10*



# 6/9/2020





6/12/20

**Protest Hot Zone**
(Wait for SPD to declare Scene Secure before Entry)
SPD will escort SFD (SOV7 protocol)

**East Precinct**

**Fire Station 25**

**Protest Response Warm Zone**
(E Denny Way to E Union St, Broadway to 13 Ave)

**BLS:** 1 Aid Car + 1 Engine + 1 BC
**ALS:** 1 Aid Car + 1 Medic + 1 Engine + 1 BC
**Fire:** 2 Engines + 1 BC

NOTE: E25 & L10 only available to respond to fires in their 1st due District



# VOLUNTEER MEDICAL TEAM & MUTUAL AID: CHALLENGES















# B2 OPERATIONS PLAN FOR CHOP
## OPERATIONAL PERIOD 0800 6/21/2020 - 0800 6/22/2020



| Date | UpStaffing @ 1600 hrs. | Move-ups | Out Fire/Demob. | Comments |
|---|---|---|---|---|
| -21- 020 | E25 +1 L10 +1 B2 +1 | E31 move up to Station 25 at 1900-0000 hours. | E25, L10 and B2 OUT FIRE until 0000 hours.<br><br>Companies will be available for red/yellow zone CHOP dispatches, Vault Fires and Structure Fires within their first due district. | **RED ZONE/SOV Dispatches within the CHOP:**<br>- Shall include SAFT2 & DEP1.<br>- Staging location changed to **15 Ave E & E Madison St** (out of sight).<br>- Shall cause immediate vacation of all Station 25 personnel. Units no dispatched shall stage at 15th Ave E & E Madison St (in-service).<br>- Staging location shall not be changed until confirmed secured by SP<br><br>*** Station 25 shall be prepared to evacuate at any time upon order DEP1.*<br><br>**Casualty Collection Points (upon confirmed secured by SPD)**<br>- 12 Ave E & E Denny Way<br>- Broadway & E Denny Way<br>- Broadway & E Union St (Primary)<br><br>**Body Armor reissued as follows:**<br>- B4 (4 sets) to M1<br>- B7 (4 sets) to M10<br>- SAFT2 (1 set) to M28<br>- DEP1 (1 set) to M28<br><br>**SPOC Contact:** Captain Michael Edwards 206-615-0754<br><br>**SPD/SFD Communications**<br>- SPD Channel as designated by SPD Dispatch<br><br>**CHOP Medical Communications**<br>- CHOP Medic Handheld Radio (to be issued to B2) |

# June 20 shooting:

- Arrives at hospital in private vehicle, 19-year-old male, **fatality**.

- Arrives at hospital in private vehicle, 33-year-old male, critical condition.



# June 21st & June 23rd shootings...

- 17-year-old male, serious condition arrives at hospital in private vehicle.

- Approx. 30-year-old male, stable condition, arrives at hospital via Seattle Fire medics.









# June 29 shooting:

- Arrives via Seattle Fire medics, 16-year-old male, **fatality.**

- Arrives at hospital in private vehicle, 14-year-old male, critical condition.

# SFD RESPONSES TO ALARMS WITHIN THE CHOP

Civilians in the CHOP have been listening to SFD communications on SOV and other alarms in the CHOP.  This is causing interference in these alarms, ranging from armed CHOP persons approaching and harassing SFD units at the staging area to vehicles (with patients) pursuing responding units aggressively and attempting to make them pull over.

Additionally, the staging area for SPD is generally distal to the SFD staging area, resulting in SFD units staging between the people designated as our protection and the people they are to protect us from.









# SFD RESPONSES TO ALARMS WITHIN THE CHOP

To that end, the following protocols will be in effect for EMS incidents that occur within the CHOP:

1. All alarms located within the boundaries of the CHOP will be dispatched to 12 Ave E/E Pine Street.  This location is the heart of the CHOP and will alert units dispatched that the alarm takes place within those boundaries.  The staging location will not be mentioned on Channel 4, which is not encrypted.

2. All alarms located within the boundaries of the CHOP will be dispatched on Zone 1/Channel 10.  This is the only channel in the SFD radio template that is encrypted and cannot be monitored via civilian scanner.

3. Units responding to alarms in the CHOP will respond to Bellevue Avenue between E Pine Street and E Olive Street and stage there until the scene is secure.  This location is remote enough from the CHOP to avoid "walk ups" and puts the Police staging area (Harvard Avenue and E Pine Street) between SFD resources and the CHOP.

4. The CCP (Casualty Collection Point) will be at Broadway and E Pine Street.

5. Firefighters will don ballistic wear for all responses to alarms within the CHOP boundaries.



6/29/2020



6/29/2020

# SIX PEOPLE SHOT: TWO FATALITIES, FOUR INJURIES

### June 20 shooting:

- Arrives at hospital in private vehicle, 19-year-old male, **fatality**.
- Arrives at hospital in private vehicle, 33-year-old male, critical condition.

### June 21 shooting:

- Arrives at hospital in private vehicle, 17-year-old male, serious condition.

### June 23 shooting:

- Arrives via Seattle Fire medics, approx. 30-year-old male, stable condition.

### June 29 shooting:

- Arrives via Seattle Fire medics, 16-year-old male, **fatality.**
- Arrives at hospital in private vehicle, 14-year-old male, critical condition.



# PROTESTS: COMMUNITY UPDATE

- *Be transparent with the community about our response efforts.*
- Shared significant updates on social media and sent out a notice to businesses on Friday via multiple methods
- Stood alongside Mayor Durkan and Chief Best to give frequent press updates
- Tracked responses closely to capture fire and medical emergencies in the "hot zone"







# LESSONS LEARNED

- We must be flexible - *adjust policy's, dispatch protocols, daily operations as needed...*
- Leadership must be present - *in community, at stations, on scene...*
- Organizational updates are critical - *written, verbal, video...*
- City leadership communications/coordination is a must
- Develop relationships – from community partners to protestors. *Challenge the thinking that this is not the right place for us to be.*
- Must communicate with the impacted communities - *business, residents...*
- Understand the role of social media - *journalists, Facebook, Twitch, Twitter, live streams*

# AND THE WORK GOES ON

- **West Seattle Bridge Closure**
  - SDOT closes *West Seattle Bridge* (upper) due to accelerated cracking of concrete (March 23), lower bridge traffic restricted to specific vehicles
  - Announce addition two new units to West Seattle (May 8) - *Ladder 13, Medic 26* begin service on June 1st.
- **Budget**
  - Tax revenues drop
  - Budget adjustments for 2020 and beyond
  - Re-envisioning police services
- **COVID-19**
  - We are still in a *Pandemic*…



# Questions…

*"Seeds of faith are always within us; sometimes it takes a crisis to nourish and encourage their growth." –* **Susan Taylor**



# THANK YOU!

Questions

*"Seeds of faith are always within us; sometimes it takes a crisis to nourish and encourage their growth."* – **Susan Taylor**

