# EXHIBIT 47

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                )
            Plaintiffs,         )
                                )
        vs.                     )   No. 20-cv-00983-TSZ
                                )
CITY OF SEATTLE,                )
                                )
            Defendant.          )
_____

ZOOM 30(b)6 Deposition Upon Oral Examination

of

SRJ dba CAR TENDER - JOHN McDERMOTT
_____

DATE:  Wednesday, January 19, 2022

REPORTED BY:  Mindy L. Suurs, CSR No. 2195

Page 164

```
 1   place of business, but they did block the sidewalks.
 2   BY MS. IVERSON:
 3       Q.   They blocked the sidewalks, okay.  Did they block
 4   the driveway to get into the parking lot?
 5       A.   As I stated, they did not block the driveway to
 6   access our parking lot.
 7       Q.   Okay.  And then let's see.  So --
 8       A.   With tents, to be clear.
 9       Q.   With tents, okay.  And then so before June 8th,
10   so still thinking -- looking in the first week of June, did
11   you have any break-ins at Car Tender in that period?
12       A.   No.
13       Q.   Okay.  Any other -- any vandalism?
14       A.   Graffiti.
15       Q.   Other than graffiti.
16       A.   They tried cutting -- well, they cut holes in the
17   fence trying to get into the parking lot.
18       Q.   Before June 8th?
19       A.   Yeah.
20       Q.   Okay.  When did that happen?
21       A.   I don't know exactly.
22       Q.   Okay.  Did you --
23       A.   No, I did not report it.
24       Q.   Okay.  That wasn't going to be my question, but
25   good to know.  Okay, so didn't report that.  And then did
```

Page 221

```
 1   post and I'd call bullshit on it, but --
 2       Q.   Meaning like you would comment on their posts?
 3       A.   I'd say bullshit, yeah.
 4       Q.   Okay, got it, but you didn't affirmatively post
 5   on Facebook about CHOP?
 6       A.   No.
 7       Q.   Okay.  And did you ever reach out -- you
 8   didn't -- did you ever reach out to anyone via --
 9       A.   No.
10       Q.   -- (inaudible) or anything like that, okay.  And
11   then just setting aside emergency services for the moment,
12   did you -- did the City provide Car Tender with any other
13   services after June 8th, 2020?
14       A.   Not really.
15       Q.   Okay.  Did you have garbage pickups?
16       A.   That was the one thing that the City did, was
17   they picked up the garbage.
18       Q.   Oh, okay.  And did they do that -- I know it's
19   not every day, but did they do it on schedule?
20       A.   I wouldn't say it was on schedule every time, but
21   they would show up.
22       Q.   They would show up, okay.  Did the frequency of
23   those pickups decrease in June 2020 versus April 2020 when
24   COVID was going on?
25       A.   There was a period of when the CHOP stuff started
```

JOHN MCDERMOTT
1/19/2022

Page 222

1  that it changed, and I don't recall what exactly the change
2  was, but it did change after the CHOP started.
3       Q.   Okay.  And it -- but it was still happening?
4       A.   Yeah.
5       Q.   Okay.  What about do you have Seattle City Light?
6       A.   You mean do I have electricity?  Yes.
7       Q.   Yes, through Seattle -- for your utilities.  So
8  did you have any electrical issues during that time?
9       A.   I did not.
10      Q.   Okay.  Did you have -- okay, withdrawn.
11           MR. WEAVER:  So we've been going for over an
12  hour, so is this a good time to take a break or --
13           MS. IVERSON:  Took the words right out of my
14  mouth.  I was just going to say I can pause now before
15  going onto the next.
16           THE VIDEOGRAPHER:  The time is 4:31 p.m.  We are
17  off the record.
18               (Recess taken.)
19           THE VIDEOGRAPHER:  The time is 4:41 p.m.  We are
20  back on the record.
21  BY MS. IVERSON:
22      Q.   Okay.  So a little bit earlier we were talking
23  about the barricades outside of Car Tender.  Do you
24  remember that?
25      A.   Yep.

Page 269

1        REPORTER'S CERTIFICATE

2

3    I, Mindy L. Suurs, the undersigned Certified Court Reporter, pursuant to RCW 5.28.010, authorized to administer oaths and affirmations in and for the State of
4    Washington, do hereby certify:

5

6    That the foregoing testimony of JOHN McDERMOTT was given before me at the time and place stated therein and thereafter was transcribed under my direction;

7

8    That the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability;

9

10   That the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place
11   stated in the transcript;

12   That the witness, before examination, was by me duly sworn to testify the truth, the whole truth, and nothing
13   but the truth;

14   That I am not a relative, employee, attorney, or counsel of any party to this action or relative or employee
15   of any such attorney or counsel and that I am not financially interested in the said action or the outcome
16   thereof;

17
     DATE:   January 25, 2022
18

19

20

21

22   _____
     Mindy L. Suurs
23   Certified Court Reporter #2195

24

25

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427 3515 SW Alaska St Seattle WA 98126