# EXHIBIT 52

*The New York Times* | https://www.nytimes.com/article/george-floyd-protests-timeline.html

# *George Floyd Protests: A Timeline*

At least six people have been killed in violence connected to the protests that started after Mr. Floyd died in police custody.

By Derrick Bryson Taylor

Nov. 5, 2021

After the death of George Floyd on May 25, protests and unrest have rocked Minneapolis and other cities.

In cities across the United States, tens of thousands of people have swarmed the streets to express their outrage and sorrow during the day. That has descended into nights of unrest, with reports of shootings, looting and vandalism in some cities.

Since the death of Mr. Floyd, protests have erupted in at least 140 cities across the United States, and the National Guard has been activated in at least 21 states.

The police chief in Louisville, Ky., was fired after a restaurant owner was killed when police officers and National Guard troops shot toward protesters. And in Austin, Texas, the police chief said that a black protester who had been shot in the head by officers was in critical condition.

In St. Louis and Las Vegas, officers were shot and wounded, and in New York City and Buffalo, N.Y., they were injured after being struck by cars.

Here's a timeline of the protests across the nation so far.

**MAY 25**

## George Floyd dies in police custody.

George Floyd, a 46-year-old African-American man, died in Minneapolis on Monday after being handcuffed and pinned to the ground by Derek Chauvin, a white police officer. Bystanders captured video of the officer behind a police car using his knee to pin Mr. Floyd by his neck. Mr. Floyd is heard repeatedly saying, "I can't breathe," in the video.



A video showed Officer Derek Chauvin kneeling on George Floyd's neck.
Darnella Frazier from Facebook, via Agence France-Presse — Getty Images

The next day, the video was widely shared on social media and ultimately became a driving force for protests in Minneapolis.

**MAY 26**

## Protests in Minneapolis begin, and the police use tear gas to break them up.



Demonstrations in Minneapolis began on May 26, a day after the video had been widely shared. Kerem Yucel/Agence France-Presse — Getty Images

By Tuesday, the Minneapolis police chief, Medaria Arradondo, had fired all four men involved in the arrest of Mr. Floyd. He also called for an F.B.I. investigation after the video showed that the official police account of the arrest had borne little resemblance to what actually occurred.

That night, hundreds of protesters flooded into the Minneapolis streets. Some demonstrators vandalized police vehicles with graffiti and targeted the precinct house where the four officers had been assigned, said John Elder, a police spokesman.

Protests also occurred in the city in the subsequent days. Officers used tear gas and fired rubber bullets into crowds. Some businesses, including restaurants and an auto-parts store, were set on fire.

MAY 27
## Protests erupt in cities across the U.S., including Memphis and Los Angeles.

Protesters blocking a freeway in Los Angeles on May 27. Ringo H.W. Chiu/Associated Press

Demonstrators began organizing in other cities. In Memphis, a protest over the deaths of Mr. Floyd, Breonna Taylor in Louisville, Ky., and Ahmaud Arbery in Brunswick, Ga., led the police to temporarily shut down a portion of a street.

In Los Angeles, hundreds of protesters converged in the city's downtown area to march around the Civic Center. A group of demonstrators broke off from the march and blocked the Route 101 freeway.

In St. Louis, a man was killed after protesters blocked Interstate 44, set fires and tried to loot a FedEx truck. In Chicago, six people were shot and one was killed that night.

MAY 28
## The National Guard is mobilized in Minnesota.

National Guard troops were surrounded by protesters in downtown Minneapolis after being activated by the governor. Renee Jones Schneider/Star Tribune, via Associated Press

Gov. Tim Walz of Minnesota activated the National Guard. The order came as the city asked for help after vandalism and fires broke out during demonstrations and as the Justice Department said a federal investigation into Mr. Floyd's death was a top priority.

Mr. Walz later said that he had activated thousands of additional National Guard troops to send to Minneapolis but had declined the Army's offer to deploy military police units.

"Let's be very clear," Mr. Walz said. "The situation in Minneapolis, is no longer, in any way, about the murder of George Floyd. It is about attacking civil society, instilling fear and disrupting our great cities."

MAY 29
# Former officer is arrested and charged in Mr. Floyd's death.

Derek Chauvin, the former Minneapolis police officer, who was charged. Hennepin County Sheriff's Office

The former Minneapolis police officer who pinned Mr. Floyd's neck to the ground with his knee was arrested and was charged with third-degree murder and second-degree manslaughter.

The former officer, Derek Chauvin, 44, faces charges that carry a combined maximum 35-year sentence.

MAY 29
# President Trump's 'looting' and 'shooting' message raises tensions.

President Trump returning to the Oval Office.   Erin Schaff/The New York Times

President Trump delivered an ultimatum to Minneapolis protesters on May 29 and suggested that the military could use armed force to suppress riots. On Twitter, Mr. Trump called the protesters "thugs" and said, "When the looting starts, the shooting starts."

He also criticized the city's Democratic mayor.

"I can't stand back & watch this happen to a great American City," Mr. Trump said. "A total lack of leadership. Either the very weak Radical Left Mayor, Jacob Frey, get his act together and bring the City under control, or I will send in the National Guard & get the job done right."

MAY 29
# Protests in Atlanta and New York bring destruction.

Police officers and protesters in a standoff in front of the CNN headquarters in Atlanta. Dustin Chambers/Reuters

Hundreds of demonstrators poured into the streets near Atlanta's Centennial Olympic Park, leaving behind smashed windows. Some climbed atop a large red CNN sign outside the media company's headquarters and spray-painted messages on it.

That night, protesters also clashed with the police across Brooklyn and Lower Manhattan, leaving officers and demonstrators injured. Some people threw bottles and debris at officers, who responded with pepper spray and arrests.

> **Key Coverage of Civil Rights Trial Over George Floyd's Death**
> - Trial Starts for 3 Officers in George Floyd's Death
> - George Floyd's Civil Rights Are Focus in Opening Arguments of Federal Trial
> - Police Culture on Trial in Case Against Officers in Killing of George Floyd
> - Derek Chauvin was convicted of George Floyd's murder. Could he testify against his fellow officers?

In Washington, a crowd gathered outside the White House, prompting the Secret Service to temporarily lock down the building. In Detroit, a 19-year-old man was killed when someone opened fire into a crowd of demonstrators, the police said. Mr. Trump moved to the underground bunker used in the past during terrorist attacks.

The authorities were investigating the fatal shooting of a federal officer, a contract security guard for the Department of Homeland Security, outside a federal courthouse in Oakland, Calif.

In Detroit, a 21-year-old man was fatally shot as he sat in a car when protesters took to the streets. And in Kentucky, Gov. Andy Beshear instructed the State Police to investigate the death of a man who was shot and killed after gunfire broke out around midnight.

MAY 30

## Minneapolis Mayor says peaceful protests have turned to 'domestic terrorism.'



Volunteers helped clean up businesses that had been destroyed during a fourth night of protests in Minneapolis. Victor J. Blue for The New York Times

After four nights of chaos in Minneapolis, Mr. Frey called on people to stay home. "What started as largely peaceful protests for George Floyd have turned to outright looting and domestic terrorism in our region," he said on Twitter.

He said people who broke the 8 p.m. curfew would be helping those who use crowds to prey on Minneapolis.

"We are now confronting white supremacists, members of organized crime, out-of-state instigators, and possibly even foreign actors to destroy and destabilize our city and our region," he said.

In Indianapolis, a person was killed and three others injured after shots were fired at demonstrators.

MAY 31

## Protests fill city streets again, and mayors order curfews.

People gathering at a rally in Philadelphia.  Jose F. Moreno/The Philadelphia Inquirer, via Associated Press

During the day, hundreds of thousands of people joined largely peaceful demonstrations throughout the country, but cities reported hundreds of arrests as protesters clashed with the police and some areas were looted. The National Guard was deployed in more than two dozen states to assist overwhelmed police departments, and dozens of mayors extended curfews.

**Understand the Civil Rights Trial Over George Floyd's Death**

**Police culture on trial.** The federal civil rights trial of three former officers for their role in the killing of George Floyd centers on a crucial issue in American policing: the duty of officers to intervene against fellow officers when they witness misconduct.

In Philadelphia, a huge peaceful demonstration outside the city's art museum contrasted with the scene in West Philadelphia, where the police used pepper spray to repel looters. In Atlanta, two officers were fired for "excessive use of force" against two college students. In Minneapolis, about 200 protesters were arrested, and a man who drove a tanker truck toward a crowd was taken into police custody.

JUNE 1
# George Floyd's brother visits the site where he died.

1/30/22, 12:24 PM    Case 2:20-cv-00983-TSZ  A Timeline of the George Floyd Protests - The New York Times
                                                  Document 75-52    Filed 02/07/22    Page 9 of 13



Terrence Floyd, wearing a white T-shirt, visits the place where his brother, George Floyd, died in police custody on May 25.  Victor J. Blue for The New York Times

Terrence Floyd was the first member of Mr. Floyd's family to visit the place where his brother died in Minneapolis.

He told the crowd that gathered around him that he was troubled by what he had seen in recent days.

"If I'm not over here wilding out, if I'm not over here blowing up stuff, if I'm not over here messing up my community, then what are y'all doing? What are y'all doing?" he said. "Do this peacefully, please."

JUNE 1

## Two autopsies rule Mr. Floyd's death a homicide.

Two autopsies completed on George Floyd ruled his death a homicide. However, they differed over the specific causes of death. Caroline Yang for The New York Times

The results from two autopsies completed on Mr. Floyd ruled that his death was a homicide. But the autopsies, one done by a government agency and the other by doctors working for Mr. Floyd's family, differed over the specific causes of death and whether there were contributing factors beyond Mr. Chauvin's kneeling on his neck.

According to the Hennepin County Medical Examiner's office, Mr. Floyd died of "cardiopulmonary arrest complicating law enforcement subdual, restraint, and neck compression." The office also said that Mr. Floyd suffered from heart disease, was high on fentanyl and had recently used methamphetamines.

The other autopsy, conducted by doctors hired by the Floyd family, said Mr. Floyd died not only because the officer pressed his knee on his neck, but also because the other officers helped hold him down. That autopsy also concluded that Mr. Floyd "had no underlying medical problem that caused or contributed to his death."

JUNE 1
## Trump threatens to deploy the military.

On June 1, Mr. Trump threatened to deploy the military if cities and states did not take action to stop looting and other violence. Doug Mills/The New York Times

In remarks about the unrest in several cities across the United States, Mr. Trump threatened to deploy the military to states where governors and mayors could not bring violence and the looting under control.

"If a city or a state refuses to take the actions that are necessary to defend the life and property of their residents," Mr. Trump said, "then I will deploy the United States military and quickly solve the problem for them."

JUNE 2
# Protesters gather where Mr. Floyd died.

A coalition of faith leaders praying at the site where George Floyd died in Minneapolis.  Alyssa Schukar for The New York Times

Wearing "We Can't Breathe" T-shirts and pumping their hands in the air, protesters gathered in Minneapolis on June 2 at the site of Mr. Floyd's death. A group of black faith leaders and clergy members also marched to the site.

JUNE 3
# New charges are filed in Mr. Floyd's death.

From left, Derek Chauvin, Tou Thao, J. Alexander Kueng and Thomas Lane have been charged in the death of George Floyd. Hennepin County Jail/Agence France-Presse — Getty Images

Keith Ellison, Minnesota's attorney general, announced new charges against the three Minneapolis police officers who failed to intervene when Mr. Floyd died.

The three officers — Thomas Lane, J. Alexander Kueng and Tou Thao — were charged with aiding and abetting the killing.

An upgraded charge of second-degree murder was added against Mr. Chauvin, the former officer who pressed his knee to Mr. Floyd's neck for nearly nine minutes. The count could carry a longer prison sentence than the third-degree murder charge he initially faced.

JUNE 4
### Buffalo officers are suspended after shoving a protester.

Martin Gugino, a peace activist, bleeding from his head after being shoved by two Buffalo police officers during a demonstration on June 4. Jamie Quinn, via Reuters

Two Buffalo police officers were suspended without pay after a video showed them shoving a 75-year-old protester, who was hospitalized with a head injury.

Case 2:20-cv-00983-TSZ   Document 75-52   Filed 02/07/22   Page 13 of 13

Recorded by the local radio station WBFO, the video showed the man, later identified as Martin Gugino, as he approached a group of officers during a protest about Mr. Floyd's death.

An officer yelled "push him back" three times. One officer pushed his arm into Mr. Gugino's chest. Another extended his baton toward him with both hands. Mr. Gugino then fell backward. The video showed him motionless on the ground and bleeding.

JUNE 6
## Two Buffalo police officers are charged with assault.

The Buffalo police officers, Robert McCabe, 32, left, and Aaron Torgalski, 39, were each charged with felony assault.  Erie County District Attorney

Two Buffalo police officers were charged with felony assault on June 6 after a video showed officers shoving a 75-year-old protester outside City Hall two days earlier.

The officers, identified as Aaron Torgalski, 39, and Robert McCabe, 32, pleaded not guilty and were released on their own recognizance. The video showed the police officers appearing to shove Mr. Gugino, who then staggered backward and landed hard on the sidewalk. Blood was seen immediately pooling behind his head. Months later, a grand jury voted not to indict them.