# EXHIBIT 53

## **Snap Shot Report**

## City of Seattle Office of Emergency Management
## Emergency Operations Center (EOC)

**Incident Date and Name** 2020-05-30 May 30 Marches and Rallies #20-1611

**Update Report #: 001**
**Date:** 05/30/2020
**Time:** 1230
**Next Snapshot Report Anticipated:** ~1330 hrs May 30th, 2020

*\*\*This report is intended to provide updated information in a timely, speedy manner and thus this information is dynamic.\*\**

### Event Background

On May 25th 2020 in Minneapolis, Minnesota an African American resident, George Floyd was killed during an arrest. The incident has sparked civic unrest throughout the United States. Protests originated in Minneapolis, MN with multiple buildings set on fire, large gatherings, and destruction of private property spreading to New York City, Chicago, and Atlanta making national news.

Starting on Friday, May 29th, there have been multiple rallies and demonstrations in the Seattle area. While most have been peaceful, some have caused property damage. On Saturday May 30th, the Seattle EOC activated to support response in coordination with multiple city departments for several scheduled marches and rallies in Seattle. The City of Seattle encourages community members to demonstrate safety and the EOC is monitoring the situation closely to ensure the safety and security of everyone involved. One rally is scheduled at 12PM at SPD headquarters with a march scheduled at 3PM from Westlake Center to the Federal Court House.

### EOC Objectives

**Objective 1: Develop and Maintain Situational Awareness Regarding Demonstration Activities**
**Objective 2: Provide Coordination And Support To Seattle Police As The Lead Department And To Other Departments Involved In The Response To Demonstration Events.**
**Objective 3: Address impacts to the community as needed.**
**Objective 4: Share Information with the Public and Stakeholders**

### Preliminary Updates

**Seattle Police Department**
- Staffing up, providing infrastructure security, and monitoring call loads

**Seattle Fire Department**
- Staffing up at stations 2, 10, and 25

**Seattle Department of Transportation**
- Extra resources brought in including sweepers to clean area before and after rallies and marches
- Extra staff brought into transportation operations center
- Brought in SRT (Seattle Response Team) working with SPD

**Seattle Public Utilities**
- Have waste management scheduled 2 hours before and after rallies and marches

**Seattle Parks and Recreation**
- Crews tied down and removed materials in Westlake parks.
- Parking lot at Meadowbrook Park is filling up anticipated to be related to Lake City rally later today

**Sound Transit**
- Staffing up including security officers that will be monitoring crowds
- Opted not to have employees for today at a construction site on Pike Ave

**Department of Neighborhoods**
- There is another rally scheduled at First AME Church at 12PM

**Finance & Administrative Services**
- FAS has enhanced security presence around the civic campus area
- Supporting SPD with additional fencing around HQ
- Continuing to monitor for any damage

### EOC Agency Representation
**The following agencies have representatives in the EOC:**
- Seattle OEM
- Auxiliary Communication Service (ACS)
- Finance and Administrative Services (logistics)
- Joint Information Center
- Law Department
- Seattle Department of Transportation
- Seattle Fire
- Seattle Parks and Recreation
- Seattle Police
- Seattle Public Utilities

**The following agencies have a representative available remotely:**
- Mayor's Office
- King County Metro
- Seattle Information Technology
- Seattle Office of Economic Development
- Seattle Department of Neighborhoods
- Seattle Office of Civil Rights
- Sound Transit
- Washington State Fusion Center