# EXHIBIT 58

## **Snap Shot Report**

## City of Seattle Office of Emergency Management
## Emergency Operations Center (EOC)

**Incident Date and Name** 2020-05-30 Marches and Rallies #20-1611

**Update Report #: 21**
**Date:** 06/03/2020
**Time:** 1830 hrs
**Next Snapshot Report Anticipated:** 6/3/2020 at 2000 hours

*\*\*This report is intended to provide updated information in a timely, speedy manner and thus this information is dynamic.\*\**

### Event Background
On Monday, May 25th 2020 in Minneapolis, Minnesota an African American resident, George Floyd, was killed during an arrest. Starting on Friday, May 29th 2020 there were multiple rallies and demonstrations in the Seattle area. On Saturday, May 30th, the Seattle EOC activated to support response in coordination with multiple city departments for several scheduled marches and rallies in Seattle. The City of Seattle encourages community members to demonstrate safety and the EOC is monitoring the situation closely to ensure the safety and security of everyone involved.

### EOC Objectives
**Objective 1:** Develop and maintain situational awareness regarding demonstration activities

**Objective 2:** Provide Coordination and support to Seattle Police Department as the lead department and to other departments involved in the response to demonstration events
**Objective 3:** Address impacts to the community as needed

**Objective 4:** Share information with the public and stakeholders

### Operations Section
**Seattle Police Department**
- Monitoring crowd from Downtown that has moved near the East Precinct.
- Currently no activity Downtown.
- No reports of acts of violence or property damage at this time.
- Will continue to monitor the situation and allow demonstrators to exercise their rights.

**National Guard**
- No changes anticipated over the next day or two.

**Seattle Fire Department**
- Some resources moved up North for a house fire and have since returned to their assigned stations.

**Seattle Department of Transportation**
- Metro is keeping buses out of Downtown area from Denny Way, Edgar Martinez Drive, Boren Ave. and SR-99.

SEA-OEM_000064

- WSDOT has reopened I-5; was previously closed in downtown.

### Seattle Public Utilities
- There have multiple teams repairing windows with 44 people working on Sunday, 53 people on Monday, 75 people on Tuesday, and 38 people on Wednesday.
- As of 4 PM, completed 153 requests or boarding up windows.
- 18 unassigned requests for boarding windows will be assigned for tomorrow morning.

### Logistics
- Continuing to work on laundry services for National Guard partners.
- Working on transportation request for SPD.

### Seattle Parks & Recreation
- Crowd at MLK Way and Othello St. has disbanded.

### KC Metro
- Central Business District bus service rerouted to perimeter.
- Transit Control Center and Service Quality assisting operators out of the area.

### Sound Transit (as of 1700)
- Community Transit and King County Metro-operated Sound Transit Express buses are no longer serving downtown Seattle.
- Community Transit is truncating at Lynwood Park & Ride.
- Pierce Transit is terminating service at Busway and Royal Brougham.
- Light Rail Stations are all open and service is running normally.
- Very light passenger volumes on light rail platforms.

### Joint Information Center
- Media requests and inquiries have been relatively quiet.
- Preparing Alert Seattle message reminder regarding the curfew in place.

SEA-OEM_000065

**Department of Neighborhoods**
- No update at the time of this report.

**King County Emergency Management**
- Candlelight vigil in Mercer Island is currently taking place.
- Tacoma event scheduled near UW Tacoma campus this evening.
- Tacoma vigil scheduled for 8pm for Manuel Ellis.

<u>**EOC Agency Representation**</u>
**The following agencies have representatives in the EOC:**
- Joint Information Center
- KC Emergency Management
- Mayor's Office
- National Guard
- Seattle Auxiliary Communications Service
- Seattle Department of Transportation
- Seattle Finance and Administrative Services
- Seattle Fire
- Seattle Information Technology (IT Support)
- Seattle Law Department
- Seattle Office of Economic Development
- Seattle Office of Emergency Management
- Seattle Parks and Recreation
- Seattle Police Department
- Seattle Public Utilities

**The following agencies have a representative available remotely:**
- Department of Homeland Security
- King County Metro
- Port of Seattle
- Seattle Animal Shelter
- Seattle Center
- Seattle City Budget Office
- Seattle City Light
- Seattle Department of Construction and Inspections
- Seattle Department of Neighborhoods
- Seattle Housing Authority
- Seattle Human Services Department
- Seattle Office of Housing
- Seattle Office of Labor Standards
- Seattle Public Libraries
- Sound Transit
- Washington State Fusion Center