# EXHIBIT 59

Seattle

# SPD Blotter
Seattle Police Department

English ⌄

Google Translate Disclaimer

**HOME**   **TOPICS** ▼

Home / General

<< Previous                                                                                                          Next >>

# East Precinct Demonstration Declared a Riot

by **Public Affairs** on June 1, 2020 11:49 pm

==The Seattle Police Department declared a demonstration on Capitol Hill a riot Monday evening after a crowd threw rocks, bottles and fireworks at officers and attempted to breach barricades one block from the East Precinct.==

Hours before declaring the incident a riot, East Precinct commanders had spoken and knelt with members of the group at a barricade line near the precinct. As the night continued, members of the crowd threw rocks, bottles and fireworks at officers, and attempted to break through a fence line at 11th Avenue and Pine Street.

In response to the increasing number of assaults on officers and the increasing risk to public safety, the Incident Commander declared the incident a riot.

Officers deployed less-lethal munitions and a mobile line of bike officers was established to disperse the crowd.

While daily demonstrations continue to pose unique and dynamic challenges to the Seattle Police Department and the city, SPD remains committed to facilitating safe, lawful first-amendment demonstrations.

Filed Under: General

<< Previous                                                                                           Next >>

## Browse the Archive

Choose a Month



All Seattle.gov Blogs

## Police

**Address:** 610 5th Avenue, Seattle, WA, 98104-1900

**Mailing Address:** PO Box 34986, Seattle, WA, 98124-4986

**Phone:** 206-625-5011

### City-Wide Information

Departments & Agencies List

Elected Officials

Open Data Portal