# EXHIBIT 60

Seattle

# SPD Blotter
Seattle Police Department


English

Google Translate Disclaimer

**HOME**  **TOPICS** ▼

Home / Police Precincts / East Precinct

<< Previous                                                                                                    Next >>

# East Precinct Protest Update

by **Public Affairs** on June 7, 2020 12:29 am

During the on-going protests in the Capitol Hill neighborhood, officers deployed blast balls and pepper spray to temporarily disperse the crowd after individuals in the group threw bottles, rocks, and incendiary devices broke through a fence line, and several officers were injured.

Just after 7 PM Saturday ==the scene commander began warning the protesters at 11 Avenue and East Pine Street to stop pushing the barriers placed there.== Some unidentified people in the group ==began throwing bottles, rocks, and incendiary devices at officers who had moved forward to push the barriers back to their location.== The group refused to back up and ==officers deployed pepper spray and blast balls== in an attempt to push the crowd back. The protesters moved back a block and ==officers were able to reset the barriers.==

Several officers were injured during the incident and two were taken to Harborview Medical Center to treatment of their wounds.

There was no CS gas deployed during this confrontation.

Filed Under: East Precinct

<< Previous                                                                                                         Next >>

# Browse the Archive

Choose a Month


All Seattle.gov Blogs

## Police

**Address:** 610 5th Avenue, Seattle, WA, 98104-1900

**Mailing Address:** PO Box 34986, Seattle, WA, 98124-4986

**Phone:** 206-625-5011

## City-Wide Information

Departments & Agencies List

Elected Officials

Open Data Portal

Public Information Requests

Services & Information