# Exhibit 61

# Number Not Used