# EXHIBIT 62

## Re: East Precinct

| | |
|---|---|
| From: | "Sullivan, David" <david.sullivan@seattle.gov> |
| To: | "Mahaffey, Thomas" <thomas.mahaffey@seattle.gov> |
| Date: | Mon, 08 Jun 2020 16:03:58 -0700 |

Chief, this is not my place, and I know it. Privates don't tell the general how to run the war. But after seeing your email, I am terrified.

I got injured last night in a "peaceful" protest and am now waiting to have a surgical consult to fix the damage. And bad as that was, I believe the worst is yet to come.

Please, please do not send my brothers and sisters into the East Precinct today without a robust, detailed and communicated exfil plan.

Their lives are not worth the political points being made.

Respectfully,
Sullivan 6953

**From:** Mahaffey, Thomas <Thomas.Mahaffey@seattle.gov>
**Sent:** Monday, June 8, 2020 3:28 PM
**To:** SPDSWORN
**Subject:** East Precinct

To the Women and Men of the Seattle Police Department,

The decision has been made to allow demonstrators to march past the East Precinct later today. Your safety and the security of our facilities are my highest priorities. Additional measures are currently underway to enhance our ongoing efforts to insure the security of our East Precinct and provide for the safety of all our officers.

We will have personnel in place should the need arise to swiftly address acts of violence and/or property destruction.

I want to express my sincere appreciation and admiration for your continued efforts to protect this City and one another during this extremely challenging time.


**Assistant Chief Tom Mahaffey**
**Seattle Police Department**

**Patrol Operations Bureau**
(206)684-5782
https://twitter.com/@SeattlePD
https://spdblotter.seattle.gov/

SEA_00022774