# EXHIBIT 63

Page 1

```
         UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
                    AT SEATTLE
_____

HUNTERS CAPITAL, LLC, et al.,  )
                               )
         Plaintiff,            )
                               )
    vs.         ) No. 20-cv-00983
                               )
CITY OF SEATTLE,               )
                               )
         Defendant.            )
_____

         VIDEOTAPED VIDEOCONFERENCE DEPOSITION

            UPON ORAL EXAMINATION OF

               MAYOR JENNY A. DURKAN
_____



               Seattle, Washington


    (All participants appeared via videoconference.)




DATE TAKEN:  DECEMBER 8, 2021
REPORTED BY:  CINDY M. KOCH, RPR, CRR, CCR #2357
```

Page 2

```
1              A P P E A R A N C E S
2   FOR PLAINTIFF:
3        TYLER S. WEAVER
         GABRIEL REILLY-BATES
4        Calfo Eakes LLP
         1301 Second Avenue
5        Suite 2800
         Seattle, WA 98101-3808
6        206.407.2237
         tylerw@calfoeakes.com
7        gaber@calfoeakes.com
8   FOR DEFENDANT:
9
         ARTHUR W. HARRIGAN, JR.
10       SHANE P. CRAMER
         KELLIE MCDONALD, paralegal
11       Harrigan Leyh Farmer & Thomsen LLP
         999 Third Avenue
12       Suite 4400
         Seattle, WA 98104
13       206.623.1700
         arthurh@harriganleyh.com
14       shanec@harriganleyh.com
15       JOSEPH G. GROSHONG
         Seattle City Attorney's Office
16       701 5th Avenue
         Suite 2050
17       Seattle, WA 98104-7095
         206.684.8200
18       joseph.groshong@seattle.gov
19
    ALSO PRESENT:  MICHAEL TAKOS, videographer
20       Buell Realtime Reporting, LLC
21           * * * * *
22
23
24
25
```

Page 3

```
1               DEPOSITION OF JENNY A. DURKAN
2                    EXAMINATION INDEX
3   EXAMINATION BY:                         PAGE
4   Mr. Weaver                                 6
5
6                    EXHIBIT INDEX
7   EXHIBITS FOR IDENTIFICATION             PAGE
8   Exhibit 1  Executive Order 2020-08;      48
               SEA_00045264-268
9
    Exhibit 2  Email to multiple recipients from    64
10             Mayor Durkan dated 6/20/2020;
               SEA_00125617
11
    Exhibit 3  Email chain; SEA_00058827     102
12
    Exhibit 4  Email chain and attachments;  110
13             SEA_00102554-565
14  Exhibit 5  Email to multiple recipients from    129
               Mayor Durkan dated 6/21/2020;
15             SEA_00040208
16  Exhibit 6  Spreadsheet containing text   132
               messages
17
    Exhibit 7  "2 PM Call Notes & Map";      153
18             SEA_00002472-474
19  Exhibit 8  "11am Update - E Precinct";   154
               SEA_00028170-171
20
    Exhibit 9  Not introduced
21
    Exhibit 10 Photo of tweets               164
22
    Exhibit 11 Photo of tweet with photo     164
23
    Exhibit 12 Photo of tweet with photo     178
24
    Exhibit 13 Email chain; SEA_00028176-177  189
25
```

Page 4

```
1              EXHIBIT INDEX (Continuing)
2   EXHIBITS FOR IDENTIFICATION             PAGE
3   Exhibit 14 Email chain; SEA_00140722-728  208
4   Exhibit 15 Email to Derek Broughten from  221
               Mayor Durkan dated 6/19/2020;
5              SEA-PDR_011629 - 631
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 61

1  that was an ongoing process in order to get from where
2  we were in a very dynamic situation to the point where
3  we actually could be successful in doing what we did on
4  July 1st.
5       Q. So when you say you were briefed on where we
6  were, are you talking about the situation on the ground,
7  or are you talking about plans to clear the area out?
8       A. Those are the same thing. You couldn't clear
9  the area without addressing what was happening on the
10 ground. And I think it was pretty clear that in
11 weighing all of these public interests, that, you know,
12 Chief Best would be the best person to tell you this,
13 but it was their assessment at the time that it would
14 not be successful for an operation to occur that Seattle
15 Police Department would be the front line for, because
16 every time Seattle police would respond in and around
17 that area, it could escalate because these were protests
18 against police action.
19       And so we were using all of the other actions
20 that the City departments were doing to de-escalate the
21 situation, to try to get it calmed down, and then to
22 reduce the profile of it enough that we actually could
23 have a successful operation to be led by the Seattle
24 Police Department.
25       The department -- the operation itself was very

Page 62

1  complex and required, you know, I think, hundreds of
2  officers who had to be specifically trained on the ==new==
3  ==orders that Judge Jones gave. They had to do it over==
4  ==time. They then had to work with the other City==
5  ==departments to determine who would go in where, and what==
6  ==they would do.==
7       And so that kind of operation doesn't happen
8  overnight, and it has to have on the ground the
9  circumstances that can allow them to be successful.
10      Q. At any time prior to June 20, 2020, do you
11 recall demanding to see from anybody, any department,
12 any executive, a plan to clear out the CHOP?
13      A. So on a -- again, and I -- and maybe I'm not
14 being clear on this. From the very first, from June 8th
15 on, the discussions were centered upon, how do we do the
16 things that I just talked about, balance those public
17 interests, but de-escalate the area enough, reduce it in
18 profile so that we could have a successful operation
19 that the police would have to participate in and lead.
20      And that, over time, required other departments
21 to take the lead: Seattle Department of Transportation,
22 Seattle Public Utilities, the Parks Department, and the
23 like.
24      And so there was an ongoing discussion of that.
25 And so yes, on a regular basis, you're asking me, like,

Page 63

1  okay, guys, where are we? When can we get this done?
2  We would have those conversations. But truly it
3  required the Seattle Police Department to be at a place
4  where they felt that they could have that operation
5  successfully, given what was really happening on the
6  ground.
7       And that meant de-escalating it, getting it,
8  you know, in a more -- smaller profile, and having a
9  place where then Seattle police had sufficient
10 resources, sufficient training, and sufficient numbers
11 that they thought they would go in and also train with
12 Seattle Department of Transportation and others who had
13 to bring in vehicles and -- and moving equipment and
14 dozens of Parks employees.
15      All of this was really an extraordinarily
16 complicated operation, and it took time for them to plan
17 it, but there was no time that either Chief Best or
18 myself wasn't thinking about, how do we make sure and
19 how do we return that area safely to the people and
20 residents of Capitol Hill.
21      Q. Prior to June 20th, did you ask for a written
22 plan from any department on how to clear out the CHOP?
23      A. It would not have been a normal thing for me to
24 get a written plan. We would have a -- ongoing
25 discussions and briefings. You would have the

Page 64

1  departments working together, and there's probably
2  writings that describe -- and emails back and forth
3  maybe that describe who's doing what when. But it's --
4  it's not like they would deliver me a, here's our plan
5  on what we're going to do.
6       So that -- that would not be how we would
7  normally do things, and it isn't what happened here.
8  You know, at the end of the day, this could only occur
9  when the Seattle Police Department felt they could do it
10 safely, and that required us, as a City, to take a
11 number of steps to get to that place.
12           (Exhibit No. 2 marked.)
13 BY MR. WEAVER:
14      Q. Okay. I've dropped another exhibit into the
15 chat, which we've marked as Exhibit 2.
16      Go ahead and take a minute, see if you're
17 familiar with it.
18      A. I am. And this is -- this -- again, this
19 confirms what I was saying before. Oh, sorry. I'll
20 wait for the questions.
21      Q. Okay. So this is an email that you wrote on
22 the morning of June 20, 2020; is that right?
23      A. That's correct.
24      Q. Okay. And you sent it to Chief Scoggins and
25 Chief Best; is that right?

Page 69

1  to be briefed on what those plans would be.  They would
2  not typically give me, here's our written protocols.
3  Those may come at various times.  But it was to be a
4  high-level briefing.  Are we ready?  What's the --
5  what's it going to look like?  What resources do you
6  need?  When can we do this safely?
7        We knew, even from June 20th, that, you know,
8  it confirmed that, you know, police coming into the area
9  could escalate it.  So we had to factor in, how do we
10 make sure that we have a setting that could be as
11 de-escalated as possible, so that the police could
12 successfully do what they needed to do.
13       And that took a period of, you know, after
14 June 20th, and the planning, and -- and the assessment
15 by the police on when they would have the numbers, what
16 the plan would be, how they would do it, and how all the
17 other City departments could come.
18       It really required us, as a City, to take all
19 those other steps to de-escalate things, see if we get
20 people to leave voluntarily, as many as possibly we
21 could, to take the homeless people there and get them
22 into shelter.
23       Each of those steps had the same goal, and that
24 goal was really to de-escalate it, to minimize the
25 number of people there, and to get to a place where we

Page 70

1  could have a safe operation led by the Seattle Police
2  Department, but supported by all those other
3  departments, so that we could clear that area, restore
4  the park, and return it for the enjoyment of the whole
5  community.
6     Q.  So in this briefing on June 20th, what
7  operational plans did you hear about from your executive
8  team?
9     A.  I would have to -- I don't know whether the
10 briefing went forward that day, but generally what
11 the -- you know, again, it changed over time, but the --
12 my recollection is, the general assessment was that
13 the -- we needed to have a plan where the police felt
14 they operationally could lead a -- all of the teams, the
15 City teams, to successfully move people from the area.
16       And that -- I think, if anything, the events of
17 June 20th and the reception the police got showed that
18 we had to be really, really thoughtful about that, and
19 had to have few enough people in the park, reduce the
20 profile, and have -- for that to be successful.
21       You have to remember too -- I know you know,
22 Mr. Weaver, but Judge Jones had issued an order
23 regulating how police could respond to what were
24 protesters and what tools could be used.
25       So each of the police officers who would be

Page 71

1  part of that operation had to be specially trained on
2  that order to make sure they knew what the parameters
3  were.  They would have to go off-site and schedule
4  hundreds of officers on what the operation would look
5  like, who would do what role.
6        They then had to communicate with Seattle
7  Department of Transportation as to what equipment they
8  were going to bring in, how do they remove all barriers,
9  talk to the Parks Department.
10       We had dozens of Parks people who had to come
11 in and restore the area.  We had to have outreach
12 workers from our Human Services Department to meet with
13 the homeless people to try to get them services.
14       So it required an extensive amount of planning.
15 So they would give me the assessment of here's all the
16 things we're going to have to do as a City in order to
17 be successful, in order to balance those competing
18 interests we've already talked about, ensure the right
19 to protest and protect their safety, protect the safety
20 of the residents and businesses around Capitol Hill, and
21 make sure that we could then also successfully have the
22 Seattle Police Department lead an operation.
23       And they did, on July 1st, in the early morning
24 hours, because of the work we'd done before, the police
25 department was able -- able to go in, in large numbers,

Page 72

1  and have that very successful operation.
2     Q.  Do you know when the homeless services were
3  first provided to try to get people to move out of the
4  park?
5     A.  I don't -- that area, Cal Anderson Park, has
6  had homeless services probably for over a decade.  And
7  so there was never a time that the City wasn't in and
8  around, working in Cal Anderson Park.
9        But obviously, as part of what I said before
10 is, you know, really to try to de-escalate the
11 situation, make sure that we got things calmed down, but
12 then try to get people out voluntarily, for the people
13 who were truly experiencing homelessness, then to be
14 able to provide services and shelter for them.
15       And, you know, it was complicated also by the
16 fact, you know, you asked about the homeless, is, you
17 know, we're in the middle of the global pandemic.  We
18 had to take all of the existing homeless shelters that
19 we had, and basically what we call de-intensify them.
20 So we'd have half as many people because we needed
21 social distancing.
22       We had no shelter space left in the city of
23 Seattle.  On any night there may be five or ten.  So we
24 had to first create the space and try to work with our
25 providers to actually start making space so that we

18 (Pages 69 to 72)

Page 77

1    Regularly that would include Chief Best and
2  Chief Scoggins, but really, really important we thought
3  that there would be this information going to the public
4  on where we were, what we were doing, and why we were
5  doing it.
6    Q. Why didn't you say, in any of those previous
7  press events, that it was time for people to go home?
8    A. I'd have to look at all the previous ones. I
9  may have said things like that, or what our expectations
10  were. But again, it was an evolutionary process. You
11  know, you had thousands of people protesting for Black
12  lives against the police.
13    And it wasn't just here in Seattle. It was in
14  every major city in America. And we saw in other cities
15  those protests devolve into nightly violence and
16  conflict, you know, whether it was Portland. They had
17  shootings in Louisville.
18    I was talking to mayors in Atlanta, Louisville,
19  Los Angeles, to compare notes on what were people doing
20  and how do we address this. And for us in Seattle, what
21  we really wanted to do, again, was balance those
22  competing interests.
23    It was important that people protest the -- the
24  killing of George Floyd. That was part of our national
25  dialogue. But at the same time, in -- in ensuring that

Page 78

1  right to protest, we also had to be realistic about how
2  do we make sure that we can provide for the public
3  safety of those protesters, for the businesses and
4  residents, and for all the other residents of Seattle or
5  other places that may come there.
6    At the same time, we're -- we're, you know,
7  looking out for the whole city in the middle of a global
8  pandemic. And so at every step of the way, we were
9  trying to adjust what we're saying, and I was trying to
10  address in my press statements where -- where we were at
11  that moment in time.
12    Once we got to the point that the Seattle
13  Police Department thought they knew what they needed to
14  be successful, that meant we needed to have fewer
15  people. So we made a concerted effort to try to reduce
16  the profile and the number of people in and around
17  Capitol Hill so we could be successful.
18    Q. How many times did you personally visit CHOP?
19    A. If -- between June 8th and July 1st, I think I
20  was there maybe four or -- I think four times. It might
21  have been five.
22    Q. How many of those were what I'll call official
23  visits, and how many of those were visits that you made
24  in a disguise?
25    A. I made, I think, three official visits that I

Page 79

1  can recall. One was shortly after the -- the area was
2  established, I went and met with protesters and to see
3  what was happening. I think that was maybe the 8th or
4  9th.
5    I had a subsequent meeting, and actually there
6  may have been an additional because I was up there at
7  least twice, meeting with businesses and residents, and
8  walking and talking to businesses and residents about
9  what their concerns were and what the City could do to
10  address them.
11    And then I had another meeting where I was
12  twice in one day at the First AME Church there, which
13  the first meeting was with a number of Black clergy
14  to -- to get their assistance and help and hear their
15  views on how we could move forward as a City on a range
16  of issues, but including what was happening right on
17  their doorstep.
18    And then later that day, with some of those
19  Black ministers, met with some of the people who
20  identified themselves as -- as protest leaders, to see
21  if we could get them to get people to go home. And so
22  those were the official meetings.
23    And then I went unofficially a couple times. I
24  just rode my bike up there, and -- and looked around.
25    Q. On the -- on the unofficial visits where you

Page 80

1  rode your bike up there, do you recall when those visits
2  were made?
3    A. I don't recall the exact dates of them, but
4  they obviously were made in that time frame.
5    Q. What did you do on those unofficial visits?
6    A. I just rode my bike up and then walked around
7  the area to see what was happening. You know, when I --
8  when I come in an official capacity, it -- it, one,
9  people respond differently, and -- because you're the
10  mayor.
11    It also requires that I have security with me,
12  which are police officers, which can be a complicating
13  factor, particularly during these events. And so when I
14  went by myself, I was able to, you know, not have that,
15  and just see for myself what was happening.
16    Q. So what time of day did you go on your
17  unofficial visits?
18    A. I think it was late afternoon, early evening.
19    Q. And what did you see while you were there?
20    A. I saw -- you know, that's a broad question. I
21  rode my bike around all of the parts, went in and out of
22  Cal Anderson, went in a couple of businesses, and -- and
23  so I saw a lot of things.
24    Q. How many tents did you see in Cal Anderson Park
25  on any of your visits?

20 (Pages 77 to 80)

Page 101

1  this ever-increasing conflict between police and
2  protesters. And at the same time, the Seattle Police
3  Department is under a consent decree, and we know the
4  federal judge has questions about it because the monitor
5  is asking us questions about it. And so we had to be
6  thinking about what can we do to change those tactics.
7       And so Chief Best and I, on a regular basis --
8  she was looking at operationally how does she accomplish
9  what she needs to do, at the same time kind of
10 de-escalate things.
11      And so they would change how many people they
12 had at the line, how far away from the protesters, what
13 kind of barriers they were using. None of those things
14 were successful. And by the 7th, by the time it came
15 again, that was probably one of the highest levels of
16 escalation.
17      And again, tear gas had to be deployed, but the
18 decision was made is, we've got to try something new
19 because we are now getting to the point where, you know,
20 it is -- it is degrading the relationship between -- the
21 public trust between the police and not just protesters,
22 but citywide. It's depleting the officers themselves.
23 And we had to try a different approach.
24      Q. Among the things that were decided on as a new
25 approach, did that include the mayor's office directing

Page 102

1  the removal of ammunition and evidence from the East
2  Precinct on June 8th?
3       A. No, not at all. In fact, once the decision --
4  once we had the discussion -- and in the discussions
5  that people had, we had previous to then was that, if
6  there was -- if the decision was made by the department
7  that they would leave the precinct at all, or were
8  forced to leave the precinct because it became overrun,
9  what would be the most safe course?
10      And obviously you would have to remove a range
11 of things: guns, ammunition, confidential information,
12 information related to sources and informants, personal
13 property, computers, and the like.
14      And so there was, you know, the -- again, it's
15 kind of like -- not to the same extent because clearing
16 the CHOP was much, much more complicated and required,
17 you know, hundreds of officers to be trained, and City
18 workers.
19      But the decision on -- when the police
20 department made the decision that they would temporarily
21 leave the precinct, it required them to take other
22 actions, including the removal of sensitive information
23 and things like guns and ammunition.
24         (Exhibit No. 3 marked.)
25 ////

Page 103

1  BY MR. WEAVER:
2       Q. Okay. I'd like you to look at Exhibit 3, which
3  I just dropped into the chat. This is an email. I know
4  you're not copied on it, but it's dated June 8, 2020, at
5  10:23 in the morning, from Casey Sixkiller, saying, "I
6  want to see a plan to remove firearms, ammunition and
7  all evidence from the East Precinct today. That plan
8  should be capable of being fully executed by 5:00 p.m.
9  today."
10      Do you see that?
11      A. I do see that.
12      Q. Were you involved in -- did you discuss with
13 Mr. Sixkiller getting a plan from the SPD to remove
14 firearm, ammunitions, and evidence from the East
15 Precinct on June 8, 2020?
16      A. No, I don't recall talking to Mr. Sixkiller
17 about that. And I -- this is the first I'm seeing this.
18 And I don't know -- you'd have to ask him kind of what
19 led to this.
20      But again, I think it's important to note that
21 the day before, on the 7th, we had a discussion with
22 Chief Best and with others on kind of what the -- what
23 the options were with regards to changing the dynamic,
24 including the option of either removing the barriers or
25 the like.

Page 104

1       One of the -- in that discussion, my
2  recollection is, is that someone in the command staff
3  with the chief said, you know, if we do that, then we
4  have to make sure that these other things happen. And
5  that would include removing all those things we talked
6  about before.
7       Obviously, if you're going to -- if you think
8  either the precinct could burn or you think the
9  protesters might overrun it, you can't have it have
10 guns, ammunition, confidential information, and the
11 like.
12      And remember, you know, place yourself in time.
13 It's hard to do. But we saw a police precinct burn in
14 Minneapolis. We saw other police precincts, you know,
15 be overrun or challenged.
16      And so that was something we actually had to
17 plan for. And my recollection is, is that the police
18 had raised this as something that they would have to do
19 in order to make sure that the precinct was secure.
20      And so I don't know if this is what
21 Mr. Sixkiller was doing, but it would have been my
22 expectation that in sharing their full plan with him or
23 our office, that they would have included that in their
24 planning.
25      Q. Do you recall in those discussions, either on

26 (Pages 101 to 104)

Page 105

1  June 7th or June 8th, discussions about whether the
2  police should evacuate, either partially or entirely
3  personnel from the East Precinct?
4       A.  So on the 7th, we had a discussion related to
5  the precinct in my office with Chief Best and command
6  staff, where we were looking at what certain options
7  might be, but it was also for us to be briefed by the
8  FBI on what the threat to the East Precinct was or could
9  be.
10      And in that discussion, there was, you know --
11 there was discussions about if -- again, if the police
12 had to leave the precinct, as they did in some other
13 cities, or if the precinct, you know, was targeted with
14 fire or other things, what would have to happen.
15      And one of the things that was mentioned in
16 that is obviously, if you've got a police station that
17 has, you know, guns and ammunition and confidential
18 information and the like, you have to have a plan to
19 remove that, if you think that -- that any of those
20 incidents could occur and the police have to be out of
21 the precinct.
22      Q.  Okay.  Were there discussions on June 7th or
23 June 8th that you were involved in about whether to --
24 the police should evacuate personnel, either entirely or
25 in part from the East Precinct, in addition to other --

Page 106

1  in addition to materials?
2       A.  Yeah, I think if you're talking about when the
3  actual decisions were made and June 8th to -- to
4  temporarily leave the precinct, I was not involved in
5  the discussions that occurred that day.
6       I got periodic reports on where we were, but it
7  was my understanding that there was -- that the plan
8  evolved over time, and that the original plan was
9  actually to keep personnel in place and take some other
10 steps to protect the personnel.
11      But when that wasn't -- when the police
12 commanders who were there made the decision that they
13 couldn't do that and adequately protect the officers,
14 they made the decision that they would temporarily
15 leave, stage nearby so they could respond, with the
16 intent of returning, you know, after the protests had
17 dissipated, which was usually about, you know, 2:00,
18 3:00 in the morning most of the evenings.
19      Q.  So were you -- were you involved in any
20 discussions about whether to evacuate personnel from the
21 East Precinct on June 8th?
22      A.  No, I was not.  I -- I -- I got periodic
23 reports, but there was a meeting that was had between
24 Chief Best and the command staff and some people in my
25 staff and other departments at the Emergency Operations

Page 107

1  Center.
2       Q.  When did you first learn that the Seattle
3  Police Department had, in fact, evacuated personnel from
4  the East Precinct?
5       A.  I did not learn that they had evacuated
6  everyone until later that evening, after it had
7  occurred.  There was an interim -- as I understood it,
8  the plan had been that once the -- once the decision --
9  the people -- to remove the barriers, then people wanted
10 to protect against some of those cascading impacts that
11 we just discussed.
12      And so the police department's plan, as I
13 understood it, was to remove the most confidential
14 information, weapons and the like, and -- from the
15 precinct, that they were going to build a fence around
16 the precinct that would be outside the sidewalk area to
17 have a perimeter protection around the precinct, that
18 they were going to foam the building down with fire foam
19 to prevent against the risk of fire, and that they then
20 did outreach also to the adjacent buildings to make sure
21 that they were prepared.
22      It's my understanding -- again, I was not part
23 of the discussions -- that once they went to do that,
24 they determined they could not erect the fence where
25 they intended because of -- I don't know what the issues

Page 108

1  were, but they couldn't, and instead had to attach
2  basically the fence directly to the building, which then
3  impacted the ability to get in and out of the building
4  safely.
5       They also determined they couldn't foam the
6  building down because the foam didn't work that day.
7  And as I now understand it, and did not at the time, the
8  police commander made the decision that, if there was a
9  risk to the personnel in the building, and he didn't
10 think that they could assure that they could themselves
11 evacuate safely should something happen, it would be
12 better to move them out of the building temporarily,
13 stage them nearby so they could respond to any police
14 need, and then come back into the building, you know,
15 once the protests dissipated.
16      Q.  When you found out on the evening of June 8th
17 the police department had evacuated personnel from the
18 East Precinct, were you concerned about long-term
19 difficulties in getting the police back into the
20 precinct?
21      A.  On the 8th, no.  And again, it was -- you know,
22 there was a period of time in there that we thought that
23 they had left kind of a skeleton crew.  When I learned
24 that they had made the decision to -- to remove everyone
25 there temporarily, what I was also told was, the plan

Page 161

out of that area, out of the Capitol Hill and Cal Anderson area, without the assistance of the police department.

In order for the police department to be able to assist in that, a couple different things had to happen. First, the reality was, these protests were against the police, directly against the police, and police presence in that area led to escalation of events and made it more volatile, not less volatile. So we had to reduce the profile as much as we could, and the number of people, until there was a time when Seattle police could lead the event.

Second, we need to de-escalate what was happening in there, period, and get some kind of statis involved, and then move people. In a sense maintain, you know, the s-t-a-t-i-s, not u-s.

So -- so this reflects our reality of, okay, we can't do this overnight. It is incredibly dynamic and complicated. And even when we got to the point that we did do it, you know, Mr. Weaver, I can't tell you enough how complicated that was to marshal that many police officers without the benefit that we normally would have of mutual aid of other police departments, because other police departments did not want to come assist, having to take those people off -- off their regular rotation

Page 162

to get them trained on Judge Jones' order and what their plan would be, to have the Seattle Department of Transportation be ready with heavy machinery and employees, and get them scheduled on a shift, to have Parks employees the same, all in the middle of a global pandemic, when our City workers were already stretched really thin.

And so this was something that took extraordinary amount of planning and preparation. And leading up to that, before we could even begin that operation, we had to have a place that would be successful for the police to operate.

==And that meant trying to de-escalate, have as few people there as possible, and show that we, as the City, were listening to the protests so that they wouldn't escalate for other reasons.==

And again, against the backdrop of -- I was really very fearful, as mayor, that the posture that the president was taking during this period of time, and threatening to send in troops and agents itself was going to escalate the situation.

==So this -- this took an extraordinary amount of coordination, and I think this document reflects from the earliest days, we were really coordinating across departments to see how we could get through each step.==

Page 163

Q. Did I not hear you say earlier -- and correct me if I'm wrong -- that you were concerned about sending the message to people that you were going to clear them out, and you wanted to make sure you weren't sending that message because you were worried what their reaction might be?

A. No, that's -- that's not what I said at all. I said that the -- the reality was -- you asked me about whether the Seattle Department of Transportation was getting pushback from protesters, and the answer to that was yes.

And part of that pushback from those actions was them thinking this was the prelude to pushing everyone out, and that might escalate. So we had to be very cautious to make sure that each step we were taking, we were achieving our goals, and at the same time not either escalating it for the people who were there, or, frankly, calling more people to come, which was, you know, the stated purpose of other people who were trying to get more people to the area. We were trying to do the opposite.

Q. Okay. Can you -- can you point -- can you tell me, if you recall, any specific statement you made prior to June 22, 2020, to the public in any interview, anything, where you indicated that you wanted people to

Page 164

move out and that CHOP needed to have a definite ending?

MR. HARRIGAN: Objection. Multiple and vague.

A. I don't think it's really possible for me to go through every single statement, but I will tell you, I think that my statements were actually very consistent, and the actions of the City were very consistent, if you look.

I had a number of community meetings with community-based organizations, including like the Black clergy and others, to see if they could help us intercede to get people to leave. That was over the whole duration. We were trying to find different approaches throughout.

So I -- you know, I -- I do believe that we were very consistent in both what I was saying and also what the City was doing to really do what I said, which is, look, we've talked about how challenging that operation was to plan. It was very successful, and I think it is proof that the work we did before that actually gave us the ability to do what was needed to be done.

(Exhibit Nos. 10-11 marked.)
BY MR. WEAVER:
Q. Okay. Could you look at Exhibit 9? It's

## Page 181

1  lived out of the state, but I grew up in the area and
2  then returned.
3  **Q. I mean, are you aware of any other time that a**
4  **portion of Capitol Hill was declared an autonomous zone**
5  **by a group of protesters?**
6  A. No. But there's been extended periods of time
7  where Capitol Hill was the subject of long-term protest
8  activity and marches. And as I said, other areas of the
9  city -- we had two areas of the city occupied for a very
10 long period of time, Beacon Hill School, and -- which is
11 now Daybreak Star, which was then Fort Lawton. And so
12 it is not out of the experience of our city to have
13 those protests over a period of time.
14       You know, we had the Occupy protests in the --
15 it was when I was U.S. attorney, because they occupied
16 the street behind my office for many, many, many, many
17 days.
18       And so there's been various times in our city
19 and other cities where there are protests that become
20 long-term protests. At the beginning of this, you know,
21 we did not kind of know what the future would be because
22 we had to be in a position, again, to be where before we
23 could deal with these protesters safely and balancing
24 the interest, respecting the absolute right, First
25 Amendment right, to protest against the public safety

## Page 182

1  and public health issues at the time for -- for the
2  protesters, for the residents, for the visitors, for the
3  businesses.
4        So all of those things we knew we were
5  navigating, but at this moment in time, I thought it was
6  important that we not lose sight that what was being
7  depicted nationally just wasn't accurate, nor was this
8  something that was necessarily outside the ken of what
9  we've dealt with as a city before.
10      **Q. Do you recall an interview with Chris Cuomo on**
11 **CNN on June 12, 2020?**
12      A. I do.
13      **Q. Do you recall that he asked you how long CHOP**
14 **would be allowed to persist? He may have said CHAZ at**
15 **that point; I don't remember.**
16      **And your response was, "We could have a summer**
17 **of love"? Do you recall that?**
18          MR. HARRIGAN: Object to the form.
19      A. Yeah, I think -- I think my answer was actually
20 a little different than that, and -- and that's not the
21 complete answer. And again, I think, if you look at
22 that whole interview, most of the interview was about
23 the fact that Donald Trump said he was going to send the
24 military into Seattle, and that we -- if we didn't take
25 care of it, he was going to take care of it and he would

## Page 183

1  come dominate the streets. And so that had a
2  significant chance of escalating things in our city and
3  in and around Capitol Hill.
4        So the first part of the interview was, look,
5  we know that this is wrong. We know we have to
6  de-escalate. We believe, as a City, that you can
7  balance the interests that we've talked about here
8  today, that you can have First Amendment protests, and
9  at the same time protect public safety.
10       And I think the answer that you cite, the
11 summer of love, my next sentence says, but, Chris, it's
12 really important. We know we need to protect public
13 safety, or something like that.
14       And so it was my -- it was -- he asked when is
15 it going to happen. I think my response was, I don't
16 know. And then I used the inartful phrase, you know,
17 maybe we'll have a summer of love, but that was
18 trying -- again, it was a really bad and inartful way to
19 try to say the depiction of what's happening isn't
20 accurate, and that we know -- because I think it's the
21 next sentence -- I mean, you've probably read the
22 transcript and have it, but I think I immediately pivot
23 to say, but seriously, Chris, we know that we've got to
24 balance public safety.
25 ////

## Page 184

1  BY MR. WEAVER:
2       **Q. So you do remember referring to the summer of**
3  **love, or the potential for summer of love in Seattle?**
4       A. Again, I think my answer was, it's a little
5  more complete that -- that he asked how long is it going
6  to happen? I said I don't know. I then used the really
7  inartful phrase, "could have a summer of love," to try
8  to depict that it's not going to be what the president
9  has represented it as, is -- is anarchy and fires and
10 the like, but then also immediately said, but we also
11 know we have these duties with regard to public safety
12 that we take very seriously.
13      **Q. So do you believe in the totality of your**
14 **comments during that interview you conveyed to the**
15 **public, that you were going to move protesters out soon?**
16         MR. HARRIGAN: Object to the form.
17      A. I think if you look at -- again, we were not,
18 at that juncture, able to say we could do that because
19 the truth was, we could not do that until the Seattle
20 Police Department could lead an operation. Because we
21 couldn't have an operation that successfully would reach
22 that goal until they could.
23      And again, you know, until this time, as again,
24 ==it's a phased approach, we knew we had to try to==
25 ==de-escalate and calm things down. We then had to try to==

Page 185

1  shrink the number of people who were there at the same
2  time that the Seattle Police Department had to come up
3  with a plan that they thought could work, because we
4  knew from experience, watching that when the police
5  entered that area, it could escalate things immediately
6  because they were protests against the police.
7        And we had just finished -- remember, this came
8  about because of a nightly skirmish at that police line
9  between police and protesters. And so we had to be
10 realistic, and I had to really rely on the judgments of
11 Chief Best and her command staff on how and when they
12 could be ready. Because it also involves so many other
13 departments. So no, at that time, I could not say we
14 would move people out quickly because we had to first
15 make sure we could do that.
16 BY MR. WEAVER:
17    Q. Do you recall giving any indication, in that
18 interview or any other interview during that first week,
19 week and a half of CHOP, that there would be a deadline
20 by which the area would be cleared out?
21       MR. HARRIGAN: Objection to the form.
22    A. No. Because it -- and I think, as we've said
23 here today, we couldn't set a deadline. I think it's
24 really important that, number one, if you set a deadline
25 and say, everyone out by X date or we're going to push

Page 186

1  you out, experience would tell us, you're going to
2  invite more people to come because that is typically
3  what happens. It's what happened in Portland night
4  after night after night during the same period of time.
5        And so what you had to do, we thought, using
6  our best judgment as a City, is to take a phased
7  approach that was based on the reality of the
8  circumstances.
9        So in the beginning, when the protesters stayed
10 in the Capitol Hill area, we first had to make sure that
11 we were protecting the safety of the protesters,
12 balancing the public health interest, also protecting
13 the public safety and benefits for the residents and
14 businesses, while we were thinking, how do we, you know,
15 change the profile?
16       So one of the first things -- one of the other
17 exhibits you showed me, you know, SDOT trying to go in
18 and remove all the barriers we could, the bike racks,
19 the this, the that, so that we could reduce the ability
20 of those to be -- so again, a really phased approach,
21 make sure that we could de-escalate it as much as
22 possible, really be attentive to the public health and
23 safety needs, and then work with as many community-based
24 organizations and City people as we could, to get in
25 there to try to address and get people out of the park.

Page 187

1        At the same time the Seattle Police Department
2  has to come up with a plan that will work, and we have
3  to rally all those other departments around it.
4  BY MR. WEAVER:
5     Q. As of -- when do you understand the Seattle
6  Police Department came up with its plan to move people
7  out of the area?
8     A. So the final plan was shortly before July 1. I
9  think one of those other exhibits you showed me, you
10 know, the first briefing they were giving me was right
11 around June 20th, which indicates, you know, they had to
12 be working for days and days before that.
13       And so that -- that was the first -- and it was
14 iterative because we had to both assess not only what
15 the department could do, but it changed. It changed,
16 one, because Judge Jones entered his order on what --
17 what tools and procedures you could use if there were
18 protesters, and so they had to train on what the
19 contours of that order were.
20       You had to take people off their shifts in
21 order to train them, and then they had to then -- when
22 they came up with the actual operational plan, it's my
23 understanding -- I didn't participate in it. You know,
24 they actually go off-site and plan who's the first line?
25 Who's the second line? What do the next ones do?

Page 188

1        And then they have to coordinate with the
2  Seattle Department of Transportation to bring in dozens
3  of trucks and employees, the Parks Department, the
4  Seattle Public Utilities Department.
5        You know, it was a monumental undertaking that
6  was -- you know, at various stages, they were planning
7  the various contours of it, and then they had to look at
8  it to say, will this work? Will this not work? How do
9  we address this, how do we address that.
10    Q. You know, I think you've made clear in more
11 than one -- more than one answer that it was
12 complicated.
13       When do you recall first hearing a plan from
14 the Seattle Police Department as to how they were going
15 to go ahead and move people out? If you don't remember,
16 you can say you don't remember.
17    A. I don't remember the first day that there was a
18 plan, but from the very beginning, Seattle Police
19 Department was assessing what was happening on the
20 ground and whether they thought it would be safe for
21 them to go into the East Precinct. And that was
22 connected with obviously you can't return to the East
23 Precinct unless you have a plan for the area.
24       And so those -- those discussions literally
25 started on the 8th, you know, not in great detail, but

Page 273

1   4:55 p.m.
2         (Deposition concluded at 4:55 p.m.)
3         (Reading and signing was requested
4         pursuant to FRCP Rule 30(e).)
5                     -o0o-

Page 274

1              C E R T I F I C A T E
2
3   STATE OF WASHINGTON
4   COUNTY OF PIERCE
5
6       I, Cindy M. Koch, a Certified Court Reporter in
7   and for the State of Washington, do hereby certify that
8   the foregoing transcript of the deposition of Jenny A.
9   Durkan, having been duly sworn, on December 8, 2021, is
10  true and accurate to the best of my knowledge, skill and
11  ability.
12      IN WITNESS WHEREOF, I have hereunto set my hand
13  and seal this 29th day of December, 2021.
14
15
16
17      _____
18          CINDY M. KOCH, CCR, RPR, CRR
19
20  My commission expires:
21  JUNE 9, 2022