# EXHIBIT 65

## RE: Wall Street Journal inquiry

**From:** "Formas, Stephanie" <stephanie.formas@seattle.gov>
**To:** "Lovett, Ian" <ian.lovett@wsj.com>
**Cc:** MOS_COMMS <mos_comms@seattle.gov>; "EOCPublicInformation, EOCPublicInformation" <eoc.pio@seattle.gov>
**Date:** Fri, 12 Jun 2020 10:38:47 -0700

Mayor did a press conference yesterday and our team can shoot along the statement.

I think the nuance that is important is that there were four barricades around the East Precinct, including Pine and 11th that led to nightly tensions between demonstrators and officers for more than a week. Mayor wanted to remove officers, National Guard and the barriers, which would open access to the roads around the Precincts. She clearly discussed with Chief Best and asked SPD to implement and operationalize that decision on Monday.

**From:** Lovett, Ian <ian.lovett@wsj.com>
**Sent:** Friday, June 12, 2020 10:28 AM
**To:** Formas, Stephanie <Stephanie.Formas@seattle.gov>
**Subject:** Wall Street Journal inquiry

**CAUTION: External Email**

Hi Stephanie,

I'm seeing reports that Mayor Durkan put out a statement about the decision to clear the East Precinct, but I can't find anything on her website. Can you possibly send it to me? Or clarify, if reports of that statement are untrue?

Also, is it possible to get any more details--or, ideally, a quote--about her plan to invest at least $100 million into the community, which was alluded to earlier this week?

Please let me know. Or call me to discuss. I'm at 617.448.9505. Thanks,

Ian

--
Ian Lovett
Reporter
The Wall Street Journal
Los Angeles Bureau
617.448.9505
@iglovett