# EXHIBIT 66

## Re: Mayor Statement on removal of CHAZ Barriers?

**From:** "Hightower, Kamaria" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=8a039fc1e02e4062a840722d96a5a0b2-hightok1">
**To:** Lindsey Major <limajor@sbgtv.com>; "Apreza, Ernesto" <ernesto.apreza@seattle.gov>; &Seattle-KOMO-News-Assignment-Desk <seattle-komo-news-assignment-desk@sbgtv.com>; &Seattle-KOMO-News-Prod-Writers <newsprod@komotv.com>; &Seattle-KUNS-Noticias <noticias@univisionseattle.com>
**Date:** Thu, 11 Jun 2020 18:58:45 -0700

Hi Lindsey - here is a statement you can attribute to me, a spokesperson for Mayor Durkan" *Over the last week, Mayor Durkan requested that Chief Best have SPD prepare a range of operational plans to respond to the protests on Capitol Hill and the continuing public safety issues. On a daily basis, SPD adjusted its tactics trying to reduce conflict points.*

*After events Sunday night, it was clear that the situation needed to be significantly defused and de-escalated. The cycle of conflict between demonstrators and officers was harmful to residents, demonstrators, businesses, officers, our city and the opportunity to make real progress with the community. On Monday, Mayor Durkan concluded the situation could only be deescalate between officers and demonstrators by removing the barriers. After long consultations with Chief Best and SPD, on how to do so in a safe manner, the Mayor directed free access to Pine Street for peaceful demonstrations Monday evening.* ==Because of potential threats to the precinct, SPD Command Staff's operational decision was to remove officers, confidential information, equipment from the East Precinct for safety considerations.==

*The Mayor's expectation is that the City will continue to allow peaceful demonstrations on Capitol Hill, which has been a key Seattle place for free speech and community for decades.*

*City staff, including representatives of the Mayor's Office and department directors have been personally out in the area to work with many of the organizers on sanitation and hygiene and any needs. Chief Best visited the site today with her staff to assess the status of the precinct. The Mayor and the Chief remain committed to working with community and to ensuring public safety. We have seen the best of the Capitol Hill scene reflected in the last few days, including street painting, teach-ins, concerts, spaghetti potluck and movie night. We can and will have both a place for gatherings and protests, and have it safe for the community. The Mayor expects everyone to stand against any acts of violence.*

Thanks,
Kamaria
**From:** Lindsey Major <limajor@sbgtv.com>
**Sent:** Thursday, June 11, 2020 6:34 PM
**To:** Apreza, Ernesto <Ernesto.Apreza@seattle.gov>; Hightower, Kamaria <Kamaria.Hightower@seattle.gov>; &Seattle-KOMO-News-Assignment-Desk <Seattle-

KOMO-News-Assignment-Desk@sbgtv.com>; &Seattle-KOMO-News-Prod-Writers <NewsProd@komotv.com>; &Seattle-KUNS-Noticias <noticias@univisionseattle.com>
**Subject:** Mayor Statement on removal of CHAZ Barriers?

**CAUTION: External Email**

Hi there,

Would you please be able to supply a statement from Mayor Durkan regarding the removal of the barriers up on Capitol Hill? We hear from KING that a statement was released in which Mayor Durkan claimed it was her decision after ambiguity all day regarding who did or didn't make that call. We have not seen that statement.

Thank you, and please "reply all" in your response.

**Lindsey Major**
Assignment Editor | KOMO 4 News
206.404.4145 | limajor@sbgtv.com


KOMO 4 NEWS