# EXHIBIT 68

## RE: East Precinct

**From:** "Mahaffey, Thomas" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=98f176694cde45f6843407e4d8e7c3b8-mahafft">
**To:** "Zwaschka, Andrew" <andrew.zwaschka@seattle.gov>
**Date:** Tue, 09 Jun 2020 19:40:33 -0700

Thanks Andy, this has been a very stressful time and I have had to face situations and make decisions that I would never have imagined. I did mean what I said and that was the direction I really wanted us to go, ==I never wanted us to give up one of our precincts. I, along with the other commanders assigned to the events over the past week realized we could not continue going toe to toe with the crowd at 11 and Pine every night. We were getting too many officers hurt and had no support for our tactics.== I suggested a different strategy that was unfortunately not agreed to by others. I'm still hopeful that the City will not capitulate and we will be able to get back in the East Precinct soon.

B/R,

TM

**From:** Zwaschka, Andrew <Andrew.Zwaschka@seattle.gov>
**Sent:** Monday, June 8, 2020 11:33 PM
**To:** Mahaffey, Thomas <Thomas.Mahaffey@seattle.gov>
**Subject:** RE: East Precinct

Chief, I know you've probably received a lot of emails about the events at the East Precinct and our maintaining security vs moving back in an attempt to de-escalate the situation and remove ourselves as the focal point of aggression.

I know this is something that you have most likely agonized over. From the day I met you as an A/LT and I was an A/Sgt you have always been straight with me and I believe your emails were from the hart and was your intention at the time you sent them.

I support YOU chief. I have sung your praises as have many others in the last day or two. You keep doing what you're doing, despite the absolute cheap shot from the likes of the clerk at the West Precinct I know you have the Officer's and Department's best interests in mind in all you decisions.

Please let me know if there is anything you need that you think I could do for you, get you a radio battery, gas your vehicle, something maybe more important…. I'll get it done.

AZ

**From:** Mahaffey, Thomas <Thomas.Mahaffey@seattle.gov>
**Sent:** Monday, June 8, 2020 3:28 PM
**To:** SPDSWORN <SPDSWORN@Seattle.Gov>
**Subject:** East Precinct

To the Women and Men of the Seattle Police Department,

SEA_00025228

The decision has been made to allow demonstrators to march past the East Precinct later today. Your safety and the security of our facilities are my highest priorities. Additional measures are currently underway to enhance our ongoing efforts to insure the security of our East Precinct and provide for the safety of all our officers.

We will have personnel in place should the need arise to swiftly address acts of violence and/or property destruction.

I want to express my sincere appreciation and admiration for your continued efforts to protect this City and one another during this extremely challenging time.

**Assistant Chief Tom Mahaffey**
**Seattle Police Department**
**Patrol Operations Bureau**
(206)684-5782
https://twitter.com/@SeattlePD
https://spdblotter.seattle.gov/

SEA_00025229