# EXHIBIT 69

## Re: East Pct Options

**From:** "Sano, Eric" <eric.sano@seattle.gov>
**To:** "Mahaffey, Thomas" <thomas.mahaffey@seattle.gov>; "Grossman, Kevin" <kevin.grossman@seattle.gov>; "Grenon, Bryan" <bryan.grenon@seattle.gov>; "Barden, Eric" <eric.barden@seattle.gov>; "Verhoff, Jason" <jason.verhoff@seattle.gov>; "Edwards, Michael" <michael.edwards@seattle.gov>; "Allen, Matthew" <matthew.allen@seattle.gov>; "Kibbee, Todd" <todd.kibbee@seattle.gov>; "GarthGreen, Marc" <marc.garthgreen@seattle.gov>; "Danielson, James" <james.danielson@seattle.gov>
**Date:** Tue, 09 Jun 2020 05:31:51 -0700

Unfortunately, after 20 minutes of discussion, we were unable to make any headway. There truly is no leadership as multiple people approached A/Lt. Geoghagan and me.

==Some were relatively reasonable; others were extremely confrontational and demanded we get off their sovereign land. One individual, in particular was captured on Jeff's BWC and he was open-carry armed with a handgun and exhibited behavior that would warrant an ERPO.==

I will meet whoever at SPOC this morning and debrief you all.

Eric

Get Outlook for Android
**From:** Danielson, James <James.Danielson@seattle.gov>
**Sent:** Tuesday, June 9, 2020 5:23:43 AM
**To:** Mahaffey, Thomas <Thomas.Mahaffey@seattle.gov>; Sano, Eric <Eric.Sano@seattle.gov>; Grossman, Kevin <Kevin.Grossman@seattle.gov>; Grenon, Bryan <Bryan.Grenon@seattle.gov>; Barden, Eric <Eric.Barden@seattle.gov>; Verhoff, Jason <Jason.Verhoff@seattle.gov>; Edwards, Michael <Michael.Edwards@seattle.gov>; Allen, Matthew <Matthew.Allen@seattle.gov>; Kibbee, Todd <Todd.Kibbee@seattle.gov>; GarthGreen, Marc <Marc.GarthGreen@seattle.gov>
**Subject:** East Pct Options

While there are relatively few protesters gathered around the East Precinct, those present ==appear to have dug in and are planning to stay for some duration.== Capt. Sano is hoping to arrange for barricade removal when feasible this morning, but the fortifications put in place by the protesters appear significant and may require a large officer presence to complete safe removal.

Discussed this morning with Capt. Kibbee and Lt. Garth Green the following options:

- Arrange for barricade removal when safe and protesters are few enough in number to be accomplished with early morning resources
- Negotiate an entry to remove property/equipment and complete securing the precinct (including roof)
- Alter duty hours for Gold to facilitate an early morning entry to precinct ("Platoon Thursday") at protesters nadir

In any event, I believe this will require more attention during Gold Shift today.

*Lieutenant James Danielson*
Seattle Police Department | High Risk Victims Section
610 Fifth Ave P.O. Box 34986 Seattle, WA 98124-4986
Main Line: (206) 684-8660 | Desk: (206) 684-4303



**CONFIDENTIALITY NOTICE** The information contained in this communication from the Seattle Police Department High Risk Victims Section (HRVS) is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Seattle Police Department HRVS at (206) 684-4351 to arrange for the return of this information.