# EXHIBIT 73

## 6AM Update - E Precinct (see notes below)

| | |
|---|---|
| **Where:** | 701-801-1211; 591-015-294 |
| **When:** | Wed Jun 10 06:00:00 2020 (America/Los_Angeles) |
| **Until:** | Wed Jun 10 06:30:00 2020 (America/Los_Angeles) |
| **Organisers** | "Nelson, Laurel" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=f1bbaebb6f0a4bed808e0303e8b537f0-nelsonl1"> |
| **Required Attendees:** | "Fong, Michael" <michael.fong@seattle.gov><br>"Ranganathan, Shefali" <shefali.ranganathan@seattle.gov><br>"Sixkiller, Casey" <casey.sixkiller@seattle.gov><br>"Formas, Stephanie" <stephanie.formas@seattle.gov><br>"Auriemma, Anthony" <anthony.auriemma@seattle.gov><br>"Kline, Julie" <julie.kline@seattle.gov><br>"Aisenberg, Kathryn - MOS" <kathryn.aisenberg2@seattle.gov><br>"Apreza, Ernesto" <ernesto.apreza@seattle.gov><br>"Best, Carmen" <carmen.best@seattle.gov><br>"Mahaffey, Thomas" <thomas.mahaffey@seattle.gov><br>"Diaz, Adrian" <adrian.diaz@seattle.gov><br>"Scoggins, Harold D" <harold.scoggins@seattle.gov><br>"Aguirre, Jesús" <jesus.aguirre@seattle.gov><br>"Hara, Mami" <mami.hara@seattle.gov><br>"Goings, Calvin" <calvin.goings@seattle.gov><br>"Zimbabwe, Sam" <sam.zimbabwe@seattle.gov><br>"Mantilla, Andres" <andres.mantilla@seattle.gov><br>"Neafcy, Kenneth" <kenneth.neafcy@seattle.gov> |
| **Optional Attendees:** | "Grove, Kiersten" <kiersten.grove@seattle.gov><br>"Reed, Michelle" <michelle.reed@seattle.gov><br>"Worcester, Ned" <ned.worcester@seattle.gov><br>"Buechler, Chad M" <chad.buechler@seattle.gov> |

(updates since last phone call are highlighted)

**General Updates**

**FOR TOMORROW:** City team 6:00am restart tomorrow, be on site and come up with a plan (strategic objectives) for access and reopening streets. Also need to figure out organizer their goals.

**For Burglaries of a Business Information:** SPD is waiving the requirement of an officer to do an on-scene report. They are advising businesses to file an online police report (titling it a theft or property destruction).

**Today's Objectives**

1. Remove concrete barriers and replace with orange/water barriers including a traffic management plan. (Lead: SDOT, Fire) –
   - 1230: **IN PROGRESS** (including reactivation of the signal/perimeter signals)
   - 1500 update
     § SDOT removed all the concrete barricades

- § Scoggins discussed about softer barricades with some of the organizers
- § 13/Pine is designated EMS ingress that can be most easily accessed.
- § 11th/Pine 3 empty water barricades
- § 11th/Pine north side bike barricades
- § 10th street middle of the block some small cones.
- § Street closed signs put up along perimeter
- § Signal at 11th and Pine unbagged and back on flash.

2. General clean-up of area including the removal of loose dumpers (Lead: SPU) –
    - 1230: **IN PROGRESS, organizers are requesting some dumpsters leave on site. SPU needs a plan for placement. Trying to contact property owners for garbage pickup. Keep the 2 existing dumpsters at Cal Anderson.**
    - 1230: **Street Sweeper** has been canceled.
    - 1500: Loose dumpsters have been collected by owner. 12th &Pike recycle

3. Plan for regular trash pickup cycle at 11th/Pine (Lead: SPU)
    - 1400: *2 dumpsters currently in Cal Anderson Park. SPU adding 2 dumpsters.*
    - 1500: **Additional 1 dumpster at the top of the hill on 13th in front of a closed driveway**
    - 1500 will attempt to get access and get pickup remaining trash

4. Plan for movement and/or removal of port-a-potties including servicing all units in the vicinity (Lead: SPU. Support: SPR, ESF-7).
    - 1500: **Have not gotten an agreement on being able to move all the portapotties. Moving 4 of the 8 portable toilets to Cal Anderson Park. Hans Van Dusen will confirm where and coordinate their movement with Parks**.
    - 1500: **Portapotties at 10th & Pine can be safely serviced.**

5. Develop a communication plan between community site leaders and city service providers (e.g. Fire, SDOT, SPU, SCL, SPU, etc) (Lead: Mayor's Office/Fire)
    - 1230: *Identify the point person/liaison with the community site leader (to be approved by the Mayor (FIRE, MO)*
    - *1400:  SPU at the EOC working on finalizing the back end of the process.*

6. Develop a safety plan for the delivery of city services in the area of 11th / Pine (Lead: Fire. Support: SPU, OEM)—
    - 1230: **Check with Scoggins if one is needed for all City Employees.**

7. Develop communications for City employees and the public (Lead: Mayor's Communications Team)
   - 1230: **Ernie will coordinate: Use SFD, SPU, FAS, OED, SDOT messaging (blog post) of the city's actions, traffic mitigation plan, collect traffic, encouraging peaceful demonstrations. Include clean-up work at Cal Anderson Park.**
   - 1230: **OED is visiting residents in the area.**
   - **1500:**
     - **SPD blotter of their plan for the east precinct operations.**
     - **MO Comms team has a draft on the work that happened this afternoon. It will be** sent out from the JIC later today.
     - **Working on communication messaging with residents. (traffic/vehicle access, fire access)**
     - **Feedback from OED business visits went well. Most were pleased with how things went yesterday.**