# EXHIBIT 75

# RE: Restoration coordination

| | |
|---|---|
| **From:** | "Danne, Carter" <carter.danne@seattle.gov> |
| **To:** | "Green, Gerard" <gerard.green@seattle.gov>; "Zimbabwe, Sam" <sam.zimbabwe@seattle.gov> |
| **Cc:** | "Emery, Adiam" <adiam.emery@seattle.gov>; "Moore, Craig" <craig.moore@seattle.gov>; "Maxie, Rodney" <rodney.maxie@seattle.gov>; "Harold, Michael" <michael.harold@seattle.gov>; DOT_TMC <dot_tmc@seattle.gov>; "EOCPublicInformation, EOCPublicInformation" <eoc.pio@seattle.gov>; "Quirk, Patti" <patti.quirk@seattle.gov> |
| **Date:** | Thu, 11 Jun 2020 17:52:40 -0700 |
| **Attachments:** | Capitol Hill Autonomous Zone.pdf (1.04 MB) |

Attached is a map of the street closures we discussed yesterday. I intentionally left a title off of the map. Please let me know if you'd like any edits/additions, etc.



Carter Danne, P.E., PTOE
Transportation Operations Center Supervisor
City of Seattle, Department of Transportation
O: 206-733-9789 | M: 206-949-9867 | F: 206-684-3272 | carter.danne@seattle.gov
Blog | Facebook | Twitter | Instagram | YouTube | Flickr

---

**From:** Green, Gerard <Gerard.Green@seattle.gov>
**Sent:** Thursday, June 11, 2020 12:42 PM
**To:** Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>
**Cc:** Danne, Carter <Carter.Danne@seattle.gov>; Emery, Adiam <Adiam.Emery@seattle.gov>; Moore, Craig <Craig.Moore@seattle.gov>; Maxie, Rodney <Rodney.Maxie@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>; EOCPublicInformation, EOCPublicInformation <eoc.pio@seattle.gov>
**Subject:** Re: Restoration coordination

Received.

SDOT

---

**From:** Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>
**Sent:** Thursday, June 11, 2020 12:19:09 PM
**To:** Green, Gerard <Gerard.Green@seattle.gov>
**Cc:** Danne, Carter <Carter.Danne@seattle.gov>; Emery, Adiam <Adiam.Emery@seattle.gov>; Moore, Craig <Craig.Moore@seattle.gov>; Maxie, Rodney <Rodney.Maxie@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>; EOCPublicInformation, EOCPublicInformation <eoc.pio@seattle.gov>
**Subject:** Re: Restoration coordination

Please hold any activity until I give authorization.

Thanks,

Sam

Sent while away from my desk
Cell/text: 206-300-4176

On Jun 11, 2020, at 12:18 PM, Green, Gerard <Gerard.Green@seattle.gov> wrote:

MOD needs confirmation from Sam or Rodney, before we send crews to the east precinct area.

SDOT

**From:** Danne, Carter <Carter.Danne@seattle.gov>
**Sent:** Thursday, June 11, 2020 12:15:38 PM
**To:** Emery, Adiam <Adiam.Emery@seattle.gov>; Moore, Craig <Craig.Moore@seattle.gov>; Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>
**Cc:** Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>; EOCPublicInformation, EOCPublicInformation <eoc.pio@seattle.gov>
**Subject:** RE: Restoration coordination

For everyone's awareness, the TOC was just contacted by SPD with a request for SRT to remove barricades in the Pine/12th/10th area. Mohammed has forwarded the request to MOD. We do have the SPD officer's number to call if we need further info.

Is this consistent with the information you all have currently?

<image001.jpg>
Carter Danne, P.E., PTOE
Transportation Operations Center Supervisor
City of Seattle, Department of Transportation
O: 206-733-9789 | M: 206-949-9867 | F: 206-684-3272 | carter.danne@seattle.gov
Blog | Facebook | Twitter | Instagram | YouTube | Flickr

**From:** Emery, Adiam <Adiam.Emery@seattle.gov>
**Sent:** Thursday, June 11, 2020 8:01 AM
**To:** Moore, Craig <Craig.Moore@seattle.gov>; Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>; Danne, Carter <Carter.Danne@seattle.gov>
**Cc:** Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>; EOCPublicInformation, EOCPublicInformation <eoc.pio@seattle.gov>
**Subject:** RE: Restoration coordination

Thank you Craig, we will update you with changes..

**From:** Moore, Craig <Craig.Moore@seattle.gov>
**Sent:** Wednesday, June 10, 2020 4:32 PM
**To:** Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>; Danne, Carter <Carter.Danne@seattle.gov>
**Cc:** Emery, Adiam <Adiam.Emery@seattle.gov>; Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>; EOCPublicInformation, EOCPublicInformation <eoc.pio@seattle.gov>
**Subject:** RE: Restoration coordination

We will communicate these as full closures to our mapping and navigation partners for now.

If the status of certain blocks changes and more access becomes possible we will communicate those as changes to the full closures.

Craig Moore
SDOT Street Use Data and GIS
O: 206-684-5099 | SMT 2363C

**From:** Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>
**Sent:** Wednesday, June 10, 2020 4:27 PM
**To:** Danne, Carter <Carter.Danne@seattle.gov>
**Cc:** Emery, Adiam <Adiam.Emery@seattle.gov>; Moore, Craig <Craig.Moore@seattle.gov>; Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>; EOCPublicInformation, EOCPublicInformation <eoc.pio@seattle.gov>
**Subject:** RE: Restoration coordination

Are you asking how it is or how we would like it to be? I would LOVE to get to a "Stay Healthy Streets" approach, perhaps a little upgraded. And eventually I still think there needs to be some traffic on Pine, like the 11 bus, for example…

Right now, it's a little bit more chaotic. The organizers have people at most times at most of those barriers because they are still paranoid that someone is going to come to do them harm. So they really aren't "open" to anyone except through checking in with the person at the barrier. That's not sustainable, but it is the way it is right now.

Sam

**From:** Danne, Carter <Carter.Danne@seattle.gov>
**Sent:** Wednesday, June 10, 2020 4:24 PM
**To:** Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>
**Cc:** Emery, Adiam <Adiam.Emery@seattle.gov>; Moore, Craig <Craig.Moore@seattle.gov>; Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>; EOCPublicInformation, EOCPublicInformation <eoc.pio@seattle.gov>
**Subject:** RE: Restoration coordination

SEA_00091464

OK, something more like this perhaps?

<image005.png>

<image004.jpg>
Carter Danne, P.E., PTOE
Transportation Operations Center Supervisor
City of Seattle, Department of Transportation
O: 206-733-9789 | M: 206-949-9867 | F: 206-684-3272 | carter.danne@seattle.gov
Blog | Facebook | Twitter | Instagram | YouTube | Flickr

**From:** Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>
**Sent:** Wednesday, June 10, 2020 3:56 PM
**To:** Danne, Carter <Carter.Danne@seattle.gov>
**Cc:** Emery, Adiam <Adiam.Emery@seattle.gov>; Moore, Craig <Craig.Moore@seattle.gov>; Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>
**Subject:** Re: Restoration coordination

Hmm. Sort of? But it's likely going to be escorted. We had garbage trucks circulating within there this morning. Private cars would probably not be able to get onto Pine.

---

Sent while away from my desk
Cell/text: 206-300-4176

On Jun 10, 2020, at 3:52 PM, Danne, Carter <Carter.Danne@seattle.gov> wrote:

Sam, quick question on this – if a vehicle drives into the area via the 12th & Pike local street closure, does it have full ability to circulate on all of the streets behind the hard closures?

<image002.png>

<image006.jpg>
Carter Danne, P.E., PTOE
Transportation Operations Center Supervisor
City of Seattle, Department of Transportation
O: 206-733-9789 | M: 206-949-9867 | F: 206-684-3272 | carter.danne@seattle.gov
Blog | Facebook | Twitter | Instagram | YouTube | Flickr

**From:** Emery, Adiam <Adiam.Emery@seattle.gov>
**Sent:** Wednesday, June 10, 2020 3:25 PM
**To:** Moore, Craig <Craig.Moore@seattle.gov>; Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>; Danne, Carter <Carter.Danne@seattle.gov>

**Cc:** Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>
**Subject:** RE: Restoration coordination

The roads are already closed it is hard for us to determine end date as this issue is dynamic and changes daily…. But we can provide information to the mapping partners as soon as it is available to us..

**From:** Moore, Craig <Craig.Moore@seattle.gov>
**Sent:** Wednesday, June 10, 2020 3:14 PM
**To:** Emery, Adiam <Adiam.Emery@seattle.gov>; Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>; Danne, Carter <Carter.Danne@seattle.gov>
**Cc:** Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>
**Subject:** Re: Restoration coordination

What the timing for these closures? Starting and ending, if an ending has been determined.

Craig

Get Outlook for iOS

**From:** Emery, Adiam <Adiam.Emery@seattle.gov>
**Sent:** Wednesday, June 10, 2020 3:00:35 PM
**To:** Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>; Danne, Carter <Carter.Danne@seattle.gov>
**Cc:** Moore, Craig <Craig.Moore@seattle.gov>; Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>
**Subject:** RE: Restoration coordination

Sam & Michael,

Once we create the map could TOC share the information via twitter as we normal share road closure information?

Adiam

**From:** Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>
**Sent:** Wednesday, June 10, 2020 2:40 PM
**To:** Danne, Carter <Carter.Danne@seattle.gov>
**Cc:** Moore, Craig <Craig.Moore@seattle.gov>; Emery, Adiam <Adiam.Emery@seattle.gov>; Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>
**Subject:** Re: Restoration coordination

Here is a quick sketch of the closures. 11th/12th and Pine between 10th and 13th are all closed.

\<image007.jpg\>

Sent while away from my desk
Cell/text: 206-300-4176

On Jun 10, 2020, at 2:31 PM, Danne, Carter <Carter.Danne@seattle.gov> wrote:

Craig,

This is the best available information that we have currently on the street closures for general purpose vehicle traffic in Capitol Hill near Cal Anderson Park. ==Would you please update maps and interested parties that rely upon our map data?== (E.g., Google, SND/Street Name Database, etc.)

Capitol Hill Street Closures

|  |  |
|---|---|
| Documentation Date: | 6/10/2020 |
| Documentation Time: | 14:00 |

**Street Closures for General Purpose Vehicles**

| COMPKEY | Description |
|---|---|
| 14601 | E PINE ST BETWEEN 10TH AVE AND 11TH AVE |
| 14637 | E PINE ST BETWEEN 11TH AVE AND 12TH AVE |
| 14638 | E PINE ST BETWEEN 12TH AVE AND 13TH AVE |
| 1383 | 11TH AVE BETWEEN E PINE ST AND E OLIVE ST |
| 1382 | 11TH AVE BETWEEN E PIKE ST AND E PINE ST |
| 1547 | 12TH AVE BETWEEN E PINE ST AND E OLIVE ST |
| 1546 | 12TH AVE BETWEEN E PIKE ST AND E PINE ST |

Note: Gerard Green has advised that some of boundaries may be on the move due to conversations occurring with business owners. So, please note that this is a SnapShot.

Please let me know if you have any questions or comments.

Thank you,

&lt;image003.jpg&gt;
Carter Danne, P.E., PTOE
Transportation Operations Center Supervisor
City of Seattle, Department of Transportation
O: 206-733-9789 | M: 206-949-9867 | F: 206-684-3272 | carter.danne@seattle.gov
Blog | Facebook | Twitter | Instagram | YouTube | Flickr

**From:** Green, Gerard &lt;Gerard.Green@seattle.gov&gt;
**Sent:** Wednesday, June 10, 2020 2:00 PM
**To:** Danne, Carter &lt;Carter.Danne@seattle.gov&gt;
**Subject:** Fwd: Restoration coordination

FYI, we only added planters to the east side of 10th & Pine street.
SDOT

**From:** VanDusen, Hans &lt;Hans.VanDusen@seattle.gov&gt;
**Sent:** Wednesday, June 10, 2020 6:07:19 AM
**To:** Jainga, Jon &lt;Jon.Jainga@seattle.gov&gt;; Spaulding, Marc &lt;Marc.Spaulding@seattle.gov&gt;; Beauregard, Idris &lt;Idris.Beauregard@seattle.gov&gt;; Furuto, Joey &lt;Joey.Furuto@seattle.gov&gt;; Paulus, Melissa &lt;Melissa.Paulus@seattle.gov&gt;; Sweeney, Karen &lt;Karen.Sweeney@seattle.gov&gt;; Byers, Susan &lt;Susan.Byers@seattle.gov&gt;; Green, Gerard &lt;Gerard.Green@seattle.gov&gt;; Morgan, Darren &lt;Darren.Morgan@seattle.gov&gt;; Borer, Nick &lt;Nick.Borer@seattle.gov&gt;
**Subject:** Restoration coordination

FYI street end barricades after yesterday

&lt;IMG_0464.jpg&gt;

**Restoration coordination**
Scheduled: Wednesday, Jun 10, 2020 from 6:30 AM to 7:00 AM
Location: Skype Meeting
Invitees: Jainga, Jon, Spaulding, Marc, Beauregard, Idris, Furuto, Joey, Paulus, Melissa, Sweeney, Karen, Byers, Susan, Green, Gerard, Morgan, Darren, Borer, Nick

Hans Van Dusen
Solid Waste Contracts Manager
Seattle Public Utilities
(206) 310-0341
&lt;Street Closures.xlsx&gt;

