# EXHIBIT 78

## Re: KIRO7 request - Mayor statement on CHOP shooting

**From:** "Hightower, Kamaria" <kamaria.hightower@seattle.gov>
**To:** "Sun, Deedee (CMG-Seattle)" <dsun@kiro7.com>; "Formas, Stephanie" <stephanie.formas@seattle.gov>
**Cc:** "_Tips, News (CMG-Seattle)" <newstips@kiro7.com>
**Date:** Mon, 29 Jun 2020 15:36:14 -0700

Hi Deedee. Thanks for reaching out on this. Please attribute to a spokesperson for Mayor Durkan: The Mayor and Chief Best have been meeting regularly regarding the situation on Capitol Hill, including last night. Early this morning, there was another shooting on Capitol Hill that resulted in yet another fatality and seriously injured person. SPD and SFD can provide additional details regarding their actions on site.

Most individuals previously participating in the Capitol Hill demonstrations have been peaceful, and have protested in support of the message that all Black Lives Matter. Indeed, over the last month thousands of people, including families, have visited the area and shown their support for the messages of equity and change.

Unfortunately, that message has been undermined by the violence in the area. The area has increasingly attracted more individuals bent on division and violence, and it is risking the lives of individuals. There has been unacceptable behavior by individuals who are preventing city employees from doing their job.

The Mayor met four days ago with many of the demonstrators to discuss her continued safety concerns and asked individuals to depart for their safety and the safety of the community. She also highlighted the work the City is doing to make generational changes in policing and community investments. The violence that has transpired over recent days does not allow us to accomplish this work.

==Over the last week, with the city's help and urging, hundreds of individuals have departed the area. The dozens that still remain at the East Precinct and Cal Anderson Park are also being urged to leave.== Multiple service providers and City departments have dispatched a wide range of social services to help individuals with needs move out of Capitol Hill area and if experiencing homelessness, provide access to shelter or temporary housing. In addition, outreach efforts with service providers including health care, food resources, access to COVID-19 testing, and mental and behavioral health services. The City is on site today asking individuals to depart and offering resources.

Over the weekend, artists and demonstrators began cataloguing and removing plywood to preserve art for future installations. Operational planning to remove some barriers and allow vehicle traffic is ongoing. In addition, Seattle Parks and Recreation and Office of Arts & Culture will be working with a range of stakeholders to memorialize at Cal Anderson park aspects of the community protests, such as a garden, art and speaker's corner.

SFD and SPD's priority is to ensure the safety of those in and around the Capitol Hill area.
Best,

Kamaria

**From:** Hightower, Kamaria <Kamaria.Hightower@seattle.gov>
**Sent:** Monday, June 29, 2020 9:04 AM
**To:** Sun, Deedee (CMG-Seattle) <dsun@kiro7.com>; Formas, Stephanie <Stephanie.Formas@seattle.gov>
**Cc:** _Tips, News (CMG-Seattle) <newstips@kiro7.com>
**Subject:** Re: KIRO7 request - Mayor statement on CHOP shooting

Hi Deedee - thanks for reaching out. Flagging for you that Chief Best is hosting a media avail now (9 am) at 12th and Pine. We will loop back with you later about any additional availability for today.
Thanks,
Kamaria


**From:** Sun, Deedee (CMG-Seattle) <dsun@kiro7.com>
**Sent:** Monday, June 29, 2020 7:45 AM
**To:** Formas, Stephanie <Stephanie.Formas@seattle.gov>; Hightower, Kamaria <Kamaria.Hightower@seattle.gov>
**Cc:** _Tips, News (CMG-Seattle) <newstips@kiro7.com>
**Subject:** KIRO7 request - Mayor statement on CHOP shooting

CAUTION: External Email

Good morning, Stephanie,

We are hoping for a comment from the Mayor about the latest CHOP deadly shooting. Is the Mayor available for an on camera this morning? Is Chief Best available? (I've also put in the request with SPD on this one.)

What is next for CHOP from the city perspective? What does the Mayor have to say about another round of gun violence in the protest zone?

Our deadline is at noon.

Thank you,

Deedee Sun
207-718-9660

Sent from my iPhone

SEA_00081429