# EXHIBIT 79

## RE: CNN inquiry - Mayor statement

**From:** "Apreza, Ernesto" <ernesto.apreza@seattle.gov>
**To:** "Rappard, Anna-Maja" <anna-maja.rappard@turner.com>
**Cc:** "Simon, Dan" <dan.simon@turner.com>; "Hightower, Kamaria" <kamaria.hightower@seattle.gov>; "Kellogg, Chelsea" <chelsea.kellogg@seattle.gov>
**Date:** Fri, 26 Jun 2020 12:00:12 -0700

Hi Anna-Maja,

Please see below for a statement you can attribute to a Mayor's office spokesperson.

Ernie

City staff from multiple departments initiated efforts early in the morning to continue the recovery of the Capitol Hill neighborhood, with the goal of removing some additional barriers blocking the roadways and cleaning up Cal Anderson Park. These efforts also include dispatching a wide range of social services to encourage those living overnight in Cal Anderson to begin leaving the area or, if experiencing homelessness, to take an offer for shelter. Many individuals have already departed the area to join in community led events across the City.

==Once this work commenced to remove some of the barriers blocking roadways, City workers were met with significant resistance by protesters, who grew increasingly agitated and aggressive towards City workers from SPR, SDOT and SPU.== Safety is the City's first priority, and planning is ongoing for how to safely transition the Capitol Hill area.

The City has been deploying additional resources this week and on site every day. For any individuals who have been attending demonstrations and may need City resources, the Human Services Department and Public Health – Seattle & King County have been on Capitol Hill leading outreach efforts with service providers and established a Resource Hub to connect individuals with access to shelter, health care, food resources, access to COVID-19 testing, and mental and behavioral health services. Today, the departments will join BLMSKC Community Health Services Day, which includes free health and wellness resources and services for all community, organized by BLMSKC and partners, including Public Health Seattle King-County, Country Doctor, Odessa Brown, Carolyn Downs, Urban League of Metropolitan Seattle, Seattle Parks and Recreation, Seattle Human Services Department, and Mary's Place.

SPD had no plans to return to the East Precinct today.

-----Original Message-----
From: Rappard, Anna-Maja <Anna-Maja.Rappard@turner.com>
Sent: Friday, June 26, 2020 11:57 AM
To: Apreza, Ernesto <Ernesto.Apreza@seattle.gov>
Cc: Simon, Dan <Dan.Simon@turner.com>
Subject: CNN inquiry - Mayor statement

CAUTION: External Email

Hi Ernie,
Can you send us the statement from the Mayor on the Chop today and plans going forward?

Thanks
Anna-Maja
+13478806160
CNN

Sent from my iPhone

SEA_00042298