# EXHIBIT 81

| | |
|---|---|
| **Message** | |
| **From:** | Michael Malone [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D38FDC2BD2044FEAA3C2550819EE7D70-MICHAEL] |
| **Sent:** | 7/1/2020 11:31:28 PM |
| **To:** | Barbara Malone [barbaracmalone1@comcast.net] |
| **Subject:** | Fwd: |

Michael J Malone
iPhone
michael@hunterscapital.com

Begin forwarded message:

From: "Best, Carmen" <carmen.best@seattle.gov>
Date: July 1, 2020 at 4:07:43 PM PDT
To: Michael Malone <Michael@hunterscapital.com>
Subject: RE:

Thank you Mike, I appreciate it!

-----Original Message-----
From: Michael Malone [mailto:Michael@hunterscapital.com]
Sent: Wednesday, July 01, 2020 7:34 AM
To: Best, Carmen <Carmen.Best@seattle.gov>
Subject:

CAUTION: External Email

Carmen,
Nice work Carmen!!!
Thank you so very much!
I'm watching from the roof of our apartment building.
Now, let's get our ladies and gentlemen back in their building!!
Thank you, you've done a great job under the most difficult of circumstances!

Mike

Michael J Malone
iPhone
michael@hunterscapital.com