# EXHIBIT 83

HUNTERS CAPITAL
Case 2:20-cv-00983-TSZ   Document 75-83   Filed 02/07/22   Page 2 of 4

EXHIBIT 150
Oaksmith
1/20/2022
Lauren Harty, CCR

| Message | |
|---|---|
| From: | Jill Cronauer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=91572F2805FF4209A5967A6F23875FA9-JILL] |
| Sent: | 6/25/2020 5:08:45 PM |
| To: | arora.nitika93@gmail.com |
| CC: | kayla Stevens (kayla@hunterscapital.com) [kayla@hunterscapital.com]; Carolann Wheelis [Carolann@hunterscapital.com] |
| Subject: | FW: CHOP - Dissapointed |

Good Morning Nitika,

Thank you for taking the time to expressed your opinion, I hope my response to your concerns helps to put you at ease at least, as it relates to the building where you live.

We support the Black Lives Matter movement and the charge for aggressive reform of the police and apologize that this is has not been not clear. We are working on telling our story better. We do and have invested in community organizations whose missions are aligned with these efforts. Our CEO and founder has sat on the board of the Northwest African American Museum since inception. He sat on the Capitol Housing board for a decade, I took his place two years ago and am now sitting Secretary. We are an annual sponsor at the Seattle Central Foundation Fundraiser, specifically donating to the scholarship fund. SCC mostly serves marginalized communities and students of color. Kayla is involved in their mentorship program. Hunters Capital also supports University Beyond Bars, an organization that confronts systemic racism and provides a solution by educating incarcerated students with college level classes. I am sharing this with you not in an attempt to justify what we have done in the past, or are currently are doing, is enough. We are exploring ways to support BLM directly and for a length of time. Community is not something we strive for, it is a part of who we are.

We have been working very hard for our residents and tenants these last several months. All of our properties are densely set in Capitol Hill. Many of the retailers and restaurants you see on the street are in our buildings. As you know COVID-19 has had a near catastrophic economic effect on them. Because we have so many tenants in this neighborhood, we are keenly aware the retail vitality of this neighborhood is strongly correlated to the success of our tenants and must do everything we can to help them survive. Early June King County moved us into phase 1.5. The tenants of 4 of our properties in or adjacent to CHAZ/CHOP, could not. We are now in phase 2. These tenants in and adjacent to CHOP, for the most part, are still operating in phase 1, if open at all.

I am relieved to know that the protests have been only an annoyance for you. Many of your fellow residents have had a very different experience including harassment, violence, threats, inability to receive necessary items like medicine and food. Residents who are immune compromised has felt trapped in their apartment for almost a month. Yesterday we found a stray bullet had come through a tenant's window next door. These experiences have caused trauma and psychological distress.

Weeks of daily emails to our city's officials sharing the stores of residents and tenants have been met with silence. It's true that the mayor, city and CHOP organizers no longer support this protest taking place in our neighborhood. We are hopeful that those who remain will respect the message to move the movement on line and protest in other areas, and if here, not at night. But our trust in the city's ability to manage this is weak.

I have read through most of the complaint on the Black Lives Matter lawsuit and it is impressive and important work, thank you.

If we hosted a time and place for our small Broadway Building community to gather for education and bring awareness in a meaningful way, would you be willing to lead the discussion? We are open to your suggestions to do more.

Nikita, I am also available to talk, anytime. My cell is (206) 300-6995.

Best regards,

Jill Cronauer

Get Outlook for iOS

---

**From:** Nitika Arora <arora.nitika93@gmail.com>
**Sent:** Wednesday, June 24, 2020 9:41 PM
**To:** Kayla Stevens; Carolann Wheelis
**Subject:** CHOP - Dissapointed

Good Evening,

I want to share my disappointment in learning that Hunters Capital has chosen to use the money we pay you to initiate legal proceedings against the City for not disbanding CHOP, which seems to be unraveling anyway as a result of non-violent negotiations between the City and organizers. Especially when Hunters Capital has not exhibited any meaningful condemnation of police brutality or support of the anti-racist movement.

I am a resident who considered not renewing my lease due to CHOP—but I did renew because the city seemed to have been taking a responsible approach to winding it up (cf. their response to non-violent protests leading up to CHOP). And that is exactly what seems to be the case as of today—the date you filed your lawsuit.

None of your emails to your residents have demonstrated *any* condemnation of the systemic injustice this country has levied against Black Americans—the same injustice that sparked these protests in all 50 states and CHOP itself—apart from fleeting lip service in your emails to some general solidarity with the anti-racist movement.

I am dissapointed at how this company chose to address this situation in such a tone deaf and irresponsible way.

Against the backdrop of other Capitol Hill businesses making the news for engaging in racist and shameful reactions to CHOP (*see* Momiji), I hope you understand how distasteful your decision to sue comes off when Hunters Capital has made no efforts to address the pain at the heart of this issue.

I hope to counter-balance your decision to funnel our rental payments into lawsuits against the city you will also donate a significant sum to organizations supporting police reform and the anti racist movement. Else, your message is clear: you prioritize property over black lives.

Note, I recognize your right to sue the city. I am an attorney on the case team suing Seattle on behalf of Black Lives Matter. I recognize you may have incurred a financial loss as a result of CHOP. But if Hunters Capital does not recognize what is happening in this country is bigger than property damage or pecuniary loss—it is severely out of touch with reality.

Please do better.

—
**Nitika Arora**


On Jun 23, 2020, at 12:23, Kayla Stevens <kayla@hunterscapital.com> wrote:

Good Afternoon,

I wanted to send a quick update abut CHOP in light if the recent events that occurred this weekend. Hunters capital has been directly in touch with the Mayor and her office in efforts to resolve the issues with the events occurring at CHOP. While we cannot disclose the particulars of this meeting or subsequent action, we are confident that there is resolution on the horizon.

     We thank you for your patience and understanding during this trying time and want you to know that we have your best interests in mind while we are navigating this unprecedented situation.

Thank you,

Kayla Stevens
Senior Community Manager
Broadway Building and Dunn Motors Building
206-323-1500 | 206-257-1999
<image001.jpg>
Like us? Yelp or Google Review here!

CONFIDENTIAL

CHOP-0015397