# EXHIBIT 85



Estimated losses for Bergman's Lock & Key

Reduced sales due to reduced hours and foot traffic at $1,000 per day of CHOP - $19,000

Estimated cost of supplies to board up and repaint building - $800

CONFIDENTIAL                                                                                                                                                                 CHOP-0008655