# EXHIBIT 86

SWAY AND CAKE

ROUGH & ASSOCIATES
TAMARA KILBURN
5/7/21
**20**

June-December Losses 2020

| The below is loss of Revenue Due to Chaz/Chop Closures and the aftermath it has dent Capitol Hill Neighborhood | | | | | |
|---|---|---|---|---|---|
| | | Percentage decrease from LY | Percentage decrease in store sales LY | | |
| June (Forced Closure ) | | | | | |
| Revenue | | | | | |
| Wages | | | | | |
| Rent | | | | | |
| Ads | | | | | |
| Aged inventory (30%) | | | | | |
| July  Losses Revenue | | | | | |
| August Losses Revenue | | | | | |
| September Losses Revune | | | | | |
| October Losses Revenue | | | | | |
| November Losses Revenue | | | | | |
| December Losses Revenue | | | | | |
| Total | 169,765.54 | | | | |

**Confidential**

1

CONFIDENTIAL                                                                                                                                    CHOP-0005395