# EXHIBIT 87

| Olive st Apartments LLC, Costs to date march 1, 2021 | June Expenses | July Expenses | august | september | october | november | december |
|---|---|---|---|---|---|---|---|
| Vacancy | $ 5,940.00 | $ 7,935 | $ 7,935 | $ 7,935 | $ 5,940 | $ 9,330 | $ 9,330 |
| security staffing | $ 6,910.00 | | | | | | |
| admistration time | $ 960.00 | | | | | | |
| saftey equipment | $ 725.00 | | | | | | |
| Garffiti removal | $ 500.00 | | | | | | |
| emotional distress | $ 10,000.00 | | | | | | |
| total month cost | $ 25,035.00 | $ 7,935.00 | $ 6,000.00 | $ 7,935.00 | $ 5,940.00 | $ 9,330.00 | $ 9,330.00 |
| total to date costs | | $ 71,505.00 | | | | | |

ROUGH & ASSOCIATES
JOSEPH WANAGEL
5/21/21
**45**

CONFIDENTIAL

CHOP-0004900