# EXHIBIT 89

Rough & Associates
**BILL DONNER**
11/16/21
**91**

The Richmark Company (Richmark Label)

**CHOP Total Losses To Date - (Assuming CHOP Ends tomorrow)**

|  |  | 7.5.20 |  |  |  | Losses |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | June | July | August | September | October | November | December | 2021 | TOTAL |
| **Residential Losses** | None | - |  |  |  |  |  |  |  | - |
|  |  |  |  |  |  |  |  |  |  | - |
|  |  |  |  |  |  |  |  |  |  | - |
| **Commerical Losses** | **Richmark Label** |  |  |  |  |  |  |  |  | - |
|  | Sales loss due to closure | 61,310.80 |  |  |  |  |  |  |  | 61,310.80 |
|  | Sales loss due to related sales productivity decrease | 64,376.35 |  |  |  |  |  |  |  | 64,376.35 |
|  | Security Maintenance | 3,165.38 |  |  |  |  |  |  |  | 3,165.38 |
|  | Shipping Charges Due to CHOP |  | 882.82 |  |  |  |  |  |  | 882.82 |
|  |  |  |  |  |  |  |  |  |  | - |
|  | **Tenant Spaces** |  |  |  |  |  |  |  |  | - |
|  | Tenant A1 - Waived July Rent - lack of safety | 1,271.00 |  |  |  |  |  |  |  | 1,271.00 |
|  | Tenant A2 - Inability to lease space | 145.00 |  |  |  |  |  |  |  | 145.00 |
|  | Tenant A3 - Waived July Rent - lack of safety | 265.00 |  |  |  |  |  |  |  | 265.00 |
|  | Tenant A4 - Waived 2/3 of July Rent - lack of safety |  | 9,583.33 |  |  |  |  |  |  | 9,583.33 |
|  | Tenant A4 - Private Security |  |  |  | 750.00 |  |  |  |  | 750.00 |
|  |  |  |  |  |  |  |  |  |  | - |
| **Parking** | Loss of parking rents | 7,632.13 |  |  |  |  |  |  |  | 7,632.13 |
|  |  |  |  |  |  |  |  |  |  | - |
|  |  |  |  |  |  |  |  |  |  | - |
| **Staffing** | Increased Maintenance Costs | 1,039.24 |  |  |  |  |  |  |  | 1,039.24 |
|  | Increased Executive and Management Costs | 10,714.09 |  |  |  |  |  |  |  | 10,714.09 |
|  | Private Security | 2,000.00 | 4,000.00 |  |  |  |  |  |  | 6,000.00 |
|  |  |  |  |  |  |  |  |  |  | - |
| **Graffiti/clean up** | Graffiti removal and painting (Vendor Estimate, Pending) |  |  |  |  |  |  |  | 50,000.00 | 50,000.00 |
|  |  |  |  |  |  |  |  |  |  | - |
|  |  |  |  |  |  |  |  |  |  | - |
|  | Total Losses expected TO DATE: (Assuming CHOP ends tomorrow) | 151,918.99 | 14,466.15 | - | 750.00 | - | - | - | 50,000.00 | 217,135.15 |

June:
Sales loss due to closure
Based on May Sales      1,287,527.00
21 production days      61,310.81

Sales loss due to related sales productivity decrease
Based on May Sales      1,287,527.00
     5%      64,376.35

Increased Maintenance Costs
Tear Gas
Based on Hourly Wages - Hours - Taxes      7.7%

| | Rate/Hr | | | Taxes | |
|---|---|---|---|---|---|
| Emp A | 50.38 | 2 | 100.76 | 7.76 | 108.52 |
| Emp B | 39.35 | 2 | 78.70 | 6.06 | 84.76 |
| Emp C | 34.84 | 2 | 69.68 | 5.37 | 75.05 |

Parking Lot

| | | | | | |
|---|---|---|---|---|---|
| Emp A | 50.38 | 4 | 201.52 | 15.52 | 217.04 |
| Emp D | 27.81 | 4 | 111.24 | 8.57 | 119.81 |

Managing Employee Parking

| | | | | | |
|---|---|---|---|---|---|
| Emp A | 50.38 | 5 | 251.90 | 19.40 | 271.30 |

Managing Garbage Pickup

| | | | | | |
|---|---|---|---|---|---|
| Emp A | 50.38 | 3 | 151.14 | 11.64 | 162.78 |
| Total | | | | | 1,039.24 |

Private Security
Contractor A      2,000.00

Increased Executive and Management Costs
Managing Access for Vendors
Based on Hourly Wages - Hours - Taxes

| | | | | | |
|---|---|---|---|---|---|
| Emp E | 88.00 | 2 | 176.00 | 13.55 | 189.55 |
| Emp F | 66.59 | 1 | 66.59 | 5.13 | 71.72 |

Interface with City and Attorneys

| | | | | | |
|---|---|---|---|---|---|
| Emp G | 203.99 | 30 | 6,119.70 | 471.22 | 6,590.92 |

Managing Issues & Staff

| | | | | | |
|---|---|---|---|---|---|
| Emp G | 203.99 | 10 | 2,039.90 | 157.07 | 2,196.97 |
| Emp E | 88.00 | 10 | 880.00 | 67.76 | 947.76 |
| Emp F | 66.59 | 10 | 665.90 | 51.27 | 717.17 |
| Total | | | | | 10,714.09 |

Loss of parking rents
Based upon June last year      7,632.13

July:
Cleaning & Repainting      50,000.00

Private Security
Contractor A      4,000.00

Shipping Redelivery Charges      738.81
Cause by Sudeen Closure
Shipper Unable to Deliver to CHOP      77.01
     67.00
Had to use Alternate Carrier

September:
Tenant A4 during continued riots
asked for 50/50 on private security      750.00
Apparently Not Yet Paid