# EXHIBIT 90



John McDermott ███████████████████████

To whom it may concern,

Due to the Governor for State of Washington and the city of Seattle's lack of leadership and failure to provide protection and order according to the State and city Constitution. Car Tender and the Capital hill neighborhood have been under siege since the night of May 29, 2020. The city helped and provided services to and encouraged the establishment of the chop/ chaz zone. As the Mayor stated the summer of love protests.

Car Tender was broken into on the night of June, 14th 2020 by a person from the Chop/Chaz zone. He started a fire at the service wright up counter. Took cash front the cash drawer and stole several thousand dollars of keys to cars that required to be rekeyed.  Property damage to the building and to the security fence. One of the medic's from the Chop/Chaz zone stole my keys from me when the mob was breaking down our fence and gate.

Loss of income due to Chaz/Chop Zone since the establishment of the zone has been approximately $55k per month. Total loss to date would be approx. $220.000 us Dollars.

Damage to the building and fence approximately $10,000 Dollars.

Rekey building $1059

Rekey car locks $1000

Cleaning of the front counter area $441

Fence repairs $7500

Witnesses:

Wade Biller



Carmen O'Toole



CHOP-0005389

LaRisa DeYoung



Mason McDermott



CHOP-0005390