# EXHIBIT 91



**BLICK art materials**  1849 Green Bay Rd, Suite 310, Highland Park, IL 60035 (847) 681-6800

April 13, 2020

HUNTERS CAPITAL
1620 BROADWAY Suite 200
SEATTLE, WA 98122
Attn: Erin Espinosa

Re:  Blick Art Materials, LLC or its affiliate (each a "**tenant**" and collectively "**Blick**")
Leased Location: 1600 Broadway, Seattle, 98122

Dear Landlord:

These are unprecedented times as the COVID-19 pandemic spreads across the world. This is a defining global event that has created an extraordinary opportunity for landlords and tenants to join together to find a business solution. The impact of the pandemic on both landlords and tenants is profound. We firmly believe that if we choose, as landlords and tenants, to reasonably and patiently work through this together, we will not just survive – we have an opportunity to thrive.



As you know, these events were beyond Blick's reasonable control and unforeseeable, rendering it impossible to operate a business with the public from the leased premises, which is the purpose of each tenant's lease with its landlord. Blick reserves all of its rights and remedies under its leases, at law and in equity, including, but not limited to, abatement or postponement of rental payments.

Confidential

- Blick operates 60 retail stores nationwide, Confidential




DickBlick.com   Utrecht.com

- ███████ Confidential ███████
- Blick has a substantial remote sales business to primary education schools and secondary colleges and universities, the vast majority of which have closed across the country due to the national emergency. Confidential ███████
- Blick operates distribution centers in Illinois and New Jersey in support of the remote sales business and retail stores.
- Blick normally employs over 2000 people.
- ███ Confidential ███████
- ███████████████████████████

In light of the circumstances above, beginning ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████:

Alternative 1 – 

Alternative 2 - 

If landlord accepts Alternative 1 or Alternative 2, 
. Therefore, we encourage you to make your selection as soon as possible.



BLICK  Utrecht Manufacturing
DickBlick.com    Utrecht.com

Pursuant to the rapidly changing conditions and relevant lease language, the above described measures are taken after careful consideration of a number of factors. Blick is committed to ensuring the health and wellbeing of its employees, customers, suppliers, and communities it serves, and is following the guidance of local and/or national health officials and/or organizations, as well national, state and local governmental mandates. In addition, governmental restrictions now in effect may: (i) constitute a condemnation; render performance impossible; and/or (ii) frustrate the purpose of the lease between the tenant and you. This list is not exhaustive and not all items listed apply to every lease or leased premises. Blick continues to review its leases and the conditions at each leased premises, and Blick reserve all rights and remedies under each lease and at law and in equity.

Blick is committed to working with you to help protect the safety and health of employees, customers, suppliers and the communities it serves. The need to work together is paramount in order to determine the best path forward so that we both may enjoy future success once the current crisis has passed. If you have any questions regarding this notice, please call your Blick real estate contact:

Bart Veghts<br>
Office: 847-681-6834<br>
Cell: 847-302-7710<br>
Email: B.Veghts@dickblick.com

Otherwise, we request that you select one of the Alternatives below and return a signed copy of this letter to us as soon as possible. This letter may be executed in counterparts.

Sincerely,

Blick Art Materials, LLC, on behalf of itself and as agent for every other tenant

By: 
Name: Travis Wiser
Title: Chief Financial Officer

**BLICK**  *Utrecht*
DickBlick.com   Utrecht.com

Intending to be legally bound, the undersigned landlord hereby chooses (please place an "X" next to one of the following alternatives):

--- Alternative 1 - [Confidential]

Alternative 2 - [Confidential]

X Alternative 3 - [Confidential]

Leased Premises: 1600 Broadway, Seattle, 98122

[Print Landlord's Name]   Michael Oaksmith, Manager

By: 900 Pine Building, LLC By: MJM Holdings, LLC, Its Manager

Name: _Michael Oaksmith_

Title: _Manager_

Date: April 22, , 2020

Return completed page to:

Blick Art Materials
Attn: Real Estate Department
1849 Green Bay Road, Suite 310
Highland Park, IL 60035

Or via email to:
m.morefield@dickblick.com

BLICK" Utrecht Manufacturing
DickBlick.com   Utrecht.com

CONFIDENTIAL   CHOP-0012355