# EXHIBIT 92

Message

| From: | Jill Cronauer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=91572F2805FF4209A5967A6F23875FA9-JILL] |
|---|---|
| Sent: | 3/13/2020 8:18:39 PM |
| To: | Steve Hooper [steve@esrseattle.com] |
| CC: | Ethan Stowell [ethan@ethanstowellrestaurants.com] |
| Subject: | RE: COVID-19 - ESR Response |

> Rough & Associates
> **JILL CRONAUER**
> 9/30/2021
> **62**

Hi Steve and Ethan,

Thank you for your thoughtful note. We value our relationship and will work together through these uncertain times. We ask that you continue to pay your monthly NNNs and we accept the rent deferment.

It would help us to understand the economic impact COVID-19 has had on your business. As you close out March, please send us your monthly financials compared to last year of the same period. We are hoping and pressing for forms of relief from the city, state and federal government. This information will remain confidential and we do need support.

We have been actively sending out information to our tenants on grants and loans as we are made aware of them, as well as deferral payment plans offered by the City. One step we have taken with commercial tenants that share dumpsters is to reduce the pick-ups and turn off lights in buildings where office tenants are working from home. Reducing garbage/recycle/compost pick-ups has cut costs across our buildings by more than $2,000/month. These are small things but we feel it is absolutely necessary to cut all wasted or unnecessary expenses at this time.

Again, I want to thank you for being communicative and transparent. We are still open with business as usual. If you have any marketing material you would like us to share with the residents above Tavalota about your hours, deliveries, etc. we are more than happy to pass this on.

Jill

**From:** Steve Hooper <steve@esrseattle.com>
**Sent:** Wednesday, March 11, 2020 9:43 PM
**To:** Jill Cronauer <Jill@hunterscapital.com>; Erin Espinosa <erin@hunterscapital.com>
**Cc:** Ethan Stowell <ethan@ethanstowellrestaurants.com>
**Subject:** COVID-19 - ESR Response

Hi Jill & Erin,

As you know, the people of our city are suddenly facing a crisis unprecedented in our lifetime, and that is particularly true of the restaurant industry and our employees.

We are working hard to protect our teams and the community which we serve. However, with so much uncertainty around this extremely fluid and rapidly evolving situation, we need to make bold moves to protect our people and the place we call home.

As an industry and city, we have never seen a precipitous drop in business like what we have experienced in only one week. Even the impact of the 2008/2009 financial crisis didn't come close to the losses we're currently seeing across our portfolio in the last 8 days, and the Great Recession's collapse took 18 months to fully unfold.

We are reaching out to you today to let you know that we will be suspending all of our rent payments effective with the April 1st payment. We intend to resume scheduled payments of rent and associated charges as soon as acceptable levels of customers return and we can resume normal operations of our restaurants.

CONFIDENTIAL

While we do not want to do this, we realize that doing so will give us the chance to maximize our ability to retain our teams and remain open (where possible) to support the public (through pickup orders, delivery or in-restaurant dining) for the duration of this crisis.  Our team members are some of the lowest wage workers in our society and thus are the most vulnerable in the current crisis. While we will be forced to make some hard decisions around staffing levels changes, it is our goal to protect as many people as possible.

Once the current crisis finds its resolution and we return to our scheduled rent payments, we look forward to sitting down with you to discuss what a "fair" resolution is in all of this.  We also encourage you to reach out to city leaders to see if they are planning to do any rent relief to help offset some of these challenges we are all facing as a community.

Thanks in advance for your understanding and partnership as we work through this unprecedented situation.  It will not be forgotten.

Sincerely,
Ethan & Steve


Ethan Stowell
Founder & CEO

Steve Hooper, Jr.
President


Ethan Stowell Restaurants
2622 NW Market St, Suite A
Seattle, WA 98107
(p) 206-588-0030

CONFIDENTIAL