# EXHIBIT 94

12.08.2021
Durkan

**13**

Buell Realtime Reporting

# Re: Return to East Pct. needs

**From:** "Durkan, Jenny" <jamd@seattle.gov>
**To:** "Best, Carmen" <carmen.best@seattle.gov>
**Cc:** "Fong, Michael" <michael.fong@seattle.gov>; "Formas, Stephanie"
<stephanie.formas@seattle.gov>
**Date:** Fri, 19 Jun 2020 08:48:42 -0700

No — it had not made its way to me yet (as it is not fully cooked)  But it looks like a lot of must haves
and no how it's going to get done. Your folks need to have their part of an overall operational plan
developed at the table with the other departments (e.g., SDOT, FAS, SPU, SFD, MO). And all of it
hinges on the community work you, me and the teams still need to be doing.

Sent from my iPhone


On Jun 18, 2020, at 9:09 PM, Best, Carmen <Carmen.Best@seattle.gov> wrote:


Assume you saw this.


Carmen Best
Chief of Police
Seattle Police Department
610 Fifth Avenue
P.O. Box 34986
Seattle, WA 98124-4986
Office: 206.684.5577

Begin forwarded message:


**From:** "Kline, Julie" <Julie.Kline@seattle.gov>
**Date:** June 18, 2020 at 5:31:00 PM PDT
**To:** "Mahaffey, Thomas" <Thomas.Mahaffey@seattle.gov>
**Cc:** "Best, Carmen" <Carmen.Best@seattle.gov>, "Diaz, Adrian" <Adrian.Diaz@seattle.gov>
**Subject: RE:  Return to East Pct. needs**


Thanks Tom!
I'll probably bug you more tomorrow with a planning call or two.

**From:** Mahaffey, Thomas <Thomas.Mahaffey@seattle.gov>
**Sent:** Thursday, June 18, 2020 5:29 PM
**To:** Kline, Julie <Julie.Kline@seattle.gov>
**Cc:** Best, Carmen <Carmen.Best@seattle.gov>; Diaz, Adrian <Adrian.Diaz@seattle.gov>
**Subject:** Return to East Pct. needs

Julie,

Per your request, this what I believe would be required in order for us to have an orderly move back into our East Precinct:

1)Removal of all sanctioned and non-sanctioned barricades blocking public streets, sidewalks and right of ways around the precinct in the protest zone.
2)Removal of all tents blocking sidewalks around the precinct.
3)Removal of all shelters, tents, stages, or other objects placed in the streets, sidewalks, or public right of way.
4)Removal of all boarding, fencing, banners, or any other object not installed prior to June 8th from the exterior of the East Precinct.
5)Removal of all portable restroom facilities from around the precinct

I cannot answer about the tents in Cal Anderson, I'd like to punt that to A/C Diaz since he has the Nav Team although I don't believe this situation would fall under their purview. Having that situation resolved is an important part of an orderly return to the precinct.   It will require further discussion as to the options.


**Assistant Chief Tom Mahaffey**
**Seattle Police Department**
**Patrol Operations Bureau**
**(206)684-5782**
https://twitter.com/@SeattlePD
https://spdblotter.seattle.gov/

SEA_00028177