HONORABLE THOMAS S. ZILLY

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

HUNTERS CAPITAL, LLC, et al.,

Case No. 20-cv-00983-TSZ

11                          Plaintiffs,

PRAECIPE RE EXHIBITS 88 & 89 TO
DECLARATION OF TYLER FARMER IN
SUPPORT OF CITY OF SEATTLE'S
OPPOSITION TO MOTION FOR CLASS
CERTIFICATION

12              v.

13    CITY OF SEATTLE,

14                          Defendant.

**CLERK'S ACTION REQUIRED**

15

16    TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

17          Defendant City of Seattle (City) respectfully files this praecipe, correcting its original filing

18    of Exhibits 88 and 89 to the sealed version of the Declaration of Tyler Farmer in Support of City of

19    Seattle's Opposition to Motion For Class Certification (Dkt. 77).

20          Exhibit 88 – Exhibit 88 was designated to be filed under seal, with a blank page filed in its

21    place in the publicly-filed version of the Farmer Declaration at Docket 75-88.  The public version

22    of the Farmer Declaration correctly contains just a blank sheet in place of Exhibit 88, but the City

23    inadvertently omitted Exhibit 88 from the exhibits filed with the sealed version of the Farmer

24    Declaration at Docket 77.  Contemporaneous herewith, the City is filing a copy of Exhibit 88 under

25    seal.

PRAECIPE RE EXHIBITS 88 & 89 TO DECLARATION OF
TYLER FARMER IN SUPPORT OF CITY OF SEATTLE'S
OPPOSITION TO MOTION FOR CLASS CERTIFICATION - 1
(Case No. 20-cv-00983-TSZ)

Exhibit 89 – Exhibit 89 is not a document that needs to be sealed.  It is correctly included in the publicly-filed version of the Farmer Declaration at Docket 75-89.  However, the City also inadvertently filed Exhibit 89 under seal at Docket 77-9.  Exhibit 89 to Docket 77 (Dkt. 77-9) can be unsealed.

DATED this 9th day of February, 2022.

ANN DAVISON
Seattle City Attorney

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel:  (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Bryn R. Pallesen*
By: *s/ Erica Iverson*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Bryn R. Pallesen, WSBA #57714
    Erica Iverson, Pro Hac Vice
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel:  (206) 623-1700
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    brynp@harriganleyh.com
    ericai@harriganleyh.com

*Attorneys for City of Seattle*

PRAECIPE RE EXHIBITS 88 & 89 TO DECLARATION OF
TYLER FARMER IN SUPPORT OF CITY OF SEATTLE'S
OPPOSITION TO MOTION FOR CLASS CERTIFICATION - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717