# Exhibit 38

# Fwd: Capitol Hill Neighborhood Cleanup Plans

| | |
|---|---|
| **From:** | "Buechler, Chad M" <chad.buechler@seattle.gov> |
| **To:** | "Hara, Mami" <mami.hara@seattle.gov> |
| **Date:** | Thu, 02 Jul 2020 19:56:55 -0700 |

From Daniel,
CB
Get Outlook for Android
**From:** Daniel Ketchum <daniel.ketchum@gmail.com>
**Sent:** Thursday, July 2, 2020 7:53:52 PM
**To:** Buechler, Chad M <Chad.Buechler@seattle.gov>
**Subject:** Re: Capitol Hill Neighborhood Cleanup Plans

> **CAUTION: External Email**

Hi, Chad--
My name is Daniel and I am a resident of the Sunset Electric apartment building, which is located right next to the East Precinct. As you can imagine, the past month has been an ARDUOUS one for us...made all the more so by the feeling that our calls to the city for help were met with silence. This newsletter may feel like a small thing, but having an open channel of communication where area residents are informed of what will be happening outside their doors is HUGE. It puts us in a position where we are no longer adjusting to circumstances as they change hour-by-hour but allows us to actually know what to expect when we step outside and proactively make plans of our own. It's a big step forward from where we've been for a long time now, and I just want to make sure you know how much it is appreciated.
Thank you!
Daniel.

On Thu, Jul 2, 2020 at 7:28 PM Buechler, Chad M <Chad.Buechler@seattle.gov> wrote:

> Good Evening,
>
>
> As multiple City of Seattle Departments continue to work to clean up and restore the area near Cal Anderson Park and the East Police Precinct, I'm reaching out to share what city workers are accomplishing and what our plans are as we move into the weekend. With everything that has happened in your neighborhood these past weeks, I hope that knowing what we have planned and what we are doing to reduce some of the impacts of our work helps in a small way. I've included some activities and plans by departments below. Today's work in the area was a large operation and we anticipate a smaller footprint and less equipment involved as we move into the weekend. Outside of any needed emergency response, we anticipate that cleanup activity will take place between 7 AM – 8 PM, with the majority of activity starting a bit later and ending earlier than those hours.
>
>
> **Seattle Public Utilities**
>
> SPU has worked to restore normal solid waste collection service by responding to emergency waste removal requests, re-delivering containers, and removing temporary dumpsters. To reduce noise at night, SPU has worked with its collection contractors to move as much service as possible to daytime hours through Sunday. SPU Clean Cities Crews will continue graffiti removal work and

litter cleanup in the area tomorrow, will not work on July 4th, and resume cleanup efforts on Sunday. No SPU cleanup work will begin before 8 AM.

**Finance and Administrative Services**

The Finance and Administrative Services department will continue to direct its efforts toward assessing, repairing, and restoring the East Police Precinct Building. All work on the building will be performed during regular business hours.

**Seattle Department of Transportation**

Today, SDOT worked on securing barriers, graffiti removal on the roadways and sidewalks, installing a crosswalk at 10th Ave/E Pine St, a curb around the Black Lives Matter roadway mural, and traffic revisions. SDOT will continue cleanup efforts into the weekend as there is still quite a bit of graffiti on sidewalks and streets in the area.

**Seattle Parks and Recreation**

Seattle Parks and Recreation crews continue cleaning, garbage removal, fence repair, landscaping, re-installing benches, and helping with the massive graffiti removal effort. Parks also worked with Seattle Public Utilities and the Seattle Office of Arts and Culture to collect and store art from the area. Parks plans to continue graffiti removal efforts tomorrow and will begin park irrigation system repair next week.

As we work with all of you to restore the neighborhood, please continue to work with the City department representatives that you have a relationship with and our City team on site to share your concerns. If you need help getting in touch with a City of Seattle resource, the Seattle Public Utilities Team is here. Just let us know how we can help. Through this weekend, I will reach out to our partner departments for information on their progress and plans for the neighborhood and will send an email to all of you by 5 PM each evening.

 **Chad Buechler**

Strategic Advisor, Emergency Management

City of Seattle, Seattle Public Utilities

206-684-8393 | chad.buechler@seattle.gov

Facebook | Twitter

SEA_00104844