# Exhibit 39

## Capitol Hill Residents' Request

| | |
|---|---|
| **From:** | "Hara, Mami" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=dfc09e3667964fec821b5f930531a806-haram"> |
| **To:** | "Hohlfeld, Amanda" <amanda.hohlfeld@seattle.gov>; "Bolieu, Sabrina" <sabrina.bolieu@seattle.gov>; "Thompson, Adrienne" <adrienne.thompson@seattle.gov>; "VanDusen, Hans" <hans.vandusen@seattle.gov>; "Hulsman, Sally" <sally.hulsman@seattle.gov>; "Buechler, Chad M" <chad.buechler@seattle.gov>; "Beauregard, Idris" <idris.beauregard@seattle.gov> |
| **Cc:** | "Aisenberg, Kathryn - MOS" <kathryn.aisenberg2@seattle.gov>; "Sixkiller, Casey" <casey.sixkiller@seattle.gov>; "Formas, Stephanie" <stephanie.formas@seattle.gov>; "Scoggins, Harold D" <harold.scoggins@seattle.gov>; "Diaz, Adrian" <adrian.diaz@seattle.gov>; "Aguirre, Jesús" <jesus.aguirre@seattle.gov>; "Goings, Calvin" <calvin.goings@seattle.gov> |
| **Date:** | Thu, 02 Jul 2020 13:50:13 -0700 |

Good Morning,
I received a call from a resident at Sunset Electric. The residents in that building have a text chain and many of them are complaining about the extreme noise today related to power washing, dumpsters being returned to businesses, and other 'return to normal' activities. The residents are hoping that we:

- remember the stress and trauma they have experienced over the past month and act in a way that is sensitive to their possible triggers - like unexpected noises - and their need to work from home.
- notify them via some daily communication of what they should expect (eg trash collection hours, power washing hours, street cleaning hours, exterior building restoration work hours, etc. and use of chemicals for any of the above). They are open to a daily posting for the next day, a summary email from one of us, social media notification, etc.
- consideration of holding off noisy activities before 8 am, and when possible, concentrating noisy activities to weekends. They do understand that most of our workers work during normal working hours.

The idea around notification is a good one for all area residents and businesses while we continue to restore their environment. SPU does a daily morning notice to all our utility partners and we could share that and our day-before planning for any kind of comms you think would be appropriate. We can also look into containing our activities to the period after 8:00. We will report back on feasibility.

I've copied other departments which may be interested in combining comms.

Please advise and thank you,
Mami


Sent from my iPhone