# Exhibit 41

# RE: Capitol Hill Businesses and City of Seattle

| | |
|---|---|
| **From:** | Chris Persons <cpersons@communityrootshousing.org> |
| **To:** | "Colin, Tricia" <tricia.colin@seattle.gov> |
| **Cc:** | "Best, Carmen" <carmen.best@seattle.gov>; "Kubie, Kim" <kim.kubie@seattle.gov>; Liz Dunn <liz@dunnandhobbes.com>; "Ranganathan, Shefali" <shefali.ranganathan@seattle.gov>; "Chernin, Louise" <louise@thegsba.org>; Donna Moodie <dmoodie@communityrootshousing.org>; Don Blakeney <donb@downtownseattle.org> |
| **Date:** | Tue, 30 Jun 2020 10:37:47 -0700 |
| **Attachments:** | Closing the CHOP.pdf (460.25 kB) |

**CAUTION: External Email**

Thank you Ms. Colin for your response. I have attached a letter that I have just sent to City Council and the media. We are deeply dissatisfied with the response from the City regarding the CHOP and especially the response in light of another young Black man being shot to death at the doorstep of 12th Avenue Arts. We are very concerned for the safety of our residents and our business owners. We are also very concerned about the rumors of imported violence this coming holiday weekend. As the leader of Community Roots Housing, my residents are looking to me for answers. It would be useful to know what the plan is and if there is any preparation for the weekend.

**Christopher Persons,** CEO

**Community Roots Housing**
*We've changed our name from Capitol Hill Housing! Learn more on our website.*
1620 12th Ave., Ste. 205 | Seattle, WA 98122
O: 206.204.3850  C: 206.779.1493

---

**From:** Colin, Tricia <Tricia.Colin@seattle.gov>
**Sent:** Tuesday, June 30, 2020 9:54 AM
**To:** Chris Persons <cpersons@communityrootshousing.org>
**Cc:** Best, Carmen <Carmen.Best@seattle.gov>; Kubie, Kim <Kim.Kubie@seattle.gov>; Ranganathan, Shefali <Shefali.Ranganathan@seattle.gov>
**Subject:** RE: Capitol Hill Businesses and City of Seattle

Hello Mr. Persons,

Chief Best asked that I reach out to you regarding your mention below of requesting a meeting with her. She unfortunately cannot meet this week simply due to her packed schedule, however she wants you to know she is open to meeting as soon as her schedule allows.

I have copied my colleague Kim Kubie (Chief Best's scheduler) so that you have both of our email addresses. Please feel free to reach out to either of us if you wish to meet in the near future.

Thank you,
Tricia Colin

**Tricia Colin**

Senior Executive Assistant to Chief Carmen Best
Office of the Chief of Police

**From:** Ranganathan, Shefali
**Sent:** Tuesday, June 30, 2020 8:53 AM
**To:** linda-breneman <linda-breneman@comcast.net>; Chris Persons <cpersons@communityrootshousing.org>; Tracy Taylor <ttaylor@elliottbaybook.com>; Chernin, Louise <Louise@thegsba.org>; Don Blakeney <DonB@downtownseattle.org>; Kim, Grace - SPC <grace@schemataworkshop.com>; Sarah Shoemake-Gamble <sshoemake@communityrootshousing.org>; Jill Cronauer <Jill@hunterscapital.com>; Joey@burgesshall.com; julia.v.levitt@gmail.com; Colin, Tricia <Tricia.Colin@seattle.gov>; Donna Moodie <info@marjorierestaurant.com>; amanda.evans@mudbay.com; Liz Dunn <liz@dunnandhobbes.com>; Sabrina Tinsley <s.tinsley@laspiga.com>; stephen@eltana.com; Tperrina@ferrariofseattle.com; Christina Arrington <christinaa@thegsba.org>; john@filamentllc.com; makini@plumbistro.com
**Cc:** Best, Carmen <Carmen.Best@seattle.gov>; Sixkiller, Casey <Casey.Sixkiller@seattle.gov>; Bolieu, Sabrina <Sabrina.Bolieu@seattle.gov>
**Subject:** Re: Capitol Hill Businesses and City of Seattle

Hello,

Thank you for your emails. I hear your frustrations and take them very seriously. I want to share with you a few updates about planned next steps as well as what we have been doing since Friday.

NEXT STEPS

1. The Mayor and Chief Best have committed to the wind down the CHOP as quickly as feasible while allowing for protected First Amendment activity, and are pursuing those efforts on an ongoing basis.
2. The City will be closing Cal Anderson Park at noon today. We will be posting notices, announcing on social media and Parks crews will be on site to help clean up.
3. The City is working towards a peaceful resolution of the CHOP, including by urging protestors to leave voluntarily and providing unsheltered persons offers of shelter, and other human services.
4. Operational efforts to remove some barriers and allow vehicle traffic is ongoing. As you might expect given public health and safety considerations, any plans must retain the ability to be fluid, subject to dynamic conditions in the area and other factors.

ONGOING ACTIONS

1. On Friday, SDOT crews attempted to begin barrier removal in the zone. They were met with armed protestors who prevented the crews from taking action. In an effort to de-escalate, the City regrouped to implement other operational actions.

2. On Friday, the Mayor met with many of the demonstrators to discuss her continued safety concerns and asked individuals to depart for their safety and the safety of the community. She also highlighted the work the City is doing to make generational changes in policing and community investments. The violence that has transpired over recent days does not allow us to accomplish this work.

3. Over the last week, with the city's help and urging, hundreds of individuals have departed the area.

4. Over the weekend, artists and demonstrators began cataloguing and removing plywood to preserve art for future installations. In addition, Seattle Parks and Recreation and Office of Arts & Culture will be

> working with a range of stakeholders to memorialize at Cal Anderson park aspects of the community protests which may include a garden, art, and speaker's corner.

Once again, I want to acknowledge your frustrations and commit to you that we are acting with urgency to wind down CHOP peacefully. Please contact me if you have further questions.

Thanks
Shefali

Shefali Ranganathan, Deputy Mayor (She/Her)
City of Seattle, Office of the Mayor
O: 206-256-6195 | Shefali.Ranganathan@seattle.gov
Facebook | Twitter | Subscribe to Mayor Durkan's E-Newsletter

Amanda Stoddard, Executive Assistant
O: 206.386.4628 | amanda.stoddard@seattle.gov

---

**From:** linda-breneman <linda-breneman@comcast.net>
**Sent:** Tuesday, June 30, 2020 8:17 AM
**To:** Chris Persons; Tracy Taylor; Chernin, Louise; Don Blakeney; Kim, Grace - SPC; Sarah Shoemake-Gamble; Jill Cronauer; Joey@burgesshall.com; julia.v.levitt@gmail.com; Colin, Tricia; Donna Moodie; amanda.evans@mudbay.com; Liz Dunn; Sabrina Tinsley; stephen@eltana.com; Tperrina@ferrariofseattle.com; Christina Arrington; john@filamentllc.com; makini@plumbistro.com
**Cc:** Ranganathan, Shefali; Best, Carmen; Sixkiller, Casey
**Subject:** RE: Capitol Hill Businesses and City of Seattle

**CAUTION: External Email**

Chris, thank you for your much-needed leadership. After the police chief's press conference yesterday, I'm convinced she wants to act but does not yet have buy-in from the mayor.

Where is the mayor?

Thank you.


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Chris Persons <cpersons@communityrootshousing.org>
Date: 6/30/20 8:02 AM (GMT-08:00)
To: Tracy Taylor <ttaylor@elliottbaybook.com>, "Chernin, Louise" <Louise@thegsba.org>, Don Blakeney <DonB@downtownseattle.org>, "Kim, Grace - SPC" <grace@schemataworkshop.com>, Sarah Shoemake-Gamble <sshoemake@communityrootshousing.org>, Jill Cronauer <Jill@hunterscapital.com>, Joey@burgesshall.com, julia.v.levitt@gmail.com, "Colin, Tricia" <Tricia.Colin@seattle.gov>, Donna Moodie <info@marjorierestaurant.com>, amanda.evans@mudbay.com, Liz Dunn <liz@dunnandhobbes.com>, s.tinsley@laspiga.com, linda-breneman@comcast.net, stephen@eltana.com, Tperrina@ferrariofseattle.com, christinaa@Thegsba.org, john@filamentllc.com, makini@plumbistro.com
Cc: "Ranganathan, Shefali" <Shefali.Ranganathan@seattle.gov>, "Best, Carmen" <Carmen.Best@seattle.gov>, casey.sixkiller@seattle.gov

Subject: RE: Capitol Hill Businesses and City of Seattle

Tracy and All,

After the City's lack of action Friday and over the weekend, Donna reached out to the City yesterday to request our follow-up meeting. The City offered us Wednesday and Thursday as options. We do not believe this captures the urgency of the situation and declined the meeting. We have demanded a meeting with Chief Best this morning but have yet to hear if that is forth coming.

For what its worth Community Roots Housing will be sending a letter to the media and City Council today demanding an end to the CHOP and the return of our community. How is the City preparing for potential disturbances over the holiday weekend? How many young Black men need to be murdered here before the City will take action?

Enough is enough.

**Christopher Persons,** CEO

**Community Roots Housing**
*We've changed our name from Capitol Hill Housing! Learn more on our website.*
1620 12th Ave., Ste. 205 | Seattle, WA 98122
O: 206.204.3850  C: 206.779.1493

**From:** Tracy Taylor <ttaylor@elliottbaybook.com>
**Sent:** Monday, June 29, 2020 3:52 PM
**To:** Ranganathan, Shefali <Shefali.Ranganathan@seattle.gov>
**Cc:** Donna Moodie <info@marjorierestaurant.com>; Chris Persons <cpersons@communityrootshousing.org>; Best, Carmen <Carmen.Best@seattle.gov>; Chernin, Louise <Louise@thegsba.org>; Don Blakeney <DonB@downtownseattle.org>; Kim, Grace - SPC <grace@schemataworkshop.com>; Sarah Shoemake-Gamble <sshoemake@communityrootshousing.org>; Jill Cronauer <Jill@hunterscapital.com>; Joey@burgesshall.com; julia.v.levitt@gmail.com; Colin, Tricia <Tricia.Colin@seattle.gov>
**Subject:** Re: Capitol Hill Businesses and City of Seattle

Hello,
We were informed that there would be some outreach today based on how the weekend went. Is there a plan to follow up?
Tracy

On Thu, 25 Jun 2020 at 10:33, Ranganathan, Shefali <Shefali.Ranganathan@seattle.gov> wrote:

> Donna, please feel free to forward to additional participants. Meeting information below.
>
> Please let me know if you have any questions.
>
> Best,
> Amanda
>
> Amanda Stoddard
>
> 

Executive Assistant for Senior Deputy Mayor Mike Fong and Deputy Mayor Shefali Ranganathan (She/Her/Hers)
Office of Mayor Jenny A. Durkan | City of Seattle
O: 206-386-4628 |M: 206-300-1850 | Amanda.Stoddard@seattle.gov
Facebook | Twitter | Subscribe to Mayor Durkan's E-Newsletter

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Meeting number (access code): 146 499 9073
Meeting password: qJMyf3W3Nn3



**Join by phone**
Tap to call in from a mobile device (attendees only)
+1-206-207-1700 United States Toll (Seattle)
+1-408-418-9388 United States Toll
Global call-in numbers

**Join from a video system or application**
Dial 1464999073@seattle.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

**Join using Microsoft Lync or Microsoft Skype for Business**
Dial 1464999073.seattle@lync.webex.com

If you are a host, click here to view host information.

Need help? Go to http://help.webex.com

--
Tracy Taylor
General Manager
Elliott Bay Book Co.
1521 10th Ave.
Seattle, Wa. 98122
206.624.6600

SEA_00003224



We are writing to convey our deep sorrow and dismay at the events occurring in the CHOP area of our neighborhood and express our profound concern for the safety of our residents, business owners, nonprofits and students. Our city has a responsibility to ensure the safety of all its residents. This is an untenable situation which must immediately be addressed by our city leadership.

It wasn't so many days ago that the streets surrounding our offices at 12th Ave Arts were filled with protesters demanding justice at the edge of police barricades. In fact, the streets throughout the city, and in cities across the nation were filled with protesters demanding justice. And we must never forget the justice we fight for. Breonna Taylor, Charleena Lyles, George Floyd and so many other Black Americans unjustly killed at the hands of police officers. The protesters on the streets beneath our windows were angry, but peaceful. Demanding justice they were met with pepper spray, flash bombs and tear gas. And yes, of the thousands of protesters there were those few who went too far or were even intentional in their efforts to turn the protests awry. But none of it warranted the brute militaristic response that all received.

For several nights the occupation of our community by the police continued, tear gas penetrated our apartments, flash bombs and pepper spray traumatized so many of the families and children who live in our buildings. Arrests and anger piled up until the voice of the community, ours among them, demanded that the

1620 12th Avenue, Suite 205 | Seattle, Washington 98122 | 206-329-7303 | www.communityrootshousing.org

SEA_00003225

police stand down.  On June 8, the police retreated, inexplicably boarding up their building and leaving behind their barriers that were immediately deployed to create a new occupation zone known as the CHAZ.  For a while, it was the most peaceful the community had been for many days.

Earnest people filled the CHAZ, then the CHOP to protest, to debate, and to demand change.   The community initially embraced the CHOP as an alternative to police violence, joining in the call for change, a change we still demand.   But what's happening in the area now has little to do with the movement for Black lives.  Most of the activists have moved on.  The park has become an encampment, our residents have been threatened and chased and businesses are being hurt.  Families are afraid to go through the area or use the park.  Graffiti covers every surface. There have been five shootings.  And above all else two young Black men have been killed while one remains in critical condition.

Community Roots Housing owns 13 properties in the vicinity of the CHOP.  There are 694 people living in those buildings whose annual household incomes average $21,948.  They include 138 children and 78 single parent households. Our residents are Black, Latino, Native American, Pacific Islander and Asian, White and multiracial.  In fact the majority of our residents in these properties are people of color, 56% to be exact.  The compact we make with our residents is that they have affordable homes and access to a vibrant community.  But that vibrant community no longer exists.  These residents have become victims of an occupation better characterized today by its violence, chaos and killings than anything else.  As leaders of Community Roots Housing, it is our duty to stand up to say, it is time for the CHOP to come down.

We are adamantly supportive of the Black Lives Matter movement and of all Black lives, we are adamantly supportive of deep police reform and leading with compassion instead of guns.  But forcing us to choose between anarchy and police brutality is a false dichotomy.  Compassion and law-enforcement should not be mutually exclusive.  And what's happening in our neighborhood now is not progressing the movement but impeding it.

While most disturbing of all, the shooting just this past Monday morning of two young Black men, 16 and 14 years old, just children really, whose lives and families have been destroyed by this senseless violence, fills our hearts with the greatest grieving.  And compounding this grief is knowing the damage this is doing to the Black Lives Matter movement itself, and the damage this is doing to our efforts to reform how we do policing.  It is time for the CHOP to close.

There have been many missteps that have led to this untenable situation but now isn't the time to focus on those.  It's time to focus on moving forward and giving the community back to the community.

The City must put our community back together and the City must enact deep reform of our policing to ensure that Black Lives will not be unjustly taken again.

Thank you.
Christopher Persons, CEO, Community Roots Housing
Donna Moodie, Executive Director, Capitol Hill EcoDistrict