# Exhibit 48

**To:** Kelley, Christopher[Christopher.Kelley@seattle.gov]
**From:** Stampfl, Brian
**Sent:** Sat 6/20/2020 7:18:03 PM
**Subject:** Fw: Situation Report - June 20th, 2020
2020-192010 - Graffiti Photos.docx

One more

---

**From:** Allen, Matthew <Matthew.Allen@seattle.gov>
**Sent:** Saturday, June 20, 2020 11:22 AM
**To:** Ballingham, Grant <Grant.Ballingham@seattle.gov>; McDonagh, Paul <Paul.McDonagh@seattle.gov>
**Cc:** Mahaffey, Thomas <Thomas.Mahaffey@seattle.gov>; Edwards, Michael <Michael.Edwards@seattle.gov>; Stampfl, Brian <Brian.Stampfl@seattle.gov>; Truscott, Lauren <Lauren.Truscott@seattle.gov>
**Subject:** FW: Situation Report - June 20th, 2020

Captain McDonagh and Lieutenant Ballingham,

Please see the attached photos of the graffiti damage done to the West Precinct last night. When I first viewed them on my phone, I could see the various messages referenced below. However, when I viewed them again via my laptop I noticed one of the tags also states, "Fire Steven McNew & Jason Anderson." This is not the first time protestors have singled-out specific officers by name but it is concerning nonetheless.

Matt

Captain Matthew Allen
Seattle Police Department
West Precinct
810 Virginia St.
Seattle, WA 98101
Desk: 206-684-8901
Cell: 206-579-5337
Matthew.Allen@seattle.gov

---

**From:** Davis, Tyrone <Tyrone.Davis@seattle.gov>
**Sent:** Saturday, June 20, 2020 6:40 AM
**To:** Mahaffey, Thomas <Thomas.Mahaffey@seattle.gov>; Best, Carmen <Carmen.Best@seattle.gov>; Cordner, Lesley <Lesley.Cordner@seattle.gov>
**Cc:** Grossman, Kevin <Kevin.Grossman@seattle.gov>; Edwards, Michael <Michael.Edwards@seattle.gov>; Verhoff, Jason <Jason.Verhoff@seattle.gov>; Barden, Eric <Eric.Barden@seattle.gov>; Danielson, James <James.Danielson@seattle.gov>; Williams, Joel <Joel.Williams@seattle.gov>; Kelley, Christopher <Christopher.Kelley@seattle.gov>; Truscott, Lauren <Lauren.Truscott@seattle.gov>; Grenon, Bryan <Bryan.Grenon@seattle.gov>; Allen, Matthew <Matthew.Allen@seattle.gov>
**Subject:** RE: Situation Report - June 20th, 2020

Graffiti photos attached.

---

**From:** Davis, Tyrone
**Sent:** Saturday, June 20, 2020 5:17 AM
**To:** Mahaffey, Thomas <Thomas.Mahaffey@seattle.gov>; Best, Carmen <Carmen.Best@seattle.gov>; Cordner,

Lesley <Lesley.Cordner@seattle.gov>
**Cc:** Grossman, Kevin <Kevin.Grossman@seattle.gov>; Edwards, Michael <Michael.Edwards@seattle.gov>; Verhoff, Jason <Jason.Verhoff@seattle.gov>; Barden, Eric <Eric.Barden@seattle.gov>; Danielson, James <James.Danielson@seattle.gov>; Williams, Joel <Joel.Williams@seattle.gov>; Kelley, Christopher <Christopher.Kelley@seattle.gov>; Truscott, Lauren <Lauren.Truscott@seattle.gov>; Grenon, Bryan <Bryan.Grenon@seattle.gov>; Allen, Matthew <Matthew.Allen@seattle.gov>
**Subject:** Situation Report - June 20th, 2020

Asst. Chief Mahaffey,

**Status**

Captain Edwards is the current SPOC Commander for this event.

Currently, there is an ongoing Homicide / Assault Investigation involving two known victims.

There were no arrests related to any tonight's events mentioned below.

There were no officer injuries.

The event is now being monitored on East and West Radio. However, the Zone 3 / Tac 9 for secure event radio traffic.

**Incidents**

Protest March – Property Damage at West Precinct – Pedestrian Interference on I-5

*Property Damage - 2020-192010*

Last night at approximately 2013 hours, 300 to 350 protesters marched from CHAZ/CHOP towards the West Precinct. They blocked heavy traffic at some of the larger intersections and arterials at Pine St and Broadway and Pine St and Boren Ave for example. Several cars were forced to wait for minutes at a time as the protestors blocked the roadway.

Protestors arrived at West Precinct at 2051 hours. They made familiar speeches and chants, some coming beyond the fence line and presiding over the plaza. Several protestors also began spraying graffiti with graphic language placed on many of the walls and columns around the West Precinct. Some of the statements were:

- "FTP" and/or "Fuck the Police!"
- Kill Racist Police They Kill Us! *[sic]*
- "Beat Up Racists"
- "All lives Don't Matter until Blk lives Matter" *[sic]*

See attached photos.

*Pedestrian Interference on I-5*

At 2105 hours, protestors began their march towards I-5. Traffic was light until they reached the Yale St

onramp onto Southbound (SB) I-5 at 2118 hours. WSP stopped all SB travel prior to the protestors entering the freeway. They then went to the Northbound I-5 lanes of travel. Cars had been stopped further south the Olive St exit. Again, some vehicles turned around to drive against the flow of traffic to avoid the protesters.

Protestors remained on the freeway, standing and chanting their common themes and made several speeches before walking SB in the NB lanes towards the NB Olive Way exit. This placed the protestors in close proximity to an SPD Patrol and Homeland Police Officer stopped for traffic in their marked PIUs. There were well over 50 vehicles that were obstructed by the protestors. Protestors chanted towards the officer and blocked traffic before finally walking up the Olive Way ramp, exiting the freeway at 2218 hours

Homicide - 2020-192164

At 0219 hours, SPOC staff was monitoring several social media livestreams and heard several loud pops. Staff then watched as people ran, and some people hid behind barricades near the intersection of E Pine St and 11th Ave. Most people appeared to be running west or north from that intersection. 911 calls started coming in as I passed this information to East Radio.

About two minutes later, radio received reports of a male victim down in the "Rancho Bravo" parking lot located at the SE corner of E Pine St and 10th Ave. CHOP medics reported that CPR was in progress. Lt. Trinh (243) and Sgt. Fiorini (3-Edward) coordinated an officer response to a nearby staging area and encouraged "CHOP" medical staff to bring the staging victim outside of the Red zone to facilitate victim treatment by SFD. Officers eventually formed an arrest team and entered the Red Zone from E Pine St EB towards 10th Ave towards the lot. They were prevented from completing there sweep of the lot because they were confronted by an angry mob of people at the intersection. There were at least 150 to 200 people near the intersection. Officers then continued their sweep and effort to leave the area by moving southbound toward Pike St on 10th Ave. Social media footage also captured the mob of people approaching and surrounding the officers' vehicles, which were staged on Broadway Ave between Pike St and Pine St.

It was later confirmed that the victim #1 taken by CHOP security to HMC, where it was determined the male victim was deceased. It should be noted the HMC reported that several of the security staff were armed with rifles.

Meanwhile calls came in about a 2nd shooting victim located at 11th Ave near E Pike St. Victim#2 was transported to HMC with 4 gunshot wounds to his chest, abdomen, arm, and leg. He was reportedly in "bad" condition at the time of this report.

3rd Watch East and 3rd Watch West are being held over at the time of this report in anticipation for SWAT support for a response to the Red Zone to safely secure it and conduct the on-scene portion of the Homicide investigation.

Acting Lieutenant Tyrone Davis #6633
SPOC – Blue Shift
Main: 206-684-5090
tyrone.davis@seattle.gov


SEATTLE
POLICE