# Exhibit 51

WADE BILLER
12/10/2021

### Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
HUNTERS CAPITAL, LLC, et al.,   )
                                )
         Plaintiffs,            )
                                )
     vs.            ) No. 20-cv-00983-TSZ
                                )
CITY OF SEATTLE,           )
                                )
         Defendant.    )
_____

ZOOM 30(b)6 Deposition Upon Oral Examination

Of

WADE BILLER - ONYX HOMEOWNERS ASSOCIATION
_____

DATE:  Friday, December 10, 2021
REPORTED BY:  Mindy L. Suurs, CSR No. 2195

### Page 2

           A P P E A R A N C E S

For the Plaintiff:
 GABE REILLY-BATES
  Calfo Eakes
  1301 Second Avenue
  Suite 2800
  Seattle, Washington 98101

For the Defendant:

 SHANE P. CRAMER
  Harrigan Leyh Farmer Thomsen
  999 Third Avenue
  Suite 4400
  Seattle, Washington 98104

For the City of Seattle:
 JOSEPH GROSHONG
  Assistant City Attorney
  Seattle City Attorney's Office
  701 Fifth Avenue
  Suite 2050
  Seattle, Washington 98104

Also Present:  Videographer: Bryan Gaver, Royal Video

            --oOo--

### Page 3

         I N D E X
EXAMINATION BY                          PAGE
Mr. Cramer                               6

         EXHIBIT INDEX
NO.   DESCRIPTION                       PAGE
107   Google map                          12
108   E-mails between Florian Hall and Wade Biller   79
      re: Onyx - Gunfire Rounds on South Side of
      Building
109   Third Amended Class Action Complaint    106
110   Series of e-mails including July 2, 2020,    121
      from Devin Wakefield to Wade Biller

111   Dauntless Security Group, Inc. Invoice No.    138
      Onyx-1189
112   Dauntless Security Group, Inc. Invoice No.    143
      Onyx-1258
113   Dauntless Security Group, Inc. Invoice No.    148
      Onyx-1415
114   E-mails between Ken Erickson and Wade Biller   155
      re What is Going On?

115   Dauntless Security Group, Inc., Invoice      157
      No. Onyx-1500
116   Dauntless Security Group, Inc., Invoice      157
      No. Onyx-1552

117   Goodbye Graffiti Invoice dated 7/1/2020      167

118   Goodbye Graffiti Proposal dated October 20,  171
      2020

### Page 4

         EXHIBITS (Cont.)

NO.   DESCRIPTION                             PAGE
119   Goodbye Graffiti Invoice dated 11/6/2020    174
120   McLeod Construction Invoice dated 11/23/2020   175
121   Original Restoration Company invoice dated    181
      2/22/21

122   Information in State of Washington vs. Ernanda   199
      Bendtsen
123   Excel spreadsheet containing Signal data      215
124   E-mail from Wade Biller to Argento Cafe dated  230
      October 30, 2020, re Stephanie's remarks

WADE BILLER
12/10/2021

Page 129

1  be included?
2      A.  There is the post-CHOP, the security and graffiti
3  post-CHOP or the boarding up of windows after -- from
4  July 1st forward through end of December would have been --
5  it would be additional costs, and so this is just far
6  during CHOP.  That's why it makes reference to "due to
7  CHOP."
8      Q.  Okay.  And -- but aside from security costs,
9  meaning Dauntless graffiti cleanup and broken windows,
10 there are no other costs that the homeowners association is
11 seeking in the lawsuit?
12     A.  No other financial losses or costs.
13     Q.  Are there any -- is there any nonfinancial
14 loss-related relief that you think the homeowners
15 association is seeking in the lawsuit?
16     A.  I -- I believe that's something that we haven't
17 discussed and I'm not aware of, so there are -- there are
18 constitutional rights and damages based on the
19 circumstances that I don't have a dollar figure for.  I
20 think those have been called out, but I don't think there's
21 a dollar figure for those being called out.
22     Q.  Okay.  But do you believe that the HOA is
23 entitled to some monetary amount in recompense for those
24 alleged constitutional violations?
25     A.  I do.

Page 130

1      Q.  And what is that amount that you believe that the
2  homeowners association is entitled to?
3      A.  I don't know that that has actually been given a
4  huge amount of consideration or the correlation between the
5  circumstances, the constitutional violations to have a
6  number at our disposal right now, so I don't have one
7  personally.
8      Q.  What constitutional rights does the homeowners
9  association have that you believe have been violated?
10     A.  I believe that is called out in the lawsuit, so
11 I'm not looking at it right now.
12     Q.  So you're not able to answer that question
13 sitting her today?
14     A.  I'm not.
15     Q.  What -- what damages did the homeowners
16 association suffer as a result of those alleged
17 constitutional violations?
18         MR. REILLY-BATES:  Objection.  Asked and
19 answered, calls for legal conclusion, will be subject to
20 expert -- his testimony.
21 BY MR. CRAMER:
22     Q.  Property damage?  Is that included?  Is that part
23 of the damages that you think have been caused by
24 constitutional deprivation?
25     A.  I -- I don't think it is minimized to that.  I

Page 131

1  think that would be minimizing the concept of
2  constitutional rights.  Can't narrow it down mere -- to
3  narrow that down to mere additional security or graffiti
4  removal.
5      Q.  Okay.  So there are -- the constitutional --
6  alleged constitutional violations aren't related to
7  property damage?
8      A.  Correct.
9      Q.  Are they related to a loss in value to the
10 homeowners association of some sort?
11     A.  No.
12     Q.  Are they related to any loss of income to the --
13 to the homeowners association?
14     A.  No.  We're a nonprofit, and there has been no
15 impact to our assessments.
16     Q.  Are they -- has the homeowners association
17 suffered some loss of good will?
18     A.  Could you clarify good will?
19     Q.  Has the homeowners association, in your mind,
20 lost some sort of inherent value from being an ongoing
21 entity?
22     A.  I'm not following the question.
23     Q.  Has the homeowners association had its reputation
24 damaged, in your estimation?
25     A.  No.

Page 132

1      Q.  Has it been damaged in any other way that I
2  haven't already asked you about?
3      A.  It hasn't been damaged in any way that's not
4  outlined in the lawsuit.
5      Q.  But you don't have any --
6      A.  I don't have anything in addition to.
7      Q.  And you're not in a position to provide any
8  estimate of the valuation of those damages?
9      A.  Correct.
10     Q.  Are you, Mr. Biller, seeking damages in this
11 action?
12     A.  From a constitutional perspective, yes.  In a
13 financial costs for deductibles in relationship to the
14 machete attack, yes.
15     Q.  Okay.  So are you purporting to represent the
16 class of individuals who have been personally injured in
17 connection with CHOP?
18     A.  No.
19     Q.  So the class does not include individuals who
20 have been personally injured as a result of or in
21 connection with CHOP?
22     A.  I represent -- currently I represent myself and
23 the association.  I'm not aware of anyone else being
24 physically hurt or any other additional damages have not
25 been brought forward by other owners.

WADE BILLER
12/10/2021

Page 233

```
 1              SIGNATURE
 2
 3        I declare that I have read my within deposition,
 4   taken on Friday, December 10, 2021, and the same is true
 5   and correct save and except for changes and/or corrections,
 6   if any, as indicated by me on the "CORRECTIONS" flyleaf
 7   page hereof.
 8        Signed in _____, Washington,
 9   this _____ day of _____, 2021.
10
11
12
13
14        _____
15        WADE BILLER
16
17
18
19
20
21
22
23
24
25
```

Page 234

```
 1              REPORTER'S CERTIFICATE
 2
 3        I, Mindy L. Suurs, the undersigned Certified Court
      Reporter, pursuant to RCW 5.28.010, authorized to
 4   administer oaths and affirmations in and for the State of
      Washington, do hereby certify:
 5
 6        That the foregoing testimony of WADE BILLER was given
      before me at the time and place stated therein and
 7   thereafter was transcribed under my direction;
 8        That the sworn testimony and/or proceedings were by me
      stenographically recorded and transcribed under my
 9   supervision, to the best of my ability;
10        That the foregoing transcript contains a full, true,
      and accurate record of all the sworn testimony and/or
11   proceedings given and occurring at the time and place
      stated in the transcript;
12
          That the witness, before examination, was by me duly
13   sworn to testify the truth, the whole truth, and nothing
      but the truth;
14
          That I am not a relative, employee, attorney, or
15   counsel of any party to this action or relative or employee
      of any such attorney or counsel and that I am not
16   financially interested in the said action or the outcome
      thereof;
17
      DATE:  December 20, 2021
18
19
20
21
22   _____
      Mindy L. Suurs
23   Certified Court Reporter #2195
24
25
```

59 (Pages 233 to 234)

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427 3515 SW Alaska St Seattle WA 98126