THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, HUNTERS PROPERTY HOLDINGS, LLC, a Washington limited liability company, GREENUS BUILDING, INC., a Washington corporation. SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, MATTHEW PLOSZAJ, an individual, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, OLIVE ST APARTMENTS LLC, a Washington limited | Case No. 2:20-cv-00983-TSZ<br><br>DECLARATION GABRIEL REILLY-BATES IN SUPPORT OF PLAINTIFFS' RESPONSE IN SUPPORT OF CITY OF SEATTLE'S MOTION TO SEAL<br><br>Noted:  February 25, 2022 |

DECLARATION OF GABRIEL REILLY-BATES
IN SUPPORT OF PLAINTIFFS' RESPONSE
IN SUPPORT OF CITY OF SEATTLE'S
MOTION TO SEAL
(Case No. 2:20-cv-00983-TSZ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2278

liability corporation, BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, on behalf of themselves and others similarly situated, SHUFFLE LLC d/b/a CURE COCKTAIL, a Washington limited liability company, and SWAY AND CAKE LLC, a Washington limited liability company,

               Plaintiffs,

  vs.

CITY OF SEATTLE,

I, Gabriel Reilly-Bates, declare as follows:

1. I am an attorney with Calfo Eakes LLP and represent Plaintiffs in the above-captioned action. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

2. On Friday, February 4, 2022, counsel for the City sent me and Tyler Weaver an email containing 8 documents and 6 deposition transcript excerpts that the City indicated it would submit in support of its Opposition, in preparation of a meet an confer conference scheduled for Monday, February 7, 2022, to satisfy the parties' meet-and-confer obligations under LCR 5(g).

3. On Sunday, February 6, 2022, counsel for City sent us another email with an addition 9 documents and 2 deposition transcript excerpts.

4. We conducted a review of the proposed exhibits and deposition transcripts and determined that 12 of the confidential exhibits or deposition transcript excerpts could be filed publicly without any redactions, while others required only sparse redactions of terms of leases or other contracts.

DECLARATION OF GABRIEL REILLY-BATES
IN SUPPORT OF PLAINTIFFS' RESPONSE
IN SUPPORT OF CITY OF SEATTLE'S
MOTION TO SEAL
(Case No. 2:20-cv-00983-TSZ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2278

5. We also determined that only 2 of the proposed deposition exhibits merited filing completely under seal.

6. On Monday, February 7, 2022 counsel for the City and Plaintiffs held a conference to discuss the proposed exhibits containing Plaintiffs' confidential information.

7. In addition to indicating that certain exhibits could be filed with minor redactions (e.g. Exs. 11, 12, 15, 17, 18, 20, 39, 86, 88, 91), the parties discussed the use of excerpted materials to exclude irrelevant portions containing confidential information that would have to be redacted or sealed.

8. Counsel for the City sent us copies of proposed exhibits containing redactions that Plaintiffs had requested with proposed redactions.

9. We reviewed the proposed redactions and provided the City with several revised versions.

10. The parties exchanged several emails back-and-forth further refining the exhibits to be redacted or sealed.

11. Each of the exhibits that were filed under seal or with redactions contains confidential competitive information such as terms of a lease, rent abatement negotiations, or rent abatement agreements.

I declare under the penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 22nd day of February, 2022 at Vashon Island, Washington.

*s/ Gabriel Reilly-Bates*
Gabriel Reilly-Bates

DECLARATION OF GABRIEL REILLY-BATES
IN SUPPORT OF PLAINTIFFS' RESPONSE
IN SUPPORT OF CITY OF SEATTLE'S
MOTION TO SEAL
(Case No. 2:20-cv-00983-TSZ) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2278