THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, HUNTERS PROPERTY HOLDINGS, LLC, a Washington limited liability company, GREENUS BUILDING, INC., a Washington corporation. SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, MATTHEW PLOSZAJ, an individual, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, on behalf of themselves and others similarly situated, SHUFFLE LLC d/b/a CURE COCKTAIL, a | Case No. 2:20-cv-00983-TSZ<br><br>DECLARATION OF BRAD AUGUSTINE IN SUPPORT OF RESPONSE IN SUPPORT OF MOTION TO SEAL<br><br>Noted:   February 25, 2022 |

DECLARATION OF BRAD AUGUSTINE IN
SUPPORT OF MOTION TO SEAL
(Case No. 2:20-cv-00983-TSZ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

Washington limited liability company, and SWAY AND CAKE LLC, a Washington limited liability company,

                Plaintiffs,

vs.

CITY OF SEATTLE,

I, Brad Augustine, declare as follows:

1. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

2. I am the managing member of Madrona Real Estate Services, LLC. I have over 44 years of real estate management and development experience. I am a part owner of and play a management role in 12th and Pike Associates LLC, Madrona Real Estate Investors IV, LLC and Madrona Real Estate Investors VI, LLC (collectively, these entities are referred to as the "Madrona Entities" herein), who are plaintiffs in this lawsuit.

3. I understand that the City has filed some materials containing the Madrona Entities' confidential information under seal or with redactions.

4. The Madrona Entities keep the terms of their leases confidential and disclosure of items such as the rent rate, the duration of the leases, the term dates, and the amount of revenues that the Madrona entities earn would cause competitive harm if they were publicly disclosed.

5. In addition, disclosure of this information would also harm our third-party tenants as it would reveal some of their business expenses.

6. Disclosure of this information would negatively affect the Madrona Entities' ability to obtain new tenants in the future, as prospective tenants would be able to use this

DECLARATION OF BRAD AUGUSTINE IN SUPPORT OF MOTION TO SEAL
(Case No. 2:20-cv-00983-TSZ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

information to negotiate lease terms with the Madrona Entities. Capitol Hill is a highly competitive leasing market.

7. Moreover, the Madrona Entities also keeps their negotiations with tenants for rent reductions confidential, as well as any agreements relating to rent reductions, and disclosure could impact the Madrona entities' ability to negotiate rent reductions with their tenants in the future.

8. In addition, the Madrona Entities keep their monthly and yearly revenue figures confidential, and disclosure of such figures would cause competitive harm as it would reveal the financial condition of the businesses. Most privately held businesses that are not required to report this information do not willingly disclose this type of information.

9. It is my opinion that the disclosure of such confidential information would cause competitive harm.

I declare under the penalty of perjury under the laws of under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 22nd day of February 2022, at Seattle, Washington.

Brad Augustine

DECLARATION OF BRAD AUGUSTINE IN
SUPPORT OF MOTION TO SEAL
(Case No. 2:20-cv-00983-TSZ) - 3

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL. (206) 407-2200  FAX. (206) 407-2224