THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, HUNTERS PROPERTY HOLDINGS, LLC, a Washington limited liability company, GREENUS BUILDING, INC., a Washington corporation. SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, MATTHEW PLOSZAJ, an individual, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability company, OLIVE ST APARTMENTS LLC, a Washington limited liability corporation, BERGMAN'S LOCK | Case No. 2:20-cv-00983-TSZ<br><br>DECLARATION MIKE OAKSMITH IN SUPPORT OF PLAINTIFFS' RESPONSE IN SUPPORT OF CITY OF SEATTLE'S MOTION TO SEAL<br><br>Noted:  February 25, 2022 |

DECLARATION OF MIKE OAKSMITH
IN SUPPORT OF PLAINTIFFS' RESPONSE
IN SUPPORT OF CITY OF SEATTLE'S
MOTION TO SEAL
(Case No. 2:20-cv-00983-TSZ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2278

AND KEY SERVICES LLC, a Washington
limited liability company, on behalf of
themselves and others similarly situated,
SHUFFLE LLC d/b/a CURE COCKTAIL, a
Washington limited liability company, and
SWAY AND CAKE LLC, a Washington
limited liability company,

                    Plaintiffs,

   vs.

CITY OF SEATTLE,

I, Mike Oaksmith, declare as follows:

1.     I am over eighteen years of age and am competent to testify herein.  I make the following statements based on my personal knowledge.

2.     I am a principal and President of Development of Hunters Capital, LLC.  I have over 20 years in construction and real estate development and management.  I am also involved in the management of Hunters Property Holdings LLC and Greenus Building, Inc. (collectively, these entities above are referred to herein as the "Hunters Capital Entities").

3.     I understand that the City has filed some materials containing the Hunters Capital Entities' confidential information under seal or with redactions, including a damages analysis and correspondence with tenants concerning rent reductions.

4.     The Hunters Capital Entities keep the terms of their leases confidential and disclosure of items such as the rent rate, the duration of the leases, the term dates, and the amount of revenues that the Madrona entities earn would cause competitive harm if they were publicly disclosed.  The summary of the Hunters Capital Entities damages analysis contains confidential lease information.

5.     Disclosure of this information would also harm our third-party tenants as it would reveal some of their business expenses.

DECLARATION OF MIKE OAKSMITH
IN SUPPORT OF PLAINTIFFS' RESPONSE
IN SUPPORT OF CITY OF SEATTLE'S
MOTION TO SEAL
(Case No. 2:20-cv-00983-TSZ) - 2

6.      Disclosure of this information would negatively affect the Hunters Capital Entities' ability to obtain new tenants in the future, as prospective tenants would be able to use this information to negotiate lease terms with the Hunters Capital Entities.

7.      Moreover, the Hunters Capital Entities also keeps their negotiations with tenants for rent reductions confidential, as well as any agreements relating to rent reductions, and disclosure could impact the Hunters Capital Entities' ability to negotiate rent reductions with their tenants in the future.

8.      In addition, the Hunters Capital Entities keep their monthly and yearly revenue figures confidential, and disclosure of such figures would cause competitive harm as it would reveal the  financial condition of the businesses.  Most privately held businesses that are not required to report this information do not willingly disclose this type of information.

9.      It is my opinion that the disclosure of such confidential information would cause competitive harm.

I declare under the penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 22nd day of February, 2022 at Seattle, Washington.

_____
Mike Oaksmith

DECLARATION OF MIKE OAKSMITH
IN SUPPORT OF PLAINTIFFS' RESPONSE
IN SUPPORT OF CITY OF SEATTLE'S
MOTION TO SEAL
(Case No. 2:20-cv-00983-TSZ) - 3