HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF SEATTLE,<br><br>      Defendant. | Case No. 20-cv-00983-TSZ<br><br>REPLY IN SUPPORT OF CITY OF SEATTLE'S MOTION TO SEAL THE CITY'S OPPOSITION TO CLASS CERTIFICATION AND CERTAIN EXHIBITS TO THE DECLARATION OF TYLER L. FARMER IN SUPPORT OF THE CITY'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION<br><br>**NOTED ON MOTION CALENDAR:**<br>**February 25, 2022** |

  The City's Motion to Seal (Dkt. 73) seeks only to seal documents designated Confidential by Plaintiffs. Consequently, no substantive reply is necessary.

REPLY IN SUPPORT OF CITY OF SEATTLE'S MOTION
TO SEAL THE CITY'S OPPOSITION TO CLASS
CERTIFICATION AND CERTAIN EXHIBITS TO THE
DECLARATION OF TYLER L. FARMER - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1   DATED this 25th day of February, 2022.

2   ANN DAVISON
    Seattle City Attorney

3

4   By: *s/ Joseph Groshong*
        Joseph Groshong, WSBA# 41593
5       Assistant City Attorney
        Seattle City Attorney's Office
6       701 Fifth Avenue, Suite 2050
        Seattle, WA 98104
7       Tel: (206) 684-8200
        Fax: (206) 684-8284
8       Joseph.Groshong@seattle.gov

9   HARRIGAN LEYH FARMER & THOMSEN LLP

10  By: *s/ Arthur W. Harrigan, Jr.*
    By: *s/ Tyler L. Farmer*
11  By: *s/ Shane P. Cramer*
12  By: *s/ Bryn R. Pallesen*
    By: *s/ Erica Iverson*
13      Arthur W. Harrigan, Jr., WSBA #1751
        Tyler L. Farmer, WSBA #39912
14      Shane P. Cramer, WSBA #35099
        Bryn R. Pallesen, WSBA #57714
15      Erica Iverson, Pro Hac Vice
        999 Third Avenue, Suite 4400
16      Seattle, WA 98104
        Tel:  (206) 623-1700
17      arthurh@harriganleyh.com
        tylerf@harriganleyh.com
18      shanec@harriganleyh.com
        brynp@harriganleyh.com
19      ericai@harriganleyh.com

20
    *Attorneys for City of Seattle*
21

22

23

24

25

REPLY IN SUPPORT OF CITY OF SEATTLE'S MOTION
TO SEAL THE CITY'S OPPOSITION TO CLASS
CERTIFICATION AND CERTAIN EXHIBITS TO THE
DECLARATION OF TYLER L. FARMER - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717