UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

C20-983 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion to seal, docket no. 73, is GRANTED. Exhibits 11, 12, 15, 17, 18, 20, 39, 86, 88, and 91 to the Farmer Declaration, docket no. 77, and Defendant's unredacted response, docket no. 76, to Plaintiffs' motion for class certification shall remain under seal. The unredacted versions of Exhibits 11, 12, 15, 17, 18, 20, 86, and 91, and the exhibits filed entirely under seal, 39 and 88, shall remain under seal because they contain competitive information about Plaintiffs' contractual relationships with third parties and/or commercially sensitive information. Defendant's unredacted response to Plaintiffs' motion for class certification shall remain under seal because it references materials from these exhibits.

(2) Pursuant to Defendant's praecipe, docket no. 78, the Clerk is directed to unseal Exhibit 89, filed under seal at docket no. 77-9, because Defendant inadvertently filed it under seal.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of February, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1