HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

        Plaintiffs,

v.

CITY OF SEATTLE,

        Defendant.

Case No. 20-cv-00983-TSZ

STIPULATION FOR MODIFICATION OF MINUTE ORDER SETTING EXPERT TESTIMONY DISCLOSURE DEADLINES AND [PROPOSED] ORDER

**NOTED ON MOTION CALENDAR:**
**March 25, 2022**

## STIPULATION

Plaintiffs Hunters Capital, LLC, *et al.*, and Defendant City of Seattle hereby stipulate, pursuant to Local Civil Rules 7(j) and 16(b)(6) as follows:

WHEREAS, the Parties continue to engage in active discovery, including document production, depositions, and other discovery;

WHEREAS, the current deadline for the exchange of primary expert reports is April 14, 2022, and the deadline for rebuttal reports is May 27, 2022;

WHEREAS, some counsel for the parties have conflicts the week of April 11-15, 2022;

WHEREAS, the Court has recently scheduled oral argument on Plaintiffs' Motion for Class Certification for Wednesday, April 20, 2022, at 10:00 am (Dkt 90);

STIPULATION FOR MODIFICATION OF MINUTE ORDER SETTING EXPERT TESTIMONY DISCLOSURE DEADLINES AND [PROPOSED] ORDER - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  WHEREAS, the Parties believe that it would be beneficial to extend the deadline for opening expert reports by two weeks, from Thursday, April 14, 2022 to Thursday, April 28, 2022, in order to accommodate conflicts and to enable the Parties to prioritize and focus on preparing for oral argument on Plaintiffs' pending motion;

WHEREAS, extending the deadline for rebuttal expert reports by one week, from Friday, May 27, 2022, to Friday, June 3, 2022, would provide additional time for the Parties to prepare any rebuttal expert reports that they wish to serve;

WHEREAS, the Parties believe that none of the other pre-trial or trial dates in the Court's current scheduling order (Dkt 46) would need to be changed to accommodate such a modified expert report deadlines; and

WHEREAS, good cause exists to order implementation of this stipulation.

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby stipulate and agree on, and request that the Court adopt, the following revised schedule for disclosure of primary and rebuttal expert reports:

| Event | Current Date | Proposed Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | April 14, 2022 | April 28, 2022 |
| Expert witness rebuttal deadline | May 27, 2022 | June 3, 2022 |

STIPULATED AND AGREED TO this 25th day of March, 2022.

**CALFO EAKES LLP**

By *s/ Tyler S. Weaver*
   Patty A. Eakes, WSBA #18888
   Angelo J. Calfo, WSBA #27079
   Tyler S. Weaver, WSBA #29413
   Gabriel Reilly-Bates, WSBA #52257
   Andrew DeCarlow, WSBA #54471
   Henry Phillips, WSBA #55152

**ANN DAVISON**
Seattle City Attorney

By *s/ Joseph Groshong*
   Joseph Groshong, WSBA #41593
   Assistant City Attorneys
   Seattle City Attorney's Office
   701 Fifth Avenue, Suite 2050
   Seattle, WA 98104
   Phone: (206) 684-8200

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING EXPERT TESTIMONY DISCLOSURE DEADLINES
AND [PROPOSED] ORDER - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| 1301 Second Avenue, Suite 2800<br>Seattle, WA  98101<br>Phone:  (206) 407-2200<br>Fax:  (206) 407-2224<br>Email: pattye@calfoeakes.com<br>           angeloc@calfoeakes.com<br>            tylerw@calfoeakes.com<br>           gaber@calfoeakes.com<br>           andrewd@calfoeakes.com<br>           henryp@calfoeakes.com<br><br><br>***Attorneys for Plaintiffs*** | Fax:  (206) 684-8284<br>E-mail: Joseph.Groshong@seattle.gov<br><br>**HARRIGAN LEYH FARMER & THOMSEN LLP**<br><br>By *s/ Shane P. Cramer*<br> Arthur W. Harrigan, Jr., WSBA #1751<br> Tyler L. Farmer, WSBA #39912<br> Shane P. Cramer, WSBA #35099<br> Bryn R. Pallesen, WSBA #57714<br> Erica Iverson, Pro Hac Vice<br> 999 Third Avenue, Suite 4400<br> Seattle, WA 98104<br> Phone: (206) 623-1700<br> Email: arthurh@harriganleyh.com<br>            tylerf@harriganleyh.com<br>            shanec@harriganleyh.com<br>            brynp@harriganleyh.com<br>            ericai@harriganleyh.com<br><br>***Attorneys for Defendant City of Seattle*** |

STIPULATION FOR MODIFICATION OF MINUTE ORDER SETTING EXPERT TESTIMONY DISCLOSURE DEADLINES AND [PROPOSED] ORDER - 3
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

# ORDER

In consideration of the parties' stipulation, the Court hereby orders the case deadlines pertaining to expert testimony disclosures be modified as follows:

| Event | Former Date | New Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | April 14, 2022 | April 28, 2022 |
| Expert witness rebuttal deadline | May 27, 2022 | June 3, 2022 |

IT IS SO ORDERED.

Dated this _____ day of _____, 2022.

_____
Thomas S. Zilly
United States District Judge

Presented by:

| | |
|---|---|
| **CALFO EAKES LLP** | **ANN DAVISON**<br>Seattle City Attorney |
| By *s/ Tyler S. Weaver*<br>Patty A. Eakes, WSBA #18888<br>Angelo J. Calfo, WSBA #27079<br>Tyler S. Weaver, WSBA #29413<br>Gabriel Reilly-Bates, WSBA #52257<br>Andrew DeCarlow, WSBA #54471<br>Henry Phillips, WSBA #55152<br>1301 Second Avenue, Suite 2800<br>Seattle, WA  98101<br>Phone:  (206) 407-2200<br>Fax:  (206) 407-2224<br>Email: pattye@calfoeakes.com<br>          angeloc@calfoeakes.com<br>          tylerw@calfoeakes.com<br>          gaber@calfoeakes.com<br>          andrewd@calfoeakes.com<br>          henryp@calfoeakes.com<br><br>*Attorneys for Plaintiffs* | By *s/ Joseph Groshong*<br>Joseph Groshong, WSBA #41593<br>Assistant City Attorneys<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone:  (206) 684-8200<br>Fax:  (206) 684-8284<br>E-mail: Joseph.Groshong@seattle.gov<br><br>**HARRIGAN LEYH FARMER & THOMSEN LLP**<br><br>By *s/ Shane P. Cramer*<br>Arthur W. Harrigan, Jr., WSBA #1751<br>Tyler L. Farmer, WSBA #39912<br>Shane P. Cramer, WSBA #35099<br>Bryn R. Pallesen, WSBA #57714<br>Erica Iverson, Pro Hac Vice |

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING EXPERT TESTIMONY DISCLOSURE DEADLINES
AND [PROPOSED] ORDER - 4
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1
2
3
4
5

999 Third Avenue, Suite 4400
Seattle, WA 98104
Phone: (206) 623-1700
Email: arthurh@harriganleyh.com
tylerf@harriganleyh.com
shanec@harriganleyh.com
brynp@harriganleyh.com
ericai@harriganleyh.com

***Attorneys for Defendant City of Seattle***

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING EXPERT TESTIMONY DISCLOSURE DEADLINES
AND [PROPOSED] ORDER - 5
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717