UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

               Plaintiffs,

  v.

CITY OF SEATTLE,

               Defendant.

C20-983 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Prior to oral argument this Wednesday, April 20, 2022, the parties are directed to review the Ninth Circuit's recent decision in *Olean Wholesale Grocery Cooperative, Inc. v. Bumble Bee Foods LLC*, No. 19-56514, 2022 WL 1053459 (9th Cir. Apr. 8, 2022).

(2) In addition to the issues identified in the Court's prior Minute Order (docket no. 90), the parties should also focus their argument on Rule 23(b)(3)'s predominance requirement as it is applied to Rule 23(c)(4). Additionally, the parties should be prepared to address proposed methods for case management if the Court grants Plaintiffs' motion for class certification of particular issues pursuant to Rule 23(c)(4).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of April, 2022.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 1