(Rev. 10/2021)

## United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter: Sheri Schelbert  
Judicial Officer: Thomas S. Zilly  
Case No. C20-983-TSZ  
Case Name: Hunters Capital, LLC, et al. v. City of Seattle

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 4/20/22 | Motion for class certification | |
| | | |
| | | |
| | | |

For Appeal? ☑ No ☐ Yes   Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| Please choose one: | Maximum Transcript Fees – Per Page | | | Requested Delivery Date* |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | |
| ☐ Ordinary Transcript (30 day) | $3.65 | $ .90 | $ .60 | *Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.* |
| ☑ 14-Day Transcript (14 day) | $4.25 | $ .90 | $ .60 | |
| ☐ Expedited Transcript (7 day) | $4.85 | $ .90 | $ .60 | |
| ☐ 3-Day Transcript (3 day) | $5.45 | $1.05 | $ .75 | |
| ☐ Daily Transcript (next morning) | $6.05 | $1.20 | $ .90 | |
| ☐ Hourly Transcript (same day) | $7.25 | $1.20 | $ .90 | |

☑ PDF (default delivery format)

Email address for delivery of PDF transcript: Conniej@Harriganleyh.com

Additional Comments:

### Contact Information

| | |
|---|---|
| Name: | Connie Jory |
| Phone: | 206-294-7414   Email: conniej@harriganleyh.com |
| Firm: | Harrigan Leyh Farmer & Thomsen LLP |
| Street Address: | 999 Third Avenue, Suite 4400 |
| City/State/Zip: | Seattle, WA  98104 |

s/ Shane P. Cramer  
**Signature**

04/20/2022  
**Date**

[PRINT]   [SAVE AS]   [RESET]