UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

  Plaintiffs,

v.

CITY OF SEATTLE,

  Defendant.

C20-983 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 97, the Court issues the following amended schedule:

| | |
|---|---|
| **JURY TRIAL** set for  **9:00 AM on** | **June 26, 2023** |
| Length of Trial | 2–3 weeks[1] |
| All remaining discovery completed by | August 31, 2022 |
| All motions related to discovery must be filed by | August 4, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar November 15, 2022 | September 29, 2022 |

---

[1] If a trial longer than 2–3 weeks is necessary, the Court will consider bifurcating the action.

MINUTE ORDER - 1

| | | |
|---|---|---|
| All spoliation motions must be filed by | | September 29, 2022 |
|    and noted on the motion calendar | | |
|    November 15, 2022 | | |
| All responses to dispositive and spoliation motions due by | | October 28, 2022 |
| All replies in support of dispositive and spoliation motions due by | | November 15, 2022 |
| Any motions related to expert witnesses must be filed by | | January 12, 2023 |
|    and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | | |
| All motions in limine must be filed by | | March 23, 2023 |
|    and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | | |
| Pretrial Order due[2] by | | May 26, 2023 |
| Trial Briefs to be submitted by | | May 26, 2023 |
| Proposed Voir Dire/Jury Instructions due by | | May 26, 2023 |
| Pretrial Conference set for | **10:00 AM on** | June 16, 2023 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of June, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

---

[2] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on October 29, 2020, docket no. 27.

MINUTE ORDER - 2