THE HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

10

11 | HUNTERS CAPITAL, LLC, a Washington

Case No. 2:20-cv-00983-TSZ

limited liability company, HUNTERS
12 | PROPERTY HOLDINGS, LLC, a

Washington limited liability company,
13 | GREENUS BUILDING, INC., a

NOTICE OF CHANGE OF FIRM
AFFILIATION

Washington corporation. SRJ ENTERPRISES,
14 | d/b/a CAR TENDER, a Washington

corporation, THE RICHMARK COMPANY
15 | d/b/a RICHMARK LABEL, a Washington

company, ONYX HOMEOWNERS
16 | ASSOCIATION, a Washington registered

homeowners association, MATTHEW
17 | PLOSZAJ, an individual, WADE BILLER, an

individual, MADRONA REAL ESTATE
18 | SERVICES LLC, a Washington limited

liability company, MADRONA REAL
19 | ESTATE INVESTORS IV LLC, a Washington

limited liability company, MADRONA REAL
20 | ESTATE INVESTORS VI LLC, a Washington

limited liability company, 12TH AND PIKE
21 | ASSOCIATES LLC, a Washington limited

liability company, REDSIDE PARTNERS
22 | LLC, a Washington limited liability company,

OLIVE ST APARTMENTS LLC, a
23 | Washington limited liability corporation,

BERGMAN'S LOCK AND KEY SERVICES
24 | LLC, a Washington limited liability company,

on behalf of themselves and others similarly
25

26

1  situated, SHUFFLE LLC d/b/a CURE
   COCKTAIL, a Washington limited liability
2  company, and SWAY AND CAKE LLC, a
   Washington limited liability company,
3

4                         Plaintiffs,

5       vs.

6  CITY OF SEATTLE,

7                         Defendant.

8

9       PLEASE TAKE NOTICE that the firm affiliation for counsel of record for Plaintiffs in the

10  above captioned action has changed from Calfo Eakes LLP to Morgan, Lewis & Bockius LLP.

11      The affiliation change only affects counsels' phone number, facsimile number, and email

12  addresses.  Counsels' updated contact information is as follows:

13                    **MORGAN, LEWIS & BOCKIUS LLP**

14
        Patricia A. Eakes, WSBA #18888
15      Angelo J. Calfo, WSBA #27079
        Tyler S. Weaver, WSBA #29413
16      Gabe Reilly-Bates, WSBA #52257
        Andrew DeCarlow, WSBA #54471
17      Henry Phillips, WSBA #55152
        1301 Second Avenue, Suite 2800
18      Seattle, WA 98101
        Phone:  (206) 474-6400
19      Fax:     (206) 474-6401
        Email: patty.eakes@morganlewis.com
20              angelo.calfo@morganlewis.com
21              tyler.weaver@morganlewis.com
                gabriel.reillybates@morganlewis.com
22              andrew.decarlow@morganlewis.com
                henry.phillips@morganlewis.com
23

24  The firm address remains the same. Please update your records accordingly.

25

26  ///

NOTICE OF CHANGE OF
FIRM AFFILIATION
Case No. 2:20-cv-00983-TSZ – Page 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1    DATED this 6th day of July, 2022.

2                                              **MORGAN, LEWIS & BOCKIUS LLP**

3                                              By: *s/ Patty A. Eakes*
                                               Patricia A. Eakes, WSBA #18888
4                                              Angelo J. Calfo, WSBA #27079
                                               Tyler S. Weaver, WSBA #29413
5                                              Gabe Reilly-Bates, WSBA #52257
                                               Andrew DeCarlow, WSBA #54471
6                                              Henry Phillips, WSBA #55152
                                               1301 Second Avenue, Suite 2800
7                                              Seattle, WA 98101
                                               Phone:  (206) 474-6400
8                                              Fax:     (206) 474-6401
                                               Email:  patty.eakes@morganlewis.com
9                                                       angelo.calfo@morganlewis.com
                                                        tyler.weaver@morganlewis.com
10                                                      gabriel.reillybates@morganlewis.com
                                                        andrew.decarlow@morganlewis.com
11                                                      henry.phillips@morganlewis.com

12                                             *Attorneys for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF CHANGE OF
FIRM AFFILIATION
Case No. 2:20-cv-00983-TSZ – Page 2