HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

    Plaintiffs,

v.

CITY OF SEATTLE,

    Defendant.

Case No. 20-cv-00983-TSZ

STIPULATED MOTION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

NOTED ON MOTION CALENDAR:
**August 4, 2022**

## INTRODUCTION

The plaintiffs ("Plaintiffs") and the City of Seattle (the "City") stipulate pursuant to Local Civil Rules 10(g) and 16(b)(6) and for the reasons stated below to modify one deadline in the amended case schedule issued by the Court on June 10, 2022 (Dkt. 98) such that all motions related to discovery must be filed by September 8, 2022 instead of the current August 4, 2022 deadline.

## ARGUMENT

The parties' joint request to modify the amended case schedule to extend the deadline for filing discovery motions to September 8, 2022 satisfies the applicable "good cause" standard. *See* Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6). Since the Court issued its order denying Plaintiffs' motion for class certification (Dkt. 96), the parties diligently have pursued fact discovery specific to

STIPULATED MOTION AND [PROPOSED] ORDER
MODIFYING CASE SCHEDULE - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  Plaintiffs' individual claims against the City, as well as discovery relating to the 11 experts
2  disclosed by the parties.  Some of this discovery, including certain expert and fact witness
3  depositions and responses to already-served discovery, remains outstanding, necessitating the
4  requested extension of the current August 4 deadline for filing discovery motions.

5  Specifically, since the Court issued its order on class certification, (1) the City served
6  subpoenas duces tecum on the tenants for whom the Hunters Capital and Madrona entities are
7  seeking damages for lost rent and on the owners of the properties for which Redside Partners is
8  seeking damages for lost property management fees, several of which plaintiffs' counsel now
9  represent; (2) the Plaintiffs and the City propounded additional discovery requests specific to
10 establishing or defending  against the claims that the City is liable for damages to certain
11 individual plaintiffs; and (3) the Plaintiffs and the City have noticed approximately one dozen
12 depositions of fact and expert witnesses.  The parties have worked together, in good faith, to timely
13 complete this discovery and to schedule these remaining depositions, but it appears to be inevitable
14 that much of the discovery will not be completed until after the current August 4 deadline.  These
15 discovery activities must be completed before the parties will be able to determine the scope of any
16 appropriate discovery motions.  Further, providing the requested extension of the discovery
17 motions deadline will give the parties additional time to resolve any outstanding discovery issues
18 without burdening the Court with discovery motions.  Consequently, good cause exists to modify
19 the amended case schedule with respect to the discovery motions deadline.

20 Neither Plaintiffs nor the City will suffer any prejudice from moving the discovery motions
21 deadline to September 8, 2022.  *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609
22 (9th Cir. 1992) ("existence or degree of prejudice" to opposing party "might supply additional
23 reasons to deny a motion").  The parties also are not aware of any inconvenience to the Court that
24 would arise from this proposed schedule change.  None of the other pre-trial or trial dates in the
25 Court's amended scheduling order would need to be changed to accommodate the modified

STIPULATED MOTION AND [PROPOSED] ORDER
MODIFYING CASE SCHEDULE - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  discovery motions deadline, and trial is set to begin on June 26, 2023, nearly 11 months from now.

2  *See* Dkt. 98.

## CONCLUSION

For the above reasons and for good cause shown, the parties jointly move and stipulate to modify the amended case schedule (Dkt. 98) such that all motions related to discovery must be filed by September 8, 2022 instead of the current August 4, 2022 deadline.

**STIPULATED AND AGREED TO** this 4th day of August, 2022.

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **ANN DAVISON**<br>Seattle City Attorney |
| By: */s/ Tyler S. Weaver*<br>Patty A. Eakes, WSBA #18888<br>Angelo J. Calfo, WSBA #27079<br>Tyler S. Weaver, WSBA #29413<br>Gabe Reilly-Bates, WSBA #52257<br>Andrew DeCarlow, WSBA #54471<br>Henry Phillips, WSBA #55152<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 407-2200<br>Fax: (206) 407-2224<br>E-mails:<br>patty.eakes@morganlewis.com<br>angelo.calfo@morganlewis.com<br>tyler.weaver@morganlewis.com<br>andrew.decarlow@morganlewis.com<br>henry.phillips@morganlewis.com<br>gabriel.reillybates@morganlewis.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Joseph Groshong*<br>Joseph Groshong, WSBA #41593<br>Assistant City Attorneys<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone: (206) 684-8200<br>Fax: (206) 684-8284<br>E-mail: Joseph.Groshong@seattle.gov<br><br>**HARRIGAN LEYH FARMER & THOMSEN LLP**<br><br>By: */s/ Shane P. Cramer*<br>Arthur W. Harrigan, Jr., WSBA #1751<br>Tyler L. Farmer, WSBA #39912<br>Shane P. Cramer, WSBA #35099<br>Bryn R. Pallesen, WSBA #57714<br>Erica Iverson, Pro Hac Vice<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Phone: (206) 623-1700<br>Emails: arthurh@harriganleyh.com<br>　　　　tylerf@harriganleyh.com<br>　　　　shanec@harriganleyh.com<br>　　　　brynp@harriganleyh.com<br>　　　　ericai@harriganleyh.com<br><br>*Attorneys for Defendant City of Seattle* |

STIPULATED MOTION AND [PROPOSED] ORDER
MODIFYING CASE SCHEDULE - 3
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

## ORDER

In consideration of the parties' foregoing Stipulated Motion, the Court hereby orders that the Amended Case Schedule (Dkt. 98) shall be modified. All motions related to discovery must be filed by September 8, 2022.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2022.

_____
Thomas S. Zilly
United States District Judge

Presented by:

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **ANN DAVISON**<br>Seattle City Attorney |
| By: */s/ Tyler S. Weaver*<br>Patty A. Eakes, WSBA #18888<br>Angelo J. Calfo, WSBA #27079<br>Tyler S. Weaver, WSBA #29413<br>Gabe Reilly-Bates, WSBA #52257<br>Andrew DeCarlow, WSBA #54471<br>Henry Phillips, WSBA #55152<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 407-2200<br>Fax: (206) 407-2224<br>E-mails:<br>patty.eakes@morganlewis.com<br>angelo.calfo@morganlewis.com<br>tyler.weaver@morganlewis.com<br>andrew.decarlow@morganlewis.com<br>henry.phillips@morganlewis.com<br>gabriel.reillybates@morganlewis.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Joseph Groshong*<br>Joseph Groshong, WSBA #41593<br>Assistant City Attorneys<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone: (206) 684-8200<br>Fax: (206) 684-8284<br>E-mail: Joseph.Groshong@seattle.gov<br><br>**HARRIGAN LEYH FARMER & THOMSEN LLP**<br><br>By: */s/ Shane P. Cramer*<br>Arthur W. Harrigan, Jr., WSBA #1751<br>Tyler L. Farmer, WSBA #39912<br>Shane P. Cramer, WSBA #35099<br>Bryn R. Pallesen, WSBA #57714<br>Erica Iverson, Pro Hac Vice<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Phone: (206) 623-1700<br>Emails: arthurh@harriganleyh.com<br>           tylerf@harriganleyh.com<br>           shanec@harriganleyh.com<br>           brynp@harriganleyh.com<br>           ericai@harriganleyh.com<br><br>*Attorneys for Defendant City of Seattle* |

STIPULATED MOTION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE - 4
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717