HONORABLE THOMAS S. ZILLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

　　　　　Plaintiffs,

　　v.

CITY OF SEATTLE,

　　　　　Defendant.

Case No. 20-cv-00983 TSZ

CITY OF SEATTLE'S NOTICE OF
APPEARANCE

**CLERK'S ACTION REQUIRED**

TO:　　THE CLERK OF THE COURT; and

TO:　　ALL PARTIES OF RECORDS AND THEIR ATTORNEYS.

　　　　PLEASE TAKE NOTICE that the undersigned counsel, Erica R. Iverson of the law firm Harrigan Leyh Farmer & Thomsen LLP, hereby appears on behalf of the City of Seattle in the above-captioned action as an attorney with full admission to the Washington State Bar (previously admitted Pro Hac Vice), and requests that service of all papers and pleadings herein, except original process, also be made upon the undersigned at the address stated below.

　　　　DATED this 16th day of August, 2022.

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/ Erica R. Iverson_
     Erica R. Iverson, WSBA #59627
     999 Third Avenue, Suite 4400
     Seattle, WA 98104
     Tel:  (206) 623-1700
     Fax:  (206) 623-8717
     ericai@harriganleyh.com