HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 20-cv-00983-TSZ <br><br> NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY <br><br> **(CLERK'S ACTION REQUIRED)** |

PLEASE TAKE NOTICE that Bryn R. Pallesen, formerly of Harrigan Leyh Farmer & Thomsen, LLP hereby withdraws as counsel of record for City of Seattle and may be removed from any applicable service list.

Joseph Groshong, Arthur W. Harrigan, Jr., Tyler L. Farmer, Shane P. Cramer and Erica Iverson remain as counsel of record for City of Seattle and should continue to receive notices.

///

///

///

///

///

NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1   DATED this 21st day of September, 2022.

2                                       PETER S. HOLMES
                                        Seattle City Attorney
3
                                        By: *s/ Joseph Groshong*
4                                           Joseph Groshong, WSBA# 41593
                                            Assistant City Attorney
5                                           Seattle City Attorney's Office
                                            701 Fifth Avenue, Suite 2050
6                                           Seattle, WA 98104
                                            Tel:  (206) 684-8200
7                                           Fax: (206) 684-8284
                                            Joseph.Groshong@seattle.gov
8

9
                                        HARRIGAN LEYH FARMER & THOMSEN LLP
10
                                        By: *s/ Arthur W. Harrigan, Jr.*
11                                      By: *s/ Tyler L. Farmer*
                                        By: *s/ Shane P. Cramer*
12                                      By: *s/ Bryn R. Pallesen*
                                        By: *s/ Erica Iverson*
13                                          Arthur W. Harrigan, Jr., WSBA #1751
                                            Tyler L. Farmer, WSBA #39912
14                                          Shane P. Cramer, WSBA #35099
                                            Bryn R. Pallesen, WSBA #57714
15                                          Erica Iverson, WSBA #59627
                                            999 Third Avenue, Suite 4400
16                                          Seattle, WA 98104
                                            Tel:  (206) 623-1700
17                                          arthurh@harriganleyh.com
                                            tylerf@harriganleyh.com
18                                          shanec@harriganleyh.com

19
                                        *Attorneys for City of Seattle*
20

21

22

23

24

25

NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717