HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

               Plaintiffs,

    v.

CITY OF SEATTLE,

               Defendant.

Case No. 20-cv-00983

CITY OF SEATTLE'S MOTION FOR LEAVE
TO FILE OVER-LENGTH BRIEF

**NOTE ON MOTION CALENDAR:
SEPTEMBER 26, 2022**

      Pursuant to Local Rule 7(f), the City of Seattle seeks leave of the Court to file an over-length brief in support of its Motion for Summary Judgment.  The City of Seattle respectfully requests to file a motion of no more than thirty-two (32) pages, which is eight pages more than the limit prescribed by Local Rule 7(e)(3).

      Plaintiffs in this case are twelve different businesses, residents, and landlords who have each brought five constitutional and tort claims against the City.  The case is complex and involves over $3 million in claimed damages by the twelve separate plaintiffs.  The City intends to move for summary judgment against all plaintiffs and on all claims.  Rather than file twelve separate briefs, the City believes it would be more efficient to proceed with the filing of a single, consolidated

CITY OF SEATTLE'S MOTION FOR LEAVE
TO FILE OVER-LENGTH BRIEF - 1
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

brief in support of its motion for summary judgment.[1]

Given the number of plaintiffs, number of issues, complexity of the case, and the damages at stake, the City respectfully requests additional pages for its motion.  The City's request will not prejudice the plaintiffs and will streamline the presentation of issues before this Court.  Granting the City's request to enlarge pages will allow the City to address each plaintiff's claim fully while at the same time maximizing the efficient use of judicial resources.  Moreover, during the briefing on class certification, the parties stipulated to increase the number of allowed pages.  *See* Dkt. 53. Summary judgment presents an equally significant juncture in the case and should be treated similarly.

For the foregoing reasons, the City of Seattle respectfully requests the Court grant an additional eight (8) pages for its brief in support of its Motion for Summary Judgment, for a total of thirty-two (32) pages, with the length of the opposition and reply to be governed by Local Rule 7(f)(4).

DATED this 26th day of September, 2022.


ANN DAVISON
Seattle City Attorney

By:  *s/ Joseph Groshong*
     Joseph Groshong, WSBA# 41593
     Assistant City Attorney
     Seattle City Attorney's Office
     701 Fifth Avenue, Suite 2050
     Seattle, WA 98104
     Tel:  (206) 684-8200
     Fax: (206) 684-8284
     Joseph.Groshong@seattle.gov

---

[1] The Local Rules prohibit the filing of contemporaneous motions seeking to dispose of single issues or claims, but do not appear to prohibit the filing of separate motions against each plaintiff in a multi-plaintiff suit.

CITY OF SEATTLE'S MOTION FOR LEAVE
TO FILE OVER-LENGTH BRIEF - 2
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/ Arthur W. Harrigan, Jr._____
By: _s/ Tyler L. Farmer_____
By: _s/ Shane P. Cramer_____
By: _s/ Erica Iverson_____
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Erica Iverson, WSBA #59627
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel:  (206) 623-1700
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    ericai@harriganleyh.com

    *Attorneys for City of Seattle*