HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

     Plaintiffs,

  v.

CITY OF SEATTLE,

     Defendant.

Case No. 20-cv-00983-TSZ

(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF

**NOTED ON MOTION CALENDAR: SEPTEMBER 26, 2022**

THIS MATTER comes before the Court on the City of Seattle's Motion For Leave to File Over-Length Brief.  The Court has considered the pleadings filed and therefore deems itself fully advised.  Based on the pleadings submitted,

IT IS ORDERED that the City of Seattle's Motion for Leave to File Over-Length Brief is **GRANTED**.  The City of Seattle shall have an additional eight (8) pages for its brief in support of its Motion for Summary Judgment, for a total of thirty-two (32) pages, with the length of the opposition and reply to be governed by Local Rule 7(f)(4).

DATED this 26th day of September, 2022.

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  Presented by:

2  ANN DAVISON
   Seattle City Attorney
3
4  By: *s/ Joseph Groshong*
       Joseph Groshong, WSBA# 41593
5      Assistant City Attorney
       Seattle City Attorney's Office
6      701 Fifth Avenue, Suite 2050
       Seattle, WA 98104
7      Tel: (206) 684-8200
       Fax: (206) 684-8284
8      Joseph.Groshong@seattle.gov

9

10 HARRIGAN LEYH FARMER & THOMSEN LLP

11 By: *s/ Arthur W. Harrigan, Jr.*
   By: *s/ Tyler L. Farmer*
12 By: *s/ Shane P. Cramer*
   By: *s/ Erica Iverson*
13     Arthur W. Harrigan, Jr., WSBA #1751
       Tyler L. Farmer, WSBA #39912
14     Shane P. Cramer, WSBA #35099
       Erica Iverson, WSBA #59627
15     999 Third Avenue, Suite 4400
       Seattle, WA 98104
16     Tel: (206) 623-1700

17     arthurh@harriganleyh.com
       tylerf@harriganleyh.com
18     shanec@harriganleyh.com
       ericai@harriganleyh.com
19
   *Attorneys for City of Seattle*
20

21

22

23

24

25

(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 2
(Case No. 20-cv-00983-TSZ)