HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

            Plaintiffs,

v.

CITY OF SEATTLE,

            Defendant.

Case No. 20-cv-00983-TSZ

[PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION TO SEAL CITY'S MOTION FOR SPOLIATION SANCTIONS AGAINST CERTAIN OF THE PLAINTIFFS AND CERTAIN EXHIBITS TO THE DECLARATION OF SHANE P. CRAMER IN SUPPORT OF THE CITY'S MOTION FOR SPOLIATION SANCTIONS

**NOTED ON MOTION CALENDAR: OCTOBER 14, 2022**

      THIS MATTER comes before the Court on the City of Seattle's September 29, 2022 Motion to Seal.  The Court has considered the pleadings filed and therefore deems itself fully advised.  Based on the pleadings submitted,

      IT IS ORDERED that the City of Seattle's Motion to Seal is _____.

[PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION
TO SEAL CITY'S MOTION FOR SPOLIATION SANCTIONS - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

DATED this _____ day of _____, 2022.

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

ANN DAVISON
Seattle City Attorney

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Erica Iverson*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Erica Iverson, *Pro Hac Vice*
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    ericai@harriganleyh.com

*Attorneys for City of Seattle*

[PROPOSED] ORDER ON CITY OF SEATTLE'S MOTION
TO SEAL CITY'S MOTION FOR SPOLIATION SANCTIONS - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717