HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　Defendant. | Case No. 20-cv-00983-TSZ<br><br>(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION FOR SPOLIATION SANCTIONS AGAINST CERTAIN OF THE PLAINTIFFS<br><br>NOTED ON MOTION CALENDAR:<br>NOVEMBER 15, 2022<br><br>**ORAL ARGUMENT REQUESTED** |

　　THIS MATTER came before the Court on the City of Seattle's Motion for Spoliation Sanctions Against Certain of the Plaintiffs.

　　Having considered the motion and supporting declaration and exhibits thereto, and all briefs and arguments in support of or opposition to that motion, the City's motion is GRANTED.

　　DATED this ____ day of _____, 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

ANN DAVISON
Seattle City Attorney

---

(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION
FOR SPOLIATION SANCTIONS - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Erica Iverson*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Erica Iverson, *Pro Hac Vice*
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    ericai@harriganleyh.com

*Attorneys for City of Seattle*

(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION FOR SPOLIATION SANCTIONS - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717