# EXHIBIT 5



Conversation - Instant Messages (14)

From: [redacted] Mike Malone
To: [redacted] (owner)
To: adrian.diaz@seattle.gov
To: [redacted] (owner)

Jenny,
Sorry to bother you, but I'm speaking for over 118 business owners and landlords in our Pike/Pine Overlay. We have spent the last 4 weeks helping each other remove graffiti and plywood from our windows in an effort to bring our urban neighborhood closer to normal.
Please remove the barricade, fencing and plywood from our East Precinct Building. Help us, support us in getting our businesses back, our many apartment residents more comfortable.
Remove the squatters and open our park.
Please. We support you and the SPD. We are doing our part, but the City must help us.
I have taken the liberty of copying Adrian Diaz on this note.
Please join us in trying to make things better.
Thank you so very much, Jenny.
Mike
Michael J Malone

**Attachments:**

Title: IMG_6043.jpg
Size: 233716
File name: ~/Library/SMS/Attachments/d8/08/AFAFCF9F-4620-4BB7-87C2-47D430A7BFCB/IMG_6043.jpg
~/Library/SMS/Attachments/d8/08/AFAFCF9F-4620-4BB7-87C2-47D430A7BFCB/IMG_6043.jpg

**To**

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] | | 10/1/2020 3:58:28 PM(UTC-7) | |
| adrian.diaz@seattle.gov | | | |
| [redacted] | | | |

**Status:** Read

10/1/2020 3:51:00 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x1ECF8A (Table: message, handle, attachment, Size: 7303168 bytes)
iPhone/mobile/Library/SMS/Attachments/d8/08/AFAFCF9F-4620-4BB7-87C2-47D430A7BFCB/IMG_6043.jpg : (Size: 233716 bytes)





From: (owner)
To: adrian.diaz@seattle.gov
To: Mike Malone
To: (owner)

Thanks for the note. Let's pull people together for a conversation on that and other challenges facing Cap Hill. Would welcome the chance.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| adrian.diaz@seattle.gov | | | |
| Mike Malone | | | |
| | | | |

**Status:** Sent

10/1/2020 3:59:46 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x1EDF6E (Table: message, handle, Size: 7303168 bytes)

From: Mike Malone
To: (owner)
To: adrian.diaz@seattle.gov
To: (owner)

Jenny,
Some time this week to meet for 45 min? Up here in old Riveter space or your offices. Either.
There are 9 of us, Sheila/SCC, Linda Derschang, Don Blakeney, etc Residents, business owners, highly respected neighborhood leaders. Full list and background before gathering.
We care, we are hurting, both financial and emotional. It needn't be this way, Jenny. Help us, please.
Thank you,
Respectfully,
Mike

Michael J Malone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 10/5/2020 12:43:17 PM(UTC-7) | |
| adrian.diaz@seattle.gov | | | |
| | | | |

**Status:** Read

10/5/2020 12:40:46 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x1F3D06 (Table: message, handle, Size: 7303168 bytes)

CONFIDENTIAL JD000141 2



From: [REDACTED] Mike Malone
To: [REDACTED] (owner)
To: adrian.diaz@seattle.gov
Jenny,
It's been over a week and we've not heard back from you regarding your suggested meeting with us on Pike/Pine and CA Park.
We are standing by....hanging on, as best we can.
Thank you, and let's sit down, please!
Mike Malone, et al
Participant
Delivered
Read
Played
10/13/2020 10:18:58 AM(UTC-7)
adrian.diaz@seattle.gov
Status: Read
10/13/2020 9:07:11 AM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x1F97B1 (Table: message, handle, chat, Size: 7303168 bytes)

From: [REDACTED] (owner)
To: adrian.diaz@seattle.gov
To: [REDACTED] Mike Malone
Mike, the office has been trying to arrange this. As I understand it, there was a concern everything had to go through your lawyers because of the lawsuit. But I am anxious to meet.
Jenny
Participant
Delivered
Read
Played
adrian.diaz@seattle.gov
Mike Malone
Status: Sent
10/17/2020 4:34:28 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x1FE94D (Table: message, chat, handle, Size: 7303168 bytes)

From: [REDACTED] Mike Malone
To: [REDACTED] (owner)
To: adrian.diaz@seattle.gov

Jenny,
Yes, good conversations with Sabrina. No lawyers, not necessary, this is not "the" or a lawsuit, but residents, business owners, property owners. We all work together in this hood.
We all have worked hard these last 5 weeks to get back to some sort of physical normality.
We have to.
We are just pleading for your help and understanding.
SPD is our neighbor, too. We had arranged for 130 potted flowers we were going to all plant in the East Precinct's flower boxes, just before it all flared up again.
We could meet this week or Thursday or Friday next week.
Sabrina has been very nice and helpful.
Let us help you, help us get our Precinct and Park back and back to looking normal, not like Beirut!
Thanks Jenny for your empathy.
Mike

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] | | 10/17/2020 5:42:34 PM(UTC-7) | |
| adrian.diaz@seattle.gov | | | |

**Status:** Read

10/17/2020 5:03:56 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x1FFF66 (Table: message, handle, chat, Size: 7303168 bytes)

From: adrian.diaz@seattle.gov
To: [REDACTED] (owner)
To: [REDACTED] Mike Malone

Re:
Looking forward to connect.. i am sure one of those days could work.. Diaz

Sent from my iPad

> On Oct 17, 2020, at 7:03 PM, "2069722800@mms.att.net" <2069722800@mms.att.net> wrote:
>
> _CAUTION: External Email
> <mime-attachment>

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] | | 10/17/2020 5:42:34 PM(UTC-7) | |
| [REDACTED] Mike Malone | | | |

**Status:** Read

10/17/2020 5:42:17 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x200E56 (Table: message, handle, chat, Size: 7303168 bytes)







From: [redacted] (owner)
To: adrian.diaz@seattle.gov
To: [redacted] Mike Malone

I am more than totally in Mike. (I wasn't worried about the suit, but the lawyers had to sign off.).

We have been doing a lot across departments on how to change the "ground truth" up there. Am very much looking forward to meeting. My son and one of my brothers live on Cap Hill so I have even more interests in getting this right and soon. Jenny

| Participant | Delivered | Read | Played |
|---|---|---|---|
| adrian.diaz@seattle.gov | | | |
| [redacted] Mike Malone | | | |

**Status:** Sent

10/17/2020 5:46:40 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x201D7C (Table: message, chat, handle, Size: 7303168 bytes)

From: [redacted] Mike Malone
To: [redacted] (owner)
To: adrian.diaz@seattle.gov

Thank you for this.
Let's see what we can do, together. Mike

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 10/17/2020 7:29:05 PM(UTC-7) | |
| adrian.diaz@seattle.gov | | | |

**Status:** Read

10/17/2020 7:29:00 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2018A2 (Table: message, handle, chat, Size: 7303168 bytes)

From: [redacted] (owner)
To: adrian.diaz@seattle.gov
To: [redacted] Mike Malone

Liked "Thank you for this.
Let's see what we can do, together. Mike"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| adrian.diaz@seattle.gov | | | |
| [redacted] Mike Malone | | | |

**Status:** Sent

10/17/2020 7:29:13 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x201544 (Table: message, chat, handle, Size: 7303168 bytes)



From: [redacted] (owner)
To: adrian.diaz@seattle.gov
To: [redacted] Mike Malone

Together. Unbounded!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| adrian.diaz@seattle.gov | | | |
| [redacted] Mike Malone | | | |

**Status:** Sent

10/17/2020 7:29:34 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x20129F (Table: message, chat, handle, Size: 7303168 bytes)

From: [redacted] Mike Malone
To: [redacted] (owner)
To: adrian.diaz@seattle.gov

I just wanted to share with you a small group of videos being widely distributed on social media around our Capitol Hill.
Many many thanks for your great effort and commitment in bringing us back, to what Seattle really is (on an early Spring day)
Thank you!
Mike Malone and a whole bunch of other people!!!

**Attachments:**

Title: Cal Ander.3gp
Size: 769307
File name: ~/Library/SMS/Attachments/ba/10/4945230E-9BBE-4F1F-9CF6-C14BD5C13049/Cal Ander.3gp
~/Library/SMS/Attachments/ba/10/4945230E-9BBE-4F1F-9CF6-C14BD5C13049/Cal Ander.3gp

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 3/5/2021 2:46:40 PM(UTC-8) | |
| adrian.diaz@seattle.gov | | | |

**Status:** Read

3/5/2021 1:23:29 PM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x271AC7 (Table: message, handle, attachment, chat, Size: 7303168 bytes)
iPhone/mobile/Library/SMS/Attachments/ba/10/4945230E-9BBE-4F1F-9CF6-C14BD5C13049/Cal Ander.3gp : (Size: 769307 bytes)

From: [redacted] (owner)
To: adrian.diaz@seattle.gov
To: [redacted] Mike Malone

Fantastic! Thanks for sending

| Participant | Delivered | Read | Played |
|---|---|---|---|
| adrian.diaz@seattle.gov | | | |
| [redacted] Mike Malone | | | |

**Status:** Sent

3/5/2021 2:48:31 PM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2715D7 (Table: message, chat, handle, Size: 7303168 bytes)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x271380 (Table: message, handle, chat, Size: 7303168 bytes)

## Conversation - Instant Messages (23)

From: [redacted] Mike Malone
To: + [redacted] (owner)
To: + [redacted] (owner)

Jenny,
Thank you for the time and effort of today. It meant a lot, much appreciated, and we need to act.
We have immediately begun an effort to show our support for you and for these actions on Capitol Hill.
All good.
Mike

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 10/29/2020 6:14:55 PM(UTC-7) | |

**Status:** Read

10/29/2020 4:53:55 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x207F6E (Table: message, handle, Size: 7303168 bytes)

From: + [redacted] (owner)
To: + [redacted] Mike Malone
To: + [redacted] (owner)

Thanks, Mike. Back at you. Thanks most for your love of the city and Cap Hill. None of this is easy. But we can do this. Hopefully some of the changes will move the needle in the very near term.

Jenny

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Mike Malone | 10/29/2020 6:18:08 PM(UTC-7) | 10/29/2020 11:28:57 PM(UTC-7) | |

**Status:** Sent

10/29/2020 6:18:07 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x207874 (Table: message, handle, Size: 7303168 bytes)

From: [redacted] Mike Malone
To: [redacted] (owner)
To: [redacted] (owner)

https://www.change.org/p/seattle-mayor-jenny-durkan-mayor-durkan-we-support-the-opening-of-cal-anderson-park-making-pike-pine-safe-for-all

**Attachments:**

Title: B4E6A0BF-CD56-48AE-946F-4BBD2A67C2A0.pluginPayloadAttachment
Size: 3142
File name: ~/Library/SMS/Attachments/be/14/5445A0E3-8364-404C-B1E4-D025BF04E955/B4E6A0BF-CD56-48AE-946F-4BBD2A67C2A0.pluginPayloadAttachment
~/Library/SMS/Attachments/be/14/5445A0E3-8364-404C-B1E4-D025BF04E955/B4E6A0BF-CD56-48AE-946F-4BBD2A67C2A0.pluginPayloadAttachment

Title: DC49B630-46ED-4A2D-A056-45C216B6B530.pluginPayloadAttachment
Size: 1604840
File name: ~/Library/SMS/Attachments/de/14/F50253D2-40D5-4A7B-9FAE-1F020AE34795/DC49B630-46ED-4A2D-A056-45C216B6B530.pluginPayloadAttachment
~/Library/SMS/Attachments/de/14/F50253D2-40D5-4A7B-9FAE-1F020AE34795/DC49B630-46ED-4A2D-A056-45C216B6B530.pluginPayloadAttachment

Title: 332BD94E-D9EF-4D71-9B38-4592C22905DD.pluginPayloadAttachment
Size: 1604840
File name: ~/Library/SMS/Attachments/de/14/at_1_CD796660-6FF2-4C9D-A2A1-98C1B203DB05/332BD94E-D9EF-4D71-9B38-4592C22905DD.pluginPayloadAttachment
~/Library/SMS/Attachments/de/14/at_1_CD796660-6FF2-4C9D-A2A1-98C1B203DB05/332BD94E-D9EF-4D71-9B38-4592C22905DD.pluginPayloadAttachment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 11/21/2020 1:52:20 PM(UTC-8) | |

**Status:** Read

11/21/2020 1:31:28 PM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x22672B (Table: message, handle, attachment, Size: 7303168 bytes)
iPhone/mobile/Library/SMS/Attachments/be/14/5445A0E3-8364-404C-B1E4-D025BF04E955/B4E6A0BF-CD56-48AE-946F-4BBD2A67C2A0.pluginPayloadAttachment : (Size: 3142 bytes)
iPhone/mobile/Library/SMS/Attachments/de/14/F50253D2-40D5-4A7B-9FAE-1F020AE34795/DC49B630-46ED-4A2D-A056-45C216B6B530.pluginPayloadAttachment : (Size: 1604840 bytes)

From: [redacted] Mike Malone
To: +[redacted] (owner)
To: +[redacted] (owner)

Jenny,
Sorry to bother you.
In an effort to help you prioritize and act on the CHOP aftermath, we put this respectful, supportive petition together which was launched Thursday. There are already over 800 signatures (note the comments, too) and rapidly growing. We have to answer this call to action....please.
Thanks,
Mike Malone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 11/21/2020 1:52:20 PM(UTC-8) | |

**Status:** Read

11/21/2020 1:31:28 PM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x227F40 (Table: message, handle, Size: 7303168 bytes)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x227703 (Table: message, handle, Size: 7303168 bytes)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x228F40 (Table: message, handle, Size: 7303168 bytes)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x228C92 (Table: message, handle, Size: 7303168 bytes)

From: [redacted] Mike Malone
To: [redacted] (owner)
To: [redacted] (owner)

Tied up 8 to about 10:30am, then a free.
Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 11/21/2020 4:10:10 PM(UTC-8) | |

**Status:** Read

11/21/2020 4:01:00 PM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2289F6 (Table: message, handle, Size: 7303168 bytes)

From: [redacted] Mike Malone
To: [redacted] (owner)
To: [redacted] (owner)

Jenny,
Thanks for the call. Totally agree and on board to do our community part. We will start the ground work, the people organizing now, so we will be prepared to show our help and support of the City's efforts!!
I understand. We want to help this be successful and lasting.

Mike

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 11/23/2020 7:52:55 PM(UTC-8) | |

**Status:** Read

11/23/2020 2:35:11 PM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x22AF40 (Table: message, handle, Size: 7303168 bytes)

From: [redacted] (owner)
To: + [redacted] Mike Malone
To: + [redacted] (owner)

Talked to Dep Mayor Casey Sixkiller. He is on point and will follow up with you and your team. I am always available and will remain "attentive". Let's make progress!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Mike Malone | 11/23/2020 7:54:38 PM(UTC-8) | 11/23/2020 8:23:35 PM(UTC-8) | |

**Status:** Sent

11/23/2020 7:54:36 PM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x22AADA (Table: message, handle, Size: 7303168 bytes)

From: Mike Malone
To: (owner)
To: (owner)

Jenny,
Well spoken. Tough decision, good for you. I only want to help you in this challenge.
Best,
Mike Malone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 12/7/2020 4:44:41 PM(UTC-8) | |
| | | | |

**Status:** Read

12/7/2020 10:43:29 AM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x23240C (Table: message, handle, Size: 7303168 bytes)

From: (owner)
To: Mike Malone
To: (owner)

Thanks, Mike. I appreciate it - and I am counting on you! Time to build back the city we love

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Mike Malone | 12/7/2020 4:46:35 PM(UTC-8) | 12/7/2020 5:40:47 PM(UTC-8) | |
| | | | |

**Status:** Sent

12/7/2020 4:46:34 PM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x234C26 (Table: message, handle, Size: 7303168 bytes)

From: (owner)
To: Mike Malone
To: (owner)

Merry Christmas!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Mike Malone | 12/25/2020 12:30:51 PM(UTC-8) | 12/25/2020 1:27:13 PM(UTC-8) | |
| | | | |

**Status:** Sent

12/25/2020 12:30:50 PM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x23FAD3 (Table: message, handle, Size: 7303168 bytes)

From: [redacted] Mike Malone
To: [redacted] (owner)
To: [redacted] (owner)

Jenny,
I was just thinking of you, and wanted to say the City, SPD, Parks, SDOT have been doing a wonderful job around Cal Anderson/Pike-Pine area.
Community members are working with the occasional homeless person sleeping in an entry doorway and find them a proper shelter. I'm staying in touch with Chief Adrian on current timing for barricade removal, as the community is prepared with fresh dirt and Spring flowers to redo all their planter boxes along 12th as well as E Pine. We will make sure to get some positive press on these collaborative efforts.
So, I just want to say THANK YOU, Jenny Durkan!
mike malone, for the Capitol Hill community

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 2/27/2021 10:21:44 AM(UTC-8) | |

**Status:** Read

2/27/2021 8:10:06 AM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26EC9C (Table: message, handle, Size: 7303168 bytes)

From: [redacted] (owner)
To: [redacted] Mike Malone
To: [redacted] (owner)

Funny you should write because I was going to write a big thank you to YOU. The community has really come through and come together and you have been key. Everything from the lights on the trees to supporting the work of Parks and SPD. So

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Mike Malone | 2/27/2021 10:25:16 AM(UTC-8) | | |

**Status:** Sent

2/27/2021 10:25:15 AM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26E547 (Table: message, handle, Size: 7303168 bytes)

From: [redacted] (owner)
To: [redacted] Mike Malone
To: [redacted] (owner)

And I'll come plant flowers!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Mike Malone | 2/27/2021 10:25:40 AM(UTC-8) | 2/27/2021 10:59:49 AM(UTC-8) | |
| [redacted] | | | |

**Status:** Sent

2/27/2021 10:25:40 AM(UTC-8)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x26FF41 (Table: message, handle, Size: 7303168 bytes)





From: [redacted] Mike Malone
To: [redacted] (owner)
To: (owner)

**Attachments:**

Title: IMG_6893.jpeg
Size: 0
File name: ~/Library/SMS/Attachments/43/03/E87B6422-7BF2-47C8-A26C-EE0F1585E075/IMG_6893.jpeg
~/Library/SMS/Attachments/43/03/E87B6422-7BF2-47C8-A26C-EE0F1585E075/IMG_6893.jpeg
(Empty File)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 3/20/2021 9:23:56 AM(UTC-7) | |
| [redacted] | | | |

**Status:** Read

3/20/2021 9:23:39 AM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x27D50F (Table: message, handle, attachment, Size: 7303168 bytes)

From: [redacted] Mike Malone
To: [redacted] (owner)
To: (owner)

THE TOP 4 LINES WERE CUT OUT OF MY LAST TEXT.

**Attachments:**

Title: IMG_6895.heic
Size: 0
File name: ~/Library/SMS/Attachments/22/02/52932B46-2FAC-46C3-8A9C-7B8F18F44550/IMG_6895.heic
~/Library/SMS/Attachments/22/02/52932B46-2FAC-46C3-8A9C-7B8F18F44550/IMG_6895.heic
(Empty File)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 3/20/2021 12:50:44 PM(UTC-7) | |
| [redacted] | | | |

**Status:** Read

3/20/2021 12:12:48 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x27EF3F (Table: message, handle, attachment, Size: 7303168 bytes)



From: [redacted] (owner)
To: Mike Malone
To: [redacted] (owner)

Mike,
Thanks for this. Can my office reach out to Jack? We are trying to push on everything that helps us recover and this could fit that to a tee. People are going to want to travel. And I want them coming here!

Thanks for continuing to push on all fronts. Jenny

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Mike Malone | 3/21/2021 6:18:51 PM(UTC-7) | 3/21/2021 6:25:27 PM(UTC-7) | |
| [redacted] | | | |

**Status:** Sent

3/21/2021 6:18:49 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x27EBDF (Table: message, handle, Size: 7303168 bytes)

From: [redacted] Mike Malone
To: [redacted] (owner)
To: [redacted] (owner)

Absolutely! I'll alert Jack McCullough immediately, Jenny.
Thanks for your attention on a Sunday evening
Had a nice lunch with Chief Diaz Thursday talking about community support for the new fencing around East. We will help make it beautiful and neighborly!
Best,
Mike

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 3/21/2021 6:43:25 PM(UTC-7) | |
| [redacted] | | | |

**Status:** Read

3/21/2021 6:40:49 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x27FF3F (Table: message, handle, Size: 7303168 bytes)

From: [redacted] (owner)
To: Mike Malone
To: [redacted] (owner)

Thanks Mike. We should have coffee! Take care, Jenny

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Mike Malone | 3/21/2021 6:44:06 PM(UTC-7) | 3/21/2021 7:38:14 PM(UTC-7) | |
| [redacted] | | | |

**Status:** Sent

3/21/2021 6:44:04 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x27F2FA (Table: message, handle, Size: 7303168 bytes)

From: Mike Malone
To: (owner)
To: (owner)

Right! Anytime, I'll be there.
Glass of wine better
Spoke to J McCullough, he's standing by

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 3/22/2021 3:50:15 PM(UTC-7) | |

Status: Read

3/22/2021 1:42:08 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x282F3F (Table: message, handle, Size: 7303168 bytes)

From: (owner)
To: Mike Malone
To: (owner)

Have him call Casey Sixkiller. He is standing by.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Mike Malone | 3/22/2021 3:51:01 PM(UTC-7) | 3/22/2021 5:33:14 PM(UTC-7) | |
| | | | |

Status: Sent

3/22/2021 3:51:01 PM(UTC-7)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x282C4E (Table: message, handle, Size: 7303168 bytes)