# EXHIBIT 6

JILL CRONAUER
9/30/2021

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                )
            Plaintiffs,         )
                                )
        vs.                     )  No. 20-cv-00983-TSZ
                                )
CITY OF SEATTLE,                )
                                )
            Defendant.          )
_____

Videotaped ZOOM 30(b)6 Deposition

Of

JILL CRONAUER
_____

CONTENTS DESIGNATED CONFIDENTIAL

DATE:  Thursday, September 30, 2021

REPORTED BY:  Mindy L. Suurs, CSR No. 2195

Page 149

 1      Q.   So unfortunately, I don't have a copy of any text
 2   messages with the names of the senders or recipients.  If
 3   you look at chat 93, do you see that there are two
 4   participants and one of them has the number 2063006995?
 5      A.   That is my number.
 6      Q.   Okay.
 7           MR. REILLY-BATES:  Mr. Farmer, you're referring
 8   to Page 1 of Exhibit 66; is that right?
 9           MR. FARMER:  Yes, that's correct.
10      Q.   Could you turn to Page 13 of the chats?
11      A.   I mean I -- if you -- you know, I remember some
12   of these.  Yeah.  Anyway, go ahead.
13      Q.   I'm sorry, I didn't mean to speak over you.
14      A.   That's fine.
15      Q.   Do you still have your phone that you used during
16   this time period?
17      A.   Yes.
18      Q.   And have you retained all the text messages?
19      A.   Yeah, I have not done anything deliberately to
20   delete them.
21      Q.   Okay.  So if you look at Page 13 in this
22   collection, looking at the last several, it looks like the
23   chat numbers are all 169 for this exchange, but if you look
24   at the last line here on Page 13, do you see a phone number
25   where it says from area code (425)894-7222?

JILL CRONAUER
9/30/2021

Page 186

1                    REPORTER'S CERTIFICATE

2

3       I, Mindy L. Suurs, the undersigned Certified Court
   Reporter, pursuant to RCW 5.28.010, authorized to
4  administer oaths and affirmations in and for the State of
   Washington, do hereby certify:

5

6       That the foregoing testimony of JILL CRONAUER
   was given before me at the time and place stated therein
7  and thereafter was transcribed under my direction;

8       That the sworn testimony and/or proceedings were by me
   stenographically recorded and transcribed under my
9  supervision, to the best of my ability;

10      That the foregoing transcript contains a full, true,
   and accurate record of all the sworn testimony and/or
11 proceedings given and occurring at the time and place
   stated in the transcript;

12
        That the witness, before examination, was by me duly
13 sworn to testify the truth, the whole truth, and nothing
   but the truth;

14
        That I am not a relative, employee, attorney, or
15 counsel of any party to this action or relative or employee
   of any such attorney or counsel and that I am not
16 financially interested in the said action or the outcome
   thereof;

17

18 DATE:   October 3, 2021

19

20

21

22

23 _____

24              Mindy L. Suurs
                Certified Court Reporter #2195
25

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427  3515 SW Alaska St Seattle WA 98126



206.682.1427    fax 206.937.6236

Please record any changes or corrections on this sheet, indicating page number, line number, and reason for the change.

| Page | Line | Correction and Reason |
|------|------|------------------------|
| 9    | 7    | Should read '500' instead of '900' |
| 9    | 22   | Should read 'Kei' instead of 'Key |
| 12   | 3    | Should read 'J' instead of 'Jim' |
| 12   | 4    | Should read 'Kieran Oaksmith' instead of 'Karen Malone' |
| 12   | 4    | Should read 'Cristin' instead of 'Kristen' |
| 18   | 2    | Should read 'small business loan' instead of NSBA loan' |
| 70   | 17   | Should read 'and' instead of 'in' |
| 109  | 19   | Should read 'Amaan' instead of 'Ahman' |
| 122  | 15   | Should read 'Paparepas' instead of 'Papa Repas' |
| 177  | 16   | Should read 'for your mortgage' instead of 'and your rent' |

_____
(Signature here and on deposition)

1        S I G N A T U R E

2

3        I declare that I have read my within deposition,

4   taken on Thursday, September 30, 2021, and the same is true

5   and correct save and except for changes and/or corrections,

6   if any, as indicated by me on the "CORRECTIONS" flyleaf

7   page hereof.

8        Signed in _____Seattle_____, Washington,

9   this __1__ day of __November_____, 2021.

10

11

12

13

14   _____

15   JILL CRONAUER

16

17

18

19

20

21

22

23

24

25