# EXHIBIT 7

10:58

JC

Jill

Apr 25, 2019, 08:17

Are you in the office? I can walk over and sign!

Nov 27, 2019, 15:28

Running 5 min late!

OK — here!

Mar 13, 2020, 13:27

Are you at the office?

Land lines!

Yes

Mar 15, 2020, 21:21

I saw the news. I know you have to close completely. I will put together a plan and be in touch.

Sounds good. I laid off the entire staff this evening. Totally heartbreaking. Talk to you this week.

iMessage

Cash

11:00

Jill >

Sounds good. I laid off the entire staff this evening. Totally heartbreaking. Talk to you this week.

Mar 17, 2020, 13:56

Do you have a contact number for the owner of the Riveter? Or can you give them mine and ask them to call me?

I believe they are still open. I'm emailing with her right now. I have not had the opportunity to discuss with Malone, he's putting out fires at the Sorrento.... or maybe setting it on 🔥

I'll ask her if I can connect the two of you via email

Perf. This is a flamethrower of a situation for sure.

Just connected the two of you through email.

OK thanks!

11:01

JC

Jill

Perf. This is a flamethrower of a situation for sure.

Just connected the two of you through email.

OK thanks!

Mar 17, 2020, 16:56

Give me a call when you can

Will do. Ok a conference call

Mar 18, 2020, 11:43

Are you on the OED call right now?

I am not. Is there a call in #

No, a link. Almost over but I will send for next week's call

Q: are you currently the only employee at Havana?

OK -- I usually get those emails I'm not sure what happened

11:01

JC

Jill

OK -- I usually get those emails I'm not sure what happened.

Everyone is laid off.

My company is contracted to manage it, and that status is up in the air.

If so, you may be eligible for the small biz stabilization grant. They just said it matters number of employees at time of application

Become an employee. You may qualify for the $10K grant

OK -- I'll follow up with OED.

Shit. You make too much. Never mind

What's the threshold?

80% of medium income

Q: "What happens is you are not low -moderate income but are

iMessage

Cash

11:02

Jill >

80% of medium income

Q: "What happens is you are not low -moderate income but are now in distress"
A: "apply for SBA loan. "

They are also suggesting there will be some sort of other roll out of funds available in the near future. Doesn't specify if this is stimulus or loans. We'll know in the next few days.

OK -- thanks for the heads up.

Mar 21, 2020, 10:26

rough conversation yesterday. You blind sided me a bit as none of our other tenants have expressed any hesitation or felt that we were asking too much and the request has been standard across all tenants and what two other landlords I consult with are asking. We will

11:02

Jill >

Mar 21, 2020, 10:26

rough conversation yesterday. You blind sided me a bit as none of our other tenants have expressed any hesitation or felt that we were asking too much and the request has been standard across all tenants and what two other landlords I consult with are asking. We will not ask you to pay April rent. We are asking tenants to pay NNN. If your financials show that is not doable on your end we can add that to the rent deferment. We are "deferring" rent as opposed to waiving rent as that is how we have been advised given the possibility of rent relief coming. This has been an absolutely horrible two weeks for everyone. I am sincere when I say we will work through this together but both sides must contribute. Even our office tenants which you wouldn't assume would hurt have had to pause on many... and in some cases... all of their

iMessage

11:02
JC
Jill

not ask you to pay April rent. We are asking tenants to pay NNN. If your financials show that is not doable on your end we can add that to the rent deferment. We are "deferring" rent as opposed to waiving rent as that is how we have been advised given the possibility of rent relief coming. This has been an absolutely horrible two weeks for everyone. I am sincere when I say we will work through this together but both sides must contribute. Even our office tenants which you wouldn't assume would hurt have had to pause on many... and in some cases... all of their client's work because their clients are closed. We have cash to weather some bumps , thankfully we are conservative, but not knowing when this will rebound is very concerning.

Happy Saturday! Apologies I started a conference call right when you texted. Apologies also for the blindsiding. I think we are

iMessage

Cash

11:03

JC

Jill

Happy Saturday! Apologies I started a conference call right when you texted. Apologies also for the blindsiding. I think we are all acclimating to things and reacting to things in real time has it's downside: frustration and panic, which I am sure I exhibited in abundance yesterday! I appreciate your willingness to work with me as we get through this together. My goal here (as I'm sure is yours) is a long-term plan. Hunters has always been fair, supportive and reliable to me, and I've always been the same to Hunters -- the relationship is great for us both. By the end of this weekend I should have a solid plan in place with my investors so let's touch base Monday or Tuesday. I totally appreciate you and the whole team at Hunters. Be well!

And sorry that took nine years to write 😎

Wonderful. Glad we are on the

iMessage



11:03
JC
Jill
And sorry that took nine years to write 😎
Wonderful. Glad we are on the same page. Talk soon.
Apr 16, 2020, 09:35
In a meeting can I call you later?
👌
Apr 16, 2020, 12:09
Give me a call back anytime!
Apr 16, 2020, 16:53
Woo hoo! Just got my second PPP for HHG approved. So more $$$ for rent. AND now I can get a paycheck. Hallelujah!
Yay!!!!
Apr 24, 2020, 12:48
Hey Jill...have a few minute to

iMessage
Cash

11:04 

Jill >

VIP party domes inside Havana!

The perfect table for 2!

12/6=2!

You could fit a 5! That's the new max

Sorry I was thinking of two single people...still stuck in the way things used to be!

...still are today. I'm thinking of June 1st

Fingers crossed. I think June 22 is my optimistic date.

May 18, 2020, 12:08

I'm wide open for a while. Give a call when you can.

Jun 7, 2020, 12:16

Hey Jill, happy Sunday! Just swung by the office to pick up something and...SPD is

iMessage



11:04

Jill

Hey Jill, happy Sunday! Just swung by the office to pick up something and...SPD is constructing steel and concrete barricades along Pike Street at 12th. Just an FYI that you will probably hear from the Jukebox peeps this AM. Hope you are well!

Jun 9, 2020, 08:52

Morning! Oak said to touch base with you about access to BW today?

It's open! Our crew was there first thing this morning

You guys rule. Thank you!

Jun 10, 2020, 15:19

Are you in the Ballou Wright building?

I am indeed.

Am I boarded in?

iMessage

11:04

Jill

I am indeed.

Am I boarded in?

No

Nope, i am here, I can hear you

Did your book club start yet? Do you have a minute?

Jun 22, 2020, 13:11

You around?

Sep 17, 2020, 13:20

Let me know when you are able to chat leases? I have an investor call scheduled for tomorrow but I can push it to next week. Hope you are managing the smoke OK!

Sep 18, 2020, 17:42

Significant roof leak at BW.

Where is it coming through?

The roof.

iMessage

11:07

MO

Mike

Jun 15, 2020, 09:52

Hey Oak it's Q. We are going to try to open later this week. I wanted to see if you still have guys who can get us boarded up? Give me a call whenever you have time. Thanks!

Mar 12, 2021, 10:55

Hey Oak it's Q. Do you have contact info for John? Is he still doing work for you?

And hope all is well.

Tap to Download
John At Crossgrain.v...
0.2 KB

Here you go. Yes, still working with him.

Cool — thanks Oak!

Jun 30, 2021, 11:33