# EXHIBIT 8

# THERIVETER

Amy Nelson <amy@theriveter.co>

## Capitol Hill Lease

**Zoe Rowell** <zoe.rowell@theriveter.co>  Fri, May 8, 2020 at 5:52 PM
To: Jill Cronauer <Jill@hunterscapital.com>

Hi Jill,

Sorry for the delay. Sending a connection email for you and our national broker Clay. Will also set up some time to discuss next steps early next week.

Regards,

Zoë

---

**From:** Jill Cronauer <Jill@hunterscapital.com>
**Date:** Friday, May 8, 2020 at 11:50 AM
**To:** Zoe Rowell <zoe.rowell@theriveter.co>
**Cc:** Amy Nelson <amy@theriveter.co>, Teresa Kotwis <teresa.kotwis@theriveter.co>
**Subject:** Capitol Hill Lease

Hi Zoe,

Reaching out again to see if you can provide us with a contact or information regarding your sublet. As we discussed, we want to work with you to mitigate losses on both sides.

We are also open to discussing an exit plan out of the lease.

Please contact me to discuss.

Best,

Jill

**From:** Jill Cronauer
**Sent:** Tuesday, May 5, 2020 8:35 AM

**To:** Zoe Rowell <zoe.rowell@theriveter.co>
**Subject:** RE: Thank you for your time

Good Morning Zoe,

I'm just follow up on the sublease information. I have a couple potentials in mind who I would love to put this in front of, but without seeing the marketing material or speaking with your broker, I cannot know for sure what is being offered.

Jill

---

**From:** Jill Cronauer
**Sent:** Friday, May 1, 2020 7:42 AM
**To:** Zoe Rowell <zoe.rowell@theriveter.co>
**Subject:** Thank you for your time

Hi Zoe,

Thank you for your time yesterday to discus the Riveter's next steps in exit the lease.

As we discussed, please send over the marketing material as well as the broker contact. I would like to make a few calls to potential tenants before the weekend.

Stay Well!

Jill Cronauer

COO | Hunters Capital

Designated Broker | Hunters Capital Real Estate

O: 206.328.3333

C: 203.300.6995

RIVETER_000077