# EXHIBIT 9

Nik Larsen - to Jill Cronauer    Friday, May 15, 2020, 1:43 PM (776 days ago)

DISPLAY EXTERNAL RESOURCES  ⓘ

Hi Jill—

Hope you are doing well.  I wanted to check in regarding our office lease that I believe is set to expire in November of this year.  As our team continues to grow, it is looking as though we will not be renewing in our current space.  I figure this is a long shot, but wondering if you potentially have another group interested in the space that would be interested in taking over before our expiration so that we could exit early?  I realize in COVID this is a long shot, but there is a chance we won't be moving our people back in this year due to what is going on, and with financial impacts we are trying to save every dollar possible.  Please let me know your thoughts.

Thanks in advance for the consideration!

Cheers,

Nik

**The Stable  |  nik@thestable.com  |  612.810.8124  |  923 Nicollet Mall #300  |  Minneapolis, MN 55402**

Stable_Subpoena_Response_017

Jill Cronauer - to Nik Larsen    Friday, May 15, 2020, 1:56 PM (776 days ago)

DISPLAY EXTERNAL RESOURCES ⓘ

Hi Nick,

I am sorry to hear that we might not see your people around the building anytime soon. As you guessed, leasing is pretty quiet right now. People are mostly hunkering down and seeing how this will play out. But, I do receive inquires every now and again. I will send the opportunity around to see if there is interest.

Do you have your eyes set on a future space or is that on hold? I have a great space coming available just a couple blocks from here. I've attached flyer on the off chance it may work for you.

If it's any help, we are having all common areas sanitized nightly. Our office is open, people are working out of it daily, as are a few others on the floor.

Jill

Stable_Subpoena_Response_016

Nik Larsen - to Jill Cronauer

Friday, May 15, 2020, 2:06 PM (776 days ago)

DISPLAY EXTERNAL RESOURCES

Appreciate the info and we are very much open to ideas but have no definitive plans now.

What is the gross number for the lease you attached?

Thanks again for your help!

Nik

Stable_Subpoena_Response_015

Jill Cronauer - to Nik Larsen    Friday, May 15, 2020, 2:11 PM (776 days ago)

**DISPLAY EXTERNAL RESOURCES**   ⓘ

The listed gross amount is $12,752/month which also includes utilities. You are an existing tenant so that will earn you a discount and also the office market is softening so that calls for some relief as well. If you are interested, we can chat more about what we may be able to put together.

Jill

Stable_Subpoena_Response_014

Jill Cronauer - to Steve Rozanski and 1 others    Wednesday, July 22, 2020, 6:32 PM (708 days ago)

DISPLAY EXTERNAL RESOURCES ⓘ

Hi Nik and Steve,

I hope this finds you both happy and healthy and The Stable Group performing well.

These certainly have been an interesting few months here and around the world! A few months ago we were discussing the possibility of The Stable growing into a larger space. Recognizing many business timelines have been altered, I wanted to check in and see where The Stable is regarding near term and long term office needs.

Do you have time for a quick call this week or early next week?

Best,

Jill Cronauer

Stable_Subpoena_Response_007

Steve Rozanski - to Jill Cronauer   Wednesday, July 22, 2020, 10:59 PM (708 days ago)

DISPLAY EXTERNAL RESOURCES  ⓘ

Hey Jill,

Thanks for reaching out. As of now our team in Seattle is planning to stay 100% remote through 2020.

When we do return to an office it's likely in a similar size space or smaller with WFH being the primary option for most employees. The feedback from our team is that they'd prefer to be outside of the Cap Hill area, too.

Happy to jump on a call to talk through things and space you have in other areas. As a landlord, Hunters has been great.

Steve

Stable_Subpoena_Response_006

**Dan Degginger** - to Steve Rozanski                      Friday, July 24, 2020, 2:02 PM (706 days ago)

DISPLAY EXTERNAL RESOURCES

Sounds good, thanks for the heads up!

> On Fri, Jul 24, 2020 at 11:14 AM Steve Rozanski <steve@thestable.com> wrote:
> Hey Dan - I wanted to loop you and Jill together. Jill leads Hunters Capital, our landlords. We're going to be looking to sublease the office and with you working there she'll reach out if there are showing requests and to coordinate times.
>
> ==We do not expect there to be a ton of interest== but anyone who does look at the place will be in masks, not allowed to touch anything and any door handles will be wiped down when they leave.
>
> Please ping me with any questions or how I can help, at any point.
>
> Steve
>
> -----------------
>
> **Steve Rozanski**
> *SVP of Retail, GM | The Stable*
> steve@thestable.com
> 248.563.0234

Stable_Subpoena_Response_011

Jill Cronauer - to Dan Degginger and 1 others    Friday, July 24, 2020, 2:40 PM (706 days ago)

**DISPLAY EXTERNAL RESOURCES** ⓘ

Absolutely Dan!  In reality, it will likely be at least 24 hours. Sometimes we do get last minute tours, but it is pretty uncommon.

---

**From:** Dan Degginger <dan@thestable.com>
**Sent:** Friday, July 24, 2020 12:05 PM
**To:** Steve Rozanski <steve@thestable.com>
**Cc:** Jill Cronauer <Jill@hunterscapital.com>
**Subject:** Re: The Stable - Office Space

Jill, would you mind giving me a quick heads up or like 5 minute warning if/when you will be showing the space?

Stable_Subpoena_Response_010

Dan Degginger - to Jill Cronauer  Friday, July 24, 2020, 3:04 PM (706 days ago)

**DISPLAY EXTERNAL RESOURCES** ⓘ

Perfect. Sounds great.

Thanks,
Dan

Stable_Subpoena_Response_009

Olivia Collins - to Dan Eggsinger - Thursday, July 30, 2020 at 11:09 AM (700 days ago)

**DISPLAY EXTERNAL RESOURCES** ⓘ

Good morning Dan,

Wondering if I could pop in today to take a couple photos of the space, including the conference rooms? Please let me know if there is a convenient time that works best for you.

Thank you!

**OLIVIA COLLINS**

*OFFICE MANAGER*

O: (206) 328-3333

C: (949) 606-3543

OLIVIA@HUNTERSCAPITAL.COM

WWW.HUNTERSCAPITAL.COM

Stable_Subpoena_Response_008