# EXHIBIT 15

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                )
            Plaintiffs,         )
                                )
        vs.                     )   No. 20-cv-00983-TSZ
                                )
CITY OF SEATTLE,                )
                                )
            Defendant.          )
_____

Zoom 30(b)6 Video Deposition Upon Oral Examination

Of

LONNIE THOMPSON
_____

DATE:  Tuesday, May 4, 2021

REPORTED BY:  Mindy L. Suurs, CSR No. 2195

Electronically signed by Mindy Suurs (101-257-931-8021)                               25b1dea6-5462-4263-95dd-96b16ceea9a7

LONNIE THOMPSON
5/4/2021

Page 10

1   in preparation for today?
2       A.  No.
3       Q.  So other than studying those documents, did you
4   do any other form of preparation for your deposition?
5       A.  No.
6       Q.  Who's your current employer?
7       A.  I am the owner of Bergman's Lock and Key.
8       Q.  How long have you owned Bergman's?
9       A.  Over 13 years.
10      Q.  Where did you work before you started Bergman's?
11      A.  I worked for Bergman's -- I've worked for
12  Bergman's Lock and Key for over 20 years, and I was
13  employed with Mr. Bergman and then purchased the company
14  later on.
15      Q.  So before you owned the company, when you worked
16  for it, what was your role?
17      A.  I was the lead locksmith.
18      Q.  And was Bergman's your first locksmith job?
19      A.  Yes.
20      Q.  So you said you purchased Bergman's approximately
21  13 years ago; is that correct?
22      A.  Yes.
23      Q.  But the company existed prior to you purchasing
24  it; is that correct?
25      A.  That is correct.

LONNIE THOMPSON
5/4/2021

Page 104

```
 1   or no?
 2        A.   No, I did not.
 3        Q.   So you didn't text any of your employees related
 4   to the protests?
 5        A.   No, the only texting that would have been done
 6   would have been, "Don't bother coming to the shop, I'll get
 7   this to you this way or coast is clear, things are looking
 8   good" kind of thing.  It was more directed to what's
 9   happening right there at the shop.
10        Q.   So you may have texted about the situation around
11   the shop during the CHOP time period; is that right?
12        A.   But it wouldn't be of any relevance.  You know
13   what I mean?  Would have been, "Shop's open, don't worry
14   about it" kind of thing.  It was all about our safety to
15   each other, or for each other.
16        Q.   Do you delete your texts, or do you still have
17   them?
18        A.   I'm not a very savvy phone user, and I know I've
19   already lost two phones in the last year.
20        Q.   When you lose a phone, do you lose all of the
21   information that was on the last one?
22        A.   Unless my son is able to get it for me, you are
23   correct, I would have lost them.
24        Q.   Have you checked to see whether you have any
25   texts from the time period of the CHOP, June to July of
```

LONNIE THOMPSON
5/4/2021

Page 105

```
 1   2020?
 2        A.   I think I did check a while back when I was asked
 3   about it, and I think I -- actually, I know I did.  I
 4   checked a while back to see if I had anything and I don't.
 5        Q.   Do you remember if you had texts from that time
 6   period at all?
 7        A.   I would have got it to everybody here as they
 8   needed it.
 9        Q.   Do you remember if you still have any texts from
10   that time period at all?
11        A.   No, I do not.
12        Q.   No, you don't remember or no, you don't have
13   them?
14        A.   No, I do not have texts from back then.
15        Q.   Okay.  So you know that they're gone?
16        A.   I'm 90 percent sure they're gone.
17        Q.   Okay.  When did you lose phones in the last two
18   years?
19        A.   My first one I lost in Lake Washington, and that
20   was in October before I put the boat away for the year, and
21   the last one I lost was in January, and that was when we
22   were up in the mountains hiking.
23        Q.   Were you able to recover the phone that dropped
24   in the lake?
25        A.   No.  No.
```

LONNIE THOMPSON
5/4/2021

Page 106

1    Q.   Did you see it fall, or what were the
2  circumstances?
3    A.   I jumped in the water because I was playing with
4  my kids and it was in my front pocket, and when I dove
5  in --
6    Q.   Waterlogged?
7    A.   I don't know.  Haven't seen it since.
8    Q.   Oh.  How about in January?  What happened to your
9  phone then?
10   A.   I have no idea.  It had to have come out of the
11  back pocket of my backpack and we were hiking high in the
12  snow and by the time I realized it was gone, it was way too
13  late.
14   Q.   You did provide us some photos, but I didn't see
15  any photos related to your business.  Do you have any
16  photos that show your business or the CHOP zone during June
17  and July of 2020?
18   A.   I don't recall providing photos.  I may have had
19  a coworker that did, but I don't recall providing any from
20  me.  There was the young -- the gentleman that was chased
21  out of the park with a baseball bat, and he would have been
22  the only one that I know of that would have photos.  But I
23  don't recall of any photos in our -- yeah, I don't recall
24  of any photos.
25   Q.   Who was the gentleman who was chased out with the

Page 115

1      I, Mindy L. Suurs, the undersigned Certified Court
Reporter, pursuant to RCW 5.28.010, authorized to
2  administer oaths and affirmations in and for the State of
Washington, do hereby certify:
3

4      That the foregoing testimony of LONNIE THOMPSON
was given before me at the time and place stated therein
5  and thereafter was transcribed under my direction;

6      That the sworn testimony and/or proceedings were by me
stenographically recorded and transcribed under my
7  supervision, to the best of my ability;

8      That the foregoing transcript contains a full, true,
and accurate record of all the sworn testimony and/or
9  proceedings given and occurring at the time and place
stated in the transcript;
10
    That the witness, before examination, was by me duly
11  sworn to testify the truth, the whole truth, and nothing
but the truth;
12
    That I am not a relative, employee, attorney, or
13  counsel of any party to this action or relative or employee
of any such attorney or counsel and that I am not
14  financially interested in the said action or the outcome
thereof;
15

16  DATE:  May 6, 2021

17

18

19

20

21                              _____
                                Mindy L. Suurs
22                              Certified Court Reporter #2195

23

24

25

Page 114

1    I declare that I have read my within deposition,
2    taken on Tuesday, May 4, ~~2016~~ 2021, and the same is true and
3    correct save and except for changes and/or corrections, if
4    any, as indicated by me on the "CORRECTIONS" flyleaf page
5    hereof.
6         Signed in ___Seattle___, Washington,
7    this __17th__ day of ___May___, ~~2016~~ 2021

                    _____
                            LONNIE THOMPSON

24              REPORTER'S CERTIFICATE



206.682.1427   fax 206.937.6236

Please record any changes or corrections on this sheet, indicating page number, line number, and reason for the change.

Page   Line                              Correction and Reason

_____
(Signature here and on deposition)