# EXHIBIT 20

Message

| | |
|---|---|
| **From**: | Bill Donner [bdonner@richmarklabel.com] |
| **Sent**: | 6/11/2020 5:43:21 PM |
| **To**: | Alan Anderson [aanderson@richmarklabel.com] |
| **Subject**: | FW: meeting |

Rough & Associates
**BILL DONNER**
11/16/21
**86**

I love Malone.

Bill

---

**From:** Mike Malone <Michael@hunterscapital.com>
**Date:** Thursday, June 11, 2020 at 10:20 AM
**To:** Bill Donner <bdonner@richmarklabel.com>
**Cc:** Jill Cronauer <Jill@hunterscapital.com>, Michael Oaksmith <Moaksmith@hunterscapital.com>
**Subject:** Re: meeting

Bill,
We are attending the Mayor's "quiet" meeting at 11:30 and rest assured we will represent your interests as well as those of HC and our residents and commercial tenants.
I'm also pursuing the idea of a massive class action lawsuit brought against the Mayor and the City for breach of their fiduciary responsibilities in maintaining safe and open streets, sidewalks, parks, of abandonment of the East Prescient and maintaining proper police coverage of the South Capitol Hill area, etc resulting in a loss of commerce, loss of asset value, loss of safety and citizens well being, etc

Damn!!

Mike

Michael J Malone
iPhone
michael@hunterscapital.com


On Jun 11, 2020, at 9:14 AM, Bill Donner <bdonner@richmarklabel.com> wrote:

Mike

I assume that Jill or you will be attending the meeting this morning with the mayor's business outreach people. I was contacted by Sabrina Bolieu. I can't make it, but I told her that if your office was attending, you could speak for me. We are really getting hit and hurt. My number one concern for this moment is that the barricade protestors have put up on 11th Ave E. Olive (north end of my block) has to come down. It's making it hard for trucks and employees to get here and it's really spooking customers that come here.

Bill

CONFIDENTIAL