# EXHIBIT 21

Message

**From:** Bill Donner [bdonner@richmarklabel.com]
**Sent:** 6/12/2020 2:06:33 PM
**To:** Volchok, Gary L. @ Seattle South [Gary.Volchok@cbre.com]
**Subject:** Re: The streets are crowded

Rough & Associates
**BILL DONNER**
11/16/21
**90**

Gary

I come up Olive exit on I-5 and it curves to John on Broadway by the light rail station, then keep going to 11th Ave. and turn right until you hit our parking lot. Protestors set up a movable barricade. They let everyone pass and trucks for deliveries, but it feels like a check-point. It's BS. Supposedly, the city is going to try and take back the neighborhood any day. That should get ugly. I'd have to come by but nothings open for lunch. It's boarded up for blocks around us.

bill

**From:** "Volchok, Gary L. @ Seattle South" <Gary.Volchok@cbre.com>
**Date:** Friday, June 12, 2020 at 6:59 AM
**To:** Bill Donner <bdonner@richmarklabel.com>
**Subject:** Re: The streets are crowded

How do you get to work and where do you park to get to work

**From:** Bill Donner <bdonner@richmarklabel.com>
**Sent:** Friday, June 12, 2020 5:24:35 AM
**To:** Volchok, Gary L. @ Seattle South <Gary.Volchok@cbre.com>
**Subject:** Re: The streets are crowded

External

Gary

Met with the mayor's office and the Fire Chief. The police will be coming back and the prediction is that it will get worse before it gets better. The protestors let everyone past their barricades, but it's intimidating. Garbage hasn't been picked up and we're putting it everywhere and anywhere we can. It's supposed to get picked up today at 7AM, now.

The exterior of the building is shot.

I'm here all day. So far, so good, this morning.

Bill

**From:** "Volchok, Gary L. @ Seattle South" <Gary.Volchok@cbre.com>
**Date:** Thursday, June 11, 2020 at 4:09 PM
**To:** Bill Donner <bdonner@richmarklabel.com>
**Subject:** The streets are crowded

Are you at the office did you go to the office unless it like around your office are we having fun yet maybe somebody will shoot this president or he'll get the virus and die

CHOP-0005677