# EXHIBIT 22

| | |
|---|---|
| **Message** | |
| **From**: | Bill Donner [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A094862943CB406FAB2F5B3CE12651ED-BILL DONNER] |
| **Sent**: | 6/20/2020 6:16:11 PM |
| **To**: | Doug Glant [dglant@paciron.com] |
| **Subject**: | Re: About Seattle's CHOP |

Too much to write, but it's true.  I'm still operating, but it can get tense.  Worthless mini blockades of the street make it awkward to get to me, but trucks and employees are getting in and out.  Several of us are filing a law suit early this week.  There are hundreds of people living on the play field and park.  ==My guess is that clearing absolutely everyone out could easily get violent.==  I think this could come to a head this week.
Bill

Sent from my iPhone


On Jun 20, 2020, at 9:36 AM, Doug Glant <dglant@paciron.com> wrote:

 Bill: My pal John Wohlstetter wrote this. Is it accurate? Is your business operating and are your employees safe? Stay safe, say well, Doug G.


**From:** John Wohlstetter
**Sent:** Friday, June 19, 2020
**Subject:** MY LATEST ARTICLE

Doug:   Today TAS published my latest article:

"After Protests: Seattle and Atlanta Eclipse Minneapolis"

As always, comments are welcome, and feel free to forward.

Best,

JW