# EXHIBIT 23

Message

| | |
|---|---|
| **From**: | Bill Donner [bdonner@richmarklabel.com] |
| **Sent**: | 6/17/2020 6:17:29 PM |
| **To**: | Wendy Rosen [wrosen@aipac.org] |
| **Subject**: | Re: question |

I'm open, but the encampments are growing and I'm having some minor delivery problems, but that should get worse. We needed a car towed in the lot, but the company won't come in the area. ==I don't see this ending, and if it does, it's going to be violent.==

---

**From:** Wendy Rosen <wrosen@aipac.org>
**Date:** Wednesday, June 17, 2020 at 11:15 AM
**To:** Bill Donner <bdonner@richmarklabel.com>
**Subject:** RE: question

How bad is it? Been thinking about you constantly. Are you open?

---

**From:** Bill Donner <bdonner@richmarklabel.com>
**Sent:** Wednesday, June 17, 2020 11:14 AM
**To:** Wendy Rosen <wrosen@aipac.org>
**Subject:** Re: question

Thanks. I'd rather not ask anything of Joe. Sometimes the price is too high. Pramila, for sure, isn't sympathetic to my situation. I'm hoping the place is just burned down and I can leave.

bill

---

**From:** Wendy Rosen <wrosen@aipac.org>
**Date:** Wednesday, June 17, 2020 at 11:10 AM
**To:** Bill Donner <bdonner@richmarklabel.com>
**Subject:** RE: question

Adam is our rep on Mercer Island. Pramila Japapal represents the area where Broadmark is (CHOP or CHAZ). I don't have direct lines for either. Could give you general office lines? Joe probably has direct lines.

---

**From:** Bill Donner <bdonner@richmarklabel.com>
**Sent:** Wednesday, June 17, 2020 10:49 AM
**To:** Wendy Rosen <wrosen@aipac.org>
**Subject:** question

Wendy

Isn't Adam Smith our rep on MI and Capitol Hill? If so, do you have his contact info?

Bill