EXHIBIT 25

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

Case No. 20-cv-00983

PLAINTIFFS' OBJECTIONS, ANSWERS AND RESPONSES TO CITY OF SEATTLE'S SIXTH DISCOVERY REQUESTS

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, Plaintiffs 12th & Pike Associates LLC, Bergman's Lock and Key Services LLC, Hunters Capital LLC, Hunters Property Holdings LLC, Greenus Building Inc., Madrona Real Estate Investors IV LLC, Madrona Real Estate Investors VI LLC, Madrona Real Estate Services LLC, Olive St. Apartments LLC, Onyx Homeowners Association, Matthew Ploszaj, Redside Partners, The Richmark Company d/b/a Richmark Label, Shuffle LLC d/b/a Cure Cocktail, SRJ Enterprises d/b/a Car Tender, Sway and Cake LLC and Wade Biller (collectively "Plaintiffs") hereby respond and object to Defendant City of Seattle's ("Defendant" or the "City") Sixth Discovery Requests.  No admissions of any nature whatsoever are implied or should be inferred from the objections, answers, and responses set forth below.  Plaintiffs have answered these requests based on their current knowledge and understanding with respect to the matters addressed.  Discovery in this action is ongoing.  Plaintiffs reserve their

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 56 (to Onyx Homeowners Association):**

Produce a copy of the Onyx Homeowners Association Bylaws, including any amendments thereto.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiff further objects to this request to the extent that this document request seeks documents that are publicly available. Notwithstanding these objections and Plaintiff's General Objections, Plaintiffs will conduct a reasonable search for Onyx Homeowners Association Bylaws and any amendments thereto. To the extent there are responsive documents that are not privileged, Plaintiffs will produce them.

**REQUEST FOR PRODUCTION NO. 57 (to Onyx Homeowners Association):**

Produce a copy of the Onyx Homeowners Association governing documents, including the Onyx Homeowners Association Declaration; Covenants, Conditions, and Restrictions (CC&Rs); bylaws, and any and all restatements or amendments thereto.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiff further objects to this request to the extent that this document request seeks documents that are publicly available. Plaintiff objects to the extent this request for production seeks information not relevant to this lawsuit and that is protected by the attorney-client privilege and the work-product doctrine.  To the extent there are documents that are not privileged, Plaintiffs will produce them. Notwithstanding these objections and Plaintiff's General Objections, Plaintiffs

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 6)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

1   will conduct a reasonable search for responsive documents. To the extent there are responsive

2   documents that are not privileged, Plaintiffs will produce them.

3

4   **REQUEST FOR PRODUCTION NO. 58 (to Onyx Homeowners Association):**

5           Produce copies of all agendas, minutes, notes, recordings, or the like for every Onyx

6   Homeowners Association meeting and Onyx Homeowners Association board meeting from June 1,

7   2020 through the present.

8   **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth

9   above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the

10  following specific objections to this request:

11          Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional

12  to the needs of the case to the extent it seeks such information, including information which has no

13  relevance to the claims or defenses in this action.  In addition, Plaintiffs object to this request to the

14  extent it seeks communications protected by the attorney-client privilege, work product doctrine,

15  or any other applicable privilege.  Subject to these objections and the general objections noted

16  above, Plaintiffs will produce Onyx Homeowners Associations' minutes after conducting a

17  reasonable search.

18

19  **REQUEST FOR PRODUCTION NO. 59 (to Onyx Homeowners Association):**

20          Produce all communications involving any member of the Onyx Homeowners Association

21  Board relating to Covid-19, CHOP, Cal Anderson Park, protest activity, the East Precinct, this

22  lawsuit, or damage allegedly caused to your building, property, or homeowners as a result of any of

23  the foregoing.

24  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

25  as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 7)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

waiving these objections or the general objections, Plaintiffs state that they will not produce any documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 57 (to The Richmark Company dba Richmark Label):**

Produce copies of your monthly, quarterly, and annual B&O and sales tax submissions.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks such information, including information which has no relevance to the claims or defenses in this action.  Plaintiff objects to this request to the extent it is already available to the City, either directly or through the State of Washington.  Plaintiffs further object to this request to the extent it contains no date restrictions.  Plaintiffs also object to the extent that this request seeks a vast amount of irrelevant information that is duplicative of other documents containing financial information previously produced by Plaintiffs, including, without limitation, financial statements and tax returns. Without waiving these objections or the general objections, Plaintiffs state that they will not produce any documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 58 (to The Richmark Company dba Richmark Label):**

Produce all leases entered into by you, and any amendments or revisions thereto.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks such information, including information which has no

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 11)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

1    waiving these objections or the general objections, Plaintiffs state that they will not produce any

2    documents responsive to this request.

3

4    <mark>**REQUEST FOR PRODUCTION NO. 57 (to Bergman's Lock and Key Services LLC):**</mark>

5         Produce all documents, including notes, in your possession, custody, or control that relate to

6    CHOP, protest activity, Cal Anderson, SPD, or the East Precinct.  This specifically includes, but is

7    not limited to, the notes Mr. Thompson referenced during his deposition in this matter.

8    **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

9    as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

10   specific objections to this request:

11        Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

12   the needs of the case to the extent it seeks such information, including information which has no

13   relevance to the claims or defenses in this action.  In addition, Plaintiffs object to this request to the

14   extent it seeks communications protected by the attorney-client privilege, work product doctrine, or

15   any other applicable privilege.  Moreover, Plaintiffs object to this request to the extent it is

16   duplicative of the City's prior requests and seeks documents that have already been produced by

17   Plaintiffs.  Without waiving this objection or the general objections, after conducting a reasonable

18   search that does not duplicate any prior searches, Plaintiffs will produce non-privileged documents

19   responsive to this request for March 2020 through June 2021.  Plaintiffs have already produced Mr.

20   Thompson's notes.  (*See* CHOP_0029871 – CHOP_0029872).

21

22   **REQUEST FOR PRODUCTION NO. 58 (to Bergman's Lock and Key Services LLC):**

23        Produce copies of your lease, and any amendments or revisions thereto.

24   **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

25   as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 14)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

relevance to the claims or defenses in this action.  Plaintiffs object to the undefined and vague term of "Quickbooks data" without any qualifications.  Plaintiffs also object to the extent that this request seeks a vast amount of irrelevant information that is duplicative of other documents previously produced by Plaintiffs, including, without limitation, financial statements and tax returns. Without waiving these objections or the general objections, Plaintiffs state that they will not produce any documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 57 (to Shuffle LLC dba Cure Cocktail):**

Produce copies of every lease you executed that covered any portion of the Relevant Time Period.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks such information, including information which has no relevance to the claims or defenses in this action.  Plaintiffs object to the date range of this request as overly broad.  Without waiving these objections or the general objections, Plaintiffs state that, after conducting a reasonable search, Plaintiffs will produce any non-privileged leases responsive to this Request dated from March 2020 to June 2021.

**REQUEST FOR PRODUCTION NO. 58 (to Shuffle LLC dba Cure Cocktail):**

Produce copies of your monthly, quarterly, and annual B&O and sales tax submissions.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 17)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

1  any additional documents responsive to these requests.

2

3  **REQUEST FOR PRODUCTION NO. 56 (to Sway and Cake LLC):**

4      Produce a copy of your Quickbooks data.

5  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

6  as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

7  specific objections to this request:

8      Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

9  the needs of the case to the extent it seeks such information, including information which has no

10  relevance to the claims or defenses in this action.  Plaintiffs object to the undefined and vague term

11  of "Quickbooks data" without any qualifications.  Plaintiffs also object to the extent that this request

12  seeks a vast amount of irrelevant information that is duplicative of other documents previously

13  produced by Plaintiffs, including, without limitation, financial statements and tax returns.  Without

14  waiving these objections or the general objections, Plaintiffs state that they will not produce any

15  documents responsive to this request.

16

17  **REQUEST FOR PRODUCTION NO. 57 (to Sway and Cake LLC):**

18      Produce copies of every lease you executed that covered any portion of the Relevant Time

19  Period.

20  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

21  as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

22  specific objections to this request:

23      Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

24  the needs of the case to the extent it seeks such information, including information which has no

25  relevance to the claims or defenses in this action.  Plaintiffs object to the date range of this request

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 21)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

1  as it is overly broad.  Without waiving these objections or the general objections, Plaintiffs state that,

2  after conducting a reasonable search, Plaintiffs will produce any non-privileged leases responsive to

3  this Request dated from March 2020 to June 2021.

4

5  **REQUEST FOR PRODUCTION NO. 58 (to Sway and Cake LLC):**

6          Produce copies of your monthly, quarterly, and annual B&O and sales tax submissions for

7  every location you operate in King County.

8  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

9  as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

10 specific objections to this request:

11         Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

12 the needs of the case to the extent it seeks such information, including information which has no

13 relevance to the claims or defenses in this action.  Plaintiffs further object to the scope of "King

14 County," which is overbroad and seeks irrelevant information.  Plaintiff objects to this request to the

15 extent it is already available to the City, either directly or through the State of Washington.  Plaintiffs

16 further object to this request to the extent it contains no date restrictions.  Plaintiffs also object to the

17 extent that this request seeks a vast amount of irrelevant information that is duplicative of other

18 documents containing financial information previously produced by Plaintiffs, including, without

19 limitation, financial statements and tax returns. Without waiving these objections or the general

20 objections, Plaintiffs state that they will not produce any documents responsive to this request.

21

22 **REQUEST FOR PRODUCTION NO. 59 (to Sway and Cake LLC):**

23         Produce all communications with 12th & Pike (or anyone acting on behalf of 12th & Pike) or

24 12th & Pike's property manager relating to Covid-19, your rent, your plans to re-locate, protest

25 activity, CHOP, vandalism, the City, or the neighborhood.

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 22

as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks such information, including information which has no relevance to the claims or defenses in this action.  Plaintiffs object to the undefined and vague term of "Quickbooks data" without any qualifications.  Plaintiffs also object to the extent that this request seeks a vast amount of irrelevant information that is duplicative of other documents previously produced by Plaintiffs, including, without limitation, financial statements and tax returns.  Without waiving these objections or the general objections, Plaintiffs state that they will not produce any documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 57 (to SRJ Enterprises dba Car Tender):**

Produce copies of every lease you executed that covered any portion of the Relevant Time Period.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks such information, including information which has no relevance to the claims or defenses in this action.  Plaintiffs object to the date range of this request as it is overly broad.  Without waiving these objections or the general objections, Plaintiffs state that, after conducting a reasonable search, Plaintiffs will produce any non-privileged leases responsive to this Request dated from March 2020 to June 2021.

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 25)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

1    any other applicable privilege.  Moreover, Plaintiffs object to the unspecified time frame of these

2    requests.  Furthermore, Plaintiffs object to this request on the basis that it is duplicative of the City's

3    prior requests.  Without waiving this objection or the general objections, Plaintiffs will not produce

4    any additional documents responsive to these requests.

5

6    **REQUEST FOR PRODUCTION NO. 56 (to Olive St. Apartments LLC):**

7        Produce copies of every lease you executed for property located within King County.

8    **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

9    as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

10   specific objections to this request:

11       Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

12   the needs of the case to the extent it seeks such information, including information which has no

13   relevance to the claims or defenses in this action.  Plaintiffs object to the date range of this request

14   as it is overly broad.  Plaintiffs further object to the scope of "King County," which is overbroad.

15   Without waiving these objections or the general objections, Plaintiffs state that, after conducting a

16   reasonable search, Plaintiffs will produce any non-privileged leases responsive to this Request  dated

17   from March 2020 to June 2021 for the building at issue in this litigation.

18

19   **REQUEST FOR PRODUCTION NO. 57 (to Olive St. Apartments LLC):**

20       Produce all communications involving you and any tenant of yours within King County

21   relating to Covid-19, rent, lease modifications, protest activity, crime, vandalism, CHOP, hours of

22   operation, or homelessness.

23   **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

24   as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

25   specific objections to this request:

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 29)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks such information, including information which has no relevance to the claims or defenses in this action.  Plaintiffs also object to a request for all documents "relating to Covid-19" and will not conduct a search for such documents without a reasonable scope seeking relevant documents, rather than every document related to a worldwide pandemic.  Plaintiffs further object that "the neighborhood" is vague and undefined.  Plaintiffs further object to the scope of "King County," which is overbroad and seeks irrelevant information.  In addition, Plaintiffs object to this request to the extent it seeks communications protected by the attorney-client privilege, work product doctrine, or any other applicable privilege.  Moreover, Plaintiffs object to this request to the extent it is duplicative of the City's prior requests and seeks documents that have already been produced by Plaintiffs.  Without waiving this objection or the general objections, after conducting a reasonable search that does not duplicate any prior searches, Plaintiffs will produce non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 58 (to Olive St. Apartments LLC):**

Produce a copy of your Quickbooks data.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks such information, including information which has no relevance to the claims or defenses in this action.  Plaintiffs object to the undefined and vague term of "Quickbooks data" without any qualifications.  Plaintiffs also object to the extent that this request seeks a vast amount of irrelevant information that is duplicative of other documents previously produced by Plaintiffs, including, without limitation, financial statements and tax returns.  Without

time frame of these requests.  Furthermore, Plaintiffs object to this request on the basis that it is duplicative of the City's prior requests.  Without waiving this objection or the general objections, Plaintiffs will not produce any additional documents responsive to these requests.

**REQUEST FOR PRODUCTION NO. 57 (to Redside Partners):**

Produce every rental application you received or reviewed for any residential unit in any King County property you have managed.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks such information, including information which has no relevance to the claims or defenses in this action.  Plaintiffs further object to the scope of "King County," which is overbroad and seeks irrelevant information; Plaintiffs will not provide documents related to property not at issue in this lawsuit.  Plaintiffs further object that this request is grossly disproportional to the size and nature of Plaintiff Redside's claims. In addition, Plaintiffs object to this request to the extent it seeks communications protected by the attorney-client privilege, work product doctrine, or any other applicable privilege.  Moreover, Plaintiffs object to the unspecified time frame of these requests.  Furthermore, Plaintiffs object to this request on the basis that it is duplicative of the City's prior requests.  Without waiving this objection or the general objections, Plaintiffs will not produce any additional documents responsive to these requests.

**REQUEST FOR PRODUCTION NO. 58 (to Redside Partners):**

Produce every communication, whether by email, text or direct message, mail, or otherwise, involving you and the owners of any property you manage within King County (including with

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 36

1    Plaintiffs will not produce any additional documents responsive to these requests.

2

3    **REQUEST FOR PRODUCTION NO. 57 (to Madrona Real Estate Services, LLC):**

4            Produce every rental application you received or reviewed for any residential unit in any

5    King County property you have managed.

6    **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

7    as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

8    specific objections to this request:

9            Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

10   the needs of the case to the extent it seeks such information, including information which has no

11   relevance to the claims or defenses in this action.  In addition, Plaintiffs object to this request to the

12   extent it seeks communications protected by the attorney-client privilege, work product doctrine, or

13   any other applicable privilege.  Plaintiffs further object to the scope of "King County," which is

14   overbroad and seeks irrelevant information; Plaintiffs will not provide documents related to property

15   not at issue in this lawsuit.  Moreover, Plaintiffs object to the unspecified time frame of these

16   requests.  Furthermore, Plaintiffs object to this request on the basis that it is duplicative of the City's

17   prior requests.  Without waiving this objection or the general objections, Plaintiffs will not produce

18   any additional documents responsive to these requests.

19

20   **REQUEST FOR PRODUCTION NO. 58 (to Madrona Real Estate Services, LLC):**

21           Produce every communication, whether by email, text or direct message, mail, or otherwise,

22   involving you and the owners of any property you manage within King County (including with

23   anyone acting on the owner's behalf), relating to CHOP, Covid-19, this lawsuit, unit vacancies, lease

24   terminations, lease applicants or prospects, requests for rent reductions or credits, rent deferments,

25   homelessness, crime, or modifications to your management contract.

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 47)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks such information, including information which has no relevance to the claims or defenses in this action.  In addition, Plaintiffs object to this request to the extent it seeks communications protected by the attorney-client privilege, work product doctrine, or any other applicable privilege.  Plaintiffs also object to a request for all documents "relating to Covid-19" and will not conduct a search for such documents without a reasonable scope seeking relevant documents, rather than every document related to a worldwide pandemic.  Plaintiffs further object to the scope of "King County," which is overbroad and seeks irrelevant information; Plaintiffs will not provide documents related to property not at issue in this lawsuit.  Moreover, Plaintiffs object to this request to the extent it is duplicative of the City's prior requests and seeks documents that have already been produced by Plaintiffs.  Without waiving this objection or the general objections, after conducting a reasonable search that does not duplicate any prior searches, Plaintiffs will produce non-privileged documents responsive to this request from March 2020 to June 2021 for buildings at issue in this lawsuit.

**REQUEST FOR PRODUCTION NO. 59 (to Madrona Real Estate Services, LLC):**

Produce all reports, presentations, analyses, appraisals, valuations, or the like for the properties that you manage in King County.  This includes any such reports, presentations, or analyses provided to the owners of the various properties you manage.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

1  **REQUEST FOR PRODUCTION NO. 56 (to 12ᵗʰ & Pike Associates LLC):**

2       Produce copies of every lease you executed for property located within King County.

3  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

4  as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

5  specific objections to this request:

6       Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

7  the needs of the case to the extent it seeks such information, including information which has no

8  relevance to the claims or defenses in this action.  Plaintiffs object to the date range of this request

9  as it is overly broad.  Plaintiffs also object to a request for all documents "relating to Covid-19" and

10  will not conduct a search for such documents without a reasonable scope seeking relevant

11  documents, rather than every document related to a worldwide pandemic.  Plaintiffs further object

12  to the scope of "King County," which is overbroad and seeks irrelevant information; Plaintiffs will

13  not provide documents related to property not at issue in this lawsuit.  Without waiving these

14  objections or the general objections, Plaintiffs state that, after conducting a reasonable search,

15  Plaintiffs will produce any non-privileged leases responsive to this Request dated from March 2020

16  to June 2021 for buildings at issue in this lawsuit.

17

18  **REQUEST FOR PRODUCTION NO. 57 (to 12ᵗʰ & Pike Associates LLC):**

19       Produce all communications involving you and any tenant of yours within King County

20  relating to Covid-19, rent, lease modification, protest activity, crime, vandalism, CHOP, hours of

21  operation, or homelessness.

22  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

23  as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

24  specific objections to this request:

25       Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

1    the needs of the case to the extent it seeks such information, including information which has no

2    relevance to the claims or defenses in this action.  Plaintiffs also object to a request for all documents

3    "relating to Covid-19" and will not conduct a search for such documents without a reasonable scope

4    seeking relevant documents, rather than every document related to a worldwide pandemic.  Plaintiffs

5    further object to the scope of "King County," which is overbroad and seeks irrelevant information;

6    Plaintiffs will not provide documents related to property not at issue in this lawsuit.  In addition,

7    Plaintiffs object to this request to the extent it seeks communications protected by the attorney-client

8    privilege, work product doctrine, or any other applicable privilege.  Moreover, Plaintiffs object to

9    this request to the extent it is duplicative of the City's prior requests and seeks documents that have

10   already been produced by Plaintiffs.  Without waiving this objection or the general objections, after

11   conducting a reasonable search that does not duplicate any prior searches, Plaintiffs will produce

12   non-privileged documents responsive to this request for March 2020 to June 2021 for buildings at

13   issue in this lawsuit.

14

15   **REQUEST FOR PRODUCTION NO. 58 (to 12th & Pike Associates LLC):**

16          Produce a copy of your Quickbooks data.

17   **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

18   as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

19   specific objections to this request:

20          Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

21   the needs of the case to the extent it seeks such information, including information which has no

22   relevance to the claims or defenses in this action.  Plaintiffs object to the undefined and vague term

23   of "Quickbooks data" without any qualifications.  Plaintiffs also object to the extent that this request

24   seeks a vast amount of irrelevant information that is duplicative of other documents previously

25   produced by Plaintiffs, including, without limitation, financial statements and tax returns.  Without

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 58)

1   June 2021.

2

3   **REQUEST FOR PRODUCTION NO. 56 (to Madrona Real Estate Investors IV, LLC):**

4   Produce copies of every lease you executed for property located within King County.

5   **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

6   as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

7   specific objections to this request:

8   Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

9   the needs of the case to the extent it seeks such information, including information which has no

10   relevance to the claims or defenses in this action.  Plaintiffs object to the date range of this request

11   as it is overly broad.  Plaintiffs further object to the scope of "King County," which is overbroad and

12   seeks irrelevant information; Plaintiffs will not provide documents related to property not at issue in

13   this lawsuit.  Without waiving these objections or the general objections, Plaintiffs state that, after

14   conducting a reasonable search, Plaintiffs will produce any non-privileged leases responsive to this

15   Request dated from March 2020 to June 2021 for buildings at issue in this lawsuit.

16

17   **REQUEST FOR PRODUCTION NO. 57 (to Madrona Real Estate Investors IV, LLC):**

18   Produce all communications involving you and any tenant of yours within King County

19   relating to Covid-19, rent, lease modifications, protest activity, crime, vandalism, CHOP, hours of

20   operation, or homelessness.

21   **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

22   as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

23   specific objections to this request:

24   Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

25   the needs of the case to the extent it seeks such information, including information which has no

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 63)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

relevance to the claims or defenses in this action.  Plaintiffs also object to a request for all documents "relating to Covid-19" and will not conduct a search for such documents without a reasonable scope seeking relevant documents, rather than every document related to a worldwide pandemic.  Plaintiffs further object to the scope of "King County," which is overbroad and seeks irrelevant information; Plaintiffs will not provide documents related to property not at issue in this lawsuit.  In addition, Plaintiffs object to this request to the extent it seeks communications protected by the attorney-client privilege, work product doctrine, or any other applicable privilege.  Moreover, Plaintiffs object to this request to the extent it is duplicative of the City's prior requests and seeks documents that have already been produced by Plaintiffs.  Without waiving this objection or the general objections, after conducting a reasonable search that does not duplicate any prior searches, Plaintiffs will produce non-privileged documents responsive to this request from March 2020 to June 2021 for properties at issue in this litigation.

**REQUEST FOR PRODUCTION NO. 58 (to Madrona Real Estate Investors IV, LLC):**

Produce a copy of your Quickbooks data.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks such information, including information which has no relevance to the claims or defenses in this action.  Plaintiffs object to the undefined and vague term of "Quickbooks data" without any qualifications.  Plaintiffs also object to the extent that this request seeks a vast amount of irrelevant information that is duplicative of other documents previously produced by Plaintiffs, including, without limitation, financial statements and tax returns.  Without waiving these objections or the general objections, Plaintiffs state that they will not produce any

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 64)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

related to property not at issue in this lawsuit. Plaintiffs further object to the date range of this request as it is overly broad and remote in time such as that an appraisals would have no relevance. Moreover, Plaintiff is not seeking damages based on a diminution of property values, so this request is not relevant. Without waiving these objections or the general objections, Plaintiffs state that they will not produce any documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 56 (to Madrona Real Estate Investors VI, LLC):**

Produce copies of every lease you executed for property located within King County.

**RESPONSE:** Plaintiffs incorporate by reference each and every General Objection set forth above as though fully set forth at this point. Without waiving such objections, Plaintiffs make the following specific objections to this request:

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks such information, including information which has no relevance to the claims or defenses in this action. Plaintiffs further object to the scope of "King County," which is overbroad and seeks irrelevant information; Plaintiffs will not provide documents related to property not at issue in this lawsuit. Plaintiffs object to the date range of this request as it is overly broad. Without waiving these objections or the general objections, Plaintiffs state that, after conducting a reasonable search, Plaintiffs will produce any non-privileged leases responsive to this Request executed from March 2020 to June 2021 for buildings at issue in this litigation.

**REQUEST FOR PRODUCTION NO. 57 (to Madrona Real Estate Investors VI, LLC):**

Produce all communications involving you and any tenant of yours within King County relating to Covid-19, rent, lease modifications, protest activity, crime, vandalism, CHOP, hours of operation, or homelessness.

**RESPONSE:** Plaintiffs incorporate by reference each and every General Objection set forth above

1    as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

2    specific objections to this request:

3           Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

4    the needs of the case to the extent it seeks such information, including information which has no

5    relevance to the claims or defenses in this action.  Plaintiffs also object to a request for all documents

6    "relating to Covid-19" and will not conduct a search for such documents without a reasonable scope

7    seeking relevant documents, rather than every document related to a worldwide pandemic.  Plaintiffs

8    further object to the scope of "King County," which is overbroad and seeks irrelevant information;

9    Plaintiffs will not provide documents related to property not at issue in this lawsuit.  In addition,

10   Plaintiffs object to this request to the extent it seeks communications protected by the attorney-client

11   privilege, work product doctrine, or any other applicable privilege.  Moreover, Plaintiffs object to

12   this request to the extent it is duplicative of the City's prior requests and seeks documents that have

13   already been produced by Plaintiffs.  Without waiving this objection or the general objections, after

14   conducting a reasonable search that does not duplicate any prior searches, Plaintiffs will produce

15   non-privileged documents responsive to this request for March 2020 to June 2021 for buildings at

16   issue in this lawsuit.

17

18   **REQUEST FOR PRODUCTION NO. 58 (to Madrona Real Estate Investors VI, LLC):**

19          Produce a copy of your Quickbooks data.

20   **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

21   as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

22   specific objections to this request:

23          Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

24   the needs of the case to the extent it seeks such information, including information which has no

25   relevance to the claims or defenses in this action.  Plaintiffs object to the undefined and vague term

1  **REQUEST FOR PRODUCTION NO. 57 (to Hunters Capital LLC):**

2      Produce all communications involving you and any tenant of yours within King County

3  relating to Covid-19, rent, lease modification, protest activity, crime, vandalism, CHOP, hours of

4  operation, or homelessness.

5  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

6  as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

7  specific objections to this request:

8      Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

9  the needs of the case to the extent it seeks such information, including information which has no

10  relevance to the claims or defenses in this action.  Plaintiffs also object to a request for all documents

11  "relating to Covid-19" and will not conduct a search for such documents without a reasonable scope

12  seeking relevant documents, rather than every document related to a worldwide pandemic.  Plaintiffs

13  further object to the scope of "King County," which is overbroad and seeks irrelevant information;

14  Plaintiffs will not provide documents related to property not at issue in this lawsuit.  In addition,

15  Plaintiffs object to this request to the extent it seeks communications protected by the attorney-client

16  privilege, work product doctrine, or any other applicable privilege.  Moreover, Plaintiffs object to

17  this request to the extent it is duplicative of the City's prior requests and seeks documents that have

18  already been produced by Plaintiffs.  Without waiving this objection or the general objections, after

19  conducting a reasonable search that does not duplicate any prior searches, Plaintiffs will produce

20  non-privileged documents responsive to this request from March 2020 to June 2021 for buildings at

21  issue in this litigation.

22

23  **REQUEST FOR PRODUCTION NO. 58 (to Hunters Capital LLC):**

24      Produce a copy of your Quickbooks data.

25  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

1    this Request executed from March 2020 to June 2021.

2

3    **REQUEST FOR PRODUCTION NO. 57 (to Hunters Property Holdings, LLC):**

4         Produce all communications involving you and any tenant of yours within King County

5    relating to Covid-19, rent, lease modification, protest activity, crime, vandalism, CHOP, hours of

6    operation, or homelessness.

7    **RESPONSE:** Plaintiffs incorporate by reference each and every General Objection set forth above

8    as though fully set forth at this point. Without waiving such objections, Plaintiffs make the following

9    specific objections to this request:

10        Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

11   the needs of the case to the extent it seeks such information, including information which has no

12   relevance to the claims or defenses in this action. Plaintiffs also object to a request for all documents

13   "relating to Covid-19" and will not conduct a search for such documents without a reasonable scope

14   seeking relevant documents, rather than every document related to a worldwide pandemic. Plaintiffs

15   further object to the scope of "King County," which is overbroad and seeks irrelevant information;

16   Plaintiffs will not provide documents related to property not at issue in this lawsuit. In addition,

17   Plaintiffs object to this request to the extent it seeks communications protected by the attorney-client

18   privilege, work product doctrine, or any other applicable privilege. Moreover, Plaintiffs object to

19   this request to the extent it is duplicative of the City's prior requests and seeks documents that have

20   already been produced by Plaintiffs. Without waiving this objection or the general objections, after

21   conducting a reasonable search that does not duplicate any prior searches, Plaintiffs will produce

22   non-privileged documents responsive to this request from March 2020 to June 2021 for properties

23   at issue in this litigation.

24

25

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 79)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

County," which is overbroad and seeks irrelevant information; Plaintiffs will not provide documents

related to property not at issue in this lawsuit.  Plaintiffs object to the date range of this request as it

is overly broad.  Without waiving these objections or the general objections, Plaintiffs state that

Plaintiffs have produced any non-privileged leases executed from March 2020 to June 2021 for

buildings at issue in this litigation.  (*See* CHOP-0048875 – CHOP-0051120).

**REQUEST FOR PRODUCTION NO. 57 (to Greenus Building, Inc.):**

Produce all communications involving you and any tenant of yours within King County

relating to Covid-19, rent, lease modification, protest activity, crime, vandalism, CHOP, hours of

operation, or homelessness.

**RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

specific objections to this request:

Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

the needs of the case to the extent it seeks such information, including information which has no

relevance to the claims or defenses in this action.  Plaintiffs also object to a request for all documents

"relating to Covid-19" and will not conduct a search for such documents without a reasonable scope

seeking relevant documents, rather than every document related to a worldwide pandemic.  Plaintiffs

further object to the scope of "King County," which is overbroad and seeks irrelevant information;

Plaintiffs will not provide documents related to property not at issue in this lawsuit.  In addition,

Plaintiffs object to this request to the extent it seeks communications protected by the attorney-client

privilege, work product doctrine, or any other applicable privilege.  Moreover, Plaintiffs object to

this request to the extent it is duplicative of the City's prior requests and seeks documents that have

already been produced by Plaintiffs.  Without waiving this objection or the general objections, after

conducting a reasonable search that does not duplicate any prior searches, Plaintiffs will produce

1   non-privileged documents responsive to this request for March 2020 to June 2021 for buildings at

2   issue in this litigation.

3

4   **REQUEST FOR PRODUCTION NO. 58 (to Greenus Building, Inc.):**

5       Produce a copy of your Quickbooks data.

6   **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

7   as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

8   specific objections to this request:

9       Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

10  the needs of the case to the extent it seeks such information, including information which has no

11  relevance to the claims or defenses in this action.  Plaintiffs object to the undefined and vague term

12  of "Quickbooks data" without any qualifications.  Plaintiffs also object to the extent that this request

13  seeks a vast amount of irrelevant information that is duplicative of other documents previously

14  produced by Plaintiffs, including, without limitation, financial statements and tax returns. Without

15  waiving these objections or the general objections, Plaintiffs state that they will not produce any

16  documents responsive to this request.

17

18  **REQUEST FOR PRODUCTION NO. 59 (to Greenus Building, Inc.):**

19      Produce copies of your monthly, quarterly, and annual B&O and sales tax filings.

20  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

21  as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

22  specific objections to this request:

23      Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

24  the needs of the case to the extent it seeks such information, including information which has no

25  relevance to the claims or defenses in this action.  Plaintiffs object to this request to the extent it is

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 85)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

1  is not relevant.  Without waiving these objections or the general objections, Plaintiffs state that they

2  will not produce any documents responsive to this request.

3

4  **REQUEST FOR PRODUCTION NO. 56 (to Matthew Ploszaj):**

5          Produce all documents relating to your claim that you slept anywhere other than your home

6  during June 2020.

7  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

8  as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

9  specific objections to this request:

10         Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

11  the needs of the case to the extent it seeks such information, including information which has no

12  relevance to the claims or defenses in this action.  Without waiving these objections or the general

13  objections, Plaintiffs state that, after conducting a reasonable search, Plaintiffs will produce any non-

14  privileged, non-duplicative documents responsive to this request.

15

16  **REQUEST FOR PRODUCTION NO. 57 (to Matthew Ploszaj):**

17         Produce all documents that could be used to establish the dates, if any, that you slept

18  anywhere other than your home during June 2020.

19  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

20  as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

21  specific objections to this request:

22         Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

23  the needs of the case to the extent it seeks such information, including information which has no

24  relevance to the claims or defenses in this action.  Without waiving these objections or the general

25  objections, Plaintiffs state that, after conducting a reasonable search, Plaintiffs will produce any non-

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 88)

1   privileged, non-duplicative documents responsive to this request.

2

3   **REQUEST FOR PRODUCTION NO. 58 (to Matthew Ploszaj):**

4       Produce a copy of your lease agreement for the room/property you rent.

5   **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

6   as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

7   specific objections to this request:

8       Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

9   the needs of the case to the extent it seeks such information, including information which has no

10  relevance to the claims or defenses in this action.  Without waiving these objections or the general

11  objections, Plaintiffs state that, after conducting a reasonable search, Plaintiffs will produce all non-

12  privileged, non-duplicative documents responsive to this request.

13

14  **REQUEST FOR PRODUCTION NO. 59 (to Matthew Ploszaj):**

15      Produce all communications between you and your landlord regarding this lawsuit, CHOP,

16  Covid-19, rent, lease, modifications, protest activity, the City, Cal Anderson Park, or the

17  neighborhood.

18  **RESPONSE:**  Plaintiffs incorporate by reference each and every General Objection set forth above

19  as though fully set forth at this point.  Without waiving such objections, Plaintiffs make the following

20  specific objections to this request:

21      Plaintiffs object to this Request as overly broad, unduly burdensome, and not proportional to

22  the needs of the case to the extent it seeks such information, including information which has no

23  relevance to the claims or defenses in this action.  In addition, Plaintiffs object to this request to the

24  extent it seeks communications protected by the attorney-client privilege, work product doctrine, or

25  any other applicable privilege.  Plaintiffs also object to a request for all documents "regarding s

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 89)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

DATED this 28th day of March, 2022.

CALFO EAKES LLP

By *s/ Tyler S. Weaver*
   Patricia A. Eakes, WSBA #18888
   Angelo J. Calfo, WSBA #27079
   Tyler S. Weaver, WSBA #29413
   Gabe Reilly-Bates, WSBA #52257
   Andrew DeCarlow, WSBA #54471
   Henry Phillips, WSBA #55152
   1301 Second Avenue, Suite 2800
   Seattle, WA 98101
   Phone: (206) 407-2200
   Fax:  (206) 407-2278
   Email: pattye@calfoeakes.com
          angeloc@calfoeakes.com
          tylerw@calfoeakes.com
          gaber@calfoeakes.com
          andrewd@calfoeakes.com
          henryp@calfoeakes.com

*Attorneys for Plaintiffs*

PLAINTIFFS' OBJECTIONS, ANSWERS
AND RESPONSES TO CITY OF SEATTLE'S
SIXTH DISCOVERY REQUESTS
(Case No. 20-cv-00983) - 91)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2278

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

I, Kelly M. Kennedy, declare that I am employed by the law firm of Calfo Eakes LLP, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On March 23, 2022, I caused a true and correct copy of the foregoing document to be served on counsel listed below in the manner indicated:

ANN DAVISON
Seattle City Attorney
Joseph Groshong
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel.: (206) 684-8200
Fax: (206) 684-8284
E-mail: joseph.groshong@seattle.gov

☐ Via legal messengers
☐ Via first class mail
☐ Via facsimile
☒ Via email, per agreement
☐ Via E-Service


HARRIGAN LEYH FARMER & THOMSEN LLP
Tyler L. Farmer
Arthur W. Harrigan, Jr.
Shane Cramer
Erica Iverson
Bryn Resser Pallesen
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel.: (206) 623-1700
Fax: (206) 623-8717
E-mail: tylerf@harriganleyh.com
        arthurh@harriganleyh.com
        shanec@harriganleyh.com
        ericai@harriganleyh.com
        brynp@harriganleyh.com

☐ Via legal messengers
☐ Via first class mail
☐ Via facsimile
☒ Via email, per agreement
☐ Via E-Service


 *s/ Kelly M. Kennedy* _____
Kelly M. Kennedy, Legal Assistant

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL. (206) 407-2200   FAX, (206) 407-2278