HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>CITY OF SEATTLE,<br><br>        Defendant. | Case No. 20-cv-00983-TSZ<br><br>(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION FOR SUMMARY JUDGMENT<br><br>**NOTED ON MOTION CALENDAR: NOVEMBER 15, 2022**<br><br>**ORAL ARGUMENT REQUESTED** |

THIS MATTER came before the Court on the City of Seattle's Motion for Summary Judgment.

The Court finds as follows:

1.

IT IS HEREBY ORDERED that:

The City of Seattle's Motion for Summary Judgment is GRANTED.

DATED this _____ day of _____, 2022.

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION
FOR SUMMARY JUDGMENT - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Presented by:

ANN DAVISON
Seattle City Attorney

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov


HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Erica Iverson*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Erica Iverson, *Pro Hac Vice*
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    ericai@harriganleyh.com

*Attorneys for City of Seattle*

(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION FOR SUMMARY JUDGMENT - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717