# EXHIBIT 11

## Re: Restoration coordination

| | |
|---|---|
| **From:** | "Zimbabwe, Sam" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=8c761c2ca033406bbf7896a574218437-zimbabs"> |
| **To:** | "Danne, Carter" <carter.danne@seattle.gov> |
| **Cc:** | "Emery, Adiam" <adiam.emery@seattle.gov>; "Moore, Craig" <craig.moore@seattle.gov>; "Green, Gerard" <gerard.green@seattle.gov>; "Harold, Michael" <michael.harold@seattle.gov>; DOT_TMC <dot_tmc@seattle.gov> |
| **Date:** | Wed, 10 Jun 2020 15:56:19 -0700 |

Hmm. Sort of? But it's likely going to be escorted. We had garbage trucks circulating within there this morning. Private cars would probably not be able to get onto Pine.

Sent while away from my desk
Cell/text: 206-300-4176

> On Jun 10, 2020, at 3:52 PM, Danne, Carter <Carter.Danne@seattle.gov> wrote:
>
> Sam, quick question on this – if a vehicle drives into the area via the 12th & Pike local street closure, does it have full ability to circulate on all of the streets behind the hard closures?
>
> <image002.png>
>
> <image006.jpg>
> Carter Danne, P.E., PTOE
>
> Transportation Operations Center Supervisor
> City of Seattle, Department of Transportation
> O: 206-733-9789 | M: 206-949-9867 | F: 206-684-3272 | carter.danne@seattle.gov
> Blog | Facebook | Twitter | Instagram | YouTube | Flickr
>
>
> **From:** Emery, Adiam <Adiam.Emery@seattle.gov>
> **Sent:** Wednesday, June 10, 2020 3:25 PM
> **To:** Moore, Craig <Craig.Moore@seattle.gov>; Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>; Danne, Carter <Carter.Danne@seattle.gov>
> **Cc:** Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>
> **Subject:** RE: Restoration coordination
>
> The roads are already closed it is hard for us to determine end date as this issue is dynamic and changes daily…. But we can provide information to the mapping partners as soon as it is available to us..



10.28.2021 - 30(b)(6) /
Individual Zimbabwe

**8**

Buell Realtime Reporting

SEA_00137341

**From:** Moore, Craig <Craig.Moore@seattle.gov>
**Sent:** Wednesday, June 10, 2020 3:14 PM
**To:** Emery, Adiam <Adiam.Emery@seattle.gov>; Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>; Danne, Carter <Carter.Danne@seattle.gov>
**Cc:** Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>
**Subject:** Re: Restoration coordination

What the timing for these closures? Starting and ending, if an ending has been determined.

Craig

Get Outlook for iOS

---

**From:** Emery, Adiam <Adiam.Emery@seattle.gov>
**Sent:** Wednesday, June 10, 2020 3:00:35 PM
**To:** Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>; Danne, Carter <Carter.Danne@seattle.gov>
**Cc:** Moore, Craig <Craig.Moore@seattle.gov>; Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>
**Subject:** RE: Restoration coordination

Sam & Michael,

Once we create the map could TOC share the information via twitter as we normal share road closure information?

Adiam

**From:** Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>
**Sent:** Wednesday, June 10, 2020 2:40 PM
**To:** Danne, Carter <Carter.Danne@seattle.gov>
**Cc:** Moore, Craig <Craig.Moore@seattle.gov>; Emery, Adiam <Adiam.Emery@seattle.gov>; Green, Gerard <Gerard.Green@seattle.gov>; Harold, Michael <Michael.Harold@seattle.gov>; DOT_TMC <DOT_TMC@seattle.gov>
**Subject:** Re: Restoration coordination

Here is a quick sketch of the closures. 11th/12th and Pine between 10th and 13th are all closed.

<image007.jpg>

Sent while away from my desk
Cell/text: 206-300-4176


On Jun 10, 2020, at 2:31 PM, Danne, Carter <Carter.Danne@seattle.gov> wrote:

Craig,

This is the best available information that we have currently on the street closures for general purpose vehicle traffic in Capitol Hill near Cal Anderson Park. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (E.g., Google, SND/Street Name Database, etc.)

Capitol Hill Street Closures

                                 Documentation Date:     6/10/2020
                                 Documentation Time:     14:00

**Street Closures for General Purpose Vehicles**

| COMPKEY | Description |
| --- | --- |
| 14601 | E PINE ST BETWEEN 10TH AVE AND 11TH AVE |
| 14637 | E PINE ST BETWEEN 11TH AVE AND 12TH AVE |
| 14638 | E PINE ST BETWEEN 12TH AVE AND 13TH AVE |
| 1383 | 11TH AVE BETWEEN E PINE ST AND E OLIVE ST |
| 1382 | 11TH AVE BETWEEN E PIKE ST AND E PINE ST |
| 1547 | 12TH AVE BETWEEN E PINE ST AND E OLIVE ST |
| 1546 | 12TH AVE BETWEEN E PIKE ST AND E PINE ST |

Note: Gerard Green has advised that some of boundaries may be on the move due to conversations occurring with business owners. So, please note that this is a SnapShot.

Please let me know if you have any questions or comments.

Thank you,

<image003.jpg>
Carter Danne, P.E., PTOE
Transportation Operations Center Supervisor
City of Seattle, Department of Transportation
O: 206-733-9789 | M: 206-949-9867 | F: 206-684-3272 | carter.danne@seattle.gov
Blog | Facebook | Twitter | Instagram | YouTube | Flickr

**From:** Green, Gerard <Gerard.Green@seattle.gov>
**Sent:** Wednesday, June 10, 2020 2:00 PM
**To:** Danne, Carter <Carter.Danne@seattle.gov>
**Subject:** Fwd: Restoration coordination

FYI, we only added planters to the east side of 10th & Pine street.
SDOT

---

**From:** VanDusen, Hans <Hans.VanDusen@seattle.gov>
**Sent:** Wednesday, June 10, 2020 6:07:19 AM
**To:** Jainga, Jon <Jon.Jainga@seattle.gov>; Spaulding, Marc <Marc.Spaulding@seattle.gov>; Beauregard, Idris <Idris.Beauregard@seattle.gov>; Furuto, Joey <Joey.Furuto@seattle.gov>; Paulus, Melissa <Melissa.Paulus@seattle.gov>; Sweeney, Karen <Karen.Sweeney@seattle.gov>; Byers, Susan <Susan.Byers@seattle.gov>; Green, Gerard <Gerard.Green@seattle.gov>; Morgan, Darren <Darren.Morgan@seattle.gov>; Borer, Nick <Nick.Borer@seattle.gov>
**Subject:** Restoration coordination

FYI street end barricades after yesterday


<IMG_0464.jpg>


**Restoration coordination**
Scheduled: Wednesday, Jun 10, 2020 from 6:30 AM to 7:00 AM
Location: Skype Meeting
Invitees: Jainga, Jon, Spaulding, Marc, Beauregard, Idris, Furuto, Joey, Paulus, Melissa, Sweeney, Karen, Byers, Susan, Green, Gerard, Morgan, Darren, Borer, Nick


Hans Van Dusen
Solid Waste Contracts Manager
Seattle Public Utilities
(206) 310-0341
<Street Closures.xlsx>

SEA_00137344



SEA_00137345





SEA_00137346