# EXHIBIT 13

**To:** Leung, Sekfai Paul[SekfaiPaul.Leung@seattle.gov]; Williams, Joel[Joel.Williams@seattle.gov]
**From:** Grenon, Bryan
**Sent:** Tue 6/16/2020 6:08:56 PM
**Subject:** Fwd: Barricade update
Option 3a.pdf

Fyi

Sent from my Verizon, Samsung Galaxy smartphone

---

**From:** Mahaffey, Thomas <Thomas.Mahaffey@seattle.gov>
**Sent:** Tuesday, June 16, 2020 9:48:41 AM
**To:** Best, Carmen <Carmen.Best@seattle.gov>
**Cc:** Fisher, Christopher <Christopher.Fisher@seattle.gov>; Hirjak, Stephen <Stephen.Hirjak@seattle.gov>; Greening, Eric <Eric.Greening@seattle.gov>; Grenon, Bryan <Bryan.Grenon@seattle.gov>
**Subject:** Barricade update

Just got off the phone with SDOT Director. They are making progress on barricade removal, although they still have not addressed the ones on 12th Avenue. I've attached a map for awareness of what the new "protest zone" will look like. As you can see, it still does not give us access to the precinct and still leaves a zone that we will still need a conscientious and deliberate plan for patrol response to.

Assistant Chief Tom Mahaffey
Seattle Police Department
Patrol Operations Bureau
(206)684-5782
https://twitter.com/@SeattlePD
https://spdblotter.seattle.gov/


01.26.2022
30(b)(6) Mahaffey
**15**
Buell Realtime Reporting

Option 3: Closing Pine from 10th to 11th, Half Street Closure from 11th to Alley

SEA-SPD_006804