# EXHIBIT 17

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                )
            Plaintiffs,         )
                                )
        vs.                     )   No. 20-cv-00983-TSZ
                                )
CITY OF SEATTLE,                )
                                )
            Defendant.          )
_____

ZOOM 30(b)6 Deposition Upon Oral Examination

Of

WADE BILLER - ONYX HOMEOWNERS ASSOCIATION
_____

DATE:  Friday, December 10, 2021

REPORTED BY:  Mindy L. Suurs, CSR No. 2195

Page 29

```
 1       Q.    And was there -- was 12th open to vehicular
 2   traffic between Olive and Pine during that period?
 3       A.    No.
 4       Q.    At any point before June 8th, was the garage to
 5   the Onyx ever blocked?
 6       A.    No.   Well, clarify, blocked by what?
 7       Q.    By anything.   Making -- impeding access to the
 8   garage.
 9       A.    A potential recycle truck or a garbage truck
10   potentially.   That was about it.
11       Q.    But nothing that was not transitory.
12       A.    Correct.
13       Q.    Was there -- when did -- at some point in June,
14   did you -- did there become graffiti on the Onyx ever?
15       A.    Could you restate that?   Was that prior to --
16   what part of June?
17       Q.    Well, prior to June 8th, do you recall there
18   being graffiti on the Onyx?
19       A.    From time to time.  Occasionally.
20       Q.    And when there would be graffiti on the building,
21   what would -- what would the homeowners association do
22   about it?
23       A.    At that time we were still under the City having
24   the expectation that it would be removed and cleaned so it
25   doesn't become habitual and that it doesn't cause more
```

Page 56

1  come up missing and then get returned and sometimes they
2  were empty.  So overnight they would get moved and then
3  they would reappear the next morning.
4      Q.   Did any of the unit owners complain about garbage
5  not being available -- the garbage dumpsters not being
6  available?
7      A.   They are primarily recycle.  The one compactor --
8  the compactor unit the residents are not aware of.  It
9  doesn't impact them directly.  Their recycle bins -- there
10 may have been questions asked about it, but it's not
11 uncommon for them to be on the street, and they typically
12 pile up the recyclables inside the garage anyway when that
13 occurs, so --
14     Q.   I guess more generally, was the Onyx garbage and
15 recycling generally picked up and dealt with in a somewhat
16 timely fashion during June?
17     A.   I didn't -- I was not under the impression that
18 there was any -- any service disruption during June.
19     Q.   Did any homeowners complain to you about access
20 issues with the garage during June 2020?
21     A.   No, but we did put up notice informing people to
22 ensure that be on the watch to make sure that people did
23 not attempt to block the driveway or put in barriers.  We
24 didn't have that type of activity taking place at the
25 garage entrance during June.

WADE BILLER
12/10/2021

Page 131

1  think that would be minimizing the concept of
2  constitutional rights.  Can't narrow it down mere -- to
3  narrow that down to mere additional security or graffiti
4  removal.
5      Q.   Okay.  So there are -- the constitutional --
6  alleged constitutional violations aren't related to
7  property damage?
8      A.   Correct.
9      Q.   Are they related to a loss in value to the
10 homeowners association of some sort?
11     A.   No.
12     Q.   Are they related to any loss of income to the --
13 to the homeowners association?
14     A.   No.  We're a nonprofit, and there has been no
15 impact to our assessments.
16     Q.   Are they -- has the homeowners association
17 suffered some loss of good will?
18     A.   Could you clarify good will?
19     Q.   Has the homeowners association, in your mind,
20 lost some sort of inherent value from being an ongoing
21 entity?
22     A.   I'm not following the question.
23     Q.   Has the homeowners association had its reputation
24 damaged, in your estimation?
25     A.   No.

Page 134

1    aftermath."
2        A.   Yes, so the personal damages would be the
3    out-of-pocket expense.
4        Q.   Okay.  The -- this was provided to us -- this
5    document was served in a lawsuit on September 28th, 2020,
6    so the -- this reference to personal damages as it relates
7    to the injuries that you suffered when you were cut by the
8    machete on September 8th.  Is that what your testimony is?
9        A.   Correct.
10       Q.   Okay. And the emotional damages -- what -- do
11   those -- what do those relate to?
12       A.   I would say the circumstances that were allowed
13   to unfold due to the standoffish nature of deescalating
14   demonstrators by the City.
15       Q.   And how much -- what dollar figure are you
16   seeking in this lawsuit to compensate you for your alleged
17   emotional damages?
18       A.   I'm not seeking a dollar amount in regards to the
19   emotional damages and/or -- I'm only seeking the
20   reimbursement for out-of-pocket for personal medical bills
21   in regards to that particular instance.
22       Q.   And as a putative class representative on behalf
23   of other residents in the Cal Anderson area, are you -- is
24   it your belief that none of the residents in the Cal
25   Anderson area are seeking emotional distress damages in

1          REPORTER'S CERTIFICATE

2

3      I, Mindy L. Suurs, the undersigned Certified Court
   Reporter, pursuant to RCW 5.28.010, authorized to
4  administer oaths and affirmations in and for the State of
   Washington, do hereby certify:
5

6      That the foregoing testimony of WADE BILLER  was given
   before me at the time and place stated therein and
7  thereafter was transcribed under my direction;

8      That the sworn testimony and/or proceedings were by me
   stenographically recorded and transcribed under my
9  supervision, to the best of my ability;

10     That the foregoing transcript contains a full, true,
   and accurate record of all the sworn testimony and/or
11 proceedings given and occurring at the time and place
   stated in the transcript;
12
       That the witness, before examination, was by me duly
13 sworn to testify the truth, the whole truth, and nothing
   but the truth;
14
       That I am not a relative, employee, attorney, or
15 counsel of any party to this action or relative or employee
   of any such attorney or counsel and that I am not
16 financially interested in the said action or the outcome
   thereof;
17
   DATE:  December 20, 2021
18

19

20

21
                         _____
22
                         Mindy L. Suurs
23                       Certified Court Reporter #2195

24

25



## Rough & Associates, Incorporated
### COURT REPORTERS

206.682.1427    fax 206.937.6236

Please record any changes or corrections on this sheet, indicating page number, line number, and reason for the change.

| Page | Line | Correction and Reason |
|------|------|------------------------|
| 10   | 18   | Clint Zaner is correctly spelled Clint Saner |
| 11   | 13   | Clint Zaner is correctly spelled Clint Saner |
| 30   | 4    | Q indicating Question should actully be A indicating Answer |
| 200  | 6    | Bernesta is correctly spelled Vernesta |
| 222  | 10   | oh, Mari is correctly spelled Omari |
| 228  | 15   | Lamon is correctly spelled Malone |

_____
(Signature here and on deposition)

WADE BILLER
12/10/2021

Page 233

```
 1                  S I G N A T U R E
 2
 3         I declare that I have read my within deposition,
 4   taken on Friday, December 10, 2021, and the same is true
 5   and correct save and except for changes and/or corrections,
 6   if any, as indicated by me on the "CORRECTIONS" flyleaf
 7   page hereof.
 8             Signed in  Seattle                , Washington,
 9   this  27th     day of  December            , 2021.
10
11
12
13
14                        _____
15                            WADE BILLER
16
17
18
19
20
21
22
23
24
25
```

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427   3515 SW Alaska St Seattle WA 98126