# EXHIBIT 19

**From:** Verhoff, Jason
**Sent:** Fri 6/12/2020 11:29:43 PM
**Subject:** FW: Edward Sector Calls for Service

Per Assistant Chief Tom Mahaffey:

The map below provides clarity on the boundary established by the group occupying the "Capitol Hill Autonomous Zone" (C.H.A.Z.). My direction for police response within Edward Sector is as follows:

- **Red Zone:** ==Officers should not respond to calls for service within the red zone, unless the response is to a mass casualty event (e.g. active shooter incident, structural fire likely to endanger human lives etc.).== If responding to a mass casualty incident within the red zone, all responding officers should muster with a supervisor outside that zone to evaluate the feasibility of a police response and develop a plan.
    - ==For all other calls originating from within the red zone, Communications Section personnel should attempt to coordinate officer contact outside the red zone boundary.==

- **Edward Sector:** I'm requiring a four-officer minimum response to all Edward Sector calls for service outside the red zone.

**Officers should continue to document calls for service that originate from within the red zone, even under circumstances where complainant/victim contact isn't possible.

01.26.2022
30(b)(6) Mahaffey
**2**
Buell Realtime Reporting

SEA-SPD_005983



SEA-SPD_005984