# EXHIBIT 20

## Page 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,      )
                                   )
        Plaintiffs,                )
                                   )
    v.                             ) Case No. 20-cv-00983-TSZ
                                   )
CITY OF SEATTLE,                   )
                                   )
        Defendant.                 )
_____

VIDEOCONFERENCE VIDEOTAPED DEPOSITION UPON ORAL
EXAMINATION
OF
JOEY FURUTO
_____

(All participants appearing via Zoom videoconference.)

Taken at
Seattle, Washington

DATE TAKEN:  March 18, 2022
REPORTED BY:  KATHLEEN HAMILTON, RPR, CRR, CCR 1917

## Page 2

                A P P E A R A N C E S

APPEARING VIA ZOOM FOR THE PLAINTIFFS:

        TYLER S. WEAVER
        Calfo Eakes LLP
        1301 Second Avenue
        Suite 2800
        Seattle, Washington 98101
        206.407.2200
        tylerw@calfoeakes.com


APPEARING VIA ZOOM FOR THE DEFENDANT:

        SHANE CRAMER
        Harrigan Leyh Farmer &
        Thomsen LLP
        999 Third Avenue
        Suite 4400
        Seattle, Washington 98104
        206.623.1700
        shanec@harriganleyh.com


APPEARING VIA ZOOM, THE VIDEOGRAPHER:

        LINDSAY HITCHCOCK
        Buell Realtime Reporting, LLC
        1325 Fourth Avenue
        Suite 1840
        Seattle, Washington 98101
        206.287.9066

             * * * * *

## Page 3

              DEPOSITION OF JOEY FURUTO
                   EXAMINATION INDEX
EXAMINATION BY                                  PAGE
MR. WEAVER..............................          5


                    EXHIBIT INDEX
EXHIBITS FOR IDENTIFICATION                     PAGE
 1   Email from Joey Furuto to Darren Morgan, et al.,   17
     sent 09 Jun 2020
 2   Email from Joey Furuto to Jesus Aguirre, et al.,   42
     sent 16 Jun 2020
 3   Email from Kim Alvarado to Jesus Aguirre sent 11   62
     Jun 2020
 4   Email from Kim Alvarado to Jesus Aguirre, et al.,  69
     sent 18 Jun 2020
 5   Email from Jon Jainga to Dominique Stephens and    80
     Julie Kline sent 12 Jun 2020
 6   Email from Joey Furuto to Jon Jainga sent 15 Jun   98
     2020
 7   Email from Pamela Alspaugh to Joey Furuto and     101
     Jesus Aguirre sent 15 Jun 2020
 8   Email from Joey Furuto to Brian Ta, et al., sent  104
     15 Jun 2020
 9   Email from Michael Yadrick to Joey Furuto sent 17 111
     Jun 2020
10   Chat spreadsheet                                  139
11   Email from Pamela Alspaugh to John Owen, et al.,  149
     sent 17 Jun 2020
12   Email from Joey Furuto to Kim Alvarado, et al.,   152
     sent 18 Jun 2020
13   Email from Rachel Schulkin to Joey Furuto sent 19 165
     Jun 2020
14   Email from Joey Furuto to Jesus Aguirre, et al.,  169
     sent 22 Jun 2020
15   Photo                                             179
16   Email to Kevin Mundt, et al., from Lauren Truscott 188
     sent 8/14/2020
17   Email to Christopher Williams from Andy Sheffer   192
     sent 12/7/2020
18   Photo                                             204

## Page 4

            EXHIBIT INDEX (CONTINUED)
EXHIBITS FOR IDENTIFICATION                     PAGE
19   Photo                                        205
20   Photo                                        207
21   Photo                                        207
22   Photo                                        207
23   Photo                                        207
24   Photo                                        207

Page 25

```
 1        Go ahead.
 2        THE WITNESS:  So Parks had always had two
 3   SaniCans on site.  They had been on site since January
 4   because the locking mechanisms were broken on the doors
 5   to the comfort stations.  And so we've always had two on
 6   site.  And even prior to CHOP and CHAZ, we were asked to
 7   provide additional cans because of the -- you know, the
 8   protests that were happening leading up to June 8th.
 9   And we did not provide those SaniCans.
10   BY MR. WEAVER:
11      Q.  Okay.  Were there ever additional SaniCans
12   provided within the balance of Cal Anderson Park in June
13   of 2020?
14        MR. CRAMER:  Objection.  Form.
15        Go ahead.
16        THE WITNESS:  Yes, there were.  There were
17   ten SaniCans that were delivered.  They were not inside
18   the park.  They were on 11th.
19   BY MR. WEAVER:
20      Q.  Were they at 11th and Olive?
21      A.  Yes.
22      Q.  Do you recall being asked to have them in the
23   park?
24      A.  Yes.
25      Q.  And why did they not end up in the park?
```

Page 26

```
 1      A.  Because we didn't have the location for them to
 2   go.  SaniCans need to be serviced by a large pump --
 3   pump truck, and the pump truck wouldn't fit anywhere
 4   within the confines of Cal Anderson.
 5      Q.  Did you have other concerns about why there
 6   should not be SaniCans within the -- within the -- the
 7   Cal Anderson Park?
 8      A.  There was always the -- you know, my team cleans
 9   restrooms for a living, and so we are always -- you
10   know, we always find fecal matter outside.  So if we
11   lock a bathroom door in any of our parks, a lot of times
12   we end up with somebody using the bathroom right
13   outside.  And that is always a high level of concern for
14   us that if we aren't providing an open restroom, we are
15   inviting people to use the facilities outside.  And so
16   that's always our big concern.
17      Q.  Were you concerned that it would create a bigger
18   mess within Cal Anderson if you had Porta Potties inside
19   the park?
20        MR. CRAMER:  Objection.  Form.
21        You can answer.
22        THE WITNESS:  Yes, but I think our bigger
23   concern was also the neighborhood.  Because the park is
24   a wide-open space, people most often like privacy and
25   will find the nearest nook or cranny to use the
```

Page 27

```
 1   facilities, that not being in the park.  So we were very
 2   worried about the surrounding community.
 3   BY MR. WEAVER:
 4      Q.  What were your concerns for the surrounding
 5   community with regard to the SaniCans?  How are those
 6   related?  I'm trying to sort that out.
 7      A.  I think the SaniCans were provided -- this is my
 8   thoughts.  My -- that the SaniCans were provided to
 9   prevent people from using the restroom throughout the
10   entire neighborhood.  They were prevented from -- you
11   know, we didn't want people to use the restroom on top
12   of the lid.  I mean, we're looking at some
13   infrastructure that could be contaminated and so that's
14   why SaniCans were provided.
15      Q.  So you were worried about -- Parks was worried
16   about people urinating or defecating on the reservoir
17   lid; is that fair?
18        MR. CRAMER:  Objection.  Form.  Foundation.
19        THE WITNESS:  Yes.  Not just the Parks, but,
20   like, again, the surrounding neighborhood as well too.
21   BY MR. WEAVER:
22      Q.  Did you ever ask or did you ever -- did you ever
23   hear what the rationale was for providing the SaniCans?
24      A.  To my knowledge, what I just shared was the
25   rationale for why they were provided.
```

Page 28

```
 1      Q.  Okay.  Did you hear that from somebody or are
 2   you just guessing that that was the reason?
 3      A.  No, that's the reason why they were provided, to
 4   my knowledge.
 5      Q.  Okay.  What's the basis for that knowledge?
 6      A.  Because exactly what I was sharing.  Like, we
 7   didn't want people to use the restroom in people's yards
 8   and in the park.
 9      Q.  Sure.  And I'm asking whether -- did somebody
10   tell you that?
11      A.  No, that's -- that would have -- that's my
12   concern.
13      Q.  Okay.  All right.
14        Did you ever personally have a concern that --
15   that providing a large number of SaniCans at 11th and
16   Olive would allow people to stay at the park longer than
17   they would otherwise?
18      A.  Yes, I was concerned with the SaniCans inside
19   the park, not the SaniCans outside of the park.  My --
20   my concern was the SaniCans being inside and that being
21   problematic.
22      Q.  Was -- was your concern partially that it would
23   encourage people to stay in the area in larger numbers
24   than they would otherwise if the SaniCans weren't there?
25      A.  It was a -- it was a -- a small concern.  And I
```

Page 105

1  event center in -- in mid and late June of 2020?
2     A. Can you repeat the question?
3     Q. Yeah, I'll repeat it. (Laughter.) I'll reword
4  it.
5        So do you remember whether they -- whether the
6  people who were around that area, the gardeners, anybody
7  living in the area or who may have had event tents up
8  near that space, were using the hose bibs for water
9  for -- for their operations or living conditions in the
10 last couple weeks of June 2020?
11           MR. CRAMER: Objection. Form.
12           You can answer if you understood.
13           THE WITNESS: I don't know if I fully
14 understood the question. I know that people were using
15 the water source onsite for multiple things, so...
16 BY MR. WEAVER:
17    Q. Okay. What were they using it for?
18    A. To drink, I'm assuming, as well as for watering
19 their plants. I know that they established rain barrels
20 at some point, but they were filling the rain barrels,
21 to my knowledge, with our hose bibs.
22    Q. Okay.
23    A. At some point I know they also had a water truck
24 coming in to fill up the rain barrels as well too.
25    Q. Okay. Well, the first email in this chain is

Page 106

1  from somebody from Fox News asking about whether the
2  protesters have been negotiating with the Parks
3  Department to let them hook up water to irrigate the --
4  the gardens. Do you see that?
5     A. Yes.
6     Q. So the Parks -- did the Parks Department
7  negotiate with the protesters over the use of water for
8  the gardens?
9     A. Not to my knowledge. I do not remember
10 negotiating anything on that level with them.
11    Q. But you were aware that they were using the
12 water for irrigation; is that correct?
13           MR. CRAMER: Objection. Form.
14           THE WITNESS: Yes.
15 BY MR. WEAVER:
16    Q. Was there any attempt in June, in the last
17 couple weeks of June 2020, to your knowledge, to get
18 them to stop using the irrigation?
19    A. I don't recall. I don't remember.
20    Q. Do you recall whether the water was shut off for
21 some period of time to Cal Anderson on or about June
22 22nd of 2020?
23    A. What was the date you just mentioned?
24    Q. June 22nd.
25    A. I recall there being a discussion to shut the

Page 107

1  water off.
2     Q. What do you recall about that?
3           (Inaudible due to crosstalk.)
4  BY MR. WEAVER:
5     Q. What do you recall about that discussion?
6     A. I remember one of the discussion points were if
7  water was turned off to the entire park, what would that
8  do for the restrooms.
9        Now, the restrooms were closed, but there had
10 been breaches and people still using them. So there
11 was -- there was still water flow to that. And if we
12 turned off the water flow, would that affect the
13 hydrants in the area, and other life safety reasons to
14 keep water.
15    Q. What do you recall about, if you knew, what the
16 reasoning was or the thought process was behind why you
17 would turn off the water?
18           MR. CRAMER: Objection. Form.
19           THE WITNESS: Yeah, I don't know much more
20 than what I just said. Like, I -- I don't remember -- I
21 was not a decision maker in -- in getting water to be
22 shut off. I might have proposed an idea. I don't
23 remember. But I was not part of that decision-making
24 process as to when or why.
25 BY MR. WEAVER:

Page 108

1     Q. So did you propose that idea to somebody?
2     A. I don't remember.
3     Q. Okay. Did you ever talk to Casey Sixkiller
4  about turning off the water at Cal Anderson Park?
5     A. I don't remember.
6     Q. So I'd like you to scroll up to your email from
7  June 15th of 2020. At 11 -- 11:11 a.m. Because I guess
8  there's two of them. But at 11:11 a.m. you wrote, "I'm
9  working with the gardening group here. We are not
10 offering up any water for irrigation purposes. They
11 recently installed rain barrels for irrigation." Do you
12 see that?
13    A. Yes.
14    Q. Was it correct that you were not offering up
15 water for irrigation purposes?
16    A. That is correct.
17    Q. But you were allowing it to be used for
18 irrigation purposes -- is that correct? -- on June 15th?
19    A. I don't know that using the word "allowing" them
20 is accurate. It was something that was going to be done
21 and I had little control over that.
22    Q. Okay. You weren't offering it up, but you knew
23 they either were or were going to use it; is that right?
24    A. Correct.
25    Q. And, in fact, they were using that -- they were

```
                                          Page 221
 1                  C E R T I F I C A T E
 2
 3    STATE OF WASHINGTON
 4    COUNTY OF KING
 5
 6         I, Kathleen Hamilton, a Certified Shorthand
 7    Reporter and Notary Public in and for the State of
 8    Washington, do hereby certify that the foregoing
 9    transcript of the deposition of JOEY FURUTO, having been
10    duly sworn, on MARCH 18, 2022, is true and accurate to
11    the best of my knowledge, skill and ability.
12         IN WITNESS WHEREOF, I have hereunto set my hand
13    and seal this 29TH day of MARCH, 2022.
14
15
16         _____
17         KATHLEEN HAMILTON, RPR, CRR, CCR #1917
18
19
20
21
22
23
24
25
```