# EXHIBIT 21



# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability | **Case No. 2:20-cv-00983 TSZ** |

**\*\*CONFIDENTIAL\*\***

*Expert Rebuttal Report of Arik K. Van Zandt, ASA, CDBV*

**Additional Plaintiffs Analyzed in the Partin Report**

48.     The Partin Report also analyzes claims made by Matthew Ploszaj, Northwest Liquor and Wine, Café Argento, and Rancho Bravo.

49.     We were not asked to review any claims made by Northwest Liquor and Wine, Café Argento, or Rancho Bravo.

50.     We reviewed Mr. Ploszaj's claim but were unable to estimate any economic damages incurred, but note he may be entitled to another form of relief due to emotional distress.

**POTENTIAL ADDITIONAL ANALYSES**

I reserve the right to clarify, amend, and/or supplement my opinions based on additional information that may be provided to me and the development of additional information as this matter proceeds.

Dated: June 2, 2022

*[signature]*

Arik K. Van Zandt, ASA, CDBV
Managing Director