# EXHIBIT 28

LONNIE THOMPSON
5/4/2021

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                )
            Plaintiffs,         )
                                )
        vs.                     )   No. 20-cv-00983-TSZ
                                )
CITY OF SEATTLE,                )
                                )
            Defendant.          )
_____

Zoom 30(b)6 Video Deposition Upon Oral Examination

Of

LONNIE THOMPSON
_____

DATE:  Tuesday, May 4, 2021

REPORTED BY:  Mindy L. Suurs, CSR No. 2195

LONNIE THOMPSON
5/4/2021

Page 13

1               MR. WEAVER:  So you need to save it as 1.
2               Again, this is Tyler Weaver just assisting with
3    the tech of getting it open.
4        A.   I got the -- I see the map.
5    BY MS. PRATT:
6        Q.   Great.  And do you recognize this as a map of the
7    Capitol Hill area where your business, Bergman's Lock and
8    Key Services, is located?
9        A.   Yes, that is it.
10       Q.   So on this map we've labeled Cal Anderson Park.
11   Is that correctly labeled to your understanding?
12       A.   Yes, it is.
13       Q.   And we have also labeled the surrounding streets.
14   Are those correct to your understanding?
15       A.   Yes.
16       Q.   Great.  And then with a red dot and a black text
17   box, we have identified your business, Bergman's Lock and
18   Key Services.  Is it correctly located on this map?
19       A.   Yes, it is.
20       Q.   So you can go ahead and minimize or exit out of
21   that exhibit.  I don't intend to use it again anytime soon.
22   Let me know when you're ready.
23       A.   I'm ready.
24       Q.   Great.  Do you rent or do you own the storefront
25   at 1714 12th Avenue on Capitol Hill?

ROUGH & ASSOCIATES INC
office@roughandassociates.com     206.682.1427 3515 SW Alaska St Seattle WA 98126

Electronically signed by Mindy Suurs (101-257-931-8021)                                   25b1dea6-5462-4263-95dd-96b16ceea9a7

Page 14

1     A.   The storefront is rented.
2     Q.   Who do you rent from?
3     A.   It changed hands.  It was purchased last year.  I
4  do not remember the name of the company at this moment.
5     Q.   Okay.  Can you tell me why you chose to rent in
6  that location?
7     A.   I did not choose to rent in that location, the
8  previous owner did, and they have been at that location for
9  26 years.
10    Q.   And in the 13 years that you have owned
11 Bergman's, did you have any opportunity to move the
12 business?
13    A.   No.
14         MR. WEAVER:  Objection, vague.
15 BY MS. PRATT:
16    Q.   Were you under a lease the entire 13 years that
17 you've owned Bergman's?
18    A.   No.
19    Q.   So you could have moved the business had you
20 chosen to; is that right?
21         MR. WEAVER:  Same objection.  You can answer.
22    A.   Yes.
23 BY MS. PRATT:
24    Q.   And why did you choose not to move?
25    A.   Because the business has been established at the

LONNIE THOMPSON
5/4/2021

Page 77

1   to your storefront.  Was the road in front of you -- 12th,
2   I believe; correct?
3       A.   Correct.
4       Q.   Was 12th in front of your storefront blocked off
5   to traffic?
6       A.   At Olive, yes, would be about 50 yards south of
7   our door.
8       Q.   But it was not blocked off in front of your door;
9   is that right?
10      A.   No, it was not.
11      Q.   And that's why those service tech vehicles could
12  have driven in front of the building if you had chosen
13  that -- you know, to ask them to do that; right?
14      A.   Yes.
15      Q.   So you said the street was blocked off at 12th
16  and Olive.  When was that blocked off?
17      A.   It would be after June 8th.  That's to my best of
18  knowledge.
19      Q.   What was it blocked by?
20      A.   The concrete barricades.
21      Q.   And is your memory that there's concrete
22  barricades were there through the time when the park was
23  cleared out on June 30th, or July 1st, excuse me?
24      A.   Yeah.
25      Q.   Are you aware of any other areas where the road

1      I, Mindy L. Suurs, the undersigned Certified Court
   Reporter, pursuant to RCW 5.28.010, authorized to
2  administer oaths and affirmations in and for the State of
   Washington, do hereby certify:
3

4      That the foregoing testimony of LONNIE THOMPSON
   was given before me at the time and place stated therein
5  and thereafter was transcribed under my direction;

6      That the sworn testimony and/or proceedings were by me
   stenographically recorded and transcribed under my
7  supervision, to the best of my ability;

8      That the foregoing transcript contains a full, true,
   and accurate record of all the sworn testimony and/or
9  proceedings given and occurring at the time and place
   stated in the transcript;
10
       That the witness, before examination, was by me duly
11 sworn to testify the truth, the whole truth, and nothing
   but the truth;
12
       That I am not a relative, employee, attorney, or
13 counsel of any party to this action or relative or employee
   of any such attorney or counsel and that I am not
14 financially interested in the said action or the outcome
   thereof;

15

16 DATE:  May 6, 2021

17

18

19

20

21                    _____
                      Mindy L. Suurs
22                    Certified Court Reporter #2195

23

24

25

LONNIE THOMPSON
5/4/2021

Page 114

1    I declare that I have read my within deposition,
2  taken on Tuesday, May 4, ~~2016~~ 2021, and the same is true and
3  correct save and except for changes and/or corrections, if
4  any, as indicated by me on the "CORRECTIONS" flyleaf page
5  hereof.
6          Signed in __Seattle__, Washington,
7  this __17th__ day of __May__, ~~2016~~ 2021

                    _[signature]_
                    LONNIE THOMPSON

24            REPORTER'S CERTIFICATE

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427  3515 SW Alaska St Seattle WA 98126

Electronically signed by Mindy Suurs (101-257-931-8021)    25b1dea6-5462-4263-95dd-96b16ceeea9a7



206.682.1427   fax 206.937.6236

Please record any changes or corrections on this sheet, indicating page number, line number, and reason for the change.

Page   Line                              Correction and Reason

_(Signature here and on deposition)_