# EXHIBIT 29

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                )
            Plaintiffs,         )
                                )
       vs.                      ) No. 20-cv-00983-TSZ
                                )
CITY OF SEATTLE,                )
                                )
            Defendant.          )
_____

Zoom Video Deposition Upon Oral Examination

Of

SEAN SHEFFER

Shuffle LLC   30(b)6
_____

*** Contains Confidential Testimony and Exhibits ***

DATE: Tuesday, May 18, 2021

REPORTED BY: Mindy L. Suurs, CSR No. 2195

Page 32

1  when?
2      A.   I see the -- I see your question.  It was
3  located -- Cure Cocktail was located 1641 Nagle Place in
4  2017 and it was located there until the end of the lease in
5  the end of -- in March 2021.
6      Q.   Okay.  So Cure Cocktail maintained its storefront
7  at 1641 Nagle Place until March 2021?
8      A.   Correct.  It still stands there this day.
9      Q.   But it's no longer open there?
10     A.   It's closed.
11     Q.   It's closed, okay.  Now, you mentioned that Cure
12 Cocktail is currently located at 1449 East Pine; right?
13     A.   The trade name, yes.
14     Q.   What do you mean?
15     A.   When you file for Shuffle LLC, you can have
16 dba's, so the trade names are Cure Cocktail and Remedium
17 Grill.
18     Q.   So you purchased Cure, and you also owned the
19 trade name Cure; is that right?
20     A.   We actually purchased the trade name, the rights
21 to the trade name.  So the Haldane Group had Cure --
22 Haldane Group LLC had a dba and trade name registered as
23 Cure.  After I bought it, they released that trade name and
24 Shuffle LLC was able to put Cure as their trade name.
25     Q.   Now, you mentioned Cure Cocktail.  Is that a

SEAN SHEFFER
5/18/2021

Page 193

1    A.    No.
2    Q.    And to the best of your knowledge, neither did
3    any of your employees?
4    A.    No.
5    Q.    You did have interaction with a City of Seattle
6    police officer in December of 2020; right?
7    A.    Yes.
8    Q.    Okay.  Having reminded you of that, are there any
9    other instances where you can remember having direct
10   communication with a City of Seattle employee?
11   A.    No.
12   Q.    Okay.  So are there any statements from the City
13   of Seattle or its employees or its representatives that you
14   have relied on related to this lawsuit?
15   A.    No.
16   Q.    While the CHOP was in effect or -- I'm going to
17   withdraw that.
18         Between June and July 1st of 2020, were there any
19   instances where access to Nagle Street location was
20   physically blocked?
21         MR. WEAVER:  Objection.  Answer if you can.
22   A.    No.
23   BY MS. PRATT:
24   Q.    And you talked earlier about blocks to access to
25   Nagle Street that were by police lines, but those were in

SEAN SHEFFER
5/18/2021

Page 211

1        REPORTER'S CERTIFICATE

2

3       I, Mindy L. Suurs, the undersigned Certified Court
  Reporter, pursuant to RCW 5.28.010, authorized to
4 administer oaths and affirmations in and for the State of
  Washington, do hereby certify:

5

6       That the foregoing testimony of SEAN SHEFFER  was
  given before me at the time and place stated therein and
7 thereafter was transcribed under my direction;

8       That the sworn testimony and/or proceedings were by me
  stenographically recorded and transcribed under my
9 supervision, to the best of my ability;

10      That the foregoing transcript contains a full, true,
  and accurate record of all the sworn testimony and/or
11 proceedings given and occurring at the time and place
  stated in the transcript;

12
        That the witness, before examination, was by me duly
13 sworn to testify the truth, the whole truth, and nothing
  but the truth;

14
        That I am not a relative, employee, attorney, or
15 counsel of any party to this action or relative or employee
  of any such attorney or counsel and that I am not
16 financially interested in the said action or the outcome
  thereof;

17

18 DATE:  May 23, 2021

19

20

21

22

23                         _____
                           Mindy L. Suurs
24                         Certified Court Reporter #2195

25