# EXHIBIT 31

KILBURN TAMARA
5/13/2021

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,       )
       Plaintiffs,                  )
 vs.                                 ) No. 20-cv-00983-TSZ
CITY OF SEATTLE,                    )
       Defendant.                   )
_____

ZOOM VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

TAMARA KILBURN

SWAY AND CAKE 30(b)(6)

_____

9:00 a.m.

May 7, 2021

*** Contains Confidential Testimony and Exhibits ***

REPORTED BY:   Pat Lessard, CCR #2104

ROUGH & ASSOCIATES INC
office@roughandassociates.com     206.682.14273515 SW Alaska St Seattle WA 98126

KILBURN TAMARA
5/13/2021

Page 103

1  Sway and Cake during CHOP?
2         MR. WEAVER:  Objection.  Answer if you can.
3     A.   There were street closures with cement
4  barricades on 12th, 12th and Pike.
5     Q.   (By Ms. Pratt)  And what street did those
6  cement barriers block car traffic to?
7     A.   It blocked 12th Avenue heading towards the
8  police precinct, that block.
9     Q.   So 12th Avenue heading north, is that right?
10    A.   Yeah.  If that's north, yeah.  Toward the --
11 the same block that the police station is on.
12    Q.   But Pike, which goes east and west, was not
13 blocked, right?
14    A.   Correct.  It was open.
15    Q.   And how long was 12th heading north in front
16 of Sway and Cake blocked?
17        MR. WEAVER:  Objection.  12th is not in
18 front of Sway and Cake.  I just want to make sure
19 we're oriented here correctly.
20    Q.   (By Ms. Pratt)  All right.  Why don't we
21 open an exhibit.  I think it's 10 but I'll let you
22 know in a sec.
23        All right.  Let's open Exhibit 10.  Let me
24 know when you have that open.
25        Okay.  So looking at Exhibit 10, is it

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.14273515 SW Alaska St Seattle WA 98126

Page 176

```
 1                  C E R T I F I C A T E

 2    STATE OF WASHINGTON   )
                            ) ss.
 3    COUNTY OF KING        )

 4           I, the undersigned Washington Certified Court

 5    Reporter, hereby certify that the foregoing deposition upon

 6    oral examination of TAMARA KILBURN was taken

 7    stenographically by me on May 7, 2021, and transcribed under

 8    my direction;

 9           That the witness was duly sworn by me pursuant to

10    RCW 5.28.010 to testify truthfully; that the transcript of

11    the deposition is a full, true, and correct transcript to

12    the best of my ability; that I am neither attorney for nor

13    relative or employee of any of the parties to the action or

14    any attorney or counsel employed by the parties hereto, nor

15    am I financially interested in its outcome.

16           I further certify that in accordance with

17    CR 30(e) the witness was given the opportunity to examine,

18    read and sign the deposition within 30 days upon its

19    completion and submission, unless waiver of

20    signature was indicated in the record.

21        IN WITNESS WHEREOF, I have hereunto set my hand this

22    11th Day day of May, 2021.

23                            _____
                              
24                            Pat Lessard,
                              pat@court-reporter.com
25
```