# EXHIBIT 34

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                )
             Plaintiff,         )
                                )
        vs.                     )   No. 20-cv-00983-TSZ
                                )
CITY OF SEATTLE,                )
                                )
             Defendant.         )
_____

Zoom Video Deposition Upon Oral Examination

Of

JON M. SHANE, Ph.D.
_____

DATE:  Thursday, August 11, 2022

REPORTED BY:  Mindy L. Suurs, CSR 2195

JON M. SHANE PhD
8/11/2022

Page 122

1  Seattle.
2      Q.   So what level of -- strike that.
3           Would it -- in your opinion, should police
4  officers have risked escalating the potential for violence
5  on June 11th in order to clear barricades from the spots
6  where they were on the streets?
7      A.   In order to prevent people from coercing official
8  government operations in the interest of providing adequate
9  police service and police protection, if police officers
10 are met with imminent threats or resistance, then the
11 answer is they can use force to repel those threats, and if
12 there's a risk that that may happen, it's intrinsic to the
13 job.
14     Q.   So in your opinion, should the police officers
15 have risked escalating the potential for violence in order
16 to remove the barricades on the streets on June 11th?
17     A.   Again, if you're telling me that the police
18 officers are doing that in order to prevent the protesters
19 from coercing official government operations and
20 threatening police officers and keeping them from providing
21 adequate police service and police protection to the
22 general community in and around -- in Seattle, then the
23 answer is yes.  Risk is intrinsic to policing.  Risk of
24 injury and harm is intrinsic to policing.
25     Q.   When the police vacated the East Precinct on

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427 3515 SW Alaska St Seattle WA 98126

Page 215

1                REPORTER'S CERTIFICATE

2

3       I, Mindy L. Suurs, the undersigned Certified Court
     Reporter, pursuant to RCW 5.28.010, authorized to
4    administer oaths and affirmations in and for the State of
     Washington, do hereby certify:
5

6       That the foregoing testimony of JON M. SHANE, Ph.D.
     was given before me at the time and place stated therein
7    and thereafter was transcribed under my direction;

8       That the sworn testimony and/or proceedings were by me
     stenographically recorded and transcribed under my
9    supervision to the best of my ability;

10      That the foregoing transcript contains a full, true,
     and accurate record of all the sworn testimony and/or
11   proceedings given and occurring at the time and place
     stated in the transcript;
12
        That the witness, before examination, was by me duly
13   sworn to testify the truth, the whole truth, and nothing
     but the truth;
14
        That I am not a relative, employee, attorney, or
15   counsel of any party to this action or relative or employee
     of any such attorney or counsel and that I am not
16   financially interested in the said action or the outcome
     thereof;
17

18   DATE:  August 17, 2022

19

20

21

22

23                   _____
                     Mindy L. Suurs
24                   Certified Court Reporter #2195

25