# EXHIBIT 36





power to the players

625 Westport Parkway; Grapevine, TX 76051; Fax: (817) 722-2931

March 26, 2020

Lots II, LLC dba The Broadway Building-TBD
1620 Broadway, Suite 200

Seattle, WA 98122

ATTN: Legal/Lease Administration

Re:   6960-Broadway Building, The-Seattle
      GameStop, Inc.
      Covid-19 Store Closures

Dear Sir or Madam,

GameStop, Inc., a Minnesota corporation ("Tenant"), currently leases space to operate a store under a lease agreement (the "Lease") by and between Lots II, LLC dba The Broadway Building-TBD ("Landlord") and Tenant.

This letter is to address the fact that our stores nationwide are entirely closed, or are closed to the public, due to the coronavirus, or COVID-19. Due to the closure, we are unable to operate as a typical retail establishment, thereby frustrating the purpose of the Lease. While circumstances are rapidly changing and there is no clear picture of what the next weeks and months hold, what is certain and clear is that for the good of our respective companies, employees and communities we need to approach this crisis collaboratively.

Due to the devastating effect COVID-19 is having on our business, we would like to engage in an open dialogue with you to ensure the long-term viability of our relationship once this near-term crisis is over. We are gravely concerned that store closures and the trickle-down effects of many of our customers and employees being out of work will negatively impact our stores for the foreseeable future.

Understanding, however, that we must work through this crisis together and that there are immediate expenses that Landlord cannot defer, we have made the decision to pay CAM and taxes for our Lease(s), while abating base rent, for the month of April. We believe this measure is necessary to ensure our long-term ability to continue operating under the Lease(s) and to make our monthly rental payments to you, post-crisis, for the remainder of the lease term. As you know, this situation is constantly evolving and additional changes to these terms may be required.

We enjoy partnering with you and being your Tenant. We hope that you can appreciate our position and support this measure for the good of our long-term relationship. We do not take this measure lightly – it is a difficult decision necessary to navigate operations during this unprecedented time. Of course, if the pandemic eases unexpectedly and business returns to normal sooner than we expect, we will continue to work with you and reevaluate our position.

Should you have any questions, please feel free to contact us at COVID19Rent@gamestop.com.

Sincerely,

*Kim Ellis*

Kim Ellis
Sr. Vice-President of Real Estate and Development

2032887.1 30842-0700-000 (Group B)

CONFIDENTIAL                                                                                                    CHOP-0027040