# EXHIBIT 37

**From:** Greg Bellinger <greg@whiterabbit.group>
**Sent:** Monday, July 20, 2020 11:36 AM
**To:** Jill Cronauer <Jill@hunterscapital.com>
**Cc:** Abhilash Suresh <abhilash@whiterabbit.group>; Adam Weil <adam@whiterabbit.group>; Olivia Collins <Olivia@hunterscapital.com>
**Subject:** Re: 1620 Broadway, Suite 206 - Lease Cancellation

Hi Jill,

I know! :( It's an unfortunate situation and we're going to miss all of you and the office. To be honest, with the recent CHOP situation, we're kind of looking at other areas of the city now but that prob won't even happen until Q1 or Q2 of 2021.

We've really enjoyed getting yo know you, Olivia, and the rest of the HC team!

I will update you as we make progress to moving out and the walkthrough. Do you think there is a chance that you can lease it to someone else within the next two months?

On Mon, Jul 20, 2020 at 9:20 AM Jill Cronauer <Jill@hunterscapital.com> wrote:
Hi Greg,

I was so bummed to see this, I didn't even want to respond! I can, however, understand your position.

Your lease will terminate midnight on September 14, 2020. Attached is your most recent lease amendment for reference.

You can move out as soon as you would like and we can do a walk-through together (with PPE) or separately (you let us know when you are out, drop off keys and we take a look and let you know if we see any deposit issues.)

Just let me know your preferred date for a walkthrough or when we can do the walkthrough separately.

When it is time for you all to return to an office, we would hope you will consider returning to a Hunters Capital property.

Best regards to you and your team,

Jill

CONFIDENTIAL

CHOP-0014726

**From:** Greg Bellinger <greg@whiterabbit.group>
**Sent:** Friday, July 17, 2020 1:51 PM
**To:** Jill Cronauer <Jill@hunterscapital.com>
**Cc:** Abhilash Suresh <abhilash@whiterabbit.group>; Adam Weil <adam@whiterabbit.group>
**Subject:** 1620 Broadway, Suite 206 - Lease Cancellation

Hi Jill,

We would like to put in our notice that we will be cancelling our lease at 1620 Broadway, Suite 206. This notice is effective and starting today, July 17th, 2020. What is the soonest we can cancel and move out?

It really just sitting and with the spike again, this could go on until the end of the year.

--



**Greg Bellinger**
CEO & Partner | White Rabbit Group

 +1 530 262 4612

1620 Broadway, Suite 206, Seattle, WA 98122

www.whiterabbit.group

--



**Greg Bellinger**
CEO & Partner | White Rabbit Group

 +1 530 262 4612

1620 Broadway, Suite 206, Seattle, WA 98122

www.whiterabbit.group