# EXHIBIT 39

# SPACES UPDATE



Rough & Associates
JILL CRONAUER
9/30/2021
**81**

*Update From The Riveter 5.29*

Dear Riveters,

I hope you are all safe and well. I am writing today to share news about The Riveter's future.

During the course of this devastating pandemic, the safety and health of our employees and members have been our top priority. As these safety concerns and unforeseen circumstances continue, we've been forced to make the tremendously difficult decision to close our coworking operations.

 The Riveter will be shifting focus towards strengthening our online community – 30,000 and growing – and continuing to be a resource for all working women during this unprecedented time.

Our mission has always been to create change for working women. We launched our digital community in February, and then the world changed. The need for support increased, and our mission became more urgent. The Riveter's online community has been sharing their stories, resources, and experiences, learning new skills and attending virtual events. We invite you to **join us there** *(https://community.theriveter.co/share/UbihtNhq2Ao24VXJ)* if you haven't already.

I am so grateful to you for believing in The Riveter. We are excited to continue to champion and support working women everywhere. I look forward to seeing you online and to our paths crossing again in real life soon.

*Amy Nelson*

**Amy Nelson**
*Founder & CEO*, The Riveter

# THE RIVETER

**About Us (https://theriveter.co/about-us/)**

**Press (https://theriveter.co/press/)**

(https://www.instagram.com/theriveterco/)

(https://twitter.com/theriverco/)

(https://facebook.com/theriverco)

(https://www.linkedin.com/company/theriveter/)

(mailto:hello@theriveter.co)

**The Riveter is a modern union of women and allies striving for equity of opportunity for all.**

© 2021 The Riveter. All rights reserved. Use of this site constitutes acceptance of our **Terms & Conditions (/terms-conditions-platform)** and **Privacy Policy (/privacy-policy)**.