# EXHIBIT 44



**City of Seattle**
Mayor Jenny A. Durkan

June 24, 2020

*TRANSMITTAL VIA EMAIL*

Jill Cronauer
Hunters Capital Real Estate, LLC
1620 Broadway, Suite 200
Seattle, WA 98122

Amy Nelson
The Riveter, LLC
1517 12th Ave., Suite 101
Seattle, WA 98122

    Re:    *Letter of Intent ("LOI") - The Riveter Co-work Space,
           1517 12th Ave., Suite 101, Seattle, WA 98122*

Dear Ms. Cronauer and Ms. Nelson,

The purpose of this letter is to inform you that the City of Seattle ("City') intends to enter into negotiations on the terms and conditions to assume the Commercial lease dated February 14, 2017 between Ballou Wright Building, LLC ("Lessor") and The Riveter, LLC ("Lessee") for the property located at 1517 12th Ave, Suite 101 referenced above.  The City has been in discussions with the current Lessee and Lessor about the terms and conditions for complete legal assignment of the lease from The Riveter, LLC to the City of Seattle in order to lease the property for public purposes and replace the current Lessee and release them of their legal obligations under the lease, at which point The Riveter, LLC would no longer be a party to the lease.

As you know, the City as Lessee intends to sublease the property to Black Lives Matter Seattle-King County ("BLMSKC"), a non-profit 501c(3), which has indicated that it intends to use this approximately 11,000 sq ft space for community building and to advance its mission and policy priorities.

The City believes this Letter of Intent serves to demonstrate its commitment to work with the Lessor and Lessee to arrive at terms and conditions regarding the assignment of the lease that

is mutually acceptable to all parties in the coming weeks.  If you have any questions then please do not hesitate to contact me or Steven Shain, Real Estate Strategic Advisor on next steps. We look forward to working with you.

Sincerely,

Mike Fong
Senior Deputy Mayor
Office of Mayor Jenny A. Durkan

CHOP-0000719