# EXHIBIT 46

JILL CRONAUER
9/30/2021

## Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
HUNTERS CAPITAL, LLC, et al.,  )
                               )
        Plaintiffs,            )
                               )
   vs.          ) No. 20-cv-00983-TSZ
                               )
CITY OF SEATTLE,               )
                               )
        Defendant.             )
_____

Videotaped ZOOM 30(b)6 Deposition
Of
JILL CRONAUER
_____

CONTENTS DESIGNATED CONFIDENTIAL

DATE:  Thursday, September 30, 2021
REPORTED BY:  Mindy L. Suurs, CSR No. 2195

## Page 2

APPEARANCES

For the Plaintiff:
  GABRIEL REILLY-BATES
  Calfo Eakes
  1301 Second Avenue
  Suite 2800
  Seattle, Washington 9801

For the Defendant:
  TYLER L. FARMER
  ARTHUR W. HARRIGAN, Jr.
  Harrigan Leyh Farmer & Thomsen
  999 Third Avenue
  Suite 4400
  Seattle, Washington

Also Present:  Karl Benitez, Royal Video Productions

--oOo--

## Page 3

INDEX
EXAMINATION BY                                PAGE
Mr. Farmer                                     7

EXHIBIT INDEX
NO.   DESCRIPTION                             PAGE
56    E-mail exchange, including August 6, 2020,   32
      from Bryan Copley to Jill Cronauer

57    Class Action Complaint                   39

58    Map                                      61

59    E-mail dated March 12, 2020, from Jill   68
      Cronauer to Michael Malone and others re
      Economic Impact to Commercial Tenants

60    E-mail string dated March 12, 2020, between   71
      Jill Cronauer and Lindsey Jensen re Economic
      Impact to Commercial Tenants

61    E-mail dated March 12, 2020, from Michael    73
      Oaksmith to Jill Cronauer and others re
      Economic Impact to Commercial Tenants

62    E-mail string, including March 13, 2020,   78
      from Jill Cronauer to Steve Hooper and
      Ethan Stowell

63    Excel spreadsheet, CHOP damages by building   82

64    Plaintiff's Answers And
Responses to           86
      Defendant City Of
Seattle's Second Discovery
      Requests and Proposed Revisions to First
      Discovery Requests
65    Hunters Capital Damages Claim            143
66    List of i-Messages for J. Cronauer       148

## Page 4

EXHIBIT INDEX  (Cont.)

NO.   DESCRIPTION                             PAGE
67    Series of e-mails including October 14, 2020   150
      from Jill Cronauer to Michael Malone re
      Meeting with Mayor Durkan
68    E-mail dated September 30, 2020, from Jill   155
      Cronauer to Christopher Saites and others

69    E-mail string dated August 31, 2020, between   157
      Jill Cronauer and Lindsey Jensen, copying
      Andrea Salazar

70    E-mail string, including August 6, 2020, from   159
      Jill Cronauer to Lindsey Jensen re plywood
71    E-mail dated June 11, 2020, from Lindsey   163
      Jensen to Andrea Salazar and attachment

72    E-mail dated March 26, 2020, from Nicholas E.   164
      to Jill Cronauer
73    E-mail dated March 16, 2020, from Karyn   166
      Schwarz to Jill Cronauer re Small Business
      Stabilization Fund
74    E-mail string dated March 16, 2020, between   168
      Jill Cronauer, Steven Dodobara, and Olivia
      Collins re Economic Relief Information
75    E-mail string dated March 16, 2020, between   170
      Jill Cronauer, Kari Brunson, and Olivia
      Collins re Economic Relief Information
76    E-mail dated March 17, 2020, from Peter Aaron   172
      to Jill Cronauer re Rent Vacation Request

77    E-mail string dated March 17, 2020, between   174
      Katie Parsons and Jill Cronauer re Rains
      Greenus Building Lease

78    E-mail string between Jill Cronauer and Amaan   175
      Kurji re COVID-19 and 8 Limbs Yoga

1 (Pages 1 to 4)

ROUGH & ASSOCIATES INC
office@roughandassociates.com       206.682.1427 3515 SW Alaska St Seattle WA 98126

Page 41

1   A.  Yes.
2   Q.  Okay.  Look at Paragraph 127 on the bottom, and
3   you'll see that it starts "Plaintiff Hunters Capital," and
4   in the second sentence it says:  "Like Madrona Real Estate,
5   the presence of CHOP is causing economic injury to Hunters
6   Capital."  Do you see that?
7   A.  Yes.
8   Q.  So my question for you, Ms. Cronauer, is:  What
9   did you mean by "the presence of CHOP" at Paragraph 127 of
10  the Hunters Capital Complaint?
11  A.  That the occupation of CHOP in the area was
12  causing economic injury to Hunters Capital.
13  Q.  Okay.  When you say "occupation," what do you
14  mean?
15  A.  Its presence.
16  Q.  And I want to make sure that we have a clear
17  understanding of the basis for the Complaint.  When you say
18  "the presence," do you mean the presence of protesters in
19  the area described as CHOP or something else?
20  A.  The -- without limiting my response to, you know,
21  the blocking of access to the area, inability for our
22  tenants, commercial tenants, to be open, our residents
23  being able to enjoy or live without interruption and work
24  and sleep.  Those are just some examples.
25  Q.  Okay.  And since the CHOP barricades were cleared

Page 42

1   on July 1st, has Hunters Capital had any blockage of access
2   to its buildings?
3   A.  Yes.
4   Q.  Could you tell me when, please?
5   A.  So when the police came back in and reoccupied on
6   the 1st, they then shut -- created a perimeter around the
7   area, of which I don't recall the total perimeter, and
8   wouldn't allow anyone in or out for, I believe it was five
9   days; so we weren't able to access our properties or our
10  business.  Our residents weren't able to come to their
11  homes.  And the continuance of the barricades around the
12  East Precinct, which I don't believe were removed until May
13  of 2021, also impeded access to our property on 12th
14  Avenue, the Ballou Wright building.
15  Q.  Can you describe how the barricades around the
16  East Precinct prevented you access to the Ballou Wright
17  building?
18  A.  So in trying -- it didn't prevent, but it was
19  difficult to access on foot.
20  Q.  Okay.  And how so?
21  A.  Well, you had to go about two blocks around to
22  access the building because the sidewalks were closed and
23  also the crosswalks, one or two areas of it, so you'd have
24  to do a big circle block around.
25      And also, during the -- once CHOP was, you know,

Page 43

1   like I referenced, if you Wikipediaed when CHOP ended, they
2   would use the -- which I just did, which is interesting --
3   you would -- they would formally say that, you know, it was
4   concluded I think on the 1st of July.  But with the
5   occupation of the park, it was very consistent that Nagle
6   Place, which is how you access the parking garage to the
7   Broadway Building for all of our residents and our
8   commercial office tenants, was continually and
9   intermittently restricted and closed down.  And that was
10  due to issues occurring in the park.
11  Q.  Okay.  And what was the time period of that
12  intermittent restriction of access to the parking garage?
13  A.  Between about the 6th of July, and I believe the
14  park was cleared on the 12th -- or the 18th of December.
15  Q.  Okay.  And so we have a clear record for folks
16  who haven't seen photos --
17      (Fire alarm.)
18      THE VIDEOGRAPHER:  Should we go off the record?
19      MR. FARMER:  Yes, please.
20      THE VIDEOGRAPHER:  The time is 11:28 a.m.  We are
21  off the record.
22      (Recess taken.)
23      THE VIDEOGRAPHER:  The time is 11:32 a.m.  We are
24  back on the record.
25  BY MR. FARMER:

Page 44

1   Q.  Ms. Cronauer, I wanted to ask you to describe
2   what you mean by referring to the occupation of the park in
3   this time period where there was intermittent restriction
4   of access to the parking garage.
5       MR. REILLY-BATES:  Object to the form.
6   A.  After the CHOP -- and I say, quote, unquote,
7   ended because, as you know, there was a reoccupation of the
8   East Precinct -- there was almost immediately an occupation
9   of Cal Anderson Park, which was widely publicized.  And
10  during that time, there were several incidences, some of
11  them quite shocking and terrible -- murders, deaths,
12  suicides, rapes -- and the -- our access to our property
13  was blocked as the police and medics came to attend to
14  those issues.  Also, there were nightly fires and fights
15  and people driving vehicles into the park, at which time
16  first responders would respond and block the park or
17  access, sorry, to Nagle and our property.  Those are just
18  some of the -- some of the examples.
19  Q.  Okay.  And as I understand it --
20  A.  And the park was closed, technically -- or I
21  guess officially it was closed, but it was very active with
22  CHOP participants.
23  Q.  Okay.  And so we have a clear record, by "park"
24  throughout this testimony, you've been referring to Cal
25  Anderson Park; correct?

JILL CRONAUER
9/30/2021

Page 185

1  SIGNATURE
2
3       I declare that I have read my within deposition,
4  taken on Thursday, September 30, 2021, and the same is true
5  and correct save and except for changes and/or corrections,
6  if any, as indicated by me on the "CORRECTIONS" flyleaf
7  page hereof.
8       Signed in _____, Washington,
9  this _____ day of _____, 2021.
10
11
12
13
14        _____
15        JILL CRONAUER
16
17
18
19
20
21
22
23
24
25

Page 186

1       REPORTER'S CERTIFICATE
2
3       I, Mindy L. Suurs, the undersigned Certified Court
   Reporter, pursuant to RCW 5.28.010, authorized to
4  administer oaths and affirmations in and for the State of
   Washington, do hereby certify:
5
6       That the foregoing testimony of JILL CRONAUER
   was given before me at the time and place stated therein
7  and thereafter was transcribed under my direction;
8       That the sworn testimony and/or proceedings were by me
   stenographically recorded and transcribed under my
9  supervision, to the best of my ability;
10      That the foregoing transcript contains a full, true,
   and accurate record of all the sworn testimony and/or
11  proceedings given and occurring at the time and place
   stated in the transcript;
12
        That the witness, before examination, was by me duly
13  sworn to testify the truth, the whole truth, and nothing
   but the truth;
14
        That I am not a relative, employee, attorney, or
15  counsel of any party to this action or relative or employee
   of any such attorney or counsel and that I am not
16  financially interested in the said action or the outcome
   thereof;
17
18  DATE:  October 3, 2021
19
20
21
22
23       _Mindy L. Suurs_
24       Mindy L. Suurs
         Certified Court Reporter #2195
25

47 (Pages 185 to 186)

# Rough & Associates
*Incorporated*
COURT REPORTERS

206.682.1427    fax 206.937.6236

Please record any changes or corrections on this sheet, indicating page number, line number, and reason for the change.

| Page | Line | Correction and Reason |
|------|------|------------------------|
| 9    | 7    | Should read '500' instead of '900' |
| 9    | 22   | Should read 'Kei' instead of 'Key |
| 12   | 3    | Should read 'J' instead of 'Jim' |
| 12   | 4    | Should read 'Kieran Oaksmith' instead of 'Karen Malone' |
| 12   | 4    | Should read 'Cristin' instead of 'Kristen' |
| 18   | 2    | Should read 'small business loan' instead of NSBA loan' |
| 70   | 17   | Should read 'and' instead of 'in' |
| 109  | 19   | Should read 'Amaan' instead of 'Ahman' |
| 122  | 15   | Should read 'Paparepas' instead of 'Papa Repas' |
| 177  | 16   | Should read 'for your mortgage' instead of 'and your rent' |

*[signature]*

(Signature here and on deposition)

JILL CRONAUER
9/30/2021

Page 185

1        S I G N A T U R E

2

3        I declare that I have read my within deposition,

4   taken on Thursday, September 30, 2021, and the same is true

5   and correct save and except for changes and/or corrections,

6   if any, as indicated by me on the "CORRECTIONS" flyleaf

7   page hereof.

8        Signed in _Seattle_____, Washington,

9   this _1_ day of _November_____, 2021.

10

11

12

13

14   _____Jill Cronauer_____

15        JILL CRONAUER

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427   3515 SW Alaska St Seattle WA 98126