# EXHIBIT 47

THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

HUNTERS CAPITAL, LLC, et al.,

    Plaintiffs,

v.

CITY OF SEATTLE,

    Defendant.

Case No. 20-cv-00983

PLAINTIFFS' SUPPLEMENTAL RESPONSE TO AMENDED INTERROGATORY NO. 3

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs 12th & Pike Associates LLC, Bergman's Lock And Key Services LLC, Hunters Capital LLC, Hunters Property Holdings, LLC, Greenus Building, Inc., Madrona Real Estate Investors IV, LLC, Madrona Real Estate Investors VI, LLC, Madrona Real Estate Services, LLC, Olive St Apartments LLC, Onyx Homeowners Association, Matthew Ploszaj, Redside Partners, LLC, The Richmark Company d/b/a Richmark Label, Shuffle LLC d/b/a Cure Cocktail, SRJ Enterprises d/b/a Car Tender, Sway And Cake LLC, and Wade Biller ("Plaintiffs") hereby supplement their response to Defendant City of Seattle's ("Defendant" or the "City") Interrogatory No. 3 as amended.

PLAINTIFFS SUPPLEMENTAL RESPONSE TO AMENDED INTERROGATORY NO. 3
(Case No. 20-cv-00983) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

# INTERROGATORIES

**INTERROGATORY NO. 3 (AMENDED):**

As to the matters described in your complaint, please identify each statute or ordinance that the City failed to abide.

**SUPPLEMENTAL RESPONSE:**

Plaintiffs object that distinction between "failed to abide" and "was not enforced" as used in amended Interrogatory No. 4 is vague and ambiguous. Plaintiffs also object that this interrogatory is not clearly delineated in time or space. However, Plaintiffs have agreed to answer this question in the interests of compromise to the best of their ability. Plaintiffs reserve the right to amend or supplement this answer as appropriate.

Plaintiffs contend the City was affirmatively required to act, but failed to act as required between at least June 8, 2020 and July 1, 2020, under at least the following statutes or ordinances:

Seattle Municipal Code ("SMC") 10.02, Civil Emergencies

SMC 11.25, Parade Permits

SMC 15.04, Use and Occupation Permits

SMC 15.16, Cafes in the Public Space

SMC 15.17, Vending

SMC 15.40, Warning Lights and Barricades

SMC 15.44 Excavations and Fills

SMC 15.46, Debris in Public Places

SMC 15.52, Crowd Control Events

SMC 15.72, Sidewalk Maintenance

SMC 15.90, Enforcement

SMC 15.91, Citations

SMC 18.12, Parks Code

PLAINTIFFS SUPPLEMENTAL RESPONSE TO AMENDED
INTERROGATORY NO. 3
(Case No. 20-cv-00983) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  Fire Code, SMC 22.600.03202, including sections 105.6, 503.1, 503.4, and 104.11.

2  Seattle City Charter, Art. V, section 2.

3  DATED this 31st day of August, 2022.

4                               **MORGAN, LEWIS & BOCKIUS LLP**

5  By: *s/ Tyler S. Weaver*
Patricia A. Eakes, WSBA #18888
6  Angelo J. Calfo, WSBA #27079
Tyler S. Weaver, WSBA #29413
7  Gabe Reilly-Bates, WSBA #52257
Andrew DeCarlow, WSBA #54471
8  Henry Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
9  Seattle, WA 98101
Phone:  (206) 474-6400
10  Fax:    (206) 474-6401
Email:  patty.eakes@morganlewis.com
11          angelo.calfo@morganlewis.com
        tyler.weaver@morganlewis.com
12          gabriel.reillybates@morganlewis.com
        andrew.decarlow@morganlewis.com
13          henry.phillips@morganlewis.com

14  *Attorneys for Plaintiffs*

PLAINTIFFS SUPPLEMENTAL RESPONSE TO AMENDED
INTERROGATORY NO. 3
(Case No. 20-cv-00983) - 3

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

# CERTIFICATE OF SERVICE

I, Lixi Aylin Colmenero, declare that I am employed by the law firm of Morgan Lewis Bockius LLP, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On August 31, 2022, I caused a true and correct copy of the foregoing document to be served on counsel listed below in the manner indicated:

| | |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney<br>Joseph Groshong<br>Assistant City Attorneys<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Tel.: (206) 684-8200<br>Fax: (206) 684-8284<br>E-mail: Joseph.Groshong@seattle.gov | ☐ Via legal messengers<br>☐ Via first class mail<br>☐ Via facsimile<br>☒ Via email, per agreement<br>☐ Via E-Service |
| HARRIGAN LEYH FARMER & THOMSEN LLP<br>Tyler L. Farmer<br>Arthur W. Harrigan, J.<br>Kristin E. Ballinger<br>Caitlin B. Pratt<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Seattle, WA 98104<br>Tel.#: (206) 623-1700<br>Fax#: (206) 623-8717<br>E-mail: tylerf@harriganleyh.com<br>arthurh@harriganleyh.com<br>kristinb@harriganleyh.com<br>caitlinP@harriganleyh.com | ☐ Via legal messengers<br>☐ Via first class mail<br>☐ Via facsimile<br>☒ Via email, per agreement<br>☐ Via E-Service |

*s/ Lixi Aylin Colmenero*
Lixi Aylin Colmenero

PLAINTIFFS SUPPLEMENTAL RESPONSE TO AMENDED INTERROGATORY NO. 3
(Case No. 20-cv-00983) - 4

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401