# EXHIBIT 48

9/14/22, 12:47 AM                Seven-story development set to rise on 12th Ave Car Tender block faces design review | CHS Capitol Hill Seattle News

Case 2:20-cv-00983-TSZ Document 112-48 Filed 09/29/22 Page 2 of 9

 

Prev: **Seattle Schools fires security guard for improper...** (11/10/20) | Next: **911 | Cal Anderson hatchet assault, Madrona...** (11/10/20)

# Seven-story development set to rise on 12th Ave Car Tender block faces design review

Posted on **Tuesday, November 10, 2020 - 7:03 am** by **Ari Cetron**

```
Rough & Associates
ARIK VAN ZANDT
9/14/22
210
```



The multimillion dollar driver behind the exit of longtime auto garage **Car Tender** from Capitol Hill will kick into gear this week as the development set to replace it brings its new, larger vision to the city's design review process.

The seven-story development set for review Thursday is set for 1710 12th Ave E, on property formerly home to the Car Tender auto repair shop, **Bergman's Lock and Key** and the former home of the **Scratch Deli**. The auto shop which became a center of private security activity during the Capitol Hill occupied protest, is relocating to Shoreline. The project set to replace it had started the design review process in November 2019, well before any of this summer's events.

In its place, Hill residents will get a few hundred new neighbors. In plans from the **Runberg Architecture Group**, developer **Mack Real Estate Group** proposes a 170,000 square foot building with 145 apartments, including a mix of studio, and 1- and 2-bedroom units. It would include a total of 3,500 square feet of commercial use broken up into three spaces, one at the corner of 12th and Olive,

and the other two along 12th. There will also be 90 parking stalls. Amenities include a fitness center, co-working space, and a rooftop deck.



**1710 12th Ave — Design Review Early Design Guidance for a 7-story 145-unit apartment building with retail. Parking for 90 vehicles proposed. Existing buildings to be demolished.**

View Design Proposal  (25 MB)

**Review Meeting**
November 12, 2020 5:00 PM

Meeting: https://bit.ly/mtg3035745

Listen Line: 206-207-1700 Passcode: 146 820 7572
Comment Sign Up: https://bit.ly/comments3035745
**Review Phase**
EDG–Early Design Guidance  See All Reviews
**Project Number**

3035745  View Permit Status  |  View Land Use Notice
**Planner**
Joseph Hurley — Visit seattle.gov for information on providing feedback for design review virtual meetings

Some semi-public amenities outside are planned to include a bike rack, some benches and landscaping along both streets. The commercial space in the corner will also have an outside seating area along Olive, with an eye toward it being a restaurant or café. Vehicle access will be via the alley which connects to Olive.

9/14/22, 12:47 AM
Seven story development set to rise on 12th Ave Car-Tender block faces design review | CHS Capitol Hill Seattle News

Case 2:20-cv-00983-TSZ Document 112-48 Filed 09/29/22 Page 4 of 9



View from SE (E. Olive St and 13th Ave)

The base of the building would be black or dark gray brick, extending up about three floors. Above that would be a "gasket" – sort of a large belt around the building – which the developer proposes to make from cement fiber which will look like wood. Some upper floors would be corrugated metal in two tones of grey, done in an interlocking fashion in order to break up the mass of the top of the building. The balance of the upper floors would be a lighter colored, smooth cement fiber.

In early design guidance, the project had been criticized for its size and design not being reflective of its neighbors. The project may have some similarities to the 12th Ave. Arts building to the south, but that building is anomalous in the area, according to early guidance.

The developer noted that height limits in the area have been increased, presumably so they could be used. They also made some adjustments to the look of the building in an effort to better tie it to the existing area.

9/14/22, 12:47 AM  Seven-story development set to rise on 12th Ave, Car-Tender block faces design review | CHS Capitol Hill Seattle News

Case 2:20-cv-00983-TSZ Document 112-48 Filed 09/29/22 Page 5 of 9



**520 E Thomas**

Thursday's agenda also includes an upcoming project slated for the corner of East Thomas Street and Belmont Avenue East, formally 301 Belmont Ave. E. This property, being developed by Belmont, LLC, would also be a 7-story building (with no half floors), according to plans dated July 2020. The lot is currently occupied by a four-unit apartment building.

The new building would include 34 residential units, a mixture of efficiency and one-bedrooms, a rooftop deck and no parking spaces. Initial plans calling for three parking spaces have been scrapped – the proposal now calls for no on-site parking. No commercial space would be included.

**520 E Thomas St — Land Use application to allow a 7-story, 34-unit apartment building. Parking for 3 vehicles proposed. Existing building to be demolished.**

View Design Proposal  (24 MB)

**Review Meeting**
November 12, 2020 7:00 pm

Meeting: https://bit.ly/MTG3032784

Listen Line: 206-207-1700 Passcode: 146 653 6971
Comment Sign Up: https://bit.ly/Comment3032784
**Review Phase**
REC–Recommendation
**Project Number**

3032784  View Permit Status  |  View Land Use Notice
**Planner**
Sean Conrad — *Visit seattle.gov* for information on providing feedback for design review virtual meetings

9/14/22, 12:47 AM Seven-story development set to rise on 12th Ave Car-Tender block faces design review | CHS Capitol Hill Seattle News

Case 2:20-cv-00983-TSZ Document 112-48 Filed 09/29/22 Page 6 of 9

The building would have brick on the ground level with wood veneer in the entryway. The upper floors will be clad in a mixture of ceramic and cement fiber. This building would have a staggered checkerboard pattern of panels and windows going up the sides.

A specimen tree on the property, a horse chestnut with a nearly three-foot diameter, would be preserved. Otherwise, the plans call for new planting strips, with new trees, along the sidewalks.

This project also made some minor changes based on early design guidance, such as changes to make the entrance more inviting, and adjustment to where the new building's residents will place their trash.



**SUBSCRIBE AND KEEP CHS PAYWALL-FREE -- $1/$5/$10**
We love providing community news on CHS free for thousands of readers. What sustains the effort are voluntary subscriptions from paying supporters. If you are enjoying CHS, **SUBSCRIBE HERE** and help keep CHS available to all. Become a subscriber at $1/$5/$10 a month to help CHS provide community news with no paywall. You can also sign up for a one-time annual payment.

**SHARE THIS:**

Tweet     Share 62     🖨 Print     ✉ Email



**12th Ave auto shop will make way for apartment and restaurant development**
Monday, February 13, 2017 - 7:27 am
In "News, etc."



**Capitol Hill auto garage in CHOP 911 controversy leaving 12th Ave as development moves forward**
Monday, November 2, 2020 - 9:07 am
In "News, etc."



**Buoyed by pro-housing support, 8-story 12th Ave development gets design board 'OK'**
Thursday, July 29, 2021 - 7:33 am
In "News, etc."

This entry was posted in **News, etc.** and tagged **12th ave**, **belmont**, **development**, **e olive way**, **thomas** by **Ari Cetron**. Bookmark the **permalink**.

9/14/22, 12:47 AM Seven-story development set to rise on 12th Ave Car Tender block faces design review | CHS Capitol Hill Seattle News

Case 2:20-cv-00983-TSZ Document 112-48 Filed 09/29/22 Page 7 of 9

[https://www.capitolhillseattle.com/2020/11/seven-story-development-set-to-rise-on-12th-ave-car-tender-block-faces-design-review/] .



### About Ari Cetron

Ari is a Seattle-based writer and editor. Find out more about him at www.aricetron.com

**View all posts by Ari Cetron →**




**Subscribe and support CHS Contributors -- $1/$5/$10 per month**



## 16 COMMENTS



**Victor Steinbrueck Sr**   🕐 1 year ago

Streetscape along 12th AVE is being ruined. These cheep, ugly, out of scale new buildings reflect our collective values as a city. I'll let you reflect about what those values are. How gray buildings came to be viewed as appropriate in Seattle I'll never understand. It's like these "designers" never spent a winter in Western WA. How depressing. Bring back warm tone brick and light.



**Brad**   🕐 1 year ago

💬 Reply to   **Victor Steinbrueck Sr**

I would say housing people is what it says our collective values are, not what colours are buildings are.



**Glenn**   🕐 1 year ago

💬 Reply to   **Victor Steinbrueck Sr**

Well, the first three stories of the larger project are brick, which is considerably more expensive than the cement fibre set to be installed on the higher floors. I would like to see all brick buildings too, but that is really expensive, and not all projects can make that happen. Maybe the city could start offering financial incentives for projects adhering to a set pallet of higher quality materials?



**Frank**   🕐 1 year ago

💬 Reply to   **Glenn**

9/14/22, 12:47 AM                    Seven-story development set to rise on 12th Ave Car-Tender block faces design review | CHS Capitol Hill Seattle News

Case 2:20-cv-00983-TSZ   Document 112-48   Filed 09/29/22   Page 8 of 9

How does brick do with Earthquakes? I'd rather see passivhaus with wood.



**Jesse** 🕒 1 year ago

💬 Reply to *Glenn*

Don't worry, nobody uses real structural brick anymore, just a 1-layer panel they snap onto the concrete pillars and insulation panels. It poses no earthquake risk.



**Anonymous Architect** 🕒 1 year ago

💬 Reply to *Victor Steinbrueck Sr*

Funny, looks like an appropriately scaled building for a city to me



**Frank** 🕒 1 year ago

💬 Reply to *Anonymous Architect*

I know right? The type of building you expect 2 blocks away from a subway station, buses, stores and other businesses.



**Frank** 🕒 1 year ago

💬 Reply to *Victor Steinbrueck Sr*

Blocking new housing in the sake of "character" when there are thousands sleeping on the streets says a lot about who we are and what we value



**dave** 🕒 1 year ago

Cool. Glad the Car Tender property is finally getting developed with much-needed housing.



**Dustin** 🕒 1 year ago

💬 Reply to *dave*

Is it much needed, though? If you've gone apartment hunting around here lately, you'd see it's a renter's market. Lots of deals and empty units!

**michael mariano** 🕒 1 year ago

💬 Reply to *Dustin*

9/14/22, 12:47 AM  Seven Story development set to rise on 12th Ave Car-Tender block faces design review | CHS Capitol Hill Seattle News

Case 2:20-cv-00983-TSZ Document 112-48 Filed 09/29/22 Page 9 of 9

Does everyone in the city have housing that they can afford, yet?



**dave** · 1 year ago

Reply to *Dustin*

Yes it is much needed.



**caphiller** · 1 year ago

Great news on all of this. We need more density in capitol hill (and all of seattle) to accommodate our population growth and to make the city more walkable.



**Anonymous Architect** · 1 year ago

What is your preferred window operation?



**Joe** · 1 year ago

I'm also not a huge fan of the design, but overall I'm happy to see development of that property moving forward.

**Patrick** · 1 year ago

Excited to add more homes to the neighborhood! Hopefully the Seattle Process doesn't slow it down too much.