# EXHIBIT 49



# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability | **Case No. 2:20-cv-00983 TSZ** |

CONFIDENTIAL

*Expert Report of Arik K. Van Zandt, ASA, CDBV*

properties in or near CHOP. The company is owned by Craig Swanson. Redside Partners suffered economic loss from CHOP due to a reduction of management fees received from certain buildings it manages.

82. To perform our analysis, we reviewed the 2019, 2020, and 2021 financial statements of two groups of buildings managed by Redside. The first group includes nine buildings identified by Mr. Swanson as those that were negatively affected by CHOP. A list of the buildings in this group is provided below. They are all located in the Capitol Hill neighborhood of Seattle.

**Redside Buildings Affected by CHOP**

| Address | Name |
| --- | --- |
| 1821 Harvard Ave Seattle, WA 98122 | La Rochelle |
| 1718 Summit Ave Seattle, WA 98122 | 1718 Summit Ave |
| 1726 Belmont Ave Seattle, WA 98122 | Crest on Belmont |
| 1410 Belmont Ave Seattle, WA 98122 | 1410 Belmont |
| 1717 12th Ave Seattle, WA 98122 | Towne |
| 1420 Belmont Ave Seattle, WA 98122 | Belboy |
| 1810 Boylston Ave Seattle, WA 98122 | Capitol Ridge |
| 1715 12th Ave Seattle, WA 98122 | 1715 12th Ave |
| 219 Harvard Ave E Seattle, WA 98102 | The Harvard on Capitol Hill |

83. The second group includes twenty-two buildings managed by Redside identified by Mr. Swanson as those that were either not affected by CHOP, or less negatively impacted by CHOP than those in the first group. A list of these buildings is provided below:

CONFIDENTIAL