# EXHIBIT 50

# *Part I—Administrative*

## CHAPTER 1

# SCOPE AND ADMINISTRATION

**User note:**

*About this chapter: Chapter 1 establishes the limits of applicability of the code and describes how the code is to be applied and enforced. Chapter 1 is in two parts: Part 1—General Provisions (Sections 101–102) and Part 2—Administrative Provisions (Sections 103–113). Section 101 identifies which buildings and structures come under its purview and references other I-Codes as applicable.*

*This code is intended to be adopted as a legally enforceable document, and it cannot be effective without adequate provisions for its administration and enforcement. The provisions of Chapter 1 establish the authority and duties of the code official appointed by the authority having jurisdiction and also establish the rights and privileges of the design professional, contractor and property owner.*

## PART 1—GENERAL PROVISIONS

### SECTION 101
### SCOPE AND GENERAL REQUIREMENTS

**[S][A] 101.1 Title.** These regulations shall be known as the Seattle *Fire Code,* ((of **[NAME OF JURISDICTION],**)) hereinafter referred to as "this code."

Throughout this code, where references are made to the *International Building Code, International Residential Code, International Mechanical Code, International Fuel Gas Code,* and the *International Existing Building Code,* those references mean those codes with Seattle amendments. Where NFPA 70 is referenced, it means the *Seattle Electrical Code*, which is the *National Electrical Code* with Seattle amendments.

**[S][A] 101.2 Scope.** This code establishes regulations affecting or relating to structures, vehicles, *vessels,* processes, premises and safeguards regarding all of the following:

1. The hazard of fire and explosion arising from the storage, handling or use of structures, materials or devices.

2. Conditions hazardous to life, property or public welfare in the occupancy of structures, vehicles, *vessels,* or premises.

3. Fire hazards in the structure, vehicles, *vessels,* or on the premises from occupancy or operation.

4. Matters related to the construction, extension, repair, alteration or removal of fire suppression or alarm systems.

5. Conditions affecting the safety of fire fighters and emergency responders during emergency operations.

   **[S][A] 101.2.1 Appendices.** Provisions in the appendices ((shall)) do not apply unless specifically adopted.

**[A] 101.3 Intent.** The purpose of this code is to establish the minimum requirements consistent with nationally recognized good practice for providing a reasonable level of life safety and property protection from the hazards of fire, explosion or dangerous conditions in new and existing buildings, structures, ((and)) premises, vehicles, and *vessels* and to provide a reasonable level of safety to fire fighters and emergency responders during emergency operations.

This code is enacted as an exercise of the police power of The City of Seattle to protect the public peace, health, safety, and welfare, and its provisions shall be liberally construed to accomplish these purposes. The express purpose of this code is to promote the health, safety, and welfare of the general public, and not to create or otherwise establish or designate any particular class or group of persons who will or should be especially protected or benefitted by the terms of this code or ordinance.

The specific intent of this code is to place the obligation of complying with its requirements upon the *owners,* owner's authorized agents, or occupiers of premises, buildings, vehicles, *vessels,* and structures within its scope. No provision or term used in this code is intended to impose any duty whatsoever upon the City, or any of its officers or employees, for whom the implementation or enforcement of this code is discretionary, not mandatory.

**[A] 101.4 Severability.** If a section, subsection, sentence, clause or phrase of this code is, for any reason, held to be unconstitutional, such decision shall not affect the validity of the remaining portions of this code.