THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 2:20-cv-00983-TSZ <br><br> DECLARATION OF JILL CRONAUER IN SUPPORT OF PLAINTIFFS' RESPONSE IN SUPPORT OF CITY OF SEATTLE'S MOTION TO SEAL CERTAIN EXHIBITS <br><br> **Noted: October 14, 2022** |

I, Jill Cronauer, declare as follows:

1. I am a principal and Chief Operating Officer of Hunters Capital, LLC. I have over 15 years in real estate management and leasing. I am also involved in the management of Hunters Property Holdings LLC and Greenus Building, Inc. (collectively, these entities above are referred to herein as the "Hunters Capital Entities").

2. I understand that the City has filed some materials containing the Hunters Capital

DECLARATION OF JILL CRONAUER
IN SUPPORT OF PLAINTIFFS' RESPONSE IN
SUPPORT OF CITY OF SEATTLE'S MOTION TO
SEAL CERTAIN EXHIBITS
(Case No. 2:20-cv-00983-TSZ) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Entities' confidential information under seal or with redactions, including an email with containing leasing rate negotiations.

3. Ex. 10 is an email from me to the managers of Poquitos Restaurant dated September 24, 2021, well after CHOP was concluded, addressing the issue of Poquitos's renewal of a commercial lease.

4. Ex. 10 noted that the lease was terminating soon and suggested a fair market rent for the space.

5. Ex. 10 proposed a specific amount of rent rates for two separate spaces.

6. Ex. 10 also proposed a percentage increase and indicated an approximate amount of rent abated.

7. The disclosure of this information contained in Ex. 10 could cause competitive harm for Hunters Capital, because it lists the rent rates proposed by Hunters Capital and an estimation of the fair market value of the lease.

I declare under the penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 10th day of October, 2022 at Seattle, Washington.

*/s/ Jill Cronauer*
Jill Cronauer

DECLARATION OF JILL CRONAUER
IN SUPPORT OF PLAINTIFFS' RESPONSE IN
SUPPORT OF CITY OF SEATTLE'S MOTION TO
SEAL CERTAIN EXHIBITS
(Case No. 2:20-cv-00983-TSZ) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401