HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

    Plaintiffs,

v.

CITY OF SEATTLE,

    Defendant.

Case No. 20-cv-00983

CITY OF SEATTLE'S REPLY RE MOTION TO SEAL CERTAIN EXHIBITS TO THE DECLARATION OF SHANE P. CRAMER IN RE THE CITY'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the City of Seattle's September 29, 2022 Motion to Seal Certain Exhibits to the Declaration of Shane P. Cramer filed in Support of the City's Motion for Summary Judgment (Dkt. 110), and because Plaintiffs do not oppose the City's Motion (s*ee* Dkt. 117), the City respectfully requests that the Court determine whether the documents designated as "Confidential" by Plaintiffs should remain under seal. The City takes no further substantive position in reply.

DATED this 14th day of October, 2022.

CITY OF SEATTLE'S REPLY RE MOTION TO SEAL CERTAIN EXHIBITS TO THE DECLARATION OF SHANE P. CRAMER IN RE THE CITY'S MOTION FOR SUMMARY JUDGMENT - 1
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

ANN DAVISON
Seattle City Attorney

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Erica Iverson*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Erica Iverson, WSBA #59627
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    ericai@harriganleyh.com

*Attorneys for City of Seattle*

CITY OF SEATTLE'S REPLY RE MOTION TO SEAL CERTAIN EXHIBITS TO THE DECLARATION OF SHANE P. CRAMER IN RE THE CITY'S MOTION FOR SUMMARY JUDGMENT - 2
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717