THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | Case No. 2:20-cv-00983-TSZ<br><br>DECLARATION OF GABRIEL REILLY-BATES IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SPOLIATION<br><br>**Noted: November 15, 2022** |

I, Gabriel Reilly-Bates, declare as follows:

1. I am an attorney with Morgan, Lewis & Bockius LLP and represent Plaintiffs in the above-captioned action. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

2. The documents that the City of Seattle ("City") claims that Jill Cronauer "failed to preserve" or "deleted", Cramer Declaration Exs. 108-7 through 108-10, were not in fact deleted.

DECLARATION OF GABRIEL REILLY-BATES IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

3. On Tuesday, September 27, 2022, two days before the City filed its Motion for Spoliation Sanctions (the "Motion"), the City disclosed, for the first time, that it believed that Ms. Cronauer had deleted one text message chain and three email chains.

4. The City made this disclosure because it had not received them in discovery from Hunters Capital; instead, they received them from third-parties.

5. On Thursday, September 29, 2022, **before** the City filed its Motion for Spoliation Sanctions (Dkt. No. 107), counsel for the Plaintiffs sent an email indicating that three of the four documents the City claimed were "deleted" had not actually been deleted, but in fact had not been produced for various reasons. A true and correct copy of an email from Tyler Weaver dated September 29, 2022, regarding Ms. Cronauer's emails and text message chain not being deleted is attached hereto as Exhibit 1. I received a copy of Exhibit 1 on September 29, 2022.

6. My colleague, Tyler Weaver, indicated that it was not an appropriate issue for a motion for spoliation, and that the City had not provided enough notice to resolve the discovery issue. In addition, on October 28, 2022, counsel produced copies of Cramer Ex. Nos. 108-8 through 108-10, to the City. We indicated that we would produce text messages contained in Cramer Ex. No. 108-7 at a later date following a review of the text message collection.

7. Later, counsel for Plaintiffs discovered the fourth and final document that the City claimed was missing.

8. In addition, the parties further met and conferred and agreed that this issue was not a spoliation issue, as the documents were not deleted, but it was a discovery issue, and that the parties would continue to meet and confer about the issue.

9. A true and correct copy of excerpts from the Deposition of Michael Malone taken on August 22, 2022 is attached hereto as Exhibit 2.

DECLARATION OF GABRIEL REILLY-BATES IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

10. A true and correct copy of an email (Bates stamped CHOP-0055051 plus attachment) dated June 1, 2021 from Paul Peterson to Michael Malone and Barbara Malone regarding the UPS shipment of Michael Malone's lost phone is attached hereto as <u>Exhibit 3</u>.

11. A true and correct copy of an email (Bates stamped CHOP-0055045 plus attachment) dated June 7, 2021 from Paul Peterson to Michael Malone about the theft of Malone's phone, filing a claim with UPS for the phone, and the attached UPS delivery receipt for the package (that was stolen upon delivery) is attached hereto as <u>Exhibit 4</u>.

12. Mr. Malone was reimbursed by UPS for the theft of his phone. A true and correct copy of the reimbursement check dated July 15, 2021 is attached hereto as <u>Exhibit 5</u>.

13. The City never asked to inspect Mr. Biller's phone despite now moving for sanctions.

14. Plaintiffs have produced over 8,866 Signal messages that Plaintiffs' counsel collected from a third-party participant who was involved in these neighborhood chats, even though these chats were almost exclusively personal messages sent on personal devices.

15. The City's position with regard to personal messages on Signal is hypocritical, because such messages were personal messages, but the City refused to even collect any forms of personal communication for any of its City employees. A true and correct copy of an email from me to counsel for the City dated September 7, 2022, is attached hereto as <u>Exhibit 6</u>, asking the City to confirm that it refused to "preserve, collect and produce ESI from its employees' personal electronic devices. Also attached to <u>Exhibit 6</u> is a letter dated September 9, 2021, in which I had asked the City to confirm the same position, which it later did. *See* email dated September 28, 2021 from me to Mr. Cramer and Ms. Caitlin Pratt (former counsel for the City), a true and correct copy of which is attached as <u>Exhibit 10</u>.

16. A true and correct copy of the City's response email dated September 7, 2022, is attached hereto as <u>Exhibit 7</u>. The email reaffirmed the City's refusal to preserve or collect any ESI

DECLARATION OF GABRIEL REILLY-BATES IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

from its employees' personal phones: "[w]ith respect to your position that the City needs to collect text messages from all of its employees' personal cell phones, **our position remains the same as it has throughout the case**. The City's collection of text messages from its employees' personal devices is both overly burdensome and constrained by *Nissan* and other cases we cited to you in September when we last discussed this issue." (emphasis added.)

17. The City's Dkt. 108-19, a 34-page printout, is only a small sample of the 8868 Signal messages produced by Plaintiffs.

18. A true and correct copy of an excerpt of Plaintiff's Signal Message Production showing a selection of direct messages that were produced by Plaintiffs is attached hereto as Exhibit 8.

19. In discovery, Plaintiffs received a handful of text messages between Mayor Jenny Durkan's personal phone and Mr. Malone in response to subpoena that Plaintiffs issued directly to Durkan, consisting mainly of Mr. Malone's requests for meetings to discuss the cleanup of the neighborhood and Cal Anderson Park. Former Mayor Durkan marked these messages "Confidential."

20. Plaintiffs produced 998 other text messages and hundreds of emails to or from Ms. Cronauer.

21. Plaintiffs produced emails, board minutes and Signal messages from Mr. Biller and Onyx HOA.

22. Ms. Elle Lochelt was not designated as a custodian for Richmark during discovery.

23. True and correct copies of Excerpts of the Deposition of Bill Donner taken on November 16, 2021 are attached hereto as Exhibit 9.

DECLARATION OF GABRIEL REILLY-BATES IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 4

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

I declare under the penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 28th day of October, 2022 at Vashon Island, Washington.

                                              *s/ Gabriel Reilly-Bates*
                                              Gabriel Reilly-Bates

DECLARATION OF GABRIEL REILLY-BATES IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 5

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401