# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

-----------------------------------------------------------

HUNTERS CAPITAL, LLC, et al.,   )
                Plaintiffs,    )
    vs.                             ) No. 20-cv-00983-TSZ
CITY OF SEATTLE,                )
                Defendant.     )

-----------------------------------------------------------

ZOOM VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION

OF

MICHAEL MALONE

-----------------------------------------------------------

ATTENDANCE OF ALL PARTICIPANTS VIA

ZOOM VIDEO CONFERENCE

-----------------------------------------------------------

9:00 a.m.

August 22, 2022

REPORTED BY:  Lauren G. Harty, RPR, CCR #2674

```
                                                            Page 290
 1      A.    I left them in my Inbox.
 2      Q.    So you -- why weren't they there on -- in --
 3  on May 3rd, 2021?
 4      A.    I -- I --
 5            MR. REILLY-BATES:  Objection; asked and
 6  answered.  He already testified he doesn't know.
 7            MR. CRAMER:  Well, he's now changed his --
 8  his testimony, so --
 9      Q.    (By Mr. Cramer)  I want to be real clear.
10  You're under oath, Mr. Malone.
11      A.    Yeah.  Right.
12      Q.    Is -- is it your testimony that you
13  periodically cleaned out your message history --
14      A.    No.
15      Q.    -- on your phone?
16      A.    No.  I -- I have never cleaned out my
17  history.  I'll go sometimes and clean out text
18  messages because I think I'm, you know, improving the
19  power of my phone or something, but it's -- but
20  they're random messages.
21      Q.    Okay.
22            So you did periodically swipe to delete the
23  text messages from the message app on your phone.
24      A.    Yes.
25      Q.    Okay.
```

1    somebody came in from your office and used a
2    conference room.
3        Q.    Okay.  It probably was not my office.  It
4    might have been -- been Gabe's or a vendor.
5              Now scroll up to page 10.  Are you at
6    page 10?
7              MR. REILLY-BATES:  Yes.
8        A.    Yep.
9        Q.    (By Mr. Cramer)  Okay.
10             And it says, "Plaintiffs refer the City to
11   their letter dated December 23rd, 2021.  Plaintiffs do
12   not have access to Mr. Malone's prior phone nor to any
13   backup prior to March 26, 2021."
14             Is -- the date March 26, 2021, is that
15   the -- the date where you have text messages from that
16   date going forward?
17       A.    I guess.
18       Q.    Okay.
19             And why do you have messages from that date
20   going forward?
21       A.    I have no idea.  I have no idea why I don't
22   have messages prior to it because I definitely didn't
23   clean all the messages out of my phone.
24       Q.    Did you -- did you have a meeting with
25   counsel on March 26, 2021?

Page 315

```
 1                     C E R T I F I C A T E
 2    STATE OF WASHINGTON     )
                              )  ss.
 3    COUNTY OF KING          )
 4          I, the undersigned Washington Certified Court
 5    Reporter, hereby certify that the foregoing deposition
 6    upon oral examination of MICHAEL MALONE was taken
 7    before me on August 22, 2022, and transcribed under my
 8    direction;
 9          That the witness was duly sworn by me pursuant
10    to RCW 5.28.010 to testify truthfully; that the
11    transcript of the deposition is a full, true, and
12    correct transcript to the best of my ability; that I
13    am neither attorney for nor a relative or employee of
14    any of the parties to the action or any attorney or
15    counsel employed by the parties hereto, nor am I
16    financially interested in its outcome;
17          I further certify that in accordance with
18    CR 30(e), the witness was given the opportunity to
19    examine, read, and sign the deposition within 30 days
20    upon its completion and submission, unless waiver of
21    signature was indicated in the record.
22          IN WITNESS WHEREOF, I have hereunto set my hand
23    this 29th day of August, 2022.
24                                  _____
25                                  LAUREN G. HARTY, CCR #2674
```