# EXHIBIT 3

**To:** Jill Cronauer[Jill@hunterscapital.com]
**From:** Kayla Stevens[kayla@hunterscapital.com]
**Sent:** Wed 11/10/2021 8:27:51 PM (UTC)
**Subject:** FW: I told you I would find it 😀
20210601_091633.jpg


Kayla Stevens
Senior Community Manager



**From:** Hunters Farm <huntersfarmllc@gmail.com>
**Sent:** Monday, June 7, 2021 1:28 PM
**To:** Kayla Stevens <kayla@hunterscapital.com>
**Subject:** Fwd: I told you I would find it *


**This email correspondence and then the email the next day that it had shipped. The lady at UPS store packed it for me so she could verify as well.**


**Paul**

---------- Forwarded message ---------
From: **Hunters Farm** <huntersfarmllc@gmail.com>
Date: Tue, Jun 1, 2021 at 9:19 AM
Subject: I told you I would find it *
To: **Michael Malone** <michael@hunterscapital.com>, Barbara Malone <barbaracmalone@me.com>


It was under the seat if the mower.  Not a scratch on it.

Do you want me to send it overnight to you?

Paul

HUNTERS CAPITAL



CHOP-0055052