# EXHIBIT 4

Message

**From:** Hunters Farm [huntersfarmllc@gmail.com]
**Sent:** 6/7/2021 6:32:05 PM
**To:** Michael Malone [Michael@hunterscapital.com]
**CC:** Kayla Stevens [kayla@hunterscapital.com]; Jill Cronauer [Jill@hunterscapital.com]
**Subject:** Re: Your parcel will soon be on its way
**Attachments:** image001.png; image003.jpg; ~WRD0001.jpg

Who will file the claim? Your office or me? It was insured for $800.00

Paul

On Mon, Jun 7, 2021, 10:06 AM Michael Malone <Michael@hunterscapital.com> wrote:

Paul,

For future reference, all shipments UPS, FedX, US Mail to this office should be marked "signature required". This forces the delivery folks to ring a buzzer, reception answers and lets them in, they deliver it to suite 200 and we are good to go. No problem, the phone was lost, now, its lost again. Any box left "at the door" around here will last about 15 minutes!

No problem. I'll just continue to update my new phone!!

Thanks

Michael J. Malone

1620 Broadway, Suite 200

Seattle, WA 98122

c. 206-972-2800

o. 206-328-3333

www.hunterscapital.com

**From:** Hunters Farm <huntersfarmllc@gmail.com>
**Sent:** Monday, June 7, 2021 9:56 AM
**To:** Michael Malone <Michael@hunterscapital.com>
**Subject:** Fwd: Your parcel will soon be on its way

Here is what tracking shows. BTW I insured it for $800. Just in case.

Here is your phone shipment.

Paul

---------- Forwarded message ---------
From: **iShip_Services@iship.com** <iShip_Services@iship.com>
Date: Tue, Jun 1, 2021, 11:45 AM
Subject: Your parcel will soon be on its way
To: huntersfarmllc@gmail.com <huntersfarmllc@gmail.com>

Your package is ready to go



Your package is shipping

Just to let you know, we've processed a package shipping to Hunters Capital.

It's currently at The UPS Store #4352 and will be picked up by UPS on Tuesday, June 1, 2021.

You can expect it to arrive on Wednesday, June 2, 2021 12:00 PM.

Your shipping information
Who sent it
Petersen, Paul
--
(Sender's street address omitted intentionally from this email)
Hunters, WA 99137

Who will receive it
Hunters Capital
Mike Malone
(Recipient's street address omitted intentionally from this email)
SEATTLE, WA 98122-5692 US


Shipped from
The UPS Store #4352
(509) 684-3340

Carrier details



UPS Next Day Air

Tracking details
Tracking No.: 1Z18WA200157191655
Shipment ID: MM8ESP60B2S4J
Ship Ref 1:
Ship Ref 2:

Expected delivery date
Wednesday, June 2, 2021 12:00 PM

Sender's message
--

Tracking your item

Click the link below to view complete tracking information.

Please note: Tracking information may not be available until several hours after the carrier picks up the package. Carriers normally pick up in the late afternoon.

Have a question?

For any queries about this shipment, please contact UPS directly at 1-800-PICK-UPS (1-800-742-5877), and have your tracking number ready.

Great offers on every ing, direct to your inbox

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox – so you



CONFIDENTIALITY NOTICE: The information contained in and accompanying this communication may be privileged or confidential and is intended solely for the use of the intended recipient(s). If you are not the intended recipient(s) of this communication please delete and destroy all copies immediately.

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z18WA200157191655

**Service**
UPS Next Day Air®

**Delivered On**
06/02/2021 11:21 A.M.

**Delivered To**
SEATTLE, WA, US

**Weight**
0.70 LBS

**Shipped / Billed On**
06/01/2021

**Received By**
DRIVER RELEASE

**Left At**
Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06/07/2021 12:53 P.M. EST

Print this page

CHOP-0055050