# EXHIBIT 5

## Deposit Detail (By Deposit) Report
## Washington Trust Bank Remote Deposit Capture

Report Created on 7/29/2021 10:54:52 AM by rhernandez

| Presenter: Hunters Capital LLC | | | | Date Range: 7/29/2021 – 7/29/2021 | | |
|---|---|---|---|---|---|---|
| Location(s): Hunters Capital LLC | | | | | Account(s): ▮ | |
| **Research ID** | **Aux On Us** | **Transit Routing** | **Account Number** | **Process Control** | | **Amount** |
| | Location: Hunters Capital LLC ~ Acct: Hunters Capital LLC ▮ | | | | | |
| | User: rhernandez ~ Item Count: 2 ~ Deposit Amount: $759.00 | | | | | |
| | Processed: 7/29/2021 ~ Acknowledged: 7/29/2021 10:55 AM ~ Posted: 7/29/2021 | | | | | |
| 2-1 | | ▮ | ▮ | | 92 | $759.00 |
| 2-2 | | ▮ | ▮ | | | ($759.00) |

Total Item Count: 2 ~ Total Deposit Amount: $759.00



THE UPS STORE #4352
1250 N. HIGHWAY
COLVILLE, WA 99114
PH. 509-684-3340

WASHINGTON FEDERAL
800 324-9375
washingtonfederal.com

19-7098/3250
1342

7/15/2021

PAY TO THE ORDER OF: Mike Malone          $ **759.00

Seven Hundred Fifty-Nine and 00/100************************************************ DOLLARS

Mike Malone
Hunters Capital
1620 Broadway
Ste. 200
Seattle, WA. 98122

MEMO  Claim #3498655601A          AUTHORIZED SIGNATURE

CHOP-0055055

# Rebecca Hernandez

| | |
|---|---|
| **From:** | UPS PREFERRED US <preferred.us@ups.com> |
| **Sent:** | Thursday, July 15, 2021 5:13 PM |
| **To:** | Rebecca Hernandez |
| **Cc:** | kristinamurray@ups.com |
| **Subject:** | C-0059851028 - Claims/Damages/Investigations-000014R01V-1Z18WA200157191655 [ ref:_00DF05wsA._5003k1y5q7d:ref ] |

Dear Rebecca,

Thank you for contacting us with your concern.

I checked our system, and it shows that your claim was processed and approved. UPS check number ▮▮▮▮▮ was mailed on 07/08/21 in the amount of $759.00 to the following address:

THE UPS STORE
1250 N HWY
COLVILLE, WA 99114

The payment can take up to 10 business days to be received after the check is issued. If you need additional assistance please let me know.

Best Regards,
Sabrina Alexander.
Preferred Customer Associate



ref:_00DF05wsA._5003k1y5q7d:ref

This e-mail and any attachments thereto may contain information which is confidential and intended for the sole use of the recipient(s) named above. Any use of the information contained herein (including, but not limited to, total or partial reproduction, communication or distribution in any form) by persons other than the designated recipient(s) is prohibited. If you have received this e-mail in error, please notify the sender either by telephone or by e-mail and delete the material from any computer. Thank you for your cooperation.

1

## Rebecca Hernandez

| | |
|---|---|
| **From:** | kristinamurray@ups.com |
| **Sent:** | Thursday, July 15, 2021 2:22 PM |
| **To:** | Rebecca Hernandez; store4352@theuspsstore.com |
| **Cc:** | Lindsey Jensen |
| **Subject:** | RE: Michael Malone Phone Contract |

Good afternoon Rebecca –

In follow up, I wanted to let you know that I have submitted this documentation to our team and I will be monitoring for additional follow up. Please feel free to reach out with any questions or additional information. I am happy to assist.

Thank you and I wish you well!

*Moving our World Forward by Delivering What Matters!*

Best regards,

Kris



Kris Murray
Sales Representative

866.248.7643  x113-2110
866.517.8154 Fax

1-800-PICK-UPS® Customer Service
800.742.5877
888.553.1118 Technical Support

kristinamurray@ups.com
http://www.solvers.ups.com

**Customer First**
**People Led**
**Innovation Driven**

**From:** Rebecca Hernandez [mailto:Rebecca@hunterscapital.com]
**Sent:** Wednesday, July 14, 2021 4:29 PM
**To:** store4352@theuspsstore.com; Murray Kristina (VDS3BGH) <kristinamurray@ups.com>
**Cc:** Lindsey Jensen <Lindsey@hunterscapital.com>
**Subject:** [EXTERNAL] RE: Michael Malone Phone Contract

CAUTION! This email originated outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Hi Susan and Kristin,

1

Kayla Stevens directed me to you for the following tracking #1Z18WA200157191655
We have been trying to get in contact with Susan who was helping us with this claim originally.

We have attached an email from AT&T, verifying the purchase of Michaels phone
Please let me know the status of this claim and if there is anything else we need to do on our side.

Thank you,
Rebecca Hernandez
Office Administrator | Hunters Capital
O: 206.328.3333
rebecca@hunterscapital.com


**From:** Lindsey Jensen <Lindsey@hunterscapital.com>
**Sent:** Tuesday, July 13, 2021 8:39 AM
**To:** store4352@theupsstore.com
**Cc:** Rebecca Hernandez <Rebecca@hunterscapital.com>
**Subject:** FW: Michael Malone Phone Contract

Hello Susan,

Please confirm if you receive this.

**From:** Lindsey Jensen
**Sent:** Friday, July 2, 2021 12:38 PM
**To:** 'store4352@theupsstore.com' <store4352@theupsstore.com>
**Cc:** Rebecca Hernandez <Rebecca@hunterscapital.com>
**Subject:** Michael Malone Phone Contract

Hello Susan,

Attached is AT&T bill that shows monthly installments, total paid to date and remaining balance that we will have to pay on the 4th page. I have also copied screen shot below. Rebecca (cc here) will work to locate the original sale agreement with AT&T and we will send this over when we have it. Thank you.

| APPLE 128GB | 300000019920538 |
|---|---|
| Established on | May 27, 2020 |
| Amount financed | $749.99 |
| Installment 12 of 30 (Apr 27, 2021) | $25.00 |
| Balance remaining after current installment | $449.99 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

2

CHOP-0055058