# EXHIBIT 8

Case 2:20-cv-00983-TSZ   Document 123-8   Filed 10/28/22   Page 2 of 2

2022-10-28 Hunters Capital, LLC, et al. v. City of Seattle – Seattle Signal Chat Messages
Excerpt of Signal Chat Messages Showing Sample of Direct Messages

| DateSent | GroupName | SenderName | RecipientName | MessageBody |
|---|---|---|---|---|
| 6/18/20 10:36:02 PM | DM with Christopher Sheats | Christopher Sheats | Stephanie | |
| 8/12/20 11:06:52 PM | DM with Alan Lamon | Alan Lamon | Stephanie | Kathleen Can you share the counter terrorism officers number? I can pass it along to my contact in security. |
| 8/12/20 11:17:01 PM | DM with Alan Lamon | Alan Lamon | Stephanie | Thanks. |
| 9/25/20 5:30:26 AM | DM with Tristan Amer Iconic Global | Stephanie | Tristan Amer Iconic Global | |
| 9/25/20 5:36:52 AM | DM with Tristan Amer Iconic Global | Stephanie | Tristan Amer Iconic Global | |
| 9/25/20 5:44:09 AM | DM with Tristan Amer Iconic Global | Stephanie | Tristan Amer Iconic Global | I'm hearing someone just smashed oma baps windows? |
| 9/25/20 11:30:30 AM | DM with Tristan Amer Iconic Global | Tristan Amer Iconic Global | Stephanie | |
| 9/25/20 11:30:46 AM | DM with Tristan Amer Iconic Global | Tristan Amer Iconic Global | Stephanie | Here are se of the other businesses with busted windows |
| 9/26/20 1:00:39 AM | DM with Tristan Amer Iconic Global | Tristan Amer Iconic Global | Stephanie | |
| 9/26/20 1:00:39 AM | DM with Tristan Amer Iconic Global | Tristan Amer Iconic Global | Stephanie | |
| 9/26/20 1:00:39 AM | DM with Tristan Amer Iconic Global | Tristan Amer Iconic Global | Stephanie | |
| 10/7/20 7:58:19 PM | DM with Diana Adams | Stephanie | Diana Adams | Being across the street from the park, I still see weapons, including guns, almost daily. Its quite unnerving as you know none of those people are trained or even have those guns legally. I have residents that have dodged bullets on multiple occasions. Scary stuff. |
| 10/7/20 8:17:38 PM | DM with Diana Adams | Stephanie | Diana Adams | A few folks I know have attempted to approach them with kindness and understanding etc and its turned out pretty poorly for them. One of them felt so threatened after having all of her car windows smashed in, that she just moved herself and her kid down to Eugene. |
| 10/7/20 8:18:17 PM | DM with Diana Adams | Stephanie | Diana Adams | When I attempted it, our whole building got graffiti'd with GENTRIFIER, FUCK RICH PPL, MOVE THE FUCK OUT, etc. It was horrific. |
| 10/7/20 8:19:08 PM | DM with Diana Adams | Diana Adams | Stephanie | Yah so that has to be publicized and pushed back on. Total bullshit. |
| 12/18/20 12:43:25 AM | DM with MacKenzie Iconic Global | Stephanie | MacKenzie Iconic Global | |
| 12/18/20 3:00:11 AM | DM with MacKenzie Iconic Global | Stephanie | MacKenzie Iconic Global | [redacted] |
| 12/18/20 3:01:42 AM | DM with MacKenzie Iconic Global | MacKenzie Iconic Global | Stephanie | [redacted] |
| 12/18/20 4:03:55 AM | DM with MacKenzie Iconic Global | Stephanie | MacKenzie Iconic Global | |
| 12/18/20 5:52:35 AM | DM with MacKenzie Iconic Global | Stephanie | MacKenzie Iconic Global | |
| 12/18/20 5:52:35 AM | DM with MacKenzie Iconic Global | Stephanie | MacKenzie Iconic Global | |