# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,     )
                                  )
            Plaintiff,            )
                                  )
       vs.                        ) No. 20-cv-00983-TSZ
                                  )
CITY OF SEATTLE,                  )
                                  )
            Defendant.            )
_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION

UPON ORAL EXAMINATION OF

SETH W. STOUGHTON
_____


Columbia, South Carolina


(All participants appeared via videoconference.)




DATE TAKEN:   AUGUST 30, 2022
REPORTED BY:  CINDY M. KOCH, RPR, CRR, CCR #2357

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

dd62d62b-83ec-4de7-945d-abadf92b8181

1  the interaction with occupation protesters.
2          I would have to look more extensively at
3  specific occupation protests to identify how -- how
4  strong or how weak the analogy is, but offhand, I'm not
5  aware of any that -- that took this exact approach.
6          In part, that's because of lack of highly
7  detailed familiarity with the police response to some of
8  those protests.  What I -- when I have read about or
9  studied some of the police responses, it wasn't -- yeah.
10 What protocols did they come up with, with answering
11 calls for service?  It's really more, you know, where
12 were they positioned, what were the communication
13 strategies, what worked and what didn't.
14         Q.  Okay.  So you're not aware -- you're not aware
15 of any place that has -- any other department that has,
16 in response to an occupation protest, decided not to
17 respond to calls for service other than for critical
18 life safety emergencies, at least respond in person to
19 the point of the call; is that right?
20         A.  Offhand, I am not.  I'm certainly aware of
21 changes to the way that they provide policing services,
22 the way they deliver policing services, but not any that
23 mirror the changes in Seattle.
24         Q.  Okay.  Does that play in at all to your de- --
25 into your consideration of whether this is in acceptance

C E R T I F I C A T E

STATE OF WASHINGTON
COUNTY OF PIERCE

    I, Cindy M. Koch, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of Seth W. Stoughton, having been duly sworn, on August 30, 2022, is true and accurate to the best of my knowledge, skill and ability.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 1st day of September, 2022.

_____
CINDY M. KOCH, CCR, RPR, CRR #2357

My commission expires:
JUNE 9, 2026