# EXHIBIT 9

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                 )
              Plaintiff,   )
                                 )
          vs.          ) No. 20-cv-00983-TSZ
                                 )
CITY OF SEATTLE,               )
                                 )
             Defendant.    )

_____

VIDEOTAPED VIDEOCONFERENCE

30(B)(6) AND INDIVIDUAL
DEPOSITION UPON ORAL EXAMINATION OF
MAMI HARA

(CITY OF SEATTLE)

_____

Seattle, Washington

(All participants appeared via videoconference.)

DATE TAKEN:  OCTOBER 4, 2021

REPORTED BY:  CINDY M. KOCH, RPR, CRR, CCR #2357

Page 16

1    of -- the activities that were going on from a number of

2    different parties, yeah.

3         Q.   What sort of activities would have led to a

4    determination that people should not go into the area?

5         A.   When I would sometimes know that there were

6    different city services -- other city activities going

7    on that might raise some -- you know, elevate

8    temperatures, you know, I might say let's hold off and

9    pick up a little bit later, or tomorrow.

10         Q.   What sort of activities would have raised

11    temperature?

12         A.   For example, if the city were, you know, intent

13    on cleaning up the park or moving barriers, those kinds

14    of things might have -- might have raised the

15    temperature.

16         Q.   Why would those things have raised the

17    temperature?

18         A.   From my perspective, and this is just my

19    assessment, people don't like change.  And so it was

20    just, you know, me being extra cautious to make sure

21    that -- you know, and -- that -- that, you know, that

22    we -- that our services were not in any way complicating

23    any discussions that might be going on.

24         Q.   Were you concerned that there might be pushback

25    or even violence from -- by the people in the area if

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 17

1    you came in and did certain services on certain days?

2                MR. CRAMER:  Objection.  Form.

3            A.  My concern really was not around violence, per

4    se, against our city -- against, you know, our -- our

5    workers.  Our workers, you know, were -- their services

6    were accepted and, you know, they didn't have any

7    issues.  I just -- from -- from my perspective, it was

8    just better for us not to be, you know, in the middle

9    of, you know, whatever discussions or coordination may

10   be going on on the part of others.  You know, it's kind

11   of disruptive to have a trash truck rolling through, you

12   know, a meeting, you know.  It was just really not -- I

13   do not recall being concerned about -- about violence.

14   BY MR. WEAVER:

15           Q.  So you're saying that the primary concern in

16   not sending the garbage trucks through the area on

17   certain days or times was because you were worried about

18   upsetting certain discussions in the protest area?

19           A.  Just -- the -- there were a lot of people there

20   at some points in the protest area, not just protesters.

21   There were tourists, there were city officials, there

22   were a lot of different people, and there were -- and --

23   and during times of change it felt -- you know, it felt

24   just really wise to not be part of the mix.

25               (Exhibit No. 3 marked.)

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 22

1    you -- I just want to make sure you see it.

2         A.  (Witness nods head.)

3         Q.  Okay.  By the way, so you know, the court

4    reporter can't pick up head nods, so it's -- if you say

5    "yes" it will actually show up on the record, but I'm

6    just letting you know.

7         A.  Yes, I have -- I have read the first paragraph.

8         Q.  Okay.  All right.

9              So this indicates that most business dumpsters

10   from the block around the east precinct were removed at

11   the request of the Seattle Police Department.

12             Do you recall that they were removed on the 8th

13   or 9th?

14        A.  I -- if they -- I -- I'm sure they were.  I do

15   not recall the specific date that we removed them

16   because they were -- we -- Seattle Public Utilities

17   removed many dumpsters and returned many dumpsters at

18   different periods depending on, you know, the need to

19   reduce the potential for -- for -- for fires in

20   dumpsters.

21        Q.  Okay.  Why was there a concern about fires in

22   dumpsters at that time period?

23        A.  Whenever there are protests in this city and

24   other cities, it is a -- you know, there's always the

25   potential for -- for fires in dumpsters to occur.  So it

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 23

1    is, you know, common practice for Seattle Public

2    Utilities in case of any kind of, you know, large

3    protest to -- to manage dumpsters and to be thoughtful

4    about, you know, how to manage them.

5        Q.  Okay.  So would you say it was constant during

6    the period of June 8th to July 1, 2020, in the area

7    we've been talking about, that dumpsters not be left

8    unmanaged for fear that they might be set on fire?

9            MR. CRAMER:  Objection.  Form.  Misstates.

10       A.  The -- it was -- you know, the -- it is

11   possible that there could have been fires, and so it

12   was, you know -- it was our responsibility to ensure

13   public health as much as we could if there were

14   unmanaged dumpsters for lots of reasons; right?  And so,

15   you know, we were just very carefully monitoring the

16   trash and litter and dumpster situation throughout that

17   area and -- and other protest areas in the city.

18   BY MR. WEAVER:

19       Q.  Sure.  And the -- but in this area you were

20   concerned about fires over a period of three and a half

21   weeks or so; is that right?

22           MR. CRAMER:  Objection.

23       A.  If I could clarify, it is really -- this --

24   it's really for any kind of protest, if there are going

25   to be any kind of known large ac- -- protest activities

Page 24

1    or gatherings, Seattle Public Utilities in all parts of

2    the city, including this one, you know, does manage to

3    make sure that there's no risk of -- of -- of, you know,

4    garbage -- too much garbage or -- and also -- also

5    fires.

6    BY MR. WEAVER:

7        Q.  Okay.  Well, specifically in this area, from

8    June 8th through July 1, 2020, was the city concerned

9    about dumpster fires?

10       A.  We -- we were concerned at points that there

11   might be the potential for dumpster fires, yes.

12       Q.  Okay.  And -- and as a result you moved and

13   then sometimes moved back and then sometimes maybe moved

14   again certain people's dumpsters in the area?

15       A.  We -- we did have some customers who had some

16   trouble just making sure that their dumpsters were taken

17   inside or properly locked and managed, so, you know, we

18   would work with them for -- with alter- -- for

19   alternative approaches, yes.

20       Q.  Okay.  Were there some people in the area, some

21   customers, who didn't have dumpsters at all during this

22   time period of June 8th to July 1st?

23       A.  I would have to go over the record to know if

24   there were any that didn't have any at all, but we had

25   provision -- we provided for there to be large dumpsters

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 25

```
 1   available for anyone all along -- along the perimeter of
 2   the area just in case folks didn't have, you know,
 3   access to their own dumpster at any given point.  And
 4   so -- and so we managed those on a daily basis and made
 5   them well -- well known to folks, and would -- would
 6   sometimes help them to, you know, move those things,
 7   move -- move their -- move their trash or to just pick
 8   it up in, you know, pickup bags instead.  Definitely we
 9   picked -- we had -- we had a lot -- a lot of bag
10   collection in the -- in the zone.
11        Q.  Okay.  Okay.  If you could go up to
12   Mr. Van Dusen's -- the top, the first page.  His update
13   on June 12th at 3:00 p.m.?
14        A.  Okay.  I'm there.
15        Q.  Okay.  Great.  With regard to what he says
16   about customer waste services, he indicates that -- SPU
17   calling and visiting with businesses and residential
18   customers within the -- and near the zone to clarify any
19   service changes.
20            Do you recall what that would have been, or do
21   you know?
22        A.  So what is your question?
23        Q.  What exactly the -- was going on with service
24   changes that were requiring calls and visits to
25   customers in the area.
```

1       A.   On June 12th specifically?

2       Q.   On June -- let's start with June 12th, if you

3  remember June -- if you know anything about June 12th

4  specifically.

5       A.   So June 12th specifically, I don't know

6  exactly, you know, what the -- you know, I would have to

7  look at the record to see which dumpsters we had taken

8  and which ones we were returning, but when I -- when I

9  read this, you know, what I -- what I remember, you

10  know, from that time is that we were always aiming to

11  make sure that if a con- -- if a customer could safely

12  store their containers, then we would, you know,

13  absolutely return them and have designated times for

14  pickup.

15           If they did not have containers that they could

16  safely store, we were working with them and calling them

17  to provide for alternative approaches that would -- you

18  know, such as bagging their garbage, and then we would

19  have a regular pickup for -- for all of -- all of those

20  bags.

21       Q.   Where would the bags be picked up?

22       A.   For some of them, from in front of their

23  properties and, you know, some preferred, you know, a

24  designated away -- area away from their properties, I

25  believe.  And we also -- I do also, you know, remember

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 27

1   that some of them, you know, actually really appreciated

2   and used the large dumpsters that were on the perimeter

3   of the -- of the area.

4        Q.   Okay.   So if you could go under the same email,

5   same page, under "Public waste services," Mr. Van Dusen

6   indicates that, "much of public degree -- debris

7   collected from -- from -- I think he -- he says "form,"

8   but I think he means "'from' bagged consolation [sic] at

9   12th and Pine."

10            So were there piles of bags in certain areas

11  that had been designated where people would just leave

12  their bags of trash for pickup at some point by Seattle

13  Public Utilities?

14       A.   There -- there were probably some designated

15  areas, but we were also -- we regularly picked up the --

16  any bags of trash that were left anywhere so actually --

17  no, now that I recall it, there were -- there were a

18  couple areas that were -- that I remember being

19  designated trash bag collection points, but we also did

20  have a lot of ad hoc litter bags that would be put in

21  different places that -- you know, in piles, and then we

22  would go and pick them up on a daily basis.

23       Q.   Were there some days where you weren't able to

24  go and pick those up because it was determined you

25  should not go in the area at all?

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 28

1      A.   If -- there -- there were a couple days that I
2   remember that, you know, I -- I had to call it off, but
3   it -- but I do remember that on the whole, that we were
4   able to keep things very clean because I was there and
5   would sometimes move the bags to the large dumpsters, or
6   other people from Seattle Public Utilities would be
7   there, and so I do not remember a large accumulation
8   of -- of litter or trash bags.
9      Q.   But you do recall that there were some days
10  where you couldn't go in and get the trash at all; is
11  that correct?
12     A.   That we would just leave it there for a -- a
13  day?  I -- I'm trying to remember an accumulation where
14  we would leave it for a whole day, and I don't -- I
15  don't recall -- I don't recall that, but if we -- that
16  we wouldn't do anything.  But, you know, it -- it's
17  possible that there might have been, but, you know, we
18  made -- we did our level best to make sure that all
19  litter and garbage was picked up that was, you know, in
20  bags on the -- you know, in the right-of-way.
21     Q.   Okay.  Going back up to the customer waste
22  services and the last section in that paragraph --
23     A.   Could you go -- tell me what page you want me
24  to go to?
25     Q.   The same -- the same page that we've been on,

Page 29

1   the first page.  It's just the paragraph on June 12th

2   that indicates Customer Waste Services.

3        A.  Okay.

4        Q.  And the last sentence of that.  I'm

5   specifically going to ask about the last sentence of

6   that paragraph.  This seems to indicate that there were

7   still customers without their own waste containers in

8   the area.  Is -- was that -- was that accurate, that as

9   of June 12th, there were not -- there were some people

10  who didn't -- still didn't have their garbage cans or

11  dumpsters?

12       A.  I believe that there were some customers

13  that -- whose -- whose containers had been taken, but,

14  you know, we coordinated with them so that their trash

15  would be removed even if their containers were not

16  there.

17       Q.  And part of what -- part of your coordination

18  of that was to provide large shared dumpsters at a

19  couple intersections in the area; is that right?

20       A.  The large dumpsters were a part of an overall

21  strategy to ensure that no debris or, you know, garbage

22  would collect in that area.

23       Q.  So am I understanding you to -- your testimony

24  to be that large amounts of garbage did not accumulate

25  in the area during the period of June 8th to July 1,

1   2020?

2       A.  Overnight near the park, because there were

3   several houseless people, or many houseless people in

4   the park, you know, there would be a large pile of

5   garbage at times, you know, in -- near the dumpsters,

6   you know, because there was more than the dumpster- --

7   but we said we up -- we had to upsize the dumpster

8   there.  And that is my -- I believe that's -- that that

9   is the point at which I -- you know, and I think that

10  perhaps that maybe Rio Bravo had so much activity that

11  they might have had some bags next to their dumpsters,

12  but those were always collected.

13      Q.  What do you mean by "upsizing the dumpsters"?

14      A.  The -- at -- down at 12th and -- sorry -- 11th

15  and Olive, I believe that we moved to a larger dumpster

16  at some point that could accommodate the full -- the

17  full need.

18      Q.  For -- and that was for both people who were

19  staying overnight in the area, people who were coming

20  during the day in the area, and then also businesses and

21  residents in the area?  Anybody could use it?

22      A.  Those dumpsters were provided for everyone's

23  use so that no debris or trash would accumulate in the

24  area.

25      Q.  Okay.  Again, is it your testimony that debris

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 38

1    safe enough area for us to continue to provide services.

2         Q.  Was it the case that sometimes you had to

3    personally stand guard at an entrance to the area so

4    that trucks could come in and out of the zone?

5              MR. CRAMER:  Objection.  Form.

6         A.  I wouldn't use the word "guard," per se.  I

7    think I did have a couple days where there was a little

8    bit of delay -- you know, just con- -- I think

9    miscommunication if there was somebody doing dispatch if

10   Chad wasn't there that, you know, I just needed to make

11   sure that it was -- all of the coordination was

12   happening as fluidly as possible, and there might have

13   been a -- you know, a hiccup or two.  But generally, you

14   know, I -- I don't think that "guard" -- I did not -- I

15   did not provide guard services.  I might have to go to,

16   you know, say, someone who had a barrier up and say,

17   hey, just -- you know, you -- that doesn't need to be

18   there during the day.  You have to -- or at all, you

19   know.  Just please -- please remove it.  And people were

20   always very compliant and understood, you know, the need

21   for services to flow.

22   BY MR. WEAVER:

23        Q.  Do you recall times where you were standing at

24   a barrier waiting for trucks so that you could ensure

25   that they could get into the area?

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 39

1          A.  I do remember standing at barriers just to make

2      sure that all the services were concierged well to come

3      in and out of the area.

4          Q.  Why did you feel it was necessary for you to

5      stand at the barriers to ensure that would happen?

6          A.  It's a very -- that -- you know, when you look

7      at an area like that where there's no, you know, real

8      organization, there are sometimes different people who

9      are in different spots who don't know about our

10     services, who are, you know, maybe new, had just come in

11     and didn't understand our public mission yet and so, you

12     know, sometimes I had to go and talk to them and

13     explain, you know, that, you know, city services needed

14     to continue to flow through, and -- you know, so it was

15     more kind of education relationship building and then

16     also, you know, concierging the entrance in and out so

17     that everybody could see each other and, you know,

18     develop the relationships necessary so that if a -- you

19     know, so that traffic could continue to flow through

20     from our services.

21         Q.  Is that something that you typically do in your

22     job as the head of Seattle Public Utilities?

23         A.  It is -- my job has a lot of different demands,

24     and -- and I have to be flexible and modify what I do

25     based on the demands of any given time.  This has been a

Page 40

1    really stressful time with COVID and, you know, the

2    civil unrest and, you know, all kind -- you know, this

3    has been an extraordinary period.  And so in my role at

4    Seattle Public Utilities, I constantly have to adapt and

5    do what is needed to ensure that our -- that our

6    services continue to all of our -- our customers and our

7    community.

8         Q.  Can you recall another time in your times -- I

9    mean, you've been at the City for about five years now;

10   right?

11        A.  That's correct.

12        Q.  Can you recall another time in your job, your

13   current job, where you spent the better part of three or

14   four weeks concierging entry into a certain area for

15   your garbage trucks?

16        A.  I can say without a doubt I have not had to

17   spend that amount of time concierging that particular

18   service, but there have been other times when I have

19   been on the ground and, you know, gone to talk to

20   businesses and, you know, tried to coordinate things to

21   make sure that, you know, our community knows that

22   we're -- we're -- that we're there for them and doing

23   whatever we can.

24        Q.  So have you had to concierge entry of garbage

25   trucks in an area at any other time, even if it was once

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 41

1   or twice, during your time as director of Seattle Public

2   Utilities?

3        A.   There -- I'm trying to think.  I can't remember

4   a time right now, but there have been times when I've

5   had to, you know, personally, you know, go into the

6   field and ask crews to -- you know, say there was an

7   event, you know, like a parade or a -- you know, some

8   kind of protest, you know, to -- to, you know, just

9   help -- help our crews and the community, you know, come

10  to an agreement about timing and location, and so, you

11  know, in a way concierging our services, yes, is not --

12  is not -- is not something I have not done before.

13       Q.   Okay.  Have you ever done it for more than one

14  day for any particular event?

15       A.   I don't recall doing that.

16       Q.   Why did you feel it was necessary for you to be

17  on site every day, except for a couple days where you

18  were out of town, from July [sic] 8th to July 1, 2020?

19       A.   Because it -- well, I -- this was a situation

20  that was a very unprecedented situation.  You know, with

21  the period beforehand and the -- you know, all of the

22  civil unrest, all of the -- you know, the protest

23  activities, you know, it just -- it was -- it -- it --

24  it just -- to -- you know, it was very fluid; right?

25  There were a lot of -- there were a lot of things going

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 42

1   on, and it felt like the right thing to do in order to

2   make sure that, you know, we could have as much

3   continuity as -- as we possibly could and to make sure

4   that the residents and the businesses, everybody who was

5   there, you know, felt as safe and cared for in terms of

6   their, you know, services as possible, in terms of

7   their, you know, utility services as possible.

8        Q.  Were you concerned that if you were not there

9   in a personal role to concierge entry, that there would

10  be conflict between Seattle Public Utility workers and

11  people who were manning the barriers in the area?

12       A.  So, you know, as I said before, in that

13  situation there were sometimes people who were

14  unfamiliar with our services.  I don't know that there

15  would necessarily have been -- that I was worried about,

16  you know -- you know, con- -- you know, any kind of

17  serious conflict, but I -- I do feel that it was, you

18  know -- it was important to try to make sure that

19  everybody was as calm and -- you know, and -- and things

20  went as smoothly as possible, and that, you know, that

21  we -- that our -- that -- that the people hauling waste

22  wouldn't have to, you know, worry at all about, you

23  know, having a conversation or, you know, just that it

24  was -- but I think that at times -- lots of times, you

25  know, I -- I -- I mean, I can't be at every single

Page 43

1    entrance every single time that services did flow, and

2    there were -- there were no conflicts, you know.  So I

3    don't -- it was not -- it was not an overwhelming, you

4    know, worry.  It was just something that I just wanted

5    to make sure that there would not have to -- you know,

6    that everything was smooth.

7         Q.  Okay.

8              MR. CRAMER:  Tyler, some of these --

9              MR. WEAVER:  What's that?

10             MR. CRAMER:  Some of these are verging kind

11   of outside of the 30(b)(6) as to how, you know, how Mami

12   was personally --

13             MR. WEAVER:  I understand that, but some of

14   these questions -- some of these answers, I have to -- I

15   can't just let them sit.  I'm trying to keep it focused

16   on the 30(b)(6) to the extent I can.  I do appreciate

17   that.

18             (Exhibit No. 5 marked.)

19   BY MR. WEAVER:

20        Q.  I have dropped into the chat an Exhibit 5, and

21   again, this is an email chain.

22        A.  I have it open now.

23        Q.  Okay.  I'd like you to scroll down to June 10,

24   2020.  There's an email from Jana Elliott at the bottom

25   of Page 3.

1     Q.  Okay.  And these would have been sent with your

2   knowledge, these -- these emails; is that correct?

3     A.  Yes.  Those would have been based on my

4   determination.

5     Q.  Okay.  And I just want to ask you one more

6   time.  Why was the recommended daily access 7:00 to

7   10:00 a.m.?

8     A.  You know, in this one, it says -- the -- the --

9   there was something about escalation with Seattle Police

10  Department the day before.  I don't -- I apologize, I

11  don't remember that.  Police may be able to discuss that

12  with you.  But you know, at that time I believe that

13  there was already -- there was already just a lot of

14  people coming in during the day and, you know -- so, you

15  know, it probably was just this seemed like a good time.

16  If it were dangerous -- if it were dangerous, I would

17  not have suggested that our staff could go in during

18  that time.

19     Q.  Okay.  Was your concern that you didn't want to

20  disrupt the protests that were going -- or the teachings

21  or events that were going to happen later in the day in

22  the area, after 10:00 a.m.?

23     A.  It's not necessarily that we were trying to not

24  disrupt their -- the activities that were happening

25  during the day, you know, later on in the day.  It's

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 60

1   just that -- it's just so much smoother when there are

2   not a lot of people in the way of the garbage trucks;

3   right?  That it's just -- there were a lot of

4   pedestrians that were in the middle of the street from

5   all over the place, and it was just so much better for

6   us just to, you know, have our services completed before

7   things got busy, you know, in any way.

8        Q.  All right.  So generally it's difficult to move

9   a garbage truck down a street when there are barriers

10  and cars parked in the street and people all over the

11  street; is that right?

12       A.  The -- the barriers were put -- the -- they

13  were -- the -- the -- you know, the barriers were like

14  in different places on the perimeter, but they could

15  flow freely past those barriers during the day, and it

16  was mostly just the people.  There were not cars, like,

17  all -- like all over the inside of the street blocking

18  all of the streets.  It was mostly -- I mean, sometimes

19  there might be a big circle of people and a stage, you

20  know, or things put up, but generally it was just -- it

21  was people that were in the streets, and it was better

22  for us to do all of our work when there were not a lot

23  of people around.

24       Q.  All right.  And the circles and stages you're

25  talking about were in the middle of the street; is that

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 61

1    right?

2         A.   I think there were a couple of occasions when

3    there were -- a stage was erected on the side of the

4    street next to the east precinct, and so I don't know

5    how much the stage was intruding into the -- you know,

6    into the right-of-way -- or into the car way.

7         Q.   How did the provision of -- how did the

8    modification of City -- City services to businesses and

9    residents in the area facilitate the exercise of first

10   amendment activity in that area?

11        A.   Could you repeat your question?

12        Q.   All right.   If you can go back to Exhibit 2.

13   And at the top of Page 3 of that exhibit, Page 2 of the

14   order.

15        A.   Page 3 of this exhibit?

16        Q.   Page 3 of the exhibit, yep.

17        A.   All right.

18        Q.   This indicates that in the area defined here,

19   the City has reasonably facilitated an ongoing exercise

20   of first amendment rights and demonstrations by, among

21   other things, facilitating modified services delivery to

22   local residents and businesses.

23             Do you see that?

24             MR. CRAMER:   So objection.   Outside the

25   scope of the 30(b)(6) with respect to testimony

1  prevent -- this was during COVID as well, you know,

2  to -- with a large congregation of people from all

3  overcoming in on a daily basis.  It -- you know, our

4  responsibility was also to make sure that we could do

5  what we could to stem any kind of, you know, public

6  health outbreak by providing, you know, services.

7  BY MR. WEAVER:

8      Q.  Okay.  So you can't speak to how

9  facilitating -- how facilitating modified city services

10  delivery reasonably facilitated the ongoing exercise of

11  first amendment activities; correct?

12      A.  I -- like I said, I can't --

13          MR. CRAMER:  Same objection.

14      A.  Yeah, I -- I -- I cannot speak to that because

15  that's -- our -- our -- what drove us was public health

16  management.

17  BY MR. WEAVER:

18      Q.  Okay.  Another topic that you have been

19  designated for is to talk about the provision of basic

20  hygiene, water, litter, and garbage removal to the CHOP

21  area and to the protesters.

22          You're -- and I think we established you're

23  aware that you've been designated for that; right?

24      A.  Yes.

25      Q.  What can you tell me about the water that was

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 64

1    provided to protesters and people living in the area

2    during the period of June 8, 2020, to July 1, 2020?

3         A.  We had a few hand washing stations that had

4    water tanks that needed to be refilled to allow for hand

5    washing, you know, with soap and water.  And we --

6    also -- I don't know that we provided it, but, you know,

7    the water was on -- largely on at the park, you know,

8    and so, you know, they were using our system in order to

9    have the water on at the shelter house for the park.

10        Q.  Okay.  So what water in the park?  Was -- was

11   there a hose, was there a faucet?  What sort of water

12   source was being provided in Cal Anderson Park?

13        A.  In Cal Anderson there was a -- a -- a hand

14   washing station, a durable hand washing station with a

15   50-gallon tank, and that was just for hand washing, and

16   then I believe that just -- because it's there, there's

17   a hose bib at the shelter house that was -- that's

18   normally used for maintaining the grounds, yeah.

19        Q.  Okay.  Were you aware during your trips to the

20   area that the hose was being used for use by a garden

21   that had been dug into the Cal Anderson Park at that

22   time?

23        A.  From -- to -- to -- when the garden was

24   developed in the park, I believe -- you know, that -- I

25   believe that the only access to water that they had was

1    the hose bib that was attached to the shelter house.

2         Q.   Do you know whether the water from that hose

3    bib was being used as drinking water or some other water

4    source by people who were occupying the park?

5         A.   No, I'm not -- I'm not aware.

6         Q.   Do you recall at some point that Seattle Public

7    Utilities shut that water source off in the park?

8         A.   There was one instance where we were asked to

9    shut off the water and -- and then restore it shortly

10   thereafter.

11        Q.   Okay.  Do you know why it was restored shortly

12   thereafter?

13        A.   The -- the -- I mean, it's just -- it's a -- to

14   have water when you're -- when you have that many people

15   or, you know -- I'm going to assume that it was just

16   because we needed to ensure that there was -- you know,

17   that there was a supply of -- of fresh drinking water if

18   needed.

19        Q.   There was a concern with -- with the number of

20   people that were in the park, that they wouldn't have

21   drinking water if that water was shut off; correct?

22        A.   You know, just water, you know, for any kind

23   of -- you know, whenever there's a congregation of

24   people is a pretty basic provision.  There was a lot of

25   drinking water because of donations.  There were a lot

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 67

1    was, but it seem- -- but if I remember correctly, it was

2    potentially part of a whole set of actions designed to

3    help to clear the park.

4         Q.   Okay.   What do you know about any electricity

5    services that were provided to the area and specifically

6    to Cal Anderson Park that were not normally provided to

7    the area during that time period?

8         A.   There were a lot of requests for additional

9    electrical service to the park.   You know, people wanted

10   to charge their phones and things.   But it was not --

11   but that was not, to my knowledge, in any way, you know,

12   provided.   At additional -- no -- I do not believe that

13   any additional electrical service was provided.

14        Q.   How about additional lighting in Cal Anderson

15   Park during hours that there would not normally be

16   lighting?   Are you aware of anything to that effect?

17        A.   I believe that for safety reasons some of --

18   sometimes the field lights were left on for longer than

19   they would normally be on -- be left on, but those were,

20   you know, kind of existing lights and just management of

21   the hours that those lights were on.

22        Q.   Why -- why was that seen as necessary for

23   safety purposes?

24        A.   It was -- if I remember correctly, it was the

25   request of, you know, folks just feeling like it would

1    be -- it would -- it would feel safer to have the lights

2    on for longer.

3        Q.  Okay.  Who were the people that requested it?

4        A.  I don't know who was requesting it.  I

5    apologize.

6        Q.  Okay.  You didn't get any of those requests

7    yourself, personally?

8        A.  I may have, but I don't remember those -- I

9    mean, I had a lot of requests all the time for all kinds

10   of things.

11       Q.  So you don't know whether it was the people who

12   were in the park overnight who were requesting that the

13   lights be on all night, or longer than usual?

14       A.  I don't remember who asked me or who asked the

15   parks, you know, to manage their light -- that -- the

16   hours of the lights, but it's possible that, you know,

17   people in the park asked, or -- or residents, you know.

18   I'm not sure.

19       Q.  But there -- never mind.  I'll let it go.

20           So what sort of -- did the City provide

21   portable toilets to the area that are not normally there

22   during the period of June -- June 9th to June 30,

23   2020 -- or sorry, June -- June 9th to July 1, 2020?

24       A.  The -- the context for what's normally there is

25   a little -- was a little different at that time because

Page 70

1    many there were before and then during that week.

2              (Exhibit No. 10 marked.)

3    BY MR. WEAVER:

4         Q.   I'm going to drop Exhibit 10 in.  It should be

5    on its way.

6         A.   Okay.  I have it open now.

7         Q.   Okay.  This is an email with an attachment,

8    again from Mr. Van Dusen, and if you could go to the --

9    the second page.  You may need to rotate it, but maybe

10   you're better at reading sideways than I am.

11        A.   I see what you're saying.  This is from

12   June 14th.  Okay.  I'm looking at the map now.

13        Q.   Okay.  So this seems to indicate on the left

14   that there were a total of 21 City Sani-Cans at this

15   point.

16             Do you see that?

17        A.   It says that there are nine, plus eight, plus

18   four around the perimeter of the -- of the site.

19        Q.   Okay.  So that adds up to 21; right?

20        A.   (Witness nods head.)

21        Q.   Okay.  And they were -- were these owned by the

22   City of Seattle or were they contracted out to a third

23   party to provide these services?

24        A.   I believe that the majority of them were -- are

25   owned and managed via contract by Honey Bucket.

1    Q.   And it looks like they were -- if I'm reading

2  this correctly, they were -- they were daily pumped --

3  they were pumped out daily during this period in

4  June 2020; is that right?

5    A.   They were pumped out at least daily in

6  June 2020.  I think we may have had some modification

7  based on demand.

8    Q.   And -- and sometimes -- I think we've seen that

9  sometimes there were days where they were told not to go

10 in as well; is that right?

11   A.   Those were rare days, yes, but maybe near the

12 end, but we, you know, freq- -- we -- we worked very

13 hard to make sure that they didn't overflow.

14   Q.   Okay.  How was it determined that there should

15 be 21 Sani-Cans in this general area?

16   A.   You know, we monitored them, and if -- and I

17 mean, this is a little gross, but if they were, you

18 know, at capacity and we were nearing any kind of, you

19 know, real issue with capacity -- if they were -- I

20 mean, I cannot describe to you how many tourists there

21 were.  That, you know, we would -- we would sometimes

22 add some, you know, to accommodate, you know, the -- the

23 additional crowds.  But we also would remove them if

24 they -- you know, if they were -- if they were no longer

25 needed.  So it was really based on monitoring.

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 72

1        Q.  Okay.  Do you -- do you know whether you

2    added -- as of, you know -- this appears to be as of

3    June 12th, or June 14th.  The attachment says June 12th,

4    but I think the email -- the cover email is June 14th.

5            Do you know whether between this period and

6    July 1st there were more Sani-Cans added or whether some

7    were removed prior to July 1st?

8        A.  Yeah, I -- I'm -- I apologize.  I don't

9    remember the dates for, you know, the addition or

10   removal of the different cans, but I -- all I remember

11   is that we were just monitoring them to make sure that

12   we tried to have the right balance in order to ensure

13   public safety, or public health, I mean.

14       Q.  Okay.  Was there ever -- was there ever any

15   discussion or concern that by adding these additional

16   Sani-Cans, and having 21 Sani-Cans in the area would

17   encourage people to continue to occupy the area?

18       A.  If I -- after I answer this -- after I answer

19   this question will we take a restroom break, please?

20       Q.  Sure.  Absolutely.

21       A.  All this potty talk.

22       Q.  All the talking about Sani-Cans, huh?

23       A.  So you know, if I remember correctly, yes, some

24   people -- a few people had that hyp- -- or not even that

25   many.  A couple people had that hypothesis and posed it

1    to -- to me.  You know, I think it was businesses that

2    asked that question.

3            But, you know, our determination was really

4    based on, you know, demand; right?  I mean, our job is

5    to ensure that there -- is -- that urine and feces are

6    not in the street, particularly during COVID, you know,

7    when -- you know, when people knew that human waste

8    was -- is a vector of the disease, you know, along with

9    all of the other, you know, horrible typical things that

10   come with that happening, you know, that -- that is what

11   predicated, you know, how we managed the number.

12           MR. WEAVER:  Okay.  Let's go ahead and take

13   a break.  Let's take what, 15 minutes?  Is that

14   sufficient for people?

15           THE WITNESS:  Yes, that's --

16           MR. WEAVER:  Let's go off the record.

17           THE VIDEOGRAPHER:  Going off the record.

18   The time now is approximately 10:49 a.m.

19           (Recess from 10:49 a.m. to 11:06 a.m.)

20           THE VIDEOGRAPHER:  Going back on the record.

21   The time now is approximately 11:07 a.m.

22               E X A M I N A T I O N (Continuing)

23   BY MR. WEAVER:

24       Q.  So I understand you have something to add to

25   what you previously said about the provision of water;

Page 74

1    is that correct?

2         A.  Yes.  I remembered that at a certain point a

3    kind of like food service developed near the shelter

4    house.  It wasn't there, you know, through -- like all

5    through the period, and they relied on the water most

6    likely from the hose bib in order to wash their hands,

7    you know, and wash -- and wash dishes.  So that would be

8    a -- you know, a use for the water that was -- that was

9    flowing through -- you know, through the Parks property

10   from our system.

11        Q.  Okay.  Any other uses that I haven't -- I

12   haven't heard about yet that you know of?

13        A.  I apologize.  I don't remember everything.  I

14   remember the food service and the garden that were, you

15   know, coming through there, but also, you know,

16   people -- people may have also been using it to wash

17   their hands, you know, if they didn't want to go all the

18   way over to the sinks that we provided.

19        Q.  Okay.  And they may have been using it as

20   drinking water too; is that correct?

21        A.  It's -- it's possible.  It's possible.  I don't

22   remember seeing people doing that, but I -- you know,

23   it's very possible.

24        Q.  Okay.  Going back to Exhibit 10 and the map we

25   were looking at, do you have it in front of you?

 1        A.   I do now.

 2        Q.   So this indicates there were -- at least of

 3   June 12, 2020, 21 Sani-Cans in the area; correct?

 4        A.   Yes.

 5        Q.   Are those -- are those Sani-Cans normally in

 6   the area?

 7        A.   So for context, there were -- I don't know how

 8   many cans there were already in the area prior to the

 9   time period you're discussing, but there were several

10   cans in this area.  I believe there were -- I don't know

11   the exact number, but I believe there were a minimum of

12   six up at -- near 12th and Pine, and that there were a

13   few down at 11th and Olive, as well, you know, and

14   possibly at -- at 11th and Union because of the protests

15   and all of the crowds that had been congregating in

16   Capitol Hill for the entire period of civil unrest that

17   was before this period.

18        Q.   Okay.  So generally the period of late May to

19   June 8th, there were some Sani-Cans in the general

20   vicinity that were provided by the City; is that

21   correct?

22        A.   Yeah, I don't -- I don't remember what date

23   they started to be provided, but they'd -- before --

24   yes, before -- during the period of unrest provoked by,

25   you know, George Floyd's murder, there were -- there

1          Q.   Okay.   Other than general news articles, you

2     don't know anything?

3          A.   Those articles reveal a lot, so yeah, I mean --

4          Q.   Okay.

5          A.   I feel like I know a lot now.

6          Q.   Okay.   When did you first visit the area after

7     the police had evacuated the precinct?

8          A.   As soon as I learned, and I think it would --

9     let's see.   I'm not sure.   You know, and -- you know, I

10    just -- I just went over.   I just got in my car and went

11    over.

12         Q.   Okay.   That was on your own initiative?

13         A.   Yeah.

14         Q.   Okay.

15         A.   Yeah, I just -- I mean, I -- I am responsible

16    for ensuring, you know, public health and the continuity

17    of essential services.   And if it was in any way a

18    problematic situation, I needed to do it myself so that

19    I didn't ask a staff person to do it.

20         Q.   Okay.   So at some point you decided you were

21    going to go there every day; right?

22         A.   Uh-huh.

23         Q.   When did you make that decision?

24         A.   I don't know if I really decided that I would

25    go every day.   It wasn't like, oh, I'm going to be

Page 95

```
 1   there -- like, you know, that I just knew in advance.  I
 2   mean, it just -- in a situation that is unusual -- this
 3   was a really unusual, unprecedented situation.  I just
 4   felt that it was important for me to -- you know, if I
 5   was going to be responsible for providing essential
 6   services, that, you know, I should be able to really
 7   understand the situation, you know, in real time and
 8   make sure that, you know, we were doing a good job.
 9        Q.  At some point were you asked either by somebody
10   in the mayor's office or someone else to engage in
11   discussions with the protesters?
12        A.  Well, you know, it's funny, if you're there all
13   the time, right, because I was there about 12 hours a
14   day, I got to know the businesses and the residents and
15   the -- and the protesters and, you know, everybody who
16   was there, and -- you know, and really trying to, you
17   know, just make sure that things were as -- you know,
18   going well as possible in order to provide our services.
19            And so, you know, the mayor's office, I think
20   at some point realized that, you know, I had
21   constructive, respectful relationships with -- with
22   everybody that was there, and so they would ask me to,
23   you know, help coordinate different -- different things.
24        Q.  Okay.  And were you there -- how often was
25   Idris Beauregard there with you?
```

Page 96

1      A.  Not at the beginning.  I would say not for the

2  first maybe ten days, but then after that -- you know,

3  the couple days that I had to go away he took over

4  completely for me.  And so before that, you know, we did

5  some, you know, kind of acculturation, where I

6  introduced him to everybody, you know, businesses,

7  residents, you know, protesters, everybody that I could

8  so that, you know, they all had a degree of familiarity

9  with him, so -- before I went away, and then -- you

10  know, and then -- and then he stayed on with me after

11  that.

12      Q.  Okay.  Is Idris an employee of Seattle Public

13  Utilities?

14      A.  He is, he is.  At the -- at the time he was the

15  director for our Clean City program.

16      Q.  Okay.  How did it come about that you were

17  working with Idris on this interaction and monitoring of

18  the area?

19      A.  It was a logical selection on -- on my part

20  because the Clean City program is the program that

21  handles the litter abatement program and also -- you

22  know, and was, you know, whose vendors and staff were

23  helping to, you know, keep the area clean.  And Idris

24  is -- you know, has excellent people skills and

25  prioritizes customer service, you know -- you know, and

Page 97

1  so it was just a -- a good, logical choice in terms of,

2  you know, someone who was, like, really going to

3  prioritize delivery.

4      Q.  Okay.  Were you also there frequently with Fire

5  Chief Scoggins and Department of Transportation head Sam

6  Zimbabwe?

7      A.  Yes, both of them would -- would stop by and,

8  you know, check in, check in with people, you know,

9  conduct other activities to try to ensure their

10 continuity of services.

11     Q.  Okay.  What was -- what was your interaction

12 with -- with those two in particular, Scoggins and

13 Zimbabwe, over this time period?

14     A.  We kept in, you know, close communication about

15 the status of -- you know, of events, and we would act

16 as a team, you know, to work on any City objectives.

17 You know, we were -- we were just -- we were a team,

18 helping each other out.

19     Q.  What were some of the City objectives that you

20 were working on with them?

21     A.  Well, they both wanted to -- you know, they

22 were both prioritizing the flow of circulation, you

23 know, through the area, and so, you know, if they needed

24 assistance with talking to folks in order to coordinate,

25 you know, any of those -- any changes to circulation or

 1    any kinds of modifications to the right-of-way, you

 2    know -- you know, I would -- they would -- they would

 3    ask me to help out.

 4        Q.  Okay.  What sort of negotiations were you

 5    involved in with Chief Scoggins and Mr. Zimbabwe?

 6        A.  The -- well, we would sometimes, you know, talk

 7    to groups of -- of folks to explain the -- you know, the

 8    proposals that SDOT had developed in order to maintain

 9    cont- -- you know, continuity of circulation.  We would

10    sometimes -- there were a couple of occasions when we

11    would meet with, say, the mayor and some of the

12    protesters, you know, or with just the protesters to

13    just hear, you know, what they were aiming for, and

14    what -- and to express what the City objectives were,

15    and to, you know, try to effect a -- you know, just a

16    peaceful transition to a more, you know, kind of -- I

17    don't know what the right word is, normal -- I mean,

18    to -- you know, to get back to -- you know, to -- to

19    regular -- to regular kind of continuity -- regular

20    scheduling of things and regular access.

21        Q.  How regularly were you in communication at this

22    time, meaning just, you know, June 8th through July 1,

23    2020, how often were you in communication with the

24    mayor's office?

25        A.  I believe I checked in with the mayor's office

Page 99

1    every day in some way.

2         Q.  Were you ever on what's known as cabinet

3    meetings with other department heads and the mayor?

4         A.  Infrequently if I did -- if I did, you know,

5    because I was in the field, so I would, you know, with

6    the mayor's office permission, you know, miss a lot of

7    the cabinet meetings.

8         Q.  What do you recall during that same time period

9    of June 8th to July 1, 2020, your inter- -- what do you

10   recall your interactions being, if any, with Mayor

11   Durkan, herself?

12        A.  I -- I believe the mayor came to the area

13   and -- on one occasion, and I walked her around, you

14   know, so that she could, you know, see it for herself.

15   She may have already been there, but I was just showing

16   her, you know, around, and introducing her to, you know,

17   people.  There was another occasion where the mayor came

18   and we talked to business owners, you know, and spent a

19   good part of a day, you know, listening to their

20   concerns and needs.  I believe that was most of it.

21        Q.  Okay.  So it sounds like you were with the

22   mayor in the -- in the zone on two separate occasions;

23   is that right?

24        A.  I -- if I remember it correctly, yes.

25        Q.  Okay.  So let's talk about the first one where

Page 137

1   were met with significant resistance by protesters, who

2   grew increasingly agitated and aggressive towards City

3   workers from, among other things, SPU.

4           Do you recall that incident?

5       A.  I don't, and it -- I don't know if it's

6   accurate.  Because we were not there, that I know of.

7       Q.  You were not there on the 26th?

8       A.  No, to remove the barriers; right?  Like -- I

9   mean, it's like -- I -- I -- is that --

10      Q.  Okay.  So you don't have any memory of this?

11      A.  No.

12      Q.  Okay.

13      A.  Sorry.

14          (Exhibit No. 15 marked.)

15  BY MR. WEAVER:

16      Q.  I'd like you to look at Exhibit 15.  This is an

17  email that you wrote to Mr. Buechler and copied a couple

18  other people on June 27th.  You indicate, "Tomorrow no

19  services AT ALL," with "at all" in all caps.

20          Do you --

21      A.  Where am I supposed to be looking?  I'm

22  sorry --

23      Q.  In your email dated June 27th, the -- I guess

24  it's the third paragraph.  There's no indentation, but

25  it's about halfway down your email.

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 138

1        A.  How does it start?  Which -- which -- just --
2    just "Tomorrow no services AT ALL"?
3        Q.  You might as well go ahead and look at the next
4    three sentences there, just that -- that portion of your
5    email.
6        A.  Yeah.  I think that was -- I had a hard day
7    that day.  I was really, really wet that day, and there
8    was a service gap on our part, I think, because -- not a
9    service gap, but like a -- like a communication gap, I
10   mean, because somebody else besides Chad was
11   coordinating that day, so I had just gotten really --
12   really wet talking about -- I was talking about -- I was
13   talking about the day before.  I was talking about the
14   day before.
15       Q.  So -- but this day you're saying tomorrow no
16   services at all because of what was going on in the
17   zone; is that right?
18       A.  Yeah.  It's just -- people were -- now I re- --
19   now I remember, yeah.  People -- I think that, you know,
20   people were -- knew that the barriers were coming down
21   and were a bit agitated, but -- and -- you know, and I
22   was like, I think, having a really bad day.
23       Q.  So you were concerned about the safety of your
24   crews; right?
25                  MR. CRAMER:  Objection.

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 139

1        A.   I think it's more --

2             MR. CRAMER:   Form.

3        A.   Yeah, it says -- it says -- what I wrote here

4   is they do not care for the psychological safety of our

5   crews.   I think more just, like -- I just -- you know, I

6   think because of the tension that was there.   You know,

7   I always just want to make sure that everybody feels

8   totally comfortable and safe, and that it just feels,

9   like, positive, you know, when they're doing their work.

10  And I don't know that I was concerned about their

11  physical safety as much as just, like, you know, the --

12  maybe the protesters there were just being kind of irate

13  and, you know...

14  BY MR. WEAVER:

15       Q.   Okay.   What did you -- what did you know about

16  them developing composting toilets?   Was that in Cal

17  Anderson?

18       A.   That was -- I was being sarcastic.   They were

19  not going to develop a composting toilet.   There was

20  some -- one of them -- one of the -- just -- it was just

21  one protester that was like, yeah, we don't need -- we

22  don't need you guys to take care of public -- public

23  health, you know, we can handle it all, we'll develop a

24  composting toilet.   So I was being more -- I was being

25  more sarcastic with -- with Chad.

30(b)(6) and Individual Deposition of Mami Hara - 10/4/2021

Page 140

1      Q.  Okay.  Were you concerned about your

2  contractors and staff being trapped inside if they

3  provided services in the area?

4      A.  Well, my -- throughout -- throughout this

5  entire time, it was always really important to me that

6  there were multiple ways in and out.  Not that there was

7  going to be an issue -- so -- so the -- I -- I do

8  remember that the -- the protesters were like, it's no

9  problem.  They can just come in.  They just have to go

10  out the same way, and -- you know, so we're -- we're

11  just going to guard more entry points and -- during the

12  day.

13          And I was like, that doesn't work.  They all --

14  so my philosophy was always during the day all the

15  barriers -- at least when I'm here, all these 12 hours,

16  they always have to be all down; right?  So that

17  everybody can get in and out freely; right?

18          And I just wasn't going -- like, I just wasn't

19  going to negotiate that.  That was a no negotiation

20  thing for -- for -- for -- for -- for me.  Because if I

21  was driving a truck, I would want to just make sure I

22  can just use the streets freely.

23              (Exhibit No. 16 marked.)

24  BY MR. WEAVER:

25      Q.  Okay.  If you could look at Exhibit 16, I have

Page 146

1                    C E R T I F I C A T E

2

3    STATE OF WASHINGTON

4    COUNTY OF PIERCE

5

6          I, Cindy M. Koch, a Certified Court Reporter in

7    and for the State of Washington, do hereby certify that

8    the foregoing transcript of the deposition of MAMI HARA,

9    having been duly sworn, on October 4, 2021, is true and

10   accurate to the best of my knowledge, skill and ability.

11         IN WITNESS WHEREOF, I have hereunto set my hand

12   and seal this 13th day of October, 2021.

13

14

15   _____

16         CINDY M. KOCH, CCR, RPR, CRR #2357

17

18   My commission expires:

19   JUNE 9, 2022

20

21

22

23

24

25