# EXHIBIT 13

# RE: SFD Protest Zone Response Map

| | |
|---|---|
| **From:** | "Scoggins, Harold D" <harold.scoggins@seattle.gov> |
| **To:** | "Sixkiller, Casey" <casey.sixkiller@seattle.gov>; "Fong, Michael" <michael.fong@seattle.gov>; "Formas, Stephanie" <stephanie.formas@seattle.gov>; "Ranganathan, Shefali" <shefali.ranganathan@seattle.gov>; "Zimbabwe, Sam" <sam.zimbabwe@seattle.gov>; "Hara, Mami" <mami.hara@seattle.gov>; "Best, Carmen" <carmen.best@seattle.gov>; "Mahaffey, Thomas" <thomas.mahaffey@seattle.gov>; "Cordner, Lesley" <lesley.cordner@seattle.gov>; "Diaz, Adrian" <adrian.diaz@seattle.gov> |
| **Cc:** | "Hastings, Bryan" <bryan.hastings@seattle.gov> |
| **Date:** | Thu, 11 Jun 2020 09:14:14 -0700 |
| **Attachments:** | [Untitled].pdf (4.71 MB) |

Hello All,

To add clarity to this info. If the city is to allow this group to continue to protest, I believe the follow conditions need to be met:

- There can be now weapons on the site.
- Maintain access points widths for Fire and EMS responses.
- Remove barriers for entry and replaces with barriers recommended by SDOT.
- Create a health, hygiene and sanitation plan recommended by SPU to prevent the build up of waste.
- The perimeter needs to be reduced to allow first responders. residents and businesses access and egress.
    - The alley way on Pine (West side of the East Precinct)
    - One half block East of 12th on Pine.
    - One half block North of Pine on 12th
    - One half block South of Pine on 12th



HDS

**From:** Scoggins, Harold D
**Sent:** Thursday, June 11, 2020 08:57
**To:** Sixkiller, Casey <Casey.Sixkiller@seattle.gov>; Fong, Michael <Michael.Fong@seattle.gov>; Formas, Stephanie <Stephanie.Formas@seattle.gov>; Ranganathan, Shefali <Shefali.Ranganathan@seattle.gov>; Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>; Hara, Mami <Mami.Hara@seattle.gov>; Best, Carmen <Carmen.Best@seattle.gov>; Mahaffey, Thomas <Thomas.Mahaffey@seattle.gov>; Cordner, Lesley <Lesley.Cordner@seattle.gov>; Diaz, Adrian <Adrian.Diaz@seattle.gov>
**Cc:** Hastings, Bryan <Bryan.Hastings@seattle.gov>
**Subject:** SFD Protest Zone Response Map

Good Morning All,

I have attached the SFD Protest Zone Response Map. Our concerns surround knowing there are individuals in the crowd with weapons. We see this has transitioned from a peaceful protest to a different situation that is unstable and this could compromise the safety of our personnel.

The yellow area identifies our response protocols around the perimeter of the protest zone. The red area identifies the area in the protest zone that SFD units will not enter without an SPD escort.

HDS