# EXHIBIT 15

**Property of the Seattle Police Department**
**\*\* OFFICIAL LAW ENFORCEMENT USE ONLY \*\***

# June 29 Events

# Incident Action Plan



# 6/29/2020

## 0000 - 2400 hrs

| Activity ID | Resource Category |
|---|---|
| SP20MY279 | 403 |

This record is exempt from disclosure under RCW Section 42.56.420(1)(a) of the Public Disclosure Act, RCW 42.56.420 et seq. This record has been prepared, assembled or is maintained to prevent, mitigate or respond to criminal terrorist acts. This record is a specific and unique vulnerability assessment, or response or deployment plan, or is compiled underlying data collected in preparation of, or that is essential to, such an assessment or plan. Public disclosure of this record would have a substantial likelihood of threatening public safety.

**DO NOT DUPLICATE**            **DESTROY BY SHREDDING**

SEA_00007766

**COMMANDERS INTENT:**

During this operational period, we will ensure the safety of police personnel and integrity of police facilities.   An infrastructure protection detail shall be assigned to the West Precinct to ensure the security of the police facility and the City's 911 call center.  Patrol will be dispatched and respond to calls for service in the East Precinct, outside of the protest area that has been designated the Red Zone.

**For any calls or incidents within the "Red Zone" in the East Precinct:**

• For all calls originating from **within the red zone**, Communications Section personnel should attempt to coordinate officer contact outside the red zone boundary.

• **Officers should not respond to calls for service within the red zone, unless the response is to critical life safety emergency.  If responding to a life safety emergency  within the red zone, all responding officers should muster with a supervisor outside that zone to determine the police response, develop a plan, and deploy with needed resources. Coordination with SFD or any other city resources should take place outside of the Red Zone perimeter.**

Officers should continue to document calls for service that originate from within the red zone, even under circumstances where complainant/victim contact isn't possible.

We will allow unpermitted marches to occur and deploy police resources only as needed based on an assessment made by an on-duty commander. If there is any danger to public safety risk or significant property destruction being caused, we will muster sufficient resources and formulate a plan in accordance with our incident objectives and my commander's intent.

<u>Critical Commander Information Requirements:</u> ***Must immediately notify SPOC if any of the  below actions occur.***

-Injury to an SPD Officer requiring any medical treatment.
-Significant injury to a citizen caused by police action during crowd control or crowd management actions.
-Attack or attempted incursion of a police or government facility.
-FIT callout or notification related to protest management event.
-Significant and on-going property damage or looting.
-Any Patrol Task Force mobilization to a significant occurrence.
-Any Emergency response within the boundaries of the East Precinct protest zone.

**Logistics:**

There will be no dedicated logistics for this operational period.

Case 2:20-cv-00983-TSZ   Document 125-15   Filed 10/28/22   Page 4 of 4




# 2020 June Protests Contingency Plans

## Demonstration Events/Street Marches

With the current demonstration response protocol, the Department will continue to monitor events on a daily basis however we will not deploy police resources to demonstration or protest-related events except to address a life-safety emergency.

Patrol Task Force will be prepared to deploy to any event citywide as directed by a Watch Commander, Precinct Area Commander or above to address a life-safety emergency that exceeds the capacity of a regular Patrol response.

## Red Zone Response (East Precinct)

For any calls or incidents within the "Red Zone" in the East Precinct:

- For all calls originating from **within the red zone**, Communications Section personnel should attempt to coordinate officer contact outside the red zone boundary.

- Officers should not respond to calls for service within the red zone, unless the response is to critical life safety emergency (e.g. active shooter incident, structural fire likely to endanger human lives etc.). If responding to a life safety emergency within the red zone, all responding officers should muster with a supervisor outside that zone to determine the police response, develop a plan, and deploy with needed resources. **Coordination with SFD or any other city resources should take place outside of the Red Zone perimeter.**

- **Edward Sector: Requires a four-officer minimum response to all Edward Sector calls for service outside the red zone.**

**Officers should continue to document calls for service that originate from within the red zone, even under circumstances where complainant/victim contact isn't possible.

15

SEA_00007780