# EXHIBIT 16

# Situation Report - June 16th, 2020

| | |
|---|---|
| **From:** | "Davis, Tyrone" <tyrone.davis@seattle.gov> |
| **To:** | "Mahaffey, Thomas" <thomas.mahaffey@seattle.gov>; "Best, Carmen" <carmen.best@seattle.gov>; "Cordner, Lesley" <lesley.cordner@seattle.gov> |
| **Cc:** | "Grossman, Kevin" <kevin.grossman@seattle.gov>; "Edwards, Michael" <michael.edwards@seattle.gov>; "Verhoff, Jason" <jason.verhoff@seattle.gov>; "Barden, Eric" <eric.barden@seattle.gov>; "Danielson, James" <james.danielson@seattle.gov>; "Williams, Joel" <joel.williams@seattle.gov>; "Kelley, Christopher" <christopher.kelley@seattle.gov>; "Truscott, Lauren" <lauren.truscott@seattle.gov>; "Grenon, Bryan" <bryan.grenon@seattle.gov> |
| **Date:** | Tue, 16 Jun 2020 05:39:06 -0700 |

Asst. Chief Mahaffey,

Status

Captain Swank (Car 27) is the current Incident Command for this event.

Multiple surveillance cameras and social media "live streams" appear to show approximately 10 visible in the immediate area surrounding the East Precinct. There are also several occupied tents on the sidewalk adjacent to the East Precinct. Dozens of tents remain in Cal Anderson based on livestream footage.

Currently, there are no other event-related demonstrations in the city.

There were no arrests related to the event.

There were no officer injuries.

The event is no being staffed and monitored on Zone 3 / TAC 9. However, the frequency and a dispatcher are still available to staff it if needed.

Incidents

Last night, about 100 protester marched from the Red Zone to the West Precinct, arriving at 2030 hours. They chanted and some participants made speeches for about 25 minutes before resuming their march. Livestream footage broadcasted the protestors intentions to "hijack" the freeway for 5 minutes. WSP was notified immediately. They marched onto the entrance ramp for southbound I-5 at Stewart St. One WSP Trooper arrived and urged them to leave the freeway. However, they continued to block traffic for approximately 5 minutes before exiting the freeway to resume to their march back to the Red Zone.

The footage also captured their future intentions. They demanded police reform or they promise to be at the West Precinct every night until their demands are met. They also promised to block I-5 traffic and stated they will extend their time on the freeway, every night until their demands are met.

WSP was notified and their liaison stated that he may choose to assist us in SPOC today's event.



### Car Tender Incidents – 1706 12th Ave

Event – 2020-188751 –INFO ONLY - 1706 12 AV (Car Tender)- Called in at 2135 hours -  Caller reports 20-30 people in auto shop parking lot holding semi-automatic rifles and pistols. Wearing body armor with "officer" written on the back. Part of this incident was viewed by SPOC via livestream.

Event – 2020-188860 – FOUND PROP - 1706 12 AV (Car Tender) – Called in at 0341 hours – "Chaz security" brought the owner/complainant a full bag of ammunition and a rifle after they watched a subject stash those items at 12th Ave and E Pine St.  Officer have just arrived on this call for service.

Note:  Car Tender is the same location in which we were unable to respond to a call for service on the night of 06-14-2020.  Patrol did not respond due its proximity to the Red Zone (2020-188030), coupled with an ongoing disturbance at the location that include armed participants.  It should be noted that King 5 did a story, including an interview with the shop's owner about that incident.

https://www.king5.com/article/news/local/seattle-business-owner-says-police-never-responded-to-a-burglary-at-his-shop-in-the-chop/281-8cdad6b9-87ce-45cb-8fa7-05871d1bbe56

Ty

Acting Lieutenant Tyrone Davis #6633
SPOC – Blue Shift - Operations
Main: 206-684-5090
tyrone.davis@seattle.gov