# EXHIBIT 17

**To:** Goto, Alan[Alan.Goto@seattle.gov]; Richards, James[James.Richards@seattle.gov]; Melkers, Paul[Paul.Melkers@seattle.gov]; Goodner, Gene[Gene.Goodner@seattle.gov]; Patterson, Stuart[Stuart.Patterson@seattle.gov]; Pedras, Dave[DaveM.Pedras@Seattle.Gov]; Drathman, Zachary[Zachary.Drathman@seattle.gov]; Larson, Michael[Michael.Larson@seattle.gov]; Pierce, Jason[Jason.Pierce@seattle.gov]; Smith, Bryan[Bryan.Smith@seattle.gov]; Stewart, Andrew C[Andrew.Stewart@seattle.gov]; Westfall, Paul[Paul.Westfall@seattle.gov]
**From:** Curtis, James
**Sent:** Tue 6/30/2020 4:32:57 PM
**Subject:** FW: CHOP Response Guidelines D-SHIFT 06/30/2020
CHOP response guidelines 3.0 06_30_2020.docx

Please review. Call with questions. Thanks. -JC

---

**From:** Gonzales, Reba
**Sent:** Tuesday, June 30, 2020 07:41
**To:** Cox, Alan <Alan.Cox@seattle.gov>; Havner, J <J.Havner@seattle.gov>; O'Brien, Williamb <WilliamB.OBrien@seattle.gov>; Feher, Ferenc <Ferenc.Feher@seattle.gov>; Andrus, Joel <Joel.Andrus@seattle.gov>; Sutey, Debra <Debra.Sutey@seattle.gov>; Curtis, James <James.Curtis@seattle.gov>; Watanabe, Dale <Dale.Watanabe@seattle.gov>
**Subject:** CHOP Response Guidelines D-SHIFT 06/30/2020

Current CHOP Response Guidelines

**Deputy Chief Reba Gonzales**
Seattle Fire Department
Operations Division - D Platoon
301 2nd Avenue South
Seattle, WA 98104

Reba.gonzales@seattle.gov

Phone: 206-386-1481
Cell: 206-465-5706
Fax: 206-615-1302

## SFD RESPONSES TO ALARMS ORIGINATING WITHIN THE CHOP 6/30/2020

Civilians in the CHOP have been listening to SFD communications on SOV and other alarms in the CHOP. This is causing interference in these alarms, ranging from armed CHOP persons approaching and harassing SFD units at the staging area to vehicles (with patients) pursuing responding units aggressively and attempting to make them pull over.

Additionally, the staging area for SPD is generally distal to the SFD staging area, resulting in SFD units staging between the people designated as our protection and the people they are to protect us from.

To that end, the following protocols will be in effect for EMS incidents that originate within the CHOP:

1. **All alarms located within the boundaries of the CHOP will be dispatched to 12 Ave E/E Pine Street.** This location is the heart of the CHOP, and will alert units dispatched that the alarm takes place within those boundaries. The staging location will not be mentioned on Channel 4, which is not encrypted.

2. **All alarms located within the boundaries of the CHOP will be dispatched on Zone 1/Channel 10.** This is the only channel in the SFD radio template that is encrypted and cannot be monitored via civilian scanner.

3. **Units responding to alarms in the CHOP will respond to Bellevue Avenue between E Pine Street and E Olive Street and stage there until the scene is secure.** This location is remote enough from the CHOP to avoid "walk ups" and puts the Police staging area (Harvard Avenue and E Pine Street) between SFD resources and the CHOP.

4. **The CCP (Casualty Collection Point) will be at Broadway and E Pine Street.**

5. **Firefighters will don ballistic wear for all responses to alarms that originate within the CHOP boundaries.**

## SFD RESPONSES TO ALARMS IN THE WARM ZONE

Protocols for responses originating in the warm zone remain unchanged:

**BLS:** 1 Aid Car + 1 Engine + 1 Battalion Chief

**ALS:** 1 Aid Car + 1 Medic Unit + 1 Engine + 1 Battalion Chief

**FIRE:** 2 Engines + 1 Battalion Chief

CHOP
WARM ZONE
WARM ZONE
WARM ZONE
WARM ZONE
CCP
STAGING
SEATTLE POLICE
STAGING
FIRE DEPT.
Seattle Central College
Seattle Fire Station 25
St. Nicholas Russian Orthodox Cathedral
E Denny Way
E Howell St
E Olive St
E Pine St
E Pike St
E Union St
Harvard Ave
Boylston Ave
Belmont Ave
Summit Ave
Crawford Pl
12th Ave
13th Ave
14th Ave

SEA-PDR_002190