# EXHIBIT 18

## Incident Report

Print Report

**INCIDENT #** F200058386  
**INCIDENT DATE:** 6/14/2020   11:17:40 hrs

**Agency:** SFD  
**Jurisdiction:** SFD

### Incident Overview

| | | | |
|---|---|---|---|
| **Initial Location:** | Same as Final | | |
| **Final Location:** | 1221 E Olive St Apt. 203 | **City:** | Seattle, WA 98122 |
| **Initial Problem Type:** | .Triage | **Final Problem Type:** | ADV- Advised |
| **Initial Alarm Level:** | 1 | **Final Alarm Level:** | 1 |
| **Units Assigned:** | A25 | **Response Area:** | Battalion 2 |
| **Disposition:** | 2) Code Green | **Taken By:** | Overall, Gary M |

### Location Information

| | | | |
|---|---|---|---|
| **Location Name:** | SENIA MARA APTS | **Cross Streets:** | 12TH AV/13TH AV |
| **Map Reference:** | 97C | **Call Back Phone:** | (707)235-0698 |

### Call-Taking Info

| Taken By: | Time Phone Pickup | Time Call Entered Queue | Terminal | EMD |
|---|---|---|---|---|
| | 11:17:34 | 11:18:06 | SP105 | 17/1/1 |

### Dispatcher Comments

| | |
|---|---|
| 1. [1] [Notification] Problem changed from .Triage to AID - Aid Response | 11:18:58 |
| 2. [2] ADULT MALE - STROKE SYMPTOMS - INITIAL REPORT OF STROKE SYMPTOMS | 11:19:07 |
| 3. [3] CALLER HAD RECENT STROKE. NOW RIGHT ARM IS NUMB. | 11:20:14 |
| 4. [4] IN RED ZONE. PT TO TRY TO WALK TO ST 25 OR GET RIDE IN ABOUT A HALF AN HOUR. | 11:27:33 |

### Units Assigned    ( * Primary Unit)

| Unit | Assigned | Enroute | Arrived | Transport | Trans. Complete | Complete | Cancel Reason | ETA |
|---|---|---|---|---|---|---|---|---|
| A25* | 11:19:12 | 11:20:37 | | | | 11:21:02 | | 0:25 |
| Disp. By: | Overall, Gary M | Mobile1 | | | | Buck, Mark E | | |

#### Unit Line-Up Info

| Unit | SFD ID | Name | | | Rank | | | |
|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| A25 | 2396 | Christenson, Hans | FF |
| A25 | 1887 | O'Connor, James T | FF |

***** END OF REPORT *****

SEA-SFD_000047