# EXHIBIT 19

## FW: RE: inc 60567 & 60572 bad situation

**From:** "Mondragon, Ronald" <ronald.mondragon@seattle.gov>
**To:** "Scoggins, Harold D" <harold.scoggins@seattle.gov>; "Barrington, Willie" <willie.barrington@seattle.gov>; "Hastings, Bryan" <bryan.hastings@seattle.gov>; "Munnis, Timothy" <timothy.munnis@seattle.gov>; "Fitzpatrick, Helen" <helen.fitzpatrick@seattle.gov>; SFDPIO <sfdpio@seattle.gov>
**Date:** Sat, 20 Jun 2020 18:09:04 -0700

FYI.

I will try to work on this with the CHOP Medics.

Deputy Chief Ron Mondragon
Operations, Deputy 1B
301 Second Avenue South
Seattle, WA 98104
ronald.mondragon@seattle.gov
206-386-1481 (office)
206-255-8535 (mobile)

---

**From:** Watanabe, Dale
**Sent:** Saturday, June 20, 2020 17:57
**To:** Mondragon, Ronald <Ronald.Mondragon@seattle.gov>; Sharp, Michael <Michael.Sharp@seattle.gov>
**Cc:** Lombard, Christopher <Christopher.Lombard@seattle.gov>; Foerster, Paul <Paul.Foerster@seattle.gov>; Barokas, Michael <Michael.Barokas@seattle.gov>
**Subject:** RE: inc 60567 & 60572 bad situation

Ch Mondragon,

We took a call from 1660 12 av room 311 (just north of the east precinct), F/64 hx of MI a few years ago.  Caller says the symptoms are the same as a couple of years ago when she had the MI and according to the call taker was crying with a fear of impending doom.  FAC calltaker had to tell the caller we will not be responding, try and get to the fire station 1 block east of your location.  Upon arrival at Station 25 a still alarm was sent and request for a medic unit which then transported to Virginia Mason.

Here we have a caller that lives in the CHOP/CHAZ zone with no known ties to the protest but could have been a tragic victim of circumstance that definitely would have made the news and left everyone involved with egg on their face.  This is the run that the mayor, city council need to be made aware of before it's too late.

Dale