# EXHIBIT 20

## RE: SPU Support on 'March for Justice' events

| | |
|---|---|
| **From:** | "VanDusen, Hans" <hans.vandusen@seattle.gov> |
| **To:** | "Hara, Mami" <mami.hara@seattle.gov> |
| **Cc:** | "Fowler, Jeff" <jeff.fowler@seattle.gov>; "Worcester, Ned" <ned.worcester@seattle.gov>; "Buechler, Chad M" <chad.buechler@seattle.gov>; "Hare, David" <david.hare@seattle.gov>; "Beauregard, Idris" <idris.beauregard@seattle.gov>; "Barrett, Ty" <ty.barrett@seattle.gov> |
| **Date:** | Fri, 12 Jun 2020 15:17:50 -0700 |

### 3pm Fri June 12

**Citywide marches** – Large march activity this afternoon for Capital Hill, Beacon Hill and throughout the City.

**East Precinct Zone** – Protestor-established barricades remain at street ends for appx 7 blocks around SPD East Precinct as shown in prior map. SPU GM and others continue to monitor onsite to support safe access for City staff and contractors. Recommended access hours for services within zone are 8am-10am, with primary access at 12th and Pike barricade. Perimeter customers and services available throughout the day.

**SPD building –** SPD visited Thursday to assess and address interior items. Minimal activity today. No additional request for city departments.

**Debris** – SPU contractors collected bagged and consolidated debris each morning at collection points in the zone. Minimal scattered litter in zone.

**Customer waste services** – SPU calling and visiting with business and residential customers within and near the zone to clarify any service changes. SPU able to return some containers that were removed earlier in the week, if customers can safely store and retain. SPU focusing pickup in the zone for Mon, Wed, Fri at 8-10am. SPU providing large shared dumpsters at 13th & Pine and 10th & Pike for customers still without their own waste containers.

**Public waste services –** Parks to begin daily service of dumpster 11th & Olive in CA Park. Recycling container also at 11th & Olive. SPU distributing bags for public clean-up and servicing consolidation points. As described, much of public debris collected form bagged consolation at 12th & Pine and other pile locations.

**Public toilets** – All toilets pumped at appx 10am. 3 private sponsored toilets removed that were not being serviced. SPU SPU wash station water supply replenished. City sani-cans consolidate to:

- 9 at 11th & Olive on street (2 ADU) with 2 wash stations
- 8 at 12th & Pine with wash station
- 4 at 11th & Union

**Graffiti** – Continued graffiti near East Precinct on private buildings. No action by SPU and SDOT within zone. Continued abatement outside of zone.

**Broken window boarding** – SDOT dispatched to board broken window at Hillcrest Market 110 E Summit.

**Preventive boarding** – None.

**CID Deboarding** – Future plans TBD.

**EOC Support** – Hans continues remote operational coordination, through the weekend. OEM providing onsite EOC support and SPU liaison as needed. Clean City and GM providing onsite response in zone.

Let me know any questions.

---

**From:** VanDusen, Hans
**Sent:** Wednesday, June 10, 2020 3:02 PM
**To:** Hara, Mami <Mami.Hara@seattle.gov>
**Cc:** Fowler, Jeff <Jeff.Fowler@seattle.gov>; Worcester, Ned <Ned.Worcester@seattle.gov>; Buechler, Chad M <Chad.Buechler@seattle.gov>; Hare, David <David.Hare@seattle.gov>; Beauregard, Idris <Idris.Beauregard@seattle.gov>; Barrett, Ty <Ty.Barrett@seattle.gov>
**Subject:** RE: SPU Support on 'March for Justice' events

<u>3pm Wed June 10</u>

(Some redundancy with Chad update)

**East Precinct Zone** – New barricades continue to adjust at street ends in blocks around SPD East Precinct. See map. City department directors and staff on-site to coordinate fire and emergency access, site hygiene and other public needs.

**SPD building –** FAS second story boarding canceled. FAS Fuel removal from basement generator postponed. EOC and SPD coordinating door security and further item removal.

**Debris** – Minimal scattered debris this morning. Litter had been consolidated and set-out at barricade street-ends. SPU contractors collected street ends and other internal debris piles this morning.

**Business Waste services** and container reduction – SPU & contractors coordinated service adjustments to respond to both: 1. Restricted zone access and 2. Appx 50 containers removed Monday for fire safety. SPU and Recology informing customers with options and revisions, including set-out times in zone, early am, to provide access for service. SPU providing large dumpsters at 13th & Pine and 10th & Pike for customers that had their own containers removed. SPU reviewing individual container for return to area if can be secured.

**Public waste services –** Parks dumpster provide at CA Park. As described, SPU contractors collection debris piles street ends, litter cans and other locations.

**Public toilets** – SPU supported servicing at current toilets. SPU coordinated FAS delivery of 5 new toilets at 11th and Olive, adjacent to east entrance to Cal Anderson Park. SPU will install washing station at this location. SPU will continue to review with Parks and MO future adjustments. Current toilets:

- 5 at 11th & Olive on street (FAS),
- 3 in CA Park near 11th & Olive (Parks)
- 8 at 12th & Pine (FAS)
- 4 at 11th & Union (SPU)

**Graffiti** – Continued graffiti near East Precinct on private buildings. SPU and SDOT directed to hold off on near-term abatement within the nearby zone.

**Broken window boarding** – None.

**Preventive boarding** – None.

**CID Deboarding** – OED, Arts and others continue to engage with CID groups and artists on plans, options, needs and timing for potential future deboarding. Plans are TBD.

**EOC Support** – Hans continues as weekday on-call. Chad as night on-call. Dave as weekend day on-call. But all 3 plenty involved in Ops.

Let me know any questions.



**From:** VanDusen, Hans
**Sent:** Tuesday, June 9, 2020 7:38 AM
**To:** Hara, Mami <Mami.Hara@seattle.gov>
**Cc:** Fowler, Jeff <Jeff.Fowler@seattle.gov>; Worcester, Ned <Ned.Worcester@seattle.gov>; Buechler, Chad M <Chad.Buechler@seattle.gov>; Hare, David <David.Hare@seattle.gov>; Beauregard, Idris <Idris.Beauregard@seattle.gov>; Barrett, Ty <Ty.Barrett@seattle.gov>
**Subject:** RE: SPU Support on 'March for Justice' events

### 7:30am Tue June 9

**Debris** – Minor debris near East Precinct. SPU awaiting confirmation from SPD to access adjacent streets for debris pickup. As you know, barriers and police presence was pulled at 5pm Mon.

**Graffiti** – Major graffiti on private buildings. SPU and SDOT will hold off on abatement near East Precinct due to access and rain conditions limiting abatement success. We will access for priority hate, race, vulgar graffiti to follow-up later.

**Flammable and container reduction** – Most business dumpsters from the block around East Precinct were removed yesterday afternoon, per SPD request. A few more that were not accessible, due to pm crowds, will be removed today. SPU will be coordinating with Recology and relevant independent vendors on service plans for businesses whose containers were removed.

**Broken window boarding** – 1 burglary reported with boards removed at 5th and Pike. SPU confirming if re-boarding assistance is needed.

**Preventive boarding** – SDOT completed additional preventative boarding of lower level of East Precinct yesterday and installation of chain-link fence adjacent to building. FAS is coordinating contractor to install 2nd story boarding.

**Fuel removal –** FAS coordinating removal of fuel from East Precinct basement generator by contractor today.

**EOC Activation** – EOC activation now 4-10pm. SPU requested as on-call 11am-10pm, but not requested at EOC. Hans is current SPU on-call. SWLOB and EM will confer on on-call coverage.

Let me know any questions.

---

**From:** VanDusen, Hans
**Sent:** Monday, June 8, 2020 7:12 AM
**To:** Hara, Mami <Mami.Hara@seattle.gov>
**Cc:** Fowler, Jeff <Jeff.Fowler@seattle.gov>; Worcester, Ned <Ned.Worcester@seattle.gov>; Buechler, Chad M <Chad.Buechler@seattle.gov>; Hare, David <David.Hare@seattle.gov>; Beauregard, Idris <Idris.Beauregard@seattle.gov>; Barrett, Ty <Ty.Barrett@seattle.gov>
**Subject:** RE: SPU Support on 'March for Justice' events

**7am June 8**

**Debris** – Major debris again near East Precinct. Area was not cleared for clean-up assessment and entry until appx 5:30am. SDOT, SPU Recology and SPU Elmgrove cleaning litter and debris this morning. SDOT heavy equipment will be onsite to address concrete, metal and large items. Recology to relocate dumpsters and litter cans from the street, some burned. No debris reported at other sites.

**Graffiti** – Major amounts of graffiti on private buildings, including brick. SPU and SDOT will continue to address priority hate, race, vulgar graffiti on private surfaces. Significant volumes of graffiti on private surfaces will likely need to wait for robust public-private after event sweep in future. SPU, SDOT and Parks removing priority tags on public assets today near East Precinct. No graffiti reported at other gathering areas.

**Flammable and container reduction** – No new action.

**Broken window boarding** – None reported or observed for dispatch today.

**Preventive CID boarding** – SDOT was asked to preventatively board up lower level of East Precinct. SPD potentially interested in higher pre-boarding at East Precinct and maybe West Precinct in future but still needs to be confirmed.

**EOC Activation** – EOC currently scheduled through Sun June 14. SPU EM and SWLOB will provide staffing plan.

Let me know any questions.

---

**From:** VanDusen, Hans
**Sent:** Sunday, June 7, 2020 8:05 AM
**To:** Hara, Mami <Mami.Hara@seattle.gov>
**Cc:** Fowler, Jeff <Jeff.Fowler@seattle.gov>; Worcester, Ned <Ned.Worcester@seattle.gov>; Buechler, Chad M <Chad.Buechler@seattle.gov>; Hare, David <David.Hare@seattle.gov>; Beauregard, Idris <Idris.Beauregard@seattle.gov>; Barrett, Ty <Ty.Barrett@seattle.gov>
**Subject:** RE: SPU Support on 'March for Justice' events

<u>8am June 7</u>

**Debris** – Major debris in Cap Hill near East Precinct, area after significant Sat night activity. SDOT, Recology and Elmgrove cleaning this morning. No significant debris reported yet for other protest gatherings.

**Graffiti** – SPU, SDOT and Parks dispatching today for removal near Cal Anderson. No reports yet on other gathering areas.

**Flammable and container reduction** – No new action.

**Broken window boarding** – 1 reported near Cap Hill and dispatched today.

**Preventive CID boarding** – Project completed Friday night.

Let me know any questions.

---

**From:** VanDusen, Hans
**Sent:** Saturday, June 6, 2020 7:17 AM
**To:** Hara, Mami <Mami.Hara@seattle.gov>
**Cc:** Fowler, Jeff <Jeff.Fowler@seattle.gov>; Worcester, Ned <Ned.Worcester@seattle.gov>; Buechler, Chad M <Chad.Buechler@seattle.gov>; Hare, David <David.Hare@seattle.gov>; Beauregard, Idris <Idris.Beauregard@seattle.gov>; Barrett, Ty <Ty.Barrett@seattle.gov>
**Subject:** RE: SPU Support on 'March for Justice' events

<u>7am June 6</u>

**Debris** – No major debris reported. Most cleaned-up overnight by SPU contractors and protestors.

**Graffiti** – Medium. SPU, SDOT and Parks scheduled for removal today, especially near Cal Anderson, near 23rd & Jackson protest site, and march route between.

**Flammable and container reduction** – SPU will continue focus on potential Saturday protest sites

**Broken window boarding** – 1 re-boarding reported overnight and dispatched today. (Ross downtown had boards removed for looting that will be replaced.)

**Preventive CID boarding** – SDOT and FAS completed final 6 sites yesterday on last day of City preventive boarding project. Young artists (younger than me), many from the community hosted, an impressive mural painting event on the CID plywood yesterday. I'll send some pictures later.

Let me know any questions.

Hans Van Dusen
Solid Waste Contracts Manager
(206) 310-0341

---

**From:** VanDusen, Hans
**Sent:** Friday, June 5, 2020 8:20 AM
**To:** Hara, Mami <Mami.Hara@seattle.gov>
**Cc:** Fowler, Jeff <Jeff.Fowler@seattle.gov>; Worcester, Ned <Ned.Worcester@seattle.gov>; Buechler, Chad M <Chad.Buechler@seattle.gov>
**Subject:** RE: SPU Support on 'March for Justice' events

**8am June 5**

**Debris** – Small litter and full litter cans at Thursday protest sites with SDOT & Recology responding this morning

**Graffiti** – Medium. Graffiti removal scheduled today, mostly Cal Anderson area again – with SDOT & Parks

**Flammable and container reduction** – SPU will focus on potential Friday sites and prepare for the larger weekend protest events.

**Broken window boarding** – Dispatched 1 site today with broken glass today (on MLK South near the Othelo protest site but possibly note related)

**Preventive CID boarding** – Dispatched final 6 sites today to small SDOT crew for early board up prior to community murals event today. Final tally should tally should by appx 230 CID sites. An impressive One City commitment to the community, culminating with another heroic late night Thursday shift by SPU warehouse, PDB and DWW crews.

Let me know any questions.



Hans Van Dusen
Solid Waste Contracts Manager
City of Seattle, Seattle Public Utilities
O: 206-684-4657 |M: 206-310-0341
Facebook | Twitter

**From:** VanDusen, Hans
**Sent:** Thursday, June 04, 2020 9:24 AM
**To:** Hara, Mami <Mami.Hara@seattle.gov>
**Cc:** Fowler, Jeff <Jeff.Fowler@seattle.gov>; Worcester, Ned <Ned.Worcester@seattle.gov>
**Subject:** RE: SPU Support on 'March for Justice' events

9:00 am June 4

**Debris removal** –Mostly litter, not large debris last night. Clean-up & litter cans completed this morning for Wed protest or march areas, including Cal Anderson, Pike/Pine corridor, City Hall - with SDOT, Recology and Clean City

**Graffiti abatement** – Medium. Graffiti removal scheduled today, mostly Cal Anderson area – with SDOT & Parks

**Flammable and container reduction** – Continue to monitor remove containers and excess materials around Cal Anderson

**Broken window boarding** – Dispatched 0 sites with broken glass today

**Preventive CID boarding** – Dispatched appx 20 sites to SDOT and SPU today. Should be nearly complete on all requests today. I expect small deployment tomorrow.
Total closed out to date = 192; Total open requests = 24; Total open and closed requests = 216

Let me know any questions.



Hans Van Dusen
Solid Waste Contracts Manager
City of Seattle, Seattle Public Utilities
O: 206-684-4657 |M: 206-310-0341
Facebook | Twitter

**From:** VanDusen, Hans
**Sent:** Wednesday, June 03, 2020 3:45 PM
**To:** Hara, Mami <Mami.Hara@seattle.gov>
**Cc:** Fowler, Jeff <Jeff.Fowler@seattle.gov>; Worcester, Ned <Ned.Worcester@seattle.gov>
**Subject:** SPU June 3 Support on 'March for Justice' events

**Debris removal** – Significant debris clean-up & dumpster recovery for on Capitol Hill during the night and early morning - with SDOT, Recology and Clean City

**Graffiti abatement** – Graffiti removal, mostly Cal Anderson, plus City Hall and other locations

**Flammable and container reduction** – Removed containers and excess materials around Cal Anderson prior to today's rally

**Broken window boarding** – Dispatched 2 sites with broken glass

**Preventive CID boarding** – Dispatched appx 30 sites to appx 38 staff in field (Parks, FAS, SDOT)
*(I'll check on our latest boarding tallies)*

Hans Van Dusen
(206) 310-0341
Seattle Public Utilities