# EXHIBIT 21

# 2PM Update - E Precinct (see notes)

| | |
|---|---|
| **Where:** | 701-801-1211; 591-015-294 |
| **When:** | Wed Jun 10 14:00:00 2020 (America/Los_Angeles) |
| **Until:** | Wed Jun 10 15:00:00 2020 (America/Los_Angeles) |
| **Organisers** | "Nelson, Laurel" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=f1bbaebb6f0a4bed808e0303e8b537f0-nelsonl1"> |
| **Required Attendees:** | "Fong, Michael" <michael.fong@seattle.gov><br>"Ranganathan, Shefali" <shefali.ranganathan@seattle.gov><br>"Sixkiller, Casey" <casey.sixkiller@seattle.gov><br>"Formas, Stephanie" <stephanie.formas@seattle.gov><br>"Auriemma, Anthony" <anthony.auriemma@seattle.gov><br>"Kline, Julie" <julie.kline@seattle.gov><br>"Aisenberg, Kathryn - MOS" <kathryn.aisenberg2@seattle.gov><br>"Apreza, Ernesto" <ernesto.apreza@seattle.gov><br>"Best, Carmen" <carmen.best@seattle.gov><br>"Mahaffey, Thomas" <thomas.mahaffey@seattle.gov><br>"Diaz, Adrian" <adrian.diaz@seattle.gov><br>"Scoggins, Harold D" <harold.scoggins@seattle.gov><br>"Aguirre, Jesús" <jesus.aguirre@seattle.gov><br>"Hara, Mami" <mami.hara@seattle.gov><br>"Goings, Calvin" <calvin.goings@seattle.gov><br>"Zimbabwe, Sam" <sam.zimbabwe@seattle.gov><br>"Mantilla, Andres" <andres.mantilla@seattle.gov><br>"Neafcy, Kenneth" <kenneth.neafcy@seattle.gov> |
| **Optional Attendees:** | "Grove, Kiersten" <kiersten.grove@seattle.gov><br>"Reed, Michelle" <michelle.reed@seattle.gov><br>"Worcester, Ned" <ned.worcester@seattle.gov><br>"Buechler, Chad M" <chad.buechler@seattle.gov><br>"Rivera, Maritza" <maritza.rivera@seattle.gov> |
| **Attachments:** | 6-10-20 11 AM E Precinct Call Notes (002).docx (23.81 kB) |

## 6/10/20 11 AM E Precinct Call Notes

**NEXT CALL 2:00 PM:**

**Situation Update:** E Precinct doors are locked and the SAID card system working again, but it doesn't sound like this has been verified with eyes on scene. Personal Property and some files remain in the E Precinct Building. There are some reports of group members checking ID or questioning people at checkpoints.

1. Pursue Physical Modifications to Barriers/Footprint
    - Negotiations continue. Non-SDOT metal barrier removal began, but group leaders changed their mind and metal barriers remain. Unknown how much progress with barrier/footprint modification can be made today. Existing street closures remain in place. There is confusion among the group leaders on site as to who can make decisions on footprint/barrier removal.
    - Looking at setting a planter at 10th and Pine
2. Secure the E Precinct Building
    - Personal Property and files remain in the building, it is difficult to inventory everything that remains.
    - SPD is aware that additional police presence could increase tension
    - SPU offered to provide a dumpster accessible by minimal staff that could be removed by a collection vehicle. SPD will pass the offer on to SPD Incident Command.
    - Chief Scoggins and Stephanie Formas past the lobby are still locked. But front doors from the street were "green" and unlocked. The rear door was also "green" and unlocked, but fencing was in place and undamaged. SPD will follow up on reviewing and verifying locked doors.
    - FAS continues to defer to SPD on defueling the generator. Defueling the generator seems to be of lower concern.
3. Encourage conversations between protest groups and the city.
    - Efforts continue, led by the Mayor's Office in response to the requests made by groups on site.
4. Cal Anderson Park Support
    - There are concerns about the level of permanent activity at the park. There are at least 27 tents on site and a group was digging a community garden. The tents appear to be a diverse set of protesters. SPU, Parks, and DM Sixkiller will follow up separately on the portable toilet strategy.

SPU, Parks to address the request for 17 port-a-potties

OEM will follow-up on secondhand information about persons being asked to show IDs.