# EXHIBIT 22

## Re: Parks and Environment Team

**From:** "Yadrick, Michael" <michael.yadrick@seattle.gov>
**To:** "Furuto, Joey" <joey.furuto@seattle.gov>
**Date:** Wed, 17 Jun 2020 07:48:24 -0700

That is some great context and an untold story. Photos really only show the streets and not the Park as much. The Mayor seems to be promoting the gardens



 Mayor Jenny Durkan ✔ @MayorJenny · Jun 12
Earlier today, I visited the #CHAZ and met Marcus Henderson, the person behind the new community garden popping up in **Cal Anderson** Park. Read more about Marcus and the work that's gone into creating the gardens:
thestranger.com/slog/2020/06/1...

💬 10.9K    🔁 2.3K    ♡ 1.5K

https://www.thestranger.com/slog/2020/06/12/43897621/meet-the-farmer-behind-chazs-vegetable-gardens



**Meet the Farmer Behind CHAZ's Vegetable Gardens - Slog - The Stranger**

Marcus was the first to start gardening in the park, though he was quickly joined by friends and strangers. This isn't the work of a casual amateur; Henderson has an Energy Resources Engineering ...

www.thestranger.com

I will be in town a bit later next Tuesday. I will get up there and check it out.
Thanks. Hopefully you are getting some sleep!

03.18.2022
Furuto
**9**
Buell Realtime Reporting

SEA_00045734

Michael Yadrick Jr.
Plant Ecologist | Green Seattle Partnership
City of Seattle  | Seattle Parks and Recreation
O: 206-615-1046 | M: 206-423-1608
Facebook | Twitter | Blog

**From:** Furuto, Joey <Joey.Furuto@seattle.gov>
**Sent:** Tuesday, June 16, 2020 3:59 PM
**To:** Yadrick, Michael <Michael.Yadrick@seattle.gov>
**Subject:** RE: Parks and Environment Team

Thanks Michael I appreciate your thoughts. The gardening is currently considered illegal because they were initially digging into the turf very close to the cap of the reservoir. I had Andy Sheffer with PDD create a map for me with the cap locations. I shared the map with the gardening group to create a "no digging" rule which they have since followed. I did suggest raised beds which the group has also complied with. ==It's unfortunate that this gardening group is set up between 140 tents many of which are involved in illegal activity. I have spent on average three hours a day on-site for the past week and have witnessed some very nefarious behavior within the garden area.== Sadly, it is a battle there. Our staff have in the past been harassed by the multiple factions of groups there who are also in disagreement with each other. There are high levels of paranoia there.

If you haven't been there I highly suggest a late evening or night visit and would be interested to hear your thoughts.

Best,

Joey

**From:** Yadrick, Michael <Michael.Yadrick@seattle.gov>
**Sent:** Tuesday, June 16, 2020 3:35 PM
**To:** Furuto, Joey <Joey.Furuto@seattle.gov>
**Subject:** Re: Parks and Environment Team

Good afternoon Joey

Thanks for the update. It kind of seems all these activities at Cal Anderson are sanctioned by the City to allow for the community to come to together, protest and exercise their first amendment rights. It might be good to hear more about the status of Cal Anderson as part of the CHOP because calling activities like gardening "illegal" and saying we are going to "regain the park" makes it sound like a battle while we continue to service the park.

The garden beds in particular seem to be a way for people to assert some autonomy in the area as well as their express their discontent with our urban food system. Many other reports I have read seem to say the area is less violent and rowdy than it was before the protests.

Michael Yadrick Jr.
Plant Ecologist | Green Seattle Partnership
City of Seattle  | Seattle Parks and Recreation
O: 206-615-1046 | M: 206-423-1608
Facebook | Twitter | Blog

**From:** Furuto, Joey <Joey.Furuto@seattle.gov>
**Sent:** Monday, June 15, 2020 4:24 PM
**To:** PKS_Parks_Division <PKSParksDivision@seattle.gov>
**Cc:** Jose, Jasmine <Jasmine.Jose@seattle.gov>; Aguirre, Jesús <Jesus.Aguirre@seattle.gov>; Williams, Christopher <Christopher.Williams@seattle.gov>; Schulkin, Rachel <Rachel.Schulkin@seattle.gov>; Sheffer, Andy <Andy.Sheffer@seattle.gov>; Alspaugh, Pamela <Pamela.Alspaugh@seattle.gov>; Stowers, Robert <Robert.Stowers@seattle.gov>; Finnegan, Michele <Michele.Finnegan@seattle.gov>; Grabowski, Donnie <Donnie.Grabowski@seattle.gov>; Cutler, Justin <Justin.Cutler@seattle.gov>
**Subject:** Parks and Environment Team

Dear Parks and Environment Team,

Last week Tuesday approximately 50 of us met and did a through clean up and tree planting dedication to George Floyd at Cal Anderson Park. We had a moment of silence to remember all of the social injustice that we have individually seen and experienced in our lives. It was a great day where different Districts got the opportunity to work with other Districts, laugh, have fun and eat together. The purpose of our clean up was so that the community could express their 1st amendment rights in a safe and clean environment.

==Sadly, I have to report that over the past week Cal Anderson has completely transformed. It has over 50 tents throughout the park, graffiti covering every surface, multiple illegal planting beds installed, cars parked on the grass and an accumulation of thousands of pounds of trash everyday. This is sad and extremely frustrating to those of us who work there daily to provide a space for the community to recreate in. Please know that the decision to allow this to happen at Cal Anderson did not come easily but was made to help deescalate the violence that was occurring every night. Since last week Tuesday no new reports have come in regarding bodily injuries or businesses damaged in the area. This was the correct decision that was made. Essentially Parks took a hit for the betterment of the City of Seattle and it's residents. Please take pride in the fact that SPR helped with a really difficult situation.==

Make no mistake, we will regain the park back when the timing is right. We will make Cal Anderson better then what it was. We will make better decisions from what we learn today. And more importantly we will rise above this.

If you question what our Division stands for and the direction we are heading in please click on the link below to watch the video of our clean up.

A huge MAHALO to Danny Segi who documented our clean up last week Tuesday at Cal Anderson.

SPR Clean-Up (06-14-2020).m4v

Best,

Joey