# EXHIBIT 23

# FW: Requests

| | |
|---|---|
| **From:** | "Sixkiller, Casey" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=2a241f350004414593ce62126d8ec299-sixkilc"> |
| **To:** | "Fong, Michael" <michael.fong@seattle.gov>; "Ranganathan, Shefali" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=122ab63308df4c3dbb5779b2c875ed08-rangans"> |
| **Date:** | Tue, 09 Jun 2020 07:18:02 -0700 |
| **Attachments:** | Resolution Language_DRAFT_East Precinct Transfer.docx (51.66 kB); EastPrecinct_Draft Resolution_Attachment A.docx (29.34 kB); Site Relocation of East Precinct 060820.docx (53.07 kB); Site Relocation_Exhibit A East Precinct Service Area.docx (156.37 kB); Site Relocation_Exhibit B East Precinct Market Survey 6.8.2020.xlsx (21.21 kB); Site Relocation_Exhibit C East Precinct Properties .xlsx (31.34 kB); Move Contents from East Precinct 060820.docx (57.8 kB) |

Ummm….



Casey Sixkiller
Deputy Mayor
(He/Him/His)
Office of Mayor Jenny A. Durkan | City of Seattle
O: 206-233-7939 | M: 206-437-7437 | casey.sixkiller@seattle.gov
Facebook | Twitter | Subscribe to the Mayor's Newsletter

**From:** Goings, Calvin <Calvin.Goings@seattle.gov>
**Sent:** Monday, June 8, 2020 3:10 PM
**To:** Durkan, Jenny <JAMD@Seattle.Gov>
**Cc:** Sixkiller, Casey <Casey.Sixkiller@seattle.gov>; Fong, Michael <Michael.Fong@seattle.gov>; Ranganathan, Shefali <Shefali.Ranganathan@seattle.gov>; Formas, Stephanie <Stephanie.Formas@seattle.gov>
**Subject:** Requests
**Importance:** High

Good afternoon Mayor,

Please see the attached documents as requested.

Please let me know if you have any questions or concerns.

*Thank you,*
*Calvin*



Calvin W. Goings
Department Director
City of Seattle, Department of Finance and Administrative Services (FAS)
calvin.goings@seattle.gov

**From:** Grove, Kiersten <Kiersten.Grove@seattle.gov>
**Sent:** Monday, June 08, 2020 3:04 PM

**To:** Goings, Calvin <Calvin.Goings@seattle.gov>
**Subject:** Follow Up

Calvin,

Attached please find three documents and supporting materials:
1. A draft memo and resolution transferring the East Precinct. Please note that this is drafted as a resolution as significant legal analysis will need to be done to ensure that this is executed as intended.
2. A memo and supporting materials that outline options within the East Precinct boundaries for relocating the facility. Please note that for any of these options there will be some set up time required, including for any portables. In the current form, the Precinct would require dozens of portables which may not provide sufficient security for data or other law enforcement materials.
3. A memo outlining the process for relocating the Precinct functions.



Kiersten Grove
Deputy Department Director
City of Seattle, Department of Finance and Administrative Services
O: 206.727.3967 M:206.900.6713
kiersten.grove@seattle.gov



SEA_00102556

Document Produced As Native

SEA_00102557

East Precinct Market Survey                                                                                     6/8/2020

| Property Name | Property Address | Total Available Space (SF) |
|---|---|---:|
| Capitol Hill Office | 464 12th Ave | 9,187 |
| Ballou Wright Building | 1517 12th Ave | 6,448 |
| Micheal Reese Building | 200 Broadway | 1,581 |
| Jefferson Bldg | 1401 E Jefferson St | 4,047 |
| Madison Ridge Office Bldg | 2014 E Madison St | 4,265 |
|  | 2811 E Madison St | 3,000 |
| Madison Park | 4126-4128 E Madison St | 297 |
| Six Arms Bldg | 300 E Pike St | 4,646 |
|  | 1000 E Pike St | 7,470 |
| OddFellows Building | 911-921 E Pine St | 15,437 |
|  | 2100 E Spruce St | 10,553 |
| Yesler Place | 1404 E Yesler Way | 1,539 |
| South Central Cmnty College Annex | 1500-1534 Broadway | 2,651 |
|  | 1204 E Columbia St | 4,183 |
| Chophouse Row | 1424 11th Ave | 6,633 |
| Kelly Springfield Building | 1525 11th Ave | 11,839 |
| Pacific Rim Center | 900 S. Jackson | 1,165 |
| Piston & Ring Building | 1429 12th Ave | 4,979 |
| CJJ Building | 1618 S. Lane | 3,220 |
|  | 229 Broadway East | 3,446 |
| Cabrini Medical Tower | 901 Boren | 3,538 |
| M Street | 805 Madison | 6,763 |
| Pike Medical Works | 714 E Pike | 4,285 |
| Elmer J. Nordstrom Medical Tower | 1229 Madison | 36,337 |

Document Produced As Native

SEA_00102558

| City_Owned | PMA_Num | PMA_Name | Juris_Dept | Primary_Use | Use_Class | Address | Status | Dept_Name | Polygon_SquareFeet |
|---|---|---|---|---|---|---|---|---|---|
| Owned | 43 | Horiuchi Park | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 156 Boren Ave | Fully Utilized | Seattle Parks and Recreation | 12503.2253301271 |
| Owned | 101 | Madrona-Sally Goldmark Branch Library | SPL | Library | Library/Community/Cultural Facilities | 1134 33rd Ave | Fully Utilized | Seattle Public Library, The | 10001.6032710929 |
| Mixed Ownership | 121 | Fire Station No. 22- Part Esmt | FAS | Fire Facility | Primary City Operating Facility | 901 E Roanoke St | Fully Utilized | Seattle Finance & Administrative Services | 15923.5484228885 |
| Owned | 123 | Fire Station No. 25 | FAS | Fire Facility | Primary City Operating Facility | 1300 E Pine St | Fully Utilized | Seattle Finance & Administrative Services | 23076.1087245659 |
| Owned | 131 | Fire Station No. 34 | FAS | Fire Facility | Primary City Operating Facility | 633 32nd Ave E | Fully Utilized | Seattle Finance & Administrative Services | 12334.8471868605 |
| Owned | 155 | Freeway Park Parking Garage- Lease to WSCTC | FAS | Parking | Roadways, Excess ROW, Tidelands, Vacant | 1300 Hubbell Pl | Fully Utilized | Seattle Finance & Administrative Services | 54535.7232896747 |
| Owned | 227 | Douglass-Truth Branch Library | SPL | Library | Library/Community/Cultural Facilities | 2300 E Yesler Way | Fully Utilized | Seattle Public Library, The | 28879.8291447247 |
| Owned | 228 | Capitol Hill Branch Library | SPL | Library | Library/Community/Cultural Facilities | 425 Harvard Ave E | Fully Utilized | Seattle Public Library, The | 11875.8145464897 |
| Owned | 256 | Langston Hughes Cultural Arts Center | Parks | Cultural/Entertainment Facility | Library/Community/Cultural Facilities | 104 17th Ave S | Fully Utilized | Seattle Parks and Recreation | 52604.2135178754 |
| Owned | 263 | Leschi Natural Area | Parks | Greenbelts/Natural Area | Parks and Open Space | 3525 E Terrace St | Fully Utilized | Seattle Parks and Recreation | 164941.2460474160 |
| Owned | 296 | Madison Hillside | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 3001 E Madison St | Fully Utilized | Seattle Parks and Recreation | 14385.5568023544 |
| Owned | 312 | Jim Ellis Freeway Park- Air Rights | Parks | Downtown Parks | Parks and Open Space | 1227 9th Ave | Fully Utilized | Seattle Parks and Recreation | 228791.7898409050 |
| Owned | 345 | Powell Barnett Park | Parks | Neighborhood Parks | Parks and Open Space | 2760 E Alder St | Fully Utilized | Seattle Parks and Recreation | 189779.9824330690 |
| Owned | 346 | Belmont Place | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 703 Belmont Pl E | Fully Utilized | Seattle Parks and Recreation | 760.7795748781 |
| Owned | 349 | Boylston Place | SDOT | Park/Playground/Viewpoint | Parks and Open Space | 815 Broadway | Fully Utilized | Seattle Dept of Transportation | 199.7036634788 |
| Owned | 351 | Firehouse Mini Park | Parks | Neighborhood Parks | Parks and Open Space | 712 18th Ave | Fully Utilized | Seattle Parks and Recreation | 14506.8999794442 |
| Owned | 353 | Garfield Playfield & Community Center | Parks | Recreation Areas | Parks and Open Space | 537 25th Ave | Fully Utilized | Seattle Parks and Recreation | 367441.4637350390 |
| Owned | 354 | Grand Army of the Republic Cemetary | Parks | Neighborhood Parks | Parks and Open Space | 1200 E Howe St | Fully Utilized | Seattle Parks and Recreation | 124541.7086611140 |
| Owned | 356 | Harrison Ridge Greenbelt | Parks | Greenbelts/Natural Area | Parks and Open Space | 138 32nd Ave E | Fully Utilized | Seattle Parks and Recreation | 171047.1479680360 |
| Owned | 357 | Prentis I. Frazier Park | Parks | Neighborhood Parks | Parks and Open Space | Harrison St | Fully Utilized | Seattle Parks and Recreation | 15895.4585196351 |
| Owned | 359 | Howell Park | Parks | Mini Parks/Pocket Parks | Parks and Open Space | Howell Pl | Fully Utilized | Seattle Parks and Recreation | 37590.4597965154 |
| Owned | 362 | Boren Park | Parks | Neighborhood Parks | Parks and Open Space | 1606 15th Ave E | Fully Utilized | Seattle Parks and Recreation | 315080.3561285180 |
| Owned | 363 | Flo Ware Park | Parks | Neighborhood Parks | Parks and Open Space | 2800 S Jackson St | Fully Utilized | Seattle Parks and Recreation | 21521.6489355824 |
| Owned | 365 | Lakeview Park | Parks | Neighborhood Parks | Parks and Open Space | Lake Washington Bl E | Fully Utilized | Seattle Parks and Recreation | 196007.9639754470 |
| Owned | 366 | Lakeview Place | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 1042 Lakeview Bl E | Fully Utilized | Seattle Parks and Recreation | 185.3171083503 |
| Owned | 367 | Leschi Park | Parks | Neighborhood Parks | Parks and Open Space | 100 Lakeside Ave S | Fully Utilized | Seattle Parks and Recreation | 745661.3986093520 |
| Owned | 369 | Madison Park | Parks | Community Parks | Parks and Open Space | 4201 E Madison St | Fully Utilized | Seattle Parks and Recreation | 360582.2020287790 |
| Owned | 370 | Madrona Park | Parks | Community Parks | Parks and Open Space | 853 Lake Washington Bl | Fully Utilized | Seattle Parks and Recreation | 1375730.0048014000 |
| Owned | 371 | Madrona Playground | Parks | Recreation Areas | Parks and Open Space | 917 34th Ave | Fully Utilized | Seattle Parks and Recreation | 77013.5382245359 |
| Owned | 373 | Miller- Pendleton-Miller Playfield /Community Ctr | Parks | Recreation Areas | Parks and Open Space | 301 20th Ave E | Fully Utilized | Seattle Parks and Recreation | 329292.2194050190 |
| Owned | 374 | E Montlake Park | Parks | Neighborhood Parks | Parks and Open Space | 2802 E Park Dr E | Fully Utilized | Seattle Parks and Recreation | 68966.2586000201 |
| Owned | 375 | W Montlake Park | Parks | Neighborhood Parks | Parks and Open Space | 2899 W Park Dr E | Fully Utilized | Seattle Parks and Recreation | 122893.7774397010 |
| Owned | 376 | Montlake Playfield & Community Center | Parks | Recreation Areas | Parks and Open Space | 1618 E Calhoun St | Fully Utilized | Seattle Parks and Recreation | 1163355.3465178700 |
| Mixed Ownership | 377 | South Passage Point Park- Part Lease | Parks | Mini Parks/Pocket Parks | Parks and Open Space | Fairview Ave E | Fully Utilized | Seattle Parks and Recreation | 38761.9576105204 |
| Owned | 378 | Peppis Playground | Parks | Neighborhood Parks | Parks and Open Space | 3233 E Spruce St | Fully Utilized | Seattle Parks and Recreation | 99715.1507843166 |
| Owned | 379 | Roanoke Park | Parks | Neighborhood Parks | Parks and Open Space | 10th Ave E & E Roanoke St | Fully Utilized | Seattle Parks and Recreation | 94016.5347485659 |
| Owned | 381 | Spring Street Mini Park | Parks | Neighborhood Parks | Parks and Open Space | 1506 E Spring St | Fully Utilized | Seattle Parks and Recreation | 14296.8738422497 |
| Owned | 383 | Summit Place | Parks | Mini Parks/Pocket Parks | Parks and Open Space | Belmont Ave E & E Bellevue Pl | Fully Utilized | Seattle Parks and Recreation | 766.6125216092 |
| Owned | 384 | Tashkent Park | Parks | Neighborhood Parks | Parks and Open Space | 511 Boylston Ave E | Fully Utilized | Seattle Parks and Recreation | 20513.6981454123 |
| Owned | 385 | William Grose Park | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 1814 30th Ave | Fully Utilized | Seattle Parks and Recreation | 18038.3718301149 |
| Owned | 386 | Thomas Street Mini Park | Parks | Mini Parks/Pocket Parks | Parks and Open Space | Bellevue Ave E & E Thomas St | Fully Utilized | Seattle Parks and Recreation | 10781.5511670865 |
| Owned | 387 | Plum Tree Park | Parks | Neighborhood Parks | Parks and Open Space | 1717 26th Ave | Fully Utilized | Seattle Parks and Recreation | 14402.1592870772 |
| Owned | 390 | Pratt Park | Parks | Community Parks | Parks and Open Space | 201 20th Ave S | Fully Utilized | Seattle Parks and Recreation | 237926.1600349090 |
| Owned | 392 | Frink Park | Parks | Greenbelts/Natural Area | Parks and Open Space | 34th Ave S | Fully Utilized | Seattle Parks and Recreation | 720411.6111931290 |
| Owned | 393 | Washington Park Arboretum | Parks | Special-Use Parks/Specialty Gardens/ELC's | Parks and Open Space | Lake Washington Bl | Fully Utilized | Seattle Parks and Recreation | 8019522.0790503300 |
| Owned | 395 | Dr. Blanche Lavizzo Park | Parks | Neighborhood Parks | Parks and Open Space | 2200 S Jackson St | Fully Utilized | Seattle Parks and Recreation | 96023.5547688471 |
| Mixed Ownership | 397 | Judkins Park and Playfield- Part Lease | Parks | Recreation Areas | Parks and Open Space | 2150 S Norman | Fully Utilized | Seattle Parks and Recreation | 806177.6433598650 |
| Owned | 399 | Volunteer Park | Parks | Regional Parks/Large Urban Parks | Parks and Open Space | 1400 E Prospect St | Fully Utilized | Seattle Parks and Recreation | 2104404.8297386900 |
| Owned | 412 | Lake Washington Boulevard North | Parks | Boulevards/Green Streets/Greenways/Trails | Parks and Open Space | 2521 Lake Park Dr S | Fully Utilized | Seattle Parks and Recreation | 1409261.6899260400 |
| Owned | 634 | Capitol Substation Site | SCL | Parking | Roadways, Excess ROW, Tidelands, Vacant | 324 15th Ave E | Interim Use | Seattle City Light | 4955.5646319358 |
| Owned | 637 | Bellevue Substation Site | SCL | Storage (Uncovered) | Utility Facilities/ROW & Maintenance | 210 Bellevue Ave E | Underutilized | Seattle City Light | 11759.0188422092 |
| Owned | 639 | Mercer Substation Site | SCL | Vacant (Undeveloped) | Roadways, Excess ROW, Tidelands, Vacant | 411 E Mercer St | Unused | Seattle City Light | 2694.6052042595 |
| Owned | 806 | Fire Station No. 6 | FAS | Public Safety Facility | Primary City Operating Facility | 405 Martin Luther King Jr Way S | Fully Utilized | Seattle Finance & Administrative Services | 15308.2540278698 |
| Owned | 1471 | Pathway Set Aside from Yesler-Atlantic Project | OH | Multi-Use Trail | Miscellaneous/Multiple Use/Unknown | 2098 S Lane St | Fully Utilized | Seattle Office of Housing | 2402.4127549631 |
| Owned | 1594 | Yakima Ave S Property | OH | Vacant (Undeveloped) | Roadways, Excess ROW, Tidelands, Vacant | 1310 Yakima Ave S | Surplus | Seattle Office of Housing | 16476.1372484065 |
| Owned | 1600 | Parcel at 1323 29th Ave S | FAS | Vacant (Undeveloped) | Roadways, Excess ROW, Tidelands, Vacant | 1323 29th Ave S | Excess | Seattle Finance & Administrative Services | 4002.6715183438 |
| Mixed Ownership | 2848 | St Marks Green Space- Part Esmt | Parks | Green Space/Natural Area | Parks and Open Space | 1500 Lakeview Bl | Fully Utilized | Seattle Parks and Recreation | 261298.9323327430 |
| Owned | 2856 | Madrona Ravine | Parks | Greenbelts/Natural Area | Parks and Open Space | 3799 E Spring St | Fully Utilized | Seattle Parks and Recreation | 36862.0278472858 |
| Owned | 3023 | Interlaken Park | Parks | Boulevards/Green Streets/Greenways/Trails | Parks and Open Space | 1650 Interlaken Dr E | Fully Utilized | Seattle Parks and Recreation | 2283035.1660259300 |
| Owned | 3098 | Viretta Park | Parks | Neighborhood Parks | Parks and Open Space | E Denny Blaine Pl | Fully Utilized | Seattle Parks and Recreation | 79938.5696114016 |
| Owned | 3102 | Cal Anderson Park- Part MOA | Parks | Regional Parks/Large Urban Parks | Parks and Open Space | 1635 11th Ave | Fully Utilized | Seattle Parks and Recreation | 480830.9951979150 |
| Owned | 3115 | Garfield Playfield Auxiliary Parking | Parks | Parking | Roadways, Excess ROW, Tidelands, Vacant | 499 23rd Ave | Fully Utilized | Seattle Parks and Recreation | 5895.8967288874 |
| Owned | 3116 | Boren Park | SDOT | Park/Playground/Viewpoint | Parks and Open Space | 321 Broadway | Fully Utilized | Seattle Dept of Transportation | 1158.3981590166 |
| Owned | 3117 | Spruce Mini Park | Parks | Neighborhood Parks | Parks and Open Space | 21st Ave E & E Spruce St | Fully Utilized | Seattle Parks and Recreation | 31991.8122312468 |
| Owned | 3695 | Harvard-Miller | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 2301 Broadway Ave E | Fully Utilized | Seattle Parks and Recreation | 6398.7489823624 |
| Owned | 3905 | Hyde Place | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 3811 E Madison St | Fully Utilized | Seattle Parks and Recreation | 385.1328966223 |
| Owned | 3906 | Lambert Place | Parks | Park/Playground/Viewpoint | Parks and Open Space | 3800 E Madison St | Fully Utilized | Seattle Parks and Recreation | 1355.2001851274 |
| City Use on Non-City Ppty | 3910 | First Hill Park- Lease | Parks | Neighborhood Parks | Parks and Open Space | 1201 University St | Fully Utilized | Seattle Parks and Recreation | 9450.9819018299 |
| City Use on Non-City Ppty | 3913 | TT Minor Park- Lease | Parks | Neighborhood Parks | Parks and Open Space | 1698 E Union St | Fully Utilized | Seattle Parks and Recreation | 7206.4158843536 |
| Owned | 3914 | Alvin Larkins Park | Parks | Neighborhood Parks | Parks and Open Space | 1504 34th Ave | Fully Utilized | Seattle Parks and Recreation | 28509.9438511230 |
| Owned | 3980 | Denny Blaine Lake Park | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 1898 Madrona Dr | Fully Utilized | Seattle Parks and Recreation | 8159.8113305446 |
| Owned | 3981 | Stevens Triangle | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 3809 E John St | Fully Utilized | Seattle Parks and Recreation | 3097.8058338302 |
| Owned | 3982 | Denny Blaine Park | Parks | Neighborhood Parks | Parks and Open Space | Lake Washington Bl E&E Denny Blaine | Fully Utilized | Seattle Parks and Recreation | 9354.4072929712 |
| City Use on Non-City Ppty | 4000 | Plymouth Pillars Park- WSDOT R/W Agmt | Parks | Downtown Parks | Parks and Open Space | 1050 Pike St | Fully Utilized | Seattle Parks and Recreation | 27237.6115092401 |
| Owned | 4006 | Bagley Viewpoint | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 2598 11th Ave E | Fully Utilized | Seattle Parks and Recreation | 9280.2293467402 |
| Owned | 4008 | McGilvra Place | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 1425 E Madison St | Fully Utilized | Seattle Parks and Recreation | 2647.8436185679 |
| Owned | 4013 | McGilvra Boulevard | Parks | Boulevards/Green Streets/Greenways/Trails | Parks and Open Space | 1099 McGilvra Bl E | Fully Utilized | Seattle Parks and Recreation | 21461.7343410329 |
| Owned | 4015 | Miller Triangle | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 222 20th Ave E | Fully Utilized | Seattle Parks and Recreation | 12810.4039818120 |
| Owned | 4016 | Williams Place | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 199 15th Ave E | Fully Utilized | Seattle Parks and Recreation | 5684.8386596899 |
| Owned | 4021 | Montlake Boulevard Center Strip | Parks | Boulevards/Green Streets/Greenways/Trails | Parks and Open Space | 2811 Montlake Bl E | Fully Utilized | Seattle Parks and Recreation | 11667.5902760919 |
| City Use on Non-City Ppty | 4022 | Bellevue Place- WSDOT R/W Agmt | Parks | Boulevards/Green Streets/Greenways/Trails | Parks and Open Space | 799 Bellevue Pl E | Fully Utilized | Seattle Parks and Recreation | 54209.2601072922 |
| Owned | 4033 | Volunteer Parkway | Parks | Boulevards/Green Streets/Greenways/Trails | Parks and Open Space | 899 14th Ave E | Fully Utilized | Seattle Parks and Recreation | 111218.2236240170 |
| City Use on Non-City Ppty | 4082 | S Day Street Boat Ramp- WSDOT R/W Agmt | Parks | Neighborhood Parks | Parks and Open Space | 1400 Lakeside Ave S | Fully Utilized | Seattle Parks and Recreation | 171099.2252287890 |
| City Use on Non-City Ppty | 4164 | Madison Park Dock- Use Agmt w/King Co | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 4399 E Madison St | Fully Utilized | Seattle Parks and Recreation | 47296.0439275065 |
| Owned | 4169 | 12th Avenue Arts- East Precinct Garage- Lease | FAS | Parking | Roadways, Excess ROW, Tidelands, Vacant | 1624 12th Ave | Fully Utilized | Seattle Finance & Administrative Services | 29060.0611600897 |
| Owned | 4228 | Montlake Branch Library | SPL | Library | Library/Community/Cultural Facilities | 2401 24th Ave E | Fully Utilized | Seattle Public Library, The | 13507.7616960002 |
| Mixed Ownership | 4241 | E Portal Viewpoint- Part Esmt | Parks | Neighborhood Parks | Parks and Open Space | 1400 Lake Washington Bl S | Fully Utilized | Seattle Parks and Recreation | 317908.5677389020 |
| City Use on Non-City Ppty | 4242 | Sam Smith Park- Mgmt Agmt | Parks | Recreation Areas | Parks and Open Space | 1400 Martin Luther King Jr Way S | Fully Utilized | Seattle Parks and Recreation | 940752.6580026390 |
| City Use on Non-City Ppty | 4244 | Judge Charles M Stokes Overlook- WSDOT R/W Agmt | Parks | Neighborhood Parks | Parks and Open Space | 1199 Hiawatha Pl S | Fully Utilized | Seattle Parks and Recreation | 220577.5277428620 |
| City Use on Non-City Ppty | 4245 | Benvenuto Viewpoint- WSDOT R/W Agmt | Parks | Boulevards/Green Streets/Greenways/Trails | Parks and Open Space | 1401 23rd Ave S | Fully Utilized | Seattle Parks and Recreation | 72483.4074907477 |
| Owned | 4330 | Parcel at 100 MLK Jr Way S | FAS | Landscaping | Parks and Open Space | 100 Martin Luther King Jr Way | Excess | Seattle Finance & Administrative Services | 4062.9941373035 |
| Owned | 4335 | Parcel at 2710 S Main St (Estelita's Library) | FAS | Landlord Lease(s) | Leased to Non-City Tenant | 2710 S Main St | Interim Use | Seattle Finance & Administrative Services | 2127.8600850662 |
| Owned | 4403 | Nora's Woods | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 702 29th Ave | Fully Utilized | Seattle Parks and Recreation | 15161.4214257133 |
| Owned | 4426 | Homer Harris Park | Parks | Neighborhood Parks | Parks and Open Space | 2401 E Howell St | Fully Utilized | Seattle Parks and Recreation | 21621.4068327532 |
| Owned | 4427 | Mount Baker Ridge Viewpoint | Parks | Neighborhood Parks | Parks and Open Space | 1411 31st Ave South | Fully Utilized | Seattle Parks and Recreation | 5043.7103608014 |
| Owned | 4441 | Madison Park North Beach | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 2330 43rd Ave E | Fully Utilized | Seattle Parks and Recreation | 195520.0510643870 |
| Mixed Ownership | 4446 | I-5 Colonade- Part Lease | Parks | Community Parks | Parks and Open Space | 1701 Lakeview Bl E | Fully Utilized | Seattle Parks and Recreation | 372351.0991058700 |
| Owned | 4461 | Summit Slope Park | Parks | Neighborhood Parks | Parks and Open Space | 200 Summit Ave E | Fully Utilized | Seattle Parks and Recreation | 9605.3721455992 |
| Owned | 4466 | Seven Hills Park | Parks | Neighborhood Parks | Parks and Open Space | 16th Ave E & E Howell | Fully Utilized | Seattle Parks and Recreation | 17329.8113490859 |
| Owned | 4467 | 12th Ave Square Park | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 564 12th Ave | Fully Utilized | Seattle Parks and Recreation | 7316.2126918189 |
| Owned | 4474 | Broadway Hill Park | Parks | Neighborhood Parks | Parks and Open Space | 500 Federal Ave E | Fully Utilized | Seattle Parks and Recreation | 11955.9532134497 |
| Owned | 4478 | Cayton Corner Park | Parks | Mini Parks/Pocket Parks | Parks and Open Space | 1831 E Madison St | Fully Utilized | Seattle Parks and Recreation | 4560.1508732535 |
| Owned | 4486 | Washington Park | Parks | Park/Playground/Viewpoint | Parks and Open Space | 1001 Lake Washington Bl E | Fully Utilized | Seattle Parks and Recreation | 547056.1126627950 |
| Owned | 4487 | Washington Park- Japanese Garden | Parks | Recreational Facility/Community Center | Library/Community/Cultural Facilities | 1075 Lake Washington Bl E | Fully Utilized | Seattle Parks and Recreation | 163875.9845422140 |
| City Use on Non-City Ppty | 4584 | I-5 Eastlake Landscaping- Maint Agmt | SDOT | Landscaping | Parks and Open Space | I-5, E Hamlin St to E Martin St | Fully Utilized | Seattle Dept of Transportation | 185665.2711468850 |
| Mixed Ownership | 4609 | Katharine Bullitt Life Estate | Parks | Residential | Non-City Leased Space | 1125 Harvard Ave E | Interim Use | Seattle Parks and Recreation | 69000.1578238399 |
| City Use on Non-City Ppty | 4625 | Garfield Teen Life Center- Lease | Parks | Recreational Facility/Community Center | Library/Community/Cultural Facilities | 428 23rd Ave | Fully Utilized | Seattle Parks and Recreation | 8814.6720549421 |
| Owned | 4627 | Julia Lee's Park | Parks | Park/Playground/Viewpoint | Parks and Open Space | 2701 E Harrison | Fully Utilized | Seattle Parks and Recreation | 10880.4799193701 |
| Owned | 4628 | Streissguth Gardens | Parks | Green Space/Natural Area | Parks and Open Space | 1650 Broadway E | Fully Utilized | Seattle Parks and Recreation | 30892.0370303541 |
| City Use on Non-City Ppty | 4633 | Central Area NSC- Lease | FAS | Office Space | Primary City Operating Facility | 464 12th Ave | Fully Utilized | Seattle Finance & Administrative Services | 500.4684632989 |



**NON-COVID-19 Pipeline Memo**

**To:** Mayor Jenny A. Durkan
**Date:** June 8, 2020
**Subject:** Proposed Resolution Language
**From:** Calvin W. Goings, Department Director, Finance and Administrative Services
**CC:** Deputy Mayor Casey Sixkiller

**Purpose:** Propose language for a resolution, granting transfer of the East Precinct to BLM Seattle-King County.

**Background and Options:** Attached, in Attachment A, is proposed language that the Mayor could use for a resolution to transfer the property from the City to BLM-Seattle-King County

**Next Steps:** Before moving forward with transferring, FAS recommends:

- Working with the Law Department to draft real-property transfer documents
- Work with the Law Department to ensure that all tax implications for BLM Seattle-King County have been considered prior to transferring a multi-million-dollar property to them.

[APG]

**WHEREAS** The recent murder of George Floyd shows once again the generational impacts of systemic racism, shining a light on hundreds of years of racism and injustice that has haunted our past and present.

**WHEREAS** There have been black and brown people killed by police here in Seattle. John T. Williams, Che Taylor, Charleena Lyles and so many more. Their lives have been cut short due to the unfortunate interactions with the police.

**WHEREAS** Our collective failure to address racism and inequality is not just in policing in America. It is in housing, health, education, and economic opportunity.

**WHEREAS** Millions around the world are expressing their dismay in the streets by continuing to center community through peacefully protesting and calling for an end to police violence and the systemic structures that perpetuate it.

**WHEREAS** This is a moment that summons the City of Seattle to do more and to do better. The City can build true, intentional, and sustainable justice and change. The City has opportunity to build on the lasting systemic changes that can transform policing and the department. The City must bring the same intensity, commitment to serving the people, and commitment to cure the illness of racism that we have brought to COVID-19.

**WHEREAS** The Black community wants their voice heard and centered.

**WHEREAS** The City of Seattle must be intentional in investments that will make a difference in the lives of people of color in our city, support resilient communities, and undo systemic and structural racism. The City of Seattle needs to adjust priorities and must do that with our dollars.

**WHEREAS** The City of Seattle will develop a plan with community for a new police budget. The City of Seattle will change how we think of policing. The City will invest in programs like our civilian Community Services Officers, our Crisis Intervention Team, and the Community Policing Bureau.

**WHEREAS** The City is committed to identifying at least $100 million to invest in neglected communities. The City will invest in community-based and community-driven programs that invest in black youth and adults, employment programs, black owned businesses and providing alternatives to arrest and incarceration.

**WHEREAS** The East Precinct, located at 1519 12th Avenue, Seattle WA is located in the heart of Seattle's Capitol Hill neighborhood, a neighborhood known for its diversity and social activism. This precinct houses Seattle Police officers who patrol Seattle's Central District neighborhood and has been seen as a symbol of police oppression in one of Seattle's historically Black neighborhoods. This property is valued in excess of $5,000,000.

**WHEREAS** Black Lives Matter Seattle-King County is a grassroots, volunteer-run, social-justice nonprofit organization focused on the empowerment and liberation of Blacks and other people of color through advocacy and direct action. BLM Seattle centers leadership on Black femmes, women, and queer people organizing and taking direct action to dismantle anti-black systems and policies of oppression. The core activists and organizers of BLM Seattle King County is a group of Black and other people of color focused on dismantling anti-black systems and policies of oppression.

**NOW THEREFORE**:

The City transfers permanent use of/ownership of 1519 12th Avenue, Seattle, WA 98122, also known as the East Precinct to Black Lives Matters Seattle-King County Chapter, ==effective July 1, 2020.==

The City of Seattle agrees to vacate the property and remove all law-enforcement materials and police-related facilities, such as holding cells and all police insignia, from the building before vacating.

The City of Seattle commits to the ongoing maintenance of the building as needed, to be determined to Black Lives Matters Seattle-King County Chapter.



**City of Seattle**
Mayor Jenny A. Durkan

**NON-COVID-19 Pipeline Memo**

**To:** Mayor Jenny A. Durkan
**Date:** June 8, 2020
**Subject:** Relocation of SPD East Precinct
**From:** Calvin W. Goings, Department Director, Finance and Administrative Services
**CC:** Deputy Mayor Casey Sixkiller

**Purpose:** Propose options for relocation of the SPD East Precinct from its location on Capitol Hill to create options for the City to utilize the facility and/or land in a different manner.

**Summary:** Currently, the East Precinct has 61,254 SF of office space and 42,085 SF for vehicle parking. The latter is located one half block away in the basement of the 12th Ave Arts Building and has 54 fleet vehicles housed within the location with additional SF believed to be used for SPD personal vehicles. Industry standard practice is 1000 SF (includes spaces and drive aisles) of parking per vehicle.

**Background and Options:** The East Precinct service area is attached as Exhibit A, which would guide a property search.

A 24-hour search (for expediency) revealed no single office properties in the service area available for lease have comparable square footage. There are properties that could accommodate individual portions of the office needs; a listing of available properties is attached as Exhibit B. There are 2 office properties for sale, each under 5,000 SF.

A search of City-owned or City-leased property in the service area is attached as Exhibit C. There are approximately 100 properties, excluding drainage and wastewater properties, Mutual and Offsetting Benefit properties, select substations, and smaller parcels such as street ends and P-patches. The listed City-owned or City-leased properties could be considered for property to host portable facilities. If portables are identified as the solution, there is a significant amount of time for temporary trailer stand up based upon site conditions.

Another option to consider could be the purchase/lease of a building specifically for community use in the Capitol Hill area. This could be faster to accomplish due to the reduced parking and programmatic needs.

**Financial Considerations:** The East Precinct is a City-owned property and leasing or purchasing a new site would present additional costs. The available properties would be

[APG]

SEA_00102562

assembled for a costing exercise. This listing cost and may be negotiable. Additional costs would include any needed tenant improvements, relocation costs, equipment, and security.

**RSJI Considerations:** A proposal to relocate SPD's East Precinct to provide optimized investment into communities could assist race and social justice purposes by optimizing the real estate for community-identified purposes.

**Recommendation(s):** More time is needed for better review of alternatives, and FAS recommends such review.

**Next Steps:** Upon approval, FAS would engage a broker for a search of suitable alternatives.

**Appendix:**  Map of East Precinct (Exhibit A); East Precinct Market Search (Exhibit B); List of City Properties (Exhibit C)

[APG]



**NON-COVID-19 Pipeline Memo**

**To:**     Mayor Jenny A. Durkan
**Date:**   June 8, 2020
**Subject:** Move Contents from SPD East Precinct
**From:**   Calvin W. Goings, Department Director, Finance and Administrative Services
**CC:**     Deputy Mayor Casey Sixkiller

**Purpose:** Propose options for moving the contents of the SPD East Precinct to an alternate location(s).

**Summary:** The East Precinct has 61,254 SF of office space which holds a large variety of contents that would ideally be moved in a planned, coordinated transition to other site(s) or could more quickly be triaged and relocated if required.

**Background and Options:** The contents of the East Precinct include a wide variety of material ranging from typical office furniture, fixtures and equipment to sensitive material such as paper files, IT data and equipment, munitions, firearms and evidence. The most expeditious way to execute a move would be to engage one the City's existing B-vendor contractors that is large enough to scale up and handle most aspects of the effort with their own transportation resources. If portables are identified as the solution, there is a significant amount of time for temporary trailer stand up.

- Furniture, Fixtures and Equipment: The vendor would quickly assess and inventory the contents to determine what is worth salvaging from the building. Office systems furniture would be cataloged and disassemble for reuse. All other materials would be tagged for reuse or abandoned in place.
- IT Data and Equipment: ITD would lead the effort to dismantle, transport and reinstall things such as computers, drives, monitors, servers, batteries, radios, antenna, etc. A specialty vendor may be needed to assist.
- Paper Files: SPD would secure and supervise the transport of these materials by the moving vendor. PODS moving and storage systems could also be employed.
- Munitions, Firearms and Evidence: SPD would lead the effort to secure and transport these materials and provide the necessary chain of custody. The moving vendor could assist with transportation with the appropriate supervision and escort.
- SPD has 54 patrol cars and other vehicles. FAS Fleet Management can assist SPD in the moving of any vehicles that SPD cannot support at this time.

[APG]

SEA_00102564

**Financial Considerations:** A planned and coordinated move during business hours would be most cost effective, but afterhours moves are available. Blanket vendors have been pre-screened through City procurement processes.

**RSJI Considerations:** The two existing B-vendor furniture contractors are WMBE firms.

**Recommendation(s):** If a move is called for, scale up the effort by using contracted resources to the maximum extent possible.

**Next Steps:** Upon approval, FAS would engage a blanket vendor contractor to begin an assessment of the contents of the East Precinct and associated spaces to develop a strategy and plan to remove all items.

[APG]

SEA_00102565