# EXHIBIT 25

KILBURN TAMARA
5/13/2021

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,    )
        Plaintiffs,              )
  vs.                              ) No. 20-cv-00983-TSZ
CITY OF SEATTLE,                 )
        Defendant.               )
_____

ZOOM VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

TAMARA KILBURN

SWAY AND CAKE 30(b)(6)

_____

9:00 a.m.

May 7, 2021

*** Contains Confidential Testimony and Exhibits ***

REPORTED BY:  Pat Lessard, CCR #2104

ROUGH & ASSOCIATES INC
office@roughandassociates.com     206.682.14273515 SW Alaska St Seattle WA 98126

KILBURN TAMARA
5/13/2021

Page 93

1  A. Yes.
2  Q. When you were in and out of your location
3  during those protests, other than observing the
4  atmosphere of tension and anger and anxiety, did you
5  see any other changes to your neighborhood from the
6  protests?
7  MR. WEAVER: Objection. Answer if you can.
8  A. I mean it was -- it was like a boarded-up
9  neighborhood. I mean it was not -- it didn't feel
10 like I was in the same neighborhood.
11 Q. (By Ms. Pratt) Did that change as June, you
12 know, at the start of June and as June continued?
13 Are you there?
14 A. Yes.
15 MR. WEAVER: We had a reboot so we were
16 waiting for the next question. We didn't realize we
17 were gone.
18 Q. (By Ms. Pratt) Okay. So as May turned into
19 June did you notice any changes in your
20 neighborhood -- any further changes in your
21 neighborhood?
22 MR. WEAVER: Objection. Answer if you can.
23 A. Yeah. I mean, first of all, it was called
24 CHAZ and then it was CHOP. The police left and then
25 various groups took over and blocked off streets.

```
 1        Q.   (By Ms. Pratt)  And how was the atmosphere
 2   that you described earlier?  Did the atmosphere
 3   change?
 4        A.   I don't even know if I'd use the word
 5   "atmosphere" at that point.  It was different.  There
 6   was like -- okay.  There were streets blocked off, no
 7   police.  It was various groups that were there
 8   primarily to cause problems.
 9             There were makeshift shelters and garbage
10   and graffiti and broken stuff.  And it -- yeah, it was
11   completely -- it was like, yeah.  And, you know, I did
12   not stay around that often because I just went and did
13   what I had to do to ship and then I left.
14             I had children with me.  Schools were not
15   open yet so I didn't feel safe or comfortable being
16   there with kids.  So it was a quick exchange and then
17   I was off.
18        Q.   And when did that continue to?
19        A.   Again, I don't have the whole dates, but
20   June was pretty much a full takeover month and it
21   didn't seem that it would dissipate anytime soon, so.
22   Restrooms were provided, food, shelter.
23             It didn't seem like -- if anything, it
24   seemed like it was encouraged.
25        Q.   I'm sorry.  I asked when did that continue
```

KILBURN TAMARA
5/13/2021

Page 95

```
 1    to?
 2              MR. WEAVER:  Objection.  You can answer if
 3    you can as far as what she's asking about.
 4         A.   I don't -- I'm not completely clear but I do
 5    know that it was blocked off most, if not all, of
 6    June.
 7         Q.   (By Ms. Pratt)  Did you try to open at any
 8    point in June?
 9         A.   No.
10         Q.   You said various groups took over and
11    blocked off the streets.
12              What streets were blocked off?
13         A.   I don't know all of the streets, but the
14    ones that affected me directly, half of my store was
15    in the occupied area on 12th.  There were barriers up
16    to my window that you could not cross unless you
17    wanted to enter the Zone.
18              And I believe that that continued down Pike
19    on each thoroughfare until maybe Broadway -- I wasn't
20    sure if it went all the way to Broadway -- and then on
21    Pike and then the park.  I don't know exactly where it
22    ended exactly.
23              But I didn't really feel comfortable
24    venturing around in there all the time.  So I just
25    went in when I needed to document and then I left.
```

KILBURN TAMARA
5/13/2021

Page 102

1  are the two images that you provided to me are clearer
2  versions of pages that are included in Exhibit 16,
3  right?
4       A.   I believe so.
5       Q.   Okay.  But there are additional documents
6  related to your PPP loans for which you don't have
7  clearer versions of them available right at this
8  second, right?
9       A.   Yes.
10      Q.   Okay.  Great.
11           So why don't we look at another document.
12 I'm going to pull that up now.  This will be marked
13 Exhibit 20.
14              (Marked Deposition Exhibit No. 20.)
15      Q.   (By Ms. Pratt)  Exhibit 20 is in your Chat.
16 Please let me know when you have it open.
17           MR. WEAVER:  I don't think she could hear
18 you.
19      A.   Oh, I see it.  I'm sorry.  I have it.
20      Q.   (By Ms. Pratt)  Okay.  Actually, I had
21 another question.
22           You talked about the barriers that were on
23 12th in CHOP, is that right?
24      A.   I believe so.
25      Q.   Okay.  Where were there barriers near

Page 103

```
 1    Sway and Cake during CHOP?
 2                MR. WEAVER:  Objection.  Answer if you can.
 3         A.   There were street closures with cement
 4    barricades on 12th, 12th and Pike.
 5         Q.   (By Ms. Pratt)  And what street did those
 6    cement barriers block car traffic to?
 7         A.   It blocked 12th Avenue heading towards the
 8    police precinct, that block.
 9         Q.   So 12th Avenue heading north, is that right?
10         A.   Yeah.  If that's north, yeah.  Toward the --
11    the same block that the police station is on.
12         Q.   But Pike, which goes east and west, was not
13    blocked, right?
14         A.   Correct.  It was open.
15         Q.   And how long was 12th heading north in front
16    of Sway and Cake blocked?
17                MR. WEAVER:  Objection.  12th is not in
18    front of Sway and Cake.  I just want to make sure
19    we're oriented here correctly.
20         Q.   (By Ms. Pratt)  All right.  Why don't we
21    open an exhibit.  I think it's 10 but I'll let you
22    know in a sec.
23                All right.  Let's open Exhibit 10.  Let me
24    know when you have that open.
25                Okay.  So looking at Exhibit 10, is it
```

1   correct that Sway and Cake sits at the corner of Pike
2   and 12th?
3       A.   Yes.
4       Q.   And you said Pike was not blockaded, is that
5   right?
6       A.   Correct.
7       Q.   So Pike was open but 12th was blocked, is
8   that right?
9       A.   Yes.
10      Q.   And it was blocked, you couldn't go any
11  further on 12th once you hit the other side of Pike,
12  right?
13      A.   Yeah.  It was just -- it was blocked at that
14  intersection.
15      Q.   And the intersection is the one that
16  continues north, right?
17      A.   Correct.
18      Q.   Okay.  And you're saying that that
19  intersection -- or that area where 12th was blocked
20  off near Sway and Cake, that it was blocked off for
21  how long?
22      A.   I don't have the exact dates but it was the
23  majority, if not all, of June.
24      Q.   Was it blocked off before the East Precinct,
25  before SPD vacated the East Precinct?

Page 105

1     A.    Yes.

2     Q.    Was it blocked off after the CHOP was
3  cleared on July 1st?

4           MR. WEAVER:  Objection.

5     A.    I don't recall.

6     Q.    (By Ms. Pratt)  Okay.  And you mentioned
7  cement barriers.  Were there any other types of
8  barriers?

9     A.    At one point there were -- I don't know the
10 exact terms, but there were types of -- different
11 types of manmade wood and iron fencing.

12          And also some -- I don't know what they're
13 for, but some kind of barrier that's used for traffic
14 setups that had signage on it about the occupied area.

15    Q.    And was the cement always there or was the
16 cement there only part of that time?

17    A.    To the best of my recollection when the
18 police were still active I'm not sure if it was there,
19 but I do know it was definitely there when they were
20 away.

21    Q.    And so before the East Precinct was vacated
22 what was the barrier that was at 12th and Pike?

23    A.    Again, I don't know what it's called
24 properly but it's the kind of metal gates and barriers
25 that they use at, like, traffic or crowd control or

```
 1   concerts, but it was made of metal.
 2        Q.    Okay.  We were looking at a different
 3   document.  It was Exhibit 20.
 4             Will you open that again?
 5             MR. WEAVER:  The witness has it open.  I'm
 6   sorry, I'm just -- you know, I think she's waiting for
 7   it to open.
 8        Q.    (By Ms. Pratt)  Can you tell me what
 9   Exhibit 20 is?
10        A.    Twenty is information that I provided from
11   my shopping system of -- let's see, some numbers, some
12   of the losses and loss numbers from the June closure.
13        Q.    Okay.  You said you put this together from
14   your shopping system.  What system is that?
15        A.    Shopify Point-of-Sale.  It holds all the
16   numbers since I have been -- I believe since 2016 is
17   when I started it.
18        Q.    Okay.  And then I believe you said it
19   includes the number of losses from the June closure,
20   is that what you said?
21        A.    Correct.
22        Q.    Which numbers do you attribute to the June
23   closure?
24        A.    I attribute -- we had wages that we had to
25   pay, we were paying, even though we weren't open to
```

1                C E R T I F I C A T E
2    STATE OF WASHINGTON   )
                            ) ss.
3    COUNTY OF KING        )
4           I, the undersigned Washington Certified Court
5    Reporter, hereby certify that the foregoing deposition upon
6    oral examination of TAMARA KILBURN was taken
7    stenographically by me on May 7, 2021, and transcribed under
8    my direction;
9           That the witness was duly sworn by me pursuant to
10   RCW 5.28.010 to testify truthfully; that the transcript of
11   the deposition is a full, true, and correct transcript to
12   the best of my ability; that I am neither attorney for nor
13   relative or employee of any of the parties to the action or
14   any attorney or counsel employed by the parties hereto, nor
15   am I financially interested in its outcome.
16          I further certify that in accordance with
17   CR 30(e) the witness was given the opportunity to examine,
18   read and sign the deposition within 30 days upon its
19   completion and submission, unless waiver of
20   signature was indicated in the record.
21          IN WITNESS WHEREOF, I have hereunto set my hand this
22   11th Day day of May
23
24
25