# EXHIBIT 29

THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

HUNTERS CAPITAL, LLC, et al.,

                 Plaintiffs,

     v.

CITY OF SEATTLE,

                 Defendant.

Case No. 20-cv-00983

PLAINTIFFS' SUPPLEMENTAL RESPONSE
TO AMENDED INTERROGATORY NO. 3

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs 12th & Pike Associates LLC, Bergman's Lock And Key Services LLC, Hunters Capital LLC, Hunters Property Holdings, LLC, Greenus Building, Inc., Madrona Real Estate Investors IV, LLC, Madrona Real Estate Investors VI, LLC, Madrona Real Estate Services, LLC, Olive St Apartments LLC, Onyx Homeowners Association, Matthew Ploszaj, Redside Partners, LLC, The Richmark Company d/b/a Richmark Label, Shuffle LLC d/b/a Cure Cocktail, SRJ Enterprises d/b/a Car Tender, Sway And Cake LLC, and Wade Biller ("Plaintiffs") hereby supplement their response to Defendant City of Seattle's ("Defendant" or the "City") Interrogatory No. 3 as amended.

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1

**INTERROGATORIES**

2 **INTERROGATORY NO. 3 (AMENDED):**

3     As to the matters described in your complaint, please identify each statute or ordinance that

4 the City failed to abide.

5 **SUPPLEMENTAL RESPONSE:**

6     Plaintiffs object that distinction between "failed to abide" and "was not enforced" as used in

7 amended Interrogatory No. 4 is vague and ambiguous. Plaintiffs also object that this interrogatory is

8 not clearly delineated in time or space. However, Plaintiffs have agreed to answer this question in

9 the interests of compromise to the best of their ability. Plaintiffs reserve the right to amend or

10 supplement this answer as appropriate.

11     Plaintiffs contend the City was affirmatively required to act, but failed to act as required

12 between at least June 8, 2020 and July 1, 2020, under at least the following statutes or ordinances:

13     Seattle Municipal Code ("SMC") 10.02, Civil Emergencies

14     SMC 11.25, Parade Permits

15     SMC 15.04, Use and Occupation Permits

16     SMC 15.16, Cafes in the Public Space

17     SMC 15.17, Vending

18     SMC 15.40, Warning Lights and Barricades

19     SMC 15.44 Excavations and Fills

20     SMC 15.46, Debris in Public Places

21     SMC 15.52, Crowd Control Events

22     SMC 15.72, Sidewalk Maintenance

23     SMC 15.90, Enforcement

24     SMC 15.91, Citations

25     SMC 18.12, Parks Code

PLAINTIFFS SUPPLEMENTAL RESPONSE TO AMENDED
INTERROGATORY NO. 3
(Case No. 20-cv-00983) - 2

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Fire Code, SMC 22.600.03202, including sections 105.6, 503.1, 503.4, and 104.11.

Seattle City Charter, Art. V, section 2.

DATED this 31st day of August, 2022.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Tyler S. Weaver*
Patricia A. Eakes, WSBA #18888
Angelo J. Calfo, WSBA #27079
Tyler S. Weaver, WSBA #29413
Gabe Reilly-Bates, WSBA #52257
Andrew DeCarlow, WSBA #54471
Henry Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone:  (206) 474-6400
Fax:     (206) 474-6401
Email:   patty.eakes@morganlewis.com
            angelo.calfo@morganlewis.com
            tyler.weaver@morganlewis.com
            gabriel.reillybates@morganlewis.com
            andrew.decarlow@morganlewis.com
            henry.phillips@morganlewis.com

*Attorneys for Plaintiffs*

PLAINTIFFS SUPPLEMENTAL RESPONSE TO AMENDED
INTERROGATORY NO. 3
(Case No. 20-cv-00983) - 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401