# EXHIBIT 30

**Partial Transcription of Conversation Between Demonstrators of The CHAZ and Fire Chief Scoggins, 06/13/2020**

Video source: https://www.youtube.com/watch?v=8fGzRtX9ujY

(Duration 48:11)

[13:04 –14:03] CHIEF SCOGGINS: When I came in on Tuesday, we talked about a 13-foot access space between barriers. That has not held at all throughout the week.  The fire code says 20 unobstructed, that's what the fire code says, unobstructed. We haven't maintained any and it's only been fortified as the week goes because cars are now parked in front of the barriers that completely -- there's a maze to get through – but and so we covered. So that was one important one. Sidewalk access to every residence and to every business.  That's important. You know, our rigs need to be able to come in here and they can't.  You know and I'll leave you this. You know, I got a list of the fire code items. The business community reaching out to me. The people who live here are reaching out to me. A lot of people are reaching out. So, I've been coming down here every day, so I've been in on talking about these things. You have fire in a tent. I showed up with two more extinguishers. And say "hey, we'll refill these if you use them."

[16:00 – 19:05] CHIEF SCOGGINS: That's what the code says. That's what the rules are. Clearly, we have 10th and Pike, 11th and Pike, and 12th and Pike that are clearly obstructed. We have 13th and Pine is clearly obstructed. We have 12th and Olive that's clearly obstructed.  We have 11th and Pine that's clearly obstructed and then we have 11th and Olive clearly, and no one in here can disagree with me. So, clearly, we have a problem. So, what I recommend – I understand the protest – I understand the point – I'd recommend change the footprint and change the landscape and relocate so we can serve the entire community.

DEMONSTRATORS: Of course, absolutely. You know, it's just convenient now. Now the rules. Now we're gonna play by the policies of SPD.

DEMONSTRATORS: Can I highlight ….

CHIEF SCOGGINS: It's not now we're playing by the rules, we play by these rules every day.

DEMONSTRATORS: I have the utmost respect for the fire department.

CHIEF SCOGGINS: Let me, I want to provide clarity ….

DEMONSTRATORS: The city, they want us to play by the rules, but their rules.

CHIEF SCOGGINS: The reason why I'm here, I'm trying to ground you in what the normal rules are. The rules are the normal rules. So, even when the Capital Block Party takes place, these are the rules, they pull a permit, they have access points, we do all of these things every event we have in the city. This is the only thing that happens in the city that this environment has taken place. These are the rules. Permits are pulled, we put firefighters on site for Capital Block Party, festivals, street fairs, games. These are the rules. The last week? We're not playing by the rules. So, it's incorrect to say now we're playing by the rules. So, I want to ground you on that. Of course, that's what reality is.

DEMONSTRATORS: Well, I mean that – you know – you said Block Party. I think that's a great example. In a Block Party, you can't just drive onto the street, you walk. [unintelligible]. Get us access points. [unintelligible]

DEMONSTRATORS: Can I highlight that the main reason why we have the barricade is, the main two reasons, is the first reason is we're trying to express our first amendment and we're afraid that, in the middle of the night when, you know, our numbers are lower and they're not strong in the thousands, that the police are going to show up like they were a couple of times and come up and try to arrest everybody.

CHIEF SCOGGINS: That's incorrect. Hold on, hold on let's, let's …

DEMONSTRATORS: I'm speaking to our fear.

CHIEF SCOGGINS: I understand but let me ground you in the truth. They haven't done that. They haven't attempted to do that. Even when Chief Best came on site the other day, all they did was [unintelligible].

DEMONSTRATORS: We're talking about before.

CHIEF SCOGGINS: But, but they didn't …

DEMONSTRATORS: [unintelligible]

CHIEF SCOGGINS: But nobody got arrested.

DEMONSTRATORS: [unintelligible] Who's going to be held accountable? [unintelligible]

CHIEF SCOGGINS: [unintelligible]. When I came down here, I told you the reason why I was coming down. We're trying to [unintelligible] access and egress

[19:33 – 19:50] CHIEF SCOGGINS: I've spoken to a number of them – I can't speak to extortion. I've spoken to a number of them, and they have expressed significant concern over these barricades. They're trying to survive right now and we're not allowing traffic through here so they can survive.

[34:25 – 36:29] CHIEF SCOGGINS: Let me comment so we're grounded. So, then we can talk about them. So, I've identified the number of areas in the fire code that are being compromised right now. Section 104.11.2 obstructing operations. There's no way we can get in there and do any operations currently that's the first one at the top of the page. 503.4 obstructions to fire apparatus and access roads. It says no obstructions. It's very clear in that. And section 104.11 the authority at fires and other emergencies. We cannot get into this space in any of these emergencies that are listed in that paragraph. 102.9 matters not provided for. This gives the fire code official the authority to identify any of those other hazards and make necessary changes to make it safe for the community We do this every day throughout the entire city, not just right here. Outdoor assembly events. When any outdoor assembly event in the city is going to be

held, we meet with them, we talk about the fire line safety issues, we come to an agreement so they can have a safe event. We do this all day long. You know, 503.1 we're required. Fire apparatus access roads shall be provided and maintained with these sections. Buildings and facilities for example, 503.1.1 we need to have 150 feet of access road for any building in the city.

DEMONSTRATORS: What's access road? I'm just curious.

CHIEF SCOGGINS: The street.

DEMONSTRATORS: Just the street?

CHIEF SCOGGINS: [unintelligible]

DEMONSTRATORS: How can they make concessions for these rules for things like the Block Party? Obviously, those rules don't all apply.

CHIEF SCOGGINS: Right, right. We build access roads when we need to get in. When I came out here on Tuesday, this is what we started to talk about.

DEMONSTRATORS: [unintelligible] we had barriers that were supposed to be put in and all that takes time. When you guys stopped us, we were going out the metal barriers and you guys said no.

[37:38 – 39:02] CHIEF SCOGGINS: What I heard from the business owners is they want the roads open. The fire code requires us to open up the roads. So, one of you asked earlier what would I like to see? I would like to see the roads open, and I would like to relocate to the park if you need to create a space around the facility to feel like it's held, then you do that … so you have [unintelligible]

DEMONSTRATORS: [unintelligible] Would you be willing to help us create a barrier around the precinct?

CHIEF SCOGGINS: Well, this is why our director of transportation is here. But would you be willing to relocate to the park?

DEMONSTRATORS: I cannot answer that. Those borders stay. We would be willing to open up those roads, but not willing to fully give up the 12th and Pine intersection. No, the borders stay, and the barricades stay but we want it accessible. If you were on this side, how would you manage it? I'm curious.

CHIEF SCOGGINS: That's a tough question. I'm not on that side. I'm on the side of fire line safety. I'd relocate to the park. But listen, if you don't want someone driving down the road over people, you move people off the street.