# EXHIBIT 32

# RE: EOC Activation Transition - Marches & Protests

**From:** "Cari, AJ" <aj.cari@seattle.gov>
**To:** "Lee, Bobby" <bobby.lee@seattle.gov>; "Hall, Heidi" <heidi.hall@seattle.gov>; "Hursh, Danielle" <danielle.hursh@seattle.gov>; "Gowing, Stephanie" <stephanie.gowing@seattle.gov>; "Houghton, Matthew" <matthew.houghton@seattle.gov>; "Sebold, Meghan" <meghan.sebold@seattle.gov>; "Yamamoto, Nancy" <nancy.yamamoto@seattle.gov>; "Barreras, Theresa" <theresa.barreras@seattle.gov>; "Gomez, Pedro" <pedro.gomez@seattle.gov>; "Swenson, Chris" <chris.swenson@seattle.gov>; "Allen, Amanda" <amanda.allen@seattle.gov>
**Cc:** "Wells, Michael" <michael.wells@seattle.gov>; "Plusquellec, Scott" <scott.plusquellec@seattle.gov>; "Braxton, Karissa" <karissa.braxton@seattle.gov>
**Date:** Wed, 10 Jun 2020 11:01:25 -0700

AJ is on point for EOC today. I've provided the resources that I know to Karissa for messaging and will reach out to Christina to get a sense of businesses impacted by gas.



AJ Cari
Small Business Advocate
Seattle Office of Economic Development
O: 206-684-0133 | aj.cari@seattle.gov
Facebook | Twitter | Instagram
Pronouns: He/Him

Seattle is a Welcoming City because we believe in inclusion and equity. City employees do not ask about citizenship status and serve all residents regardless of immigration status. Immigrants and refugees are welcome here. For ADA accommodations or accessibility information, contact oed@seattle.gov.

**Public Disclosure/Disclaimer Statement:**
Consistent with the Public Records Act, Chapter 42.56 RCW, all records within the possession of the City may be subject to a public disclosure request and may be distributed or copied. Records include and are not limited to sign-in sheets, contracts, emails, notes, correspondence, etc. Use of lists of individuals or directory information (including address, phone or E-mail) may not be used for commercial purposes.

---

**From:** Lee, Bobby <Bobby.Lee@seattle.gov>
**Sent:** Wednesday, June 10, 2020 10:47 AM
**To:** Hall, Heidi <Heidi.Hall@seattle.gov>; Hursh, Danielle <Danielle.Hursh@seattle.gov>; Gowing, Stephanie <Stephanie.Gowing@seattle.gov>; Cari, AJ <AJ.Cari@seattle.gov>; Houghton, Matthew <Matthew.Houghton@seattle.gov>; Sebold, Meghan <Meghan.Sebold@seattle.gov>; Yamamoto, Nancy <Nancy.Yamamoto@seattle.gov>; Barreras, Theresa <Theresa.Barreras@seattle.gov>; Gomez, Pedro <Pedro.Gomez@seattle.gov>; Swenson, Chris <Chris.Swenson@seattle.gov>; Allen, Amanda <Amanda.Allen@seattle.gov>
**Cc:** Wells, Michael <Michael.Wells@seattle.gov>; Plusquellec, Scott <Scott.Plusquellec@seattle.gov>; Braxton, Karissa <Karissa.Braxton@seattle.gov>
**Subject:** Re: EOC Activation Transition - Marches & Protests

Team: Attached is a list of Capitol Hill businesses and their contact info shared by GSBA. Given that the crowd is now "stationed" at 11th & Pine *indefinitely* (did you hear about the

03.30.2022
Wells
2
Buell Realtime Reporting

SEA_00169724

new CHAZ?) ==I think we will see a surge of concerns and requests by impacted businesses.== If possible can I get a summary number of Cap Hill businesses who have asked for services (broken glass clean up, graffiti, boarding, etc.) versus number of businesses we served since the protest at Cap Hill? I am sure many will ask for this information soon, including the media and the Mayor's office.

Michael/Karissa/Scott are currently working with GSBA and Broadway BIA to develop messaging for the businesses about ongoing business corridor impact and possible services. They will also provide outreach over the phone. (The Mayor's office would also like to know how many businesses got exposed by tear gas and similar chemicals.) For folks at EOC, please provide feedback to Michael/Scott/Karissa if you are hearing feedback.

Many thanks. I'll be out at Cap Hill today.

Bobby

8:27 pm, Jun. 9, 2020

## City of Seattle describes what it's doing to keep Capitol Hill protest area clean and safe

The city of Seattle issued a statement Tuesday describing the work different departments have done to "create (a) safe place for peaceful demonstrations." The statement called the Monday decision to take down the barricades outside the Police Department's East Precinct "an important step in the (city's) efforts to lead with de-escalation and rebuild community trust."

As of Tuesday, the statement said, the Seattle Fire Department (SFD) "has and may continue to upstaff resources near the area to ensure crews are appropriately equipped to respond to fires and medical emergencies when it's safe to do so."

Several city departments have attempted to improve access to the area near the East Precinct in case an emergency arises, the statement said. SFD has also shared information on arson awareness and steps that businesses and residences in the area can take to prevent or protect against bonfires, dumpster fires or structure fires.

The Seattle Department of Transportation (SDOT) is also working to keep the area safe and clean, according to the statement.

SDOT "is picking up debris and trash, has cleaned graffiti that displayed hate, racist, and vulgar language or concepts, and has arranged for garbage cans and portable toilets to be placed in the vicinity for use by demonstrators," the statement said.

The department has also closed streets from 10th to 13th avenues on Pine Street and on 11th Avenue between Olive and Pike streets.

Seattle Public Utilities (SPU) has cleaned or removed about 50 large commercial trash containers or carts from the area in the last 24 hours to help support firefighters and prevent fires, the statement continued. SPU also continues to pick up trash for businesses and protesters.


Seattle Parks and Recreation (SPR) is helping clean up garbage and debris, weed and trim trees, repair damaged garden beds, remove graffiti and fix damaged fencing and bathrooms, according to the statement.

"In addition to SPR facilities, there are currently at least 12 portable toilets in the vicinity," the statement said.

The city has hired an artist to create a mural at Cal Anderson Park, and lights in the park will remain on until 4 a.m. to keep the area well-lit, the statement added.

—Elise Takahama


**BOBBY LEE**
Director
Seattle Office of Economic Development

---

**From:** Heidi Hall <Heidi.Hall@seattle.gov>
**Date:** Tuesday, June 9, 2020 at 4:47 PM
**To:** Danielle Hursh <Danielle.Hursh@seattle.gov>, Stephanie Gowing <Stephanie.Gowing@seattle.gov>, AJ Cari <AJ.Cari@seattle.gov>, Matthew Houghton <Matthew.Houghton@seattle.gov>, "Sebold, Meghan" <Meghan.Sebold@seattle.gov>, "Lee, Bobby" <Bobby.Lee@seattle.gov>, Nancy Yamamoto <Nancy.Yamamoto@seattle.gov>, Theresa Barreras <Theresa.Barreras@seattle.gov>, Pedro Gomez <Pedro.Gomez@seattle.gov>, Chris Swenson <Chris.Swenson@seattle.gov>, Amanda Allen <Amanda.Allen@seattle.gov>
**Subject:** RE: EOC Activation Transition - Marches & Protests

Thanks - I just wanted to make sure I'm signing on right time!

**From:** Hursh, Danielle <Danielle.Hursh@seattle.gov>
**Sent:** Tuesday, June 9, 2020 4:45 PM
**To:** Hall, Heidi <Heidi.Hall@seattle.gov>; Gowing, Stephanie <Stephanie.Gowing@seattle.gov>; Cari, AJ <AJ.Cari@seattle.gov>; Houghton, Matthew <Matthew.Houghton@seattle.gov>; Sebold, Meghan <Meghan.Sebold@seattle.gov>; Lee, Bobby <Bobby.Lee@seattle.gov>; Yamamoto, Nancy <Nancy.Yamamoto@seattle.gov>; Barreras, Theresa <Theresa.Barreras@seattle.gov>; Gomez, Pedro <Pedro.Gomez@seattle.gov>; Swenson, Chris <Chris.Swenson@seattle.gov>; Allen, Amanda <Amanda.Allen@seattle.gov>
**Subject:** RE: EOC Activation Transition - Marches & Protests

Thank you Heidi! I did not notice that the EOC activation times had change. My apologies for any confusion.

Danielle

**From:** Hall, Heidi <Heidi.Hall@seattle.gov>
**Sent:** Tuesday, June 9, 2020 4:43 PM
**To:** Hursh, Danielle <Danielle.Hursh@seattle.gov>; Gowing, Stephanie <Stephanie.Gowing@seattle.gov>; Cari, AJ <AJ.Cari@seattle.gov>; Houghton, Matthew <Matthew.Houghton@seattle.gov>; Sebold, Meghan <Meghan.Sebold@seattle.gov>; Lee, Bobby <Bobby.Lee@seattle.gov>; Yamamoto, Nancy <Nancy.Yamamoto@seattle.gov>; Barreras, Theresa <Theresa.Barreras@seattle.gov>; Gomez, Pedro <Pedro.Gomez@seattle.gov>; Swenson, Chris <Chris.Swenson@seattle.gov>; Allen, Amanda <Amanda.Allen@seattle.gov>
**Subject:** RE: EOC Activation Transition - Marches & Protests

Just checking shift times – the spreadsheet says 11-4 and 4-10. Is that correct or should it be 6 pm to sign on for second shift?

**From:** Hursh, Danielle <Danielle.Hursh@seattle.gov>
**Sent:** Tuesday, June 9, 2020 4:17 PM
**To:** Hall, Heidi <Heidi.Hall@seattle.gov>; Gowing, Stephanie <Stephanie.Gowing@seattle.gov>; Cari, AJ <AJ.Cari@seattle.gov>; Houghton, Matthew <Matthew.Houghton@seattle.gov>; Sebold, Meghan <Meghan.Sebold@seattle.gov>; Lee, Bobby <Bobby.Lee@seattle.gov>; Yamamoto, Nancy <Nancy.Yamamoto@seattle.gov>; Barreras, Theresa <Theresa.Barreras@seattle.gov>; Gomez, Pedro <Pedro.Gomez@seattle.gov>; Swenson, Chris <Chris.Swenson@seattle.gov>; Allen, Amanda <Amanda.Allen@seattle.gov>
**Subject:** RE: EOC Activation Transition - Marches & Protests
**Importance:** High

MTeam and Matt,

Any chance you could help fill in coverage for the EOC? Due to a copy and paste error AJ and Steph were signed up for more shifts than they are able to cover. We need the following shifts:

- Thursday 6/11 6pm to midnight
- Saturday 6/13 11am to 6pm
- Saturday 6/13 6pm to midnight
- Sunday 6/14 11am to 6pm
- Sunday 6/14 6pm to midnight

I am unable to take any of these shifts as I am scheduled to be off this Friday through Monday. You can sign up here:  2020-05-30 May 30 Marches and Rallies Staffing List.xlsx  If the link doesn't work for you, let me know and I'll get you signed up.

Thank you,

Danielle

Danielle Hursh
Executive Assistant
Seattle Office of Economic Development
O: 206-733-9254 | danielle.hursh@seattle.gov

M: 206-247-4795
Facebook | Twitter | Instagram
Pronouns: She/her/hers

Seattle is a Welcoming City because we believe in inclusion and equity. City employees do not ask about citizenship status and serve all residents regardless of immigration status. Immigrants and refugees are welcome here. For ADA accommodations or accessibility information, contact oed@seattle.gov.

**Public Disclosure/Disclaimer Statement:**
Consistent with the Public Records Act, Chapter 42.56 RCW, all records within the possession of the City may be subject to a public disclosure request and may be distributed or copied. Records include and are not limited to sign-in sheets, contracts, emails, notes, correspondence, etc. Use of lists of individuals or directory information (including address, phone or E-mail) may not be used for commercial purposes.

---

**From:** Hursh, Danielle
**Sent:** Tuesday, June 9, 2020 8:42 AM
**To:** Hall, Heidi <Heidi.Hall@seattle.gov>; Gowing, Stephanie <Stephanie.Gowing@seattle.gov>; Cari, AJ <AJ.Cari@seattle.gov>; Houghton, Matthew <Matthew.Houghton@seattle.gov>; Sebold, Meghan <Meghan.Sebold@seattle.gov>; Lee, Bobby (Bobby.Lee@seattle.gov) <Bobby.Lee@seattle.gov>; Yamamoto, Nancy (Nancy.Yamamoto@seattle.gov) <Nancy.Yamamoto@seattle.gov>; Barreras, Theresa (Theresa.Barreras@seattle.gov) <Theresa.Barreras@seattle.gov>; Gomez, Pedro (Pedro.Gomez@seattle.gov) <Pedro.Gomez@seattle.gov>; Swenson, Chris (Chris.Swenson@seattle.gov) <Chris.Swenson@seattle.gov>; Allen, Amanda (Amanda.Allen@seattle.gov) <Amanda.Allen@seattle.gov>
**Cc:** Scherer, Sarah <Sarah.Scherer@seattle.gov>
**Subject:** RE: EOC Activation Transition - Marches & Protests
**Importance:** High

Huge thank you to all of you! Adding MTeam to help fill in coverage.

MTeam – we are looking for folks to cover the Thursday 6/11 and Friday 6/12 6pm to midnight shifts. If you cannot access the link below, please let me know and I'll add you to the schedule.

Thank you!

Danielle



Danielle Hursh
Executive Assistant
Seattle Office of Economic Development
O: 206-733-9254 | danielle.hursh@seattle.gov
M: 206-247-4795
Facebook | Twitter | Instagram
Pronouns: She/her/hers

Seattle is a Welcoming City because we believe in inclusion and equity. City employees do not ask about citizenship status and serve all residents regardless of immigration status. Immigrants and refugees are welcome here. For ADA accommodations or accessibility information, contact oed@seattle.gov.

**Public Disclosure/Disclaimer Statement:**
Consistent with the Public Records Act, Chapter 42.56 RCW, all records within the possession of the City may be subject to a public disclosure request and may be distributed or copied. Records include and are not limited to sign-in sheets, contracts, emails, notes,

correspondence, etc. Use of lists of individuals or directory information (including address, phone or E-mail) may not be used for commercial purposes.

---

**From:** Hall, Heidi <Heidi.Hall@seattle.gov>
**Sent:** Monday, June 8, 2020 10:59 PM
**To:** Gowing, Stephanie <Stephanie.Gowing@seattle.gov>; Cari, AJ <AJ.Cari@seattle.gov>; Houghton, Matthew <Matthew.Houghton@seattle.gov>; Sebold, Meghan <Meghan.Sebold@seattle.gov>
**Cc:** Hursh, Danielle <Danielle.Hursh@seattle.gov>; Scherer, Sarah <Sarah.Scherer@seattle.gov>
**Subject:** RE: EOC Activation Transition - Marches & Protests

I signed up for Tues/ Wed night shifts working remote

---

**From:** Gowing, Stephanie <Stephanie.Gowing@seattle.gov>
**Sent:** Monday, June 8, 2020 9:44 PM
**To:** Cari, AJ <AJ.Cari@seattle.gov>; Houghton, Matthew <Matthew.Houghton@seattle.gov>; Hall, Heidi <Heidi.Hall@seattle.gov>; Sebold, Meghan <Meghan.Sebold@seattle.gov>
**Cc:** Hursh, Danielle <Danielle.Hursh@seattle.gov>; Scherer, Sarah <Sarah.Scherer@seattle.gov>
**Subject:** RE: EOC Activation Transition - Marches & Protests

I signed up for the Tues/Thur day shifts..

---

**From:** Cari, AJ <AJ.Cari@seattle.gov>
**Sent:** Monday, June 08, 2020 9:39 PM
**To:** Gowing, Stephanie <Stephanie.Gowing@seattle.gov>; Houghton, Matthew <Matthew.Houghton@seattle.gov>; Hall, Heidi <Heidi.Hall@seattle.gov>; Sebold, Meghan <Meghan.Sebold@seattle.gov>
**Cc:** Hursh, Danielle <Danielle.Hursh@seattle.gov>; Scherer, Sarah <Sarah.Scherer@seattle.gov>
**Subject:** RE: EOC Activation Transition - Marches & Protests

I can do Wed and Fri day shifts remotely, I'll sign up on the shared doc that steph emailed.



AJ Cari
Small Business Advocate
Seattle Office of Economic Development
O: 206-684-0133 | aj.cari@seattle.gov
Facebook | Twitter | Instagram
Pronouns: He/Him

Seattle is a Welcoming City because we believe in inclusion and equity. City employees do not ask about citizenship status and serve all residents regardless of immigration status. Immigrants and refugees are welcome here. For ADA accommodations or accessibility information, contact oed@seattle.gov.

**Public Disclosure/Disclaimer Statement:**
Consistent with the Public Records Act, Chapter 42.56 RCW, all records within the possession of the City may be subject to a public disclosure request and may be distributed or copied. Records include and are not limited to sign-in sheets, contracts, emails, notes, correspondence, etc. Use of lists of individuals or directory information (including address, phone or E-mail) may not be used for commercial purposes.

**From:** Gowing, Stephanie <Stephanie.Gowing@seattle.gov>
**Sent:** Monday, June 08, 2020 9:29 PM
**To:** Houghton, Matthew <Matthew.Houghton@seattle.gov>; Hall, Heidi <Heidi.Hall@seattle.gov>; Sebold, Meghan <Meghan.Sebold@seattle.gov>; Cari, AJ <AJ.Cari@seattle.gov>
**Cc:** Hursh, Danielle <Danielle.Hursh@seattle.gov>; Scherer, Sarah <Sarah.Scherer@seattle.gov>
**Subject:** Fw: EOC Activation Transition - Marches & Protests

Hi All,

Could you please share some of your time this week and this coming up weekend in the EOC schedule? 2020-05-30 May 30 Marches and Rallies Staffing List.xlsx

This is needed starting tomorrow. Currently, we are not fully staffed. Maybe this should go to All Staff? DH- please advise.

**Stephanie Gowing**
Green Business Advocate
Seattle [seattle.gov/economicdevelopment]Office of Economic Development
O: 206-684-3698 | stephanie.gowing@seattle.gov
Facebook | Twitter | EnviroStars

---

**From:** Nelson, Laurel <Laurel.Nelson@seattle.gov>
**Sent:** Monday, June 8, 2020 9:10 PM
**To:** OEM_Staff <OEMStaff@seattle.gov>; Dikeakos, Stephanie <Stephanie.Dikeakos@seattle.gov>; Ameh, Eci <Eci.Ameh@seattle.gov>; Koskey, Robin <Robin.Koskey@seattle.gov>; Gowing, Stephanie <Stephanie.Gowing@seattle.gov>; Brand, Jesseca <Jesseca.Brand@seattle.gov>; Erb, Megan <Megan.Erb@seattle.gov>; Cuerpo, David <David.Cuerpo@seattle.gov>; DiSabatino, Dante <Dante.DiSabatino@seattle.gov>; Saunders, Philip <Philip.Saunders@seattle.gov>; O'Brien, Eric <EObrien@kingcounty.gov>; Allen, Teri <Teri.Allen@seattle.gov>; Arhu, Emmanuel <Emmanuel.Arhu@seattle.gov>; Simpson, Kristen <Kristen.Simpson@seattle.gov>; Deyerin, Marcus <marcus.deyerin@kingcounty.gov>; Crosier, Neil <neil.crosier@kingcounty.gov>; Bisping, Lori <lori.bisping@soundtransit.org>; Kaku, Clinton <Clinton.Kaku@seattle.gov>; Buechler, Chad M <Chad.Buechler@seattle.gov>; Elliott, Jana <Jana.Elliott@seattle.gov>; Cordner, Lesley <Lesley.Cordner@seattle.gov>; Anderson, Shanon (SPD) <Shanon.Anderson@seattle.gov>; Sharp, Michael <Michael.Sharp@seattle.gov>; Jainga, Jon <Jon.Jainga@seattle.gov>; Chris Skilton <chris.skilton@kingcounty.gov>; Watson, Jill <Jill.Watson@seattle.gov>; Blankenship, Jeanette <Jeanette.Blankenship@seattle.gov>; Rick Sheridan <Rick.Sheridan@spl.org>; Santana, Cynthia <Cynthia.Santana@seattle.gov>; Lee, Glen <Glen.Lee@seattle.gov>; Fiske-Zuniga, Anne <anne.fiskezuniga@seattlehousing.org>; Koskey, Robin <Robin.Koskey@seattle.gov>; Torgelson, Nathan <Nathan.Torgelson@seattle.gov>; Randy Hansen <hansen.r@portseattle.org>; Vu, Cuc <Cuc.Vu@seattle.gov>
**Subject:** EOC Activation Transition - Marches & Protests

EOC Response Colleagues,

The Seattle EOC is transitioning to a new operational schedule as of **TOMORROW, Tuesday, June 9**. We will focus our EOC time on the busier hours of the activities we have seen over the last several days. We will open the EOC at 4PM and go to roughly 10PM. During the business hours from 11AM to 4PM, we will request department reps to be on-call to provide assistance and answer any questions contributing to cross-departmental coordination.

For those that have submitted staffing schedules for this week please review your selections noting that :
- Those working in morning will now be ON CALL and should not report to the EOC.
- Those working in the evening should now report to the EOC at 4PM.

If you cannot access the SharePoint document, email your department staffing plans to seattle-eoc@seattle.gov as soon as possible. We need your staffing POCs for on-call and in person EOC presence from **Tuesday thru Sunday, June 14**.


2020-05-30 May 30 Marches and Rallies Staffing List.xlsx

We request the following departments provide your on-call POC for tomorrow daytime:
- SPD
- SFD
- SDOT
- SPU (on call 11am till EOC closure)
- Parks (on call 11am till EOC closure)
- Logs/FAS
- OEM
- MO
- JIC
- OED
- DON (on call 11am till EOC closure)
- KC Metro

We request the following departments to be present in the EOC from 4-10pm:
- SPD
- SFD
- SDOT
- Logs/FAS
- JIC
- OEM
- MO

This is a trying time filled with sadness, grieving, heighten emotions and heavy hearts. Thank you for your service and the many hours of work. Take care of yourselves.



**Laurel Nelson**
*Acting Director,* **Office of Emergency Management**
City of Seattle

105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5075 | O: 206.233-5076 | laurel.nelson@seattle.gov
*Facebook* | *Twitter*
Sign up for emergency alerts from AlertSeattle: **alert.seattle.gov**

 **Accredited since April 2016**