# EXHIBIT 33

# [No Subject]

| | |
|---|---|
| From: | "Durkan, Jenny" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=de71e1801f964bccb03328024b2eadfa-durkanj"> |
| To: | "Best, Carmen" <carmen.best@seattle.gov>; "Scoggins, Harold D" <harold.scoggins@seattle.gov> |
| Cc: | "Fong, Michael" <michael.fong@seattle.gov>; "Sixkiller, Casey" <casey.sixkiller@seattle.gov> |
| Date: | Sat, 20 Jun 2020 08:34:28 -0700 |

Chiefs --

I know this has been a very difficult time for each of you, and appreciate your work.  I know we are setting a call for later this am, to be briefed on options (with operational plans) SFD and SPD and the other city departments have been developing  for Capitol Hill and normalizing the area, so residents and businesses can reclaim their community.

But as we discussed at the outset of the Cap Hill issues, and as you told the public: there can be no part of the city where SFD and SPD do not respond.

==What happened this am was foreseeable and avoidable.==  It cannot be repeated.  So as a stand alone -- your teams also need to develop  true operational plan(s) so we do not get a repeat of that again.  They need to reflect ground truths and your best thinking on de-escalation, and positive response.

Since Chief Best is out of town, Casey is also working with Adrian Diaz.  But this is going to have to be decided and directed by you Chiefs.

Thanks,

Jenny