# EXHIBIT 38

## Fw: Video depicting violent assaults by CHAZ self-appointed enforcers

**From:** "Truscott, Lauren" <lauren.truscott@seattle.gov>
**To:** "Best, Carmen" <carmen.best@seattle.gov>
**Date:** Tue, 16 Jun 2020 09:06:01 -0700

Sgt Lauren Truscott
Seattle Police Department
**From:** Brown, Robert <Robert.Brown@seattle.gov>
**Sent:** Tuesday, June 16, 2020 8:50 AM
**To:** Mahaffey, Thomas <Thomas.Mahaffey@seattle.gov>; Ballingham, Grant <Grant.Ballingham@seattle.gov>; Truscott, Lauren <Lauren.Truscott@seattle.gov>
**Cc:** McDonagh, Paul <Paul.McDonagh@seattle.gov>; Allen, Matthew <Matthew.Allen@seattle.gov>; Stampfl, Brian <Brian.Stampfl@seattle.gov>; Grenon, Bryan <Bryan.Grenon@seattle.gov>; Leung, Sekfai Paul <SekfaiPaul.Leung@seattle.gov>; Kelley, Christopher <Christopher.Kelley@seattle.gov>; Williams, Joel <Joel.Williams@seattle.gov>
**Subject:** Video depicting violent assaults by CHAZ self-appointed enforcers

A/Chief Mahaffey, Lt Ballingham & Sgt Truscott,

   First watch officers discovered the video link below and brought it to my attention. You may already be aware of it. It pertains to the following SIR:

| 2020-188030 | Disturbance - possible swatting call |
|---|---|
| Precinct: EAST | E2 Third Watch |
| Date: 06/14/2020 | Time: 2132 |
| Created by: | Fiorini, Nadia |

A person reporting to be a business owner in the 1700 block of 12 Ave called 911 stating that someone was breaking the windows of his business with hammers. The reporter stated that he was responding to the business and that he was armed with a with an AR 15 and a shotgun. Multiple other updates were broadcasted, including that the business was on fire, that the reporter had caught an intruder and was holding him at gunpoint, that a crowd of 400 was scaling their fences, and that protesters in the area of the Chaz were going to attempt to free the person held by the business owner. Officers observed the business from a distance and saw multiple people wearing helmets / protective gear. The business was not on fire, and several passerbys reported seeing no disturbance. Officers also attempted to call the reporter multiple times, but he did not answer. Officers then cleared the area. Additional information obtained after clearing appeared to corroborate that some type of disturbance occurred at the business, but several more attempts to contact the business owner went unanswered.

   The reality was that a burglar was contacted on site by the business owner. I am sending this e-mail because of what followed. The video depicts Raz Simone and his crew of 'enforcers' chasing after and encircling the burglary suspect. The suspect is punched. Next he is pulled backwards by his ponytail. Then he appears to be beaten before he escapes. Meanwhile, other members of CHAZ

attempt to shoe off the person recording the incident. It is a fairly graphic depiction of the abhorrent behavior of these self-appointed enforcers. It would appear to be media-worthy.

There may be other sources for the same video. Here is the link:

https://www.reddit.com/r/Seattle/comments/h9h8nj/yesterday_someone_tries_to_break_into_chaz_car/

Post is titled: **Yesterday: Someone tries to break into CHAZ car dealership – Raz Simone arrests him**

I hope that this information is useful.

*A/Lt Rob Brown #6194*
First Watch Commander
Seattle Police West Precinct
Desk: 206-615-1315