# EXHIBIT 39

# FW: Reduce CHAZ/ CHOP

| | |
|---|---|
| From: | "Fisher, Christopher" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=f981981d719f4ed1b0eb01745e83336d-fisherc"> |
| To: | "Best, Carmen" <carmen.best@seattle.gov>; "Mahaffey, Thomas" <thomas.mahaffey@seattle.gov> |
| Cc: | "Truscott, Lauren" <lauren.truscott@seattle.gov>; "Clancy, Amy" <amy.clancy@seattle.gov> |
| Date: | Tue, 16 Jun 2020 13:21:54 -0700 |

**From:** Herbold, Lisa <Lisa.Herbold@seattle.gov>
**Sent:** Tuesday, June 16, 2020 13:04
**To:** Durkan, Jenny <Jenny.Durkan@seattle.gov>
**Cc:** Auriemma, Anthony <Anthony.Auriemma@seattle.gov>; Fisher, Christopher <Christopher.Fisher@seattle.gov>; Aldrich, Newell <Newell.Aldrich2@seattle.gov>
**Subject:** Re: Reduce CHAZ/ CHOP

Dear Mayor Durkan,

Thank you very much for clarifying that SPD response in the CHOP will include responses to:

- an active shooter incident
- an assault
- a structure fire
- significant medical emergency (i.e. heart attack, stroke, trauma)
- other incidents that threaten a person's life safety

Direction to officers on Sunday night from SPD via email, reported by Brandi Kruse, restricted the response in the "red zone" to "mass casualty events." I'd be happy to send you the email excerpt if you do not have a copy.

Best,


Lisa Herbold

District 1 Councilmember, Public Safety and Human Services Committee Chair


206-684-8801

[lisa.herbold@seattle.gov](mailto:lisa.herbold@seattle.gov)

**From:** Durkan, Jenny <Jenny.Durkan@seattle.gov>
**Sent:** Tuesday, June 16, 2020 12:51 PM
**To:** Laurie Wheeler <wheeler.laurie@gmail.com>; Herbold, Lisa <Lisa.Herbold@seattle.gov>
**Subject:** Re: Reduce CHAZ/ CHOP

Thank you for reaching out.

The City of Seattle has been on site working with many of the organizers every day – this includes Fire Chief Harold Scoggins – to help ensure the safety of individuals, residents, and businesses. Chief Best and SPD have been on site multiple times, and there is no "police free" zone in the City. City staff, including representatives from the Mayor's Office, Fire Chief Scoggins, and department directors from Seattle Public Utilities (SPU), the Seattle Department of Transportation (SDOT), and the Office of Economic Development have been meeting daily with CHAZ/CHOP leaders to work with the organizers on sanitation, hygiene, and any other needs since June 9. Utilities including Puget Sound Energy and SPU have been able to respond to the area for service.

The Seattle Police Department will respond to significant life-safety issues within the CHAZ/CHOP (defined as the shaded area in the below map). The Seattle Police Department's definition of life-safety issues may include an active shooter incident, an assault, a structure fire, significant medical emergency (i.e. heart attack, stroke, trauma) and other incidents that threaten a person's life safety. The Seattle Fire Department will respond to fire and medical emergencies within the CHAZ once SPD officers secure the scene and say it is safe for fire crews to enter. For all other calls originating from this area, SPD dispatchers and officers will attempt to coordinate officer contact outside of these boundaries when safe and feasible.



The Seattle Police Department's decision regarding service calls within the CHAZ/CHOP is part of the City's effort to proactively de-escalate any situations that have the potential to jeopardize officer or community safety. The Seattle Police Department will continue to respond to life-safety situations and facilitate the Seattle Fire Department's safe response to significant medical incidents.

As part of this effort, SFD has worked with the volunteer medical staff at the site to ask that if a person becomes injured in this area, residents walk them to the perimeter of the crowd and call 9-1-1 to report their location. SFD fire extinguishers and Mega Movers (portable stretchers), have been provided by the fire department to the volunteer medical staff (unaffiliated with the City) to assist with this effort. Additionally, SFD has advised businesses in the area on how to proactively remove combustibles, such as removing garbage and recycling on a daily basis to minimize the risk of intentionally set fires spreading. It is incredibly important to clear a pathway for emergency vehicles as the respond into the area, so medical and fire responses are not further delayed.

Regarding the incident on Capitol Hill, officers did receive a 9-1-1 report that a business was on fire in the 1700 block of 12th Avenue. Officers responded to the call and observed from a distance that there were no signs of fire or smoke from the building, and officers did not note any disturbance. The officers did not perceive a threat to life safety, and they did not enter the site. An SPD supervisor did call the

==business owner and left a voicemail. The officers filed a report, which is available via public disclosure request.==

Fire Chief Scoggins visited the business on the morning of June 15 to talk with the business owners. Evidence was obtained of a small fire inside the business that was reported to be quickly extinguished by the business owners, which is likely why smoke from the building was not observed by SPD. The fire department did not respond to this incident on June 14 when it occurred, but SFD dispatch was advised. SFD's Fire Investigation Unit responded to the site in the afternoon on June 15 to conduct an official fire investigation, which is underway.

Chief Scoggins and SDOT have also been meeting with the organizers to discuss how the City can appropriately allow additional traffic access to the area. This could include an updated footprint to facilitate more access and ensure CHAZ/CHOP residents can continue to protest peacefully around the East Precinct while allowing deliveries, sanitation, and easy access.

Best,

Seattle Office of the Mayor.

---

**From:** Laurie Wheeler <wheeler.laurie@gmail.com>
**Sent:** Tuesday, June 16, 2020 12:50 PM
**To:** Herbold, Lisa <Lisa.Herbold@seattle.gov>; Durkan, Jenny <Jenny.Durkan@seattle.gov>
**Subject:** Reduce CHAZ/ CHOP

CAUTION: External Email

We are in full support of a space for ongoing peaceful protests. We are also registered Democrats and disagree with the sensational coverage.

At the same time, we are deeply concerned that the East Precinct remains closed and response times are longer to emergencies. We also disagree that a small group of protesters are allowed to commandeer city streets.

While we appreciate the even response to protesters please know that there is not uniform support among Democratic voters in Seattle for this protest. We would like to see the Precinct opened and the streets clear for traffic and business.

Sincerely,

Laurie Wheeler

SEA_00022088