# EXHIBIT 40

## Fwd: Incidents at Broadway Building

**From:** "Lee, Bobby" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=3213c3339a274c769b059159b6905a0d-leeb3">
**To:** "Lee, Glen" <glen.lee@seattle.gov>
**Date:** Fri, 19 Jun 2020 13:58:58 -0700

Lots more

Sent from my iPhone - Bobby

Begin forwarded message:

> **From:** "Lee, Bobby" <Bobby.Lee@seattle.gov>
> **Date:** June 19, 2020 at 9:46:21 AM PDT
> **To:** "Zimbabwe, Sam" <Sam.Zimbabwe@seattle.gov>, "Hara, Mami" <Mami.Hara@seattle.gov>, "Thompson, Adrienne" <Adrienne.Thompson@seattle.gov>
> **Subject: Fwd: Incidents at Broadway Building**
>
> FYI. For awareness
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Lee, Bobby" <Bobby.Lee@seattle.gov>
>> **Date:** June 19, 2020 at 9:23:33 AM PDT
>> **To:** Michael Oaksmith <Moaksmith@hunterscapital.com>
>> **Cc:** "Bolieu, Sabrina" <Sabrina.Bolieu@seattle.gov>
>> **Subject: Re: Incidents at Broadway Building**
>>
>> Thanks Michael. I am at 12th Ave now and the road is opened and traffic is flowing. And I've witnessed protestors talking directly with drivers to help them get through.
>> I also ran into your team on 10th and let them know how to reach out for graffiti removal requests. I'll follow up again with an email.



SEA_00091064



SEA_00091065



Sent from my iPhone

On Jun 19, 2020, at 9:03 AM, Michael Oaksmith <Moaksmith@hunterscapital.com> wrote:

**CAUTION: External Email**

More residents wanting to break leases and now the "party" going on all night is blocking access to cars into the building and residents are too intimidated to ask the drug using idiots to move. See the two emails below we got this AM.
It would be nice to call the Police and ask for assistance, but from the mayors statements, unless it's life or death, they will not come. What do we tell these people?? The thugs know this area is free of police at night – they rule the area now. I'd go around and take pictures of the graffiti on our new $3,000 roll up doors but I'm too busy answering emails. Seriously – the door has a 10ft tall tag on it that says Fuck all over it. They just sit out in the open and do this at night Sabrina – help us stop this.

Don't tell me your are working with the protesters on this – it's been over two weeks and they are not doing crap for my residents.  Provide your residents safety and order – this is becoming a national joke.

I'm sure you have seen what the second most liberal city in America thinks of these zones.  Learn from Portland please.  The MUCH LARGER silent majority will back this removal.
https://www.thenewstribune.com/news/state/article243630872.html

Mike

---

**From:** Trever Booth <treverbooth@gmail.com>
**Sent:** Thursday, June 18, 2020 10:56 PM
**To:** Kayla Stevens <kayla@hunterscapital.com>
**Subject:** Incidents at Broadway Building

Hi Kayla,

Just wished to report a couple things related to the CHOP party that is occurring below our unit.

Earlier a fight broke out in the entry way to the garage. It appears to have revolved around some people spray painting the garage doors. Also, people are starting to block the garage entry way with their vehicles, using it as a sort of loading zone. Currently a car sits out below our unit with people sitting on the roof of the car and smoking marijuana.  They are loud all night long.  This us right under our units.

The combination of the fresh aerosol spray paint fumes and marijuana odor is making our unit extremely unpleasant, even with the doors and vents closed.  How can we remove them at night?

Thanks,

Linda and Trever
Unit #108

---

**From:** Pang Sam <pangdsam@gmail.com>
**Date:** June 19, 2020 at 12:38:07 AM PDT
**To:** Kayla Stevens <kayla@hunterscapital.com>
**Cc:** Jill Cronauer <Jill@hunterscapital.com>
**Subject: Re:  Chop/Chaz Update**

Hello,

I appreciate the update on your efforts. I understand you cannot control what occurs outside, but the noise has been unbearable as quiet hours are no longer respected by those at the park. Music, bbqing, basketball and partying occurs all hours of the day and night. Tear gas has entered my unit, causing my son to have a bloody nose, smoke enters my unit daily, trash smells daily, and I haven't slept well in months.

I understand some level of city noises and smells is to be expected in this location, but this unpredictable CHOP occupying the park is excessively noisy making my enjoyment of my home very minimal.

That being said, I no longer wish to live here. I can't live well when I'm not sleeping well. I understand I'm legally bound to the terms of my lease, but if there can be any exceptions made for me to terminate my lease without penalty, I would appreciate it.

Regards,
Pang