# EXHIBIT 41

## 12th ave right now

| | |
|---|---|
| **From:** | Michael Oaksmith <moaksmith@hunterscapital.com> |
| **To:** | "Ranganathan, Shefali" <shefali.ranganathan@seattle.gov>; "Lee, Bobby" <bobby.lee@seattle.gov> |
| **Cc:** | "Bolieu, Sabrina" <sabrina.bolieu@seattle.gov> |
| **Date:** | Mon, 29 Jun 2020 09:00:53 -0700 |

> **CAUTION: External Email**

Bobby, Shefali, Sabrina -

I just had a tenant that wanted to get into the Ballou Wright Building on 12th to get some personals from their office and they sent me the attached picture. They said a car has run into the front of the building and a drunk guy in the back is yelling at himself.

What the FUCK am I supposed to do here.
I'm sorry, but this is seriously WRONG, I have had enough this this crap.

Should I walk up there and risk my life here Shefali? Is that my job now at this point? What can a Landlord possibly tell a tenant here?


BWT – I have Richmark and the Liquor Store all over me also, they can't open – there are a bunch of cars parked all over 12th and Pine in front of the liquor store. They have taken back the entire street, thrown (I'm being told by Richmark) trash all over the place, couches flipped upside down, people play music at high levels and yelling.
How are these stores supposed to operate?


Michael Oaksmith
Development
Hunters Capital
P: 206.328.3333
C: 206.276.3366
F: 206.328.9686

---

**From:** Michael Oaksmith
**Sent:** Monday, June 29, 2020 8:14 AM
**To:** Ranganathan, Shefali <Shefali.Ranganathan@seattle.gov>; Lee, Bobby <Bobby.Lee@seattle.gov>
**Cc:** Bolieu, Sabrina <Sabrina.Bolieu@seattle.gov>
**Subject:** RE: From the 12th ave liquor store manager last night...

Today after the shooting, there is "CHOP security" staring down cars that enter on Nagle street. I have had two complaints about this in the past 30 min.
The tensions are incredibly high right now between our staff and tenants. The tenants are at a point they don't want to walk outside – many very young people that have heard gun shots now for the 5 time in 10 nights.

The shooting last night, and what I witnessed in the park on Sat. with a old guy pulling a gun on someone in the park, this is out of hand.

How much clearer can this be – a group of armed idiots have taken over a 4 block area of this city. Do Capitol Hill citizens have to take it back?  The lives of 1000's are being completely ignored.

Please use some force and stop this illegal take over!  There is no hint of a BLM movement down here today.  It's a simple take over by homeless, mentally ill and far left fanatics.  Those are the three groups left here at 8:00AM terrorizing Capitol Hill.

Another letter below from a tenant.  After writing letters like this, they turn their attention of our staff – it's been terrible to come into work under these conditions.

---

**From:** Chuck Stambaugh-Bowey <chuckbowey@gmail.com>
**Sent:** Sunday, June 28, 2020 6:26:44 PM
**To:** jenny.durkan@seattle.gov <jenny.durkan@seattle.gov>
**Cc:** pattye@calfoeakes.com <pattye@calfoeakes.com>; Kayla Stevens <kayla@hunterscapital.com>; Puhp <keith.stambaugh@gmail.com>
**Subject:** Broadway & Pine

Mayor Durkan.   Five years ago, i met my soon-to-be husband.  At the time, we lived in Montana, and we would come to Seattle - Capitol Hill - to get away and fell in love with this community.   We have been here numerous times to enjoy the energy and life that Capitol Hill offered.  And, this spring, we had the amazing opportunity to move to Seattle and we chose Capitol Hill to make our home.   We landed here about the first of May at the corner of Broadway and Pine, making our home at the Broadway Building.

I understand there are a lot of things happening now, that are not in your control.  And, there are things happening that are a direct response to your policies and lack of decisions.   I have largely remained quiet during this time, because I understand that this is hard.   Your decisions have to be difficult.   There is no doubt.   I've tasted the tear gas and have laid awake at night listening to the protesters and the drumming of the helicopter.   I've been displaced from the Cal Anderson park due to the horrendous drug and crime problems that are there.   I watched when the police presence left.   When the city left me here to fend for myself.   But I was quiet, because I understood how difficult this all must be.

But I simply cannot be quiet any longer.   I went over to Cal Anderson Park tonight to walk my dog and throw the ball for him.   Before the occupation, a few dozen dog owners would meet and let our dogs run around and say hi.   Those people are gone.  Now, when we go to the park, I have to keep my dog close on the leash

because of the glass laying all over.   Because of the criminal element that is running rampant through the park.   I'm stepping over used needles, and people in mental and substance distress.   I'm avoiding people who are obviously distressed and angry, trying not to catch their attention.   This is not a safe place for good people who simply want to live and enjoy what the area has to offer.

I do not like who I have become.   I am a trusting soul.   I love people and respect and have empathy for many paths people find themselves on.   But now, I'm afraid.  People scare me.   I can't look them in the eye.  I'm afraid to say hello.   What is going on?

I understood that the city was going to clean things up today.   And yet, I found myself being terrified by a crazed drugged-out dude who was screaming and running towards me, when I just wanted to toss the ball for my dog.   What is going on?   I respect and honor people's right to protest and bring about change in our society.   But what is going on over in Cal Anderson is pure unadulterated anarchy.   Something must be done.   You cannot continue to turn a blind eye to this shit.

I am regretful that I've just signed a year-long lease.   If I could, I'd get out right now.   But we're trapped.   Trapped by your policies and decisions that created this.   I am asking that you clean up Cal Anderson park before someone else get s killed.   Before someone else gets hurt.   It is an absolute mess over there.   Do your job.   Protect your citizenry on Capitol Hill.   How much longer do we have to wait? (That's not a rhetorical question).

Waiting for you to Act,

Chuck Stambaugh-Bowey


Michael Oaksmith
Development
Hunters Capital
P: 206.328.3333
C: 206.276.3366
F: 206.328.9686

**From:** Michael Oaksmith <Moaksmith@hunterscapital.com>
**Sent:** Saturday, June 27, 2020 1:05 PM
**To:** Ranganathan, Shefali <Shefali.Ranganathan@seattle.gov>; Lee, Bobby <Bobby.Lee@seattle.gov>
**Cc:** Bolieu, Sabrina <Sabrina.Bolieu@seattle.gov>
**Subject:** Re: From the 12th ave liquor store manager last night...

At this second I'm watching a guy in overalls yelling at another guy with a speaker... the guy in overalls an older white guy has his gun out. They are in the middle of the play field. A younger teenage looking kid is also getting punched by a group.
Wow. Taking video, will upload in the am.
Have to get out of here.

Mike

Get Outlook for iOS

**From:** Ranganathan, Shefali <Shefali.Ranganathan@seattle.gov>
**Sent:** Saturday, June 27, 2020 12:57:35 PM
**To:** Michael Oaksmith <Moaksmith@hunterscapital.com>; Lee, Bobby <Bobby.Lee@seattle.gov>
**Cc:** Bolieu, Sabrina <Sabrina.Bolieu@seattle.gov>
**Subject:** Re: From the 12th ave liquor store manager last night...

Hi Michael,

We are aware of the situation. Parks is on site cleaning up right now.

Thanks
Shefali

Get Outlook for iOS

**From:** Michael Oaksmith <Moaksmith@hunterscapital.com>
**Sent:** Saturday, June 27, 2020 11:43:43 AM
**To:** Lee, Bobby <Bobby.Lee@seattle.gov>; Ranganathan, Shefali <Shefali.Ranganathan@seattle.gov>
**Cc:** Bolieu, Sabrina <Sabrina.Bolieu@seattle.gov>
**Subject:** From the 12th ave liquor store manager last night...

**CAUTION: External Email**

We really want to push for not only a taking down of the barricades tomorrow, but 10 or so trucks in and around the area just cleaning up the streets. I'm on site now, the trash around rancho bravo, the baseball field in the park, around the tennis courts, and up Pike is terrible. It seems as people move out, they just throw their crap all over and leave.

SEA_00082835

Thanks for listening… see below from LaRisa -from last night at 9:00PM

Michael Oaksmith
Development
Hunters Capital
P: 206.328.3333
C: 206.276.3366
F: 206.328.9686

**From:** LaRisa DeYoung <larisadeyoung@gmail.com>
**Sent:** Friday, June 26, 2020 8:55 PM
**To:** Michael Oaksmith <Moaksmith@hunterscapital.com>
**Subject:**

Michael,

I would like someone to come into our store when we open and I would like them to stay until we have to close the doors.

There were 5 fights in front of the store TODAY with guns and mace and knives pulled.  We were open for 4 hours before we had to close.

We have to close the store and lock the gates and our staff are in real danger and afraid to come and go from work. Which at this point is operating at a loss.

They just said they are not going to take away the barricades from the precinct, which is on our doorstep.

The situation is devolving. . .


LaRisa DeYoung
206-972-1257



SEA_00082837