# RE: Massive Graffiti, busted glass on canopy, massive nightly noise at CHAZ

| | |
|---|---|
| **From:** | Michael Oaksmith <moaksmith@hunterscapital.com> |
| **To:** | "Lee, Bobby" <bobby.lee@seattle.gov>; "Holmes, Peter" <peter.holmes@seattle.gov> |
| **Cc:** | "Wells, Michael" <michael.wells@seattle.gov>; "Bolieu, Sabrina" <sabrina.bolieu@seattle.gov>; "Hara, Mami" <mami.hara@seattle.gov>; "Zimbabwe, Sam" <sam.zimbabwe@seattle.gov>; "Thompson, Adrienne" <adrienne.thompson@seattle.gov> |
| **Date:** | Mon, 15 Jun 2020 08:53:52 -0700 |
| **Attachments:** | IMG_5910.MOV (8.14 MB) |

**CAUTION: External Email**

Here is another night by another pissed off tenant just below the last of noise after 10:00PM. The good news just keeps coming into my inbox ☹.

Michael Oaksmith
Development
Hunters Capital
P: 206.328.3333
C: 206.276.3366
F: 206.328.9686

---

**From:** Michael Oaksmith
**Sent:** Monday, June 15, 2020 8:51 AM
**To:** 'Lee, Bobby' <Bobby.Lee@seattle.gov>; 'Holmes, Peter' <Peter.Holmes@seattle.gov>; 'Tracy Taylor' <ttaylor@elliottbaybook.com>
**Cc:** 'Wells, Michael' <Michael.Wells@seattle.gov>; 'Bolieu, Sabrina' <Sabrina.Bolieu@seattle.gov>; 'Hara, Mami' <Mami.Hara@seattle.gov>; 'Zimbabwe, Sam' <Sam.Zimbabwe@seattle.gov>; 'Thompson, Adrienne' <Adrienne.Thompson@seattle.gov>
**Subject:** RE: Massive Graffiti, busted glass on canopy, massive nightly noise at CHAZ

Two more things:
1. Below is a message from the owner of the Rickmark Label company asking for some help.
2. See video attached at 11:00PM at night from the park. We have people for 14 days that have tried to sleep through this now – and it's just getting worse. I fear the hot weather coming our way will make it much worse… hundreds of residents trying to put up with this noise at night. I need to send them a response on Noise after 10:00PM and how this is being enforced with the city right now.

**From:** Bill Donner <bdonner@richmarklabel.com>
**Date:** June 15, 2020 at 4:53:57 AM PDT
**Subject: Re:**

Mike

The garbage is piling up.  Recology can't get here.  The blockade on 11th Ave. is even more daunting.

Bill

_____
_____

Michael Oaksmith
Development
Hunters Capital
P: 206.328.3333
C: 206.276.3366
F: 206.328.9686

**From:** Michael Oaksmith
**Sent:** Monday, June 15, 2020 8:44 AM
**To:** Lee, Bobby <Bobby.Lee@seattle.gov>; Holmes, Peter <Peter.Holmes@seattle.gov>; Tracy Taylor <ttaylor@elliottbaybook.com>
**Cc:** Wells, Michael <Michael.Wells@seattle.gov>; Bolieu, Sabrina <Sabrina.Bolieu@seattle.gov>; Hara, Mami <Mami.Hara@seattle.gov>; Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>; Thompson, Adrienne <Adrienne.Thompson@seattle.gov>
**Subject:** Massive Graffiti, busted glass on canopy, massive nightly noise at CHAZ

Bobby,

The barricades were down along 10th ave, so that's great although the barricades at 10th and Pine have moved out another 10 ft with more cars / signs / etc in front of the planters – so now only one car at a time can come through that intersection.  Anymore creeping and that intersection of Pine and 10th will be useless to cars.  It seems this is their strategy.  Once that is cut off, they can creep their way out to Broadway.

The bigger concern today from our maintenance guys is the sheer amount of graffiti and the look it gives off.  It seems the area and it's condition has attracted the cities best.  We have seen the Car Tender get broken into over the weekend, a small fire set, we have seen multiple planters tipped over, crack addicts yelling all through the night in front of apartments and the areas just outside the zone are trashed (see pics attached).  This is not our loved Capitol Hill anymore.  Sure for 6 hours during the day, it's the "SUMMER OF LOVE".  But no one covers what it's like at 11:00PM up here.

Again, we are ALL FOR peaceful protest – 100% - reform must happen.  But an illegal take over being tolerated is simple crazy. We need our streets back, our police ARRESTING PEOPLE VANDELIZING / wrecking buildings every night.

Bobby – what is the cities policy right now on enforcing the noise ordinance?  I have video from a pissed off resident on the edge of the zone from Sat night at 2:00 – they cannot sleep.  I'm happy to send it over.  **Is there currently a noise ordinance in Seattle at 2:00AM?**  I want to forward a

response to the thousands in the are being effected.  Residences of the HUGO house, the Broadway Building, the Sunset Electric, the Packard Building, the Jack, etc.
**If campers in the park are playing music and yelling at 2:00AM – who do we call to enforce?**

Mike

Michael Oaksmith
Development
Hunters Capital
P: 206.328.3333
C: 206.276.3366
F: 206.328.9686

---

**From:** Lee, Bobby <Bobby.Lee@seattle.gov>
**Sent:** Sunday, June 14, 2020 11:55 AM
**To:** Michael Oaksmith <Moaksmith@hunterscapital.com>; Holmes, Peter <Peter.Holmes@seattle.gov>; Tracy Taylor <ttaylor@elliottbaybook.com>
**Cc:** Wells, Michael <Michael.Wells@seattle.gov>; Bolieu, Sabrina <Sabrina.Bolieu@seattle.gov>; Hara, Mami <Mami.Hara@seattle.gov>; Zimbabwe, Sam <Sam.Zimbabwe@seattle.gov>; Thompson, Adrienne <Adrienne.Thompson@seattle.gov>
**Subject:** Re: Capitol Hill Free Zone

Yes, Ive been in contact with Tracy. Although the barricades were removed by the City, at night the protesters were relocating them back to 10th Ave. I have been in communications with SPU and SDOT to help reopen the 10th Ave in the morning. Yesterday I also sent you a video link (also on this email) of Chief Scoggins and other City directors (SDOT and SPU) negotiating with the protest leaders about reopening the streets including 10th. (They were barricading 10th during night time for security according to the video.) Some of your other concerns were shared at this meeting also. Based on the negotiation we will be relooking way to relocate the barricades for better access. Hope this will lead to better outcome soon.

https://www.facebook.com/omarisal/videos/10220133790187535/

I am truly sorry for the challenges that our small business community is facing. Please stay in touch.


**BOBBY LEE**
Director
Seattle Office of Economic Development

---

**From:** Michael Oaksmith <Moaksmith@hunterscapital.com>
**Date:** Saturday, June 13, 2020 at 11:03 AM
**To:** "Lee, Bobby" <Bobby.Lee@seattle.gov>, Peter Holmes <Peter.Holmes@seattle.gov>
**Cc:** Michael Wells <Michael.Wells@seattle.gov>, Sabrina Bolieu <Sabrina.Bolieu@seattle.gov>
**Subject:** RE: Capitol Hill Free Zone

> **CAUTION: External Email**

Bobby,

Update from early AM before the crowds picked up.  At approx. 6:00Am the barricades along 10th are back up, once again the zone has expanded down 10th.  I tried to pull my car down 10th from Pike to check on our property on that street and was met with a longer haired man, with camo gear who said this is not my street anymore, its theirs.  I told him I need to get my car in to haul some stuff out of the construction site.  He told me I could not and as I drove off, he commented that next week we take Pike street – which is quite troubling.
This makes three properties I cannot access now along city streets.

Idea for the Mayor and Police Chief – Show a little backbone -  Take down the barricades and restrooms one night at 3:00AM – stop supporting this ILLEGAL occupation.  It would take 30 Police officers and ten box trucks to do it in 10 min time.  How to people spend the night if the restrooms are gone?  They don't or they go in the street and create a situation we had during occupy Seattle where the health department came in and rooted the camp out.

**Why is nothing happening in the very early hours when there is like 20 people in the entire zone**?  T

Is it legal now throughout the city to cut off ADA access along sidewalks and streets?
Here is a biggie – can I walk around and tag the shit out of anything I want in the city??  Because it's happening on Capitol Hill every night to every building.
To take over any street you want for your own pleasure?
To park your cars in the middle of city streets?
To drive into city parks and camp out the back or your SUV?
To sell drugs at night to anyone in the zone?
To tell owners of buildings they cannot access their buildings?

We are losing tenants at the Broadway Building which is right in the middle of this mess left and right now.  I hope the city is in a position to pay for these mounting massive losses in next year's budget.

I want to see on the ground action taken one of these nights.  I'm sick of seeing nothing change and writing these damn emails.

Everyday day you wait, the following gets bigger, the people are more dug in – <u>every anti government nut</u> from the entire NW is headed here – just look at the license plates of cars around the zone.  The one parked in the middle of 10th and Pine is Texas for god's sake.

Will someone get the Mayors ear and act?

Mike

Michael Oaksmith
Development
Hunters Capital

P: 206.328.3333
C: 206.276.3366
F: 206.328.9686

**From:** Lee, Bobby <Bobby.Lee@seattle.gov>
**Sent:** Friday, June 12, 2020 10:16 AM
**To:** Michael Oaksmith <Moaksmith@hunterscapital.com>
**Cc:** Wells, Michael <Michael.Wells@seattle.gov>; Bolieu, Sabrina <Sabrina.Bolieu@seattle.gov>
**Subject:** Re: Capitol Hill Free Zone

Mr. Oaksmith:

Thank you for our conversation this morning. This email is to acknowledge that I have received your email. My cell is 206-491-7924. Please stay in touch.

**BOBBY LEE**
Director
Seattle Office of Economic Development

**From:** Michael Oaksmith <Moaksmith@hunterscapital.com>
**Date:** Friday, June 12, 2020 at 9:58 AM
**To:** "Lee, Bobby" <Bobby.Lee@seattle.gov>
**Subject:** RE: Capitol Hill Free Zone

**CAUTION: External Email**

Adding you Bobby to the below notes.
Thanks, Mike

Michael Oaksmith
Development
Hunters Capital
P: 206.328.3333
C: 206.276.3366
F: 206.328.9686

**From:** Michael Oaksmith
**Sent:** Friday, June 12, 2020 8:47 AM
**To:** 'susie.philipsen@seattle.gov' <susie.philipsen@seattle.gov>; 'jenny.durkan@seattle.gov' <jenny.durkan@seattle.gov>; 'Peter.Holmes@seattle.gov' <Peter.Holmes@seattle.gov>
**Cc:** 'laura.jenkins@seattle.gov' <laura.jenkins@seattle.gov>; 'sarah.sodt@seattle.gov' <sarah.sodt@seattle.gov>; 'andres.mantilla@seattle.gov' <andres.mantilla@seattle.gov>; 'christopher.williams@seattle.gov' <christopher.williams@seattle.gov>
**Subject:** RE: Capitol Hill Free Zone

SEA_00140024

So update today from the CHAZ zone:

Our maintenance guy went over early to clean graffiti off one of our buildings – the 1517 12th Ave Ballou Wright Building (which is totally trashed) and two guys threatened him, one with a batt and told him to stop cleaning we are burning this all down anyhow.  So now, we cannot enter our buildings in early AM hours.

Secondly the CHAZ group has taken over another street – now they have taken over 10th between Pike and Pine and another building we own has been tagged all to hell and my maintenance men do not feel safe in cleaning it up.  The bookstore on that block has 6 million dollars of inventory in that space.  They are also preventing the 1000 Pike Building that we own from opening.  We have a 2 million dollar TI going on in that space that we cannot access safely.

Thirdly now, cars with the devil symbols are being parked in front of the barricades on upper Pine.  This is a tinder box waiting to explode!!

I demand someone at least acknowledge these emails for future legal reasons.

I want an acknowledgment today.

Mike



Michael Oaksmith
Development
Hunters Capital
P: 206.328.3333
C: 206.276.3366
F: 206.328.9686

---

**From:** Michael Oaksmith
**Sent:** Thursday, June 11, 2020 8:48 AM
**To:** susie.philipsen@seattle.gov; jenny.durkan@seattle.gov; Peter.Holmes@seattle.gov
**Cc:** laura.jenkins@seattle.gov; sarah.sodt@seattle.gov; andres.mantilla@seattle.gov; christopher.williams@seattle.gov
**Subject:** Capitol Hill Free Zone


Dear Various City Officials,

I am writing the leaders of this city to demand some action on Capitol Hill and the "free zone".  I approached the free zone today and armed men stared me down, I turned around.  I cannot walk through my own neighborhood anymore without being intimidated.  They have taken over my local police station and they are wrecking all local business within the area.  This is not a protest anymore – it's an illegal take over of 6 city blocks!!!

My job is to manage a building right next to the police station – a historical auto row building – the Ballou Wright Building. Right now it's being totally trashed and our tenants don't feel safe entering it.

So I ask you – what do I tell my tenants wanting to go to work? What do I do when I ask them to pay rent or state property taxes? Should I be paying property taxes on my buildings effected by this? I also help manage an apartment building 1 block from the zone and none of our tenants can even sleep at night. Is the city noise ordinance still in effect? **What laws are in effect up on Capitol Hill right now?** We elect you officials to lead, to protect. Do your job.

This is becoming a serious legal matter for thousands on Capitol Hill.

Don't get me wrong – I'm all for the cause, for police reform, for equality – lets all do this!! But taking over sections of the city and the lawlessness that's happening is not acceptable. We have a 40 acre park 50ft from this area – why can't this movement live in the park? Small business in the are is getting KILLED. Again, this is turning into a serious legal matter.

Mike Oaksmith

SEA_00140026