# EXHIBIT 43

## 4:15PM Interview with Wolf Blitzer

| | |
|---|---|
| **From:** | "Apreza, Ernesto" <ernesto.apreza@seattle.gov> |
| **To:** | "Durkan, Jenny" <jamd@seattle.gov> |
| **Cc:** | "Formas, Stephanie" <stephanie.formas@seattle.gov> |
| **Date:** | Sat, 13 Jun 2020 15:26:45 -0700 |

Hi Mayor—you have an interview today at 4:00PM PT with CNN's Wolf Blitzer via Skype (mac). He wants to talk to you about the President's threat to "take back Seattle," the current situation in the CHAZ, and what is next for the CHAZ. Below are logistics and some soundbites. Please let me know if you need anything else.

Ernie

**Logistics**
4:05 – CNN will give you a call on your work phone.
4:06 – You call 'liveguest' on your Skype; it should be your most recent call.
4:15 – Hit time

**Soundbites**
- As I've said, the President shouldn't be so afraid of democracy. I think this global movement is calling on leaders to listen to their constituents and that is what I am focused on doing. I visited the CHAZ yesterday, and what I saw was community largely coming together peacefully.

- At the CHAZ, which is a few blocks in a City that is 84 square miles, I talked to demonstrators about the changes they want to see. Over the last few days, we've seen people gather to have teach-ins, and create community with one another.

- I think our first order of business was finding a way to de-escalate the tensions between protesters and officers. As we move forward, we are going to work with organizers and community on how we move forward and still enable residents to gather while also allowing businesses to operate and residents to go about their routine.

- I hope we don't lose sight of the mission of the demonstrations, which is to fight for justice for George Floyd, so many before him, and to do away with the systemic racism in our country. In Seattle, in the last week we have:
    - Ended the curfew
    - Asked for recommendations from our accountability partners on crowd management tactics
    - Mourning badges
    - Removed the barrier
    - Withdrew motion to terminate the consent decree
    - Withdrew from the inquest lawsuit

- o I committed to investing $100 million into community, and establish a community-driven Black Commission

- <u>Only if asked about Chief's comments on call times</u>: It's important to remember that the East Precinct serves 1/5th of the city and those call times were for the entire precinct. We've worked since then to decrease those times. We are listening to community as we plan for how we both enable residents to demonstrate and allow local residents and businesses to go about their daily routines and operations.