# EXHIBIT 44

ROUGH & ASSOCIATES
TAMARA KILBURN
5/7/21
**27**

