THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00983-TSZ<br><br>DECLARATION OF ELLE LOCHELT IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SPOLIATION AGAINST PLAINTIFFS HUNTERS CAPITAL; RICHMARK LABEL; MATTHEW PLOSZAJ; CAR TENDER; BERGMAN'S LOCK & KEY; WADE BILLER; AND ONYX HOMEOWNERS ASSOCIATION<br><br>**Noting Date:**　November 15, 2022 |

I, Elle Lochelt, declare as follows:

1. I am a Sales/Marketing Manager at Richmark Label. While I manage several employees at Richmark, including sales employees and the receptionist, I am not a part of Richmark's management group that determines policies and other major business decisions at Richmark.

2. I joined a Signal message group around June 19, 2020, in order to receive updates of what was going on in the Capitol Hill neighborhood. I recall that there were many individuals

---

DECLARATION OF ELLE LOCHELT IN
SUPPORT OF PLAINTIFFS' RESPONSE TO CITY
OF SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

DB2/ 44290103.1

in the group that were not identifiable by me.

3. I participated in the group mostly passively, and discontinued using the application in early August 2020. I stopped using the app due to the large number of notifications that I was receiving.

4. The messages I sent in Signal concerned attacks in CHOP on FedEx delivery drivers, the failure of police to clear CHOP after the murder on June 20, 2020, five shootings that had occurred in and around CHOP by June 22, 2020, reduced access to the Richmark building on June 22, 2020 due to the presence of CHOP protesters, Richmark's shutdown on June 26, 2020 due to perceived danger in CHOP, and the murder that occurred on June 29, 2020, by one of the CHOP security guards. I do not recall having sent any messages using Signal other than those commenting on the protester's activities in and around CHOP.

5. After early August 2020, I do not recall sending any messages using the Signal message app.

6. I have reviewed the Signal messages that were produced in this case, and I do not recall having sent any other direct messages using the Signal app.

7. I was not aware that Signal had a "disappearing messages" feature, and I do not believe I ever used that feature.

// // //

// // //

DECLARATION OF ELLE LOCHELT IN
SUPPORT OF PLAINTIFFS' TO CITY OF
SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 2

DB2/ 44290103.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1

2   I declare under the penalty of perjury under the laws of the United States of America and

3  the State of Washington that the foregoing is true and correct.

4   DATED this 21st day of October, 2022 at Seattle, Washington.

*[signature]*
Elle Lochelt

DECLARATION OF ELLE LOCHELT IN
SUPPORT OF PLAINTIFFS' TO CITY OF
SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 3

DB2/ 44290103.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401