THE HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF WASHINGTON

10

11   HUNTERS CAPITAL, LLC, et al.,          Case No. 2:20-cv-00983-TSZ

12          Plaintiffs,                     DECLARATION OF KAYLA STEVENS
                                            IN SUPPORT OF PLAINTIFFS'
13      vs.                                 RESPONSE TO CITY OF SEATTLE'S
                                            MOTION FOR SPOLIATION AGAINST
14   CITY OF SEATTLE,                       PLAINTIFFS HUNTERS CAPITAL;
                                            RICHMARK LABEL; MATTHEW
15          Defendant.                      PLOSZAJ; CAR TENDER; BERGMAN'S
                                            LOCK & KEY; WADE BILLER; AND
16                                          ONYX HOMEOWNERS ASSOCIATION

17                                          **Noting Date:    November 15, 2022**

18

19
       I Kayla Stevens, declare as follows:
20
       1.      I am a former employee of Hunters Capital.
21
       2.      I joined a Signal message group around June 25, 2020, in order to receive updates
22
   of what was going on in the Capitol Hill neighborhood.  I recall that there were many individuals
23
   in the group that were not identifiable by me.
24
       3.      I participated in the group mostly passively, and discontinued using the
25
   application in early July 2020.  I stopped using the app due to the large number of notifications
26

DECLARATION OF KAYLA STEVENS IN
SUPPORT OF PLAINTIFFS' RESPONSE TO CITY
OF SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

DB2/ 44290107.1

1 | that I was receiving.

2 |       4.      After early July 2020, I do not recall sending any messages using the Signal

3 | message app.

4 |       5.      I have reviewed the five messages that were produced in this case, and I do not

5 | recall having sent any other messages using the Signal app.

6 |       6.      I do not recall sending any direct messages using the Signal messages app.

7 |       7.      I did not activate the "disappearing messages" feature of Signal for any of the

8 | messages that I sent.

9 |       I declare under the penalty of perjury under the laws of the United States of America and

10 | the State of Washington that the foregoing is true and correct.

11 |       DATED this 21st day of October, 2022 at Seattle, Washington.

12 |

13 | _____

14 | Kayla Stevens

15 |

16 |

DECLARATION OF KAYLA STEVENS IN
SUPPORT OF PLAINTIFFS' RESPONSE TO CITY
OF SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 2

DB2/ 44290107.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401