THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY OF SEATTLE,<br><br>          Defendant. | Case No. 2:20-cv-00983-TSZ<br><br>DECLARATION OF JOHN MCDERMOTT IN SUPPORT OF PLAINTIFFS' RESPONSES TO CITY OF SEATTLE'S MOTION FOR SPOLIATION<br><br>**Noting Date:**     November 15, 2022 |

I John McDermott, declare as follows:

1. I am an owner of Car Tender, which was formerly located at the corner of 12th Ave. and Olive St. in Seattle.

2. This declaration relates to the Plaintiffs' response to the City of Seattle's Motion for Spoliation against Plaintiffs Hunters Capital, Richmark Label, Matthew Ploszaj, Car Tender, Bergman's Lock & Key, Wade Biller and Onyx Homeowner's Association (Dkt. No. 107).

3. I joined a Signal message group around June 2020, in order to receive

DECLARATION OF JOHN MCDERMOTT IN SUPPORT OF PLAINTIFFS' RESPONSES TO CITY OF SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

updates of what was going on in the Capitol Hill neighborhood. I recall that there were many individuals in the group that were not identifiable by me.

4. I participated in the group mostly passively, and discontinued using the application in early January 2021. I used the Signal app messaging platform to be aware of activities of the protesters / activists in the Capitol Hill neighborhood, and so most, if not all of my messages were about protesters.

5. For example, I sent a message asking members of the community to provide witness accounts of the mob of protesters that attacked Car Tender and me on the night of June 14, 2020, when the police refused to respond to four 9-1-1 calls that I made.

6. The mob of protesters wanted me to release a man who was caught burglarizing and setting fire to the Car Tender business. As a result of the threats of violence from the protesters, and the failure of the police to show up, I had to release the man who had damaged my business and attempted to burn it down.

7. After early January 1, 2021, I do not recall sending any messages using the Signal message app.

8. I do not recall sending any direct messages using the Signal messages app.

9. I did not activate the "disappearing messages" feature of Signal for any of the messages that I sent.

10. I have reviewed the Signal messages that were collected and I do not recall sending additional messages.

I declare under the penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 21st day of October, 2022 at Seattle, Washington.

_____
John McDermott

DECLARATION OF JOHN MCDERMOTT IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 2
DB2/ 44290106.2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401