THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00983-TSZ<br><br>DECLARATION OF ARIK K. VAN ZANDT IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SUMMARY JUDGMENT<br><br>**Noting Date:** November 15, 2022 |

I, Arik K. Van Zandt, declare as follows:

1. I have provided an expert opinion in this case quantifying the economic damages for all Plaintiffs other than Matthew Ploszaj.[1] My curriculum vitae is attached to this document as Exhibit A.

2. This declaration relates to the Plaintiffs' response to the City of Seattle's Motion for Summary Judgment (Dkt. No. 111).

3. I understand that the City of Seattle ("the City") claims I did not control for the effects of the COVID pandemic in my calculations. That is simply not true. To the extent the

---

[1] I understand Mr. Ploszaj claims damages related to emotional harm. I did not provide any opinion on those damages.

DECLARATION OF ARIK K. VAN ZANDT IN
RESPONSE TO CITY OF SEATTLE'S MOTION
FOR SUMMARY JUDGMENT
(Case No. 2:20-cv-00983-TSZ) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

effects of the pandemic were relevant to a particular damages element, my ultimate calculations took into account the effect of the pandemic based on all available evidence and my years of expertise in valuation of companies and calculation of lost income. I address the City's discussions of my opinions on some of these areas below.

4. For Plaintiffs where I calculated lost profits for retailers due to COVID based on loss of revenue (Sway & Cake, Car Tender,, and Cure Cocktail), I analyzed annual and monthly financial statements both before and after CHOP, as well as daily revenue figures for Sway & Cake and Cure Cocktail, including during the pre-June 2020 months of the pandemic. As part of my analysis, I reviewed all income and expenses during the relevant time periods and spoke with the owners of the various entities. Based on that analysis, I conservatively estimated the damages caused by CHOP after specifically factoring the impact of COVID.

5. The City apparently claims that because Cure Cocktail and Car Tender experienced some pandemic-related losses, they could not have experienced additional damages due to CHOP. That is not the case, and my calculations for both of those companies adjust for the pre-CHOP financial information.

6. I did not calculate any lost profits for Bergman's Lock and Key. For Richmark Label, my calculations included lost productivity for one day, June 26, 2020, based on my conversation with the owner of Richmark in which he indicated that they closed on that day due to increased violence and reduced safety in the neighborhood as a result of CHOP. Based on my review of Richmark's historical financial statements, I determined that Richmark's revenue and profitability were not negatively impacted by COVID prior to CHOP. Therefore no adjustment specifically related to COVID was required to calculate lost profits. I note that the City's damages expert, Bill Partin, also calculated damages for that same day for Richmark Label.

7. For Plaintiffs where I calculated losses related to leases in commercial buildings due to vacancies and reduced rents related to CHOP (the Hunters and Madrona entities), I controlled for COVID by focusing primarily on the historical financials and rent rolls related to

DECLARATION OF ARIK K. VAN ZANDT IN
RESPONSE TO CITY OF SEATTLE'S MOTION
FOR SUMMARY JUDGMENT
(Case No. 2:20-cv-00983-TSZ) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

the specific buildings in question, including pre-CHOP pandemic months, rather than a generalized survey of the City. In my experience, more specific information is the preferred and most reliable source for calculations. I was also able to speak to the owners and managers of the properties in question to determine what effects COVID had on their buildings, as opposed to CHOP, and review relevant documentation Plaintiffs produced in this matter. It is customary to base certain inputs and assumptions used in valuations on this type of information as well as conversations with business owners and managers.

8. Overall, I made calculations to control for COVID that are reasonable and appropriate based on the information available and my experience. For example, one such adjustment involved the computation of economic damages relating to the loss of rent and incurred expenses for vacant units. When a unit becomes vacant, Hunters Capital budgets a period of vacancy before the unit will be re-leased. In instances in which properties were vacant, to account for the effects of COVID, I typically increased the budgeted amount of vacant time for the units by 50.0 percent based on my discussions with Hunters Capital's management. These longer vacancy periods due to COVID had the effect of lowering the amounts of damages for lost rent as compared to any calculation of damages that would not have included such an adjustment.

9. For Plaintiffs where I calculated losses related to residential vacancies due to people breaking or leaving their leases due to CHOP (the Hunters entities, Olive Street Apartments, and Redside Partners), I reviewed rent rolls and historical financials, including pre-CHOP pandemic financials, to determine the impact of COVID at the specific buildings in question. It was clear from that data that there was a spike in vacancies during and after CHOP. Information obtained through deposition testimony of the owners and managers of the properties determined what the effects of COVID and CHOP had on their businesses, since they were the ones dealing directly with the tenants in question. In the case of Olive Street Apartments, the owner knew all of the tenants personally and knew why they had or had not left their leases. In the cases of Redside and the Hunters entities, that level of information was not available, but I gathered all relevant available

DECLARATION OF ARIK K. VAN ZANDT IN
RESPONSE TO CITY OF SEATTLE'S MOTION
FOR SUMMARY JUDGMENT
(Case No. 2:20-cv-00983-TSZ) - 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

information in addition to conversations with representatives of both entities. For Hunters Capital, I looked at the variance between the budget and actuals for residential units and found that the actuals actually outperformed the budgeted amounts prior to the onset of CHOP, even with the impact of COVID and despite not being able to foresee the impact of COVID. The underperformance indicated between the actual financial results and budget began at the onset of CHOP. It is customary to base valuations on this type of information.

10. Based on the information for these specific entities, I did in fact make calculations to control for COVID that are reasonable and appropriate based on that information and my experience.

11. I have also calculated CHOP-related expenses such as graffiti, broken windows, delivery charges, and payments to private security companies for most of the Plaintiffs (the Hunters entities, Madrona entities, Olive Street Apartments, Onyx Homeowners Association, Car Tender, Richmark Label, Bergman's Lock and Key, and Wade Biller). My understanding is that other than a few specific items raised in the City's Motion for Summary Judgment, the City has not challenged the calculation of those expenses.

I declare under the penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 27th day of October, 2022 at Seattle, Washington.

_____
Arik K. Van Zandt

DECLARATION OF ARIK K. VAN ZANDT IN RESPONSE TO CITY OF SEATTLE'S MOTION FOR SUMMARY JUDGMENT
(Case No. 2:20-cv-00983-TSZ) - 4

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

EXHIBIT A

# CURRICULUM VITAE  ARIK K. VAN ZANDT, ASA, CDBV

## PROFESSIONAL EXPERIENCE

**Alvarez & Marsal Valuation Services, LLC – Managing Director**

A Managing Director with Alvarez & Marsal Valuation Services, LLC, Mr. Van Zandt conducts valuations of closely held businesses operating in a variety of industries for purposes of litigation support (marriage dissolutions, contract disputes, lost profits claims, general damages and others), acquisitions, sales, recapitalizations, buy-sell agreements, and estate planning and taxation.  Mr. Van Zandt also assists clients and counsel in matters involving complex commercial disputes and allegations of fraud, and he performs economic analysis in the areas of forensic accounting, personal injury, wrongful death, and wrongful termination actions.  Mr. Van Zandt's primary focus is supporting clients by performing in-depth financial analysis related to complex commercial litigation, valuation disputes, and expert testimony.

**Grant Thornton LLP – Senior Manager**

Mr. Van Zandt was a Senior Manager and local office Practice Leader for Grant Thornton's forensic and valuation services group.  He provided business valuations, economic damage analyses, and forensic accounting during two separate stints at Grant Thornton spanning nine years.

**Finacorp Securities – Chief Financial Officer**

Mr. Van Zandt was the CFO of this securities broker/dealer whose lines of business included the sales and trading of debt and equity instruments to institutional clients, operations of a money market portal, and the underwriting of agency, municipal, and corporate debt.  Mr. Van Zandt was responsible for all accounting, finance, legal, human resource, and compliance for the firm.

## PROFESSIONAL QUALIFICATIONS AND MEMBERSHIPS

- Accredited Senior Appraiser (ASA), granted by the American Society of Appraisers
- Certification in Distressed Business Valuation, granted by the Association of Insolvency & Restructuring Advisors

## EDUCATION

Mr. Van Zandt holds a Bachelor of Arts in Economics from Stanford University.  He has completed the American Society of Appraisers Business Valuation Course, Levels I-IV.  He has also completed the Association for Insolvency and Restructuring Certification in Distressed Business Valuation courses I-III.  Mr. Van Zandt was also a faculty member of the 2014 joint ASA/CICBV Advanced Business Valuation Conference.

EXHIBIT A

## CURRICULUM VITAE      ARIK K. VAN ZANDT, ASA, CDBV

**TESTIMONY EXPERIENCE**

**DEPOSITION**

| Date | Case Name | Type of Business | Jurisdiction |
|---|---|---|---|
| 9/16 | Dahl v. McNeil | Various Technology Start-ups | King County Superior Court |
| 9/16 | Lockett v. King County | Vehicle Licensing Agency | King County Superior Court |
| 10/16 | Arceo v. Ross | Individual Economic Loss | Lewis County Superior Court |
| 11/16 | JMT Inc. v. Intermatic Inc., et al. | Industrial and Commercial Machinery | United States District Court - California |
| 2/18 | Yaron v. Conley | Retail Cannabis | King County Superior Court |
| 6/18 | Hacker v. Hacker & Willig, Inc., P.S. | Law Firm | King County Superior Court |
| 7/18 | Day v. Day | Data Analytics | Boone County Superior Court |
| 1/19 | Renton Heritage LLC v. Associated Materials, Inc. | Residential Real Estate | King County Superior Court |
| 1/19 | Wooding v. Woolworth | Real Estate Investment | Judicial Arbitration and Mediation Services |
| 4/19 | Frost v. Gauthier | Estate Asset Distribution | King County Superior Court |
| 4/19 | Offutt Evanger v. Georgia Pacific Gypsum LLC | Building Materials | Pierce County Superior Court |
| 5/19 | Digital Mammography Specialists, Inc., et al. v. Reddy, et al. | Imaging Center | Fulton County Superior Court |
| 7/19 | Arena Sports Issaquah, LLC, et al. v. Exxel Pacific, et al. | Recreational Sports Centers | King County Superior Court |
| 8/19 | Monfort v. Adomani, Inc., et al. | Electric Vehicle Conversion | United States District Court - California |
| 1/20 | Donaldson & Liggins v. RTS Holdings, LLC/Debsay | Freight Trucking | King County Superior Court |
| 1/20 | Griffin MacLean, Inc. v. Victory, et al. | Insurance Agency and Brokerage | King County Superior Court |
| 4/20 | Delashaw v. Seattle Times, et al. | Surgeon | U.S. District Court Western District of Washington |
| 6/20 | McKenzie/Oliver Law et al. v. Ruby Receptionists, Inc. | Call Answering Services | U.S. District Court District of Oregon, Portland Division |

EXHIBIT A

## CURRICULUM VITAE      ARIK K. VAN ZANDT, ASA, CDBV

**DEPOSITION, Continued**

| Date | Case Name | Type of Business | Jurisdiction |
|---|---|---|---|
| 9/20 | Deane v. Pacific Financial Group, et al. | Investment Advisory Firm | U.S. District Court Western District of Washington |
| 10/20 | Maquiraya v. King County DOT | Transportation | King County Superior Court |
| 10/20 | Death v. EC Supply, Inc. | Electronic Equipment | U.S. District Court Western District of Washington |
| 6/21 | Hilmoe and OMH Innovations USA, Inc. v. Phillabaum, Ledlin, Matthews & Sheldon, PLLC | Industrial Equipment | Spokane County Superior Court |
| 12/21 | Abdu v. EvergreenHealth Medical Center | Acute Care Hospital | Judicial Dispute Resolution |
| 3/22 | Estate of Hakki v. Clark | Food/Beverage Retail | Benton County Superior Court |
| 4/22 | Golden v. WorldQuant Predictive Technologies, et al. | Artificial Intelligence & Data Science | American Arbitration Association |
| 5/22 | Sophia Health, et al. v. Schaffner, et al. | Personal Care Products and Services | U.S. District Court Western District of Washington |
| 8/22 | Junda/Big Toe v. LivWell | Medical Marijuana | U.S. District - Colorado, County of Denver |
| 9/22 | Hunters Capital LLC, et al. v. City of Seattle | Retail, Real Estate, Restaurant | U.S. District Court Western District of Washington |
| 9/22 | Yaron v. Conley | Retail Cannabis | King County Superior Court |
| 10/22 | Van Borkulo/Reavis Estate v. City of Seattle/Olson | Student / Graphic Design | King County Superior Court |

**TRIAL TESTIMONY**

| Date | Case Name | Type of Business | Jurisdiction |
|---|---|---|---|
| 5/16 | Columbia State Bank v. Astoria Builders Supply | Building Supplies | Circuit Court for the State of Oregon, Clatsop County |
| 10/16 | Dahl v. McNeil | Various Technology Start-ups | King County Superior Court |
| 11/16 | Arceo v. Ross | Individual Economic Loss | Lewis County Superior Court |
| 1/17 | Ketilsson v. Bonzer | Individual Economic Loss | Pierce County Superior Court |

EXHIBIT A

## CURRICULUM VITAE     ARIK K. VAN ZANDT, ASA, CDBV

### TRIAL TESTIMONY, Continued

| Date | Case Name | Type of Business | Jurisdiction |
|---|---|---|---|
| 1/17 | Lyons v. Oberson Tanker Transport | Individual Economic Loss | King County Superior Court |
| 4/17 | JMT Inc. v. Intermatic Inc., et al. | Industrial and Commercial Machinery | United States District Court - California |
| 7/18 | Hacker v. Hacker & Willig, Inc., P.S. | Law Firm | King County Superior Court |
| 10/18 | USA/SEC v. Dawn J. Bennett | Internet Retail – Sports Apparel | United States District Court - Maryland |
| 1/19 | Estate of Derschmidt v. Ride the Ducks International, LLC, et al. | Loss to the Estate | King County Superior Court |
| 1/19 | Hiraoka v. Ride the Ducks International, LLC, et al. | Individual Economic Loss | King County Superior Court |
| 1/19 | Cooley v. Ride the Ducks International, LLC, et al. | Individual Economic Loss | King County Superior Court |
| 1/19 | Gerke v. Ride the Ducks International, LLC, et al. | Individual Economic Loss | King County Superior Court |
| 1/19 | Wooding v. Woolworth | Real Estate Investment | Judicial Arbitration and Mediation Services |
| 3/19 | Yaron v. Conley | Retail Cannabis | King County Superior Court |
| 5/19 | Digital Mammography Specialists, Inc., et al. v. Reddy, et al. | Imaging Center | Fulton County Superior Court |
| 7/19 | Naness v. Hotson-Naness | Leather Wholesaler | King County Superior Court |
| 8/19 | Pemberton v. State Farm Mutual Automobile Insurance Company, et al. | Vehicle Sales | King County Superior Court |
| 10/19 | Crane and Mathes v. Majestic Inn, LLC | Mortgage Loan Origination Services | Skagit County Superior Court |
| 1/20 | Constantinescu v. Constantinescu | Residential Property Managers | King County Superior Court |
| 3/20 | Griffin MacLean, Inc. v. Victory, et al. | Insurance Agency and Brokerage | King County Superior Court |
| 11/20 | Dubinin v. Yegorova | Beauty Salon | King County Superior Court |
| 5/21 | Litchev v. Litchev | Law Firm | King County Superior Court |

# CURRICULUM VITAE      ARIK K. VAN ZANDT, ASA, CDBV

## TRIAL TESTIMONY, Continued

| Date | Case Name | Type of Business | Jurisdiction |
|---|---|---|---|
| 7/21 | Lynch v. City of Seattle | Individual Economic Loss | King County Superior Court |
| 7/21 | Offutt Evanger v. Georgia-Pacific Gypsum LLC | Building Materials | Pierce County Superior Court |
| 8/21 | Snap! Mobile, Inc. v. Vertical Raise, LLC and Landers | Digital Fundraising Data Processing, Hosting, & Related Services | 1st Judicial District for the State of Idaho in and for the County of Kootenai |
| 9/21 | Maquiraya, Rachale v. King County Department of Transportation | County Transportation Division | King County Superior Court |
| 11/21 | Bajari v. Bajari | Employee RSUs | King County Superior Court |
| 12/21 | Language Garden v. Yang & Luo | Montessori School; Educational Day Care Center; Translation and Interpretation Services | King County Superior Court |
| 1/22 | Abdu v. EvergreenHealth Medical Center | Acute Care Hospital | Judicial Dispute Resolution |
| 2/22 | Cho v. Lee | Individual Economic Loss | King County Superior Court |
| 5/22 | Doshi v. Doshi | Employee RSUs | King County Superior Court |
| 5/22 | In re: FORE MACHINE, LLC, et al. | Aerospace Manufacturing | United States Bankruptcy Court for the Northern District of Texas |
| 7/22 | Wyckoff Farms v. Industrial Control | Produce, Spirits, Wine, Dried and Dehydrated Food Manufacturing; Frozen Foods | United States District Court – Washington |
| 8/22 | Knopp v. Kerbel | Educational Support Services; Dermatologist | King County Superior Court |
| 10/22 | Yaron v. Conley | Retail Cannabis | King County Superior Court |

EXHIBIT A

# CURRICULUM VITAE      ARIK K. VAN ZANDT, ASA, CDBV

**SPEECHES/PUBLICATIONS**

| Venue | Date | Subject |
|---|---|---|
| Microsoft Corp. | 5/11 | Intellectual Property: Valuation & Litigation |
| Miller Nash | 5/11 | Valuation 101 |
| Forsberg & Umlauf | 8/11 | Best Practices for Utilizing an Economic Expert |
| BNY Mellon | 6/12 | International Divorce |
| AREA | 6/12 | Financial Information Review for Self-Employed |
| Strafford Publications | 11/12 | Divorce and Dividing Stock Options |
| The Million Dollar Divorce | 4/13 | Overview of Business Valuation in the Context of High Value Divorces |
| BNY Mellon | 5/13 | Asset Tracing in Divorce |
| AICPA | 7/13 | Expert Witness Workshop |
| KL Gates | 7/13 | Accounting for Lawyers |
| IAML Intl Conference | 5/14 | International Divorce |
| NACVA Annual Conference | 7/14 | Top Five Commercial Litigation Assignments |
| AAML | 3/15 | Technology in the Courtroom |
| The Million Dollar Divorce | 9/15 | Personal and Business Tax Returns |
| Texas Society of CPAs | 10/15 | Lost Profits and Economic Damages |
| AICPA | 11/16 | Asset Tracing in Divorce and Beyond |
| AICPA | 11/16 | So You Want to be a Forensic Expert |
| The Seminar Group | 4/17 | Forensic Accounting |
| Washington Collaborative Law | 12/17 | Business Valuation 101 |
| Valuation Services Group | 2/18 | Initial Coin Offerings |
| Strafford Publications | 4/18 | Divorce Under Tax Reform |
| Business Valuation Resources | 7/18 | Cryptocurrency – Price versus Value |
| AAML | 3/19 | Forensic Tracing Issues, Valuation Issues, & Tax |
| The Seminar Group | 4/19 | Impact of the New Tax Code – A Panel Discussion |
| NYSSCPA/FAE Conference | 5/19 | Cryptocurrency: Price vs. Value |
| WSCPA | 8/19 | Current Valuation Trends in Cannabis |
| Distressed Investing 2019 – 26th Annual Conference, NY | 12/19 | PG&E's Estimated Wildfire Liability |

| **CURRICULUM VITAE** | **ARIK K. VAN ZANDT, ASA, CDBV** |

## SPEECHES/PUBLICATIONS, Continued

| Venue | Date | Subject |
|---|---|---|
| BNY Mellon | 8/20 | Family Law in the Time of a Pandemic: A Valuation and Family Law Panel Discussion |
| SEAK Expert Witness Conference | 4/22 | Writing an Ironclad Expert Report |