THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 2:20-cv-00983-TSZ <br><br> DECLARATION OF BRADFORD G. AUGUSTINE IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SUMMARY JUDGMENT <br><br> **Hearing Date: November 15, 2022** |

I Brad Augustine, declare as follows:

1. I am a co-owner of Madrona Real Estate Services LLC ("MRES"), Madrona Real Estate Investors IV LLC, Madrona Real Estate Investors VI LLC, which own or manage real estate located in Capitol Hill. MRES manages 12th and Pike Associates LLC,. which owns a building that is located at 12th Avenue and Pike Street, (collectively, the "Madrona Entities")

2. The building owned by 12th and Pike Associates was on one of the corners of the CHOP zone.

3. During CHOP and CHAZ in June 2020, the streets adjacent to all of the Madrona Entities' properties all had diminished access, and there was little or no police presence.

DECLARATION OF BRADFORD G.
AUGUSTINE IN SUPPORT OF PLAINTIFFS'
RESPONSE TO CITY OF SEATTLE'S MOTION
FOR SUMMARY JUDGMENT
(Case No. 2:20-cv-00983-TSZ) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

4. Every one of the Madrona Entities experienced a higher level of graffiti due to CHOP, and there were makeshift shelters and encampments everywhere. The Madrona Entities incurred additional graffiti removal costs due to the presence of CHOP and the lack of police presence.

5. At the 12th and Pike Associates building, there was a tenant called Sway and Cake that could have partially opened in June, but the opening was delayed until July 2020, due to the presence of CHOP. The tenant did not feel comfortable opening due to the presence of armed persons loitering outside her business at one of the CHOP barricades.

6. Traffic on 12th Avenue going North from Pike and 12th Avenue was blocked due to the presence of barricades relating to CHOP. Sway & Cake is located directly on the corner of 12th Avenue and Pike St., and its entrance was immediately adjacent to the barricades, where there were continually people gathering in the streets and sidewalks and guarding the barriers.

7. During CHOP, we had several tenants calling about clearing people that were hanging out near the Madrona Entities' buildings, and had difficulty getting the police to address the situtation.

8. Sometime between June 1 and June 30, there were much more aggressive homeless people sleeping on the rear stoop area of Madrona Real Estate Services's back door. I called the police, but they would not come. One day, they lit a fire right next to the back door. The building is wood and it does not have sprinklers, and unfortunately ashes and soot were sucked into the building, and were everywhere inside the office, requiring a time consuming clean-up.

9. CHOP had a huge impact on businesses within and close to CHOP, as people were afraid to come to the area once CHOP became known as a lawless and violent area. There has been a long-lasting impact on the area, and in general, people stayed away from the Capitol Hill area in 2020 following CHOP, and even part of 2021.

10. In June 2020, the Madrona VI building experienced a break-in by squatters that

DECLARATION OF BRAD AUGUSTINE IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SUMMARY JUDGMENT
(Case No. 2:20-cv-00983-TSZ) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

caused extensive damage to the building. The police would not come and remove the squatters, and we had to let them live there until CHOP was over. The squatters literally trashed the entire second floor apartment. They did not leave until August or September of 2020.

11. I understand that the City has defined the area in which it "facilitated protests as the area bounded by Denny, Broadway, 13th Ave. and Pike St., and pointed out that the Seattle Police Department's "Red Zone" had a similar by slightly smaller boundary, and that therefore buildings outside those boundaries could not have been affected by what the City did to encourage and establish CHOP.

12. All of Madrona's buildings at issue in this lawsuit were inside or within two blocks of the Seattle Police Department's "Red Zone" and were continuously overrun by people drawn by CHOP from the time that the police left the East Precinct on June 8, 2020, through the end of June in 2020, and in our experience, the police were also not responding to routine calls within that area as well. Neither the people drawn by CHOP nor the City treated the barricades, the Red Zone, or any specific streets as a hard boundary.

// // //

// // //

DECLARATION OF BRAD AUGUSTINE IN
SUPPORT OF PLAINTIFFS' RESPONSE TO CITY
OF SEATTLE'S MOTION FOR SUMMARY
JUDGMENT
(Case No. 2:20-cv-00983-TSZ) - 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

I declare under the penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 25th day of October, 2022 at Seattle, Washington.

_____
Brad Augustine

DECLARATION OF BRAD AUGUSTINE IN
SUPPORT OF PLAINTIFFS' RESPONSE TO CITY
OF SEATTLE'S MOTION FOR SUMMARY
JUDGMENT
(Case No. 2:20-cv-00983-TSZ) - 4

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401