THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 2:20-cv-00983-TSZ <br><br> DECLARATION OF SEAN SHEFFER IN SUPPORT OF PLAINTIFFS' RESPONSE TO CITY OF SEATTLE'S MOTION FOR SUMMARY JUDGMENT <br><br> **Noting Date:    November 15, 2022** |

I, Sean Sheffer, declare as follows:

1.      I was the owner of Shuffle LLC, d/b/a Cure Cocktail, which was located in the Broadway Building, at 1640 Nagle Place in Seattle, which is across the street from Cal Anderson Park.

2.      This declaration relates to the Plaintiffs' response to the City of Seattle's Motion for Summary Judgment.

3.      In June 2020, and especially after a shooting on June 20, 2020, my business was severely impacted by the occupation in the Capitol Hill neighborhood, including in Cal Anderson Park.

4.      Cure Cocktail was typically accessible by foot from several directions, but most

DECLARATION OF SEAN SHEFFER IN
RESPONSE TO CITY OF SEATTLE'S MOTION
FOR SUMMARY JUDGMENT
(Case No. 2:20-cv-00983-TSZ) - 1

DB2/ 44305278.1

1   of my customers who drove there would access our bar from Pine Street.

2          5.     Beginning shortly after the Seattle police abandoned the East Precinct on June 8,

3   2020, and continually until the morning July 1, 2020, there were barriers across Pine Street near

4   Nagle, only a stone's throw from Cure Cocktail. This made it so the only reasonable route to

5   attempt to drive to Cure was to turn from Broadway onto Pine and then to Nagle. However, it

6   was often the case, especially in the evening hours, around 5 or 6 p.m., that additional barriers

7   would be placed between Pine and Broadway, making it impossible to drive to Cure except

8   through an alley to the north that can normally be occasionally unsafe but during CHOP was

9   extremely dangerous.

10         6.     During CHOP, even if someone had driven to Cure, they would have had a

11  difficult time parking anywhere. Nagel was constantly full of cars and people associated with the

12  protests during the time CHOP was in existence. This got worse as the month went on and was

13  always worse and more dangerous at night.

14         7.     There was also a large encampment that appeared during CHOP in the Cal

15  Anderson Park basketball courts that were kitty-corner to our location.

16         8.     On occasion, anyone walking into the neighborhood around Cure would be

17  questioned about their presence and purpose in the area by self-appointed CHOP "security."

18         9.     Things deteriorated significantly after a homicide that occurred during the early

19  morning hours of June 20, 2020. That shooting occurred just across the street from Cure.

20         10.    After that homicide, Cure had almost no customers at all for the rest of June 2020.

21  However, we kept Cure open, on slightly shorter hours, during that time because we were

22  worried it would be looted if we were not, as we had seen happen at other, nearby locations.

23         11.    Also after June 20, for approximately 4 to 6 nights a week, I would sit in my car

24  watching over Cure until 3 a.m. to try to avoid the bar being burned or looted by the large

25  number of people in the area at night who appeared to have no good intentions. More than while

26  sitting in my car, we would be approached by individuals who appeared to be trying to determine

DECLARATION OF SEAN SHEFFER IN
RESPONSE TO CITY OF SEATTLE'S MOTION
FOR SUMMARY JUDGMENT
(Case No. 2:20-cv-00983-TSZ) - 2
DB2/ 44305278.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1    if I was a police officer, and upon deciding I was not, graffitied the façade of our bar.

2            12.     My business never recovered. I ultimately was forced to sell it in early 2021

3    because CHOP, CHOP's reputation, and continued problems I and occupation of Cal Anderson

4    Park destroyed my business.

5            13.     Cure Cocktail initially experienced lower sales in the spring of 2020 due to the

6    COVID-19 pandemic, but the massive and sudden dropoff in business from CHOP after the

7    shooting was both immediate and striking. I have no doubt that CHOP and its aftermath harmed

8    my business in ways that COVID did not and never could have.

9            I declare under the penalty of perjury under the laws of the United States of America and

10   the State of Washington that the foregoing is true and correct.

11           DATED this 25   day of October, 2022 at Seattle, Washington.

12

13                                                    _____

14                                                                Sean Sheffer

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SEAN SHEFFER IN
RESPONSE TO CITY OF SEATTLE'S MOTION
FOR SUMMARY JUDGMENT
(Case No. 2:20-cv-00983-TSZ) - 3
DB2/ 44305278.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401