THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

HUNTERS CAPITAL, LLC, et al.,

    Plaintiffs,

vs.

CITY OF SEATTLE,

    Defendant.

Case No. 2:20-cv-00983-TSZ

DECLARATION OF MATTHEW PLOSZAJ
IN SUPPORT OF PLAINTIFFS' RESPONSES TO CITY OF SEATTLE'S MOTION FOR SPOLIATION AND MOTION FOR SUMMARY JUDGMENT

Noting Date:   November 15, 2022

I Matthew Ploszaj, declare as follows:

1. I am a resident of Capitol Hill, at 1210 East Pine St., where I have lived for over nine years. The building I live in is a house on Pine St. between 12th and 13th Aves.

2. This declaration relates to the Plaintiffs' responses to the City of Seattle's Motion for Spoliation (Dkt. No. 107) and Motion for Summary Judgment (Dkt No. 111).

3. While I am not seeking any economic damages in this case, I am seeking emotional distress damages.

4. I joined a Signal message group around September 30, 2020, in order to receive updates of what was going on in the Capitol Hill neighborhood. I was not using Signal during

DECLARATION OF MATTHEW PLOSZAJ IN SUPPORT OF PLAINTIFFS' RESPONSE IN SUPPORT OF CITY OF SEATTLE'S MOTION FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

CHOP, or in the first couple months after CHOP. I recall that there were many individuals in the group that were not identifiable by me.

5. I participated in the Signal group mostly passively, and discontinued using the application around the end of November 2020. I used the Signal app messaging platform to be aware of activities of the protesters / activists in the Capitol Hill neighborhood, and so most, if not all of my messages were about protesters' activities.

6. For example, I sent messages about the "protesters" burning our building's trashcans, being verbally assaulted by protesters, protesters using loudspeakers at night, the City's provisioning of the protesters with portapotties after the East Precinct was abandoned, and other activities of the protesters.

7. After November 2020, I do not recall sending any messages using the Signal message app.

8. I do not recall sending any direct messages using the Signal messages app, and all of the messages I sent were within the context of a group.

9. I did not activate the "disappearing messages" feature of Signal for any of the messages that I sent.

10. I have reviewed the Signal messages that were collected and I do not recall sending additional messages.

11. During CHOP, I had protesters demand that I show them ID. I had people threaten my life on several occasions.

12. Protesters spray painted threats to residents of our building on the sidewalk in front of our building.

13. Protesters made an unacceptable amount of noise all day and every night. They spoke using megaphones, beat loud drums and played amplified music until late in the night. I could not work from home due to the noise.

14. I feared for my personal safety some days and spent nights at friends' houses in

DECLARATION OF MATT PLOSZAJ IN
SUPPORT OF PLAINTIFFS' RESPONSE IN
SUPPORT OF CITY OF SEATTLE'S MOTION
FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

other parts of Seattle far away from CHOP. During CHOP, you never knew when the protesters would become dangerously violent and gunshots or fights would break out.

15. People broke into our apartment building on several occasions. On one occasion, I confronted one person who broke into the building, as he was exiting the property with some of my neighbor's personal property. I yelled at the individual and asked him to stop removing the property, but he just walked out. Later, but still during CHOP, I saw the same individual walking on the street and he recognized me. The police would not come to my building for me to make a police report, but asked that I travel several blocks to make a police report.

16. My downstairs neighbors had someone break into their apartment when they were home. The burglars entered the living room and rummaged through their belongings while my neighbors were in the next room, apparently unaware of the presence of the burglar.

17. Even though my property was outside of the CHOP barriers, Police would not come to protect me and my neighbors. The absence of any police presence was very upsetting to me, as it left me feeling very vulnerable to the protesters.

18. Someone jumped on the roof of my building and threatened to kill himself and the occupants of the building. The police and fire departments would not come to assist.

19. After CHOP, someone took our trashcans and burned them multiple times, completely destroying them.

20. Black Bloc protesters met on an almost daily basis in Cal Anderson Park, and marched through the neighborhood, blocking traffic, vandalizing property and terrorizing the neighborhood.

21. I am still disturbed by the events of CHOP and the continued occupation of the Capitol Hill neighborhood through the end of 2020.

DECLARATION OF MATT PLOSZAJ IN
SUPPORT OF PLAINTIFFS' RESPONSE IN
SUPPORT OF CITY OF SEATTLE'S MOTION
FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1   I declare under the penalty of perjury under the laws of the United States of America and
2   the State of Washington that the foregoing is true and correct.
3   DATED this __24th__ day of October, 2022 at Seattle, Washington.

_____
Matt Ploszaj

DECLARATION OF MATT PLOSZAJ IN
SUPPORT OF PLAINTIFFS' RESPONSE IN
SUPPORT OF CITY OF SEATTLE'S MOTION
FOR SPOLIATION
(Case No. 2:20-cv-00983-TSZ) - 4

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401