HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　Defendant. | Case No. 20-cv-00983-TSZ<br><br>(PROPOSED) ORDER DENYING PLAINTIFFS' MOTION FOR SANCTIONS DUE TO SPOLIATION OF EVIDENCE<br><br>**NOTED ON MOTION CALENDAR**:<br>NOVEMBER 15, 2022 |

　　　THIS MATTER came before the Court on Plaintiffs' Motion for Sanctions Due to Spoliation of Evidence.  Having fully considered all briefs and arguments in support of and in opposition to that motion, the Court hereby **DENIES** Plaintiffs' motion.

　　　DATED this ____ day of _____, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

ANN DAVISON
Seattle City Attorney

By: _s/ Joseph Groshong_____
　　　Joseph Groshong, WSBA# 41593
　　　Assistant City Attorney
　　　Seattle City Attorney's Office

(PROPOSED) ORDER DENYING PLAINTIFFS' MOTION
FOR SANCTIONS DUE TO SPOLIATION OF EVIDENCE - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel:  (206) 684-8200
Fax: (206) 684-8284
Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Erica Iverson*
Arthur W. Harrigan, Jr., WSBA #1751
Tyler L. Farmer, WSBA #39912
Shane P. Cramer, WSBA #35099
Erica Iverson, *Pro Hac Vice*
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel:  (206) 623-1700
arthurh@harriganleyh.com
tylerf@harriganleyh.com
shanec@harriganleyh.com
ericai@harriganleyh.com

*Attorneys for City of Seattle*

(PROPOSED) ORDER DENYING PLAINTIFFS' MOTION
FOR SANCTIONS DUE TO SPOLIATION OF EVIDENCE - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717