# EXHIBIT 3

Hunters Capital, LLC v. City of Seattle                    Reginald Alencastro

Page 20

1  then -- then you wouldn't create a ticket; is that fair?
2       A.   That's -- I don't think that's -- that would be
3  an accurate statement, no.
4       Q.   Okay.  At the mayor's office did you -- did you
5  have any IT policies that were specific to the mayor's
6  office, or did you follow generally the City's IT
7  policies?
8       A.   Well, so since -- since the iPhones and, you
9  know, smartphones are relatively new, I'm -- I'm unclear
10 on what the enterprise-wide policy was at the time.  But
11 we had -- we had -- we certainly had steps that we would
12 follow, right?
13           So as far as replacing a phone, the mayor's
14 phones were a little different because we would deliver
15 them with an iCloud account set up on them already,
16 whereas majority of the City, they would just get the
17 phone.  They received the phone, and they'd set it up
18 themselves.  But for -- for the mayor's office, we would
19 actually set it up for them with an iCloud account set
20 up, and we would give them the password to that iCloud
21 account.
22           So -- so it deviated slightly from the rest of
23 the -- how the rest of the City was, but as far as -- as
24 far as policy, I'm not really clear on whether there
25 even was a citywide policy for that.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

15664662-ae5a-4807-940a-4c18ed880f36

1  A. Yes.
2  Q. Okay. Prior to today were you aware that the
3  mayor had restored her iPhone on July 4, 2020?
4  A. That she had restored it herself, like on a
5  different -- on a different handset? I was -- I was
6  unaware of that.
7  Q. Okay. So nobody told you that -- that the
8  mayor had, herself, restored from an iCloud backup on
9  July 4, 2020; right?
10 A. I -- I don't recall that.
11 Q. And do you have any reason to doubt the
12 accuracy of -- of this statement?
13 A. No, I have no reason to doubt it if he's -- if
14 he's looking at the key values on the phone itself.
15 He's reporting what he sees there.
16 Q. Okay. And did you -- did you ever -- ever hear
17 that the mayor's phone had been submerged in saltwater,
18 and that it caused -- that that had caused the mayor's
19 phone to crash?
20 A. I vaguely remember something like that, but I
21 don't remember the details of -- of that particular
22 incident.
23 Q. And who -- what is the basis of your vague
24 memory? Who did you hear that from?
25 A. See, I don't -- I don't remember. I mean,

1  this -- this was almost two years ago.  So for -- for
2  that, I just -- I'm just having trouble remembering the
3  details of -- of that particular crashed phone.
4      Q.  Do you believe that that is a true explanation
5  of what happened with that phone?
6          MR. CRAMER:  Objection.  Form, calls for
7  speculation, foundation, argumentative.
8      A.  Yeah, if -- if -- if that's what they report, I
9  would, you know -- I would believe that personally.
10 BY MR. REILLY-BATES:
11     Q.  Did you ever hear anybody in the City express
12 an opinion questioning whether the mayor was being
13 truthful that she dropped her phone in saltwater on
14 July 4th?
15     A.  I don't remember hearing anybody say that.
16     Q.  Do you know why the mayor would have restored
17 her phone by herself, without asking for your help?
18         MR. CRAMER:  Objection.  Form, calls for
19 speculation, foundation.
20 BY MR. REILLY-BATES:
21     Q.  You can answer.
22     A.  Yeah, this is -- it's -- it would be
23 speculative at this point.  I'm not sure -- if she did
24 do that, I'm not sure -- I'm not sure why.
25     Q.  But this is the type of technical issue that

1  this particular replacement.  But I was trying to help
2  as much as I could remotely.
3       Q.  I see.  So -- so you never -- you never handled
4  the -- the iPhone 8 Plus with the cracked screen
5  personally?
6       A.  Oh, no, I had handled that in the past, but
7  just as far as the actual act of replacing it, that's
8  the part I didn't do.
9           So I remember for the cracked one, I put -- I
10 put a new ca- -- I took the case off of my phone and put
11 it on hers because I didn't want her to -- I didn't want
12 her to cut her hand.  But then after that, that phone
13 was replaced.
14      Q.  Okay.
15      A.  So -- but I had touched the one with the
16 cracked screen prior to this.
17      Q.  So -- so when -- when you touched the -- the
18 phone with the -- the cracked screen, was that in
19 July -- early July of 2020?
20      A.  I don't remember the date, unfortunately.
21      Q.  Well, when -- when you replaced the -- the case
22 for the phone, did you also determine whether the phone
23 was functioning?
24      A.  Yeah, it was -- it was working.  It was
25 working.  If it -- if it wasn't working, I wouldn't have

1   And then you write to Emmanuel, "Hey man
2   remember when we replaced Mayor phone?  Didn't she keep
3   her old phone?
4       "Back in June I believe."
5       "I think I may have taken to SMT."
6       "Ok because her text messages are only going
7   back to June 2020."
8       First of all, what is -- what does SMT stand
9   for?
10      A.  Seattle Municipal Tower, where our offices are.
11      Q.  Oh, okay.  So does this refresh your
12  recollection as to when the issue of text messages --
13      A.  Uh-huh.
14      Q.  -- missing text messages arose?
15      A.  Right.  It must have been that day, 8/21,
16  and -- yeah.  So it looks like I called Michelle then
17  and she told me about it.
18      Q.  Okay.  So once -- once you learned that there
19  was an issue, what did you do to help find out what
20  happened to the text messages?
21      A.  So we tried first getting her -- getting her
22  old phone, see if we could recover from that.  And --
23  but then that had been wiped.
24      So we tried, I believe -- I believe we tried on
25  a -- on a fresh handset, a spare handset we had, we

1  tried to restore it from a previous backup of iCloud.
2          And then we were unsuccessful, and then we got
3  our resident forensics guy to try to recover it with
4  his -- with his -- his computer, and I think that was
5  unsuccessful also.
6       Q.   Why was the -- the backup method unsuccessful?
7            THE COURT REPORTER:  I didn't hear the word
8  after "backup."
9  BY MR. REILLY-BATES:
10      Q.   Why was the backup method unsuccessful?  Was
11 the backup too old to recover the text messages?
12      A.   No, we -- we tried to --
13           MR. CRAMER:  Objection to form, but go
14 ahead.
15      A.   Okay.  Oh.
16           MR. CRAMER:  Go ahead.
17      A.   We -- we tried to go in and restore from an
18 existing backup, but we -- there was no -- there was no
19 backup there.  So the list was empty.
20 BY MR. REILLY-BATES:
21      Q.   Okay.  So there was no backup available on the
22 phone when you -- when you viewed that phone?
23      A.   Correct.  Yes.
24      Q.   Okay.  Directing your attention back to
25 Exhibit 2, Line -- the first two rows here, there's a

Hunters Capital, LLC v. City of Seattle						Reginald Alencastro

Page 131

1    A.   So I'm not sure why -- yeah, I seem -- that was
2  not very clear there, so that's -- that's kind of odd.
3  Yeah, but the only phone I would have looked for was the
4  2019 one.
5    Q.   Okay.  So as of August 25, 2020, you knew that
6  the mayor had a -- or you believed that the mayor had
7  a -- the old iPhone that was replaced in October 2019 in
8  a drawer in the mayor's office?
9    A.   Correct, yes.
10   Q.   Okay.  Now, Braden Heil, he's a City forensic
11 investigator; correct?
12   A.   Yeah.
13   Q.   What conversations did you have with him about
14 the mayor's phone?
15   A.   It wasn't -- the conversations, as I recall
16 them, they weren't too in depth.  It was more like, you
17 know, is the text messages are missing from this time
18 period, and when did you help recovering them.  The --
19 the phone that should have originally had those text
20 messages had been wiped.  And then the other one that
21 may have -- may have had part of them, we couldn't find.
22 That was the 2019 one.  So basically we were just asking
23 him to do his forensics magic on the -- the cracked
24 phone.
25   Q.   Okay.  That's the phone that had been wiped;

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

15664662-ae5a-4807-940a-4c18ed880f36

Page 138

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

    I, Cindy M. Koch, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of Reginald Alencastro, having been duly sworn, on March 3, 2022, is true and accurate to the best of my knowledge, skill and ability.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 9th day of March, 2022.

_____
CINDY M. KOCH, CCR, RPR, CRR #2357

My commission expires:
JUNE 9, 2022

15664662-ae5a-4807-940a-4c18ed880f36



# E R R A T A

**CASE NAME:** Hunters Capital, LLC v. City of Seattle

**DATE TAKEN:** 3/3/2022

**WITNESS:** Reginald Alencastro

## CORRECTIONS

| Page | Line | Now Reads | Should Read |
|------|------|-----------|-------------|
| 131  | 16-18 |          |             |

Now reads: It was more like, you know, is the text messages are missing from this time period, and when did you help recovering them.

Should read: It was more like, you know, the text messages are missing from this time period, and we need your help recovering them.

_____
Signature of Deponent

1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
708 Market Street, Suite 408  Tacoma, Washington  98402
Seattle 206.287.9066   Tacoma 253.235.0111
e-mail production@buellrealtime.com   www.buellrealtime.com



# D E C L A R A T I O N

CASE NAME: Hunters Capital, LLC v. City of Seattle

DATE TAKEN: 3/3/2022

WITNESS: Reginald Alencastro

I declare under penalty of perjury under the laws of the State of Washington that I have read my within deposition, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the ERRATA flyleaf page hereof.

_____
Reginald Alencastro

Signed on the ___5___ day of _____April_____, 202_2_ .

1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
708 Market Street, Suite 408  Tacoma, Washington  98402
Seattle 206.287.9066   Tacoma 253.235.0111
e-mail production@buellrealtime.com   www.buellrealtime.com