# EXHIBIT 5

About us

Supercharge your cybersecurity posture | Save up to 20% on CIS SecureSuite (https://enroll.cisecurity.org/memberships/#/?sc_camp=E1FD6C0263CA45B1A54460B2443EC6DB#/)         X

 (/)

Home  >  About us

The Center for Internet Security, Inc. (CIS®) makes the connected world a safer place for people, businesses, and governments through our core competencies of collaboration and innovation.

We are a <mark>community-driven nonprofit, responsible for the CIS Controls® and CIS Benchmarks™, globally recognized best practices for securing IT systems and data.</mark> We lead a global community of IT professionals to continuously evolve these standards and provide products and services to proactively safeguard against emerging threats. Our CIS Hardened Images® provide secure, on-demand, scalable computing environments in the cloud.

CIS is home to the Multi-State Information Sharing and Analysis Center® (MS-ISAC®), the trusted resource for cyber threat prevention, protection, response, and recovery for U.S. State, Local, Tribal, and Territorial government entities, and the Elections Infrastructure Information Sharing and Analysis Center® (EI-ISAC®), which supports the rapidly changing cybersecurity needs of U.S. elections offices.



The CIS Vision:

Leading the global community to secure our ever-changing connected world.

The CIS Mission:

Our mission is to make the connected world a safer place by developing, validating, and promoting timely best practice solutions that help people, businesses, and governments protect themselves against pervasive cyber threats.

CIS Celebrates 20 Years:



Back in August of 2000, a small group of business and government leaders met at the legendary Cosmos Club in Washington, D.C. to discuss a concerning rash of cyber-attacks. From that meeting and others, a vision emerged for an independent, mission-driven, nonprofit organization dedicated to preventing and mitigating new cyber threats.

Today, CIS is the embodiment of that vision. Over the course of 20 years, we have been privileged to work with some of the best minds in the cybersecurity and IT professions. Through a global, collaborative effort, we have developed world-class standards in the form of the CIS Controls and CIS Benchmarks, along with specialized technology tools to help security practitioners implement and manage their cyber defenses.

Blog post: CIS Celebrating 20 Years of Cybersecurity (/insights/blog/cis-celebrating-20-years-of-cybersecurity)

Watch our anniversary video and read CIS Chief Evangelist, Tony Sager's special anniversary post. (/?p=21744&preview=true)



- CIS Leadership Principles (/about-us/jobs/cis-leadership-principles/)
- CIS Cares (/about-us/cis-cares)
- IDEA Alliance (/about-us/idea-alliance)
- Board of Directors (/about-us/board)

- Leadership (/about-us/leadership)
- CIS Media Page (/about-us/media)
- If you would like to inquire about having a CIS cybersecurity expert attend or speak at your event, please send your request to Events@cisecurity.org (mailto:events@cisecurity.org)
- 2020 Year in Review (/insights/white-papers/cis-2020-year-in-review)

BLOG POST   10.26.2022

Top 10 Malware September 2022 (/insights/blog/top-10-malware-september-2022)

READ MORE

BLOG POST   10.25.2022

Fighting Scary Cyber Threats with Sweet Solutions (/insights/blog/halloween-infographic-scary-cyber-threats-and-sweet-solutions)

READ MORE

BLOG POST   10.24.2022

The MS-ISAC Is Now More Than 14K Members Strong! (/insights/blog/the-ms-isac-is-now-more-than-14k-members-strong)

READ MORE

BLOG POST   10.18.2022

4 Business Goals You Can Achieve While Scaling Cybersecurity (/insights/blog/4-business-goals-you-can-achieve-while-scaling-cybersecurity)

READ MORE

ABOUT

PRODUCTS AND TOOLS

FOR SLTT GOVERNMENTS

EXPLORE

Copyright © 2022 Center for Internet Security®

Privacy Policy

4/4

(https://twitter.com/CISecurity) (https://www.facebook.com/CenterforInternetSec/) (https://www.youtube.com/user/TheCISecurity/) (https://www.linkedin.com/company/the-center-for-internet-security/)