# EXHIBIT 11

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR KING COUNTY

_____

| | |
|---|---|
| The Estate of SUMMER JOLIE ) | |
| WILLIAMS TAYLOR, by and ) | |
| through MATTHEW D. TAYLOR, ) | |
| Personal Representative, ZOE ) | |
| ADBERG, SARA ANDERSON, MEGAN ) | 20-2-14351-1 SEA |
| BUSS, GRACE CARMACK, LEANNA ) | |
| CARR, AISLING COONEY, ABIE ) | |
| EKENEZAR, EDWARD FARMER, ) | |
| NIMA FORGHANI, NOAH FOWLER, ) | |
| ZACHARY GARDNER, IAN GOLASH, ) | |
| GRACE GREGSON, MIRANDA ) | |
| HARDY, LEXUS HARTLEY, ) | |
| CLAYTON HOLLOBAUGH, JASON ) | |
| SCHIERER as guardian ad ) | |
| litem for minor MALICHI HOWE ) | |
| a.k.a. BRYAUNA HOWE, JESSE ) | |
| HUGHEY, AUBREANNA INDA, MARY ) | |
| JURGENSEN, TIMOTHY KAUCHAK, ) | |
| JOHN W. KELLIHER, JENNA ) | |
| KINYON, BEN KOENIGSBERG, ) | **Caption continued** |
| JACOB KOENIGSBERG, SETH ) | |
| KRAMER, ERIC LOOK, DANIEL ) | |
| LUGO, JACOB MARTIN, JOSHUA ) | |

_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION UPON ORAL

EXAMINATION OF

MAYOR JENNY DURKAN

_____

(All participants appearing via Zoom videoconference.)

Witness located in

Seattle, Washington

DATE TAKEN:    FEBRUARY 28, 2022

REPORTED BY:   PATSY D. JACOY, CCR 2348

Estate of Taylor, et al. v. City of Seattle and King County                    Mayor Jenny Durkan

Page 191

1  people have been?
2      A.  I'm not -- I can't speculate on that.
3      Q.  My understanding is you've testified that you
4  did not change your texts to be deleted after 30 days.
5  Am I correct?
6      A.  That's correct, that is correct.
7      Q.  Do you even know how to -- you -- if someone
8  said, "Can you please manually change your phone to
9  delete your texts after 30 days," would you know how to
10 do that?
11          MR. SHAW:  Foundation.
12     A.  I do now.
13     Q.  (BY MS. KOEHLER)  Okay.  But at the time did
14 you know?
15     A.  To my best of my recollection, no.
16     Q.  I mean, I wouldn't know how to do that.  Do
17 you believe it was an IT person that did it?
18          MR. SHAW:  Objection; foundation, form.
19     A.  Again, I -- I won't speculate as to that.
20     Q.  (BY MS. KOEHLER)  Did you instruct anybody to
21 delete your texts?
22     A.  No, ma'am.
23     Q.  In the mayor's office how does it work in
24 terms of tech, tech devices?  Do you follow the
25 instructions of the IT department or does the IT

1c7dd5f4-1bb9-4398-9144-2c7a1779cb90

Page 266

1          C E R T I F I C A T E

3  STATE OF WASHINGTON   )
                        )
4  COUNTY OF KING        )

6          I, Patricia D. Jacoy, a Certified Shorthand Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of MAYOR JENNY DURKAN taken on February 28, 2022 is true and accurate to the best of my knowledge, skill and ability.

                              _____
                              Patricia D. Jacoy, CSR 2348



# E R R A T A

**CASE NAME:**   Estate of Taylor, et al. v. City of Seattle and King County

**DATE TAKEN:** 2/28/2022

**WITNESS:**   Mayor Jenny Durkan

## CORRECTIONS

| Page | Line | Now reads | Should read |
| --- | --- | --- | --- |
| 19 20 | 23 to 2 | And I think it was the consent decree itself that was signed in 2012, so the period of time the investigation, leading up to the investigation, doing that is in that time frame, you're correct. | And I think it was the consent decree itself that was signed in 2012, so the period of time the investigation, leading up to the investigation, doing that is in that time frame, you're correct.  **My office and DOJ received a letter from a number of civil rights groups requesting an investigation of SPD in December 2010, that we announced the investigation in March 2011, delivered the investigation results in December 2011, and concluded negotiations and the consent decree entered in July 2012.**  (add this last bolded sentence.) |
| 25 | 13 | hope | **hook** |
| 62 | 7 | stand up | **sin** |
| 97 | 1 | disperse | **dispersal** |
| 97 | 7 | under the freeway | **on** the freeway |
| 123 | 10-11 | businesses that were broken windows | businesses that **had some** broken windows |
| 138 | 6 | sights | **in**sights |
| 139 | 14 | Missing word and punctuation issue.  Missing the word "I" before the word "relied."  Should be a semi-colon after her | should be a semicolon, not a comma after "**I** relied heavily upon he**r;** |

1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
708 Market Street, Suite 408  Tacoma, Washington  98402
Seattle 206.287.9066  Tacoma 253.235.0111
e-mail production@buellrealtime.com   www.buellrealtime.com



| 141 | 8 | Punctuation issue; should be a period or semicolon after the word "ethics" not a comma | ethics**.**  (note the punctuation – a period after the word ethics. |
| --- | --- | --- | --- |
| 226 | 20 | Office didn't face judgment | Office didn't **make** judgments |
| 235 | 12 | Missing the word "not" | I have **not** protested on the freeway. |
| 242 | 12 | Again, missing the word "not" which should be inserted before just for protests. | Washington State Patrol and that's **not** just for protests." |

_____
　　　　　　　　　　Signature of Deponent

1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
708 Market Street, Suite 408  Tacoma, Washington  98402
Seattle 206.287.9066   Tacoma 253.235.0111
e-mail production@buellrealtime.com    www.buellrealtime.com



# D E C L A R A T I O N

**CASE NAME:** Estate of Taylor, et al. v. City of Seattle and King County

**DATE TAKEN:** 2/28/2022

**WITNESS:** Mayor Jenny Durkan

I declare under penalty of perjury under the laws of the State of Washington that I have read my within deposition, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the ERRATA flyleaf page above.

_____
Mayor Jenny A. Durkan

Signed on the 6th day of April, 2022.

1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
708 Market Street, Suite 408  Tacoma, Washington  98402
Seattle 206.287.9066   Tacoma 253.235.0111
e-mail production@buellrealtime.com   www.buellrealtime.com