# EXHIBIT 12

EMAILS IN RE LOST PHONE

Case 2:20-cv-00983-TSZ  Document 140-12  Filed 10/28/22  Page 2 of 9

SEA_00145700

07.27.2022
O'Reilly Bernier
7
Buell Realtime Reporting

🗑 Delete  ⋯

(No subject)

DJ  Durkan, Jenny
    Sat 7/4/2020 6:13 PM
    To: OReilly Bernier, Colleen
    Cc: Jenny Durkan <jdurkan@durkan.us>

Do you have an email or contact for Regie -- or whomever is "on call" with IT? My work phone crashed and I want to restore data and settings. But I do not have the pw to the MOS calendar. Do you have it - can you get it, please. Thanks

Reply | Reply all | Forward

SEA_00145701

🗑 Delete ...

**(No subject)**

DJ  **Durkan, Jenny**
Sat 7/4/2020 8:52 PM
To: Friedhoff, Andrea; OReilly Bernier, Colleen; Benbow, Laura
Cc: Formas, Stephanie

Can one of you send me the password for the MOS calendar account. My phone died but I was able to reset and backup from cloud. But don't have that pw

Sent from my iPhone

Reply | Reply all | Forward

SEA_00145702

🗑 Delete ⋯

Re:



**Benbow, Laura**
Sat 7/4/2020 8:56 PM
To: Durkan, Jenny
Cc: Friedhoff, Andrea; OReilly Bernier, Colleen; Formas, Stephanie

Sure thing! The password is: ███ password redacted ███

O's are zeros and I's are ones (1)

> On Jul 4, 2020, at 20:52, Durkan, Jenny <JAMD@seattle.gov> wrote:
>
> Can one of you send me the password for the MOS calendar account. My phone died but I was able to reset and backup from cloud . But don't have that pw
>
> Sent from my iPhone

Reply | Reply all | Forward

SEA_00145703

🗑 Delete   ...

Re:

OC  OReilly Bernier, Colleen
Sun 7/5/2020 8:33 AM
To: Benbow, Laura
Cc: Durkan, Jenny; Friedhoff, Andrea; Formas, Stephanie

I'm so sorry, my phone died and was charging. Thanks Laura

Sent from my iPhone

> On Jul 4, 2020, at 8:57 PM, Benbow, Laura <Laura.Benbow@seattle.gov> wrote:
>
> Sure thing! The password is:
> ███████ password redacted ███████
>
> O's are zeros and I's are ones (1)
>
>> On Jul 4, 2020, at 20:52, Durkan, Jenny <JAMD@seattle.gov> wrote:
>>
>> Can one of you send me the password for the MOS calendar account. My phone died but I was able to reset and backup from cloud . But don't have that pw
>>
>> Sent from my iPhone

Reply  |  Reply all  |  Forward

SEA_001145704

🗑 Delete    ⋯

# Calendar

DJ  **Durkan, Jenny**
Sun 7/5/2020 2:31 PM
To: Fong, Michael; Formas, Stephanie
Cc: OReilly Bernier, Colleen

↰ ↶ ↑ ⋮

I would like to meet withe team tomorrow at noon. Topics, budget (with focus on SPD and $100 mm for new community investments), revenue and key policy initiatives. And comms on all.

Strongly prefer folks attend in person, unless health/family make that not feasible.

Please confirm if this works -- if not at noon then at another hour (for an hour) tomorrow.

We can cancel the videotaping for tomorrow, unless it is critical. On Tuesday take down Sawant and maybe STBD presser.

==My phone is not working, so I cannot read official email unless at my computer. So if you need me -- text.==

Thanks.

Reply  |  Reply all  |  Forward

SEA_00145705

🗑 Delete    ⋯

**(No subject)**

DJ  **Durkan, Jenny**  ↶ ↺ →  ⋮
Mon 7/6/2020 6:35 PM
To: Formas, Stephanie; Benbow, Laura; Friedhoff, Andrea

Hey guys – I made some changes to the schedule. I had set some things over the weekend but because my phone crashed they did not take on the master calendar. I did not get the chance to discuss them. Sorry about that. I hope the new time works for 911 call.

Sent from my iPhone

Reply | Reply all | Forward

SEA_00145706

May 2020

| Wireless Number | User Name | Date | Time | Sent To | Charge Description | In/Out | Received From | |
|---|---|---|---|---|---|---|---|---|
| 2064453333 | J A DURKAN | 2020/05/30 | 19:34:00 | 78015 | Text Message | In | 78015 | Gen. Brett Daugherty |
| 2064453333 | J A DURKAN | 2020/05/31 | 00:25:00 | 2534050795 | Pict Video MSG | In | 2534050795 | Gen. Brett Daugherty |
| 2064453333 | J A DURKAN | 2020/05/29 | 09:50:00 | 6512666404 | Text Message | Out | 6512666404 | Melvin Carter |
| 2064453333 | J A DURKAN | 2020/05/29 | 09:50:00 | 6512666404 | Text Message | Out | 6512666404 | Melvin Carter |
| 2064453333 | J A DURKAN | 2020/05/29 | 09:47:00 | 6512666404 | Text Message | In | 6512666404 | Melvin Carter |
| 2064453333 | J A DURKAN | 2020/05/31 | 19:47:00 | 4257655576 | Text Message | Out | 4257655576 | Penny Sweet |
| 2064453333 | J A DURKAN | 2020/05/31 | 21:02:00 | 4257655576 | Text Message | In | 4257655576 | Penny Sweet |
| 2064453333 | J A DURKAN | 2020/05/31 | 05:23:00 | 3606884320 | Text Message | Out | 3606884320 | David Postman |
| 2064453333 | J A DURKAN | 2020/05/31 | 02:55:00 | 3606884320 | Text Message | Out | 3606884320 | David Postman |
| 2064453333 | J A DURKAN | 2020/05/31 | 05:23:00 | 3606883829 | Text Message | Out | 3606883829 | Gov Inslee |
| 2064453333 | J A DURKAN | 2020/05/31 | 02:55:00 | 3606883829 | Text Message | Out | 3606883829 | Gov Inslee |
| 2064453333 | J A DURKAN | 2020/05/31 | 05:23:00 | 2534050795 | Text Message | Out | 2534050795 | Gen. Brett Daugherty |
| 2064453333 | J A DURKAN | 2020/05/31 | 00:08:00 | 2534050795 | Text Message | In | 2534050795 | Gen. Brett Daugherty |
| 2064453333 | J A DURKAN | 2020/05/31 | 02:55:00 | 2534050795 | Text Message | Out | 2534050795 | Gen. Brett Daugherty |
| 2064453333 | J A DURKAN | 2020/05/21 | 10:00:00 | 2064783802 | Text Message | In | 2064783802 | Ed Prince |
| 2064453333 | J A DURKAN | 2020/05/21 | 08:56:00 | 2064783802 | Text Message | Out | 2064783802 | Ed Prince |
| 2064453333 | J A DURKAN | 2020/05/20 | 20:55:00 | 2064783802 | Text Message | In | 2064783802 | Ed Prince |
| 2064453333 | J A DURKAN | 2020/05/20 | 20:54:00 | 2064783802 | Text Message | Out | 2064783802 | Ed Prince |
| 2064453333 | J A DURKAN | 2020/05/20 | 20:54:00 | 2064783802 | Text Message | Out | 2064783802 | Ed Prince |
| 2064453333 | J A DURKAN | 2020/05/20 | 20:54:00 | 2064783802 | Text Message | In | 2064783802 | Ed Prince |
| 2064453333 | J A DURKAN | 2020/05/18 | 14:44:00 | 2064783802 | Text Message | In | 2064783802 | Ed Prince |
| 2064453333 | J A DURKAN | 2020/05/18 | 14:44:00 | 2064783802 | Text Message | Out | 2064783802 | Ed Prince |
| 2064453333 | J A DURKAN | 2020/05/18 | 17:33:00 | 2064783802 | Text Message | Out | 2064783802 | Ed Prince |
| 2064453333 | J A DURKAN | 2020/05/18 | 17:34:00 | 2064783802 | Text Message | In | 2064783802 | Ed Prince |
| 2064453333 | J A DURKAN | 2020/05/18 | 19:06:00 | 2063008151 | Text Message | In | 2063008151 | CM Lewis |
| 2064453333 | J A DURKAN | 2020/05/21 | 14:47:00 | 2063008151 | Text Message | In | 2063008151 | CM Lewis |
| 2064453333 | J A DURKAN | 2020/05/21 | 14:46:00 | 2063008151 | Text Message | Out | 2063008151 | CM Lewis |
| 2064453333 | J A DURKAN | 2020/05/29 | 11:06:00 | 2062917177 | Text Message | In | 2062917177 | Patty Hayes |
| 2064453333 | J A DURKAN | 2020/05/31 | 20:24:00 | 2062917177 | Text Message | In | 2062917177 | Patty Hayes |
| 2064453333 | J A DURKAN | 2020/05/31 | 21:00:00 | 2062917177 | Text Message | In | 2062917177 | Patty Hayes |
| 2064453333 | J A DURKAN | 2020/05/29 | 11:40:00 | 2062917177 | Text Message | Out | 2062917177 | Patty Hayes |
| 2064453333 | J A DURKAN | 2020/05/29 | 11:40:00 | 2062917177 | Text Message | Out | 2062917177 | Patty Hayes |
| 2064453333 | J A DURKAN | 2020/05/29 | 11:41:00 | 2062917177 | Text Message | In | 2062917177 | Patty Hayes |
| 2064453333 | J A DURKAN | 2020/05/31 | 20:59:00 | 2062917177 | Text Message | Out | 2062917177 | Patty Hayes |
| 2064453333 | J A DURKAN | 2020/05/31 | 16:22:00 | 2062613453 | Text Message | In | 2062613453 | Michele Storms |
| 2064453333 | J A DURKAN | 2020/05/31 | 00:14:00 | 3606883829 | Pict Video MSG | In | 3606883829 | Gov Inslee |
| 2064453333 | J A DURKAN | 2020/05/30 | 22:48:00 | 3606883829 | Pict Video MSG | In | 3606883829 | Gov Inslee |
| 2064453333 | J A DURKAN | 2020/05/29 | 09:47:00 | 6512666404 | Text Message | Out | 6512666404 | Melvin Carter |

SEA_00145707