# EXHIBIT 13

Page 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,         )
                                      )
            Plaintiffs,               )
                                      ) Case No.
     vs.                              ) 20-cv-00983-TSZ
                                      )
CITY OF SEATTLE,                      )
                                      )
            Defendant.                )


VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF

ANDREA FRIEDHOFF

_____

8:56 a.m.

SEATTLE, WASHINGTON

(All participants appeared via videoconference.)




DATE TAKEN:   JUNE 30, 2022

REPORTED BY:  LORRIE R. CHINN, RPR,
Washington Certified Court Reporter No. 1902
Oregon Certified Court Reporter No. 97-0337

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

a064d1af-669a-4b79-b825-d50a68113c73

Hunters Capital, LLC v. City of Seattle                Andrea Friedhoff

Page 57

1   A.   -- or "and her phone shortly."
2   Q.   Gotcha.  And that message is dated July 6th at
3   9:26 a.m., correct?
4   A.   I can't see -- let me scroll over.  Can you
5   scroll over?  The video -- our Brady Bunch is blocking
6   the timestamp, but it likes like 9:20 something.
7   Q.   Okay.  Gotcha.  Let me see if I can -- does
8   that help?
9   A.   Yes.  9:26 a.m., yep.
10  Q.   And does that refresh your recollection as to
11  whether you, in fact, did meet with her and get the
12  phone close to the time 9:26 a.m. on July 6, 2020?
13  A.   I see a subsequent text here at 9:28 that says
14  I got her phone around that time.
15  Q.   Okay.  Yes.  And you're referring to, let's
16  see, row 8260, correct?
17  A.   Let me look here.  8260.  Hold on.  I'm trying
18  to pull it up on my end because --
19         MR. CRAMER:  I think it's 8259
20  technically.
21  Q.   Oh, I'm sorry.  I stand corrected.  You're
22  correct, Shane.  So 8259?
23  A.   Yes, that one at 9:20.  Yep.
24  Q.   Okay.  So is it fair to say that you received
25  the mayor's phone on or about 9:28 a.m. on July 6th,

Hunters Capital, LLC v. City of Seattle				Andrea Friedhoff

Page 58

1  2020?
2    A.  Uh-huh, yes.
3    Q.  Okay.  And after that how long would it take
4  you to -- before you gave the phone to Regi and
5  Emmanuel?
6    A.  I see a text from someone saying they'll be
7  there in 30 minutes.
8    Q.  Okay.  And I can represent to you that the
9  phone number that's in 8261, that's Regi Alencastro's
10 phone number.
11   A.  Okay.  Great.  Okay.
12   Q.  And but do you recall whether it was Regi that
13 came to pick up the phone or whether it was Emmanuel?
14   A.  It was Regi.  He was on duty that day.
15   Q.  Okay.  And when Regi arrived to pick up the
16 phone, was the phone turned on, do you recall?
17   A.  I don't know.
18   Q.  Did you work with him to try to problem-solve
19 any issues relating to the phone?
20   A.  No.  That wasn't my role.
21   Q.  Okay.  Did he ask you for any details about
22 what had happened to the phone?
23   A.  It looks like I -- she told me something about
24 the calendar and can't send out emails, and I relayed
25 that to Regi and Emmanuel.

a064d1af-669a-4b79-b825-d50a68113c73

Page 85

1  REPORTER'S CERTIFICATE

2

3       I, LORRIE R. CHINN, the undersigned Certified Court

4  Reporter, pursuant to RCW 5.28.010 authorized to administer

5  oaths and affirmations in and for the State of Washington, do

6  hereby certify:

7       That the sworn testimony and/or remote proceedings, a

8  transcript of which is attached, was given before me at the

9  time and place stated therein; that any and/or all witness(es)

10 were duly sworn remotely to testify to the truth; that the

11 sworn testimony and/or remote proceedings were by me

12 stenographically recorded and transcribed under my

13 supervision, to the best of my ability; that the foregoing

14 transcript contains a full, true, and accurate record of all

15 the sworn testimony and/or remote proceedings given and

16 occurring at the time and place stated in the transcript; that

17 a review of which was requested; that I am in no way related

18 to any party to the matter, nor to any counsel, nor do I have

19 any financial interest in the event of the cause.

20      WITNESS MY HAND AND DIGITAL SIGNATURE this 14th day

21 of July, 2022.

22

23 LORRIE R. CHINN, RPR, CCR

24 Washington State Certified Court Reporter No. 1902
   Oregon State Certified Court Reporter No. 97-0337

25 lorrie.chinn@chinncourtreporting.com

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989



# E R R A T A

**CASE NAME:** Hunters Capital, LLC v. City of Seattle

**DATE TAKEN:** 6/30/2022

**WITNESS:** Andrea Friedhoff

## CORRECTIONS

| Page | Line | Now Reads | Should Read |
|---|---|---|---|
| 49 (adobe) | 20 | | 'Yeah' at Page 49, Line 20 should be deleted consistent with my testimony immediately before an after that line |

*Andrea Friedhoff*
Signature of Deponent



# D E C L A R A T I O N

CASE NAME:   Hunters Capital, LLC v. City of Seattle

DATE TAKEN:   6/30/2022

WITNESS:   Andrea Friedhoff

I declare under penalty of perjury under the laws of the State of Washington that I have read my within deposition, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the ERRATA flyleaf page hereof.

*Andrea Friedhoff*
_____
Andrea Friedhoff

Signed on the __1st__ day of __August_____, 202_2_.

1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
708 Market Street, Suite 408  Tacoma, Washington  98402
Seattle 206.287.9066   Tacoma 253.235.0111
e-mail production@buellrealtime.com   www.buellrealtime.com