# EXHIBIT 14



03.03.2022
Alencastro
**2**
Buell Realtime Reporting

| # | Chat # | From | To | Body | Status | Platform | Timestamp: Date | Timestamp: Time |
|---|---|---|---|---|---|---|---|---|
| 4560 | 559 | +12062959845 Oit Emmanuel | +12064730276 +1 (206) 473-0276 (owner) emmanuelarhu@hotmail.com +12069195412 Oit Andrea Friedhoff realza@gmail.com R A (owner) | I spoke to Regi this morning and he is the one coming in. | Read | Unknown | 7/6/2020 | 7/6/2020 9:27:48 AM(UTC-7) |
| 4561 | 559 | +12069195412 Oit Andrea Friedhoff | +12064730276 +1 (206) 473-0276 (owner) emmanuelarhu@hotmail.com realza@gmail.com R A (owner) | Ok - I have her phone | Read | Unknown | 7/6/2020 | 7/6/2020 9:28:46 AM(UTC-7) |
| 4562 | 559 | +12069195412 Oit Andrea Friedhoff | +12064730276 +1 (206) 473-0276 (owner) emmanuelarhu@hotmail.com realza@gmail.com R A (owner) | She says calendar won't update and can't send out emails | Read | Unknown | 7/6/2020 | 7/6/2020 9:29:15 AM(UTC-7) |
| 4563 | 559 | +12064730276 +1 (206) 473-0276 | emmanuelarhu@hotmail.com +12069195412 Oit Andrea Friedhoff realza@gmail.com R A (owner) | Ok be there in about 30 min | Sent | Unknown | 7/6/2020 | 7/6/2020 9:29:19 AM(UTC-7) |
| 4564 | 559 | +12069195412 Oit Andrea Friedhoff | +12064730276 +1 (206) 473-0276 (owner) emmanuelarhu@hotmail.com realza@gmail.com R A (owner) | Let's get the back up from Suzi | Read | Unknown | 7/6/2020 | 7/6/2020 9:29:25 AM(UTC-7) |
| 4565 | 559 | +12069195412 Oit Andrea Friedhoff | +12064730276 +1 (206) 473-0276 (owner) emmanuelarhu@hotmail.com realza@gmail.com R A (owner) | Also WebEx is set up in NBR from presser but we should fire it up to make sure it's still good to go | Read | Unknown | 7/6/2020 | 7/6/2020 9:38:17 AM(UTC-7) |
| 5204 | 563 | +12064730276 +1 (206) 473-0276 | +12066393647 Oit Mike Fong realza@gmail.com R A (owner) | I'll be just downstairs when you have a moment. You can drop it off at Kathryn Aisenberg's office and I can pick it up. I'll be here all day. | Sent | Unknown | 7/6/2020 | 7/6/2020 11:11:29 AM(UTC-7) |
| 5205 | 563 | +12066393647 Oit Mike Fong | +12064730276 +1 (206) 473-0276 (owner) realza@gmail.com R A (owner) | I'll be in a mtg with mayor from 11:30-1pm. So you can work on it then. I can leave it on my desk | Read | Unknown | 7/6/2020 | 7/6/2020 11:15:44 AM(UTC-7) |
| 5206 | 563 | +12064730276 +1 (206) 473-0276 | +12066393647 Oit Mike Fong realza@gmail.com R A (owner) | Sounds good | Sent | Unknown | 7/6/2020 | 7/6/2020 11:16:12 AM(UTC-7) |
| 1316 | 414 | +16173790635 | realza@gmail.com R A (owner) | Click on the link https://m.proctorcam.com/5323440040?l=en-US to enter your information. Msg&data rates may apply txt HELP for help STOP to Stop | Read | Unknown | 7/6/2020 | 7/6/2020 11:56:53 AM(UTC-7) |
| 1312 | 412 | | | | | Unknown | 7/6/2020 | 7/6/2020 12:32:22 PM(UTC-7) |
| 1313 | 413 | +14257496060 Oit Tim Benham | realza@gmail.com R A (owner) | Hey Regi. It's Timothy. Do you happen to be at SMT today? If not, would you know who is? | Read | Unknown | 7/6/2020 | 7/6/2020 12:32:22 PM(UTC-7) |
| 1311 | 411 | | | | | Unknown | 7/6/2020 | 7/6/2020 12:50:49 PM(UTC-7) |
| 1314 | 413 | realza@gmail.com R A | +14257496060 Oit Tim Benham | Maybe Mike Osterhoudt | Sent | Unknown | 7/6/2020 | 7/6/2020 12:50:49 PM(UTC-7) |
| 1315 | 413 | +14257496060 Oit Tim Benham | realza@gmail.com R A (owner) | Thanks. I already got in. I appreciate the help. | Read | Unknown | 7/6/2020 | 7/6/2020 12:52:02 PM(UTC-7) |

| # | Chat # | From | To | Body | Status | Platform | Timestamp: Date | Timestamp: Time |
|---|---|---|---|---|---|---|---|---|
| 12038 | 649 | +12064730276 +1 (206) 473-0276 | +12069629389 Oit Michelle Chan realza@gmail.com R A (owner) | But I sent a question about to the files team re does it have a new location | Sent | Unknown | 7/8/2020 | 7/8/2020 4:07:42 PM(UTC-7) |
| 12039 | 649 | +12064730276 +1 (206) 473-0276 | +12069629389 Oit Michelle Chan realza@gmail.com R A (owner) | K | Sent | Unknown | 7/8/2020 | 7/8/2020 4:07:45 PM(UTC-7) |
| 12040 | 649 | +12064730276 +1 (206) 473-0276 | +12069629389 Oit Michelle Chan realza@gmail.com R A (owner) | I'll keep an eye on my inbox. Are you still at city hall? | Sent | Unknown | 7/8/2020 | 7/8/2020 4:17:22 PM(UTC-7) |
| 12041 | 649 | +12069629389 Oit Michelle Chan | +12064730276 +1 (206) 473-0276 realza@gmail.com R A (owner) | No I left.  But are you?? Kim said she would email you the path now.  If you are at city hall - I have a keyboard from the supply room that needs to be connected to my computer. My old key board was sticking keys and deleting things. | Read | Unknown | 7/8/2020 | 7/8/2020 4:21:00 PM(UTC-7) |
| 12042 | 649 | +12064730276 +1 (206) 473-0276 | +12069629389 Oit Michelle Chan realza@gmail.com R A (owner) | I am not there now | Sent | Unknown | 7/8/2020 | 7/8/2020 4:21:22 PM(UTC-7) |
| 12043 | 649 | +12064730276 +1 (206) 473-0276 | +12069629389 Oit Michelle Chan realza@gmail.com R A (owner) | Ok I got the email from Kim | Sent | Unknown | 7/8/2020 | 7/8/2020 4:21:29 PM(UTC-7) |
| 12044 | 649 | +12069629389 Oit Michelle Chan | +12064730276 +1 (206) 473-0276 realza@gmail.com R A (owner) | Great. | Read | Unknown | 7/8/2020 | 7/8/2020 4:21:47 PM(UTC-7) |
| 6591 | 569 | +12064730276 +1 (206) 473-0276 | +12062959845 Oit Emmanuel realza@gmail.com R A (owner) | I'm going in Monday FYI. Just spoke to the lady | Sent | Unknown | 7/8/2020 | 7/8/2020 5:18:50 PM(UTC-7) |
| 6592 | 569 | +12062959845 Oit Emmanuel | +12064730276 +1 (206) 473-0276 realza@gmail.com R A (owner) | You mean tomorrow? | Read | Unknown | 7/8/2020 | 7/8/2020 5:19:21 PM(UTC-7) |
| 6593 | 569 | +12064730276 +1 (206) 473-0276 | +12062959845 Oit Emmanuel realza@gmail.com R A (owner) | No Monday | Sent | Unknown | 7/8/2020 | 7/8/2020 5:19:38 PM(UTC-7) |
| 6594 | 569 | +12064730276 +1 (206) 473-0276 | +12062959845 Oit Emmanuel realza@gmail.com R A (owner) | She needs the laptop Monday, she won't be in tomorrow | Sent | Unknown | 7/8/2020 | 7/8/2020 5:20:09 PM(UTC-7) |
| 6595 | 569 | +12062959845 Oit Emmanuel | +12064730276 +1 (206) 473-0276 realza@gmail.com R A (owner) | Ok | Read | Unknown | 7/8/2020 | 7/8/2020 5:20:52 PM(UTC-7) |
| 6596 | 569 | +12064730276 +1 (206) 473-0276 | +12062959845 Oit Emmanuel realza@gmail.com R A (owner) | Can you please get my case from the Mayors cracked phone? I put my case on her phone so she wouldn't cut herself | Sent | Unknown | 7/8/2020 | 7/8/2020 5:21:35 PM(UTC-7) |
| 1641 | 425 | +12069090589 | realza@gmail.com R A (owner) | This is not my PC . I had to connect to through IP address instead SCL2874, and my configuration in the local was NOT there.  The desktop is different. | Read | Unknown | 7/9/2020 | 7/9/2020 8:32:18 AM(UTC-7) |