# EXHIBIT 15

## Re: Mayor new phone

**From:** "OReilly Bernier, Colleen" <colleen.oreillybernier@seattle.gov>
**To:** "Arhu, Emmanuel" <emmanuel.arhu@seattle.gov>
**Cc:** "Friedhoff, Andrea" <andrea.friedhoff@seattle.gov>, "Alencastro, Regi" <regi.alencastro@seattle.gov>
**Date:** Wed, 08 Jul 2020 12:19:09 -0700

Thanks Emmanuel. The Mayor will be in tomorrow.

Sent from my iPhone

> On Jul 8, 2020, at 12:04 PM, Arhu, Emmanuel <Emmanuel.Arhu@seattle.gov> wrote:
>
> Hello Colleen,
>
> I picked up the phone for the mayor today. When will be a good time for me to swap it out for her?
>
> Emmanuel Arhu
> IT Client Device Support Engineer
> **SEATTLE INFORMATION TECHNOLOGY**
> O: 206.684.7246 | M: 206.295-9845 | emmanuel.arhu@Seattle.gov
>
> **Best-in-Class Digital Services**
> Facebook | Twitter | E-Newsletter
>
> ---
>
> **From:** OReilly Bernier, Colleen <Colleen.OReillyBernier@seattle.gov>
> **Sent:** Tuesday, July 7, 2020 12:17 PM
> **To:** Alencastro, Regi <Regi.Alencastro@seattle.gov>
> **Cc:** Friedhoff, Andrea <Andrea.Friedhoff@seattle.gov>; Arhu, Emmanuel <Emmanuel.Arhu@seattle.gov>
> **Subject:** Re: Mayor new phone
>
> Thanks Regi - most likely will be tomorrow as we're all remote today.
>
> Sent from my iPhone
>
>> On Jul 7, 2020, at 12:16 PM, Alencastro, Regi <Regi.Alencastro@seattle.gov> wrote:
>>
>> It has arrived – please let us know when she can give up her phone for a few hours so we can backup / restore her data to the new phone.
>>
>> Thank you,

06.30.2022
Friedhoff
**6**
Buell Realtime Reporting

03.03.2022
Arhu
**3**
Buell Realtime Reporting

SEA_00145708

Regi Alencastro
Desktop Services
SEATTLE INFORMATION TECHNOLOGY
O: 206.684.0945 | M: 206.473.0276 | regi.alencastro@seattle.gov
**Best-in-Class Digital Services**
Facebook I Twitter I E-Newsletter

SEA_00145709