# EXHIBIT 17

# RE: Raymond Duda - US DOJ/FBI

**From:**   "OReilly Bernier, Colleen" <colleen.oreillybernier@seattle.gov>
**To:**   "Durkan, Jenny" <jamd@seattle.gov>
**Date:**   Mon, 20 Jul 2020 09:49:54 -0700

It's there.  ==I'm not sure why it fell off your phone== but will make sure they handle tomorrow when we're in.

**From:** Durkan, Jenny <JAMD@Seattle.Gov>
**Sent:** Monday, July 20, 2020 9:49 AM
**To:** OReilly Bernier, Colleen <Colleen.OReillyBernier@seattle.gov>
**Subject:** RE: Raymond Duda - US DOJ/FBI

==Add to contacts pls==

**From:** OReilly Bernier, Colleen <Colleen.OReillyBernier@seattle.gov>
**Sent:** Monday, July 20, 2020 9:49 AM
**To:** Durkan, Jenny <JAMD@Seattle.Gov>
**Subject:** Raymond Duda - US DOJ/FBI



SEA_00145710