# EXHIBIT 20

Brandon Leatha                                    September 16, 2022

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,      )
                                   )
               Plaintiffs,         )
                                   )
    vs.                            )        20-cv-00983-TSZ
                                   )
City of Seattle,                   )
                                   )
               Defendant.          )
_____

VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION UPON ORAL
EXAMINATION

OF

BRANDON LEATHA

_____

ATTENDANCE OF ALL PARTICIPANTS VIA ZOOM VIDEO CONFERENCE
_____

DATE:  September 16th, 2022
REPORTED BY:  Alisha Natasha Conley, RSR, CCR, 22019322

Brandon Leatha                                    September 16, 2022

Page 67

 1    the user must select settings, then messages, then "keep

 2    messages," and change the setting from forever to

 3    something other than forever.  Is that -- is that your

 4    testimony?

 5         A.   That is the primary mechanism for making those

 6    settings changes.  In my experience, there -- there may

 7    be other ways to do that such as the use of mobile

 8    device management software.

 9         Q.   Okay.  So -- so it is not the -- strike that.

10              So there are other ways that the retention

11    setting may be changed from 30 -- from forever to

12    something else on an iPhone other than going into the

13    settings, then messages, then keep messages menu and

14    changing the setting there, right?

15         A.   That's correct.

16         Q.   Okay.  You mentioned mobile device management.

17    Are there any other ways in which the retention setting

18    can be changed that you're aware of?

19         A.   One that comes to mind would be changing the

20    setting on a different device that is connected to the

21    same iCloud account and synchronizing with the same pool

22    of messages.

23         Q.   And so in that instance, a person could change

24    the retention setting on one phone and it will change

25    the retention setting on other phones synched to the

Brandon Leatha                                September 16, 2022

Page 68

1   same Apple ID; is that right?

2        A.   That's correct.   It's -- it's a little more

3   complicated than that because Apple does not typically

4   allow two phones with cellular service to connect to the

5   same iMessage account, so there are ways to get around

6   that, but that's not -- they typically support one phone

7   and then multiple other devices, including Macs or

8   iPads.  You can use devices without sim cards which will

9   allow that, but it's -- I would not suggest typical.

10       Q.   Okay.  And wouldn't you also be able to do that

11  if one of the phones were linked to cellular service but

12  the other was not but did have Wi-Fi capabilities?

13       A.   Yes.  That -- that theoretically could -- could

14  be one mechanism for changing the retention settings on

15  the phone.

16       Q.   Would that also change the retention settings

17  on a -- on a non-phone Apple device that was linked to

18  the same Apple ID, like an iPad?

19       A.   Each -- each of these scenarios are complex

20  because of -- of many reasons, but one is these

21  scenarios are not well documented by Apple, so it

22  requires testing.  In my testing, I was able to -- if --

23  if -- if the device that was linked to the iCloud

24  account was an iPad and an iPhone, both with Messages in

25  iCloud enabled, changing the setting on one would change

Brandon Leatha                                      September 16, 2022

Page 80

 1        Q.   Okay.   And -- but you didn't do independent

 2   testing to determine whether other configuration

 3   changes, other than the ones that Mr. Faulkner

 4   identified, could also cause the KeepMessagesVersionID

 5   to increment; is that right?

 6        A.   I'm aware of other changes.   I did not do

 7   specific testing related to it.

 8        Q.   Okay.  And what other settings are you aware of

 9   that cause it to increment?

10        A.   Changing the -- well, let me amend my last

11   statement.

12            I did specific testing as it relates to

13   changing the setting from forever to 30 days, and I

14   tried many different scenarios such as before

15   confirming, I would change from forever to one year to

16   30 and then confirm to see if that incremented by 2 or

17   by only 1.  In that scenario I just described, in my

18   experience I only found it change by one, but I was able

19   to get the setting -- I'm sorry, the version ID to

20   change by multiple values very rapidly by changing the

21   setting back and forth.

22            So that -- there are many different scenarios

23   that I tested in an effort to get the

24   KeepMessageVersionID to increment by more than 1 in a

25   single event, and I did have an example that was able to

Brandon Leatha                                        September 16, 2022

Page 116

1   how the changes in the operating system effects the end

2   user -- new features, where buttons are placed, things

3   like that.  There are more detailed notes that are

4   sometimes available to software developers and those

5   that are developing applications for Apple devices, and

6   to the extent that a change in the operating system

7   impacts an application developer, you know, we can

8   inspect those same release notes and see if they have

9   any bearing on -- on our forensic work.

10          But it does not frequently inform things such

11   as the backup.  The backup information, you know --

12   typically that information comes from other forensic

13   investigators, as well the software manufacturer who

14   makes the software that -- that I use, that -- that

15   Crypsis uses, and that's the ElcomSoft software.

16       Q.  And for something like the

17   KeepMessagesVersionID artifact, does Apple release a

18   sheet that describes every different manner or setting

19   on the phone that could cause that to iterate one more

20   number?

21       A.  Not to my knowledge.

22       Q.  Do they do that for any of the settings or

23   artifacts that you would consider to be relevant for the

24   analysis you provided in this case?

25          MR. REILLY-BATES:  Object to the form.  Vague.

Brandon Leatha                                    September 16, 2022

Page 156

 1   that was factory reset in August and/or September.  So

 2   would -- how would you find that artifact outside of --

 3   of that phone's image?

 4        A.   They are transferred with the Quick Start

 5   method to the new phone that we have extractions for.

 6        Q.   And was there any artifact in the

 7   CloudKitSyncingEnabled -- what we call the data spot on

 8   the iPhone 11?  Sorry.  In the CloudKitSyncingEnabled

 9   key.  Is that what it's called, a key?

10        A.   Yeah, key.  That's correct.

11             I would need to go back and inspect this

12   hypothetical in the forensic evidence.  I do not have

13   sufficient information here in my report to confirm

14   that, but my recollection is that would -- that scenario

15   would not have occurred based on that artifact and the

16   fact that the message retention version would have

17   changed as well through the process of enabling the

18   Message in any iCloud.

19        Q.   But you've -- you've confirmed that you are --

20   have -- have not observed the artifact depicting when

21   the KeepMessagesVersionID changed to 2 and 3 and how

22   that occurred, correct?

23        A.   That's correct.

24        Q.   So if the -- if -- if Mr. Arhu had enabled

25   Messages in iCloud on July 9th, that would have

Brandon Leatha                                    September 16, 2022

Page 157

 1   counteracted the disable and delete that was in place as

 2   of the evening of July 4th, right?

 3              MR. REILLY-BATES:   Object to the form.

 4   Incomplete hypothetical.   Calls for speculation.

 5        A.   I would need to review the forensic evidence to

 6   confirm whether that hypothetical works.   It's -- it's a

 7   complex hypothetical, and sitting here today, I can't

 8   answer that one way or the other.

 9   BY MR. CRAMER:

10        Q.   Okay.   Well, let's take it outside of -- of

11   what happened in -- in July.

12              If -- if you were to -- if you were to select

13   disable and delete on an iPhone, and then shortly

14   thereafter, re-select Messages in iCloud, wouldn't that

15   re-sync the cloud and the device and undo the effects of

16   the un-syncing that you had done just before?

17              MR. REILLY-BATES:   Object to the form.

18   Incomplete hypothetical.   Calls for speculation.

19        A.   My understanding is that it can be re-synced

20   within the 30 days and that would negate the prior

21   action.   I would need to do further testing to see

22   whether that hypothetical would be plausible in this

23   scenario.

24   BY MR. CRAMER:

25        Q.   We talked earlier, I think, in generalities

Brandon Leatha                                    September 16, 2022

Page 160

 1    restoration of the phone.

 2        Q.   Okay.  Correct.  But are you -- have you seen

 3    any testimony in the case or other evidence in the case

 4    indicating the person who changed the settings on any

 5    phone from -- on the Mayor's phone from forever to

 6    30 days?

 7        A.   I have not.

 8        Q.   And do the forensics that you have -- the

 9    forensic artifacts that you have reviewed, are you able

10    to tell from reviewing those artifacts who would have

11    made any such changes?

12        A.   No.

13        Q.   Okay.  And you say in -- on page 14 that -- you

14    make reference to the 30-day retention setting being

15    turned off on approximately June -- July 25th, 2020.  Do

16    you see that in the middle of the page?

17        A.   I do.

18        Q.   Did you analyze when the 30-day retention

19    setting may have been turned off, or are you -- did you

20    mainly rely on Mr. Faulkner's report in that regard?

21            MR. REILLY-BATES:  Object to the form.  Asked

22    and answered.

23        A.   To the extent that I relied on any information

24    from Mr. Faulkner's report, I independently inspected

25    the evidence and verified that in this instance it is a

Brandon Leatha                                    September 16, 2022

Page 195

 1    deleted by the 30-day retention setting.

 2          And the results of my analysis of that chat

 3    table are outlined, not as it -- not as it relates to

 4    account of messages, but rather the issues or

 5    circumstances that are unclear as to what phone was

 6    provided and what phone numbers it was used with.

 7          Q.   Can you direct me to what you're -- you're

 8    describing?

 9          A.   Yes.  At the bottom of page 19.

10          Q.   Right.  But -- okay.  So I see the reference to

11    chat table and the sms.db database, but does -- did your

12    analysis of the chat tables lead you to conclude whether

13    text messages were deleted as a result of the 30-day

14    setting or manual deletion by conversation thread?

15          A.   I did not perform a -- an assessment and put

16    the results in my report here, but, again, as I -- I

17    testified earlier, I did see chat records which means

18    that it was either manual deletion at the message level

19    or the result of the 30-day retention setting and would

20    not reflect the deletion of entire chat threads at one

21    time.  But it was not a -- an exhaustive analysis, so

22    it's not as if I could say that that was the case with

23    all messages.

24          Q.   And given your opinion that 15,843 messages

25    were deleted, would it be fair to infer that it was more

Brandon Leatha                                    September 16, 2022

Page 196

 1    likely then to be the 30-day setting than an individual

 2    deletion of 15,843 individual messages?

 3             MR. REILLY-BATES:   Objection.   Object to the

 4    form.   Calls for speculation.

 5        A.   Yes.   I would agree, and that's for two

 6    reasons.   One is that the messages were restored --

 7    thousand messages were restored when the phone was

 8    synchronized with his iCloud account and then

 9    subsequently deleted, so that would indicate that it was

10    likely some sort of bulk deletion activity, rather than

11    individually deleting messages over time.

12             And if that were to occur and the fact that

13    many of the chat entries still remain that it -- it is

14    the most likely explanation that it was the 30-day

15    retention setting that -- that deleted those messages.

16        Q.   And do you have any opinions as to why the 16

17    text messages that exist on the -- that you found to

18    exist on the phone were dated between December 3rd and

19    December 8th as opposed to between November 2nd and

20    December 8th?

21        A.   It is likely that those are messages that were

22    synchronized with the phone when it was turned back on

23    for a period of time, rather than messages that were

24    received periodically, but it is -- I would need to

25    spend more time with the device to -- to confirm that --

Brandon Leatha                                          September 16, 2022

```
                                                       Page 201
 1   evidence that I have.

 2            THE COURT REPORTER:  Thank you.

 3   BY MR. CRAMER:

 4       Q.  Let's move to Ken Neafcy -- well, strike that.

 5            Before we do that, in the paragraph --- the

 6   last paragraph of Fisher, it says that the iPhone 7 was

 7   backed up by the City's vendor on February 22nd.  At

 8   that time, the last successful iCloud backup for the

 9   iPhone 7 was on December 2nd, 2020.

10            What does that -- that -- where -- where do you

11   get the December 2nd, 2020 date?

12       A.  From the ldbackup.plist configuration file.

13       Q.  And is that what's listed in footnote 14?

14       A.  That's correct.

15       Q.  And then it says since the phone was not

16   configured to synchronize messages with iCloud, any

17   messages remaining on the phone as of December 2nd would

18   have been stored in the iCloud backup.

19            How do you know that the phone was not

20   configured to synchronize messages with iCloud?

21       A.  The CloudKitSyncingEnabled was set to false at

22   the time that the phone was collected.

23       Q.  So is it your opinion then that at some point

24   or -- strike that.

25            Was Mr. Fisher's iPhone 7 set to sync messages
```

Brandon Leatha                                    September 16, 2022

                                                            Page 202

 1    on November 2nd as a result of the restoration on that

 2    date?

 3         A.   Yes.   I believe that's how the text messages

 4    arrived onto the phone.

 5         Q.   And is there a date that you opine that the

 6    synchronization was changed from Messages in iCloud to

 7    not synced messages to iCloud?

 8         A.   At this time, I do not have that date.

 9         Q.   Okay.  All right.  And do you know whether the

10    synchronization would have been -- strike that.

11         Do you know what the -- the synchronization

12    status, the Messages in iCloud status would have been on

13    December 2nd, 2020?

14         A.   Sitting here today, I don't know when Messages

15    in iCloud was turned off.  I did not include that in my

16    report, but I could investigate further to determine

17    when it was turned off and as a result, know the status

18    of that setting when the last backup occurred on

19    December 2nd, 2020.

20         Q.   And if the Messages in iCloud was enabled on

21    December 2nd, 2020, then the last successful iCloud

22    backup from that date would not include messages.  Is

23    that a correct statement?

24         A.   That's correct.  They would -- they would be

25    available separately in the -- in the synchronized

Brandon Leatha                                    September 16, 2022

```
                                                          Page 203
 1    portion of the iCloud account.

 2         Q.   Okay.  And messages that are separately --

 3    are -- strike that.

 4              Messages that exist in the iCloud outside of a

 5    backup, do those expire after 180 days?

 6         A.   If -- if they are turned off by the disable and

 7    delete function and it is the last device synchronizing

 8    with those messages, they would expire after 30 days.

 9    But, again, it would have to be the last device, and it

10    appears he had other devices synchronizing this account.

11         Q.   And if they were not though -- if it was not

12    the last device, would they expire after 180 days?

13         A.   No.  The -- the -- the 180 days relates to the

14    iCloud backup for a device that's no longer backing up

15    to the -- to that iCloud account.

16         Q.   And if it was the last device, then it's your

17    testimony that they would have been deleted within -- or

18    later -- 30 days after the disable and delete function

19    was selected, which may or may not have been before

20    February 22nd, 2021, right?

21         A.   That's correct.

22         Q.   Okay.  Okay.  Let's move to Ken Neafcy.

23              You inspected two -- extractions from two

24    different Ken Neafcy iPhones; is that right?

25         A.   That's correct.
```

Brandon Leatha                                    September 16, 2022

Page 208

1    them and related to information having been changed.

2    Other than that, I -- I don't know what -- what

3    transpired with Mr. Neafcy other than what I -- you just

4    showed me in the email exchange.

5        Q.   And the -- the password or the -- do you know

6    what -- strike that.

7            Do you know why Mr. Neafcy received these two

8    emails in March of 2021?

9        A.   I don't know the reason, but I do know that it

10   indicates that his password was changed and that his --

11   that a new iPhone XR was logged into his Apple account.

12       Q.   On page 23 you say that if his iPhone XS was

13   backed up to his iCloud account before it was factory

14   reset on October 27th, that backup would have been kept

15   for 180 days and would still have been available when

16   data was collected from his iPhone 6S on March 1st,

17   2021.

18           Wouldn't that depend on the date that the

19   iPhone XS might have been backed up to his cloud account

20   before October 27th, 2020?

21       A.   It would, and -- and my statement says if it

22   were backed up, I don't -- I don't know that it was or

23   when it was last backed up because that phone is -- was

24   factory reset.

25       Q.   But if it were backed up before October 27th,

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com        206.622.6661        800.657.1110

Page 212

1    iPhone 11.

2              I'm -- I'm sorry.  Please -- please give me one

3    second.

4              Yes, I don't have sufficient information in the

5    data that was provided to determine when it was first

6    backed up.  I have information to indicate when the

7    iPhone 8 Plus was last backed up to iCloud, and that

8    appears to be the extractions that were provided, which

9    was February 13th 2021 and February 16th, 2021.

10        Q.   So your statement in the section, "Assessment

11   of Forensic Extraction and Backups" that had -- had the

12   City collected data from Chief Scoggins' iCloud account

13   shortly after his iPhone Plus was factory reset on

14   October 8th, the messages lost due to the factory reset

15   may have been recovered.

16              That may or may not be true because you don't

17   know whether any such backups ever existed, correct?

18              MR. REILLY-BATES:  Objection.  Object to the

19   form.  Misleading question.

20        A.   And -- and that's the reason why I chose the

21   term "may have been recovered."  I do not have

22   sufficient information.  I do know that Chief Scoggins'

23   phones, both of them, were backed up to iCloud when they

24   were collected in 2021.  I don't have sufficient

25   information to determine when that iCloud backup process

Brandon Leatha                                          September 16, 2022

                                                              Page 213

 1   began.

 2        Q.   So you -- you don't have -- there's no evidence

 3   on which you can testify that the City should have

 4   obtained any iCloud backups shortly after October 8th,

 5   2020 because there's no evidence that any such backups

 6   even existed at that point, right?

 7             MR. REILLY-BATES:  Object to the form.

 8   Argumentative.

 9        A.   I -- I would disagree.  I -- the -- there was

10   knowledge that Mr. Scoggins lost his text messages and

11   that his phone was factory reset, and that -- if the

12   City were to recover those text messages, they would

13   have a limited time to be able to try to restore those

14   from his iCloud account.

15   BY MR. CRAMER:

16        Q.   But you don't know whether there was a backup

17   from which to try to obtain those text --

18        A.   We --

19        Q.   -- text messages?

20        A.   Neither of us know because we didn't look.  I

21   mean, the City didn't look, so we didn't know if it

22   existed or not.

23        Q.   Okay.  So you -- so you don't he know whether

24   it existed?

25        A.   I don't.

Brandon Leatha                                          September 16, 2022

Page 225

```
 1                    C E R T I F I C A T E

 2
     STATE OF DELAWARE     )
 3                         ) ss
     NEW CASTLE COUNTY     )

 4

 5              I, the undersigned Washington Certified
     Court Reporter, hereby certify:

 6
                That the foregoing deposition upon oral
 7   examination of the witness named herein was taken
     stenographically before me and transcribed under my
 8   direction;

 9              That the witness was duly sworn by me
     pursuant to RCW 5.28.010 to testify truthfully;
10
                That the transcript of the deposition is a
11   full, true and correct transcript to the best of my
     ability;
12
                That I am neither an attorney for, nor a
13   relative or employee of any of the parties to the action
     or any attorney or counsel employed by the parties
14   hereto, nor financially interested in its outcome.

15              I further certify that in accordance with
     CR 30(e), the witness was given the opportunity to
16   examine, read, and sign the deposition, within 30 days
     upon its completion and submission, unless waiver of
17   signature was indicated in the record.

18

19

20

21   _____
          Alisha Natasha Conley, RSR, CCR
22        Washington Certified Court Reporter No. 22019322
          License effective until: 07/26/2023
23

24

25
```