# EXHIBIT 21

Page 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

HUNTERS CAPITAL, LLC, et al., )
                              )
         Plaintiffs,          )
                              )
    v.                        ) Case No. 20-cv-00983-TSZ
                              )
CITY OF SEATTLE,              )
                              )
         Defendant.           )

---

VIDEOTAPED VIDEOCONFERENCE DEPOSITION UPON ORAL
EXAMINATION

OF

COLLEEN O'REILLY BERNIER

---

(All participants appearing via Zoom videoconference.)


Taken at
Seattle, Washington




DATE TAKEN:   July 27, 2022

REPORTED BY:  KATHLEEN HAMILTON, RPR, CRR, CCR 1917

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

cb2e0255-de68-4429-9e15-23597663329e

Hunters Capital, LLC v. City of Seattle          Colleen O'Reilly Bernier

Page 41

1         Are you talking about this phone from 2019?
2    Q.   Yes.
3    A.   No.
4    Q.   Okay.
5    A.   That phone, I did not -- not look at it.
6         MR. CRAMER:  But, Gabe, we're gonna go
7    off -- can we go off the record for one minute?
8         MR. REILLY-BATES:  Sure.
9         MR. CRAMER:  Okay.  We'll be right back.
10        THE VIDEOGRAPHER:  Going off the record.
11   The time now is approximately 9:52 a.m.
12                (A break was taken
13            from 9:52 a.m. to 9:55 a.m.)
14        THE VIDEOGRAPHER:  Back on the record.  The
15   time now is approximately 9:55 a.m.
16   BY MR. REILLY-BATES:
17   Q.   Hi, Colleen.
18   A.   Hi, Gabe.
19   Q.   Do you understand you're still under oath;
20   correct?
21   A.   I do.  I do.
22   Q.   Okay.  Great.
23        So the question is whether you -- oh, what
24   prompted you to search for the mayor's old phone in July
25   of 2021?

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

cb2e0255-de68-4429-9e15-23597663329e

Hunters Capital, LLC v. City of Seattle     Colleen O'Reilly Bernier

Page 42

```
 1      A.   I was asked to find a phone that was missing.
 2      Q.   And who asked you?
 3      A.   I can't remember if it was Michelle, but I think
 4   it was Michelle.
 5      Q.   Okay.  And how long did it take you to find the
 6   phone?
 7      A.   So, sadly, I looked everywhere for this phone,
 8   everywhere, under desks, inside drawers, inside folders,
 9   everything.  And what had happened was that I was handed
10   this phone by Lyle and Regi, and I don't recall -- I
11   didn't recall this later on, but what happened was they
12   had given it to me, we stuck it in a holey Joe.  I put
13   it in one of those long file folder -- or file drawers.
14      Q.   Uh-huh.
15      A.   And I had hanging files in those drawers.  Well,
16   as time goes on, those files get bigger and bigger and
17   bigger, and this phone that was in the holey Joe slid
18   underneath those files.
19      Q.   Uh-huh.
20      A.   And so I had no idea it was even there.
21      Q.   Okay.
22      A.   I literally looked everywhere.  But I didn't
23   pull all those files out.  And it wasn't until I
24   actually pulled them out to make more room that I found
25   it.
```

Hunters Capital, LLC v. City of Seattle                  Colleen O'Reilly Bernier

Page 43

```
 1      Q.   I see.
 2           And you're gonna have to explain, unfortunately,
 3   to me what a holey Joe is.
 4      A.   Okay.  Sorry.  (Laughter.)
 5           It's kind of an old term, but it is an
 6   interoffice memo folder, kind of envelope that you tie.
 7      Q.   Ah; okay.
 8      A.   It's got holes in it, so they always called it a
 9   holey Joe.
10      Q.   Holey Joe; okay, gotcha.  That's funny.
11      A.   Yeah.
12      Q.   (Laughter.)
13      A.   It's an old term.
14      Q.   Was this -- was this phone in a holey Joe at the
15   bottom of the file folder?
16      A.   It was.
17      Q.   And did it have any paper with it to describe
18   what it was?
19      A.   No, other than there was a little yellow sticky
20   note from Lyle that said that, you know, we should hold
21   onto this phone.
22      Q.   Okay.  So what is Lyle's last name?
23      A.   Canceko.
24      Q.   And can you spell that for the court reporter,
25   please?
```

Hunters Capital, LLC v. City of Seattle                Colleen O'Reilly Bernier

Page 119

1         C E R T I F I C A T E
2
3  STATE OF WASHINGTON
4  COUNTY OF KING
5
6      I, Kathleen Hamilton, a Certified Shorthand
7  Reporter and Notary Public in and for the State of
8  Washington, do hereby certify that the foregoing
9  transcript of the deposition of COLLEEN O'REILLY
10 BERNIER, having been duly sworn, on JULY 27, 2022, is
11 true and accurate to the best of my knowledge, skill and
12 ability.
13     IN WITNESS WHEREOF, I have hereunto set my hand
14 and seal this 3RD day of AUGUST, 2022.
15
16
17
18
19
20 _____
   KATHLEEN HAMILTON, RPR, CRR, CCR #1917
21
22
23
24
25

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989



# ERRATA

**CASE NAME:** Hunters Capital, LLC v. City of Seattle

**DATE TAKEN:** 7/27/2022

**WITNESS:** Colleen O'Reilly Bernier

## CORRECTIONS

| Page | Line | Now Reads | Should Read |
|------|------|-----------|-------------|
| 7 | 24 | Community College "in" City of | and |
| 14 | 13 |  | March of 2020 |
| 43 | 15 | file folder | file drawer |
| 117 | 20 | shop | shot |

*Signature of Deponent*

1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
708 Market Street, Suite 408  Tacoma, Washington  98402
Seattle 206.287.9066   Tacoma 253.235.0111
e-mail production@buellrealtime.com   www.buellrealtime.com



# DECLARATION

**CASE NAME:** Hunters Capital, LLC v. City of Seattle

**DATE TAKEN:** 7/27/2022

**WITNESS:** Colleen O'Reilly Bernier

I declare under penalty of perjury under the laws of the State of Washington that I have read my within deposition, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the ERRATA flyleaf page hereof.

Colleen O'Reilly Bernier

Signed on the 24th day of August, 2022.