# EXHIBIT 24

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                )
           Plaintiff,           )
                                )
      vs.                       ) No. 20-cv-00983
                                )
CITY OF SEATTLE,                )
                                )
           Defendant.           )
_____

VIDEOTAPED VIDEOCONFERENCE 30(B)(6) AND INDIVIDUAL

DEPOSITION UPON ORAL EXAMINATION OF

CITY OF SEATTLE

(HAROLD SCOGGINS)

_____

***PORTIONS OF THIS TESTIMONY ARE DESIGNATED

CONFIDENTIAL AND ARE SEALED

UNDER A SEPARATE COVER.***


Seattle, Washington

(All participants appeared via videoconference.)


DATE TAKEN:    SEPTEMBER 14, 2021

REPORTED BY:   CINDY M. KOCH, RPR, CRR, CCR #2357

Page 98

1   during disasters, to be able to access the phone.  So
2   through our internal channels I turned it in.
3         Q.  Okay.  And do you also have a personal phone
4   that you use, in addition to your city phone?
5         A.  I do, for personal calls.
6         Q.  Okay.  At some point in 2020 did you have a
7   problem accessing your phone?
8         A.  I did.
9         Q.  Okay.  What can you tell me about that?
10        A.  Sure.  It was on October 8th.  That day is now
11  top of mind for me.
12             So what happened was -- well, let me provide a
13  little context.  So my phone is my primary communication
14  device, not just for phone calls, but for our emergency
15  responses.  So I'm notified when there are larger
16  responses or significant responses 24/7.
17             So early in the a.m., I believe, on
18  October 8th, I probably got -- I get woken up a lot at
19  night, let's just say that.  And sometimes I remember
20  the password or -- or your thumbprint works or
21  something, but this morning -- that particular morning,
22  I -- I -- for some reason the phone got locked up
23  because I put the wrong password in.  And when you do
24  that so many times, it will just lock you out of the
25  phone.

Page 99

1          So on that morning I came into the office, I
2    sent a note to our IT folks, and I said, "Hey, I need
3    some assistance.  My phone is locked up."
4          We go through a series of communications.  I
5    say, "Can you load iTunes on my work computer?"
6    Throughout the course of this day I couldn't get that
7    accomplished.  They're sending me, "Go on the website,
8    look at this," or "do that," and so I'm trying to manage
9    my day, and I'm trying to get my phone unlocked, all at
10   the same time.
11         And at the end of that day, after multiple
12   communications and conversations, we hadn't solved the
13   problem, and no one had helped me to solve the problem,
14   so I went to the Apple store, and waited in line at the
15   end of the day because I did not want to go a night
16   without having my phone.
17         And the reason why this becomes very important
18   for me as a person is the last time when I didn't have
19   my phone at night was the night of the Greenwood
20   explosion.  Many of you may remember here in Seattle we
21   had a building that exploded in the middle of the night
22   on Greenwood.  That night I didn't have my phone.  I
23   dropped it that day, and it actually broke that day.  So
24   I gave it to IT, I think it's not a big deal, they'll
25   give me a new phone tomorrow.  2:00 or 3:00 in the

Page 100

1  morning there's a fire engine outside of my house,
2  knocking on my front door saying, "Chief, we had an
3  explosion.  Twelve firefighters are in the hospital."
4          They couldn't call me, even on my personal
5  phone.  I set that to do not disturb at night, so I get
6  no phone calls on my personal phone.  So I thought, one
7  night, not a big deal.  We have an explosion.
8          That's what was playing in my mind.  So when I
9  went to the Apple store and -- and this is during COVID,
10 so, you know, you wait in line, and, you know, he takes
11 your phone inside, they go look at it, and they said the
12 only thing we can do is -- is a hard reset.  I said
13 okay.  So they did the hard reset.  I reconnected up
14 with our dispatch center so I can get our emergencies
15 sent to me.
16     Q.  Okay.  So the iPhone 8 has a -- has a
17 fingerprint function on it, right, where you can put
18 your thumbprint on there and it will open up the phone;
19 is that correct?
20     A.  I believe that is correct.
21     Q.  Okay.  Did you usually use your fingerprint to
22 get into your phone?
23     A.  I think I did.  And that was another thing that
24 was puzzling to me on why all this happened on that
25 morning.

Page 101

1   Q.  Okay.  And then another way to get into the
2   phone on the IOS system, as I understand it, is you have
3   a numeric pass code that's like four or six characters;
4   right?
5   A.  Uh-huh.
6   Q.  Is that -- do you -- is that correct?  It was
7   four or six?
8   A.  I don't know what it was --
9   Q.  Okay.
10  A.  -- yeah.
11  Q.  Had you created that pass code?
12  A.  Oh, yeah.  You have to create it.
13  Q.  Yeah.  So did you not remember your pass code
14  that morning, or what -- what happened?
15  A.  I -- I have no idea what happened.  It -- it's
16  probably like most things, when I put in the first one,
17  I -- oh, it must be this one.  We all have probably four
18  or five that we recycle through.  And I put in the next
19  one, and that doesn't work.  You put in the next one and
20  that doesn't work.  I mean -- and so I go through this
21  whole series of process.  So the first time it says the
22  phone's locked for a minute.  The next time for five
23  minutes.  The next time for an hour.  The next time a
24  day.  And then eventually it's just locked.  So you go
25  through this -- this process, because I have, like, four

Page 102

1   or five passwords that I use for most things, and -- and
2   I'm not sure what happened on this morning.
3        Q.   Okay.  So you said that at some point your
4   phone was locked for like an hour.  After so many inputs
5   it locks it for a period of time; right?
6        A.   Uh-huh.
7        Q.   And so you were concerned about not having
8   access to your phone at that time; is that correct?
9        A.   That is correct.
10       Q.   So while you were locked out for an hour, did
11  you contact the IT department at that point, or did you
12  just wait and put it in again?
13       A.   I don't -- no, I think I waited to put it in
14  again because I think this started, like, in the wee
15  hours of the morning.  So my phone goes off for an
16  emergency, and I'm trying to get in it, and then that's
17  when this whole series of events started to happen.
18       Q.   At that point, in October of 2020, what had
19  you -- what had you heard about any litigation hold that
20  existed or communications related to the CHOP?
21            MR. FARMER:  Just a moment.
22            So Chief Scoggins, you can provide a date on
23  which you were informed of a litigation hold.  In your
24  answer you are not to disclose communications with the
25  City Attorney's office or any other counsel.

Page 107

1  A.  Yes.  He was my -- he's -- he was -- I did
2  regular check-ins with Senior Deputy Mayor Fong because
3  he -- out of the deputy mayors, they have the
4  departments broken up, and Senior Deputy Mayor Fong had
5  police and fire, so I communicated with him.
6      Q.  How about Chief Carmen Best, the chief of
7  police?  Do you recall having text communications with
8  her in June of 2020?
9      A.  Yeah, I'm sure I did.
10     Q.  Okay.  Do you recall having text communications
11 with her at other times, other than June 2020?
12     A.  Well, she's the chief of police and I'm the
13 fire chief, so I'm sure we communicated.
14     Q.  Okay.  How about Mayor Durkan?  Do you recall
15 having text communications with Mayor Durkan in June of
16 2020?
17     A.  Yeah, I'm sure I did.
18     Q.  Okay.  And how about -- how about outside of
19 June 2020 as well?  Would you have had communications
20 with her via text on your City-issued phone?
21     A.  Yes.
22     Q.  Okay.  So going back to October 2020, when was
23 the first time that you contacted the IT department?  At
24 what stage in your attempt to get into your phone did
25 you contact the IT department?

Page 109

1  Q. I didn't mean to talk over you. I just -- I
2  miscalculated when I thought you were done.
3         So did you ever physically meet with someone in
4  the IT -- IT department in -- on October 8, 2020?
5     A. I don't think I did.
6     Q. So was your first person-to-person interaction
7  regarding your locked phone with the Apple store that
8  evening?
9     A. That is correct. And the context is important
10 in IT's defense. Everyone was working from home during
11 this time. The fire department was not working -- I was
12 not working from home, but all of the -- most of the IT
13 folks who would have been in an office somewhere else
14 since March had been working from home. So there was no
15 one downstairs or in another building. That's why it
16 was done by email.
17    Q. Okay. Did you ever talk to them on the phone
18 on the morning or afternoon of October 8, 2020?
19    A. I think I may have.
20    Q. Why were you trying to get iTunes loaded
21 down -- onto your computer?
22    A. Because some of the information referenced that
23 if you can get iTunes, maybe you can connect your phone
24 up and sync it, and maybe you can do something to unlock
25 it. It was just one of the suggestions.

Page 224

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

    I, Cindy M. Koch, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of Harold Scoggins, having been duly sworn, on September 14, 2021, is true and accurate to the best of my knowledge, skill and ability.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 23rd day of September, 2021.

_____
CINDY M. KOCH, CCR, RPR, CRR

My commission expires:
JUNE 9, 2022



# DECLARATION

**CASE NAME:** Hunters Capital, LLC v. City of Seattle

**DATE TAKEN:** 9/14/2021

**WITNESS:** 30(b)(6) and Individual Deposition of Harold Scoggins with Confidential Excerpt

I declare under penalty of perjury under the laws of the State of Washington that I have read my within deposition, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the ERRATA flyleaf page hereof.

_____
30(b)(6) and Individual Deposition of
Harold Scoggins with Confidential Excerpt

Signed on the __22__ day of __October__, 2021.

1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
708 Market Street, Suite 408  Tacoma, Washington  98402
Seattle 206.287.9066   Tacoma 253.235.0111
e-mail info@buellrealtime.com   www.buellrealtime.com



# ERRATA

**CASE NAME:** Hunters Capital, LLC v. City of Seattle

**DATE TAKEN:** 9/14/2021

**WITNESS:** 30(b)(6) and Individual Deposition of Harold Scoggins with Confidential Excerpt

## CORRECTIONS

| Page | Line | Now Reads | Should Read |
|------|------|-----------|-------------|
|      |      |           |             |

I have reviewed the entire document and focused on my answers. They all seem correct, but it was hard to determine my exact answers vs. the words on the paper without having the audio to play back. I think the intent and context is correct.

_____
Signature of Deponent

1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
708 Market Street, Suite 408  Tacoma, Washington  98402
Seattle 206.287.9066   Tacoma 253.235.0111
e-mail info@buellrealtime.com   www.buellrealtime.com