# EXHIBIT 25

**To:** Scoggins, Harold D[Harold.Scoggins@seattle.gov]
**From:** Drake, Melodi
**Sent:** Fri 10/9/2020 3:46:21 PM
**Subject:** Re: iPhone Locked

EXHIBIT 215
Brandon Leatha
09/16/2022

Great. So glad it worked out!

**Melodi L. Drake**
Administrative Specialist III
FAC Communications, Seattle Fire Department
206.386.1490 - Office
206.300.1774 - Mobile
Melodi.Drake@seattle.gov



---

**From:** Scoggins, Harold D <Harold.Scoggins@seattle.gov>
**Sent:** Friday, October 9, 2020 8:44 AM
**To:** Drake, Melodi <Melodi.Drake@seattle.gov>
**Subject:** RE: iPhone Locked

Hello Melodi,

Thanks for all the help yesterday, I ended up at the Apple store last night. They helped me out getting it reset.

HDS

**From:** Scoggins, Harold D
**Sent:** Thursday, October 8, 2020 15:13
**To:** Drake, Melodi <Melodi.Drake@seattle.gov>
**Subject:** RE: iPhone Locked

Hello Melodi,

No worries, I tried this on my work laptop. But the city systems will not load iTunes on the computer. I will try another route. Thanks for all of your help today.

HDS

**From:** Drake, Melodi <Melodi.Drake@seattle.gov>
**Sent:** Thursday, October 8, 2020 14:58
**To:** Scoggins, Harold D <Harold.Scoggins@seattle.gov>
**Subject:** RE: iPhone Locked

This one works. Used this method with E40's phone. You will need to use your personal pc or your work laptop. I ran into issues with my work desktop computer.
Sorry this is a hassle. Please let me know if I need to come down. I am in the office today.

https://support.apple.com/en-us/HT204306

*Melodi L. Drake*
Administrative Specialist III
FAC Communications, Seattle Fire Department
206.386.1490 - Office
206.300.1774 - Mobile
Melodi.Drake@seattle.gov



**From:** Scoggins, Harold D <Harold.Scoggins@seattle.gov>
**Sent:** Thursday, October 08, 2020 13:52
**To:** Drake, Melodi <Melodi.Drake@seattle.gov>; Murphy, Nick <Nick.Murphy@seattle.gov>; Ma, Siamen <Siamen.Ma@seattle.gov>; Fournier, Paul <Paul.Fournier@seattle.gov>
**Subject:** RE: iPhone Locked

Hello Melodi,

Thank you for this tip, I was so close. I got to number 6 when it sent the authentication code to my phone that I could not retrieve.

HDS

**From:** Drake, Melodi <Melodi.Drake@seattle.gov>
**Sent:** Thursday, October 8, 2020 12:57
**To:** Scoggins, Harold D <Harold.Scoggins@seattle.gov>; Murphy, Nick <Nick.Murphy@seattle.gov>; Ma, Siamen <Siamen.Ma@seattle.gov>; Fournier, Paul <Paul.Fournier@seattle.gov>
**Subject:** RE: iPhone Locked

You can try this method. Then you don't need iTunes.

## Recovering your iPhone through iCloud

1. **Open** icloud.com/find **in a browser on your computer.**

2. **Use your Apple ID and password to log in to your account.**

3. **Click All Devices at the top of the screen.**

4. **Select the device of yours that is disabled.**

5. **Click Erase, and then Confirm Erase.**  (don't worry, your content is backed up under your Apple ID)

6. **Enter your Apple ID password** to authenticate your device has been wiped, and it will power up as any new iPhone would.

7.  **Go through the iPhone setup process and restore the device** using your most recent backup via iTunes or iCloud.

*Melodi L. Drake*

**Administrative Specialist III**
FAC Communications, Seattle Fire Department
206.386.1490 - Office
206.300.1774 - Mobile
Melodi.Drake@seattle.gov



*Melodi L. Drake*

**Administrative Specialist III**
FAC Communications, Seattle Fire Department
206.386.1490 - Office
206.300.1774 - Mobile
Melodi.Drake@seattle.gov



**From:** Scoggins, Harold D <Harold.Scoggins@seattle.gov>
**Sent:** Thursday, October 08, 2020 12:25
**To:** Murphy, Nick <Nick.Murphy@seattle.gov>; Ma, Siamen <Siamen.Ma@seattle.gov>; Fournier, Paul <Paul.Fournier@seattle.gov>; Drake, Melodi <Melodi.Drake@seattle.gov>
**Subject:** RE: iPhone Locked

Is there any way I can get iTunes pushed to my computer?  I may be able to wipe it clean and reset it from there.

HDS

**From:** Murphy, Nick <Nick.Murphy@seattle.gov>

**Sent:** Thursday, October 8, 2020 08:08
**To:** Scoggins, Harold D <Harold.Scoggins@seattle.gov>; Ma, Siamen <Siamen.Ma@seattle.gov>; Fournier, Paul <Paul.Fournier@seattle.gov>; Drake, Melodi <Melodi.Drake@seattle.gov>
**Subject:** RE: iPhone Locked

Chief

I found this site to unlock an AT&T device (I think yours is on First NET which is AT&T) but I have never used this site before/

https://www.att.com/deviceunlock/unlockstep1


Nick Murphy
Business Applications Manager – Fire and Police Systems
SEATTLE INFORMATION TECHNOLOGY
O: 206.255-2115 | M: 206.255.2115 | Nick.Murphy@Seattle.gov

**Best-in-Class Digital Services**
City of Seattle staff References for Telecommuting below
Digital Workplace Learning Hub
Telework Technology Guide

**From:** Scoggins, Harold D <Harold.Scoggins@seattle.gov>
**Sent:** Thursday, October 8, 2020 07:57
**To:** Ma, Siamen <Siamen.Ma@seattle.gov>; Murphy, Nick <Nick.Murphy@seattle.gov>; Fournier, Paul <Paul.Fournier@seattle.gov>; Drake, Melodi <Melodi.Drake@seattle.gov>
**Subject:** iPhone Locked

Good Morning All,

I am looking for some tips to unlock my iPhone. It is locked and is asking for a the password to unlock it, it is different from the daily password I use. This happened a few months back and I got lucky, but today so far no such luck.

HDS