# EXHIBIT 27



03.09.2022
Kennedy
**6**
Buell Realtime Reporting

**To:** Kennedy, Brian-BWV[Brian.Kennedy@seattle.gov]
**From:** Villa, Celina
**Sent:** Mon 10/26/2020 4:01:33 PM
**Subject:** RE: HELP

OF course on 4 right?  Also, do I need his password for his email log on?

**From:** Kennedy, Brian-BWV <Brian.Kennedy@seattle.gov>
**Sent:** Monday, October 26, 2020 9:01 AM
**To:** Villa, Celina <Celina.Villa@seattle.gov>
**Subject:** RE: HELP

Could you come down with the phone?  Thank you.

**From:** Villa, Celina <Celina.Villa@seattle.gov>
**Sent:** Monday, October 26, 2020 8:59 AM
**To:** Kennedy, Brian-BWV <Brian.Kennedy@seattle.gov>
**Subject:** RE: HELP

What do you need from me, do you want me to come to your area?

**From:** Kennedy, Brian-BWV <Brian.Kennedy@seattle.gov>
**Sent:** Monday, October 26, 2020 8:58 AM
**To:** Villa, Celina <Celina.Villa@seattle.gov>
**Subject:** RE: HELP

I am here at HQ.

**From:** Villa, Celina <Celina.Villa@seattle.gov>
**Sent:** Monday, October 26, 2020 8:41 AM
**To:** Kennedy, Brian-BWV <Brian.Kennedy@seattle.gov>
**Subject:** HELP
**Importance:** High

Hi Brian,

We spoke last week and you were going to help me fix my boss's locked cell phone?  Are you around?



Celina Villa
Executive Assistant for Assistant Chief Eric Greening
Special Operations Bureau
Seattle Police Department
O: 206-684-7037 | celina.villa@seattle.gov
SPD Blotter | Twitter | Facebook |