# EXHIBIT 28

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,  )
                               )
            Plaintiff,         )
                               )
        vs.                    ) No. 20-cv-00983
                               )
CITY OF SEATTLE,               )
                               )
            Defendant.         )
_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION

UPON ORAL EXAMINATION OF

BRIAN KENNEDY

_____


Seattle, Washington


(All participants appeared via videoconference.)




DATE TAKEN:   MARCH 9, 2022
REPORTED BY:  CINDY M. KOCH, RPR, CRR, CCR #2357

Hunters Capital, LLC v. City of Seattle         Brian Kennedy

Page 115

1  Q.  -- what were you asking Celina to do there?
2  A.  To bring the phone to me.
3  Q.  Okay.  And what did you do with the phone after
4  that?
5  A.  I -- I can't say I recall specifically, but it
6  sounds as though, if he was locked out, we were going to
7  take steps to unlock it or -- or reset it.
8  Q.  So did you take the phone with you, or did
9  you -- did you reset the phone there?
10 A.  It -- again, looking at this email, it looks
11 like she brought the phone to me.
12 Q.  Okay.  And the question was, what did you do
13 with the phone after she brought the phone to you?
14 A.  And I can only -- I don't recall specifically.
15 Q.  So you don't recall anything that you did with
16 the phone after she gave you the phone; is that your
17 testimony here today?
18 A.  That's correct.  Yes.
19 Q.  Did you speak directly to Assistant Chief
20 Greening about his phone?
21 A.  I know I have.  I don't know if I did in this
22 instance.
23 Q.  Did you speak to him specifically about whether
24 you were going to perform a factory reset on his phone?
25         MR. CRAMER:  Objection.  Asked and answered.

1  BY MR. REILLY-BATES:
2      Q.  Do you want to give your answer again?
3      A.  I don't remember specifics.
4      Q.  So -- and there -- there are no documents that
5  could refresh your recollection as to whether -- whether
6  you took any actions to confirm that Assistant Chief
7  Greening's phone could be backed up with information
8  prior to October 26, 2020, before you took that action
9  to factory reset the phone; correct?
10         MR. CRAMER:  Objection.  Form.
11     A.  Again, I don't recall specifics, so I'm not
12 sure what...
13 BY MR. REILLY-BATES:
14     Q.  Okay.  Have you -- have you ever learned any
15 facts about whether Assistant Chief Greening did have a
16 backup that he could have obtained old text messages
17 from following your factory reset of his phone?
18     A.  I don't recall anything about that in
19 particular.
20     Q.  And you don't recall whether you -- you even
21 had any conversations with Assistant Chief Greening
22 about the phone -- about his phone on October 26, 2020?
23     A.  No.
24     Q.  Okay.  And you don't recall any conversations
25 that you have had with him about his phone subsequent to

Hunters Capital, LLC v. City of Seattle                                        Brian Kennedy

Page 127

```
 1      Q.   Perhaps I'm pronouncing it wrong, so let me
 2   spell it for you.  It's N-e-f -- N-e-a-f-c-y.
 3      A.   Yeah, I don't --
 4      Q.   Does that ring a bell?
 5      A.   Doesn't ring a bell.
 6      Q.   So you don't have any recollection of -- of
 7   providing a Ken Neafcy any tech support?
 8      A.   I don't recall it, no.
 9      Q.   Or setting -- helping him set up a phone?
10      A.   Yeah, I don't recall.
11      Q.   Are you aware that a -- that Ken Neafcy reached
12   out to Seattle's IT department with an issue he was
13   having with his phone on October 26, 2020?
14      A.   Yeah, I don't recall that.
15      Q.   Okay.  One of the issues that -- that Ken
16   Neafcy and others have complained -- had complained
17   about as causing them to be locked out of their phones
18   was that they were prompted by a Seattle security
19   protocol to change their passcodes on their phone.
20           Can you tell me anything about -- about that
21   security protocol?
22              MR. CRAMER:  Objection.  Assumes facts.
23   Foundation.
24              Go ahead.
25      A.   I think, like most of our IT systems, it's like
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

4f5d519c-98fd-43ff-b0f9-ba4798148aa4

1  a 90-day period, you're supposed to change your
2  passwords.
3  BY MR. REILLY-BATES:
4      Q.  Okay.  So in 2020, were -- were users of
5  iPhones supposed to change their passcodes every 90
6  days?
7          MR. CRAMER:  Objection.  Foundation.
8          You can testify as to your personal knowledge.
9  But again, you're here in your personal capacity.
10 You're not testifying on behalf of the City, so just as
11 to what you know.
12     A.  The phones will prompt you for a password
13 change sometimes.
14 BY MR. REILLY-BATES:
15     Q.  Okay.  And have you -- had -- have you ever --
16 had you ever dealt with that problem, of employees being
17 locked out of their phones prior to 2020, as a result of
18 this -- this policy, security protocol?
19     A.  I can't say it was based on that security
20 protocol, but I have dealt with locked-out phones.
21     Q.  Okay.  So you can't recall whether you -- you
22 had had any instances of people complaining that they
23 had been locked out of their phones due to a request --
24 requested password change prior to October of 2020?
25         MR. CRAMER:  Objection.  Form.

Page 144

```
 1                  C E R T I F I C A T E
 2
 3   STATE OF WASHINGTON
 4   COUNTY OF PIERCE
 5
 6        I, Cindy M. Koch, a Certified Court Reporter in
 7   and for the State of Washington, do hereby certify that
 8   the foregoing transcript of the deposition of Brian
 9   Kennedy, having been duly sworn, on March 9, 2022, is
10   true and accurate to the best of my knowledge, skill and
11   ability.
12        IN WITNESS WHEREOF, I have hereunto set my hand
13   and seal this 15th day of March, 2022.
14
15
16        _____
17             CINDY M. KOCH, CCR, RPR, CRR #2357
18
19   My commission expires:
20   JUNE 9, 2022
21
22
23
24
25
```