# EXHIBIT 29

Page 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

HUNTERS CAPITAL, LLC,            )
et al.,                          )
                                 )
            Plaintiffs,           )
                                 )  No. 20-cv-00983-TSZ
       vs.                        )
                                 )
CITY OF SEATTLE,                 )
                                 )
            Defendant.            )
                                 )

_____

* VIDEOCONFERENCE *

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

CHRISTOPHER FISHER

_____

(All parties participating via Zoom)

DATE TAKEN:  SEPTEMBER 23, 2022
REPORTED BY: SHERRILYN SMITH, CCR# 2097

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

0b913d04-6668-436a-ab78-25f9cc2a6e41

```
 1   executive communication, really.
 2       Q   Okay.  And when approximately did that -- that
 3   transition of the role occur?
 4       A   I can't specifically remember.  I think it was
 5   maybe like spring of 2019, but I can't remember
 6   specifically.
 7       Q   And during -- during the aftermath of the
 8   death of George Floyd in May of 2020, did -- did your
 9   role or position change at all in response to the
10   protests that -- that occurred then?
11       A   No.
12       Q   Okay.  And after Chief Best stepped down in
13   September of 2020, did your position with the Seattle
14   Police Department change at all?
15           MR. BEAVER:  Object.  Assumes facts not
16   in evidence.
17       A   No, Chief Diaz continued to use me much in the
18   same way.
19               (Mr. Cramer joined the
20                proceedings.)
21   BY MR. REILLY-BATES:
22       Q   And is your title at the Seattle Police
23   Department still chief strategy officer?
24       A   I am on loan to the Department of Justice,
25   that's why I'm in D.C.  So it's an intergovernmental
```

1  agreement.  So I'm technically employed by the City,
2  but they do this with other government agencies.  So
3  I'm working for the federal government at the moment.
4      Q   Okay.  And when -- when did you leave your
5  role at the Seattle Police Department to go on loan to
6  the Department of Justice?
7      A   Right.  So this detail started December of
8  '21.
9      Q   And what -- what are your job duties at the
10 Department of Justice?
11     A   I'm a senior advisor in the Office of the
12 Assistant Attorney General at the Office of Justice
13 Programs, and so I advise the AAG, the Assistant
14 Attorney General, on issues related to policing and
15 violent crime and police reform.  And so...
16     Q   Okay.  And in that role, have you -- what
17 are -- what are some of the projects that you've
18 worked on in that role?
19     A   So primarily, we are the Department's primary
20 grant-making office through the variety of program
21 offices that are managed under the Office of Justice
22 programs.  So it involves a lot of reviewing,
23 solicitations for grant awards that go out to the
24 field, to try to make sure they are aligned with best
25 practices and the -- the intent of the administration.

1  A   Again, I'm -- I'm not aware of ever
2  intentionally deleting anything substantive.
3  Q   Okay.  Well, how about unintentionally?  Do
4  you have any knowledge that intentionally or
5  unintentionally that text messages were deleted from
6  your work phone or your personal phone?
7  A   Well, on my work phone, I know I had to reset
8  it anytime I got locked out.  So I'm assuming that --
9  I don't know what that does behind the scenes, so to
10 speak, but I don't -- I'm assuming that affects
11 something.
12 Q   So you're aware that when you reset the phone
13 that that would cause text messages to be lost,
14 correct?
15         MR. BEAVER:  Object to the form.
16 A   Yeah, I don't think I was aware that they
17 would be lost.  I assume the City had ways to get
18 messages back on a device it owned.
19 BY MR. REILLY-BATES:
20 Q   Other than the reset that occurred, was there
21 any other instance of deletion of messages, whether
22 it's intentional or unintentional, that you are aware
23 of occurring to cause messages to be deleted from your
24 work phone or your personal phone?
25         MR. BEAVER:  Object to the phone.

1    Is your question referring to any text message
2    by anyone about anything?
3            MR. REILLY-BATES:  Let's start with
4    that, yes.
5            MR. BEAVER:  Okay.  Object to the form.
6       A   In relation to the work phone, I'm fairly
7    certain -- I can't remember, but I'm fairly certain I
8    had to reset it multiple times.  I was -- I'm very bad
9    at remembering passwords, mostly because you have to
10   change them frequently, so I'm pretty sure that
11   happened more than once.
12   BY MR. REILLY-BATES:
13      Q   Okay.
14      A   And I also know, you know, that we would get
15   tons of system alerts, you know, this happened, that
16   happened, automated, every amber alert in this whole
17   state, or region even, and my understanding, you could
18   delete those.
19      Q   So how about text messages relating to this
20   case?  Are you aware of any instances in which you
21   deleted text messages relating to this case on your
22   work phone or your personal phone?
23           MR. BEAVER:  Object to the form.
24      A   Other than the resets on the work phone?
25   BY MR. REILLY-BATES:

1   Q   Correct.
2   A   I don't recall ever intentionally deleting
3   anything, or unintentionally.  I'm not aware of
4   anything, other than through the resets, that's
5   deleted.
6       On my personal phone, again, you know, I get
7   tons of spam and system -- from all the automated home
8   stuff, so I delete those.  I'm not aware of ever
9   intentionally or unintentionally deleting something
10  pertinent to this case.
11  Q   And how many times do you think your phone had
12  to be -- your work phone had to be reset?
13  A   I can specifically recall two occasions.  I --
14  I can't say for certain that's the only time.
15  Q   And when did those two occasions occur?
16  A   I think -- I can't be -- I know one of them --
17  I think the first time was either in 20 -- 2019 or
18  2020.  I remember -- I think that was the first time I
19  got like fully where I was on the last -- last
20  attempts almost, where it tells you, you know, you've
21  got two more or one more, and asking IT for help, and
22  they said there's nothing they could do.  And I
23  remember asking our intel unit, who gets into phones
24  all the time for cases, you know, can you help me out
25  here, and them saying, you're going to -- you're going

```
 1   to have to break the phone.
 2          And then I remember it happening some other
 3   time after that, where I knew there was -- if I didn't
 4   remember the number there was no way to get in.
 5      Q   Okay.
 6              MR. REILLY-BATES:  All right.  I think
 7   this is a good time to mark this an exhibit, a
 8   document that was produced today.  Let's mark the
 9   document that I just dropped in the chat as Exhibit
10   No. 19.
11              (Exhibit No. 19 marked.)
12   BY MR. REILLY-BATES:
13      Q   And, Mr. Fisher, can you review Exhibit 19,
14   and let me know when you've had a chance to review it?
15      A   I've got to figure out how to zoom in on this.
16   It's really small.  Hold on.
17              (Pause in the proceedings.)
18      A   Okay.  I've read it.
19      Q   Okay.  And what is Exhibit 19?
20      A   It looks like an email chain that I started
21   with Jon Engstrom, who is an officer in our intel
22   unit, asking him for advice on how to get into my
23   phone, and then the responses from him and another
24   detective in the unit.
25      Q   Okay.  And does this refresh your recollection
```

1  of the first instance that you're aware of your phone
2  needing to be reset because you couldn't remember the
3  pass code?
4       A    Right.  This says Thursday, March 26, 2020.  I
5  can't be certain that's the first time, but in -- best
6  as I can tell it is.
7       Q    Okay.  And what was their advice to you around
8  this time?
9       A    Best as I can remember, you know, I think they
10 asked -- I actually don't -- all I remem- -- remember
11 them saying, you know, If you don't remember the
12 number you can keep trying and eventually it will just
13 reset.  They didn't have -- I was incorrect that they
14 could get into a phone that was locked if you didn't
15 have any other tools to access your pass code.
16      Q    Okay.  At that time, in March of 2020, did you
17 have backups in iCloud enabled?
18      A    I didn't -- I wasn't aware that we had City
19 iClouds, like until seeing Julie's now, and work to
20 try to recover.  I -- I didn't know at the time that
21 we had City iClouds.
22      Q    After this incident occurred, did you lose all
23 of your text messages because your phone had to be
24 reset in March of 2020?
25      A    I don't remember if everything was gone.

Page 196

1   Q   Okay.  Well, after this incident did -- did
2   you get an iCloud account so that you could back up
3   the text messages and -- and other documents on your
4   phone?
5   A   No, I didn't know that we set up our own
6   iClouds.  Nobody -- to the best of my recollection, no
7   one ever told me.  We just -- I thought that was
8   something the City did.
9   Q   Well, after this -- this incident, did you
10  talk to anybody about getting your phone set up to
11  have backups so that you wouldn't have a potential
12  data loss in the future?
13  A   No, I did not.
14  Q   Did you take any other actions to prevent
15  this, getting locked out from occurring again?
16          MR. BEAVER:  Object to the form.
17  A   I think I remember trying to not pick such
18  random passwords that I wouldn't remember them, but I
19  don't think that worked 100 percent.
20  BY MR. REILLY-BATES:
21  Q   Where did you keep your passwords?
22  A   In my head.
23  Q   Did you ever write them down?
24  A   I don't think I ever did.  Our department
25  phones, you know, could contain FBI-related data that

Page 197

```
 1   were supposed to be pretty secure, so I -- best
 2   practice was you don't write down your passwords.
 3      Q    Was there anybody within the department that
 4   collected passwords to prevent lockouts from
 5   occurring?
 6            MR. BEAVER:  Object to the form.
 7      A    If they did I wasn't aware of such a practice.
 8   BY MR. REILLY-BATES:
 9      Q    In Exhibit 19, the email in the bottom, where
10   you wrote, "I got locked out of my department phone (I
11   am blanking on my passcode) - do I need to get it
12   reimaged - or you able to get into them," did you
13   write "do I need to get it reimaged" because you had
14   reimaged phones in the past?
15      A    I don't remember the reimaged -- you know,
16   sitting here now, my understanding of the phrase, you
17   know.  I knew that when we got a new phone, our phone
18   department, you know, it would -- all the -- the stuff
19   just showed up on your phone, you didn't have to like
20   do anything.  So I thought -- I think his name is
21   Chris.  I thought he could just -- I thought he had
22   access to the phone through whatever back-end system
23   they had, and maybe he could sort of restart the
24   phone.
25      Q    And why did you believe that you had -- that
```

```
 1   they had access to the phone on the back end?
 2       A   Because you couldn't -- from my recollection,
 3   you couldn't just download whatever you wanted,
 4   thing -- apps and updates would get pushed to your
 5   phone.
 6       Q   Okay.
 7       A   So my understanding of how that worked was
 8   someone must have access to my phone.
 9       Q   Okay.  And did anybody ever tell you that they
10   could make changes to your phone remotely?
11       A   I don't remember having conversations about
12   that.
13       Q   And as a result of this incident and getting
14   locked out in March of 2020, was your -- was your
15   phone factory reset?
16       A   I believe so.  I don't specifically remember
17   when reset -- the reset or resets happened, but I
18   think if you told me -- you're -- I'm thinking this is
19   the incident where they said you're just going to have
20   to break it.
21       Q   Did -- did you -- did you -- did you factory
22   reset it yourself?
23       A   Yes.  I believe the instructions were -- you
24   know, if this is when this happened, I'm -- you know,
25   it was type in numbers until it resets.
```

Hunters Capital, LLC v. City of Seattle                                  Christopher Fisher

Page 224

```
1    BY MR. REILLY-BATES:
2        Q    Who was present at this meeting?
3        A    As best as I could remember, Chief Best, Mark
4    Baird, Rebecca Boatwright, Tom Mahaffey.  I'm just
5    thinking of the command staff because I don't think
6    anyone was absent.  Eric Greening, Deanna Nollette,
7    Angela Socci, Leslie Cordner, myself, Valerie
8    Anderson.  I don't know if Steve Hirjak was still -- I
9    don't remember exactly when the meeting was, so I
10   don't remember if Steve Hirjak was still on command
11   staff.  Adrian Diaz.
12            That's all I can remember.  It was whoever was
13   on command staff under Chief Best, but it did change a
14   little and I don't specifically remember when the
15   meeting was.
16       Q    Do you remember generally the time period that
17   the meeting occurred?
18       A    No.  I mean, I could guess, but I don't want
19   to guess.
20       Q    Was it before or after CHOP?
21       A    Oh, it was before.  If that's general enough
22   for you, it was before.
23       Q    Was it before COVID?
24       A    I'm not sure.
25       Q    And following that meeting, did you in fact
```

1   turn on the 30-day -- 30-day message reten- --
2   retention setting on your phone so that it would
3   automatically delete messages more than 30 days old?
4       A   That's my recollection.
5       Q   And is it also your recollection that you
6   never turned that setting off?
7       A   I think -- I guess I'm not supposed to think.
8   But my best recollection is that I turned it -- at
9   some point I turned it back off.  I don't remember
10  when.  I think if I looked at my phone now it would
11  not be set to that.
12      Q   Do you think you turned the setting off after
13  you got your iPhone XR in December of 2020?
14              MR. BEAVER:  Objection.
15      A   I don't remember --
16              MR. BEAVER:  Calls for speculation.
17      A   Yeah, I don't remember when.
18  BY MR. REILLY-BATES:
19      Q   Okay.  Do you -- do you recall turning it off
20  and then turning it back on or do you think you just
21  turned it off at one point?
22              MR. BEAVER:  Objection.  Calls for
23  speculation.
24      A   Yeah, I don't -- I don't remember clearly
25  enough to know the order of things.

Hunters Capital, LLC v. City of Seattle											Christopher Fisher

Page 231

1    Q    And the second paragraph there, "Evidence of
2    Devices Having Been Factory Reset."  Mr. Leatha
3    concluded that -- that a file containing a RestoreDate
4    key set to 11/3/20, was the restore --
5    WasCloudRestored key set to True.  And then he says,
6    This com- -- "This combination of values indicates
7    that Fisher's iPhone 7 was restored from an iCloud
8    backup on November 2, 2020, at 4:52PM PST.  To restore
9    an iPhone from an iCloud backup, it would first need
10   to be erased or 'factory reset.'"
11        Do you recall having performed a factory reset
12   on your phone on November 3rd, 2020?
13   A    I don't remember a specific date.  As I think
14   I've said, I -- I know there was a second time I had
15   to -- I got locked out.  I don't remember the specific
16   date.
17   Q    Okay.  And if -- assuming that November 3rd,
18   2020 was the second date, you did not reach out to --
19   you did not reach out to IT at that time for any help
20   with regard to recovering text messages before or
21   after you factory reset the phone, correct?
22           MR. BEAVER:  Object to the form.  It's
23   also been asked and answered.
24   A    I don't recall reaching out to them again, no.
25   BY MR. REILLY-BATES:

Page 273

1            C E R T I F I C A T E
2
3  STATE OF WASHINGTON
4  COUNTY OF KING
5
6            I, Sherrilyn Smith, a Certified
7  Shorthand Reporter in and for the State of Washington,
8  do hereby certify that the foregoing transcript is
9  true and accurate to the best of my knowledge, skill
10 and ability.
11
12
13
14
15
16 _____
17 SHERRILYN SMITH, CCR# 2097