# EXHIBIT 30

**From:** "Sugai, Darin" <Darin.Sugai@seattle.gov>
**To:** "Fisher, Christopher" <Christopher.Fisher@seattle.gov>, "Engstrom, Jon" <Jon.Engstrom@seattle.gov>
**Cc:** "Chartrand, Eric_SPD_SP715" <Eric_SPD_SP715.Chartrand@seattle.gov>
**Subject:** RE: iphone
**Sent:** Thu, 26 Mar 2020 22:58:52 +0000

Hey Chris,

Give me a call at 206.684.5402 when you can.

Det. Darin Sugai
Seattle Police Department
Technical and Electronic Support Unit
206.684.5402

**From:** Fisher, Christopher <Christopher.Fisher@seattle.gov>
**Sent:** March 26, 2020 3:48 PM
**To:** Engstrom, Jon <Jon.Engstrom@seattle.gov>; Sugai, Darin <Darin.Sugai@seattle.gov>
**Cc:** Chartrand, Eric <Eric.Chartrand@seattle.gov>
**Subject:** RE: iphone

Thanks.

9176784526

**From:** Engstrom, Jon
**Sent:** Thursday, March 26, 2020 3:46 PM
**To:** Fisher, Christopher <Christopher.Fisher@seattle.gov>; Sugai, Darin <Darin.Sugai@seattle.gov>
**Cc:** Chartrand, Eric <Eric.Chartrand@seattle.gov>
**Subject:** Re: iphone

Let me punt to our forensics guy and he can discuss it with you offline. He'll need some info to be able to say one way or another. What's a good cell Chris? -Jon

cc: my sup

**From:** Fisher, Christopher <Christopher.Fisher@seattle.gov>
**Sent:** Thursday, March 26, 2020 3:34 PM
**To:** Engstrom, Jon <Jon.Engstrom@seattle.gov>
**Subject:** iphone

Hey Jon –

I got locked out of my department phone (I am blanking on my passcode) – do I need to get it reimaged – or you able to get into them?

Thanks
Chris



09.23.2022
Fisher
**19**
Buell Realtime Reporting