# EXHIBIT 31

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,    )
                                 )
            Plaintiffs,          )
                                 )
       vs.                       )   No. 20-cv-00983-TSZ
                                 )
CITY OF SEATTLE,                 )
                                 )
            Defendant.           )
_____

Zoom Video Deposition Upon Oral Examination

Of

JOSEPH WANAGEL

30(b)6  Olive ST Apartments

_____

DATE:  Friday, May 21, 2021

REPORTED BY:  Mindy L. Suurs, CSR No. 2195

JOSEPH WANAGEL
5/21/2021

Page 189

1   BY MS. PRATT:
2        Q.   Did you look, for example, for any e-mail that
3   included the word "CHOP"?
4        A.   I mostly did it by time frame and just
5   remembering -- because I got a pretty good memory -- of --
6   of what e-mails I have and have not written.
7        Q.   Other than by limiting the time frame and your
8   memory, were there any other ways that you identified
9   e-mails to produce?
10       A.   I didn't do any specific like search criteria if
11  you're asking me like that, like, you know, a Google
12  search or -- not a Google search, but like a e-mail search
13  or anything of specific words, whatever; I just went went
14  through all my e-mails for that year and just anything that
15  clicked that looked -- pertained for it, I just -- that's
16  what I did, I grabbed them.
17       Q.   Have you deleted any e-mails since June of 2020?
18       A.   E-mails in general?
19       Q.   Yes.
20       A.   Like e-mails, period?
21       Q.   Yes.
22       A.   Yes, I've deleted some e-mails, nothing
23  pertaining to the CHOP, to the best of my remembrance.
24       Q.   You also produced some texts in this case.  How
25  did you decide which texts to produce?

ROUGH & ASSOCIATES INC
office@roughandassociates.com     206.682.1427 3515 SW Alaska St Seattle WA 98126

Electronically signed by Mindy Suurs (101-257-931-8021)                    f7fa7911-1915-4b46-b6f0-71dc79b11fe7

JOSEPH WANAGEL
5/21/2021

Page 190

1         MR. PHILLIPS:  Same instruction as to privilege.
2     A.   Anything relating to CHOP.  I mean those are
3  fairly vivid in my memory, so I -- both during the time
4  frame and from the people that were texting me during that
5  time, I just -- there's -- very easy to remember who was
6  doing that.
7  BY MS. PRATT:
8     Q.   So again, you didn't use any search criteria for
9  deciding which texts to produce; is that right?
10         MR. PHILLIPS:  Object to form.
11     A.   No, I went through every text on my phone and
12  made sure I didn't miss anything, and also I remembered
13  very clearly who was texting me during CHOP.
14  BY MS. PRATT:
15     Q.   When you say you went through every text on your
16  phone, what do you mean you did?
17     A.   I save almost every text on my phone, and then I
18  really only delete like sales stuff and things like that,
19  and often even with tenant texts, I wait until they've
20  moved out by two or three years before I delete them.
21     Q.   Okay.  But what did you do, when you said that
22  you went through all of your texts, what exactly did you
23  do?
24     A.   Took my phone and I clicked on every text and
25  looked to see what it said.  I didn't read it top to

1  bottom, but I at least saw who it's from and then, you
2  know, I know who my tenants are, and so certainly if I go
3  to Larrisa's text, I'm immediately going to remember what
4  she was talking about.
5       Q.   Are your tenants the only people who you talked
6  to about CHOP?
7       A.   No.
8       Q.   Who else did you talk to about CHOP?
9       A.   I have a wife, I have family.
10      Q.   I don't want you to tell me anything that you
11 talked to your wife about specifically, but -- okay, so
12 your wife and family.  Anyone else?
13      A.   I have some neighbors that my kid plays with, so
14 I would say I mentioned it to them.
15      Q.   Is there anyone --
16      A.   This is outside of the City; right?
17      Q.   Yes.  Did you text with anyone at the City about
18 CHOP?
19      A.   You know, like the City, Seattle City, I just
20 e-mailed and called.  I wouldn't be able to text them.  I
21 don't have their private numbers.  I would have, but --
22      Q.   Thinking just about texts, is there anyone other
23 than your tenants who you might have texted with about
24 CHOP?
25      A.   I -- I can't specifically remember any.  I mean

JOSEPH WANAGEL
5/21/2021

Page 199

1                    REPORTER'S CERTIFICATE

2

3        I, Mindy L. Suurs, the undersigned Certified Court
    Reporter, pursuant to RCW 5.28.010, authorized to
4   administer oaths and affirmations in and for the State of
    Washington, do hereby certify:
5

6        That the foregoing testimony of JOSEPH WANAGEL
    was given before me at the time and place stated therein
7   and thereafter was transcribed under my direction;

8        That the sworn testimony and/or proceedings were by me
    stenographically recorded and transcribed under my
9   supervision, to the best of my ability;

10       That the foregoing transcript contains a full, true,
    and accurate record of all the sworn testimony and/or
11  proceedings given and occurring at the time and place
    stated in the transcript;
12
         That the witness, before examination, was by me duly
13  sworn to testify the truth, the whole truth, and nothing
    but the truth;
14
         That I am not a relative, employee, attorney, or
15  counsel of any party to this action or relative or employee
    of any such attorney or counsel and that I am not
16  financially interested in the said action or the outcome
    thereof;
17

18  DATE:  May 28, 2021

19

20

21

22

23
                    _____
24
                    Mindy L. Suurs
25                  Certified Court Reporter #2195

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427 3515 SW Alaska St Seattle WA 98126

Electronically signed by Mindy Suurs (101-257-931-8021)                f7fa7911-1915-4b46-b6f0-71dc79b11fe7

JOSEPH WANAGEL
5/21/2021

Page 198

1                    S I G N A T U R E

2

3          I declare that I have read my within deposition,

4     taken on Friday, May 21, 2021, and the same is true and

5     correct save and except for changes and/or corrections, if

6     any, as indicated by me on the "CORRECTIONS" flyleaf page

7     hereof.

8          Signed in _Bothell_____, Washington,

9     this _25th_ day of _June_____, 2021.

10

11

12

13

14

15

16          _____

17                JOSEPH WANAGEL

18

19

20

21

22

23

24

25