# EXHIBIT 32

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,      )
       Plaintiffs,               )
 vs.                                ) No. 20-cv-00983-TSZ
CITY OF SEATTLE,                   )
       Defendant.                )

_____

ZOOM VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

TAMARA KILBURN

SWAY AND CAKE 30(b)(6)

_____

9:00 a.m.

May 7, 2021

*** Contains Confidential Testimony and Exhibits ***

REPORTED BY: Pat Lessard, CCR #2104

KILBURN TAMARA
5/13/2021

Page 53

1   Q.   And what was that email?

**Redacted - Confidential**

7   Q.   Okay.
8   A.   I don't believe -- I'm not sure but I
9   believe the building is owned by an investment group.
10  So it was more just -- I just wanted to know that I
11  could keep moving forward and knowing that that was
12  off the table for now.
13  Q.   And when, about, do you think that last
14  email was?
15  A.   I'm sorry, I don't know.
16  Q.   Was it around April, May?
17  A.   I would -- I think it was later.
18  Q.   Okay.  Do you have a sense of whether it was
19  June, July?
20  A.   You know, I don't.  I was -- I don't, sorry.
21  Q.   And you think you don't have the earlier
22  emails, is that right?
23  A.   Yeah.
24  Q.   And why not?
25  A.   I don't really -- I don't know.  I don't

Page 54

1  have them.  I never -- I don't know whether I didn't
2  save them or -- it wasn't a matter of -- [Redacted - Confidential]
3  [Redacted - Confidential]
4  [Redacted - Confidential]
5  [Redacted - Confidential]
6      Q.   What email system do you use?
7      A.   I use Mail.  The Mail option in my Apple
8  account.
9      Q.   And does that connect to a different email
10 service?
11     A.   I believe it connects to a host I used
12 called Monster Development.
13     Q.   And so did you just delete those emails out
14 of your Mail app?
15     A.   I'm assuming so.
16          MR. WEAVER:  Objection.  Go ahead and
17 answer.
18     A.   I'm assuming so.
19     Q.   (By Ms. Pratt)  Did I understand correctly,
20 though, that you are sure that those emails don't
21 exist anymore?
22     A.   Yes.
23     Q.   Okay.  And all of the emails were with
24 Ms. Augustine?
25     A.   Yes.

Page 176

```
 1                     C E R T I F I C A T E

 2    STATE OF WASHINGTON   )
                            ) ss.
 3    COUNTY OF KING        )

 4           I, the undersigned Washington Certified Court

 5    Reporter, hereby certify that the foregoing deposition upon

 6    oral examination of TAMARA KILBURN was taken

 7    stenographically by me on May 7, 2021, and transcribed under

 8    my direction;

 9           That the witness was duly sworn by me pursuant to

10    RCW 5.28.010 to testify truthfully; that the transcript of

11    the deposition is a full, true, and correct transcript to

12    the best of my ability; that I am neither attorney for nor

13    relative or employee of any of the parties to the action or

14    any attorney or counsel employed by the parties hereto, nor

15    am I financially interested in its outcome.

16           I further certify that in accordance with

17    CR 30(e) the witness was given the opportunity to examine,

18    read and sign the deposition within 30 days upon its

19    completion and submission, unless waiver of

20    signature was indicated in the record.

21        IN WITNESS WHEREOF, I have hereunto set my hand this

22    11th Day day of May, 2021.

23
                         ___Pat Lessard___
24                       Pat Lessard,
                         pat@court-reporter.com
25
```