# EXHIBIT 33

MATTHEW PLOSZAJ
6/10/2021

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,          )

       Plaintiffs,                      )

  vs.                                    ) No. 20-cv-00983-TSZ

CITY OF SEATTLE,                       )

       Defendant.                       )

_____

ZOOM VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

MATTHEW PLOSZAJ

_____

10:30 a.m.

June 10, 2021

*** This transcript is marked confidential. ***

REPORTED BY:  Pat Lessard, CCR #2104

ROUGH & ASSOCIATES INC
office@roughandassociates.com     206.682.1427 3515 SW Alaska St Seattle WA 98126

MATTHEW PLOSZAJ
6/10/2021

Page 134

```
 1       A.   Say it again.

 2       Q.   You said you looked through Google Mail

 3  during a certain time period.  Did you use --

 4       A.   Right.

 5       Q.   -- Search?

 6       A.   That's possible.  I can't remember the

 7  specifics.  It's also possible I just looked through

 8  the mail at that point in time, a set point in time.

 9  I think that sounds more like it, but I can't recall

10  specifically.

11       Q.   Why didn't you provide any of your job

12  applications?

13       A.   You know, I didn't say anything about CHOP

14  in my job applications.

15       Q.   Is that the reason why you didn't provide

16  them?

17       A.   I suppose it's a lack of a reason to provide

18  them, maybe, might be a better answer.

19       Q.   Did you delete any text messages?

20       A.   No.

21       Q.   Do you remember exchanging messages with a

22  friend who had told you you could delete messages?

23       A.   I don't recall anything like that.

24       Q.   Your testimony now is that you don't delete

25  any text messages?
```

Electronically signed by Pat Lessard (601-142-526-6610)                                    72496f8b-e6f9-4b75-88ac-1c19f363e4b2

MATTHEW PLOSZAJ
6/10/2021

Page 135

```
 1              MR. REILLY-BATES:  Objection; asked and
 2     answered.
 3         Q.   (By Ms. Pratt)  Go ahead.
 4         A.   I can't recall deleting anything other than
 5     a suspicious looking message from, for example, httpp:
 6     forward slash XYZ59.com saying "Click on this for some
 7     prize."
 8              I think those might be the only things I
 9     would have deleted.  And even then, I don't -- I
10     couldn't tell you how to delete a text message.
11         Q.   Did you delete any other documents, meaning
12     emails or any other electronic type of record or any,
13     you know, get rid of any physical record related to
14     your claims in this case?
15         A.   No.
16         Q.   I just dropped an exhibit that was
17     previously marked as Exhibit 8.
18              (Referred Deposition Exhibit No. 8.)
19         Q.   (By Ms. Pratt)  Please let me know when you
20     see that.
21         A.   I see it.
22         Q.   Please open it.
23         A.   Okay.  Okay, it's open.
24         Q.   If you would go to page twelve you'll see
25     your name on the bottom half of the page.
```

Electronically signed by Pat Lessard (601-142-526-6610)                                    72496f8b-e6f9-4b75-88ac-1c19f363e4b2

MATTHEW PLOSZAJ
6/10/2021

Page 161

```
 1               C E R T I F I C A T E

 2   STATE OF WASHINGTON  )
                          ) ss.
 3   COUNTY OF KING       )

 4        I, the undersigned Washington Certified Court

 5   Reporter, hereby certify that the foregoing deposition upon

 6   oral examination of MATTHEW PLOSZAJ was taken

 7   stenographically by me on June 10, 2021, and transcribed

 8   under my direction;

 9        That the witness was duly sworn by me pursuant to

10   RCW 5.28.010 to testify truthfully; that the transcript of

11   the deposition is a full, true, and correct transcript to

12   the best of my ability; that I am neither attorney for nor

13   relative or employee of any of the parties to the action or

14   any attorney or counsel employed by the parties hereto, nor

15   am I financially interested in its outcome.

16        I further certify that in accordance with

17   CR 30(e) the witness was given the opportunity to examine,

18   read and sign the deposition within 30 days upon its

19   completion and submission, unless waiver of

20   signature was indicated in the record.

21        IN WITNESS WHEREOF, I have hereunto set my hand this

22   15th day of June, 2021.

23        _____

24        Pat Lessard,
          pat@court-reporter.com

25
```

Electronically signed by Pat Lessard (601-142-526-6610)                                          72496f8b-e6f9-4b75-88ac-1c19f363e4b2