HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 20-cv-00983 <br><br> DECLARATION OF KENNETH NEAFCY |

I, Kenneth Neafcy, declare as follows:

1. I am the Operations Coordinator for the City's Office of Emergency Management (OEM). I am over age 18, competent to be a witness, and making this declaration based on facts within my own personal knowledge.

2. From March 2020 until October 26, 2020, I used a City-issued iPhone XS. On October 26, 2020, I received an alert on the phone prompting me to reset my lock screen passcode. I did so. To the best of my recollection, after resetting my passcode on October 26 as directed, I tried to access my phone using the new passcode, but my phone did not accept the code that I thought I had just set.

3. When I still could not access my phone the following day, October 27, 2020, I emailed an administrative employee within OEM and explained that I could not access my phone.

DECLARATION OF KENNETH NEAFCY - 1
(Case No. 20-cv-00983)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

She suggested I reach out to Chris Steel, a mobile phone coordinator at Seattle Police Department, or Susy DeMers, a member of the City's IT Department, and I forwarded my issue to Chris Steel. Mr. Steel responded that had he reached out to both Seattle IT and AT&T regarding the lockout issue. The following day, I saw that my phone had been reset remotely. I e-mailed Mr. Steel to inform him of the remote reset and asked how I would be able to get it set up again. A true and correct copy of my October 28, 2020 email is attached as Exhibit 1. In the process of trying to recall what occurred in October 2020 for purposes of this declaration, I again reviewed my emails from October 26-28, 2020, and discovered the email thread that is attached hereto as Exhibit 1. To the best of my knowledge, I believe I thought this email string was the same as the email string attached here as Exhibit 2, which I previously provided and which I understand was already produced in discovery in this case. The produced email string has a subject line titled "Fw: HELP!" and the email string attached hereto has a subject line titled "Fw: Help!!" I believe I did not initially realize that they were two separate threads.

4. At 12:51 pm on October 28, 2020, I reached out to Mr. Steel, Ms. DeMers, and cc'ed Laurel Nelson, the Acting Director of OEM at that time, again asking what could be done to get my iPhone XS operational again after the earlier reset. I was handling time-sensitive issues at the time and needed the work phone to be operational as quickly as possible. IT advised that I could remove the mobile phone SIM card from my reset iPhone XS and insert it into my City-issued iPhone 6s, which had been my primary work phone prior to receiving the iPhone XS, and which I still had in my possession. A true and correct copy of an email chain dated October 28, 2020 detailing this sequence of events is attached as Exhibit 2 (SEA_00144313).

5. I followed this advice and began using my City-issued iPhone 6s on October 28, 2020.

6. I do not believe that I ever texted one-on-one with Fire Chief Scoggins, Police Chief Best, or Mayor Durkan about CHOP.

DECLARATION OF KENNETH NEAFCY - 2
(Case No. 20-cv-00983)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

7.  I do not believe that I ever texted one-on-one with Idris Beauregard, Chris Fisher, or Eric Greening about CHOP.

8.  It was never my intent when getting locked out of my phone, or when asking IT to help me get back into my phone, to lose any text messages that might be relevant to this lawsuit.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 27th day of October, 2022, at Seattle, Washington.

/s/
KENNETH NEAFCY

DECLARATION OF KENNETH NEAFCY - 3
(Case No. 20-cv-00983)