# EXHIBIT 1

**From:** "Neafcy, Kenneth" <Kenneth.Neafcy@seattle.gov>
**To:** "Steel, Chris" <Chris.Steel@seattle.gov>
**Subject:** RE: Help!!
**Sent:** Wed, 28 Oct 2020 13:48:06 +0000
image004.wmz

Chris,

It looks like Seattle IT remote wiped it.

Do I need to bring it by to get it set up or do we do this remotely?



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

---

**From:** Steel, Chris <Chris.Steel@seattle.gov>
**Sent:** Tuesday, October 27, 2020 3:06 PM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Subject:** RE: Help!!

I may not be able to do anything today. I'm trying to figure out how your phone was setup, but it doesn't seem to be managed like standard SPD FirstNet device. I have messages into Seattle IT and AT&T to confirm how it was set up. If you didn't use an Apple ID, then Seattle IT should be able to reset it remotely. I'll be in touch.

Thanks,
Chris

---

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Tuesday, October 27, 2020 2:58 PM
**To:** Steel, Chris <Chris.Steel@seattle.gov>
**Subject:** Re: Help!!



SEA_00240590

Get Outlook for iOS

---

**From:** Steel, Chris <Chris.Steel@seattle.gov>
**Sent:** Tuesday, October 27, 2020 2:52:35 PM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Subject:** RE: Help!!

Another question. Do you have the box the phone came with? I might need to serial number from it.

---

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Tuesday, October 27, 2020 2:48 PM
**To:** Steel, Chris <Chris.Steel@seattle.gov>
**Subject:** RE: Help!!

I don't think so, but I am checking.



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
Sign up for emergency alerts from AlertSeattle:  **alert.seattle.gov**

---

**From:** Steel, Chris <Chris.Steel@seattle.gov>
**Sent:** Tuesday, October 27, 2020 2:27 PM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Subject:** RE: Help!!

Do you have an Apple ID and Password on the phone?

---

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Tuesday, October 27, 2020 2:26 PM
**To:** Steel, Chris <Chris.Steel@seattle.gov>
**Subject:** Re: Help!!

Yes.  I have an iPhone

Get Outlook for iOS

---

**From:** Steel, Chris <Chris.Steel@seattle.gov>
**Sent:** Tuesday, October 27, 2020 2:24:46 PM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Subject:** RE: Help!!

To confirm, you have an iPhone?

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Tuesday, October 27, 2020 2:23 PM
**To:** Steel, Chris <Chris.Steel@seattle.gov>
**Subject:** Fwd: Help!!

Thanks Chris.
Get Outlook for iOS

---

**From:** Tittel, Carrie - OEM <Carrie.Tittel@seattle.gov>
**Sent:** Tuesday, October 27, 2020 1:47 PM
**To:** Neafcy, Kenneth
**Subject:** RE: Help!!

Try Susy DeMers (ITD) and/or Chris Steel (SPD)

Chris' number is: 733-9809
Susy's number: 684-3777

Hope this helps!
CARRIE

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Tuesday, October 27, 2020 12:46 PM
**To:** Tittel, Carrie - OEM <Carrie.Tittel@seattle.gov>
**Subject:** Help!!

Carrie.  I am locked out of my city phone.  The had to change my pin yesterday and I have managed to forget it.  Can you track down the name of someone (at spd or Seattle it) who can help me unlock it.

Thanks.
Get Outlook for iOS

