# EXHIBIT 2

| | |
|---|---|
| To: | Neafcy, Kenneth[Kenneth.Neafcy@seattle.gov] |
| From: | DeMers, Susy |
| Sent: | Tue 12/29/2020 9:42:52 PM |
| Subject: | RE: Iphone |

image001.wmz

Pretty sure it went through at $0.99. It will still not bill until January.

Susy DeMers, MSA Sr.
Seattle IT Asset Management
**SEATTLE INFORMATION TECHNOLOGY**
T: 206.684.3777 | susy.demers@seattle.gov
**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Tuesday, December 29, 2020 1:39 PM
**To:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Cc:** Tittel, Carrie - OEM <Carrie.Tittel@seattle.gov>
**Subject:** RE: Iphone

Outstanding
Thanks Susy.
DO you know if the charge on that will be the .99 cents when we eventually get the bill?



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

**From:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Sent:** Tuesday, December 29, 2020 10:55 AM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Subject:** RE: Iphone

Well, good news! Your mobile number was eligible for upgrade so I was able to order the phone on your number. Maybe good news – can't get an iPhone 8 anymore, so I ordered the iPhone XR.

**Order ID:** 10-173214176984876
**Order date:** Dec 29, 2020

Shipped to your attention at your office.

Susy DeMers, MSA Sr.
Seattle IT Asset Management
**SEATTLE INFORMATION TECHNOLOGY**
T: 206.684.3777 | susy.demers@seattle.gov
**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>

**Sent:** Tuesday, December 29, 2020 10:03 AM
**To:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Subject:** Re: Iphone

Correct.

---

**From:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Sent:** Tuesday, December 29, 2020 9:56 AM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Subject:** RE: Iphone

AT&T FirstNet iPhone 8, correct?

Susy DeMers, MSA Sr.
Seattle IT Asset Management
**SEATTLE INFORMATION TECHNOLOGY**
T: 206.684.3777 | susy.demers@seattle.gov
**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Tuesday, December 29, 2020 8:41 AM
**To:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Cc:** Tittel, Carrie - OEM <Carrie.Tittel@seattle.gov>; Lutu, Smith <Smith.Lutu@seattle.gov>
**Subject:** RE: Iphone

Ship it to the office, 105 5th Ave S #300. Appreciate holding off on the billing until mid Jan. We should have all our financial codes from FAS by then. Just a reminder this was a FIRSTNET phone.
KN



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

**From:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Sent:** Tuesday, December 29, 2020 8:27 AM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Cc:** Tittel, Carrie - OEM <Carrie.Tittel@seattle.gov>; Lutu, Smith <Smith.Lutu@seattle.gov>
**Subject:** RE: Iphone

I need to order the phone today. Our contract changes for the worse on the 31st. I can hold off on the billing until approximately January 15th. I will order it as new service so you won't be on the hook for full retail and then we will have to do some fancy dancing to move the number over.

Where do you want the new phone shipped to? I can send it to your home.

Susy DeMers, MSA Sr.
Seattle IT Asset Management
**SEATTLE INFORMATION TECHNOLOGY**

T: 206.684.3777 | susy.demers@seattle.gov
**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Tuesday, December 29, 2020 8:17 AM
**To:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Cc:** Lutu, Smith <Smith.Lutu@seattle.gov>; Tittel, Carrie - OEM <Carrie.Tittel@seattle.gov>
**Subject:** RE: Iphone

Okey dokey. We will need to wait until 2021 anyway to get this done. OEM is financially separating from Seattle Police on 12/31 so, I cant put in any purchase items until the new year.
It also means I will no longer be getting phone support from SPD and will have to go through Seattle IT anyway.
Ill ping you once I receive a new iphone.



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

**From:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Sent:** Tuesday, December 29, 2020 8:10 AM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Cc:** Lutu, Smith <Smith.Lutu@seattle.gov>; Tittel, Carrie - OEM <Carrie.Tittel@seattle.gov>
**Subject:** RE: Iphone

At this point, all I can suggest is we get you a new phone. Because of month end and year end, and no on-site tech support, I am struggling. Smith is unavailable to assist further as he is super busy with year end tasks as well. I know this is not the route you wanted to take, but it's the only option I can offer at this point, unless you want to visit an Apple Genius store (appt. only) with the device and see if they can help. The closest Apple Genius stores are Southcenter and University Village.

Susy DeMers, MSA Sr.
Seattle IT Asset Management
**SEATTLE INFORMATION TECHNOLOGY**
T: 206.684.3777 | susy.demers@seattle.gov
**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Monday, December 28, 2020 10:24 AM
**To:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Cc:** Lutu, Smith <Smith.Lutu@seattle.gov>; Tittel, Carrie - OEM <Carrie.Tittel@seattle.gov>
**Subject:** RE: Iphone

No. I had one of the new FirstNet iphones for a couple of months (at least) when I was asked to update my pin number. Apparently I managed to 'fat finger' the wrong pin number TWICE and I wound up being locked out of my phone.

I still have the iphone 8 on my desk that's fully functional if someone can figure out how to wipe it or otherwise get around the lock out.



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

**From:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Sent:** Monday, December 28, 2020 10:04 AM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Cc:** Lutu, Smith <Smith.Lutu@seattle.gov>; Tittel, Carrie - OEM <Carrie.Tittel@seattle.gov>
**Subject:** RE: Iphone

I am confused. I thought the whole issue was you HAD a new phone and couldn't get it to work? I know OEM upgraded all their phones within the last year. What device are you hoping to 'swap' this to?

Susy DeMers, MSA Sr.
Seattle IT Asset Management
**SEATTLE INFORMATION TECHNOLOGY**
T: 206.684.3777 | susy.demers@seattle.gov
**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Monday, December 28, 2020 9:00 AM
**To:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Cc:** Lutu, Smith <Smith.Lutu@seattle.gov>; Tittel, Carrie - OEM <Carrie.Tittel@seattle.gov>
**Subject:** RE: Iphone

Copy that. My Itunes account is my City email address. However, I was hoping to 'swap' this rather than having to buy a new iphone. Ill work with SPD to get a new one ordered and ping you when it arrives.
KN



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

**From:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Sent:** Monday, December 28, 2020 8:55 AM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Cc:** Lutu, Smith <Smith.Lutu@seattle.gov>
**Subject:** RE: Iphone

I thought I responded. Sorry!

I need the IMEI and SIM ID numbers off the **new** AT&T phone. Were you successful in recovering your iTunes account information? Didn't they order you a new AT&T FirstNet device? I would need the info from THAT phone in order to move service.

Susy DeMers, MSA Sr.
Seattle IT Asset Management
**SEATTLE INFORMATION TECHNOLOGY**
T: 206.684.3777 | susy.demers@seattle.gov
**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Monday, December 28, 2020 8:36 AM
**To:** DeMers, Susy <Susy.DeMers@seattle.gov>; Lutu, Smith <Smith.Lutu@seattle.gov>
**Cc:** Tittel, Carrie - OEM <Carrie.Tittel@seattle.gov>; Nelson, Laurel <Laurel.Nelson@seattle.gov>
**Subject:** RE: Iphone

Susy/Lutu,
Good morning and happy holidays!
I am wanting to see what I need to do to exchange/replace my iphone as I am still running on my old Iphone 6. Any help in getting this done would be appreciated
Thanks



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

**From:** Neafcy, Kenneth
**Sent:** Monday, December 14, 2020 1:35 PM
**To:** DeMers, Susy <Susy.Demers@seattle.gov>
**Subject:** Iphone

Susy,
Good afternoon.
Circling back on my phone issue from October After a couple of months I am still on my iphone six. What is the best way to deal with this? Switch out my 8 for a different one or is there a way to do a full wipe on the phone and start over?
KN



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

**From:** DeMers, Susy <Susy.DeMers@seattle.gov>

**Sent:** Wednesday, October 28, 2020 2:49 PM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Cc:** Steel, Chris <Chris.Steel@seattle.gov>; Lutu, Smith <Smith.Lutu@seattle.gov>
**Subject:** RE: HELP!

This is great news. But, at some point, we will need to replace that 6!
Susy DeMers, MSA Sr.
Seattle IT Asset Management
**SEATTLE INFORMATION TECHNOLOGY**
T: 206.684.3777 | susy.demers@seattle.gov
**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Wednesday, October 28, 2020 2:47 PM
**To:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Cc:** Steel, Chris <Chris.Steel@seattle.gov>
**Subject:** RE: HELP!

Be advised I located my old iphone 6x and with Smith's help was able to swap out the sim cards. I have functionality back abeit on a 6x!
Code 4 .. for now.
Yeaaaa!!
Thanks everyone for helping me though this!



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

**From:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Sent:** Wednesday, October 28, 2020 2:45 PM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Cc:** Steel, Chris <Chris.Steel@seattle.gov>
**Subject:** RE: HELP!

Ken,
Please contact Chris Steel at SPD. He has a "spare" phone that is NOT set up for device management. We will replace it with a phone EOC will need to order. Maybe you could swing by SPD on your way to your meeting? You should only have to swap the SIM card from your dead phone into the new phone. I suggest you set your unlock code to 206 + the first 3 digits of your home phone. I hope you guys can meet up. This is really hard to coordinate from Vashon!
Susy DeMers, MSA Sr.
Seattle IT Asset Management
**SEATTLE INFORMATION TECHNOLOGY**

T: 206.684.3777 | susy.demers@seattle.gov
**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Wednesday, October 28, 2020 1:53 PM
**To:** Lutu, Smith <Smith.Lutu@seattle.gov>
**Cc:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Subject:** RE: HELP!

I will be heading into a meeting with Mike Fong and Stephanie Formas starting at 3:30 and will be tied up though at least 6p with that.

==I am neck deep in dealing with EOC election response activation and am getting considerable heat from the Mayor's office and others who are unable to reach or text me on my work phone. I really need this phone back up and running tonight and if that cant be done then I need a new phone with a new number tomorrow. I really need some help here… please.==



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998

*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

**From:** Lutu, Smith <Smith.Lutu@seattle.gov>
**Sent:** Wednesday, October 28, 2020 1:46 PM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Cc:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Subject:** RE: HELP!

Ken,
Unfortunately I am unavailable as I'm working offsite @ our data center. I am heading to lunch @ 2p, then home.
Would you be available after 3p today?
But in the meantime…
Here is a resource you can use: https://support.apple.com/en-us/HT204921
Also this is a great refresher on how to reset your appleid password: https://support.apple.com/en-us/HT201487

Smith Lutu
CommTech Buyer
SEATTLE INFORMATION TECHNOLOGY
O: 206.684.8473 | smith.lutu@Seattle.gov

**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Sent:** Wednesday, October 28, 2020 1:36 PM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Subject:** RE: HELP!

I've contacted the guy on our team who is the Apple-whisperer. I asked him to assist.
Susy DeMers, MSA Sr.

Seattle IT Asset Management
**SEATTLE INFORMATION TECHNOLOGY**
T: 206.684.3777 | susy.demers@seattle.gov
**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Wednesday, October 28, 2020 1:32 PM
**To:** DeMers, Susy <Susy.DeMers@seattle.gov>; Steel, Chris <Chris.Steel@seattle.gov>
**Cc:** Nelson, Laurel <Laurel.Nelson@seattle.gov>
**Subject:** RE: HELP!

TJ has done all he can. Its not going to my city email account it will only send it to my city phone number which I cant access and it wont display it on the front screen.
Now what?



**Kenneth D. Neafcy**
*Operations Coordinator,* **Office of Emergency Management**
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

**From:** DeMers, Susy <Susy.DeMers@seattle.gov>
**Sent:** Wednesday, October 28, 2020 1:31 PM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>; Steel, Chris <Chris.Steel@seattle.gov>
**Cc:** Nelson, Laurel <Laurel.Nelson@seattle.gov>
**Subject:** RE: HELP!

Don't you have the option for Apple to email you using your Apple ID? I'm sorry – I am not that proficient with iPhones. TJ may be able to assist you.

Susy DeMers, MSA Sr.
Seattle IT Asset Management
**SEATTLE INFORMATION TECHNOLOGY**
T: 206.684.3777 | susy.demers@seattle.gov
**Best-in-Class Digital Services**
Facebook | Twitter | E-Newsletter

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Wednesday, October 28, 2020 1:29 PM
**To:** Steel, Chris <Chris.Steel@seattle.gov>; DeMers, Susy <Susy.DeMers@seattle.gov>
**Cc:** Nelson, Laurel <Laurel.Nelson@seattle.gov>
**Subject:** RE: HELP!

Ok.
My ID is my email address: **kenneth.neafcy@seattle.gov** When I try to reset the password for my work apple account it sends the code to my work phone number which wont display it so I have no way to reset the password.
Now what?



**Kenneth D. Neafcy**
*Operations Coordinator, Office of Emergency Management*
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

**From:** Steel, Chris <Chris.Steel@seattle.gov>
**Sent:** Wednesday, October 28, 2020 1:15 PM
**To:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>; DeMers, Susy <Susy.DeMers@seattle.gov>
**Cc:** Nelson, Laurel <Laurel.Nelson@seattle.gov>
**Subject:** RE: HELP!

Ken,

The problem we are running into is the OEM phones are not managed and support by SPD. I would assume when they were first setup, during that process you had to create and Apple ID and password for a work related account. When OEM was first issued the phone, was anyone on hand to help set them up or where you given instructions? If the phone was reset, you should be able to go through the prompts to set back up. Again, I think you will need the Apple ID and PW to complete the process.

Chris

**From:** Neafcy, Kenneth <Kenneth.Neafcy@seattle.gov>
**Sent:** Wednesday, October 28, 2020 12:51 PM
**To:** DeMers, Susy <Susy.DeMers@seattle.gov>; Steel, Chris <Chris.Steel@seattle.gov>
**Cc:** Nelson, Laurel <Laurel.Nelson@seattle.gov>
**Subject:** HELP!

I really need someone to assist me with getting my work phone back on line. Currently the phone is completely wiped and has ZERO functionality.

What do we need to do to get my work phone functioning again? Feel free to call me to discuss next steps.



**Kenneth D. Neafcy**
*Operations Coordinator, Office of Emergency Management*
City of Seattle
105 5th Avenue South, Suite #300; Seattle, WA 98104
D: 206.233-5091 | M: 206.423-3166 | O: 206.233-5076 | F: 206.684-5998
*Sign up for emergency alerts from AlertSeattle:* **alert.seattle.gov**

SEA_00144321