HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>                           Plaintiffs,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>                           Defendant. | No. 20-cv-00983<br><br>**DECLARATION OF DAN WHIPPLE** |

I, Dan Whipple, declare as follows:

1. I am over the age of eighteen, competent to testify, and have personal knowledge of the facts set forth herein.

2. I am employed by the City of Seattle in the Information Technology Department as a CAD Administrator. I was previously employed directly by the Seattle Fire Department ("SFD"), and have experience working with SFD's CAD System.

3. SFD operates its own CAD system. This system can generate notifications that can be sent out via text message. These messages are sent to collections of individuals called paging groups.

4. SFD Chief Harold Scoggins is a member of numerous CAD paging groups, including: Staff (Deputy and up); FF injury w/ Transport; OPS All (All SFD Units); SFD All (on/off duty); Incident Notification; MCI Notification; CISM; Multiple Medic Units; SWAT Medic Standby; Accident (SFD Apparatus); FAC Emergency; Arson/Bomb threat; USAR Alert

DECLARATION OF DAN WHIPPLE- 1
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1 | Activation; OUTMD; SAFT1 Group; SPOC; and Tunnel Responses.

2 |     5.    For this reason, he receives a significant number of notifications on a daily basis.

3 |     6.    At the request of counsel for the City, I collected historical records of the CAD messages sent to Chief Scoggins via text. I was able to find 13,618 records from between December 24, 2014 and December 31, 2020. The spreadsheet with these messages included the message text, an ID number for the message, and information regarding the date and time it was sent.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED at Seattle, Washington, this __25___ day of October 2022.

_____
Dan Whipple

DECLARATION OF DAN WHIPPLE- 2
(Case No. 20-cv-00983)