Hon. Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATTLE,<br><br>Defendant. | Civil Action No. 20-cv-00983-TSZ<br><br>**NOTICE OF APPEARANCE OF BRIAN T. HODGES AND SAM SPIEGELMAN FOR PROPOSED AMICUS CURIAE PACIFIC LEGAL FOUNDATION** |

TO:    THE CLERK OF THIS COURT AND THE PARTIES IN THIS ACTION

PLEASE TAKE NOTICE that attorneys Brian T. Hodges and Sam Spiegelman hereby appear as

attorneys of record for Proposed Amicus Curiae Pacific Legal Foundation.

*Notice of Appearance - 1*
*Case No:  20-cv-00983-TSZ*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

DATED:  November 3, 2022.

Respectfully submitted:

s/  BRIAN T. HODGES
Brian T. Hodges, WSBA # 31976

s/  SAM SPIEGELMAN
Sam Spiegelman, WSBA # 58212
Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
Telephone: (425) 576-0484
BHodges@pacificlegal.org
SSpiegelman@pacificlegal.org

*Attorneys for Amicus Curiae*
*Pacific Legal Foundation*

*Notice of Appearance - 2*
*Case No:  20-cv-00983-TSZ*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

### CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/  BRIAN T. HODGES
Brian T. Hodges, WSBA # 31976

*Attorney for Amicus Curiae*
*Pacific Legal Foundation*

*Notice of Appearance - 3*
*Case No:  20-cv-00983-TSZ*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*