Hon. Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATTLE,<br><br>Defendant. | Civil Action No. 20-cv-00983-TSZ<br><br>**MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Note on Motion Calendar:**<br>**Nov. 18, 2022** |

I.     **INTRODUCTION AND RELIEF REQUESTED**

Pursuant to Fed. R. Civ. P. 7 and Local Rule 7, Pacific Legal Foundation (PLF) respectfully requests leave to file the accompanying brief *amicus curiae* in support of Plaintiffs, Hunters Capital, LLC, et al., and against Defendant the City of Seattle's motion for summary judgment, Dkt. # 111. Amicus applicant advised all parties of its intent to file this motion and the proposed amicus brief, which addresses only Plaintiffs' claim that the Fifth Amendment obligates the City of Seattle to pay just compensation to numerous Capitol Hill homeowners and businesses who were temporarily deprived of property rights as a result of the City's decision to help establish and maintain the "Capitol Hill Occupied Protest" (CHOP). Plaintiffs are

*Mot. for Lv. to File Brief ISO Ps. & Oppo.* - 1
Case No:  20-cv-00983-TSZ

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

unopposed to our request and Defendant has stated that it will likely take no position on the motion, but nonetheless reserves the right to oppose.

## II.     STATEMENT OF INTEREST

PLF was founded in 1973 and is widely recognized as the most experienced nonprofit legal foundation of its kind. PLF attorneys litigate matters affecting the public interest at all levels of state and federal courts and represent the views of thousands of supporters nationwide who believe in limited government and private property rights. PLF attorneys have participated as lead counsel in several cases before the U.S. Supreme Court in defense of the right of individuals to make reasonable use of their property, and the right to obtain just compensation when that right is infringed. *See*, *e.g.*, *Cedar Point Nursery v. Hassid*, 141 S. Ct. 2063 (2021); *Pakdel v. City & Cnty. of San Francisco*, 141 S. Ct. 2226 (2021); *Knick v. Township of Scott*, 139 S. Ct. 2162 (2019); *Koontz v. St. Johns River Water Mgmt. Dist.*, 570 U.S. 595 (2013); *Palazzolo v. Rhode Island*, 533 U.S. 606 (2001); *Suitum v. Tahoe Reg'l Plan. Agency*, 520 U.S. 725 (1997); and *Nollan v. Cal. Coastal Comm'n*, 483 U.S. 825 (1987). PLF has also participated as *amicus curiae* in numerous property rights cases before the U.S. Supreme Court, including in *Marvin M. Brandt Revocable Tr. v. United States*, 572 U.S. 93 (2014), *Arkansas Game & Fish Comm'n v. United States*, 568 U.S. 23 (2012); *Lingle v. Chevron U.S.A., Inc.*, 544 U.S. 528 (2005); *City of Monterey v. Del Monte Dunes at Monterey, Ltd.*, 526 U.S. 687 (1999); and *Dolan v. City of Tigard*, 512 U.S. 374 (1994). PLF has a strong interest in this case, and is uniquely positioned to comment on these issues, having participated as lead counsel in *Cedar Point Nursery*, 141 S. Ct. 2063, the proper application of which is central to the parties' arguments on summary judgment. In filing this brief, amicus focuses only on the tests applicable to Plaintiffs' takings claims and urges this Court to deny the City's motion for summary judgment on Plaintiffs' takings claim.

## III.    ARGUMENT

The U.S. Supreme Court has developed several distinct tests for evaluating when a public action so impairs property rights that it rises to a taking requiring just compensation under the

Mot. for Lv. to File Brief ISO Ps. & Oppo. - 2
Case No:  20-cv-00983-TSZ

Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
(425) 576-0484

Fifth Amendment. The Washington State Supreme Court has likewise developed tests responsive to the different ways in which government may take an interest or right in private property. Proper application of these tests (and their defenses) is essential to the public interest and to ensure that the impaired property interest receives full constitutional protection when facing governmental abuse. *Cedar Point*, 141 S. Ct. at 2078 ("With regard to the complexities of modern society, we think they only reinforce the importance of safeguarding the basic property rights that help preserve individual liberty, as the Founders explained."); *see also id*. at 2071 ("[P]rotection of property rights is necessary to preserve freedom and empowers persons to shape and to plan their own destiny in a world where governments are always eager to do so for them.") (quotation omitted).

"The classic role of amicus curiae is to assist a court in a case of public interest by supplementing the efforts of counsel[.]" *California v. U.S. Dep't of Interior*, 381 F. Supp. 3d 1153, 1163–64 (N.D. Cal. 2019) (internal quotations omitted) (citing *Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982)). "District courts may consider amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Macareno v. Thomas*, 378 F. Supp. 3d 933, 940 (W.D. Wash. 2019) (internal quotations omitted). "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful or otherwise desirable to the court." *California v. U.S. Dep't of Interior*, 381 F. Supp. 3d at 1164; *see also Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "[G]enerally courts have exercised great liberality in permitting amicus briefs." *Id*.

PLF's knowledge and expertise on property rights are illustrated by its extensive history as counsel before the Supreme Court of the United States. It has likewise participated as counsel or *amicus curiae* in the lower courts, including federal courts of appeals and state supreme

*Mot. for Lv. to File Brief ISO Ps. & Oppo. - 3*
*Case No:  20-cv-00983-TSZ*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

courts. PLF will use the knowledge and experience it has acquired through this extensive history to assist this Court in understanding the broader legal context of Plaintiffs' arguments, especially regarding their claims that Defendant the City of Seattle interfered with their rights to exclude and access their properties inside and nearby the CHOP.

IV.     **CONCLUSION**

Based on the foregoing, the amicus applicant respectfully asks the Court to grant the motion for leave to file the amicus brief attached hereto as Exhibit 1.

DATED: November 3, 2022.

Respectfully submitted,

s/ BRIAN T. HODGES
Brian T. Hodges, WSBA # 31976

s/ SAM SPIEGELMAN
Sam Spiegelman, WSBA # 58212
Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
Telephone: (425) 576-0484
BHodges@pacificlegal.org
SSpiegelman@pacificlegal.org

*Attorneys for Amicus Curiae*
*Pacific Legal Foundation*

*Mot. for Lv. to File Brief ISO Ps. & Oppo. - 4*
*Case No:  20-cv-00983-TSZ*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          s/ BRIAN T. HODGES
                                          Brian T. Hodges, WSBA # 31976

                                          *Attorney for Amicus Curiae*
                                          *Pacific Legal Foundation*

*Mot. for Lv. to File Brief ISO Ps. & Oppo.* - 5
Case No: 20-cv-00983-TSZ

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*