Hon. Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATTLE,<br><br>Defendants. | Civil Action No. 20-cv-00983-TSZ<br><br>**[PROPOSED] ORDER GRANTING AMICUS MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER comes before the Court on proposed Amicus Curiae's motion for leave to file an amicus brief. The Court has reviewed the motion, the Proposed Brief attached as Exhibit 1, and the parties' responses, if any, and NOW THEREFORE,

IT IS HEREBY ORDERED:

1. proposed Amicus Curiae's motion is GRANTED; AND

2. Amicus Curiae shall file the amicus brief within two court days of the date of the entry of this Order.

DATED this _____ day of _____, 2022.   _____
                                                UNITED STATES DISTRICT JUDGE

*[Proposed] Order Grtg. Mot. re Amicus - 1*
*Case No: 20-cv-00983-TSZ*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

PRESENTED BY:

s/ BRIAN T. HODGES
Brian T. Hodges, WSBA # 31976

s/ SAM SPIEGELMAN
Sam Spiegelman, WSBA # 58212
Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
Telephone: (425) 576-0484
BHodges@pacificlegal.org
SSpiegelman@pacificlegal.org

*Attorneys for Amicus Curiae Pacific Legal Foundation*

*[Proposed] Order Grtg. Mot. re Amicus - 2*
*Case No: 20-cv-00983-TSZ*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*