1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., | Case No. 20-cv-00983 |
|           Plaintiffs, | CITY OF SEATTLE'S RESPONSE TO PACIFIC LEGAL FOUNDATION'S MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
|      v. | |
| CITY OF SEATTLE, | |
|           Defendant. | NOTED ON MOTION CALENDAR: NOVEMBER 18, 2022 |

Defendant City of Seattle does not oppose non-party Pacific Legal Foundation's Motion for Leave to File Brief in Support of Plaintiffs and in Opposition to Defendant's Motion for Summary Judgment (Dkt. No. 148).  The City does, however, wish to respond to the legal arguments contained in Pacific Legal's underlying Amicus Curiae Brief in Support of Plaintiffs and in Opposition to Defendant's Motion for Summary Judgment (Dkt. No. 148-1).  Given the presently pending motions by both parties and the upcoming Thanksgiving holiday, the City respectfully requests that the Court direct that briefs in response to Pacific Legal's amicus curiae brief be filed on or before December 2, 2022.  Undersigned counsel has conferred with counsel for Pacific Legal via email and has been informed that Pacific Legal has no preference for when responses to its amicus brief will be due.

CITY OF SEATTLE'S RESPONSE TO PACIFIC LEGAL
FOUNDATION'S MOTION FOR LEAVE TO FILE BRIEF - 1
(Case No. 20-cv-00983)

DATED this 14th day of November, 2022.

ANN DAVISON
Seattle City Attorney

By: _s/ Joseph Groshong_
  Joseph Groshong, WSBA# 41593
  Assistant City Attorney
  Seattle City Attorney's Office
  701 Fifth Avenue, Suite 2050
  Seattle, WA 98104
  Tel:  (206) 684-8200
  Fax: (206) 684-8284
  Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/ Arthur W. Harrigan, Jr._
By: _s/ Tyler L. Farmer_
By: _s/ Shane P. Cramer_
By: _s/ Erica Iverson_
  Arthur W. Harrigan, Jr., WSBA #1751
  Tyler L. Farmer, WSBA #39912
  Shane P. Cramer, WSBA #35099
  Erica Iverson, WSBA #59627
  999 Third Avenue, Suite 4400
  Seattle, WA 98104
  Tel:  (206) 623-1700
  arthurh@harriganleyh.com
  tylerf@harriganleyh.com
  shanec@harriganleyh.com
  ericai@harriganleyh.com

_Attorneys for City of Seattle_

CITY OF SEATTLE'S RESPONSE TO PACIFIC LEGAL
FOUNDATION'S MOTION FOR LEAVE TO FILE BRIEF - 2
(Case No. 20-cv-00983)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717