HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF SEATTLE,<br><br>          Defendant. | Case No. 20-cv-00983-TSZ<br><br>(PROPOSED) ORDER ON PACIFIC LEGAL FOUNDATION'S MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>**NOTED ON MOTION CALENDAR**:<br>NOVEMBER 18, 2022 |

THIS MATTER came before the Court on Pacific Legal Foundation's Motion for Leave to File Brief in Support of Plaintiffs and in Opposition to Defendant's Motion for Summary Judgment. The Court has considered Pacific Legal Foundation's motion, the City's opposition, and any replies and other filings made in connection therewith.

The Court ORDERS that Pacific Legal Foundation's Motion for Leave to File Brief in Support of Plaintiffs and in Opposition to Defendant's Motion for Summary Judgment be GRANTED.

The Court FURTHER ORDERS that all briefs in response to Pacific Legal's Amicus Curiae Brief in Support of Plaintiffs and in Opposition to Defendant's Motion for Summary Judgment be filed on or before **December 2, 2022**.

(PROPOSED) ORDER ON PACIFIC LEGAL FOUNDATION'S MOTION FOR LEAVE TO FILE BRIEF - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

DATED this ____ day of _____, 2022.

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

ANN DAVISON
Seattle City Attorney

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov


HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Erica Iverson*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Erica Iverson, *Pro Hac Vice*
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    ericai@harriganleyh.com

*Attorneys for City of Seattle*

(PROPOSED) ORDER ON PACIFIC LEGAL FOUNDATION'S MOTION FOR LEAVE TO FILE BRIEF - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717