UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

                        Plaintiffs,

        v.

CITY OF SEATTLE,

                        Defendant.

C20-0983 TSZ

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

        (1)    Oral argument (to be conducted in person, at the United States Courthouse
in Seattle) on Plaintiffs' motion for sanctions, docket no. 104, and Defendant's motions
for sanctions, docket no. 107, and summary judgment, docket no. 111, is SET for
Tuesday, December 13, 2022, at 9:30 a.m.

        (2)    Pacific Legal Foundation's unopposed motion, docket no. 148, for leave to
file amicus curiae brief is GRANTED as follows.  Pacific Legal Foundation's amicus
brief, docket no. 148-1, is accepted and will be considered by the Court.  Any briefs in
response to the amicus brief must be filed on or before December 2, 2022, and shall not
exceed six (6) pages.

        (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

        Dated this 15th day of November, 2022.

                                        Ravi Subramanian
                                        Clerk

                                        s/Laurie Cuaresma
                                        Deputy Clerk

MINUTE ORDER - 1