# EXHIBIT 58



# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, a Washington limited liability company, NORTHWEST LIQUOR AND WINE LLC, a Washington limited liability company, SRJ ENTERPRISES, d/b/a CAR TENDER, a Washington corporation, THE RICHMARK COMPANY d/b/a RICHMARK LABEL, a Washington company, ONYX HOMEOWNERS ASSOCIATION, a Washington registered homeowners association, WADE BILLER, an individual, MADRONA REAL ESTATE SERVICES LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS IV LLC, a Washington limited liability company, MADRONA REAL ESTATE INVESTORS VI LLC, a Washington limited liability company, 12TH AND PIKE ASSOCIATES LLC, a Washington limited liability company, REDSIDE PARTNERS LLC, a Washington limited liability | **Case No. 2:20-cv-00983 TSZ** |

*Expert Report of Arik K. Van Zandt, ASA, CDBV*

company, OLIVE ST APARTMENTS LLC, a Washington limitedliability corporation, BERGMAN'S LOCK AND KEY SERVICES LLC, a Washington limited liability company, MATTHEW PLOSZAJ, an individual, SWAY AND CAKE LLC, a Washington limited liability company, SHUFFLE LLC d/b/a Cure Cocktail, a Washington limited liability company, on behalf of themselves and others similarly situated,

                Plaintiffs,

v.

CITY OF SEATTLE,

                Defendant.

# Expert Report of
# Arik K. Van Zandt, ASA, CDBV

**April 28, 2022**

*Expert Report of Arik K. Van Zandt, ASA, CDBV*

people. And I'm not really sure how any of -- looking at any other properties has any relevance to us moving. The reason we moved was to get the hell out of there, to stop having guns pointed at me, and to stop being threatened every single day. That is the reason we moved Car Tender. We had customers that stopped coming to our business because they were afraid for their lives, afraid for their property, afraid to come to our business because of where it was located."[52]

87. After CHOP started, Mr. McDermott received a tip from a friend about a potentially suitable property in Shoreline. At that point he had not looked at alternative locations from January to June 2020.[53]

88. Car Tender's economic damages include expenses incurred to cleanup property damage, expenses incurred for its move to the Shoreline location, expenses related to advertising and marketing at its new location, as well as potential lost profits. The extra expenses would not have had to be paid but for the events of CHOP.

89. In his damages claim, Mr. McDermott estimated such expenses at $47,300, as reproduced in the following table:[54]

| | |
|---|---:|
| Damage to Building & Windows | $ 1,000 |
| Rekey Building | 1,059 |
| Rekey Car Locks | 1,000 |
| Cleaning of Front Counter Area | 441 |
| Fence Repairs Estimate | 2,800 |
| Partial Moving Expenses | 16,000 |
| Partial Marketing Expenses | 25,000 |
| **Total** | **$ 47,300** |

---

[52] Deposition of John McDermott, pages 76-77.
[53] Deposition of John McDermott, pages 69-70.
[54] See CHOP-0052489