# EXHIBIT 60

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 20-cv-00983-TSZ |
| | ) |
| CITY OF SEATTLE, | ) |
| | ) |
| Defendant. | ) |

_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION

UPON ORAL EXAMINATION OF

SETH W. STOUGHTON

_____

Columbia, South Carolina

(All participants appeared via videoconference.)

DATE TAKEN: AUGUST 30, 2022

REPORTED BY: CINDY M. KOCH, RPR, CRR, CCR #2357

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Page 113

1  unreasonable is, at what point do the costs outweigh the
2  benefits now.
3      Q.  Putting aside what I think you said were just
4  clearly immoral, unreasonable decisions, I assume, like,
5  you know, opening fire on the entire crowd or
6  something --
7      A.  Yeah, exactly.  Getting in the windows and
8  shooting everybody in the crowd.
9      Q.  Sure.
10     A.  Well, that's not a realistic option.  Right?
11 That's not a --
12     Q.  Putting --
13     A.  -- reasonable option.
14     Q.  Putting aside those obviously unreasonable
15 options, can you think of anything -- given the
16 principles you're applying, can you think of any
17 response by the police on July 8th that would have been
18 unreasonable?
19     A.  Oh, sure, yeah.  Things that would have been
20 unreasonable.  You don't have barricades anymore, so
21 you're going to send a line of officers who are
22 exhausted after a week, may lack appropriate equipment,
23 out to stand shoulder to shoulder with no barricades at
24 all in front of this aggressive crowd who is foreseeably
25 going to become confrontational and violent.

1   ==Well, that's -- that's a bad idea.  The -- the==
2   ==benefits of doing so are, you know, at -- at best==
3   ==minuscule, and the costs of doing so, the risks of doing==
4   ==so are quite significant.  So that would have been a --==
5   ==an unreasonable decision, sure.==
6       Q.   Any other scenarios that you can think of that
7   would have been unreasonable?
8       A.   Oh, I'm sure there are.  I mean, you know,
9   the -- the -- I -- I'm sure I can come up with a number
10  of hypotheticals that I say, well, that would be over
11  the line.  They shouldn't have done that.
12           You know, same idea, but now, okay, we're going
13  to try and push this crowd of however many thousands of
14  protesters back with the limited number of officers we
15  have.
16           Well, that's not going to work, and highly
17  likely to escalate and exacerbate the situation.  Or,
18  you know, we're -- we're going to -- I don't know.
19  We're going to pull back and turn things over to the --
20  the National Guard, who has no experience dealing with
21  this type of situation.  Right?
22           Well, that's probably not the best decision
23  either.  Right?  You -- you can't just abandon your
24  operational engagement, even if you're tactically
25  withdrawing.

Page 192

1         C E R T I F I C A T E
2
3    STATE OF WASHINGTON
4    COUNTY OF PIERCE
5
6         I, Cindy M. Koch, a Certified Court Reporter in
7    and for the State of Washington, do hereby certify that
8    the foregoing transcript of the deposition of Seth W.
9    Stoughton, having been duly sworn, on August 30, 2022,
10   is true and accurate to the best of my knowledge, skill
11   and ability.
12        IN WITNESS WHEREOF, I have hereunto set my hand
13   and seal this 1st day of September, 2022.
14
15
16   _____
17        CINDY M. KOCH, CCR, RPR, CRR #2357
18
19   My commission expires:
20   JUNE 9, 2026
21
22
23
24
25



# E R R A T A

**CASE NAME:** Hunters Capital, LLC v. City of Seattle

**DATE TAKEN:** 8/30/2022

**WITNESS:** Seth W. Stoughton

## CORRECTIONS

| Page | Line | Now Reads | Should Read |
|---|---|---|---|
| 56 | 24 | TOD [sic] | DOT |
| 98 | 23-24 | to serve and protect | "To Serve and Protect" |
| 104 | 14 | the City's streets say | City Streets says |
| 147 | 1 | force, that don't | force. That doesn't |
| 147 | 1 | sometimes use force | officers sometimes have to use force |
| 161 | 10 | about thousand-plus | about a thousand-plus |
| 180 | 23 | I'm often in | as often in |
| *passim* | | . Right? | , right? |

_____
Signature of Deponent

1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
708 Market Street, Suite 408  Tacoma, Washington  98402
Seattle 206.287.9066   Tacoma 253.235.0111
e-mail production@buellrealtime.com   www.buellrealtime.com



# D E C L A R A T I O N

CASE NAME:   Hunters Capital, LLC v. City of Seattle

DATE TAKEN:   8/30/2022

WITNESS:   Seth W. Stoughton

I declare under penalty of perjury under the laws of the State of Washington that I have read my within deposition, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the ERRATA flyleaf page hereof.

_____
Seth W. Stoughton

Signed on the __11__ day of __September__, 202_2_.