# EXHIBIT 61

Michael Malone                                    August 22, 2022

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

--------------------------------------------------------

HUNTERS CAPITAL, LLC, et al.,   )

                  Plaintiffs,    )

       vs.                     ) No. 20-cv-00983-TSZ

CITY OF SEATTLE,                )

                  Defendant.     )

--------------------------------------------------------

ZOOM VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION

OF

MICHAEL MALONE

--------------------------------------------------------

ATTENDANCE OF ALL PARTICIPANTS VIA

ZOOM VIDEO CONFERENCE

--------------------------------------------------------

9:00 a.m.

August 22, 2022

REPORTED BY:  Lauren G. Harty, RPR, CCR #2674

Michael Malone                                    August 22, 2022

Page 260

```
 1              And then you use an acronym RIVCO?  I don't
 2   know what that is.  What is RIVCO?
 3       A.   Our -- it's our core values; relationships,
 4   integrity, vision, community, and ownership.
 5       Q.   And those are the -- those are Hunters
 6   Capital's core values?
 7       A.   Yes.
 8       Q.   Okay.
 9            So it -- like its mission statement?
10            MR. REILLY-BATES:  Object to the form.
11       A.   They're -- they're our core values.
12       Q.   (By Mr. Cramer)  Okay.
13            Can you say -- can you say them again for
14   me?
15       A.   Relationships, integrity, vision, community,
16   ownership.
17       Q.   And you say, "RIVCO explicitly implies
18   that...we need to enforce our laws."  And you say,
19   "It's our street, sidewalk and park, all of ours, not
20   BLM or anyone else's."
21            The street is not Hunters Capital's street,
22   correct?
23            MR. REILLY-BATES:  Object to the form.
24       A.   What is it?  Street what?
25       Q.   (By Mr. Cramer)  That it -- you say that it's
```

Michael Malone                                    August 22, 2022

                                                        Page 315

 1                    C E R T I F I C A T E

 2    STATE OF WASHINGTON      )
                               )  ss.
 3    COUNTY OF KING           )

 4          I, the undersigned Washington Certified Court

 5    Reporter, hereby certify that the foregoing deposition

 6    upon oral examination of MICHAEL MALONE was taken

 7    before me on August 22, 2022, and transcribed under my

 8    direction;

 9          That the witness was duly sworn by me pursuant

10    to RCW 5.28.010 to testify truthfully; that the

11    transcript of the deposition is a full, true, and

12    correct transcript to the best of my ability; that I

13    am neither attorney for nor a relative or employee of

14    any of the parties to the action or any attorney or

15    counsel employed by the parties hereto, nor am I

16    financially interested in its outcome;

17          I further certify that in accordance with

18    CR 30(e), the witness was given the opportunity to

19    examine, read, and sign the deposition within 30 days

20    upon its completion and submission, unless waiver of

21    signature was indicated in the record.

22          IN WITNESS WHEREOF, I have hereunto set my hand

23    this 29th day of August, 2022.

24

25                         LAUREN G. HARTY, CCR #2674