# EXHIBIT 62

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,        )
       Plaintiffs,                  )
 vs.                                  ) No. 20-cv-00983-TSZ
CITY OF SEATTLE,                     )
       Defendant.                   )
_____

ZOOM VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

MATTHEW PLOSZAJ

_____

10:30 a.m.

June 10, 2021

*** This transcript is marked confidential. ***

REPORTED BY:  Pat Lessard, CCR #2104

Page 67

```
 1        Q.   To the best of your knowledge of the area is
 2   this an accurate map of the area surrounding your
 3   apartment?
 4        A.   Yeah, yeah.  It looks about right.  I see
 5   Cal Anderson, sure.
 6        Q.   So do you rent your apartment at 1210 East
 7   Pine Street?
 8        A.   Yes.
 9        Q.   And do you have a lease?
10        A.   Yes.
11        Q.   What's the term of your lease?
12        A.   I believe it's a year term and after the
13   year it auto renews monthly.
14             And I believe I last signed it for the first
15   term, I think that dates back a few years ago, so
16   maybe 2017.
17        Q.   You've been month to month since
18   approximately 2017?
19        A.   Yeah.  And before that it would have been
20   the same and we re-signed in 2017.
21        Q.   What's your monthly rent?
22        A.   [Redacted].
23        Q.   Do you have any roommates?
24        A.   No roommates.
25        Q.   [Redacted]
```

Page 161

```
 1                    C E R T I F I C A T E
 2     STATE OF WASHINGTON   )
                             ) ss.
 3     COUNTY OF KING        )
 4           I, the undersigned Washington Certified Court
 5     Reporter, hereby certify that the foregoing deposition upon
 6     oral examination of MATTHEW PLOSZAJ was taken
 7     stenographically by me on June 10, 2021, and transcribed
 8     under my direction;
 9             That the witness was duly sworn by me pursuant to
10     RCW 5.28.010 to testify truthfully; that the transcript of
11     the deposition is a full, true, and correct transcript to
12     the best of my ability; that I am neither attorney for nor
13     relative or employee of any of the parties to the action or
14     any attorney or counsel employed by the parties hereto, nor
15     am I financially interested in its outcome.
16             I further certify that in accordance with
17     CR 30(e) the witness was given the opportunity to examine,
18     read and sign the deposition within 30 days upon its
19     completion and submission, unless waiver of
20     signature was indicated in the record.
21        IN WITNESS WHEREOF, I have hereunto set my hand this
22     15th day of June, 2021.
23
                        Pat Lessard
24                      Pat Lessard,
                        pat@court-reporter.com
25
```