HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 20-cv-00983 <br><br> SUPPLEMENTAL DECLARATION OF SHANE P. CRAMER IN SUPPORT OF CITY OF SEATTLE'S REPLY IN SUPPORT OF MOTION FOR SPOLIATION SANCTIONS AGAINST PLAINTIFFS HUNTERS CAPITAL; RICHMARK LABEL; MATTHEW PLOSZAJ; CAR TENDER; BERGMAN'S LOCK & KEY; WADE BILLER; AND ONYX HOMEOWNERS ASSOCIATION |

I, Shane P. Cramer, declare as follows:

1. I am one of the attorneys representing the City of Seattle in this action. I am over age 18, competent to be a witness, and making this declaration based on facts within my own personal knowledge.

2. **Exhibits 1 through 25** were attached to my September 29, 2022 Declaration in Support of City of Seattle's Motion for Spoliation Sanctions against Plaintiffs Hunters Capital; Richmark Label; Matthew Ploszaj; Car Tender; Bergman's Lock & Key; Wade Biller; and Onyx Homeowners Association (Dkt. 108), and have not been attached hereto.

3. Attached as **Exhibit 26** is a true and correct copy of excerpts from Plaintiff Wade

SUPPLEMENTAL DECLARATION OF SHANE P. CRAMER IN SUPPORT OF CITY OF SEATTLE'S REPLY IN SUPPORT OF MOTION FOR SPOLIATION SANCTIONS - 1
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Biller's Answers and Responses to Defendant City of Seattle's First Discovery Requests, dated January 15, 2021.

4. Attached as **Exhibit 27** is a true and correct copy of excerpts from Plaintiff Onyx Homeowners Association's Answers and Responses to Defendant City of Seattle's First Discovery Requests, dated January 15, 2021.

5. Attached as **Exhibit 28** is a true and correct copy of excerpts from the deposition of Lonnie Thompson, taken in this matter on May 4, 2021.

6. Attached as **Exhibit 29** is a true and correct copy of excerpts from the deposition of Wade Biller, taken in this matter on December 10, 2021.

7. It is my understanding that my office worked with certain City employees to collect and produce text messages from their personal phones where we were aware that the employees used their personal phones to regularly send and receive work-related text messages, including producing texts from City employee Michael Wells' personal phone on or about May 31, 2021 and producing texts from City employee Chris Fisher's personal phone on or about August 18, 2022.

8. Attached as **Exhibit 30** is a true and correct copy of excerpts from the deposition of Brandon Leatha, taken in this matter on September 16, 2022.

9. Attached as **Exhibit 31** is a true and correct copy of an email dated June 27, 2020 from plaintiffs' counsel, Angelo Calfo, to several plaintiffs including Bill Donner, attaching a letter to the City of Seattle dated the same day. This document has been produced in this matter by Plaintiffs under Bates number CHOP-0052234-CHOP-0052237.

10. Attached as **Exhibit 32** is a true and correct copy of excerpts from the deposition of Matthew Ploszaj, taken in this matter on June 10, 2021.

11. Attached as **Exhibit 33** is a true and correct copy of excerpts from the deposition of John McDermott, taken in this matter on January 19, 2022.

12. It is my understanding that Bergman's Lock & Key produced no emails or texts in

SUPPLEMENTAL DECLARATION OF SHANE P. CRAMER IN SUPPORT OF CITY OF SEATTLE'S REPLY IN SUPPORT OF MOTION FOR SPOLIATION SANCTIONS - 2
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  discovery in this action.

2        13.    Attached as **Exhibit 34** is a true and correct copy of excerpts from Plaintiff Car Tender's Answers and Responses to Defendant City of Seattle's First Discovery Requests dated January 15, 2021.

5        14.    Attached as **Exhibit 35** is a true and correct copy excerpts from the Local Government Common Records Retention Schedule (CORE) version 4.2 dated August 2021.  This document was collected from the State of Washington Secretary of State website at https://www2.sos.wa.gov/_assets/archives/recordsmanagement/local-government-common-records-retention-schedule-core-v.4.2-(august-2021).pdf on November 15, 2022.

10        15.    Attached as **Exhibit 36** is a true and correct copy of excerpts from the deposition of LaRisa DeYoung, taken in this matter on September 19, 2022.

12        16.    Attached as **Exhibit 37** is a true and correct copy of the City's August 19, 2022 notice of intent to serve a subpoena on LaRisa DeYoung, attaching a copy of the City's subpoena to Ms. DeYoung for testimony and documents, which was served on Ms. DeYoung's counsel, Morgan Lewis & Bockius (*i.e.* Plaintiffs' counsel), on August 19, 2022.

      I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

      DATED this 15th day of November 2022, at Seattle, Washington.

*s/ Shane P. Cramer*
SHANE P. CRAMER

SUPPLEMENTAL DECLARATION OF SHANE P. CRAMER IN SUPPORT OF CITY OF SEATTLE'S REPLY IN SUPPORT OF MOTION FOR SPOLIATION SANCTIONS - 3
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717