# EXHIBIT 26

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

          Plaintiffs,

    v.

CITY OF SEATTLE,

          Defendant.

Case No. 20-cv-00983

PLAINTIFF WADE BILLER'S ANSWERS AND RESPONSES TO DEFENDANT CITY OF SEATTLE'S FIRST DISCOVERY REQUESTS

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, Plaintiff Wade Biller ("Plaintiff") hereby responds and objects to Defendant City of Seattle's ("Defendant" or the "City") First Discovery Requests containing Defendant's first sets of Interrogatories and Requests for Production.  No admissions of any nature whatsoever are implied or should be inferred from the answers, responses, and objections set forth below.  Plaintiff has answered these requests based on his current knowledge and understanding with respect to the matters addressed in the requests.  Discovery in this action is on-going.  Plaintiff reserves his right to alter, supplement, modify, or otherwise amend his responses as necessary or appropriate.

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

have no relevance to the claims or defenses in this case.  Plaintiff further objects to this request in so far is calls for production of documents not in Plaintiff's possession or documents that are otherwise publicly available and equally available to the City.

Without waiving any objection, and subject to continuing investigation, Plaintiff will conduct a reasonable search for documents in his possession relevant to the claims and defenses in this case and will produce responsive, non-privileged documents, if any, within a reasonable time, on a rolling basis.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all documents (including without limitation emails and texts) reflecting any communications between any plaintiff and any other person or business concerning any of the CHOP activities alleged in the complaint.

**RESPONSE:**

Plaintiff objects to this request as vague, ambiguous, overly broad, unduly burdensome, and duplicative in so far as it calls for the production of "all" documents and communications involving any person, plaintiff, or business.  Plaintiff further objects to this request in so far is calls for production of documents not in Plaintiff's possession or documents that are otherwise publicly available and equally available to the City.

Without waiving any objection, and subject to continuing investigation, Plaintiff will conduct a reasonable search for documents relevant to the claims and defenses in this case and will produce responsive, non-privileged documents, if any, within a reasonable time, on a rolling basis.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all documents reflecting any damages you claim to have suffered as a result of any "lack of public-safety assistance" alleged in the complaint.

**RESPONSE:**

Plaintiff objects to this request as vague, ambiguous, overly broad, unduly burdensome,

PLAINTIFF WADE BILLER'S ANSWERS AND
RESPONSES TO DEFENDANT CITY OF
SEATTLE'S FIRST DISCOVERY REQUESTS
Case No. 20-cv-00983 - 14

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

Please produce all documents referenced or identified in Plaintiffs' Initial Disclosures dated September 28, 2020.

**RESPONSE:**

Plaintiff objects to this request as vague, ambiguous, overly broad, unduly burdensome, and duplicative. Without waiving any objection, and subject to continuing investigation, Plaintiff will conduct a reasonable search for documents relevant to the claims and defenses in this case and will produce responsive, non-privileged documents, if any, within a reasonable time, on a rolling basis.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce all documents you used to calculate the damages you claim in this case and all documents reflecting those calculations.

**RESPONSE:**

Plaintiff objects to this request as vague, ambiguous, overly broad, unduly burdensome, and duplicative. Plaintiff further objects to this request in so far as it calls for the production of documents protected by attorney client privilege or attorney work product doctrine. Without waiving any objection, and subject to continuing investigation, Plaintiff will conduct a reasonable search for documents relevant to the claims and defenses in this case and will produce responsive, non-privileged documents, if any, within a reasonable time, on a rolling basis.

DATED this 15th day of January, 2021.

By */s Patty A. Eakes*
  Patricia A. Eakes, WSBA #18888
  Angelo J. Calfo, WSBA #27079
  Tyler S. Weaver, WSBA #29413
  Andrew DeCarlow, WSBA #54471
  Henry Phillips, WSBA #55152
  1301 Second Avenue, Suite 2800
  Seattle, WA 98101
  Phone: (206) 407-2200

PLAINTIFF WADE BILLER'S ANSWERS AND
RESPONSES TO DEFENDANT CITY OF
SEATTLE'S FIRST DISCOVERY REQUESTS
Case No. 20-cv-00983 - 20

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

Fax:    (206) 407-2224
Email:  pattye@calfoeakes.com
angeloc@calfoeakes.com
tylerw@calfoeakes.com
andrewd@calfoeakes.com
henryp@calfoeakes.com

*Attorneys for Plaintiffs*

PLAINTIFF WADE BILLER'S ANSWERS AND
RESPONSES TO DEFENDANT CITY OF
SEATTLE'S FIRST DISCOVERY REQUESTS
Case No. 20-cv-00983 - 21

1    RESPONSES dated this __11th__ day of __January_____, 2021.

2                                          WADE BILLER

3                                          By:_____

4

5

6                              **VERIFICATION**

7    STATE OF WASHINGTON  )
                          ) ss.
8    COUNTY OF KING       )

9          WADE BILLER, being duly sworn, on oath says:

10         I have read the foregoing answers to interrogatories and responses to requests for

11   production in THE CITY OF SEATTLE'S FIRST DISCOVERY REQUESTS TO WADE

12   BILLER, know the contents thereof, and believe the same to be true and accurate.

13                                _____

14

15         SUBSCRIBED AND SWORN TO before me this _____ day of _____,

16   2021.

17                          _____
                            [PRINT NAME] _____
18                          NOTARY PUBLIC in and for the State of Washington,
                            residing at _____
19                          My appointment expires: _____

20

21

22

23

24

25

PLAINTIFF WADE BILLER'S ANSWERS AND
RESPONSES TO DEFENDANT CITY OF
SEATTLE'S FIRST DISCOVERY REQUESTS
Case No. 20-cv-00983 - 22