# EXHIBIT 27

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 20-cv-00983 <br><br> PLAINTIFF ONYX HOMEOWNERS ASSOCIATION'S ANSWERS AND RESPONSES TO DEFENDANT CITY OF SEATTLE'S FIRST DISCOVERY REQUESTS |

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, Plaintiff Onyx Homeowners Association ("Onyx" or "Plaintiff") hereby responds and objects to Defendant City of Seattle's ("Defendant" or the "City") First Discovery Requests containing Defendant's first sets of Interrogatories and Requests for Production.  No admissions of any nature whatsoever are implied or should be inferred from the answers, responses, and objections set forth below.  Plaintiff has answered these requests based on its current knowledge and understanding with respect to the matters addressed.  Discovery in this action is on-going.  Plaintiff reserves its right to alter, supplement, modify, or otherwise amend its responses as necessary or appropriate.

PLAINTIFF ONYX HOMEOWNERS
ASSOCIATION'S ANSWERS AND RESPONSES
TO DEFENDANT CITY OF SEATTLE'S FIRST
DISCOVERY REQUESTS
Case No. 20-cv-00983 - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

have no relevance to the claims or defenses in this case. Plaintiff further objects to this request in so far is calls for production of documents not in Plaintiff's possession or documents that are otherwise publicly available and equally available to the City.

Without waiving any objection, and subject to continuing investigation, Plaintiff will conduct a reasonable search for documents in its possession relevant to the claims and defenses in this case and will produce responsive, non-privileged documents, if any, within a reasonable time, on a rolling basis.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all documents (including without limitation emails and texts) reflecting any communications between any plaintiff and any other person or business concerning any of the CHOP activities alleged in the complaint.

**RESPONSE:**

Plaintiff objects to this request as vague, ambiguous, overly broad, unduly burdensome, and duplicative in so far as it calls for the production of "all" documents and communications involving any person, plaintiff, or business. Plaintiff further objects to this request in so far is calls for production of documents not in Plaintiff's possession or documents that are otherwise publicly available and equally available to the City.

Without waiving any objection, and subject to continuing investigation, Plaintiff will conduct a reasonable search for documents relevant to the claims and defenses in this case and will produce responsive, non-privileged documents, if any, within a reasonable time, on a rolling basis.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all documents reflecting any damages you claim to have suffered as a result of any "lack of public-safety assistance" alleged in the complaint.

**RESPONSE:**

Plaintiff objects to this request as vague, ambiguous, overly broad, unduly burdensome,

PLAINTIFF ONYX HOMEOWNERS
ASSOCIATION'S ANSWERS AND RESPONSES
TO DEFENDANT CITY OF SEATTLE'S FIRST
DISCOVERY REQUESTS
Case No. 20-cv-00983 - 14

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

1  and will produce responsive, non-privileged documents, if any, within a reasonable time, on a
2  rolling basis.
3
4  DATED this 15th day of January, 2021.
5
By */s Patty A. Eakes*
   Patricia A. Eakes, WSBA #18888
   Angelo J. Calfo, WSBA #27079
   Tyler S. Weaver, WSBA #29413
   Andrew DeCarlow, WSBA #54471
   Henry Phillips, WSBA #55152
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Phone: (206) 407-2200
   Fax:    (206) 407-2224
   Email:  pattye@calfoeakes.com
           angeloc@calfoeakes.com
           tylerw@calfoeakes.com
           andrewd@calfoeakes.com
           henryp@calfoeakes.com

*Attorneys for Plaintiffs*

PLAINTIFF ONYX HOMEOWNERS
ASSOCIATION'S ANSWERS AND RESPONSES
TO DEFENDANT CITY OF SEATTLE'S FIRST
DISCOVERY REQUESTS
Case No. 20-cv-00983 - 25

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

RESPONSES dated this  11th  day of  January , 2021.

ONYX HOMEOWNERS ASSOCIATION

By: _____[signature]_____

Its: Board President

## VERIFICATION

STATE OF WASHINGTON )
                                              ) ss.
COUNTY OF KING              )

   Wade Biller                   , being duly sworn, on oath says:

That he/she is the  Board President  of ONYX HOMEOWNERS ASSOCIATION; that he/she has read the answers and responses to CITY OF SEATTLE'S FIRST DISCOVERY REQUESTS TO PLAINTIFF ONYX HOMEOWNERS ASSOCIATION, knows the contents thereof and believes the same to be true and correct.

_____

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2021.

_____
[PRINT NAME] _____
NOTARY PUBLIC in and for the State of Washington,
residing at _____
My appointment expires: _____

PLAINTIFF ONYX HOMEOWNERS
ASSOCIATION'S ANSWERS AND RESPONSES
TO DEFENDANT CITY OF SEATTLE'S FIRST
DISCOVERY REQUESTS
Case No. 20-cv-00983 - 26

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224