# EXHIBIT 28

LONNIE THOMPSON
5/4/2021

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,  )
                               )
           Plaintiffs,         )
                               )
      vs.                      ) No. 20-cv-00983-TSZ
                               )
CITY OF SEATTLE,               )
                               )
           Defendant.          )
_____

Zoom 30(b)6 Video Deposition Upon Oral Examination

Of

LONNIE THOMPSON
_____

DATE:  Tuesday, May 4, 2021

REPORTED BY:  Mindy L. Suurs, CSR No. 2195

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427 3515 SW Alaska St Seattle WA 98126

Electronically signed by Mindy Suurs (101-257-931-8021)                                    25b1dea6-5462-4263-95dd-96b16ceeea9a7

1  or no?
2      A.   No, I did not.
3      Q.   So you didn't text any of your employees related
4  to the protests?
5      A.   No, the only texting that would have been done
6  would have been, "Don't bother coming to the shop, I'll get
7  this to you this way or coast is clear, things are looking
8  good" kind of thing.  It was more directed to what's
9  happening right there at the shop.
10     Q.   So you may have texted about the situation around
11 the shop during the CHOP time period; is that right?
12     A.   But it wouldn't be of any relevance.  You know
13 what I mean?  Would have been, "Shop's open, don't worry
14 about it" kind of thing.  It was all about our safety to
15 each other, or for each other.
16     Q.   Do you delete your texts, or do you still have
17 them?
18     A.   I'm not a very savvy phone user, and I know I've
19 already lost two phones in the last year.
20     Q.   When you lose a phone, do you lose all of the
21 information that was on the last one?
22     A.   Unless my son is able to get it for me, you are
23 correct, I would have lost them.
24     Q.   Have you checked to see whether you have any
25 texts from the time period of the CHOP, June to July of

```
 1   baseball bat?
 2        A.   That would be Matt Oliver.
 3        Q.   Is he an employee of yours?
 4        A.   Yes, he is.
 5        Q.   What happened?
 6        A.   He's the one that lives a half mile from the
 7   shop, and he was walking to work and walked through the
 8   park and was unwelcomed and ended up calling us at the shop
 9   telling us what was going on, and so we went and picked him
10   up at another location so they didn't know he worked at the
11   shop.
12        Q.   Did you ask your employees whether they have any
13   texts or documents or pictures related to the CHOP or the
14   protests in the summer of 2020?
15        A.   I am sure I've been through this before, and I'm
16   pretty sure we didn't have anything between us.
17        Q.   Do you remember asking them or no?
18        A.   Oh, yes, I do remember asking and talking about
19   it, and nobody seemed to care or wanted anything to do with
20   it.
21        Q.   Does that mean that they don't have any records
22   though?
23        A.   Yes, that means no.  I don't -- nobody -- I
24   remember asking -- this was a while ago when we did this,
25   but I remember asking and nobody seemed to have anything.
```

Page 115

1    I, Mindy L. Suurs, the undersigned Certified Court
Reporter, pursuant to RCW 5.28.010, authorized to
2  administer oaths and affirmations in and for the State of
Washington, do hereby certify:
3

4       That the foregoing testimony of LONNIE THOMPSON
was given before me at the time and place stated therein
5  and thereafter was transcribed under my direction;

6       That the sworn testimony and/or proceedings were by me
stenographically recorded and transcribed under my
7  supervision, to the best of my ability;

8       That the foregoing transcript contains a full, true,
and accurate record of all the sworn testimony and/or
9  proceedings given and occurring at the time and place
stated in the transcript;
10
       That the witness, before examination, was by me duly
11  sworn to testify the truth, the whole truth, and nothing
but the truth;
12
       That I am not a relative, employee, attorney, or
13  counsel of any party to this action or relative or employee
of any such attorney or counsel and that I am not
14  financially interested in the said action or the outcome
thereof;

15

16  DATE:  May 6, 2021

17

18

19

20

21                    _____
                      Mindy L. Suurs
22                    Certified Court Reporter #2195

23

24

25

Page 114

1   I declare that I have read my within deposition,
2   taken on Tuesday, May 4, ~~2016~~ 2021, and the same is true and
3   correct save and except for changes and/or corrections, if
4   any, as indicated by me on the "CORRECTIONS" flyleaf page
5   hereof.
6         Signed in ___Seattle___, Washington,
7   this __17th__ day of ___May___, ~~2016.~~ 2021

_____
LONNIE THOMPSON

24              REPORTER'S CERTIFICATE



### Rough & Associates
*Incorporated*
COURT REPORTERS

206.682.1427   fax 206.937.6236

Please record any changes or corrections on this sheet, indicating page number, line number, and reason for the change.

Page   Line                              Correction and Reason

_(Signature here and on deposition)_