# EXHIBIT 29

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,   )
                                )
            Plaintiffs,         )
                                )
        vs.                     )   No. 20-cv-00983-TSZ
                                )
CITY OF SEATTLE,                )
                                )
            Defendant.          )
_____

ZOOM 30(b)6 Deposition Upon Oral Examination

Of

WADE BILLER - ONYX HOMEOWNERS ASSOCIATION
_____

DATE:  Friday, December 10, 2021

REPORTED BY:  Mindy L. Suurs, CSR No. 2195

WADE BILLER
12/10/2021

Page 10

1    Q.   And how many people are on the board of the Onyx?
2    A.   There's currently five, including myself.
3    Q.   And is that the standard number of directors that
4    there always are?
5    A.   That's the number allowed.  In the past we've had
6    three was default, and we changed the bylaw -- or we
7    changed the declaration to allow five for better
8    representation.
9    Q.   And when did you change the declaration?
10   A.   I would say three years ago maybe.  I don't know
11   right offhand.
12   Q.   But before summer of 2020?
13   A.   Absolutely, yes.
14   Q.   And who were the five -- who were the four other
15   directors besides you?
16   A.   I don't know their names exactly.  I know there's
17   Faizel Khan, there is Devin Wakefield, there is Clint
18   Zaner, and then there is another gentleman -- I can never
19   pronounce his name correctly, so I'm not going to mess it
20   up here.
21   Q.   What is --
22   A.   I can't --
23   Q.    -- so that I can figure out who it is?
24   A.   Demas, D-e-m-a-s.
25   Q.   And that's first name or last name?

WADE BILLER
12/10/2021

Page 11

```
 1         A.   That's the first name.
 2         Q.   And when -- can you recall when the elections for
 3   directors are?
 4         A.   It's once a year, and it changes depending on,
 5   you know, ongoing events that particular year.  This year
 6   it's in December.  Typically it's -- we have it the first
 7   quarter, so typically it's by March, but the board can
 8   decide to have it after that.
 9         Q.   And are the five directors whose names you
10   provided me, which includes you -- are those the same five
11   directors who were in place in June 2020?
12         A.   No, we've picked up two directors since then:
13   The Clint Zaner and the gentleman I mentioned as his first
14   name being Demas.
15         Q.   So prior to the three directors, were you, Devin
16   Wakefield, and Faizel Khan?
17         A.   Faizel Khan.
18         Q.   Faizel Khan?
19         A.   Correct.
20         Q.   And what's your role on the board?  Do you have
21   positions?
22         A.   We do have positions:  Secretary, president, and
23   treasurer currently.
24         Q.   What is your your role?
25         A.   My role is president.
```

1                    REPORTER'S CERTIFICATE
2
3          I, Mindy L. Suurs, the undersigned Certified Court
    Reporter, pursuant to RCW 5.28.010, authorized to
4   administer oaths and affirmations in and for the State of
    Washington, do hereby certify:
5
6          That the foregoing testimony of WADE BILLER  was given
    before me at the time and place stated therein and
7   thereafter was transcribed under my direction;
8          That the sworn testimony and/or proceedings were by me
    stenographically recorded and transcribed under my
9   supervision, to the best of my ability;
10         That the foregoing transcript contains a full, true,
    and accurate record of all the sworn testimony and/or
11  proceedings given and occurring at the time and place
    stated in the transcript;
12
           That the witness, before examination, was by me duly
13  sworn to testify the truth, the whole truth, and nothing
    but the truth;
14
           That I am not a relative, employee, attorney, or
15  counsel of any party to this action or relative or employee
    of any such attorney or counsel and that I am not
16  financially interested in the said action or the outcome
    thereof;
17
    DATE:   December 20, 2021
18
19
20
21
                            _____
22                          *Mindy L. Suurs* (signature)
                            Mindy L. Suurs
23                          Certified Court Reporter #2195
24
25

WADE BILLER
12/10/2021

Page 233

1        S I G N A T U R E

2

3        I declare that I have read my within deposition,
4   taken on Friday, December 10, 2021, and the same is true
5   and correct save and except for changes and/or corrections,
6   if any, as indicated by me on the "CORRECTIONS" flyleaf
7   page hereof.
8           Signed in  Seattle                 , Washington,
9   this  27th     day of  December          , 2021.
10
11
12
13
14                          _____
15                          WADE BILLER
16
17
18
19
20
21
22
23
24
25

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427   3515 SW Alaska St Seattle WA 98126

# Rough & Associates
## Incorporated
### COURT REPORTERS

206.682.1427    fax 206.937.6236

Please record any changes or corrections on this sheet, indicating page number, line number, and reason for the change.

| Page | Line | Correction and Reason |
|------|------|----------------------|
| 10   | 18   | Clint Zaner is correctly spelled Clint Saner |
| 11   | 13   | Clint Zaner is correctly spelled Clint Saner |
| 30   | 4    | Q indicating Question should actully be A indicating Answer |
| 200  | 6    | Bernesta is correctly spelled Vernesta |
| 222  | 10   | oh, Mari is correctly spelled Omari |
| 228  | 15   | Lamon is correctly spelled Malone |

_____
(Signature here and on deposition)