# EXHIBIT 30

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,    )
                                 )
            Plaintiffs,          )
                                 )
   vs.                           )    20-cv-00983-TSZ
                                 )
City of Seattle,                 )
                                 )
            Defendant.           )
_____

VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION UPON ORAL
                       EXAMINATION

                          OF

                    BRANDON LEATHA
_____

ATTENDANCE OF ALL PARTICIPANTS VIA ZOOM VIDEO CONFERENCE
_____

DATE:  September 16th, 2022
REPORTED BY:  Alisha Natasha Conley, RSR, CCR, 22019322

Page 16

 1        Q.   Okay.  Can you tell me in what way you were
 2   involved in plaintiff's electronic discovery records?
 3        A.   I was involved in the preservation of certain
 4   information for mobile devices.
 5        Q.   And what did you do to -- to participate in
 6   that?
 7        A.   I collected information from a cell phone and
 8   cloud account.
 9        Q.   Of -- of who?
10        A.   The cell phone -- I would need one minute to
11   reflect on the name of the individual.  I believe it was
12   Ms. Stephanie Moore's, and the cloud account was --
13   sorry, I'm -- the name is escaping me.  The individual
14   for Hunters Capital.
15        Q.   Was it Mike Malone?
16        A.   Thank you.  Mr. Malone.
17        Q.   And were you able to retrieve any data from
18   Mr. Malone's cloud account?
19        A.   Yes, I was.
20        Q.   And was it an iCloud?
21        A.   Yes, it was.
22        Q.   And what -- what information were you able to
23   retrieve from Mr. Malone's iCloud account?
24        A.   I retrieved certain backups from Mr. Malone's
25   iCloud account which included information from his

```
 1                    C E R T I F I C A T E
 2
     STATE OF DELAWARE    )
 3                        ) ss
     NEW CASTLE COUNTY    )
 4
 5             I, the undersigned Washington Certified
     Court Reporter, hereby certify:
 6
               That the foregoing deposition upon oral
 7   examination of the witness named herein was taken
     stenographically before me and transcribed under my
 8   direction;
 9             That the witness was duly sworn by me
     pursuant to RCW 5.28.010 to testify truthfully;
10
               That the transcript of the deposition is a
11   full, true and correct transcript to the best of my
     ability;
12
               That I am neither an attorney for, nor a
13   relative or employee of any of the parties to the action
     or any attorney or counsel employed by the parties
14   hereto, nor financially interested in its outcome.
15             I further certify that in accordance with
     CR 30(e), the witness was given the opportunity to
16   examine, read, and sign the deposition, within 30 days
     upon its completion and submission, unless waiver of
17   signature was indicated in the record.
18
19
20
21          _____
            Alisha Natasha Conley, RSR, CCR
22          Washington Certified Court Reporter No. 22019322
            License effective until: 07/26/2023
23
24
25
```