# EXHIBIT 32

MATTHEW PLOSZAJ
6/10/2021

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

HUNTERS CAPITAL, LLC, et al.,     )
       Plaintiffs,               )
  vs.                             ) No. 20-cv-00983-TSZ
CITY OF SEATTLE,                  )
       Defendant.                )
_____

ZOOM VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

MATTHEW PLOSZAJ

_____

10:30 a.m.

June 10, 2021

*** This transcript is marked confidential. ***

REPORTED BY:  Pat Lessard, CCR #2104

Page 131

```
 1     A.   Have I sat insurance approval?
 2     Q.   Sought insurance approval.
 3     A.   Sought.  I have not sought insurance
 4   approval.  What is insurance approval?
 5     Q.   You don't know what insurance approval is?
 6     A.   I don't.
 7          MR. REILLY-BATES:  Counsel, that's
 8   unnecessary.
 9          MS. PRATT:  We can take a break now.
10          THE VIDEOGRAPHER:  The time is 4:04 p.m.
11          We're off the record.
12              (Recess.)
13          THE VIDEOGRAPHER:  The time is 4:12 p.m.
14          We're back on the record.
15     Q.   (By Ms. Pratt)  Mr. Ploszaj, what efforts
16   have you made to search for and collect records
17   related to your claims in this case?
18     A.   I have gathered -- you said record -- to
19   search for records to support my claims in this case?
20     Q.   I did not say to support your claims.
21     A.   Okay.
22     Q.   I said what effort have you made to search
23   for and collect records related to your claims in this
24   matter.
25     A.   My records being?
```

Page 132

1      Q.    Any documents, photos, video, text messages,
2   electronic communication or physical communication.
3      A.    Sure.   I've made, I would say, significant
4   efforts.   I've gathered, I've dumped my whole phone
5   onto a drive, including my messages, photos, videos
6   around CHOP.
7            I've gathered emails, letters,
8   correspondence and submitted those as well.
9      Q.    What do you mean you dumped your whole phone
10  onto a drive?
11     A.    I can't recall the specifics but I used some
12  sort of software to download the contents of my phone
13  and extract text messages from it to send somewhere, I
14  don't know where.   And --
15     Q.    Do you have all of your messages?
16     A.    As far as I'm aware.
17     Q.    What type of phone do you have?
18     A.    Oh, I believe it's an iPhone 11.
19     Q.    Is that the same phone you had when you
20  dumped your phone onto a drive?
21     A.    Yes.
22     Q.    What phone did you have before your
23  iPhone 11?
24     A.    I'm a little embarrassed to say, like an
25  iPhone 5.   IPhone 5.

Page 134

 1      A.   Say it again.
 2      Q.   You said you looked through Google Mail
 3 during a certain time period.  Did you use --
 4      A.   Right.
 5      Q.   -- Search?
 6      A.   That's possible.  I can't remember the
 7 specifics.  It's also possible I just looked through
 8 the mail at that point in time, a set point in time.
 9 I think that sounds more like it, but I can't recall
10 specifically.
11      Q.   Why didn't you provide any of your job
12 applications?
13      A.   You know, I didn't say anything about CHOP
14 in my job applications.
15      Q.   Is that the reason why you didn't provide
16 them?
17      A.   I suppose it's a lack of a reason to provide
18 them, maybe, might be a better answer.
19      Q.   Did you delete any text messages?
20      A.   No.
21      Q.   Do you remember exchanging messages with a
22 friend who had told you you could delete messages?
23      A.   I don't recall anything like that.
24      Q.   Your testimony now is that you don't delete
25 any text messages?

Page 135

1           MR. REILLY-BATES:  Objection; asked and
2   answered.
3       Q.  (By Ms. Pratt)  Go ahead.
4       A.  I can't recall deleting anything other than
5   a suspicious looking message from, for example, httpp:
6   forward slash XYZ59.com saying "Click on this for some
7   prize."
8           I think those might be the only things I
9   would have deleted.  And even then, I don't -- I
10  couldn't tell you how to delete a text message.
11      Q.  Did you delete any other documents, meaning
12  emails or any other electronic type of record or any,
13  you know, get rid of any physical record related to
14  your claims in this case?
15      A.  No.
16      Q.  I just dropped an exhibit that was
17  previously marked as Exhibit 8.
18              (Referred Deposition Exhibit No. 8.)
19      Q.  (By Ms. Pratt)  Please let me know when you
20  see that.
21      A.  I see it.
22      Q.  Please open it.
23      A.  Okay.  Okay, it's open.
24      Q.  If you would go to page twelve you'll see
25  your name on the bottom half of the page.

MATTHEW PLOSZAJ
6/10/2021

Page 161

```
 1                    C E R T I F I C A T E

 2    STATE OF WASHINGTON  )
                           ) ss.
 3    COUNTY OF KING       )

 4          I, the undersigned Washington Certified Court

 5    Reporter, hereby certify that the foregoing deposition upon

 6    oral examination of MATTHEW PLOSZAJ was taken

 7    stenographically by me on June 10, 2021, and transcribed

 8    under my direction;

 9          That the witness was duly sworn by me pursuant to

10    RCW 5.28.010 to testify truthfully; that the transcript of

11    the deposition is a full, true, and correct transcript to

12    the best of my ability; that I am neither attorney for nor

13    relative or employee of any of the parties to the action or

14    any attorney or counsel employed by the parties hereto, nor

15    am I financially interested in its outcome.

16           I further certify that in accordance with

17    CR 30(e) the witness was given the opportunity to examine,

18    read and sign the deposition within 30 days upon its

19    completion and submission, unless waiver of

20    signature was indicated in the record.

21        IN WITNESS WHEREOF, I have hereunto set my hand this

22    15th day of June, 2021.

23                        _____
                          Pat Lessard,
24                        pat@court-reporter.com

25
```

ROUGH & ASSOCIATES INC
office@roughandassociates.com    206.682.1427 3515 SW Alaska St Seattle WA 98126