# EXHIBIT 34

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 20-cv-00983 <br><br> PLAINTIFF SRJ ENTERPRISES, d/b/a CAR TENDER'S ANSWERS AND RESPONSES TO DEFENDANT CITY OF SEATTLE'S FIRST DISCOVERY REQUESTS |

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, Plaintiff SRJ Enterprises, d/b/a Car Tender ("SRJ Enterprises" or "Plaintiff") hereby responds and objects to Defendant City of Seattle's ("Defendant" or the "City") First Discovery Requests containing Defendant's first sets of Interrogatories and Requests for Production. No admissions of any nature whatsoever are implied or should be inferred from the answers, responses, and objections set forth below. Plaintiff has answered these requests based on its current knowledge and understanding with respect to the matters addressed in the requests. Discovery in this action is on-going. Plaintiff reserves its right to alter, supplement, modify, or otherwise amend its responses as necessary or appropriate.

PLAINTIFF SRJ ENTERPRISES, d/b/a CAR TENDER'S ANSWERS AND RESPONSES TO DEFENDANT CITY OF SEATTLE'S FIRST DISCOVERY REQUESTS
Case No. 20-cv-00983 - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

have no relevance to the claims or defenses in this case. Plaintiff further objects to this request in so far is calls for production of documents not in Plaintiff's possession or documents that are otherwise publicly available and equally available to the City.

Without waiving any objection, and subject to continuing investigation, Plaintiff will conduct a reasonable search for documents in its possession relevant to the claims and defenses in this case and will produce responsive, non-privileged documents, if any, within a reasonable time, on a rolling basis.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all documents (including without limitation emails and texts) reflecting any communications between any plaintiff and any other person or business concerning any of the CHOP activities alleged in the complaint.

**RESPONSE:**

Plaintiff objects to this request as vague, ambiguous, overly broad, unduly burdensome, and duplicative in so far as it calls for the production of "all" documents and communications involving any person, plaintiff, or business. Plaintiff further objects to this request in so far is calls for production of documents not in Plaintiff's possession or documents that are otherwise publicly available and equally available to the City.

Without waiving any objection, and subject to continuing investigation, Plaintiff will conduct a reasonable search for documents relevant to the claims and defenses in this case and will produce responsive, non-privileged documents, if any, within a reasonable time, on a rolling basis.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all documents reflecting any damages you claim to have suffered as a result of any "lack of public-safety assistance" alleged in the complaint.

**RESPONSE:**

Plaintiff objects to this request as vague, ambiguous, overly broad, unduly burdensome,

PLAINTIFF SRJ ENTERPRISES, d/b/a CAR TENDER'S ANSWERS AND RESPONSES TO DEFENDANT CITY OF SEATTLE'S FIRST DISCOVERY REQUESTS
Case No. 20-cv-00983 - 14

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

business interruptions outside of the geographic area or timeframe at issue in this case and are therefore unrelated to the claims and defenses at issue as well as an immense burden and far out of proportion to the needs of the case.

Without waiving any objection, and subject to continuing investigation, Plaintiff will conduct a reasonable search for documents relevant to the claims and defenses in this case, including documents concerning any closures related to the CHOP or that occurred in buildings affected by the CHOP for the time period requested, and will produce any responsive, non-privileged documents, if any, within a reasonable time, on a rolling basis.

**REQUEST FOR PRODUCTION NO. 30:**

Please produce all documents reflecting the identity of any business opportunities (e.g., prospective engagements, customers, or tenants) you contend that you lost as a result of the CHOP activities alleged in the complaint.

**RESPONSE:**

Plaintiff objects to this request as vague, ambiguous, overly broad, unduly burdensome, and duplicative. Without waiving any objection, and subject to continuing investigation, Plaintiff will conduct a reasonable search for documents relevant to the claims and defenses in this case and will produce responsive, non-privileged documents, if any, within a reasonable time, on a rolling basis.

DATED this 15th day of January, 2021.

By /s Patty A. Eakes
Patricia A. Eakes, WSBA #18888
Angelo J. Calfo, WSBA #27079
Tyler S. Weaver, WSBA #29413
Andrew DeCarlow, WSBA #54471
Henry Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2200

PLAINTIFF SRJ ENTERPRISES, d/b/a CAR TENDER'S ANSWERS AND RESPONSES TO DEFENDANT CITY OF SEATTLE'S FIRST DISCOVERY REQUESTS
Case No. 20-cv-00983 - 24

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

Fax:     (206) 407-2224
Email:  pattye@calfoeakes.com
            angeloc@calfoeakes.com
            tylerw@calfoeakes.com
            andrewd@calfoeakes.com
            henryp@calfoeakes.com

*Attorneys for Plaintiffs*

PLAINTIFF SRJ ENTERPRISES, d/b/a CAR TENDER'S ANSWERS AND RESPONSES TO DEFENDANT CITY OF SEATTLE'S FIRST DISCOVERY REQUESTS
Case No. 20-cv-00983 - 25

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

RESPONSES dated this _____ day of _____, 2021.

SRJ ENTERPRISES, d/b/a CAR TENDER

By:_____

Its:_____

**VERIFICATION**

STATE OF WASHINGTON )
                                            ) ss.
COUNTY OF KING              )

_____, being duly sworn, on oath says:

That he/she is the _____ of SRJ ENTERPRISES, d/b/a CAR TENDER; that he/she has read the answers and responses to CITY OF SEATTLE'S FIRST DISCOVERY REQUESTS TO PLAINTIFF SRJ ENTERPRISES, d/b/a CAR TENDER, knows the contents thereof and believes the same to be true and correct.

_____

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2021.

_____
[PRINT NAME] _____
NOTARY PUBLIC in and for the State of Washington, residing at _____
My appointment expires: _____

PLAINTIFF SRJ ENTERPRISES, d/b/a CAR TENDER'S ANSWERS AND RESPONSES TO DEFENDANT CITY OF SEATTLE'S FIRST DISCOVERY REQUESTS
Case No. 20-cv-00983 - 26

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224