# EXHIBIT 35

**WASHINGTON**
Secretary of State
Washington State Archives

*Local Government Common Records Retention Schedule (CORE)*
*Version 4.2 (August 2021)*

# This schedule applies to: All Local Government Agencies

## Scope of records retention schedule

This records retention schedule authorizes the destruction/transfer of the public records of all local government agencies relating to the common functions of the management of the agency, and management of the agency's assets, finances, human resources, and information resources. It is to be used in conjunction with the other approved schedules that relate to the functions of the agency.

All current approved records retention schedules can be accessed online at: http://www.sos.wa.gov/archives/recordsretentionschedules.aspx.

## Disposition of public records

Public records covered by records series within this records retention schedule must be retained for the minimum retention period as specified in this schedule. Washington State Archives strongly recommends the disposition of public records at the end of their minimum retention period for the efficient and effective management of local resources.

Public records designated as Archival (Permanent Retention) or Non-Archival (with a retention period of "Life of the Agency" or "Permanent") must be appraised by the Washington State Archives before disposition. Public records must not be destroyed if they are subject to ongoing or reasonably anticipated litigation. Such public records must be managed in accordance with the agency's policies and procedures for legal holds. Public records must not be destroyed if they are subject to an existing public records request in accordance with chapter 42.56 RCW. Such public records must be managed in accordance with the agency's policies and procedures for public records requests.

In addition to the minimum retention requirements specified in this schedule, there may be additional (longer) retention requirements mandated by federal, state, and/or local statute, grant agreement, and/or other contractual obligations.

## Revocation of previously issued records retention schedules

All previously approved disposition authorities for records that are covered by this retention schedule are revoked, including those listed in all general and agency unique retention schedules. Local government agencies should take measures to ensure that the retention and disposition of public records is in accordance with current approved records retention schedules.

## Authority

This records retention schedule was approved by the Local Records Committee in accordance with RCW 40.14.070 on August 4, 2021.

*Signature on File* | *Signature on File* | *Signature on File*
--- | --- | ---
For the State Auditor: Al Rose | For the Attorney General: Matt Kernutt | The State Archivist: Steve Excell

**WASHINGTON**
Secretary of State
Washington State Archives

*Local Government <u>Common</u> Records Retention Schedule (CORE)*
*Version 4.2 (August 2021)*

# 6. RECORDS WITH MINIMAL RETENTION VALUE (TRANSITORY RECORDS)

This section covers records created or received by the agency which are typically of short-term, temporary informational use.

| DISPOSITION AUTHORITY NUMBER (DAN) | DESCRIPTION OF RECORDS | RETENTION AND DISPOSITION ACTION | DESIGNATION |
|---|---|---|---|
| GS50-02-02 Rev. 1 | **Agency-Generated Forms and Publications – Copies**<br>Blank forms and duplicate copies of publications, <u>provided</u> the agency retains the primary record in accordance with the current approved minimum retention period and that the forms are not required for audit or accountability purposes.<br><br>Includes, but is not limited to:<br>• Reports, catalogs, brochures, calendars, posters;<br>• Multi-media presentations (videos, CDs, etc.).<br><br>Excludes records covered by:<br>• *Forms – Accountable (DAN GS2010-011)*;<br>• *Forms – Master Set (DAN GS2010-012)*;<br>• *Publications – Master Set (DAN GS50-06F-04)*. | **Retain** until no longer needed for agency business<br><br>*then*<br><br>**Destroy.** | NON-ARCHIVAL<br>NON-ESSENTIAL<br>OFM |
| GS2016-002 Rev. 0 | **Brainstorming and Collaborating**<br>Records generated as part of informal exchanges of ideas/brainstorming/collaboration processes, ***where not covered by a more specific records series***.<br><br>Includes, but is not limited to, notes, mind maps, etc., developed as part of brainstorming/collaboration sessions using electronic/virtual collaboration tools (such as OneNote, Popplet, Lync, etc.), as well as those written on whiteboards, flipcharts, large/oversize paper sheets, Post-it/sticky notes, etc.<br><br>Excludes records generated during open public meeting brainstorming sessions covered by:<br>• *Meetings – Advisory (DAN GS2012-027)*;<br>• *Meetings – Governing/Executive (DAN GS50-05A-13)*;<br><br>Excludes records covered by:<br>• *Drafting and Editing (DAN GS2016-004)*;<br>• *Records Documented as Part of More Formalized Records (DAN GS2016-009)*. | **Retain** until no longer needed for agency business<br><br>*then*<br><br>**Destroy.** | NON-ARCHIVAL<br>NON-ESSENTIAL<br>OFM |

**6. RECORDS WITH MINIMAL RETENTION VALUE**



**WASHINGTON**
Secretary of State
Washington State Archives

Local Government *Common* Records Retention Schedule *(CORE)*
*Version 4.2 (August 2021)*

**6. RECORDS WITH MINIMAL RETENTION VALUE**

| DISPOSITION AUTHORITY NUMBER (DAN) | DESCRIPTION OF RECORDS | RETENTION AND DISPOSITION ACTION | DESIGNATION |
|---|---|---|---|
| GS2016-003 Rev. 0 | **Contact Information** Records relating to the contact details of external clients/stakeholders the agency has gathered/received and the maintenance of such lists/collections. Includes, but is not limited to: <br>• Business cards; <br>• Contact details stored in Microsoft Outlook and other contact databases; <br>• Mailing lists, email distribution lists, listserv/RSS subscriber details, etc.; <br>• Requests to be added/removed from the agency's contact lists (includes mail/communications returned as undeliverable); <br>• Validation/verification/quality assurance checks of contact lists/collections; <br>• Related correspondence/communications. Excludes: <br>• Records covered by *Emergency/Disaster Preparedness – Contact Information (DAN GS2012-024)*; <br>• Contact information gathered for other, more specific purposes, such as attendee/sign-in lists for meetings and trainings, visitor books/logs, etc. | **Retain** until no longer needed for agency business *then* **Destroy.** | NON-ARCHIVAL NON-ESSENTIAL OFM |
| GS2016-004 Rev. 0 | **Drafting and Editing** Records relating to the drafting/editing of correspondence, documents, and publications. Includes, but is not limited to: <br>• Preliminary drafts not covered by a more specific records series, not needed as evidence of external consultation or as evidence that the agency practiced due diligence in the drafting process; <br>• Edits/suggestions/directions (such as handwritten annotations/notes, track changes information/comments in Microsoft Word, etc.); <br>• Electronic documents created solely for printing (such as signs, mailing labels, etc.); <br>• Related correspondence/communications. | **Retain** until no longer needed for agency business *then* **Destroy.** | NON-ARCHIVAL NON-ESSENTIAL OFM |

**WASHINGTON**
Secretary of State
Washington State Archives

*Local Government Common Records Retention Schedule (CORE)*
*Version 4.2 (August 2021)*

| DISPOSITION AUTHORITY NUMBER (DAN) | DESCRIPTION OF RECORDS | RETENTION AND DISPOSITION ACTION | DESIGNATION |
|---|---|---|---|
| GS50-02-05 Rev. 2 | **Informational Notifications/Communications**<br>Records communicating basic/routine short-term information (regardless of format or media used) that:<br>• Do not document agency decisions/actions;<br>• Are not used as the basis of agency decisions/actions; and<br>• Are not covered by a more specific records series.<br>Includes, but is not limited to:<br>• Basic messages such as "Come and see me when you're free," "Call me back at 555-5555," etc.;<br>• Internal communications notifying of staff absences or lateness (such as "Bob is out today," "Mary is running late," etc.), provided the appropriate attendance and leave records are retained in accordance with *Leave/Overtime – Routine (DAN GS50-04B-09)*;<br>• Internal communications notifying of staff social events/gatherings (such as potlucks, birthdays, fun runs, cookies in the break room, etc.) or of weather/traffic conditions (such as "Avoid I-5, it's a parking lot," "Take care – it has started snowing," etc.);<br>• Email delivery/read receipts, out-of-office notices, etc.<br>Excludes records covered by:<br>• *Leave/Overtime – Routine (DAN GS50-04B-09)*. | **Retain** until no longer needed for agency business<br>*then*<br>**Destroy.** | NON-ARCHIVAL<br>NON-ESSENTIAL<br>OFM |
| GS2016-006 Rev. 0 | **Internet Browsing**<br>Records routinely generated as part of internet browsing.<br>Includes, but is not limited to:<br>• Browsing history/saved passwords/web form information, etc.;<br>• Cache/temporary files;<br>• Cookies.<br>Excludes internet activity log records covered by *IT Systems Usage (DAN GS50-06A-05)*. | **Retain** until no longer needed for agency business<br>*then*<br>**Destroy.** | NON-ARCHIVAL<br>NON-ESSENTIAL<br>OFM |

**6. RECORDS WITH MINIMAL RETENTION VALUE**

**WASHINGTON**
Secretary of State
Washington State Archives

*Local Government Common Records Retention Schedule (CORE)*
*Version 4.2 (August 2021)*

| DISPOSITION AUTHORITY NUMBER (DAN) | DESCRIPTION OF RECORDS | RETENTION AND DISPOSITION ACTION | DESIGNATION |
|---|---|---|---|
| GS2016-008 Rev. 0 | ***Organizing/Monitoring Work in Progress***<br>Records relating to the assigning, prioritizing, tracking/monitoring and status of work/tasks/projects in progress, ***where not covered by a more specific records series***.<br><br>Includes, but is not limited to:<br>• Status logs;<br>• To-do lists;<br>• Tasks within Microsoft Outlook, etc.;<br>• Routing slips;<br>• Working/rough notes;<br>• Workflow notifications/escalations. | **Retain** until no longer needed for agency business<br><br>*then*<br><br>**Destroy.** | NON-ARCHIVAL<br>NON-ESSENTIAL<br>OFM |

**6. RECORDS WITH MINIMAL RETENTION VALUE**

**WASHINGTON**
Secretary of State
Washington State Archives

*Local Government Common Records Retention Schedule (CORE)*
*Version 4.2 (August 2021)*

| DISPOSITION AUTHORITY NUMBER (DAN) | DESCRIPTION OF RECORDS | RETENTION AND DISPOSITION ACTION | DESIGNATION |
|---|---|---|---|
| GS2016-009 Rev. 0 | ***Records Documented as Part of More Formalized Records***<br>Records where the evidence of the business transaction has been documented as part of another more formalized record of the agency which is retained in accordance with the current approved minimum retention period.<br><br>Includes, but is not limited to:<br>• Data entry input records (such as paper forms, handwritten notes, etc.) that have been documented as records within agency information systems (such as databases) **provided the original record/form (including any signatures) is not required as evidence or authorization of the transaction**;<br>• Working/rough notes, voicemail messages, text messages, social media posts, etc., that have been memorialized/captured in another format such as a note-to-file, email confirming the conversation, speech-to-text translations, etc.;<br>• Automatically-generated email notifications sent out by agency information systems, provided the transaction is captured as part of an audit trail;<br>• Raw data/statistics/survey responses that have been consolidated/aggregated into another record.<br><br>Excludes:<br>• Audio/visual recordings of meetings covered by *Meetings – Advisory (DAN GS2012-027), Meetings – Governing/Executive (DAN GS50-05A-13), Meetings – Inter-Agency (DAN GS2011-175)* or *Meetings – Staff (DAN GS50-01-43)*;<br>• Electronic records (such as emails) that have been printed to paper.<br><br>*Note: Electronic records need to be retained in electronic format in accordance with WAC 434-662-040.* | **Retain** until verification of successful conversion/keying/transcription<br><br>*then*<br><br>**Destroy.** | NON-ARCHIVAL NON-ESSENTIAL<br><br>OFM |