# EXHIBIT 1

Excerpts from Jenny Durkan Text Message Production

| | Timestamp | Body | From | To |
|---|---|---|---|---|
| 1 | 6/25/20 12:33 PM | So Simone mainly wants to talk about CHOP next steps - my advice is say exactly what you just said on KUOW. Was perfect. | +12065315224 Chelsea Kellogg | +12064453333 Jenny Durkan (owner) |
| 2 | 6/25/20 2:25 PM | What judge got the lawsuit? | +12064453333 JAMD | +12069629389 Work Cell (owner) chami.mos@icloud.com _$!<Other>!$_ (owner) |
| 3 | 6/25/20 2:40 PM | I am having difficulty getting in to ST. | +12064453333 Jenny Durkan | +12064302954 Colleen O'Reilly Bernier (owner) oreco.mos@icloud.com _$!<Other>!$_ (owner) |
| 4 | 6/25/20 2:48 PM | Laura and I checked it earlier and it seemed ok so checking with Kelsey to see if they're having issues. | +12064302954 Colleen O'Reilly Bernier | +12064453333 Jenny Durkan oreco.mos@icloud.com _$!<Other>!$_ (owner) |
| 5 | 6/25/20 2:52 PM | No judge assigned yet. | +12069629389 Work Cell | +12064453333 JAMD chami.mos@icloud.com _$!<Other>!$_ (owner) |
| 6 | 6/25/20 3:22 PM | Should be today. | +12064453333 JAMD | +12069629389 Work Cell (owner) chami.mos@icloud.com _$!<Other>!$_ (owner) |
| 7 | 6/25/20 3:22 PM | If filed yesterday | +12064453333 JAMD | +12069629389 Work Cell (owner) chami.mos@icloud.com _$!<Other>!$_ (owner) |
| 8 | 6/25/20 3:23 PM | I am in | +12064453333 Jenny Durkan | +12064302954 Colleen O'Reilly Bernier (owner) oreco.mos@icloud.com _$!<Other>!$_ (owner) |
| 9 | 6/25/20 3:24 PM | Awesome. | +12064302954 Colleen O'Reilly Bernier | +12064453333 Jenny Durkan oreco.mos@icloud.com _$!<Other>!$_ (owner) |
| 10 | 6/25/20 3:25 PM | Can you talk to Formas and take down meetings for tomorrow: everything before and after cabinet except budget | +12064453333 Jenny Durkan | +12064302954 Colleen O'Reilly Bernier (owner) oreco.mos@icloud.com _$!<Other>!$_ (owner) |

Excerpts from Jenny Durkan Text Message Production

| | Timestamp | Body | From | To |
|---|---|---|---|---|
| 11 | 6/25/20 3:26 PM | Will do. | +12064302954 Colleen O'Reilly Bernier | +12064453333 Jenny Durkan oreco.mos@icloud.com _$!<Other>!$_ (owner) |
| 12 | 6/25/20 3:42 PM | Yes it was filed yesterday. I looked on Pacer and I called the court clerk.  The clerk said it hasn't been assigned yet and that it needs to be QC'd.  Will check again tomorrow.  I'm talking to the lawyers at 4:30 about the lawsuit right after our 4pm mtg on crowd management if you would like to join me. | +12069629389 Work Cell | +12064453333 JAMD chami.mos@icloud.com _$!<Other>!$_ (owner) |
| 13 | 6/26/20 6:43 AM | Sam is negotiating with protesters - they laid down in front of the equipment. | +12064377437 Casey Sixkiller | +12064453333 Mayor Jenny Durkan  sixca.mos@gmail.com Casey Sixkiller (owner) |
| 14 | 6/26/20 9:08 AM | | +12066398751 Shefali Ranganathan | +12064453333 Jenny Durkan +12066398751 Shefali Ranganathan (owner) |
| 15 | 6/26/20 9:42 AM | Judge Zilly | +12069629389 Work Cell | +12064453333 JAMD chami.mos@icloud.com _$!<Other>!$_ (owner) |
| 16 | 6/26/20 10:41 AM | Let me know when you can take a look. Thx. | +13474155462 James Anderson | durje.mos@gmail.com Jenny Durkan (owner) |
| 17 | 6/30/20 8:38 AM | Please get Michelle Chen on board with the EO-her opposition is presenting operational problems. | +12063904481 Chief Carmen Best | +12064453333 Jenny Durkan (owner) |
| 18 | 6/30/20 10:28 AM | Sent you a very short letter to CPC if you can review. | +12069629389 Work Cell | +12064453333 JAMD chami.mos@icloud.com _$!<Other>!$_ (owner) |
| 19 | 6/30/20 10:30 AM | On a call now. Will review as soon as I can | +12064453333 JAMD | +12069629389 Work Cell (owner) chami.mos@icloud.com _$!<Other>!$_ (owner) |
| 20 | 6/30/20 12:05 PM | Thank you.  Pls let me know when I can send. | +12069629389 Work Cell | +12064453333 JAMD chami.mos@icloud.com _$!<Other>!$_ (owner) |

Excerpts from Jenny Durkan Text Message Production

| | Timestamp | Body | From | To |
|---|---|---|---|---|
| 21 | 6/30/20 12:05 PM | Made edits. Go ahead. Thx | +12064453333 JAMD | +12069629389 Work Cell (owner) chami.mos@icloud.com _$!<Other>!$_ (owner) |
| 22 | 6/30/20 12:07 PM | From CBest   Please get Michelle Chen on board with the EO-her opposition is presenting operational problems. | durje.mos@gmail.com Jenny Durkan | |
| 23 | 6/30/20 12:07 PM | I'll try... it is complicated. | +12066393647 Mike Fong | +12064453333 Jenny Durkan (owner) |
| 24 | 6/30/20 6:29 PM | Pete and Brian want to do a teams call Now | +12069629389 Work Cell | +12064453333 JAMD chami.mos@icloud.com _$!<Other>!$_ (owner) |
| 25 | 6/30/20 6:32 PM | Send link to me and Chief Best | +12064453333 JAMD | +12069629389 Work Cell (owner) chami.mos@icloud.com _$!<Other>!$_ (owner) |
| 26 | | **STILL MISSING 5 MESSAGES** | | |
| 27 | | **STILL MISSING 5 MESSAGES** | | |
| 28 | | **STILL MISSING 5 MESSAGES** | | |
| 29 | | **STILL MISSING 5 MESSAGES** | | |
| 30 | | **STILL MISSING 5 MESSAGES** | | |
| 31 | 6/30/20 9:27 PM | I think you should call Beekman and Bowman— neither mentions the spray painted obscenities on my home. That is what was most outrageous | durje.mos@gmail.com Jenny Durkan | |
| 32 | 7/1/20 11:45 AM | Thanks | durje.mos@gmail.com Jenny Durkan | |
| 33 | | **STILL MISSING 3 TEXT MESSAGES** | | |
| 34 | | **STILL MISSING 3 TEXT MESSAGES** | | |
| 35 | | **STILL MISSING 3 TEXT MESSAGES** | | |
| 36 | 7/2/20 12:16 AM |   Greetings, my new phone number is 206-742-2150. You can also reach me on Signal at that number.   Sakara Remmu | +12068228168 Sakara Remmu | durje.mos@gmail.com Jenny Durkan (owner) |

Excerpts from Jenny Durkan Text Message Production

| | Timestamp | Body | From | To |
|---|---|---|---|---|
| 37 | 7/4/20 8:18 PM | Was just checking in on a few things Call when convenient. Thanks. | +12064453333 Jenny Durkan | +12063904481 Chief Carmen Best |
| 38 | 7/4/20 8:19 PM | Happy 4th, by the way. | +12064453333 Jenny Durkan | +12063904481 Chief Carmen Best |
| 39 | 7/11/20 5:07 PM | Give me a buzz when you can. Thanks | +12064453333 Jenny Durkan | +12063904481 Chief Carmen Best |
| 40 | 7/11/20 7:25 PM | I'm just heading back from a hike. I'm with friends in a car. Do you want me to wait or call? | +12063904481 Chief Carmen Best | +12064453333 Jenny Durkan (owner) |
| 41 | 7/11/20 7:26 PM | No worries. Tomorrow ok. Hope it was a great hike. | +12064453333 Jenny Durkan | +12063904481 Chief Carmen Best |
| 42 | 7/11/20 7:28 PM | Yes, it was a good hike. I will call you tomorrow morning. | +12063904481 Chief Carmen Best | +12064453333 Jenny Durkan (owner) |
| 43 | | **STILL MISSING 1 TEXT MESSAGE** | | |
| 44 | 7/12/20 12:00 PM | We should discuss. Did Shefali reach out? | +12064453333 Jenny Durkan | +12064916355 Tess Colby |
| 45 | 7/14/20 9:25 AM | Called back. | +12062558889 Chief Carmen Best | +12064453333 Jenny Durkan (owner) |
| 46 | 7/14/20 9:26 AM | Hi Mayor, I called you back sorry I missed, have the phone on. | +12063904481 Chief Carmen Best | +12064453333 Jenny Durkan (owner) |
| 47 | 8/5/20 4:34 PM | Are you able to join experts call? I think the call in via phone is +1-206-207-1700,,1462646833## | +12062470475 Stephanie Formas | +12064453333 Jenny Durkan (owner) |
| 48 | | **STILL MISSING 1 TEXT MESSAGE** | | |
| 49 | 8/5/20 6:08 PM | Can you call me when you can? | +12064453333 Jenny Durkan | +12063904481 Chief Carmen Best |

Excerpts from Jenny Durkan Text Message Production

| | Timestamp | Body | From | To |
|---|---|---|---|---|
| 50 | 8/5/20 6:09 PM | Yes, of course. | +12063904481 Chief Carmen Best | +12064453333 Jenny Durkan (owner) |
| 51 | 8/8/20 12:07 PM | Please call ASAP | +12064453333 Jenny Durkan | +12063904481 Chief Carmen Best |
| 52 | 8/8/20 7:28 PM | | | |
| 53 | 8/8/20 7:28 PM | Let's talk tomorrow— if not needed sooner | +12064453333 Jenny Durkan | +12063904481 Chief Carmen Best |
| 54 | 8/9/20 5:52 PM | Not true Mayor. Was in a hike with my daughter and son-in-law - we went way farther then expected and had linner (lunch/dinner). Calling you you just a sec. | +12062558889 Chief Carmen Best | +12064453333 Jenny Durkan (owner) |
| 55 | 8/9/20 5:53 PM | Beautiful day for a hike ! | +12064453333 Jenny Durkan | +12062558889 Chief Carmen Best |
| 56 | 8/9/20 6:22 PM | Liked "Not true Mayor. Was in a hike with my daughter and son-in-law - we went way farther then expected and had linner (lunch/dinner). Calling you you just a sec. " | +12064453333 Jenny Durkan | +12062558889 Chief Carmen Best |
| 57 | 8/29/20 9:39 PM | Two of the members were observed moving these cocktails. One in substantial container. The targets were uncle Ike's and East precinct. We were able to intervene prior to the deployment. | +12069920662 Adrian Diaz | +12062558889 Chief Carmen Best<br>+12064374104 Julie Kline<br>+12066393647 Mike Fong<br>+12062470475 Stephanie Formas |
| 58 | 8/29/20 9:40 PM | Two of the members were observed moving these cocktails. One in substantial container. The targets were uncle Ike's and East precinct. We were able to intervene prior to the deployment. | +12069920662 Adrian Diaz | forst.mos@gmail.com _$!<Other>!$_ (owner)<br>+12062558889 Chief Carmen Best<br>+12064374104 Julie Kline<br>+12066393647 Mike Fong<br>+12064453333 Jenny Durkan |

| | Timestamp | Body | From | To |
|---|---|---|---|---|
| 59 | 8/29/20 9:41 PM | Great work…how can I take credit 😉 | +12062558889 Carmen Best | +12064374104 (owner) +12066393647 Mike Fong +12064453333 Jenny +12062470475 Stephanie Formas +12069920662 Adrian Diaz klijul.mos@icloud.com _$!<Other>!$_ (owner) |
| 60 | 8/29/20 9:42 PM | I saw you tackle them yourself on twitch. | 12064453333 | +12069920662 +1 (206) 992-0662 (owner)   +12062558889 +12064374104   +12066393647 +12062470475 |
| 61 | 8/29/20 9:42 PM | It was a nice tackle. | +12069920662 +1 (206) 992-0662 | 60320250448 |
| 62 | 8/29/20 9:45 PM | What! | +12062558889 Carmen Best | +12066393647 Mike Fong (owner) +12064374104 Julie Kline +12064453333 Jenny Durkan +12062470475 Stephanie Formas +12069920662 Adrian Diaz fonmi.mos@gmail.com Mike Fong (owner) |
| 63 | 8/29/20 9:48 PM | Faked me out! | 12062558889 | +12069920662 +1 (206) 992-0662 (owner)   +12064374104 +12066393647   +12064453333 +12062470475 |
| 64 | 8/29/20 10:37 PM | https://www.seattletimes.com/nation-world/nation/caravan-of-trump-supporters-rallies-in-oregons-biggest-city/ | durje.mos@gmail.com Jenny Durkan | |

Excerpts from Jenny Durkan Text Message Production

| | Timestamp | Body | From | To |
|---|---|---|---|---|
| 65 | 8/31/20 4:57 PM | Let me know if you have a min. I called about an hour or so. | +12069920662 Adrian Diaz | |
| 66 | 9/1/20 1:47 AM | Thanks. Will call tomorrow. | +12064453333 Jenny Durkan | +12066393647 Mike Fong (owner) +12062558889 Carmen Best +12064374104 Julie Kline +12062470475 Stephanie Formas +12069920662 Adrian Diaz fonmi.mos@gmail.com Mike Fong (owner) |
| 67 | 9/1/20 1:47 AM | Sounds good. We are prepared for tomorrow's events. I talked with Portland Chief last night on their planning of this event so i was aware | +12069920662 Adrian Diaz | +12066393647 Mike Fong (owner) +12062558889 Carmen Best +12064374104 Julie Kline +12064453333 Jenny Durkan +12062470475 Stephanie Formas fonmi.mos@gmail.com Mike Fong (owner) |
| 68 | 9/1/20 7:23 AM | Good morning Mayor. Operation Cal Andersen will be occurring this AM, likely around 930-10. SPD and SPR are aligned on mission objectives. We expect this will take a few hours. | +12064377437 Casey Sixkiller | +12064453333 Mayor Jenny Durkan sixca.mos@gmail.com Casey Sixkiller (owner) |
| 69 | 9/1/20 7:57 AM | Are there any updates to this mornings fire On I-5 | +12062470475 Stephanie Formas | +12069920662 Adrian Diaz +12063004176 Sam Zimbabwe +12064453333 Jenny Durkan +12064374104 Julie Kline +12066393647 Mike Fong +12062917001 Chief Harold Scoggins forst.mos@gmail.com _$!<Other>!$_ (owner) |

| | Timestamp | Body | From | To |
|---|---|---|---|---|
| 70 | 9/1/20 7:57 AM | Are there any updates to this mornings fire On I-5 | +12062470475 Stephanie Formas | durje.mos@gmail.com Jenny Durkan (owner) |
| 71 | 9/4/20 7:04 AM | Copy. | +12066393647 Mike Fong | +12064453333 Jenny Durkan (owner)   +12069920662 Adrian Diaz   +12063004176 Sam Zimbabwe +12064374104 Julie Kline +12062917001 Chief Scoggins_P +12062470475 Stephanie Formas |
| 72 | 9/4/20 11:23 AM |     Part one of two texts from Formas. | +12064302954 Colleen O'Reilly Bernier | +12064453333 Jenny Durkan oreco.mos@icloud.com _$!<Other>!$_ (owner) |
| 73 | 9/4/20 11:23 AM | Part two: | +12064302954 Colleen O'Reilly Bernier | +12064453333 Jenny Durkan oreco.mos@icloud.com _$!<Other>!$_ (owner) |
| 74 | 9/5/20 8:31 AM | Person located at 725 hours in the 1400 block of Lake Washington Blvd with a GSW. Homicide is responding as it appears suspicious. | +12069920662 +1 (206) 992-0662 | 36195221084 |
| 75 | 9/5/20 8:31 AM | Person located at 725 hours in the 1400 block of Lake Washington Blvd with a GSW. Homicide is responding as it appears suspicious. | +12069920662 Adrian Diaz | +12064453333 Jenny Durkan (owner) |