# EXHIBIT 2

Page 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

HUNTERS CAPITAL, LLC,            )
et al.,                          )
                                 )
            Plaintiffs,          )
                                 )   No. 20-cv-00983-TSZ
        vs.                      )
                                 )
CITY OF SEATTLE,                 )
                                 )
            Defendant.           )
                                 )

_____

* VIDEOCONFERENCE *

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

CHRISTOPHER FISHER

_____

(All parties participating via Zoom)

DATE TAKEN:   SEPTEMBER 23, 2022
REPORTED BY:  SHERRILYN SMITH, CCR# 2097

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

1   messages involving me.
2       Q   Okay.  And Row 13 is a message from you to
3   Mahaffey and Carmen Home.  Do you see that?
4       A   I see Mahaffey, Carmen Home, another number,
5   and my number.
6       Q   And was Carmen Home Chief -- former Chief
7   Best's personal cell phone number?
8       A   I don't remember which one.  My contacts would
9   often flip them.  I would try to send to her work and
10  it would just send to whichever one it wanted, so I
11  don't remember which number is which.
12      Q   Well, if there was another number that's
13  identified as Carmen Work, would you assume that
14  that's her work-issued phone and -- and that -- for
15  example, Row 18 has a text message that's to Carmen
16  Work.  Do you see that?
17      A   I see that.
18      Q   Okay.  So would -- would it be fair to assume
19  that the (206) 390-4481 phone number is Carmen's
20  personal phone number?
21              MR. BEAVER:  Object to the form.
22      A   Again, I'm not sure.  I'm sure someone can
23  detail that.  I don't right here remember which one is
24  which.
25  BY MR. REILLY-BATES:

1  Q   Would you be able to tell that by looking at
2  your -- your cell phone today?
3  A   I think so.
4  Q   Why don't you take a moment to pull out the
5  phone and -- and verify that for us.
6          (Pause in the proceedings.)
7  A   Yes.  So the 8889 was her City of Seattle
8  number and the 4481 was her personal number.
9  Q   Okay.  And did you regularly also send text
10 messages to her personal phone number about
11 work-related issues?
12 A   Not regularly, as I noted.  And looking at
13 this now, for some reason both numbers show up on both
14 her work and her home contact card, and if I
15 voice-to-text or just click the most recent it would
16 sometimes go to either number.
17 Q   Okay.  And could you take a moment to read
18 the -- the body of the text messages for Rows 13
19 through 17?
20 A   Sure.
21          (Pause in the proceedings.)
22 BY MR. REILLY-BATES:
23 Q   Row 13 says, "Have request from jic to confirm
24 media reports of people inside East."
25          Mahaffey responds, "We aren't seeing that

1                    C E R T I F I C A T E
2
3  STATE OF WASHINGTON
4  COUNTY OF KING
5
6              I, Sherrilyn Smith, a Certified
7  Shorthand Reporter in and for the State of Washington,
8  do hereby certify that the foregoing transcript is
9  true and accurate to the best of my knowledge, skill
10 and ability.
11
12
13
14
15
16              _____
17              SHERRILYN SMITH, CCR# 2097