HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　Defendant. | Case No. 20-cv-00983-TSZ<br><br>PRAECIPE RE DOCKET NO. 140-2<br><br>**CLERK'S ACTION REQUIRED** |

TO:　　THE CLERK OF THE ABOVE-ENTITLED COURT

　　　　In preparing for the December 13, 2022 hearings in this matter, Counsel for the City of Seattle discovered that one deposition page cut off before the answer to a question was given on the following page.  Please find attached hereto Page 18 from the January 6, 2022 Deposition of Jennifer Winkler in this matter.  It should have been included in Exhibit 2 to the Declaration of Shane P. Cramer in Support of the City's Opposition to Plaintiffs' Motion for Spoliation Sanctions (Dkt. No. 140-2).  We respectfully request that it be added.

　　　　DATED this 12th day of December, 2022.

　　　　　　　　　　　　　　　　ANN DAVISON
　　　　　　　　　　　　　　　　Seattle City Attorney

PRAECIPE RE DOCKET NO. 140-2 - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| 1 | By: *s/ Joseph Groshong* |
| 2 | Joseph Groshong, WSBA# 41593 |
|   | Assistant City Attorney |
| 3 | Seattle City Attorney's Office |
|   | 701 Fifth Avenue, Suite 2050 |
| 4 | Seattle, WA 98104 |
|   | Tel:  (206) 684-8200 |
| 5 | Fax: (206) 684-8284 |
|   | Joseph.Groshong@seattle.gov |
| 6 | |
|   | HARRIGAN LEYH FARMER & THOMSEN LLP |
| 7 | |
|   | By: *s/ Arthur W. Harrigan, Jr.* |
| 8 | By: *s/ Tyler L. Farmer* |
|   | By: *s/ Shane P. Cramer* |
| 9 | By: *s/ Erica Iverson* |
|   | Arthur W. Harrigan, Jr., WSBA #1751 |
| 10 | Tyler L. Farmer, WSBA #39912 |
|   | Shane P. Cramer, WSBA #35099 |
| 11 | Erica Iverson, WSBA #59627 |
|   | 999 Third Avenue, Suite 4400 |
| 12 | Seattle, WA 98104 |
|   | Tel:  (206) 623-1700 |
| 13 | arthurh@harriganleyh.com |
| 14 | tylerf@harriganleyh.com |
|   | shanec@harriganleyh.com |
| 15 | ericai@harriganleyh.com |
| 16 | |
|   | *Attorneys for City of Seattle* |

PRAECIPE RE DOCKET NO. 140-2 - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717