Hunters Capital, LLC v. City of Seattle                30(b)(6) Jennifer Winkler

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

HUNTERS CAPITAL, LLC, et al.,    )
                                 )
            Plaintiff,           )
                                 )
        vs.                      ) No. 20-cv-00983-TSZ
                                 )
CITY OF SEATTLE,                 )
                                 )
            Defendant.           )

---

VIDEOTAPED VIDEOCONFERENCE 30(b)(6) DEPOSITION

UPON ORAL EXAMINATION OF

CITY OF SEATTLE

(JENNIFER WINKLER)

---

Seattle, Washington

(All participants appeared via videoconference.)

DATE TAKEN:   JANUARY 6, 2022
REPORTED BY:  CINDY M. KOCH, RPR, CRR, CCR #2357

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Page 18

1  A. I believe we created it in 2021.
2  Q. Okay. I'm going to drop -- 2020, you said?
3  A. 2021.
4  Q. Okay. Ms. Winkler, I've dropped into the chat
5  an exhibit for you to take a look at. Please download
6  that, and let me know once you've had a chance to take a
7  look at it.
8      MR. CRAMER: Gabe, are you marking this as
9  Exhibit 2?
10     MR. REILLY-BATES: Yes. We'll mark this as
11 Exhibit 2, Madam Court Reporter, please.
12     (Exhibit No. 2 marked.)
13 A. I have reviewed it.
14 BY MR. REILLY-BATES:
15 Q. Do you recognize this advice sheet?
16 A. Yes.
17 Q. Could you please tell us what this advice sheet
18 is.
19 A. This advice sheet is regarding text messages,
20 and was created by my office to give City employees a
21 little bit more in-depth understanding about text
22 messages and their recordkeeping responsibilities.
23 Q. And so you were -- you were involved --
24 personally involved in drafting this document; correct?
25 A. I drafted this document.



# D E C L A R A T I O N

**CASE NAME:**  Hunters Capital, LLC v. City of Seattle

**DATE TAKEN:**  1/6/2022

**WITNESS:**  30(b)(6) Jennifer Winkler

I declare under penalty of perjury under the laws of the State of Washington that I have read my within deposition, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the ERRATA flyleaf page hereof.

*Jennifer Winkler*
_____
30(b)(6) Jennifer Winkler

Signed on the ___31___ day of _____January_____, 202_2_.

1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
708 Market Street, Suite 408  Tacoma, Washington  98402
Seattle 206.287.9066   Tacoma 253.235.0111
e-mail info@buellrealtime.com   www.buellrealtime.com