THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

HUNTERS CAPITAL, LLC, et al.,

    Plaintiffs,

vs.

CITY OF SEATTLE,

    Defendant.

Case No. 2:20-cv-00983-TSZ

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT MOTION DEADLINE

**NOTED: January 5, 2023**

**STIPULATION**

The parties have conferred regarding the pending deadline for motions regarding expert witnesses currently set for January 12, 2023. The parties believe that two of the three motions currently pending before the Court – Plaintiffs' motion for sanctions that includes a request for entry of judgment and Defendant's motion for summary judgment – could materially affect the need for, or scope and content of, any motions regarding expert witnesses.

The parties therefore stipulate and request that the Court enter an order changing the current deadline from January 12, 2023, to February 16, 2023, to allow the parties to adjust their motions based on any orders the Court may issue prior to February 16, while avoiding any need for a continuance of the trial date.

STIPULATION AND [PROPOSED] ORDER
REGARDING EXPERT MOTION DEADLINE
(Case No. 2:20-cv-00983-TSZ) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

The parties also request that the expert motions be treated as fourth Friday motions rather than third Friday motions, as currently contemplated in the amended scheduling order, Dkt. 98.

STIPULATED AND AGREED TO this 5th day of January, 2023.

          **MORGAN LEWIS & BOCKIUS LLP**

          By */s/ Angelo Calfo*
              Patricia A. Eakes, WSBA No. 18888
              Angelo J. Calfo, WSBA No. 27079
              Tyler S. Weaver, WSBA No. 29413
              Gabe Reilly-Bates, WSBA No. 52257
              Andrew DeCarlow, WSBA No. 54471
              Henry Phillips, WSBA No. 55152
              1301 Second Avenue, Suite 2800
              Seattle, WA  98101
              Phone:  (206) 274-6400
              Fax:     (206) 274-6401
              Email:  patty.eakes@morganlewis.com
                       angelo.calfo@morganlewis.com
                       tyler.weaver@morganlewis.com
                       gabriel.reillybates@morganlewis.com
                       andrew.decarlow@morganlewis.com
                       henry.phillips@morganlewis.com

          *Attorneys for Plaintiffs*

          **ANN DAVISON**
          Seattle City Attorney

          By:*/s Joseph Groshong*
              Joseph Groshong, WSBA No. 41593
              Assistant City Attorneys
              Seattle City Attorney's Office
              701 Fifth Avenue, Suite 2050
              Seattle, WA 98104
              Phone:  (206) 684-8200
              Fax:      (206) 684-8284
              E-mail: Joseph.Groshong@seattle.gov

                          -and-

STIPULATION AND [PROPOSED] ORDER
REGARDING EXPERT MOTION DEADLINE
(Case No. 2:20-cv-00983-TSZ) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**HARRIGAN LEYH FARMER & THOMSEN LLP**

By */s Shane P. Cramer*
   Arthur W. Harrigan, Jr., WSBA #1751
   Tyler L. Farmer, WSBA #39912
   Shane P. Cramer, WSBA #35099
   Erica Iverson, WSBA #59627
   999 Third Avenue, Suite 4400
   Seattle, WA 98104
   Seattle, WA 98104
   Phone:  (206) 623-1700
   Fax:     (206) 623-8717
   E-mail: arthurh@harriganleyh.com
              tylerf@harriganleyh.com
              shanec@harriganleyh.com
              ericai@harriganleyh.com

*Attorneys for Defendant City of Seattle*

STIPULATION AND [PROPOSED] ORDER
REGARDING EXPERT MOTION DEADLINE
(Case No. 2:20-cv-00983-TSZ) - 3

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

# [PROPOSED] ORDER

Having considered the parties' stipulation, the Court hereby orders that the deadline for filing motions related to expert witnesses shall be moved from January 12, 2023, to February 16, 2023. Expert motions shall be noted on the calendar no later than the fourth Friday thereafter.

Dated: January \_\_\_, 2023.

                                              THE HONORABLE THOMAS S. ZILLY
                                              U.S. DISTRICT COURT JUDGE

Presented by:

**MORGAN LEWIS & BOCKIUS LLP**

By */s/ Angelo Calfo*
Patricia A. Eakes, WSBA No. 18888
Angelo J. Calfo, WSBA No. 27079
Tyler S. Weaver, WSBA No. 29413
Gabe Reilly-Bates, WSBA No. 52257
Andrew DeCarlow, WSBA No. 54471
Henry Phillips, WSBA No. 55152
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 274-6400
Fax:     (206) 274-6401
Email: patty.eakes@morganlewis.com
         angelo.calfo@morganlewis.com
         tyler.weaver@morganlewis.com
         gabriel.reillybates@morganlewis.com
         andrew.decarlow@morganlewis.com
         henry.phillips@morganlewis.com

*Attorneys for Plaintiffs*

-and-

STIPULATION AND [PROPOSED] ORDER
REGARDING EXPERT MOTION DEADLINE
(Case No. 2:20-cv-00983-TSZ) - 4

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1 | **ANN DAVISON**
Seattle City Attorney

By:/s Joseph Groshong
Joseph Groshong, WSBA No. 41593
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200
Fax: (206) 684-8284
E-mail: Joseph.Groshong@seattle.gov

**HARRIGAN LEYH FARMER & THOMSEN LLP**

By /s   Shane P. Cramer
Arthur W. Harrigan, Jr., WSBA #1751
Tyler L. Farmer, WSBA #39912
Shane P. Cramer, WSBA #35099
Erica Iverson, WSBA #59627
999 Third Avenue, Suite 4400
Seattle, WA 98104
Seattle, WA 98104
Phone: (206) 623-1700
Fax: (206) 623-8717
E-mail: arthurh@harriganleyh.com
       tylerf@harriganleyh.com
       shanec@harriganleyh.com
       ericai@harriganleyh.com

*Attorneys for Defendant City of Seattle*

STIPULATION AND [PROPOSED] ORDER
REGARDING EXPERT MOTION DEADLINE
(Case No. 2:20-cv-00983-TSZ) - 5

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401