UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

        Plaintiffs,

v.

CITY OF SEATTLE,

        Defendant.

C20-0983 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 161, is GRANTED as follows. The deadline for filing motions related to expert witnesses is EXTENDED to February 2, 2023, and any such motions must be noted on the motion calendar no later than the third Friday thereafter.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of January, 2023.

                                            Ravi Subramanian
                                            Clerk

                                            s/Laurie Cuaresma
                                            Deputy Clerk

MINUTE ORDER - 1