Hon. Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATTLE,<br><br>Defendant. | Civil Action No. 20-cv-00983-TSZ<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE CLERK AND ALL COUNSEL OF RECORD**

 Counsel for Amicus Curiae Pacific Legal Foundation notify this Court of a permanent change of address for attorneys Brian T. Hodges and Sam Spiegelman.

 Pacific Legal Foundation
 1425 Broadway, # 429
 Seattle, Washington 98122

 This change is effective immediately.

 Counsel's email addresses and phone numbers are unchanged.

 DATED: January 12, 2023.

Not. of Change of Address - 1
Case No: 20-cv-00983-TSZ

*Pacific Legal Foundation*
*1425 Broadway, # 429*
*Seattle, Washington 98122*
*(425) 576-0484*

Respectfully submitted:

s/ BRIAN T. HODGES
Brian T. Hodges, WSBA # 31976
s/ SAM SPIEGELMAN
Sam Spiegelman, WSBA # 58212
Pacific Legal Foundation
1425 Broadway, # 429
Seattle, Washington 98122
Telephone: (425) 576-0484
BHodges@pacificlegal.org
SSpiegelman@pacificlegal.org

*Attorneys for Amicus Curiae*
*Pacific Legal Foundation*

*Not. of Change of Address - 2*
*Case No: 20-cv-00983-TSZ*

*Pacific Legal Foundation*
*1425 Broadway, # 429*
*Seattle, Washington 98122*
*(425) 576-0484*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ BRIAN T. HODGES
Brian T. Hodges, WSBA # 31976

*Attorney for Amicus Curiae*
*Pacific Legal Foundation*

*Not. of Change of Address - 3*
*Case No: 20-cv-00983-TSZ*

*Pacific Legal Foundation*
*1425 Broadway, # 429*
*Seattle, Washington 98122*
*(425) 576-0484*