# APPENDIX A

# Red Zone and Barriers (June 10-17, 2020)

1 Redside: Towne Apartments
2 HC: The Ballou Wright Building
3 HC: The Pike Building
4 Redside: 1410 Belmont Apartments
5 Redside: Belboy Apartments
6 Olive Street Apartments
7 Onyx HOA/Wade Biller
8 Matthew Ploszaj
9 Redside: Melmar Apartments (OFF MAP)
10 Richmark Label
11 Madrona (12th and Pike)/Sway and Cake
12 Redside: Crest on Belmont
13 Bergman's Lock and Key Services
14 HC: The Broadway Building/Cure Cocktail
15 HC: The 900 Pine Building
16 Redside: 1715 12th Ave
17 1718 Summit Apartments
18 SRJ Enterprises DBA Car Tender
19 HC: The Dunn Motors Building
20 HC: The Greenus Building
21 HC: The Colman Building
22 Madrona Real Estate Investors VI
23 Madrona Investors IV/Madrona RES
24 Redside: La Rochelle Apartments
25 Redside: Capitol Ridge Apartments

