HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 20-cv-00983-TSZ <br><br> (PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION FOR RECONSIDERATION OF ORDER [DOCKET 165] ON CITY OF SEATTLE'S MOTION FOR SUMMARY JUDGMENT <br><br> **NOTED ON MOTION CALENDAR: JANUARY 27, 2022** |

THIS MATTER came before the Court on City of Seattle's Motion for Reconsideration of Order [Dkt. 165] on City of Seattle's Motion for Summary Judgment.

The Court finds as follows:

1.

IT IS HEREBY ORDERED that:

The City of Seattle's Motion for Reconsideration is **GRANTED**.  Plaintiffs' lack of access takings claim is dismissed with prejudice.

(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION FOR RECONSIDERATION OF ORDER [DOCKET 165] ON CITY OF SEATTLE'S MOTION FOR SUMMARY JUDGMENT - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

DATED this ____ day of _____, 2023.

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

ANN DAVISON
Seattle City Attorney

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Erica Iverson*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Erica Iverson, WSBA #59627
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    ericai@harriganleyh.com

*Attorneys for City of Seattle*

(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION FOR RECONSIDERATION OF ORDER [DOCKET 165] ON CITY OF SEATTLE'S MOTION FOR SUMMARY JUDGMENT - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717