HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

            Plaintiffs,

v.

CITY OF SEATTLE,

            Defendant.

Case No. 20-cv-00983

CITY OF SEATTLE'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE RULE 702 MOTION TO PRECLUDE PLAINTIFFS' EXPERT TESTIMONY

**NOTE ON MOTION CALENDAR: JANUARY 30, 2023**

Pursuant to Local Rule 7(f), the City of Seattle seeks leave of the Court to file an over-length brief in support of its Rule 702 Motion to Preclude Plaintiffs' Expert Testimony. The City of Seattle anticipates that it will file a motion of no more than eighteen (18) pages, which is six pages more than the limit prescribed by Local Rule 7(e)(4).

The City intends to move to exclude portions of expert testimony from several of Plaintiffs' experts. Rather than file separate motions directed at each expert, the City anticipates streamlining its presentation of arguments related to experts and consolidating its motion to exclude into a single brief. To facilitate this effort, the City requests that it be permitted to file a consolidated brief totaling 18 pages.

For the foregoing reasons, the City of Seattle respectfully requests the Court grant an

CITY OF SEATTLE'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE RULE 702 MOTION TO PRECLUDE PLAINTIFFS' EXPERT TESTIMONY - 1
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

additional six (6) pages for its brief in support of its Rule 702 Motion to Preclude Plaintiffs' Expert Testimony, for a total of eighteen (18) pages, with the length of the opposition and reply to be governed by Local Rule 7(f)(4).

DATED this 30th day of January, 2023.

ANN DAVISON
Seattle City Attorney

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Erica Iverson*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Erica Iverson, WSBA #59627
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    ericai@harriganleyh.com

*Attorneys for City of Seattle*

CITY OF SEATTLE'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE RULE 702 MOTION TO PRECLUDE PLAINTIFFS' EXPERT TESTIMONY - 2
(Case No. 20-cv-00983)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717