HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. 20-cv-00983-TSZ <br><br> (PROPOSED) ORDER GRANTING CITY OF SEATTLE'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE RULE 702 MOTION TO PRECLUDE PLAINTIFFS' EXPERT TESTIMONY <br><br> **NOTED ON MOTION CALENDAR:** **JANUARY 30, 2023** |

THIS MATTER comes before the Court on the City of Seattle's Motion For Leave to File Over-Length Brief. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED that the City of Seattle's Motion for Leave to File Over-Length Brief in support of its Rule 702 Motion to Preclude Plaintiffs' Expert Testimony is **GRANTED**. The City of Seattle shall have an additional six (6) pages for any consolidated brief filed in support of its Rule 702 Motion, for a total of eighteen (18) pages, with the length of the opposition and reply to be governed by Local Rule 7(f)(4).

DATED this 30th day of January, 2023.

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

CITY OF SEATTLE'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE RULE 702 MOTION TO PRECLUDE PLAINTIFFS' EXPERT TESTIMONY - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Presented by:

ANN DAVISON
Seattle City Attorney

By: *s/ Joseph Groshong*
    Joseph Groshong, WSBA# 41593
    Assistant City Attorney
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Tel: (206) 684-8200
    Fax: (206) 684-8284
    Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Erica Iverson*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Erica Iverson, WSBA #59627
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    arthurh@harriganleyh.com
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    ericai@harriganleyh.com

*Attorneys for City of Seattle*

CITY OF SEATTLE'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF RE RULE 702 MOTION TO PRECLUDE PLAINTIFFS' EXPERT TESTIMONY - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717