THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　　Defendant. | No. 2:20-cv-00983-TSZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF BATES MCKEE, III**<br><br>**NOTED ON MOTION CALENDAR:**<br>February 17, 2022<br><br>**ORAL ARGUMENT REQUESTED** |

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO EXCLUDE
(Case No. 20-cv-983-TSZ)

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
+1.206.274.6400

1  This matter came before the Court on Plaintiffs' Motion to Exclude Expert Testimony of
2  Bates Mckee, III.  Having considered the pleadings and files of record, and the materials submitted
3  by the parties, the Court ORDERS that the Motion is GRANTED.
4  DATED this ___ day of _____, 2023.

5
6
7                                                             _____
                                                              THE HONORABLE THOMAS S. ZILLY
8
9
...
27

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO EXCLUDE
(Case No. 20-cv-983-TSZ)

-2-

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA  98101
+1.206.274.6400

Presented by:

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Gabriel Reilly-Bates*
Patricia A. Eakes, WSBA #18888
Angelo J. Calfo, WSBA #27079
Tyler S. Weaver, WSBA #29413
Gabe Reilly-Bates, WSBA #52257
Andrew DeCarlow, WSBA #54471
Henry Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone:  (206) 474-6400
Fax:      (206) 474-6401
Email: patty.eakes@morganlewis.com
         angelo.calfo@morganlewis.com
         tyler.weaver@morganlewis.com
         gabriel.reillybates@morganlewis.com
         andrew.decarlow@morganlewis.com
         henry.phillips@morganlewis.com

*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE (Case No. 20-cv-983-TSZ)   -3-

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA  98101
+1.206.274.6400