# EXHIBIT 3



**Neighborhood Vacancy:** 2020-03

Year Month
2020-03

County
King County

Submarket
Seattle

Neighborhood
All

| Neighborhood | % Vac |
|---|---|
| Seattle - North East | 8.6% |
| International District | 6.4% |
| First Hill | 6.2% |
| White Center | 5.6% |
| Seattle - Downtown | 5.2% |
| Industrial District | 5.0% |
| Fremont | 4.8% |
| North College Park | 4.7% |
| Belltown | 4.6% |
| Central District | 4.3% |
| Seattle - West | 4.1% |
| South Lake Union | 3.9% |
| Westlake | 3.9% |
| University District | 3.7% |
| Lake City | 3.5% |
| Ballard | 3.5% |
| Delridge | 3.4% |
| Queen Anne | 3.4% |
| **Total** | **4.0%** |

© Judah Travis, Commercial Analytics, 2021.

Lowest Vacancy - - - - - - - - Highest Vacancy

08.24.2022
McKee
**11**
Buell Realtime Reporting

**COMMERCIAL ANALYTICS**

‹ Back to report   **SEPT–2020 AVERAGE RENT BY UNIT TYPE**

| County | Buildings | Units | Studio Units | Studio Rent | Open 1 Units | Open 1 Rent | 1 Bed Units | 1 Bed Rent | 2 Bed / 1 Bath Units | 2 Bed / 1 Bath Rent | 2 Bed / 2 Bath Units | 2 Bed / 2 Bath Rent | 3 Bed Units | 3 Bed Rent | Avg Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| King County | 881 | 121,214 | 16,735 | $1,421 | 5,269 | $1,798 | 51,361 | $1,808 | 13,358 | $1,766 | 27,436 | $2,372 | 6,014 | $2,277 | $1,907 |
| Eastside | 150 | 33,476 | 2,671 | $1,614 | 513 | $1,902 | 13,070 | $1,934 | 3,908 | $1,963 | 10,858 | $2,499 | 2,364 | $2,629 | $2,090 |
| Seattle | 576 | 59,654 | 12,841 | $1,401 | 4,678 | $1,790 | 27,955 | $1,908 | 3,651 | $1,951 | 9,184 | $2,705 | 457 | $2,777 | $2,089 |
| Aurora Hill | 8 | 352 | 46 | $799 | 21 | | 197 | $1,405 | 67 | $1,877 | 6 | $679 | 1 | $2,195 | $1,391 |
| Cascade | 54 | 8,870 | 2,459 | $1,491 | 778 | $1,797 | 3,948 | $2,209 | 168 | $2,128 | 1,467 | $3,221 | 43 | $3,560 | $2,401 |
| Delridge | 13 | 1,435 | 122 | $1,648 | | | 596 | $1,503 | 309 | $1,724 | 380 | $1,905 | 26 | $2,300 | $1,816 |
| Downtown/Belltown/ID | 68 | 11,603 | 2,598 | $1,462 | 810 | $1,946 | 5,799 | $2,219 | 440 | $2,361 | 1,875 | $3,335 | 59 | $4,581 | $2,650 |
| Far North | 21 | 2,353 | 160 | $1,276 | 104 | $1,485 | 1,006 | $1,533 | 449 | $1,733 | 494 | $1,986 | 138 | $2,218 | $1,705 |
| First Hill/Capitol Hill/Central | | 9,710 | 3,034 | $1,375 | 605 | $1,829 | 1,920 | 496 | $2,183 | 1,164 | $2,943 | 55 | $3,334 | $2,264 |
| Capitol Hill | 85 | 5,126 | 1,648 | $1,446 | 389 | $1,779 | 2,269 | $1,921 | 195 | $2,198 | 548 | $3,156 | 13 | $3,562 | $2,344 |
| Central District | 23 | 1,641 | 418 | $1,230 | 48 | $1,875 | 736 | $1,830 | 120 | $2,261 | 281 | $2,351 | 34 | $2,700 | $2,041 |
| First Hill | 20 | 2,943 | 968 | $1,315 | 168 | $1,930 | 1,283 | $1,971 | 181 | $2,114 | 335 | $3,090 | 8 | $5,664 | $2,681 |
| Industrial District | 4 | 118 | 38 | $1,237 | | | 52 | $1,173 | 22 | $1,159 | | | | | $1,189 |
| Lake City | 21 | 1,666 | 192 | $1,250 | | | 933 | $1,423 | 194 | $1,575 | 313 | $1,950 | 15 | $2,100 | $1,660 |
| Near North | 42 | 5,274 | 864 | $1,316 | 963 | $1,850 | 2,462 | $1,991 | 185 | $2,141 | 749 | $2,808 | 9 | $1,247 | $1,892 |
| North East | 18 | 717 | 169 | $1,218 | 11 | $204 | 318 | $1,473 | 52 | $1,859 | 68 | $1,832 | 7 | $3,100 | $1,614 |
| North West | 18 | 921 | 116 | $1,330 | 46 | $1,568 | 446 | $1,570 | 84 | $1,543 | 154 | $2,177 | 4 | $1,425 | $1,602 |
| Northgate | 22 | 3,041 | 456 | $1,475 | 116 | $1,643 | 1,479 | $1,572 | 345 | $1,765 | 612 | $1,925 | 26 | $1,681 | $1,677 |
| Queen Anne/Magnolia /Interbay | 61 | 4,837 | 779 | $1,415 | 427 | $1,676 | 2,570 | $1,785 | 249 | $2,239 | 746 | $2,516 | 26 | $2,656 | $2,048 |
| Rainier Valley/Seward Park | 13 | 1,891 | 370 | $1,266 | 157 | $1,387 | 930 | $1,603 | 140 | $1,670 | 262 | $2,136 | 26 | $1,993 | $1,676 |
| Seattle - North East | 12 | 1,276 | 240 | $1,529 | 264 | $1,977 | 302 | $2,270 | 24 | $1,138 | 126 | $2,839 | 1 | $4,519 | $2,379 |
| Seattle - North West | 6 | 815 | 130 | $1,391 | | | 554 | $1,625 | 8 | $1,542 | 113 | $1,905 | 2 | $1,850 | $1,663 |
| Seattle - West | 27 | 2,170 | 376 | $1,055 | 252 | $1,611 | 1,081 | $1,622 | 93 | $1,956 | 293 | $2,069 | | | $1,663 |
| University District | 33 | 2,199 | 683 | $1,364 | 124 | $1,878 | 862 | $1,639 | 252 | $2,029 | 177 | $2,550 | 13 | $3,258 | $2,120 |
| White Center | 7 | 406 | 9 | $1,100 | | | 132 | $1,452 | 74 | $1,618 | 185 | $1,679 | 6 | $1,542 | $1,478 |
| Southend | 155 | 28,084 | 1,223 | $1,206 | 78 | $1,569 | 10,336 | $1,379 | 5,799 | $1,517 | 7,394 | $1,771 | 3,193 | $1,944 | $1,564 |
| Kitsap County | 60 | 6,770 | 49 | $1,244 | 21 | $1,584 | 2,068 | $1,300 | 2,068 | $1,383 | 1,548 | $1,611 | 715 | $1,769 | $1,482 |
| Pierce County | 235 | 32,174 | 1,348 | $1,165 | 110 | $1,225 | 11,631 | $1,255 | 8,720 | $1,355 | 7,300 | $1,604 | 2,833 | $1,830 | $1,406 |
| Snohomish County | 124 | 23,069 | 270 | $1,193 | 139 | $1,388 | 8,609 | $1,428 | 4,329 | $1,543 | 7,361 | $1,785 | 2,313 | $1,965 | $1,550 |
| Thurston County | 67 | 7,858 | 132 | $1,063 | | | 3,043 | $1,146 | 1,892 | $1,256 | 1,971 | $1,591 | 834 | $1,464 | $1,304 |
| **Total** | **1,367** | **191,085** | **18,534** | **$1,396** | **5,539** | **$1,776** | **77,004** | **$1,640** | **30,367** | **$1,558** | **45,616** | **$2,095** | **12,709** | **$2,039** | **$1,751** |

← Go back   ☰ Sept-2020 Rent ⌄   ‹ › ⤢



08.24.2022
McKee
**12**
Buell Realtime Reporting

McKee_000006



## Neighborhood Vacancy: 2020-06

Year Month
2020-06

County
King County

Submarket
Seattle

Neighborhood
All

| Neighborhood | % Vac |
|---|---|
| Eastlake | 8.1% |
| International District | 7.9% |
| Seattle - West | 6.8% |
| Capitol Hill | 6.5% |
| Queen Anne | 6.4% |
| Westlake | 6.4% |
| First Hill | 6.0% |
| South Lake Union | 5.8% |
| Industrial District | 5.6% |
| Belltown | 5.6% |
| Central District | 5.4% |
| North College Park | 5.2% |
| Delridge | 5.2% |
| University District | 5.1% |
| Green Lake | 4.9% |
| Seattle - Downtown | 4.9% |
| Wallingford | 4.2% |
| Fremont | 4.2% |
| Seattle - North West | 4.1% |
| **Total** | **5.2%** |

© Judah Travis, Commercial Analytics, 2021.

Lowest Vacancy - - - - - - - - - Highest Vacancy

08.24.2022
McKee
**13**
Buell Realtime Reporting

COMMERCIAL
ANALYTICS

McKee_000002



# Neighborhood Vacancy: 2020-09

**Year Month**
2020-09

**County**
King County

**Submarket**
Seattle

**Neighborhood**
All

| Neighborhood | % Vac |
|---|---|
| Belltown | 9.4% |
| Seattle - Downtown | 9.3% |
| Westlake | 8.8% |
| Wallingford | 8.6% |
| University District | 8.5% |
| South Lake Union | 8.5% |
| International District | 8.4% |
| First Hill | 8.2% |
| Capitol Hill | 8.0% |
| Interbay | 6.8% |
| Seattle - North East | 6.8% |
| North College Park | 6.6% |
| White Center | 6.5% |
| Fremont | 6.5% |
| Queen Anne | 6.4% |
| Central District | 6.4% |
| Beacon Hill | 6.3% |
| Delridge | 6.0% |
| Eastlake | 6.0% |
| **Total** | **7.1%** |

© Judah Travis, Commercial Analytics, 2021.

Lowest Vacancy - - - - - - - - Highest Vacancy

08.24.2022
McKee
**14**
Buell Realtime Reporting

**COMMERCIAL ANALYTICS**



Neighborhood Vacancy: 2019-12

Year Month
2019-12

County
King County

Submarket
Seattle

Neighborhood
All

08.24.2022
McKee
**15**
Buell Realtime Reporting

COMMERCIAL
ANALYTICS

| Neighborhood | % Vac |
|---|---|
| Seattle - West | 3.9% |
| Northgate | 3.9% |
| South Lake Union | 3.9% |
| Belltown | 3.9% |
| Ballard | 3.8% |
| Rainier Valley | 3.6% |
| Queen Anne | 3.5% |
| Seattle - Downtown | 3.3% |
| Seattle - North East | 3.2% |
| Capitol Hill | 3.1% |
| University District | 3.1% |
| Interbay | 2.9% |
| Seattle - North West | 2.8% |
| International District | 2.7% |
| Shoreline | 2.1% |
| Lake Forest Park | 2.0% |
| Beacon Hill | 1.0% |
| Phinney Ridge | 0.0% |
| Seward Park | 0.0% |
| **Total** | **3.7%** |

© Judah Travis, Commercial Analytics, 2021.

Lowest Vacancy - - - - - - - - Highest Vacancy

McKee_000004





08.24.2022
McKee
17
Buell Realtime Reporting