THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　　　Defendant. | Case No. 20-cv-983 TSZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT SETH STOUGHTON**<br><br>NOTE ON MOTION CALENDAR:<br>February 17, 2023 |

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO EXCLUDE
TESTIMONY OF DEFENDANT'S EXPERT
SETH STOUGHTON
(Case No. 20-cv-983 TSZ)

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
+1.206.274.6400

1  This matter came before the Court on Plaintiffs' Motion to Exclude Expert Testimony of
2  Seth Stoughton. Having considered the pleadings and files of record, and the materials submitted
3  by the parties, the Court ORDERS that the Motion is GRANTED.
4  DATED this ___ day of _____, 2023.

_____
THE HONORABLE THOMAS S. ZILLY

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT SETH STOUGHTON
(No. 20-cv-983 TSZ)

-2-

Morgan, Lewis & Bockius LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
+1.206.274.6400

Presented by:

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Tyler S. Weaver*
Patricia A. Eakes, WSBA #18888
Angelo J. Calfo, WSBA #27079
Tyler S. Weaver, WSBA #29413
Gabe Reilly-Bates, WSBA #52257
Andrew DeCarlow, WSBA #54471
Henry Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone:  (206) 474-6400
Fax:     (206) 474-6401
Email:  patty.eakes@morganlewis.com
            angelo.calfo@morganlewis.com
            tyler.weaver@morganlewis.com
            gabriel.reillybates@morganlewis.com
            andrew.decarlow@morganlewis.com
            henry.phillips@morganlewis.com

*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO EXCLUDE
TESTIMONY OF DEFENDANT'S EXPERT
SETH STOUGHTON
(No. 20-cv-983 TSZ)

-3-

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA  98101
+1.206.274.6400