THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　　Defendant. | Case No. 2:20-cv-00983-TSZ<br><br>**DECLARATION OF TYLER WEAVER IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT SETH STOUGHTON**<br><br>NOTED ON MOTION CALENDAR:<br>February 17, 2022 |

I, Tyler Weaver, declare as follows:

1. I am an attorney with Morgan, Lewis & Bockius LLP and represent Plaintiffs in the above-captioned action. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Seth W. Stoughton dated April 28, 2022.

DECLARATION OF TYLER WEAVER IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT SETH STOUGHTON
(Case No. 2:20-cv-00983-TSZ) - 1

Morgan, Lewis & Bockius LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Tel +1.206.274.6400   Fax +1.206.274.6401

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the Transcript of the Videotaped Videoconference Deposition of Seth W. Stoughton taken on August 30, 2022.

I declare under the penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 2nd day of February, 2023 at Bainbridge Island, Washington.

*s/ Tyler S. Weaver*
Tyler S. Weaver

DECLARATION OF TYLER WEAVER
IN SUPPORT OF PLAINTIFFS' MOTION TO
EXCLUDE TESTIMONY OF DEFENDANT'S
EXPERT SETH STOUGHTON
(Case No. 2:20-cv-00983-TSZ) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401