HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNTERS CAPITAL, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　Defendant. | Case No. 20-cv-00983-TSZ<br><br>(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S RULE 702 MOTION TO EXCLUDE TESTIMONY BY PLAINTIFFS' EXPERTS SHANE, PIZA, AND VAN ZANDT<br><br>**NOTED ON MOTION CALENDAR:**<br>**FEBRUARY 17, 2023** |

　　　THIS MATTER comes before the Court on the City of Seattle's Rule 702 Motion to Exclude Testimony by Plaintiffs' Experts Shane, Piza, and Van Zandt.  The Court has considered the pleadings filed and therefore deems itself fully advised.  Based on the pleadings submitted,

　　　IT IS ORDERED that the City of Seattle's Rule 702 Motion to Exclude Testimony by Plaintiffs' Experts Shane, Piza, and Van Zandt is **GRANTED**.

　　　DATED this 2nd day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

ANN DAVISON
Seattle City Attorney

By: _s/ Joseph Groshong_
　　　Joseph Groshong, WSBA# 41593

(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S RULE
702 MOTION TO EXCLUDE TESTIMONY BY PLAINTIFFS'
EXPERTS SHANE, PIZA, AND VAN ZANDT - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  Assistant City Attorney
2  Seattle City Attorney's Office
   701 Fifth Avenue, Suite 2050
3  Seattle, WA 98104
   Tel: (206) 684-8200
4  Fax: (206) 684-8284
   Joseph.Groshong@seattle.gov
5

6  HARRIGAN LEYH FARMER & THOMSEN LLP

7  By: *s/ Arthur W. Harrigan, Jr.*
   By: *s/ Tyler L. Farmer*
8  By: *s/ Shane P. Cramer*
   By: *s/ Erica R. Iverson*
9      Arthur W. Harrigan, Jr., WSBA #1751
       Tyler L. Farmer, WSBA #39912
10     Shane P. Cramer, WSBA #35099
       Erica R. Iverson, WSBA #59627
11     999 Third Avenue, Suite 4400
       Seattle, WA 98104
12     Tel: (206) 623-1700
13     arthurh@harriganleyh.com
       tylerf@harriganleyh.com
14     shanec@harriganleyh.com
       ericai@harriganleyh.com
15

16 *Attorneys for City of Seattle*

17

18

19

20

21

22

23

24

25

(PROPOSED) ORDER GRANTING CITY OF SEATTLE'S RULE 702 MOTION TO EXCLUDE TESTIMONY BY PLAINTIFFS' EXPERTS SHANE, PIZA, AND VAN ZANDT - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717