UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

C20-0983 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for reconsideration, docket no. 167, is DENIED. The Court finds that genuine disputes of material fact preclude summary judgment on Plaintiffs' "right of access" taking claim.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of February, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1