HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF WASHINGTON
8                      AT SEATTLE

9    HUNTERS CAPITAL, LLC, et al.,
                                              Case No. 20-cv-00983-TSZ
10                         Plaintiffs,
                                              (PROPOSED) ORDER DENYING
11           v.                               PLAINTIFFS' MOTION TO EXCLUDE
                                              TESTIMONY OF DEFENDANT'S EXPERT
12   CITY OF SEATTLE,                         BATES MCKEE, III

13                         Defendant.         NOTED ON MOTION CALENDAR:
                                              FEBRUARY 17, 2023
14
            THIS MATTER comes before the Court on Plaintiffs' Motion to Exclude Testimony of
15
     Defendant's Expert Bates McKee, III.  The Court has considered the pleadings filed and therefore
16
     deems itself fully advised.  Based on the pleadings submitted,
17
            IT IS ORDERED that the testimony of Bates McKee should be admitted in its entirety and,
18
     therefore, Plaintiffs' motion to exclude is **DENIED**.
19
            DATED: _____.
20

21                                            _____
                                              THOMAS S. ZILLY
22                                            UNITED STATES DISTRICT JUDGE

23   Presented by:

24   ANN DAVISON
     Seattle City Attorney
25
     By: _s/ Joseph Groshong_____
            Joseph Groshong, WSBA# 41593

     (PROPOSED) ORDER DENYING PLAINTIFFS' MOTION          LAW OFFICES
     TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT    **HARRIGAN LEYH FARMER & THOMSEN LLP**
     BATES MCKEE, III - 1                                999 THIRD AVENUE, SUITE 4400
     (Case No. 20-cv-00983-TSZ)                          SEATTLE, WASHINGTON 98104
                                                   TEL (206) 623-1700   FAX (206) 623-8717

Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel:  (206) 684-8200
Fax: (206) 684-8284
Joseph.Groshong@seattle.gov

HARRIGAN LEYH FARMER & THOMSEN LLP

By:  _s/ Arthur W. Harrigan, Jr._
By:  _s/ Tyler L. Farmer_
By:  _s/ Shane P. Cramer_
By:  _s/ Erica R. Iverson_
     Arthur W. Harrigan, Jr., WSBA #1751
     Tyler L. Farmer, WSBA #39912
     Shane P. Cramer, WSBA #35099
     Erica R. Iverson, WSBA #59627
     999 Third Avenue, Suite 4400
     Seattle, WA 98104
     Tel:  (206) 623-1700
     arthurh@harriganleyh.com
     tylerf@harriganleyh.com
     shanec@harriganleyh.com
     ericai@harriganleyh.com

*Attorneys for City of Seattle*

(PROPOSED) ORDER DENYING PLAINTIFFS' MOTION
TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT
BATES MCKEE, III - 2
(Case No. 20-cv-00983-TSZ)