HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC et al.,

   Plaintiffs,

v.

CITY OF SEATTLE,

   Defendant.

Case No. 20-cv-00983 TSZ

DECLARATION OF ERICA R. IVERSON IN SUPPORT OF CITY OF SEATTLE'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT BATES MCKEE, III

I, Erica R. Iverson, declare as follows:

1. I am one of the attorneys representing the City of Seattle in this action. I am over age 18, competent to be a witness, and making this declaration based on facts within my own personal knowledge.

2. Attached as **Exhibit 1** is a true and correct copy of the homepage for Commercial Analytics at https://www.commercial-analytics.com/ accessed on February 13, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of the homepage for Yardi at https://www.yardi.com/products/matrix/ accessed February 13, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition of

DECLARATION OF ERICA R. IVERSON IN SUPPORT OF CITY OF SEATTLE'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT BATES MCKEE, III - 1
(Case No. 20-cv-00983 TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Bates McKee take in this matter on August 24, 2022.

DATED this 13th day of February, 2023, at Seattle, Washington.

                                              *s/Erica R. Iverson*
                                              ERICA R. IVERSON

DECLARATION OF ERICA R. IVERSON IN SUPPORT OF CITY OF SEATTLE'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT BATES MCKEE, III - 2
(Case No. 20-cv-00983 TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717