# EXHIBIT 1



WELCOME

OUR COMPANY

DATA PARTNERS

SAMPLES / VIDEO LIBRARY

REQUEST DEMO

SUBSCRIBE          ACCESS

CONTACT US

DATA TNK ID

SALES & INVESTMENT REPORT

# Commercial Real Estate --
## Illuminated

Commercial Analytics is dedicated to the accurate gathering, analysis and reporting of multifamily property data in the Pacific Northwest.

Click here for emerging COVID-19 research.

*Welcome to the future of multifamily analytics.*

LOGIN TO CA LIVE          SUBSCRIBE

DATA PARTNERS



WELCOME

OUR COMPANY

DATA PARTNERS

SAMPLES / VIDEO LIBRARY

REQUEST DEMO

SUBSCRIBE          ACCESS

CONTACT US

DATA JUNKIE

SALES & INVESTMENT REPORT

# Come on in!

## CA Live
Animated local apartment data!
## Log in and Play

SUBSCRIBE

"Many thanks for this. It is extremely helpful – particularly because during this time, when conjecture seems to reign supreme, it is nice to actually view robust survey data. Your questionnaire covers all the bases.

Most property metrics we monitor are low frequency, so this certainly provides a great snapshot as to what landlords are doing/experiencing at the moment."

-Chris B.

CA Newsletter Spring 2019

*The definitive report for the Seattle Metropolitan Area's Apartment Market has arrived…*




- SUBSCRIBE WELCOME
- OUR COMPANY
- DATA PARTNERS
- SAMPLES / VIDEO LIBRARY
- REQUEST DEMO
- SUBSCRIBE          ACCESS
- CONTACT US
- DATA JUNKIE
- SALES & INVESTMENT REPORT

# Early Supporters and Data Contributors

**The Commercial Analytics team would like to thank the following companies for their early support and data contributions:**























WELCOME

OUR COMPANY

DATA PARTNERS

SAMPLES / VIDEO LIBRARY

REQUEST DEMO



# Broad Market Analysis and Fine-Grain Reporting Powered by the Cloud

SUBSCRIBER ACCESS

CONTACT US

DATA JUNKIE

SALES & INVESTMENT REPORT

Commercial Analytics is a technology-driven suite of interactive research services designed to let the light in on the commercial real estate industry sector in Washington State.  We offer leading research reports and analysis on Apartment Rents, Vacancy, Expenses, Development and Investment Sales.  Commercial Analytics is built on a platform that allows contributors and subscribers alike to elevate their focus -
- from data collection-- to the ability to view, customize and analyze market data in a new and profound way.

# Commercial Analytics in the News

# October 15, 2019

## "Seattle-area apartment market in equilibrium for first time in years"



**Read the Article in the Puget sound Journal of Business**



WELCOME

COMPANY

DATA PARTNERS

SAMPLES / VIDEO LIBRARY

REQUEST DEMO

SUBSCRIBE / ACCESS

CONTACT US



DATA JUNKIE

SALES & INVESTMENT REPORT

# "Good policy is grounded in a robust set of facts and data."

- Seth Moulton

WELCOME

OUR COMPANY

# Contact Us

DATA PARTNERS

SAMPLES / VIDEO LIBRARY

Let's connect about Commercial Analytics

REQUEST DEMO

SUBSCRIBE          ACCESS

*INDICATES REQUIRED FIELD

CONTACT US

FIRST NAME *          LAST NAME *

DATA JUNKIE

EMAIL ADDRESS *

SALES & INVESTMENT REPORT

☐  I agree to receiving marketing and promotional materials

SUBMIT

## Want to learn more about us?

| Hours | Telephone | Email |
|---|---|---|
| M-F: 9am - 5pm | 425-941-8730 | info@commercial-analytics.com |



12345 Lake City Way NE #214 | Seattle, WA 98125

[Terms of Service](#)    |    [Privacy Policy](#)

WELCOME

OUR COMPANY

DATA PARTNERS

SAMPLES / VIDEO LIBRARY

REQUEST DEMO

SUBSCRIBE            ACCESS

CONTACT US

DATA JUNKIE

SALES & INVESTMENT REPORT