# EXHIBIT 2

RESEARCH DRIVES DEALS ON YARDI

REQUEST MORE INFORMATION

Home » Products » Market Data for Commercial Real Estate – Matrix

# Matrix

Leverage the market data and information service for real estate professionals

Empower your business with the same information that leading real estate investors across the U.S. rely on to make better business decisions. For multifamily, student housing, office, industrial and self storage properties, we deliver the information you need to take control of property prospecting, preliminary underwriting and asset management processes. Request a demo.

View Matrix Brochure



## Search Proactively

If you are in the business of property acquisition, take control of the prospecting and preliminary underwriting process.

See how we can help you find value-add prospects

learn more +



View Matrix Brochure

Case 2:20-cv-00983-TSZ   Document 179-2   Filed 02/13/23   Page 4 of 8



## Target the Right Market

Be in control of the sales origination and preliminary underwriting process as a broker or underwriter. Target owners early in the disposition process, and those currently active in the acquisition market.

Target the right markets with the right data

learn more +



## Benchmark Performance

The Yardi Matrix service provides critical data to the professional property manager. Our comprehensive property-level data makes it easy to benchmark property performance, canvas competitors and neighborhoods and find new

View Matrix Brochure

contracts. Case 2:20-cv-00983-TSZ   Document 179-2   Filed 02/13/23   Page 5 of 8

Find out how to benchmark performance

learn more +



## Assess Prospective Sites

Discover other projects that are in the development pipeline for the market or surrounding areas; evaluate the demand/supply balance.

Leverage powerful research tools for performing assessments

learn more +



**Give us 30 minutes and we'll show you how you can:**

View Matrix Brochure



- Leverage the power of multifamily, student housing, office and self storage market data
- Update new supply pipelines continuously
- Aggregate comp set level revenue and expense comps
- Show in-place loans, maturity dates and originators
- Deliver sales, rent and occupancy comps
- Reveal a property's true ownership and contacts behind the LLC



## Reach Prospective Customers

For service providers or vendors to the real estate industry, we enhance your ability to reach out to prospective customers like never before. Save time by contacting the decision maker for every property, the first time.

Learn how to find the decision makers

View Matrix Brochure

Request More Info

Related Products

Investment Management

Reduce costs, increase efficiency and get the information you need to make better, faster, more informed decisions with comprehensive investment management software.



**COMMENTS?**

Let us know how we can improve.

SEND FEEDBACK >

View Matrix Brochure



Privacy | Legal

©2023 Yardi Systems, Inc. All Rights Reserved. Yardi, the Yardi logo, and all Yardi product names are trademarks of Yardi Systems, Inc.

View Matrix Brochure