HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNTERS CAPITAL, LLC, et al.,

             Plaintiffs,

    v.

CITY OF SEATTLE,

             Defendant.

Case No. 20-cv-00983-TSZ

(PROPOSED) ORDER DENYING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT SETH STOUGHTON

NOTED ON MOTION CALENDAR: FEBRUARY 17, 2023

THIS MATTER comes before the Court on Plaintiffs' Motion to Exclude Testimony of Defendant's Expert Seth Stoughton. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED that the testimony of Seth Stoughton should be admitted and, therefore, Plaintiffs' motion to exclude is **DENIED**.

DATED: _____.

                                                 THOMAS S. ZILLY
                                                 UNITED STATES DISTRICT JUDGE

Presented by:

ANN DAVISON
Seattle City Attorney

By: *s/ Joseph Groshong*
     Joseph Groshong, WSBA# 41593

(PROPOSED) ORDER DENYING PLAINTIFFS' MOTION
TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT
SETH STOUGHTON - 1
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  Assistant City Attorney
   Seattle City Attorney's Office
2  701 Fifth Avenue, Suite 2050
   Seattle, WA 98104
3  Tel: (206) 684-8200
   Fax: (206) 684-8284
4  Joseph.Groshong@seattle.gov

5

6  HARRIGAN LEYH FARMER & THOMSEN LLP

7  By: *s/ Arthur W. Harrigan, Jr.*
   By: *s/ Tyler L. Farmer*
8  By: *s/ Shane P. Cramer*
   By: *s/ Erica R. Iverson*
9     Arthur W. Harrigan, Jr., WSBA #1751
      Tyler L. Farmer, WSBA #39912
10    Shane P. Cramer, WSBA #35099
      Erica R. Iverson, WSBA #59627
11    999 Third Avenue, Suite 4400
      Seattle, WA 98104
12    Tel: (206) 623-1700
13    arthurh@harriganleyh.com
      tylerf@harriganleyh.com
14    shanec@harriganleyh.com
      ericai@harriganleyh.com
15

16 *Attorneys for City of Seattle*

17

18

19

20

21

22

23

24

25

(PROPOSED) ORDER DENYING PLAINTIFFS' MOTION
TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT
SETH STOUGHTON - 2
(Case No. 20-cv-00983-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717